# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SINA CHENARI

　　　　　Plaintiff　　　　　　　　　　Civil No.　　14-0929  (ABJ)

vs.

　　　　　　　　　　　　　　　　　　　Category　　M

GEORGE WASHINGTON UNIVERSITY

　　　　　Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on Jun 9, 2014 from Judge Ketanji Brown Jackson to Judge Amy Berman Jackson by direction of the Calendar Committee.

(Randomly Reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case Management Committee

cc:　Judge Ketanji Brown Jackson　& Courtroom Deputy

　　Judge Amy Berman Jackson　& Courtroom Deputy

Liaison, Calendar and Case Management Committee