AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Sina Chenari <br><br> *Plaintiff* <br><br> v. <br> George Washington University <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. 1:14-cv-00929   KBJ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* George Washington University

Registered Agent:
Mary Lynn Reed
2100 Pennsylvania Avenue NW
Suite 250
Washington, DC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Rezvani Volin & Rotbert P.C.
1050 Connecticut Avenue NW
10th Floor
Washington, DC 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: 6/2/2014

/S/ KRISTIN BROWN

*Signature of Clerk or Deputy Clerk*

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Sina Chenari )<br>)<br>)<br>)<br>**Plaintiff** )<br>)<br>v. )<br>**George Washington University** )<br>)<br>)<br>**Defendant** ) | Case No.: 1:14-cv-00929 KBJ |

### AFFIDAVIT OF SERVICE

I, Robert Proffitt, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Complaint in the above entitled case.

That I am over the age of eighteen years and I am not a party to or otherwise interested in this matter.

That on June 09, 2014 at 12:02 PM, I served George Washington University c/o Mary Lynn Reed, Registered Agent with the Summons and Complaint at 2100 Pennsylvania Avenue, NW, Suite 250, Washington, DC 20037 by serving Kristen Allen, Legal Assistant, authorized to accept.

Kristen Allen is described herein:
Gender: Female    Race/Skin: White    Hair: Brown    Age: 40    Height: 5'7"    Weight: 110

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

Executed on: 6/9/14

Robert Proffitt
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 14-108539                                                          Client Reference: