UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SINA CHENARI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GEORGE WASHINGTON UNIVERSITY<br><br><br>　　　　　Defendant. | Civil Action No. 14-929  (ABJ)<br><br>Judge Amy Berman Jackson |

### CERTIFICIATE REQUIRED BY FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL CIVIL RULES 7.1 AND 26.1

I, the undersigned, counsel of record for George Washington University, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of George Washington University which have any outstanding securities in the hands of the public: NONE.

Dated: July 11, 2014

Respectfully submitted:

/s/  Allyson C. Kitchel
Nicholas S. McConnell (D.C. Bar #167742)
nmcconnell@jackscamp.com
Allyson C. Kitchel (D.C. Bar #496687)
akitchel@jackscamp.com
JACKSON & CAMPBELL, P.C.
1120-20TH Street, N.W. (Suite 300 S.)
Washington, D.C.  20036
(T) (202) 457-1600
(F) (202) 457-1678

*Counsel for Defendant*
*George Washington University*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 11th day of July, 2014, I caused the foregoing to be electronically filed using this Court's ECF system, which will then send a notification of such filing by electronic mail to counsel of record for Plaintiff:

>Tracy D. Rezvani, Esq.
>trezvani@rvrlegal.com
>REZVANI, VOLIN & ROTBERT, P.C.
>1050 Connecticut Avenue, N.W., 10th Floor
>Washington, D.C. 20036
>
>THE BACH LAW FIRM, LLC
>Jason J. Bach, Esq.
>jbach@bachlawfirm.com
>THE BACH LAW FIRM, LLC
>6053 S. Fort Apache Rd, Suite 130
>Las Vegas, NV 89148
>*Counsel for Plaintiff Sina Chinari*

>>/s/ Allyson C. Kitchel
>>Counsel for the Defendant

2805089v.1