# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SINA CHENARI,<br>10304 Mystic Meadow Way<br>Oakton, VA 22124<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GEORGE WASHINGTON UNIVERSITY<br>2100 Pennsylvania Avenue, N.W., Suite 250<br>Washington, D.C. 20052<br><br>　　　　　Defendant. | Civil Action No.: 14-929 (ABJ)<br><br>Judge Amy Berman Jackson |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to District of Columbia Local Rule 83.2(d), Tracy D. Rezvani, Esq., a member in good standing of the Bar of the United States District Court for the District of Columbia, moves for the admission of Jason J. Bach, a member of the Bar of the State of Nevada, to this Court for the purpose of representing Plaintiff, Sina Chenari, in the above-captioned matter, and states as follows:

　　　　1.　　Jason J. Bach is a member in good standing of the Bar of the District of Columbia and State of Nevada. See *Certificate of Good Standing* for the State of Nevada attached hereto as Exhibit 1. Jason J. Bach is also authorized to practice law for the Supreme Court of the United States, Fifth Circuit Court of Appeals, Ninth Circuit Court of Appeals, Tenth Circuit Court of Appeals, Seventh Circuit Court of Appeals, State of Texas, U.S. District Court for the Western District of Texas, U.S. District Court for the Southern District of Texas, U.S. District Court for the District of Nevada, U.S. District Court for the Northern District of Illinois, U.S. District Court for the Central District of Illinois. There are no disciplinary proceedings pending against

him as a member of the bar in any jurisdiction. See *Declaration of Jason J. Bach*, attached hereto as Exhibit 2.

2. Jason J. Bach has an office, The Bach Law Firm, LLC, located at 6053 South Fort Apache Road, Suite 130, Las Vegas, NV 89148 and he was admitted to practice law in the State of Nevada on October 17, 2002, Nevada Bar Number 7984. *Id.*

3. Jason J. Bach is familiar with the applicable provisions of the Local Rules of the United State District for the District of Columbia. *Id.*

4. Jason J. Bach has not previously applied to appear pro hac vice for the United States District for the District of Columbia but is admitted to the District of Columbia bar, number 974126 since May 11, 2007. *Id.*

5. Tracy D. Rezvani, a member of the Bar of the United States District Court for the District of Columbia, will continue to represent Plaintiff if this Motion is granted.

WHEREFORE, the Plaintiff respectfully request that Jason J. Bach be admitted to practice before this Court *pro hac vice* for the purpose of appearing as counsel for Plaintiff in the above referenced proceeding in accordance with the Rules of this Court.

Dated: July ___, 2014

Respectfully submitted,

REZVANI VOLIN, P.C.

/s/ Tracy Rezvani
Tracy D. Rezvani, Esq.
Rezvani Volin, P.C.
1050 Connecticut Avenue, N.W., 10th Floor
Washington, D.C. 20036
Office: 202-350-4270 x 101
Fax: 202-351-0544

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of July, 2014, I caused the foregoing to be electronically filed using this Court's ECF system, which will then send a notification of such filing by electronic mail to counsel of record:

Nicholas S. McConnell (D.C. Bar #167742)
Allyson C. Kitchel (D.C. Bar #496687)
Jackson & Campbell, P.C.
1120-20th Street, N.W. (Suite 300 S.)
Washington, D.C. 20036
Office: 202-457-1600
Fax: 202-457-1678

/s/ Tracy Rezvani
Tracy D. Rezvani, Esq.

# Exhibit 1



# Certificate of Good Standing

## *Jason J. Bach*

*(Bar Number 7984)* was admitted by the Supreme Court of the State of Nevada on **10/11/2002** as an

Attorney and Counselor at law duly licensed to practice in all courts of the State of Nevada. It is hereby further certified that

**Jason J. Bach** is now an **Active** member of the State Bar of Nevada in good standing.

DATED this Wednesday, April 30, 2014

*Laurie K. Scheffler*
Member Services Administrator
State Bar of Nevada

# Exhibit 2

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SINA CHENARI,<br>10304 Mystic Meadow Way<br>Oakton, VA 22124<br><br>        Plaintiff,<br><br>v.<br><br>GEORGE WASHINGTON UNIVERSITY<br>2100 Pennsylvania Avenue, N.W., Suite 250<br>Washington, D.C. 20052<br><br>        Defendant. | Civil Action No.: 14-929 (ABJ)<br><br>Judge Amy Berman Jackson |

### DECLARATION OF JASON J. BACH

I, JASON J. BACH, depose and state as follows:

1. I am an attorney who is authorized to practice law in the District of Columbia and the State of Nevada, as well as the Supreme Court of the United States, Fifth Circuit Court of Appeals, Ninth Circuit Court of Appeals, Tenth Circuit Court of Appeals, Seventh Circuit Court of Appeals, State of Texas, U.S. District Court for the Western District of Texas, U.S. District Court for the Southern District of Texas, U.S. District Court for the District of Nevada, U.S. District Court for the Northern District of Illinois, U.S. District Court for the Central District of Illinois.

2. I have an office, The Bach Law Firm, LLC, located at 6053 South Fort Apache Road, Suite 130, Las Vegas, NV 89148. The phone number is (702) 925-8787.

3. I was admitted to practice law in the State of Nevada on October 17, 2002. My Nevada Bar Number is 7984.

4. I am a member in good standing and duly licensed and admitted to practice in each of the jurisdictions listed above.

5. I have never been suspended or disbarred in my jurisdiction, and there are no disciplinary actions pending against me in any federal or state court.

6. I am familiar with the Local Rules of the United States District Court for the District of Columbia.

7. I have not previously applied to appear pro hac vice for the United States District for the District of Columbia but I am admitted to the District of Columbia bar and my bar number is 974126 since May 11, 2007.

8. If the Court allows the Motion for me to appear pro hac vice in this matter, I will represent Plaintiff in this proceeding until the final determination thereof, and with reference to all matters, incidents, or proceedings, I agree that I shall be subject to the orders and to the disciplinary action and the civil jurisdiction of this Court in all respects as if I were regularly admitted.

Signed under the penalties of perjury on this 17 day of July, 2014

_____
Jason J. Bach

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SINA CHENARI,<br>10304 Mystic Meadow Way<br>Oakton, VA 22124<br><br>　　　　Plaintiff,<br><br>v.<br><br>GEORGE WASHINGTON UNIVERSITY<br>2100 Pennsylvania Avenue, N.W., Suite 250<br>Washington, D.C. 20052<br><br>　　　　Defendant. | Civil Action No.: 14-929 (ABJ)<br><br>Judge Amy Berman Jackson |

### [PROPOSED] ORDER

Upon consideration of the Motion for Admission *Pro Hac Vice* and supporting Declaration, it is this ____ day of _____, 2014, hereby

ORDERED that said motion is GRANTED

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Amy Berman Jackson
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge