# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SINA CHENARI,<br><br>    Plaintiff,<br><br>    v.<br><br>GEORGE WASHINGTON UNIVERSITY,<br><br>    Defendant. | Civil Action No. 14-929 (ABJ)<br><br>Judge Amy Berman Jackson |

## DEFENDANT GEORGE WASHINGTON UNIVERSITY'S INITIAL DISCLOSURES

Pursuant to Fed. R. Civ. P. 26(a)(1), Defendant George Washington University ("GW" or "Defendant"), by undersigned counsel, provides these Initial Disclosures.

The information within these Initial Disclosures is provided subject to, and without waiver of, or prejudice to, any objections Defendant may have. Defendant expressly reserves all objections, including but not limited to: (a) relevance; (b) attorney-client privilege; (c) work-product protection; (d) any other applicable privilege or protection under federal or state law; (e) undue burden; (f) materiality; (g) overbreadth; (h) the admissibility in evidence in any subsequent proceeding in this action or any other action, in whole or in part, of this statement or the subject matter thereof, including on the basis of materiality, competence, hearsay, or any other applicable ground; (i) producing documents containing information disclosed or transmitted to any state or federal agency, to the extent such information is confidential and not required to be disclosed under applicable law. Defendant does not, in any way, waive the right to object on any and all grounds, at any time, to any other discovery request or proceeding involving or relating to this statement. All objections are expressly preserved, as are Defendant's rights to move for additional protective orders.

In addition, the statements made herein are based on information known to Defendant's counsel, after inquiry, as of this date. At this early stage in the litigation, it is impossible to identify all persons who are likely to have knowledge of the material facts or the Defendant's claims and defenses and the documents relating to the same. Defendant has not completed its investigation of this case and expressly reserves the right to clarify, amend, modify, or supplement the information contained herein to the extent required by the rules or as Defendant may otherwise deem appropriate, and to identify additional individuals, documents, and other such information in formal discovery and/or in its lists of trial witnesses and exhibits. Defendant does not represent that this Statement contains an exhaustive list of every witness, document, or tangible thing relevant to this lawsuit, and it should not be construed as reflecting all the facts, evidence or other information that may exist in support of the defenses and claims that may be asserted in this action.

Also, this Statement does not identify or otherwise include rebuttal information, information concerning experts, information that may be used solely for impeachment purposes, and/or information beyond the scope of information that would otherwise be required to be provided by any applicable rules of civil procedure or orders of the Court in this action.

## I.     IDENTIFICATION OF CERTAIN INDIVIDUALS AND ENTITIES

### A.     George Washington University Current and Former Employees

Based on the allegations in the Complaint and the facts known to date, Defendant believes that at least the following current or former employees of the University likely may have relevant knowledge regarding the defense of this action. By listing individuals who may have knowledge, Defendant does not imply or concede that such individuals in fact have such

information. Where known, an individual's position and/or affiliation as of the relevant time period are included:

| Name | Position/Affiliation |
|---|---|
| Caputy, Anthony, M.D. | Honor Code Subcommittee Chairman |
| Cytowic, Ricard, M.D. | Mentor |
| Flory, Andrea, M.D. | Mentor |
| Goldberg, Rhonda, M.D. | Associate Dean, Student Affairs |
| Haywood, Yolanda, M.D. | Associate Dean, Student Affairs |
| Hazen, Nicholas, MSIII | Honor Code Subcommittee Member |
| Kakar, Seema, M.D. | Mentor |
| Minz, Matthew, M.D. | Associate Professor of Medicine |
| O'Brien, Travis, Ph.D. | Honor Code Subcommittee Member |
| Pekol, Amy | Student Affairs Coordinator |
| Ruiz, Jessica | Surgery Clerkship Coordinator |

B. **George Washington University Students**

Numerous George Washington University students witnessed some or all of the events at issue in this litigation. Federal law restricts the information that can be disclosed regarding students without their consent. As discovery progresses the parties may consider how and to what extent information identifying these individuals may be disclosed.

C. **Plaintiff**

The Plaintiff, and witnesses he identifies, may have information on which Defendant may rely in defending against the allegations in the Complaint or supporting its affirmative defenses.

II. **IDENTIFICATION OF CERTAIN DOCUMENTS**

Based on the allegations in the Complaint and the facts known to date, Defendant believes that at least the following categories of documents exist that are potentially relevant to the defense of this action.

- Official University records for Plaintiff, including his entire academic record.
- Materials reviewed and used by the Subcommittee on Professional Comportment

3

- Reports and evaluation from Plaintiff's preceptors, mentors, professors, and proctors.

- Emails concerning events complained of in Complaint.

**III.  Damages**

Defendant, at this time, makes no claim for damages against Plaintiff.

**IV.  Insurance**

Defendant George Washington University will make available for inspection and copying, as provided under Rule 34, and at a mutually convenient time and place, any insurance agreement under which an insurance business may be liable to satisfy all or part of any judgment against GW in the action, however unlikely.


August 8, 2014                                  Respectfully submitted,

                                                JACKSON & CAMPBELL, P.C.

                                                /s/ *Allyson C. Kitchel*
                                                Nicholas S. McConnell (D.C. Bar #167742)
                                                Allyson C. Kitchel (D.C. Bar #496687)
                                                JACKSON & CAMPBELL, P.C.
                                                1120-20TH Street, N.W. (Suite 300 S.)
                                                Washington, D.C.  20036
                                                (T) (202) 457-1600
                                                (F) (202) 457-1678
                                                nmcconnell@jackscamp.com
                                                akitchel@jackscamp.com

                                                *Attorneys for Defendant*
                                                *George Washington University*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of August, 2014, I caused the foregoing to be electronically filed using this Court's ECF system, which will then send a notification of such filing by electronic mail to counsel of record:

Tracy D. Rezvani, P.C.
Rezvani Volin & Rotbert, P.C.
1050 Connecticut Avenue, N.W., 10th Floor
Washington, D.C. 20036

Jason J. Bach, Esq.
The Bach Law Firm, LLC
6053 S. Fort Apache Rd, Suite 130
Las Vegas, NV 89148

*Counsel for Plaintiff*

/s/ *Allyson C. Kitchel*
Nicholas S. McConnell (D.C. Bar #167742)
Allyson C. Kitchel (D.C. Bar #496687)
JACKSON & CAMPBELL, P.C.
1120-20TH Street, N.W. (Suite 300 S.)
Washington, D.C.  20036
(T) (202) 457-1600
(F) (202) 457-1678
nmcconnell@jackscamp.com
akitchel@jackscamp.com

*Attorneys for Defendant*
*George Washington University*