**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SINA CHENARI, | |
| Plaintiff, | |
| | Civil Action No. 14-929  (ABJ) |
| v. | |
| | Judge Amy Berman Jackson |
| GEORGE WASHINGTON UNIVERSITY, | |
| Defendant. | |

**THIRD REQUEST FOR PRODUCTION OF DOCUMENTS OF GEORGE
WASHINGTON UNIVERSITY TO PLAINTIFF**

Defendant George Washington University, by counsel, requests, pursuant to Federal Civil

Procedure Rules 26 and 34, that you produce and permit this Defendant and/or its representatives

to inspect and copy, or cause to be copied by photostat or other appropriate means, the particular

documents in Plaintiff's possession and/or Plaintiff's custody or control as hereinafter set forth.

Defendant GW requests that such production, inspection and copying take place during normal

business hours (9:00 a.m. to 5:30 p.m.) at the offices of Jackson & Campbell, P.C., 1120

Twentieth Street, N.W., South Tower, Washington, D.C. 20036 on or before the 30th day plus

three days for service from the date of service hereof.

**DEFINITIONS AND INSTRUCTIONS**

This request is subject to the following definitions and instructions.

A.        "Documents" is used in its broadest possible sense and means any writing or

record of any type or description whatsoever, whether sent or received or not, and whether

created by you or not, including, but not limited to, agreements, correspondence, letters, e-mails,

electronic or digital communications of any kind or nature, telegrams, cables, messages, tapes,

films, photographs, interoffice communications, memoranda, reports, records, accounts, ledgers,

2882904v.1

journals, balance sheets, income statements, financial records, bills of sale, purchase orders, invoices, bills of lading, checks, receipts, minutes, minutes of meetings, instructions, specifications, notes, notations, work papers, notebooks, diaries, papers, appointment books, telephone logs, photocopies, plats, plans, drawings, sketches, maps, models, charts, surveys, blueprints, descriptions, motion pictures, recordings, published or unpublished speeches or articles, publications, transcripts of telephone conversations, interviews, statements or any other retrievable data (whether digitally recorded, encarded, taped, or coded, electrostatically, electromagnetically or otherwise) -- in your possession, custody or control or known to you -- wherever located, however produced or reproduced, whether an original, copy, reproduction or facsimile (including, but not limited to, carbon, handwritten, typewritten, microfilmed, photostatic, electronic, digital, computerized, or xerographic copies), and including any nonidentical copy (whether different from the original because of any alterations, notes, comments or other material contained thereon or attached thereto, or otherwise), regardless of its author or origin -- together with any attachment thereto or enclosure therewith.

B.      "You" and "your" means the parties to whom this Request for Production of Documents is addressed as well the parties' agents, employees, representatives or attorneys.

C.      "This Defendant" means GW and its agents, employees, representatives or attorneys.

D.      "Relate to" or "relating to," when used in connection with any request for a document or category of documents, means recordings, summaries, digests, referring to, commenting upon, describing, consisting of, reporting, listing, analyzing, studying, evidencing or otherwise discussing in any way the subject matter identified in a request.

E.      "Communication" or "communications" includes, without limitation, any oral communication, whether transmitted in meetings, by telephone, telegraphs, telex, electronic mail, cable, tape recording, or any other method, and all written communication.

F.      The use of the words "and" and "or" shall include "and/or."

G.      The use of the singular shall include the plural and the use of the plural shall include the singular.

H.      The use of the words "person" or "persons" shall include individuals (including directors, officers, employees, representatives and agents), associations, partnerships, corporations and divisions of corporations.

I.      If privilege is asserted with respect to any document, please identify the document by type (e.g., memorandum, letter, etc.), author(s), recipient(s), and state specifically the basis of the privilege.

J.      If a request asks for documents which no longer exist, then in response to such request:

   1.   identify each such document;

   2.   identify all information that was contained in each such document;

   3.   state the date when each such document ceased to exist;

   4.   state what happened that caused each such document to cease to exist;

   5.   state why each such document was caused to, or happened to, cease to exist;

   6.   state the time periods during which such types of documents were maintained;

   7.   identify each person having knowledge of the circumstances under which each such document ceased to exist; and

3

8.      identify each person having knowledge of each such document and state the substance of said knowledge.

K.      These requests are continuing in character so as to require you to file supplementary response(s) if you obtain further documents before trial.

L.      The Interrogatories referred to herein are the First and Second Interrogatories of Defendant GW to Plaintiff, served by Defendant GW on Plaintiff.

## THIRD DOCUMENT REQUESTS

28.     All medical records, surgical records, hospital records, clinic records, mental health records, medical reports, therapeutic records, writings, notes, calendar entries, diary notes, or memoranda relating in any way to all of your mental or medical conditions, illnesses, injuries, or disabilities at any time, including but not limited to those of doctors, nurses, practitioners, nutritionists, therapists, other allied health care providers, any and all licensed health care providers, hospitals, clinics, institutions, home health care providers, therapists, or other health care providers or third party private or governmental health or accident insurers, without regard to whether it is your contention that such physical, mental or medical conditions, illnesses, injuries or disabilities were caused in any way by Defendant George Washington University or any of its agents or employees or related to any of the claims raised in this action.

October 30, 2014                         Respectfully submitted,

                                         JACKSON & CAMPBELL, P.C.

                                         /s/ *Allyson C. Kitchel*
                                         Nicholas S. McConnell (D.C. Bar #167742)
                                         Allyson C. Kitchel (D.C. Bar #496687)
                                         JACKSON & CAMPBELL, P.C.
                                         1120-20TH Street, N.W. (Suite 300 S.)
                                         Washington, D.C.  20036
                                         (T) (202) 457-1600
                                         (F) (202) 457-1678
                                         nmcconnell@jackscamp.com
                                         akitchel@jackscamp.com

                                         *Attorneys for Defendant*
                                         *George Washington University*

**CERTIFICATE OF SERVICE**

       I hereby certify that, on this 30st day of October, 2014, I caused the foregoing Third

Request for Production of Documents of Defendant George Washington University to Plaintiff to

be served by email to counsel of record:

                      Tracy D. Rezvani, P.C.
                      Rezvani Volin & Rotbert, P.C.
                      1050 Connecticut Avenue, N.W., 10th Floor
                      Washington, D.C. 20036

                      Jason J. Bach, Esq.
                      The Bach Law Firm, LLC
                      6053 S. Fort Apache Rd, Suite 130
                      Las Vegas, NV 89148

                      *Counsel for Plaintiff*


                                         /s/  Allyson C. Kitchel
                                         Allyson C. Kitchel (D.C. Bar #496687)