## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SINA CHENARI, | |
| Plaintiff, | |
| | Civil Action No. 14-929  (ABJ) |
| v. | |
| | Judge Amy Berman Jackson |
| GEORGE WASHINGTON UNIVERSITY | |
| | |
| Defendant. | |

## <u>NOTICE OF FIRM ADDRESS CHANGE</u>

PLEASE TAKE NOTICE that effective December 1, 2014, The Bach Law Firm, LLC's

new address is 7881 W. Charleston Blvd., Suite 165, Las Vegas, NV 89117.  The Firm's phone

number and facsimile number remain the same.

Dated: January 21, 2015          Respectfully submitted,

  /s/ Jason J. Bach _____
Jason J. Bach, Esq.
**THE BACH LAW FIRM, LLC**
D.C. Bar No.: 974126, *pro hac vice*
7881 W. Charleston Blvd., Suite 165
Las Vegas, Nevada 89117
Telephone: (702) 925-8787
Facsimile: (702) 925-8788
Email:  jbach@bachlawfirm.com
and
Tracy D. Rezvani, Esq.
Rezvani Volin, P.C.
1050 Connecticut Avenue, N.W., 10th Floor
Washington, D.C. 20036
Office: 202-350-4270 x 101
Fax: 202-351-0544
Email: trezvani@rvrlegal.com
*Counsel for Plaintiff Sina Chenari*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 21st day of January 2015, I caused the foregoing to be electronically filed using this Court's ECF system, which will then send a notification of such filing by electronic mail to counsel of record:

Nicholas S. McConnell (D.C. Bar #167742)
Allyson C. Kitchel (D.C. Bar #496687)
Jackson & Campbell, P.C.
1120-20th Street, N.W. (Suite 300 S.)
Washington, D.C. 20036
Office: 202-457-1600
Fax: 202-457-1678

/s/  Jason J. Bach
Jason J. Bach, Esq.
**THE BACH LAW FIRM, LLC**
D.C. Bar No.: 974126, *pro hac vice*
7881 W. Charleston Blvd., Suite 165
Las Vegas, Nevada 89117
Telephone: (702) 925-8787
Facsimile: (702) 925-8788
Email:  jbach@bachlawfirm.com