## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                          )
SINA CHENARI,                             )
                                          )
                    Plaintiff,            )          Civil Action No. 14-929 (ABJ)
         v.                               )
                                          )
GEORGE WASHINGTON UNIVERSITY,  )
                                          )
                    Defendant.            )
_____          )

## CONSENT MOTION TO AMEND SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 6(b)(1), LCvR 7, and this Court's Scheduling order [Docket No. 8], Defendant moves the Court to amend the Scheduling Order herein to extend the period to complete all pretrial discovery. For grounds therefor, the parties state that they have cooperated in the exchange of written discovery which is continuing and are prepared to undertake deposition discovery which they agree can be completed within the proposed extended deadline for the completion of all discovery.

For further grounds in support hereof, the parties state as follows:

1.      This case involves claims by Plaintiff Chenari against George Washington University ("GW") arising from Plaintiff's dismissal from GW.

2.      Plaintiff's claims arise from alleged violations by GW of the Americans with Disabilities Act and the Rehabilitation Act of 1973, as well as claims of breach of contract and breach of the covenant of good faith and fair dealing.

3.      The parties have engaged in the exchange of written discovery which is continuing and which has been handled cooperatively.  On November 3, 2014, Plaintiff served responses to written discovery and produced documents.  Defendant served responses to

Plaintiff's interrogatories on January 16, 2015. Defendant will produce responsive documents by January 28, 2015.  The parties are working to schedule depositions, which given the schedules of counsel, and the travel required, has taken longer than anticipated. The parties anticipate a substantial number of depositions can be accomplished in late February, 2015.

    4.    The proposed order would make the following changes to the schedule:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Plaintiff's Expert Witness Designation | 12/12/2014 | 02/27/2015 |
| Defense Expert Witness Designation | 01/30/2015 | 04/14/2015 |
| Close of Discovery | 03/13/2015 | 07/13/2015 |
| Status Conference | 03/24/2015 | TBD |
| Dispositive Motions | 04/10/2015 | 08/10/2015 |
| Oppositions to Dispositive Motions | 05/11/2015 | 09/10/2015 |
| Replies to oppositions filed | 05/21/2015 | 09/24/2015 |

    5.    No previous request for an extension of time has been made by these parties.

    6.    No prejudice will result to any party from granting the relief requested, as all parties consent and agree that the time requested will permit the orderly completion of discovery. Conversely, the parties would be prejudiced in their efforts to complete discovery, particularly deposition discovery, if the relief requested were to be denied.

**WHEREFORE,** for the foregoing reasons, the parties respectfully request the following relief:

    1)    That this motion be granted; and

2)      That the Court enter an Order extending the deadlines set forth in the current

scheduling order as set forth in the proposed Order; and

6)      Such further relief as the Court deems fair and proper.

Respectfully submitted,

/s/  Allyson C. Kitchel
Nicholas S. McConnell (D.C. Bar #167742)
Allyson C. Kitchel (D.C. Bar #496687)
JACKSON & CAMPBELL, P.C.
1120-20TH Street, N.W. (Suite 300 S.)
Washington, D.C.  20036
(T) (202) 457-1600
(F) (202) 457-1678
nmcconnell@jackscamp.com
akitchel@jackscamp.com

*Counsel for Defendant George Washington University*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 28th day of January 2015, I caused the foregoing to be

electronically filed using this Court's ECF system, which will then send a notification of such

filing by electronic mail to counsel of record:

Tracy D. Rezvani, Esq.
**Rezvani Volin, P.C.**
1050 Connecticut Avenue, N.W., 10th Floor
Washington, D.C. 20036

Jason J. Bach, Esq.
**The Bach Law Firm, LLC**
7881 West Charleston, Suite 165
Las Vegas, NV 89117

*Counsel for Plaintiff*

/s/  Allyson C. Kitchel

3

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
)
SINA CHENARI,                                   )
)
               Plaintiff,       )        Civil Action No. 14-929 (ABJ)
    v.                                       )
)
GEORGE WASHINGTON UNIVERSITY,   )
)
             Defendant.       )
_____)

## ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER

This matter is before the Court upon consideration of Defendant George Washington University's Consent Motion to Amend the Scheduling Order. Upon review of the record, the Court hereby grants the Motion and amends the schedule in this case, as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Plaintiff's Expert Witness Designation | 12/12/2014 | 02/27/2015 |
| Defense Expert Witness Designation | 01/30/2015 | 04/14/2015 |
| Close of Discovery | 03/13/2015 | 07/13/2015 |
| Status Conference | 03/24/2015 | TBD |
| Dispositive Motions | 04/10/2015 | 08/10/2015 |
| Oppositions to Dispositive Motions | 05/11/2015 | 09/10/2015 |
| Replies to oppositions filed | 05/21/2015 | 09/24/2015 |

So Ordered.

_____
AMY BERMAN JACKSON
United States District Judge

Date: January __, 2015
2938193v.1