Wilfred Njah

1905 Middlesex Street Suite 16

Lowell, MA 01851

March 20, 2015

To whom it may concern.  *File as Notice*

*Leave to file GRANTED*

*Amy B. Jackson — 3/26/15*
*United States District Judge*

Dear Madam/Sir,

Re: Sina Chenari v. The George Washington University,

Civil Action No. 14-929 Judge Amy Berman Jackson

United States District Court for the District of Columbia

I write this letter to seek protective action against, that is, to object the request or release of any of my personal information in the above mentioned case.

I have notified my school about my objection.

Thank you.

Sincerely,

*[signature: Wilfred Mbachi Njah]*

RECEIVED
Mail Room
MAR 2 4 2015
Angela D. Caesar, Clerk of Court
U S District Court, District of Columbia