

**PLANET DEPOS**
We Make It Happen » *Anywhere*™

Transcript of **SINA CHENARI**

**Date:** February 27, 2015

**Case:** CHENARI v. GEORGE WASHINGTON UNIVERSITY

Planet Depos, LLC
Phone: 888-433-3767
Fax: 888-503-3767
Email: transcripts@planetdepos.com
Internet: www.planetdepos.com

Court Reporting | Videography | Videoconferencing | Interpretation | Transcription

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

3 (Pages 9 to 12)

**Page 9**

1   you say.
2   BY MR. McCONNELL:
3       Q   How long have you lived at that address
4   with your mom, dad and sister?
5       A   Nima is my brother.
6       Q   Brother. Sorry.
7       A   I have lived there since 1999, but in
8   between I lived in the dorms and stuff in college.
9       Q   Of course. We will pick up on that during
10  the questioning today.
11          As you know, you are here today for your
12  deposition in the lawsuit you filed against the
13  University. This is our opportunity to inquire of you
14  of any factual information you may have that may be
15  relevant in any way to the claims you have made.
16          If at any time I ask you a question today
17  that is confusing or you don't understand, and I will
18  never intend to do that but it can happen, if I do and
19  you don't understand the question please let me know.
20          All right?
21      A   Okay.
22      Q   Okay.

**Page 10**

1           You need to answer questions verbally
2   because we have a Court Reporter who needs to take
3   down verbal responses. This is also being recorded by
4   videography, but the Court Reporter needs a verbal
5   answer for the transcript as well.
6       A   Okay.
7       Q   If at any time today you want to take a
8   break for any reason let us know. This is not a
9   personal discomfort contest in any way at all. So let
10  me know and we will take a break.
11          Because you are under examination by
12  adverse counsel in a legal proceeding during breaks
13  you are not permitted to speak with your counsel about
14  the substance of your testimony today.
15          All right?
16      A   Okay.
17      Q   So if we take a break that is off-limits.
18  You can otherwise speak with your attorney, of course,
19  on other matters other than as it relates to your
20  testimony.
21          Any questions about how we will proceed?
22      A   No.

**Page 11**

1       Q   Are you on any medications or have any
2   other reasons why you would not be able to listen to
3   my questions fully and answer them capably and
4   competently? Any reasons at all you can't give full
5   and accurate testimony today?
6       A   Can you elaborate on the question? You are
7   asking if I am on any medications or if I am unable
8   to?
9       Q   Are you on any medications that would in
10  any way affect your ability to listen to my questions
11  and give full, truthful testimony in response to
12  questions?
13      A   No.
14      Q   Any other reason you would not be able to
15  listen to my questions and answer them fully and
16  truthfully?
17      A   No.
18      Q   I understand from records that have been
19  produced that your current personal physician is a
20  Dr. Paul Durr, D-U-R-R, correct?
21      A   Correct.
22      Q   When did you first contact Dr. Durr?

**Page 12**

1       A   Can you elaborate on that question?
2       Q   Sure.
3           When is the first time you ever had any
4   reason to speak with anyone in Dr. Durr's office or
5   with Dr. Durr himself?
6       A   Are you asking when was my first time
7   seeing Dr. Durr?
8       Q   What was your first contact with his
9   office? How did that come about?
10      A   Before medical school started we needed to
11  get a check on our immunizations for admittance to
12  medical school.
13      Q   So the reason for contacting Dr. Durr
14  essentially was there was a medical sort of clearance
15  process with your admission to medical school?
16      A   Correct.
17      Q   Before that when was the last time you had
18  seen any doctor for any reason? Who was the doctor?
19      A   I really don't recall.
20      Q   Would that go all the way back probably to
21  childhood?
22          MR. BACH: I object to the form of the

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

41

1    with Dr. Durr.
2        Q    Okay.
3            And at this time the only issue you
4    discussed with him was the groin pain, correct?
5        A    It says here that I also discussed some
6    weight loss I believe.
7        Q    All right.
8            Anything else you discussed with Dr. Durr?
9        A    Can you elaborate on the question?
10       Q    I see the entries in here related to sexual
11   issues.  It is not my purpose to go into any of that.
12   We don't need to.
13           But other than groin pain and those types
14   of issues any other problems that you related to
15   Dr. Durr on September 24, 2010?
16       A    It says here that he noted that some weight
17   change.
18       Q    Some weight change?
19       A    Yes.  The third line.
20       Q    Anything else you discussed with Dr. Durr
21   on September 24th?
22       A    I don't recall anything else that isn't

42

1    written on here.
2        Q    Did you receive any meds or anything for
3    the problems that you raised with him on the 24th?
4        A    I believe he gave me a prescription to do
5    or to seek an ultrasound.
6        Q    Did you follow-up on the ultrasound?
7        A    I believe I got the ultrasound.  I don't
8    have the records to confirm.
9            MR. McCONNELL:  Let's have this marked as
10   Exhibit 5.
11           (Chenari Exhibit 5 was marked for
12   identification and is attached to the deposition
13   transcript.)
14   BY MR. McCONNELL:
15       Q    Does Exhibit 5 look to you like the report
16   of the ultrasound that you followed up and had done on
17   the 28th of September?
18       A    This is the results from the ultrasound
19   that was done on the 28th of September.
20       Q    Was there any other treatment that you
21   received as a result of the report you made to
22   Dr. Durr on the 24th of the groin pain other than

43

1    getting this ultrasound done?
2        A    I don't recall his records.
3        Q    When did you actually enter medical school
4    at GW?
5        A    In the fall of 2010.  The fall semester.
6        Q    Do you recall the date you started?
7        A    I don't recall the date off the top of my
8    head.
9        Q    When did you report for orientation?  Was
10   that in August or was that later?
11       A    I don't recall the date off the top of my
12   head.  I know it was the fall semester.
13       Q    When were the first exams following your
14   entry into medical school?
15       A    Can you repeat the question?
16       Q    Sure.
17           You started the fall semester in 2010.  At
18   what point did you have your first exam of any kind in
19   medical school?
20       A    I don't recall the date.  We have a
21   schedule.
22       Q    Were your first exams within two months?

44

1        A    I don't recall.
2        Q    No idea at all when you first started
3    taking exams in medical school?
4        A    I don't know the date off the top of my
5    head.
6        Q    Did you have exams on a rolling basis
7    throughout the semester?
8        A    I did have exams during the semester.
9        Q    How frequently were exams administered?
10       A    I don't recall.
11       Q    When you took exams were they bubble in
12   type exams?
13       A    I believe they were typically bubble in
14   Scantron based.
15       Q    How did you do on those first few exams?
16           MR. BACH:  Object to the form of the
17   question.
18           THE WITNESS:  Can you elaborate on the
19   question?
20   BY MR. McCONNELL:
21       Q    No.  How did you do on the exams?
22           Did you pass?

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

49

1  **A   I believe this one was actually a long**
2  **visit.**
3  Q   All right.
4  **A   I remember it took a good bit of time.**
5  Q   When you say a long visit how long was a
6  long visit with Dr. Durr?
7  **A   I want to say this one took longer than a**
8  **normal visit.**
9  Q   Which would place it in ballpark what time
10  range? 30 minutes? 45 minutes?
11  **A   I want to say between 30 minutes and an**
12  **hour.**
13  Q   So 30 minutes to an hour.
14  According to the history -- well, you tell
15  me. What is it you recall telling Dr. Durr during
16  this visit with him on January 11, 2011? What did you
17  tell the doctor?
18  **A   I recall discussing issues in school with**
19  **attention span issues, having difficulty studying,**
20  **having difficulty performing in class.**
21  Q   Wait a minute.
22  Attention span. Difficulty studying?

50

1  **A   Difficulty studying. Difficulty taking**
2  **exams. And just difficulty in general in medical**
3  **school.**
4  Q   Okay. We will talk about each of those.
5  Anything else you recall reporting to
6  Dr. Durr or complaining about to Dr. Durr during this
7  meeting on January 11, 2011 other than issues related
8  to attention span, difficulty studying, difficulty
9  taking exams and difficulty in general in medical
10  school? Anything else you recall talking with
11  Dr. Durr about during this visit January 11th?
12  **A   I also talked with him about different**
13  **genitourinary issues.**
14  Q   Anything else you talked to Dr. Durr about
15  on January 11, 2011?
16  **A   Besides genitourinary issues and issues in**
17  **medical school I don't recall.**
18  **Wait. Actually I believe I did talk to him**
19  **about my depression issues and some anxiety issues.**
20  **Yes.**
21  Q   So depression and anxiety.
22  Do we now have the full list of this

51

1  meeting with Dr. Durr on January 11, 2011?
2  **A   Do we have the what?**
3  Q   The full list of things that you discussed
4  with him?
5  **A   To the best of my recollection.**
6  Q   All right.
7  Did Dr. Durr perform a physical exam at all
8  as part of this visit?
9  **A   He may have performed a general physical**
10  **exam. I don't recall.**
11  Q   According to his notes it begins S, which I
12  believe stands for subjectively. He says: Patient is
13  in medical school. He is doing fairly well but is
14  unable to study until the end prior to exams.
15  Do you recall telling that to Dr. Durr?
16  **A   That is what he wrote in his notes.**
17  Q   Do you recall telling him that? Did he get
18  that right?
19  **A   I don't recall what I said to him. But**
20  **yes, I did discuss difficulties with exams.**
21  Q   Did you report to Dr. Durr that you were
22  doing fairly well in medical school up to this point?

52

1  **A   I don't recall if he is referencing medical**
2  **school or in general.**
3  Q   Well, let me ask you.
4  Do you recall reporting to Dr. Durr that
5  you were doing fairly well in medical school at that
6  point?
7  **A   I recall reporting to him difficulty in**
8  **medical school.**
9  Q   You don't recall telling him that you were
10  doing fairly well in medical school?
11  **A   I recall discussing with him that I had**
12  **difficulty in school.**
13  Q   Did you tell him of any difficulty that you
14  were unable to study until the end prior to exams?
15  **A   That is what he wrote.**
16  Q   He also wrote that you reported that he,
17  that would be you, he gets distracted easily.
18  Did you tell him that?
19  **A   That was his subjective assessment. I**
20  **don't know.**
21  Q   So why don't you tell me as accurately and
22  precisely as you remember what it was you told

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

73

1  guess navigating.
2      Q   Different question.
3          Did you discuss that with Dr. Durr?  Did he
4  ask you about it?
5      A   I just remember discussing about attention
6  span issues and difficulty.
7      Q   Do you have difficulties with attention
8  span during normal social conversations?  Is that a
9  problem there as well?
10     A   I mean I did have trouble following you on
11 one or two questions.
12     Q   Yes.  But in normal social conversation
13 with friends do you have a problem following the
14 conversation?  Is that a difficulty for you?
15     A   I don't recall.
16     Q   Well, let me put it a slightly different
17 way.
18         Do you have any difficulty carrying on a
19 normal conversation with your friends?
20     A   With my close friends it is not an issue.
21 Sometimes when, you know, I meet new people, new
22 environments, new situations, sometimes it is

74

1  difficult.  Especially in environments where I have a
2  lot of distractions can be really difficult for me.
3      Q   Now, you said Dr. Durr suggested that you
4  follow-up with a counselor for one of these issues,
5  one or more of these issues, correct?
6      A   He said here that see therapist at school.
7      Q   What was the instruction specifically he
8  gave you about that, see therapist at school?
9      A   I believe his instruction was that it was
10 hopefully more convenient.
11         I mean finding a therapist and scheduling
12 any appointment is a pain and difficult.  And, you
13 know, it would be free.
14     Q   So is there anything else at all you
15 discussed with Dr. Durr during this visit on
16 January 11, 2011 or have we now covered it all?
17     A   Besides those issues we discussed right now
18 and the genitourinary issues let me think.
19         I don't recall anything else.
20     Q   Now, he said see therapist at school.  Did
21 you go see a therapist?
22     A   I did not see a therapist.

75

1      Q   Did you see a therapist at any time?
2      A   No.
3      Q   Have you seen any therapist at any time up
4  to and including today for any of the issues you
5  discussed back on January 11, 2011?
6      A   I remember only speaking with Dr. Durr
7  about my issues.  I was, you know, speaking
8  subjectively.  I was a little bit concerned to speak,
9  you know.  I wanted to just do it with Dr. Durr
10 somewhat independent of the university and somebody I
11 trusted.
12     Q   So you spoke with Dr. Durr, he said go see
13 a therapist at school, and you didn't go see a
14 therapist at school, correct?
15     A   Correct.  I did not see a therapist at
16 school.  I continued to see Dr. Durr.
17     Q   Did you see a therapist anywhere else?
18     A   No.
19     Q   Did Dr. Durr serve as a therapist?  Did he
20 provide therapy, therapy sessions for you?
21     A   I spoke with him incidentally about my
22 issues when I had appointments with him.

76

1      Q   But he didn't set up a schedule of
2  appointments for therapy purposes, did he?
3      A   I mean would you consider his appointments
4  sessions?
5      Q   I don't know.  You tell me.
6          Did you set up an appointment with him that
7  was to be a therapy session?
8      A   I set up appointments with him.
9      Q   Were they for therapy for these issues?
10     A   I mean this appointment here was.  I don't
11 recall the other appointments off the top of my head
12 and I have seen my records.  But, you know, this
13 appointment that I had with him was, you know, I guess
14 to discuss this issue that had come up.
15     Q   But did you ever set aside or he set aside
16 a date where you were to come in and discuss these
17 issues for purposes of therapy?
18     A   On January 11, 2011 I spoke with him about
19 this issue.  I don't recall the other dates off the
20 top of my head.
21     Q   Well, that is what I meant.
22         We all know about January 11th.

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

77

1  A  Yes.
2  Q  But if he told you to see a therapist, go
3  see a therapist, presumably he had some process in
4  mind beyond just his office visits.  You told me you
5  didn't go see a therapist at school, you didn't see a
6  therapist anywhere else.
7      Did you ever set up appointments with
8  Dr. Durr where he was to provide therapy for you?
9  A  I continued to see him for my ADHD.
10  Q  Were those sessions set up as therapy
11  appointments?
12  A  I believe I had one about a month after
13  this to follow-up regarding, you know, how I was doing
14  on the Adderall for my ADHD.  I believe that was about
15  a month later.
16  Q  So other than that appointment about a
17  month later where you met with Dr. Durr to see how the
18  Adderall was doing for you did you have any
19  appointments with him that were designed to serve as
20  therapy for anxiety, any distraction, all these other
21  issues you have raised?
22  A  I mean speaking subjectively I believe he

78

1  lumped these all together under my ADHD diagnosis.
2  Q  Well, different question.
3      Did he have sessions with you that were
4  therapy sessions around the issues of anxiety,
5  distractibility and so forth?
6  A  I believe we had talked about it with my
7  ADHD follow-up appointments.
8  Q  Well, in your mind was that fulfilling the
9  direction to you to see a therapist?
10  A  I mean Dr. Durr is a medical practitioner.
11  I trusted him to speak with many personal issues,
12  including these ADHD depression and anxiety issues.  I
13  continued to speak with him about these.
14  Q  Okay.
15      So when we take Dr. Durr's deposition you
16  expect that he would say that he subsequently became
17  your therapist for purposes of these issues?
18      Is that your understanding?
19  A  I had seen him for these issues.  Yes.  A
20  therapist per se, he was my medical practitioner.
21  Q  Were you getting therapy from him for
22  anxiety?  Other than medication were you getting

79

1  therapy from Dr. Durr for these issues of anxiety,
2  distractibility and so forth?
3  A  I believe it was lumped in together as my
4  ADHD follow-ups.  Yes.
5  Q  Now, at this appointment it appears that he
6  prescribed Adderall ten milligrams, correct?
7  A  Correct.
8  Q  Did you start taking it?
9  A  Correct.  Yes.
10  Q  How did you do on the Adderall?
11  A  I felt that it helped calm me down a little
12  bit.  It helped me focus.  And I believe it helped
13  with some of the anxiety.  A little bit of the
14  depression issues too that I was having.
15  Q  What schedule did you take the Adderall on?
16  How much and when?
17  A  I took ten milligrams daily.
18  Q  Every day or did you skip it on weekends?
19  A  I skipped it on the weekends.
20  Q  Why did you skip it on weekends?
21  A  I guess I couldn't -- I guess I just -- how
22  should I describe it?  I guess I was a little bit

80

1  apprehensive to taking a medication for I guess a
2  neurological issue.  And, you know, I took it at
3  school during the days that I had school because it
4  helped calm me down in the anxiety producing
5  environment.
6  Q  Did you find that the Adderall was helping
7  to resolve your concentration issues?
8  A  I believe so.  I believe it helped.  I
9  think I was able to perform better academically.  I
10  was able to concentrate more easily and prepare
11  better.
12  Q  Did you feel you were back to or very close
13  to baseline with the Adderall?
14  A  I mean I don't know.
15      I think in medical school I was in a bad
16  situation and I think that the Adderall helped me
17  become a little bit better.
18      I can't speculate to it.  But I think it
19  did help.
20  Q  Based on what I am hearing, it sounds to me
21  as if it was really the increased or ramped up
22  pressure of the medical school curriculum that really

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

81

1  brought these issues to the floor for you?
2      A   I mean undergraduate I did an engineering
3  undergraduate degree.  I did really well.  It was very
4  difficult.
5          I mean, you know, I think -- how should I
6  describe it?
7      Q   Go ahead.
8      A   I felt the environment in medical school
9  kind of with this issue that I was having I guess kind
10  of made it worse.
11      Q   When you say this issue you were having --
12      A   This ADHD.
13      Q   You describe it as ADHD, but what you are
14  really describing is anxiety and distractibility --
15      A   Uh-huh.
16      Q   -- in medical school?
17      A   Yes.  Anxiety, distractibility and, you
18  know, some of the depression and other issues.  And
19  then the environment kind of.
20      Q   When you were with Dr. Durr's office did he
21  have you fill out any form describing your various
22  activities of daily living as measured against

82

1  distractibility, problems with concentration, problems
2  with memory?  Did you fill out any forms or
3  questionnaire for him?
4      A   I may have filled out those forms at the
5  beginning of the appointments.  I don't remember at
6  which appointments I filled them out.  But I remember
7  filling out something like the first.
8      Q   At the first appointment?
9      A   Yes.
10      Q   We went over that then, right?
11      A   Yes.
12      Q   Other than that form, did you ever fill out
13  any other forms or questionnaires for Dr. Durr at any
14  time?
15      A   I believe I did at some point.
16      Q   You did?
17      A   Yes.
18      Q   So those would be in his office records
19  somewhere?
20          MR. BACH:  Objection.  Calls for
21  speculation.
22          THE WITNESS:  I mean they should be part of

83

1  my medical records that were provided to you guys.
2  BY MR. McCONNELL:
3      Q   What kinds of other forms did you ever fill
4  out for Dr. Durr?
5      A   Probably something similar to that one we
6  discussed earlier, the first one.
7      Q   The general physical history form?
8      A   Yes.
9      Q   Did you ever fill out any form specifically
10  related to this concern about attention span, anxiety,
11  distractibility, lack of concentration?  Did you ever
12  fill out any forms along those lines?
13      A   I don't remember.  I just remember talking
14  with Dr. Durr about those issues.
15      Q   Did he ever have any of your family members
16  fill out any such forms for him?
17      A   Regarding themselves or regarding me?
18      Q   Regarding you.
19      A   No.  I don't believe so.
20      Q   So he wrote this prescription.  He gave a
21  diagnosis of ADHD in his record and he gave a
22  prescription for Adderall and on the Adderall you are

84

1  telling me you were doing better?
2      A   I felt subjectively better.
3      Q   All right.
4          So after the visit of January 11, 2011 when
5  is the next time you had any contact with Dr. Durr
6  around your anxiety issues?
7      A   I believe a month later or less.  I believe
8  less than a month.  Maybe a month later.
9          I had, you know, followed up about how the
10  Adderall, how it helped.
11          MR. McCONNELL:  Let's have this marked as
12  the next exhibit.
13          (Chenari Exhibit 7 was marked for
14  identification and is attached to the deposition
15  transcript.)
16  BY MR. McCONNELL:
17      Q   We have had the Court Reporter mark as
18  Exhibit 7 what appears to be Dr. Durr's office notes
19  of a visit on February 2, 2011 and it does indicate it
20  is a follow-up on meds and I think we can probably
21  assume that is a reference to the Adderall that he
22  recently described for you.  Fair enough?

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

117

1    Q   Where is it located?
2    A   I mean I work remotely.  The office is
3  based in San Francisco or San Mateo or Foster City.
4  I can't remember where.
5    Q   Whom do you report to?
6    A   I kind of work in consulting.  So I kind of
7  work on the client side.
8    Q   Who is your principal contact at Guidewire?
9    A   Cal.  His name is Cal Inunganti.
10       I-N-U-N-G-A-N-T-I.
11       MS. KITCHEL:  Could you spell that again?
12       THE WITNESS:  I-N-U-N-G-A-N-T-I.
13 BY MR. McCONNELL:
14   Q   And he you believe is in San Mateo?
15   A   No.  He is actually based in -- well,
16  technically he lives in Miami, but he works in
17  Rhode Island.
18   Q   And what are you doing for Guidewire as a
19  consultant?
20   A   More of technical and management
21  consulting.
22   Q   And what does that mean you are actually

118

1  doing?
2    A   So I am leading projects to deploy our
3  software.
4    Q   What does their software focus on?
5    A   Back end billing systems for -- well, the
6  part I am focused on is back end building systems for
7  property and casualty insurance.
8    Q   How are you doing?
9    A   I am doing pretty well.
10   Q   Have we now covered all of the employment
11  you have had at any time?
12   A   From what I recall.
13   Q   I want to go back a bit to the elementary
14  period of your education.  Let's focus around middle
15  school, fifth grade and so forth.
16       Did you get good grades in middle school?
17   A   I believe I got relatively good grades.
18  Yes.
19   Q   Did you perform well in middle school?
20   A   Uhn-uhn.
21   Q   Yes?
22   A   Yes.  I believe so.

119

1    Q   Did you have any academic struggles as a
2  middle school student?
3    A   No.  I believe I did well.
4    Q   Were you able to complete your assignments?
5    A   I remember having some difficulty writing
6  English assignments, you know, with my issue with
7  doing stuff the last minute.  I remember that was -- I
8  remember in seventh grade not turning in an assignment
9  or two and getting called out about that.
10   Q   Other than an assignment or two in seventh
11  grade that you were late getting in did you generally
12  perform well and get assignments done on time?
13   A   I always had trouble doing homework in
14  school.  I remember never doing my math homework.  I
15  remember always, you know, no homework but in the last
16  minute acing an exam and then somehow making up the
17  work.
18   Q   Who was the teacher who called you out?
19   A   On the English?
20   Q   Yes.
21   A   I don't remember her name.  I'm sorry.
22   Q   So it was a seventh grade English teacher?

120

1    A   I believe so.  Yes.  Seventh grade English.
2    Q   Did you ever do work and not turn it in?
3    A   There may have been one time when I maybe
4  didn't turn in an assignment, but I don't recall that.
5    Q   Generally you did the work assignment and
6  got it in to the teachers?
7    A   Yes.  I would have to say overall.
8        Unless I forgot it at home.  There may have
9  been once or twice.
10   Q   You were able to follow the teacher
11  instructions?
12   A   Yes.
13   Q   Did you follow through independently with
14  schoolwork at a level appropriate for your age?
15   A   I did enough to pass.  I was successful
16  enough to pass.
17   Q   Did you turn in assignments as required?
18   A   You know, I told you about the one or two
19  times when I recall I didn't turn it in or I didn't do
20  it.
21   Q   But those stick out in your mind because
22  generally you were a good student?

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

121

1    A   I mean I always had issues doing it last
2    minute.  But yes.  I mean in general I was a pretty
3    good student.
4    Q   Did you have trouble listening in class?
5    A   I had trouble staying focused sometimes,
6    but in general I was pretty good in class.
7    Q   Were your note taking skills okay?
8    A   I remember in eighth grade history my
9    teacher I remember him bringing it up at some point,
10   you know, some session for better note taking.  But I
11   mean in general, you know, either I don't take notes
12   or auditory.
13   Q   During the middle school years did you
14   spend a lot of time looking for stuff, backpacks,
15   books, sneakers, anything like that?  Was that an
16   issue for you as a kid?
17   A   No.
18       I mean we kept our -- I kept my gym
19   clothing in a locker, my sneakers and gym shorts, an
20   entire year never washed.  I didn't lose them that
21   way.
22   Q   Did anyone, parents, teachers, anybody,

122

1    accuse you of disorganization as a kid?
2    A   I was always disorganized.
3    Q   In what way were you disorganized?
4    A   I remember growing up, even now, typically
5    my rooms are disorganized.  My room is, you know, a
6    pile of papers here and there.
7    Q   Did your parents accuse you of being
8    disorganized?
9    A   I would say.  I would say that was always
10   something that came up, you know.
11   Q   Were you prone to losing your coat or other
12   belongings at school?  Did that happen a lot that you
13   lost stuff?
14   A   I remember one instance losing a coat.
15   Q   At any time during middle school on through
16   junior high school and high school did you ever
17   request or did anyone ever request on your behalf an
18   accommodation of any kind related to your educational
19   program?
20   A   No.
21       I performed well enough academically.  Even
22   with all the issues that didn't become a -- you know,

123

1    my academics, I excelled academically even in spite of
2    these issues.
3    Q   Have you stayed in touch with any of the
4    teachers who were your middle school teachers?
5    A   No.
6    Q   And again I think we may have covered it,
7    but you would consider yourself to have had an average
8    social life for a middle school aged kid?
9    A   Yes.
10       I mean, you know, I remember being a little
11   bit bullied in seventh grade.  But I remember, you
12   know, after that there wasn't really an issue.  I
13   remember there was just something on the bus.
14   Q   There was an episode on the bus where you
15   were bullied in seventh grade?
16   A   Yes.
17   Q   What was that about?  Why?
18   A   How should I describe it?
19       Like the middle school I went to wasn't
20   really high wealth and my parents moved to a high end
21   home and I think that was kind of the issue, the fact
22   that some of the kids saw that and subjectively they

124

1    felt that I was wealthy and it caused some jealousy.
2    Q   Other than that episode, were there any
3    other times when you were bullied or anything like
4    that?
5    A   No.  That was the only time I remember.
6    Q   During those years did you have trouble
7    getting to class on time?
8    A   You know, I think my parents were pretty
9    good at managing me, waking me up, you know, that sort
10   of thing.  Sometimes I would wake up late and not eat
11   breakfast.
12   Q   Let's switch to high school.
13       You told us you performed well in high
14   school, graduated with honors, correct?
15   A   That is correct.
16   Q   Were you organized as a student?
17   A   I was always kind of disorganized.  I tried
18   to be more.
19   Q   You say you were always kind of
20   disorganized.  How did your disorganization affect
21   your performance as a student, if it did?
22   A   I mean it was just the fact that I always

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

125

1  had a pile of papers everywhere.
2      Q   Did any of your teachers ever take you
3  aside and comment on your disorganization and need to
4  do better?
5      A   I don't recall.
6      Q   Did any of your teachers or anyone else
7  ever say you weren't living up to your potential?
8      A   I think the only thing was in math. You
9  know, the different advanced math classes I took I
10 never did the homework, but I was able to do well on
11 the exams and make up for it.
12     Q   Why didn't you do math homework? Was it
13 because you were bright enough you didn't need to?
14     A   How should I describe it?
15         It was, you know, I always liked the whole
16 math puzzle games type of things, but, you know, the
17 homework it wasn't really -- it was hard for me to
18 concentrate on and do, you know. I was able to, I
19 guess with the anxiety of the exam, I was able to cram
20 in stuff at the last minute and usually pretty do
21 well -- do pretty well.
22     Q   You did better than pretty well, didn't

126

1  you? You graduated with honors?
2      A   Yes.
3      Q   Did you do honors grades, get honors
4  grades, in math courses?
5      A   I believe I got B pluses and stuff.
6         I remember always a homework grade away
7  from getting the A.
8      Q   Did you have teachers in high school who
9  were your particular mentors?
10     A   I remember one civics teacher that really
11 saw potential in me and really always wanted me to do
12 well.
13     Q   Who was that?
14     A   Her name was -- what was her name?
15 I think the first name was Haewon,
16 H-A-E-W-O-N, and the last name was Yi, Y-I.
17     Q   And this was in high school?
18     A   This was in high school. Yes.
19         I remember she saw a lot of potential in me
20 and was really advocating for me to do always the best
21 that I could.
22         She actually wrote my recommendation to

127

1  Johns Hopkins and a few other places, if I recall.
2      Q   Did she write a recommendation that also
3  was included in your application to GW?
4      A   I don't recall if I asked her for that.
5  But I think -- I remember asking her for
6  recommendations, but I don't remember if it went to
7  GW or not.
8      Q   How would she describe you as a student?
9         MR. BACH: Objection. Calls for
10 speculation.
11         THE WITNESS: How would she describe me as
12 a student?
13         You know, I remember, you know, she had
14 invited me to kind of a lunch time session with some
15 of the brighter students in her class to I guess learn
16 a little more about world history and to discuss
17 articles that she would bring in. You know, extra
18 learning for her gifted students. It seemed like she
19 always wanted me to, you know, excel as much as I can.
20 She saw a lot of potential in me.
21         I think she was some big shot corporate
22 lawyer in New York City that retired or quit and came

128

1  to teach middle school. And she really liked me as a
2  student.
3  BY MR. McCONNELL:
4      Q   Do you still have the letter of
5  recommendation to Hopkins?
6      A   I think those were all -- what is it --
7  confidential, you know.
8      Q   That is a different question.
9         Do you still have the letter?
10     A   I don't recall ever getting the letter. I
11 never got the letter. It goes directly to the
12 university.
13     Q   Any other mentors in high school, faculty
14 members who were mentors, other than Ms. Yi?
15     A   Let me think.
16         I had a -- I can't remember the guy's first
17 name. Mr. Lau, L-A-U, I believe was his last name.
18     Q   What course did he teach?
19     A   He taught my AP Computer Science class.
20     Q   How would Mr. Lau describe you as a
21 student?
22     A   I think that he -- I mean he gave me an A

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

44 (Pages 173 to 176)

173

1 Documentation of Attention-Deficit Hyperactivity
2 Disorders."
3     Correct?
4     **A   That is the title.**
5     Q   So right on the University's website, which
6 was available at all times 24/7 to you as a student,
7 correct?
8     **A   I don't recall this being on the home page.**
9     Q   Different question.
10     Was the University's website available to
11 you electronically 24/7 as a medical student?
12     **A   Yes.**
13     Q   For anything you wanted to look at,
14 correct?
15     **A   Correct.**
16     Q   And you were told during the orientation
17 sessions that information about any services that
18 students might need could be accessed through the
19 website at any time.  True?
20     **A   In general.**
21     Q   Let me ask you this.
22     As a student who is now an adult, finished

174

1 an undergraduate program in engineering, finished a
2 Master's program at Georgetown, and has now embarked
3 on education to become a physician, did you feel you
4 had a certain level of expected ability and competency
5 to be able to navigate websites and find out
6 information that might be important to you personally
7 as a student?
8     **A   I am able to navigate websites, but I don't**
9 **recall being directed to this website.**
10     Q   This document as we have noted is
11 Guidelines for Documentation of ADHD and goes on to
12 state quite specifically what students who think they
13 have got that condition need to do, doesn't it?
14     **A   That is briefly looking over the sheet that**
15 **is what it says.**
16     Q   And what it tells anybody who bothers to go
17 to the website who has this condition and who thinks
18 they may need accommodation -- let me ask you this.
19     Is it your understanding that everybody
20 with ADHD needs accommodation?
21     MR. BACH:  Objection.  Calls for
22 speculation.

175

1 BY MR. McCONNELL:
2     Q   Or do you know?
3     MR. BACH:  Object to the form of the
4 question.
5     THE WITNESS:  Can you repeat the question?
6 BY MR. McCONNELL:
7     Q   Do you know whether everybody with ADHD who
8 is in medical school actually needs an accommodation
9 of some kind?
10     MR. BACH:  Object to the form of the
11 question.
12     THE WITNESS:  My understanding is that, you
13 know, ADHD is a disability and, you know, as a student
14 with a disability we should be directed towards
15 resources like this.
16     I don't recall at any point when I had
17 informed Dean Goldberg or Dean Yolanda Haywood about
18 my diagnosis that they had directed me to this.
19 BY MR. McCONNELL:
20     Q   Let me ask you this.
21     Aren't there students with ADHD who don't
22 require any accommodation at all who function

176

1 perfectly well even in medical school without
2 accommodation?
3     **A   I can't speak for my other classmates.**
4     Q   Or do you know?
5     You just don't know?
6     **A   I just don't know.**
7     Q   All right.
8     In any event up on the website, the
9 University's website, were specific instructions on
10 how to go about accessing the accommodation program
11 for students with ADHD who wanted to request
12 accommodation, correct?
13     **A   This describes how to, but if I don't know**
14 **how to access this website how can I be -- how can I?**
15 **I was never directed to this website by any of the**
16 **Deans when I had told them.  I mean how can I?  I**
17 **didn't have any way to know this was available.**
18     Q   You didn't?
19     **A   I did not know.**
20     Q   You didn't.
21     Did you bother to go look at the website
22 and see what might be available for me if I have got

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

185

1      MR. BACH: I don't understand what you are
2  asking him basically.
3      MR. McCONNELL:  Okay.
4  BY MR. McCONNELL:
5      Q   What I am asking you, Mr. Chenari, is to
6  your knowledge have you had ever this type of a
7  work-up done at any time?
8      A   No.  I just had my interaction with my
9  physician when he diagnosed me.
10     Q   As far as you know Dr. Durr never followed
11  this process, did he?
12     A   I mean I don't even know if this is a
13  clinical guideline process.  It is just what GW has
14  written.
15     Q   But according to this at GW in order to
16  fall within the accommodation program this is what
17  needs to be accomplished to establish an appropriate
18  diagnosis and become eligible for a possible
19  accommodation, correct?
20     A   I wouldn't know.  I wouldn't refer to it.
21     MR. McCONNELL:  Next exhibit please.
22     (Chenari Exhibit 14 was marked for

186

1  identification and is attached to the deposition
2  transcript.)
3  BY MR. McCONNELL:
4      Q   We have had marked as Exhibit Number 14 a
5  document styled Class of 2014 First Year Survival
6  Guide, The George Washington University School of
7  Medicine and Health Sciences, Washington, D.C.,
8  correct?
9      A   Correct.
10     Q   And you matriculated with the class of
11  2014, correct?
12     A   Correct.
13     Q   So this would be you, correct?
14     A   This would be my class year.  Yes.
15     Q   Did you get this and read it?
16     A   I believe I had received this in
17  orientation.
18     Q   Did you read it?
19     A   I believe looking through it.
20     Q   Excuse me?
21     A   I believe I looked through it.
22     Q   Did you think it was important that being

187

1  responsible on your own behalf to read documents that
2  were important to you as a medical student entering
3  medical school for the first time?
4      A   I mean this document if you look at the
5  Index is easily over 131 pages.  You know, this is
6  just one page of this document.
7          And in addition at the time, you know, I
8  didn't know about the disability that I had and I had
9  not received a diagnosis from my physician.  I didn't
10  know if it applied to me.
11          You know, when you are provided so many
12  documentation it is hard to, you know, recognize one
13  page out of the lot.
14     Q   Just too much to read?
15          By the way, do you know when you received
16  this?
17     A   I believe I received this as part of an
18  orientation packet.
19     Q   And that packet came to you by mail in
20  advance of your actual arrival at the GW campus, did
21  it not?
22     A   I really don't remember when I received it

188

1  either by mail or on the first day of orientation.  I
2  don't recall.
3      Q   Let me suggest to you that this document is
4  actually mailed out to students --
5      A   Okay.
6      Q   -- entering medical school before they ever
7  get to the campus.
8      A   Okay.
9      Q   If you had received such a document would
10  you have at least taken the time to have looked
11  through the Table of Contents and flipped through it
12  to see generally what is in the document?
13     A   I mean I remember looking through this
14  document and looking specifically at the section on
15  academic advice.
16     Q   The document does say for anybody who at
17  any point -- by the way, once you got it did you keep
18  a document like this?
19          It says First Year Survival Guide.  It
20  sounds like things might come up over the academic
21  year that would be worth having this document around.
22          Did you keep it during your first year?

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

50 (Pages 197 to 200)

197

1 identification and is attached to the deposition
2 transcript.)
3 BY MR. McCONNELL:
4     Q   Let me hand you what was marked or the
5 Court Reporter has handed you what was marked as
6 Exhibit 15.
7         This is an e-mail forwarded to medical
8 students, the entering medical students, class of
9 2014, correct?  You know that from the "To" line and
10 the header for the e-mail To: MED2014@HERMES.GWU.EDU.
11 That tells you that went out to your class, right?
12     A   It went out to the class list.  Yes.
13 Correct.
14     Q   And it went out to the class on
15 22 September 2010 at 5:12 and 11 seconds on
16 September 22, correct?
17     A   Correct.
18     Q   And it was from a Ms. Pekol, P-E-K-O-L,
19 Student Affairs Coordinator in the Dean's Office?
20     A   Yes.  She was the secretary of Dean
21 Goldberg I believe.
22     Q   Did you get this e-mail and read it?

198

1     A   I must have looked over it.  Yes.  It was
2 addressed to me.
3     Q   It was an important e-mail, wasn't it?
4     A   Yes.
5     Q   You were about to take your first block of
6 exams as a medical student, right?
7     A   Correct.
8     Q   The e-mails reads:  Students.  As you
9 prepare for your first block of exams the Dean's
10 Office wanted to remind you of a few things, colon,
11 correct?
12     A   Correct.
13     Q   And it set out rules for taking exams as a
14 medical student at the University, correct?
15     A   Correct.
16     Q   And down at the very last paragraph it
17 says, quote:  "Attached are the exam guidelines as
18 well as the Honor Code, which you signed at the White
19 Coat and Honor Code Ceremony and are expected to
20 uphold."  Close quote.
21         I have read that correctly, haven't I,
22 Mr. Chenari?

199

1     A   That is what it says, yes, about the Honor
2 Code.
3     Q   Let's flip over and look at the exam
4 guidelines.
5         MR. McCONNELL:  Next exhibit.
6         (Chenari Exhibit 16 was marked for
7 identification and is attached to the deposition
8 transcript.)
9 BY MR. McCONNELL:
10     Q   This document which we have marked as your
11 Deposition Exhibit Number 16 is entitled at the top of
12 page Exam Guidelines, correct?
13     A   Correct.
14     Q   You read this document, did you not?
15     A   I must have received it.  I don't recall.
16     Q   Let me ask you in reference to this did you
17 read this document?
18     A   I must have browsed through it.
19     Q   When you browsed through it would you have
20 browsed through paragraphs 1 through 15?
21     A   I honestly don't remember.
22     Q   Is there any doubt in your mind that you

200

1 read this document from start to finish?
2     A   Honestly I don't really recall.  I said
3 browsed through it.
4     Q   Were you too busy?
5     A   Yes.
6         You know, you have to study for all these
7 exams. No time.
8     Q   You just received an e-mail that in effect
9 warns you, does it not, that there are exam guidelines
10 that are related to the Honor Code, a document which
11 you signed at the White Coat and Honor Code Ceremony,
12 that you are expected to uphold, correct?
13         You read at least that much of the
14 communication, did you not?
15     A   Yes.  I believe I did sign an Honor Code.
16     Q   Did you think that if someone entering a
17 profession with the high ethical standards that you
18 thought you were aspiring to that it would be
19 important in light of the statement in this document
20 to read the guidelines attached to it?
21         Did you think somehow that might be a
22 little bit important?

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

205

1  ensure the length of the exam is maintained.  Correct?
2      A   Correct.
3      Q   And then it says in paragraph 12 the final
4  sentence, quote:  "The proctor cannot extend the
5  length of the exam for students who arrive late to the
6  exam." Close quote.  Correct?
7      A   Correct.
8      Q   Paragraph 13.  Upon completion of an exam
9  students must turn the exam into the proctor at the
10 front of the room.  Correct?
11     A   Correct.
12     Q   "Writing on the exam is not permitted once
13 a student rises to turn in the exam." Close quote.
14 Correct?
15     A   Correct.
16     Q   14 reads as follows, quote:  "The proctor
17 will announce when ten minutes remain for the exam,
18 after which students must remain seated until the end
19 of the exam period when all the exams are collected by
20 the proctor." Close quote.  Correct?
21     A   Correct.
22     Q   "After the announcement that the exam

206

1  period is over all exams and answer sheets must be
2  face down until collection by the proctor." Close
3  quote.  Correct?
4      A   Correct.
5      Q   The next sentence, quote:  "There will be
6  no extra time allotted, even to finish -- quote --
7  "bubbling" -- close quote -- in the answer sheet."
8  Close quote.  Correct?
9      A   Correct.
10     Q   And these guidelines and notes were
11 approved by a subgroup of students on the Honor,
12 capital "H"/Professionalism, capital "P", Council
13 October 2005.  Correct?
14     A   Correct.
15     Q   If you had read this you would certainly
16 have realized that bubbling in after time is called on
17 a timed exam is not permitted, correct?
18     A   Yes.
19     Q   If you had read this you would have had no
20 doubt about that, correct?
21     A   I mean I know I browsed through it.
22     Q   Different question.

207

1      If you had read this you would have known
2  there is no bubbling in after time is called?
3      A   Correct.
4      Q   We just walked through it.
5      How important in the scheme of things in
6  medical school is student performance on exams?
7      MR. BACH:  Objection.  Calls for
8  speculation.
9      THE WITNESS:  It is pretty important.
10 BY MR. McCONNELL:
11     Q   Whether you get to be a doctor or not
12 depends on how you do on exams, wasn't it?
13     A   Correct.  Yes.
14     I mean this sort of ethics thing has never
15 come up for me before.
16     Q   The what thing had never come up before?
17     A   This sort of ethics issue with the exam
18 time had never -- I had never gotten into any ethical
19 trouble before.
20     Q   Let me understand.
21     You don't think there is an ethical
22 dimension to taking exams appropriately and in

208

1  accordance with exam guidelines which all your fellow
2  students are following and are required to adhere to?
3      A   I mean I believe that I always adhered to
4  this guideline.
5      Q   So you adhered to the guideline when you
6  were bubbling in on an exam after time was called and
7  you had been told no fewer than two or three times to
8  stop?  You think you are complying with these
9  guidelines for how exams are to be taken?
10     Is that your testimony under oath?
11     A   I believe I panicked in that incident and
12 continued to bubble in my answers.
13     Q   You violated the guidelines, didn't you?
14     A   Yeah.  I guess as you have read it.
15     Q   I don't want any qualifiers on it.
16     A   Okay.
17     Q   It is not as I read it.  You violated the
18 guidelines as they were published and provided to you
19 and to all your classmates, you violated those
20 guidelines, didn't you?
21     A   Yes. I understand.
22     Q   And you were told that there was an ethical

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

53 (Pages 209 to 212)

209

1   implication to failing to take a test appropriately,
2   correct?
3       A   Yes.
4       Q   Do you think it is fair to your fellow
5   students to take more time than any of your fellow
6   students took to answer, to bubble in an answer sheet,
7   on a nationally given timed exam like the Surgery
8   Shelf Exam?
9       Do you think that is fair?
10      A   I mean I think what is unfair is that I had
11  told them my disability and if they had accommodated
12  me the least they could have done was give me some
13  extra time. And they did not even address that.
14      Q   Different question.
15      Did you think it was fair to your fellow
16  students to keep bubbling in an answer sheet after
17  time had been called?
18      A   I think it is unfair that I wasn't on the
19  same level playing field as them given my disability.
20      (Chenari Exhibit 17 was marked for
21  identification and is attached to the deposition
22  transcript.)

210

1   BY MR. McCONNELL:
2       Q   The Court Reporter has marked and handed to
3   you what has been marked for identification as
4   Deposition Exhibit Number 17, Mr. Chenari.
5       This is a document that the first page has
6   your handwriting on the front of it, correct?
7       A   Correct.
8       Q   And this provides certain information to
9   the University about your contact information, where
10  to find you and so forth, right?
11      A   Correct.
12      Q   On the second page is the document Policy
13  Review Verification, correct?
14      A   Correct.
15      Q   And it says it is a policy review and then
16  it identifies six different policies or documents that
17  have been provided to you as a student, correct?
18      A   Correct.
19      Q   Among the documents was the document
20  Regulations for M.D. Candidates, right?
21      A   Correct.
22      Q   And fifth on the list was a document Honor

211

1   Code, correct?
2       A   Correct. Number 5. Yes.
3       Q   At the bottom of that list there is a
4   statement I acknowledge that I have received and
5   reviewed the policies listed above, right?
6       A   Correct.
7       Q   And there is your signature down below Sina
8   Chenari, right?
9       A   Correct.
10      Q   And this is dated August 20, 2010?
11      A   Uh-huh. Correct. I accept that.
12      Q   Did you get and read all of these
13  documents?
14      A   I believe I had looked through them.
15      Q   Did you review them?
16      A   Yes.
17      It is a lot of documents.
18      Q   Let me back-up a second.
19      Looking at Exhibit 16. Do you have that in
20  front of you?
21      A   I do.
22      Q   I just glanced through it. I know how long

212

1   it takes me to read it. Why don't you glance through
2   it and tell me how long it takes you to read that
3   document? Just glance on through it.
4       Go ahead. Start.
5       A   (Witness complies.)
6       Okay.
7       Q   Done?
8       A   Done.
9       Q   The videotape will tell us how long that
10  took you to do.
11      Did you just read this document, by the
12  way, at the average speed, reading comprehension
13  speed, that you bring to bear when you are studying
14  technical type information, medical information and so
15  forth?
16      Is that about your reading speed?
17      A   To read thoroughly. Yes.
18      Q   Before you actually took the Shelf Exam
19  that we are talking about in this case you took a
20  practice Step 1 Shelf Exam at the end of your second
21  year, didn't you?
22      A   Correct.

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

217

1  GW Medical School and sets forth what they are to do
2  during the exams, how and when they do it, which is
3  where I obtained the statements that were just read to
4  you.
5        You do agree that it is likely you were
6  read that 30-minute warning during the practice Shelf
7  Exam as well as the actual Shelf Exam you took?
8     A  Yes.  I am not disputing that.
9     Q  So you would agree there is absolutely no
10  dispute that you were aware when that time was called
11  that you were to stop bubbling in your answer sheet,
12  correct?
13     A  Yes.
14     Q  During your first semester at GW were there
15  concerns raised about your performance as a medical
16  student?
17     A  Yes.
18     Q  And what were those concerns?
19     A  There is an issue with tardiness.
20     Q  Tardiness?
21     A  Uh-huh.
22     Q  In what regard?

218

1     A  We had an 8:00 a.m. small group class on
2  Thursdays.  I remember I had arrived late a few times.
3     Q  Why did you arrive late?
4     A  I couldn't sleep and I couldn't wake up in
5  the morning.
6     Q  The medical school curriculum is a pretty
7  demanding curriculum, isn't it?  It is a very full
8  day?
9     A  It is kind of hard when you have other
10  issues going on.
11     Q  Different question.
12        The medical school curriculum is a very
13  full curriculum and it is a long hard day, isn't it?
14     A  I don't deny that.
15     Q  It is sort of built into part of the
16  requirements of the medical education training
17  program, isn't it?
18     A  It is a difficult program.
19     Q  Medical schools across the country are
20  known by everybody who is anxious to get in and go
21  there that this is a rough road to hoe, correct?
22     A  Uh-huh.

219

1     Q  Correct?
2     A  I accept that.
3     Q  As a matter of fact that issue was
4  discussed with, among others, Semma Kakar and Rhoda
5  Goldberg, correct?
6     A  I had discussed it with Dean Stagnaro-Green
7  who was an instructor in that class that I was tardy
8  to, and I believe Dean Goldberg.
9        For Ms. or Dr. Seema Kakar and Dr. Cytowic
10  there were some issues with my performance in that
11  class where we do, you know, practice with the
12  standardized patients, with the actor patients, that
13  we had in small groups in that, you know, I am sure
14  that they also talked with each other.  These were all
15  coordinators of the courses.  I am sure they had some
16  dialogue.
17     Q  As a matter of fact you met with
18  Dr. Stagnaro-Green who discussed these issues with
19  you, didn't you?
20     A  Correct.
21     Q  And when she pointed out the expectations
22  that you would be on time for this class you told her

220

1  that the problem was you lived far away?
2     A  No.  I recall telling him that I had issues
3  waking up and because I live far away it made it even
4  compounding more difficult.
5     Q  It was made clear to you that being late
6  was unacceptable, correct?
7     A  I accept that.  Yes.
8     Q  And as a matter of fact Dr. Kakar met with
9  you for the purpose of asking you if there were any
10  extenuating circumstances that they should be aware of
11  to account for your behavior, correct?
12     A  I remember speaking with Dr. Kakar and
13  Dr. Cytowic outside of that standardized patient
14  class.  I think their concern mostly at that time was
15  about my anxiety issues in that class.
16        I really don't remember.
17     Q  Anxiety issues in which class?
18     A  Anxiety in, you know, that actor patient
19  class.
20     Q  The POM?
21     A  It is called DPS.  But yeah.
22        I remember after class numerous times we

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

60 (Pages 237 to 240)

237

1  anyone else at that time that you were in therapy with
2  Dr. Durr for your depression and anxiety, that you had
3  taken care of that issue because you were with
4  Dr. Durr for therapy?
5       A   I mean I had I told them that I was seeing
6  Dr. Durr as a general practitioner and he had
7  diagnosed my ADHD.
8       Q   But that is a different question.
9       A   How is it so?
10      Q   Your anxiety and depression did you tell
11 them that you were in therapy with Dr. Durr?
12      A   I told them that I had seen Dr. Durr for my
13 anxiety, depression and my ADHD.
14      Q   Now, it looks as if in July 2012 Dr. Mintz
15 e-mailed you about your conditional grade in POM and
16 your need to remediate and that he needed to meet with
17 you to discuss this and how to proceed.
18      Did you have a meeting with Dr. Mintz to
19 work through this conditional grade and remediation of
20 the grade?
21      A   Yes.
22      I believe I had it -- I can't remember the

238

1  date off the top of my head.  I had it right before I
2  started -- well, the reason why I didn't meet with him
3  immediately was because I was taking the Board Exam.
4  So I met with him right before the fall semester,
5  right before I started my surgical rotation.
6       MR. McCONNELL:  Let's mark this next
7  document as Exhibit 20.
8       (Chenari Exhibit 20 was marked for
9  identification and is attached to the deposition
10 transcript.)
11 BY MR. McCONNELL:
12      Q   Does Exhibit 20 reflect an e-mail exchange
13 between you and Dr. Mintz concerning this issue?
14      A   Correct.
15      Q   Did it appear to you that Dr. Mintz worked
16 with you in a reasonable way in an effort to get this
17 issue remediated?
18      A   I worked with him to remediate the class,
19 the POM class, which I got a conditional in.
20      Q   Was that done successfully?  Did you get
21 that done?
22      A   Uh-huh.

239

1       I met with -- actually I had to join in a
2  clinic with Dr. Mintz, Dr. Andrea Flory, Dr. Blatt,
3  Dr. Posner, I believe that was all -- with them in
4  clinic so that they could evaluate me to see if I was
5  competent enough to proceed to the clinical years.
6       Q   We are coming around to the fall of 2012.
7       You were scheduled for certain clinical
8  rotations that fall, correct?
9       A   Correct.
10      Q   And you did not start those as I understand
11 it, right?
12      A   I missed the first two rotations.  I
13 started with the surgery clerkship.
14      Q   Why did you miss your first two clinical
15 rotations?
16      A   Because I postponed taking my Step 1 Shelf
17 Exam or Board Exam.
18      Q   Why did you do that?
19      A   I believe that summer I -- well, I went to
20 some physical therapy for that, you know, the groin,
21 the sprain issue that I was facing.
22      Q   So the physical therapy cut into what?

240

1  Your prep time?
2       A   No.
3       I mean honestly it was just I wanted to --
4  I was I guess just exhausted with school.
5       Q   You what?
6       A   Exhausted.  I was depressed.  And I could
7  not study for the exam at all.  I just kept postponing
8  it.
9       Q   So because you had postponed a Shelf Exam
10 you weren't ready to take on the two clinical
11 rotations that fall?
12      A   Yes.  Until you take the Board Exam you
13 cannot start the rotations.
14      Q   So you started the surgery rotation?
15      A   Correct.
16      Q   Was that the only rotation you had that
17 fall?
18      A   That was the only rotation.  That was the
19 last one of the semester.
20      Q   In light of these events you had an e-mail
21 exchange with Dean Goldberg about where you stood in
22 the law school program and how to structure it so that

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

61 (Pages 241 to 244)

241

1  you could stay in the program and move forward. True?
2      A  I met with them after taking the Shelf
3  Exam -- sorry -- the Step 1 Board Exam to I guess
4  continue with the semester and try to graduate on
5  time. And that was at that time that I had spoken
6  with them about my ADHD diagnosis.
7          MR. McCONNELL: Let's mark this 21.
8          (Chenari Exhibit 21 was marked for
9  identification and is attached to the deposition
10 transcript.)
11 BY MR. McCONNELL:
12     Q  We have marked as Deposition Exhibit 21 and
13 placed before you a two page document of e-mails.
14         Does this reflect correspondence between
15 you, Dr. Haywood and Dean Goldberg concerning this
16 matter?
17     A  Yes.
18         This was when I met with them to discuss
19 how to, you know, if I could start the semester and to
20 discuss about my -- you know, let them know about my
21 ADHD diagnosis.
22     Q  You e-mailed Dean Goldberg on

242

1  September 20th saying you wanted to come in and
2  develop a plan.
3          Dean Goldberg got back to you the next day
4  September 21 -- no -- the same day September 20 saying
5  of course, come on in on Monday, October 1st, 10:30, to
6  meet with me and Dean Haywood, correct?
7      A  Correct.
8      Q  And so I take it that happened?
9      A  I met with them on October 3rd.
10     Q  And you e-mailed back on October 5th to
11 Dean Goldberg and Haywood: Thank you both for taking
12 the time out of your schedules to meet with me. Per
13 our conversation this past Wednesday, I would like to
14 continue with my program of study beginning with the
15 third rotation in two weeks. Please advise if there
16 is anything else I need to do.
17         Correct?
18     A  Correct.
19     Q  And Dean Haywood e-mailed back: That's
20 fine. Nothing else you need to do from my end.
21         Right?
22     A  Correct.

243

1      Q  Now, you say during this period of time you
2  told them that you had ADHD and was suffering
3  depression and anxiety and everything?
4      A  Correct. That was part of our
5  conversation.
6      Q  And what, if anything, did they tell you to
7  do?
8      A  I mean Dean Goldberg just gave me the
9  number for the University Counseling Center.
10     Q  And in giving you the number for the
11 University Counseling Center what, if anything, did
12 she say was the purpose for giving you that
13 information?
14     A  I guess mainly she focused on my anxiety
15 and depression and that I could speak with them, you
16 know, regarding that issue.
17     Q  And you didn't have time to follow-up as
18 you told us earlier with the Counseling Center,
19 correct?
20     A  Correct. Yes. With the clinical rotation
21 there was no time.
22     Q  Well, in light of Dean Goldberg's referral

244

1  to the Counseling Center and your inability because of
2  time constraint to follow-up there, did you follow-up
3  anywhere else on the issues that were discussed with
4  Dean Goldberg and Haywood?
5      A  I mean nobody followed up with me and I --
6      Q  Different question.
7          Did you do anything further about it?
8      A  I just started the rotation.
9      Q  Did you get back to Dr. Durr and say, hey,
10 I don't have time to access the Counseling Center, can
11 I come in and meet with you and deal with these issues
12 as part of my therapy with you?
13     A  I remember meeting with him for like a sore
14 throat or a cough issue.
15     Q  You remember meeting him for what?
16     A  A sore throat or a cough that had come up.
17     Q  Was that part of your anxiety and
18 depression or was that something else?
19     A  It was something else.
20         But I remember that immediately after this
21 meeting that was when I started the rotation.
22     Q  Now, were you referred on October 4 to

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

62 (Pages 245 to 248)

245

1 another counselor?
2 **A October 4?**
3 Q 2012.
4 **A Was that -- let me see.**
5 (Chenari Exhibit 22 was marked for
6 identification and is attached to the deposition
7 transcript.)
8 BY MR. McCONNELL:
9 Q On October 4, 2012 did you get an e-mail
10 from Anne Gialanella, a Clinical Associate at The Viva
11 Center?
12 **A I got this e-mail from Andrea Flory.**
13 Q I'm sorry. Dr. Flory. Yes. Sorry.
14 Dr. Flory at GW sent you an e-mail
15 9 o'clock in the morning of October 4, correct?
16 **A Correct.**
17 **I remember reading this e-mail.**
18 Q And she referred you -- I'm sorry for my
19 confusion -- to Anne Gialanella, a Clinical Associate
20 at The Viva Center, and highly recommended her to you.
21 She said she is a wonderful counselor with whom she
22 was working with at that time in a program to help

246

1 students, particularly students who have a lot of
2 anxiety around the PBE exams.
3 What are the PBE exams?
4 **A Those are the actor patient exams.**
5 Q So here is a recommendation to a therapist.
6 When did you contact Ms. Gialanella?
7 **A As I said before, this is when I had**
8 **started the surgery clinical rotation and there was no**
9 **time.**
10 Q Did you ever follow-up with Ms. Gialanella?
11 **A No.**
12 Q Why?
13 **A I mean the rotations took up all my time.**
14 Q Was that the University's fault?
15 **A I mean they could have excused me from some**
16 **responsibilities.**
17 Q Did you ask to be excused so you could go
18 get therapy with Ms. Gialanella?
19 **A No.**
20 MR. McCONNELL: This may be a convenient
21 time to take a break.
22 MR. BACH: For two months or so?

247

1 MR. McCONNELL: Off the record.
2 THE VIDEOGRAPHER: We are going off the
3 record. The time is 5:39.
4 THE COURT REPORTER: Mr. Bach, do you get a
5 copy of the transcript?
6 MR. BACH: Yes please.
7 THE COURT REPORTER: Is this regular
8 delivery?
9 MR. McCONNELL: Regular delivery.
10 MR. BACH: I am not going to order the
11 videotape at this time.
12 What about reading and signing?
13 MR. McCONNELL: As far as I am concerned we
14 can hold it open until we are finished.
15 MR. BACH: That is fine.
16 (Off the record at 5:45 p.m.)
17
18
19
20
21
22

248

1 CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC
2 I, Paula J. Eastes, Registered
3 Professional Reporter, the officer before whom the
4 foregoing proceedings were taken, do hereby certify
5 that the foregoing transcript is a true and correct
6 record of the proceedings; that said proceedings were
7 taken by me stenographically and thereafter reduced to
8 typewriting under my supervision; and that I am
9 neither counsel for, related to, nor employed by any
10 of the parties to this case and have no interest,
11 financial or otherwise, in its outcome.
12 IN WITNESS WHEREOF, I have hereunto set my
13 hand and affixed my notarial seal this 10th day of
14 March 2015.
15
16 My commission expires: February 14, 2016
17
18
19
20 NOTARY PUBLIC IN AND FOR THE
21 DISTRICT OF COLUMBIA
22

VIDEOTAPED DEPOSITION OF SINA CHENARI, VOLUME 2
CONDUCTED ON MONDAY, APRIL 20, 2015

5 (Pages 265 to 268)

**265**

1  that people, for example, weren't to wear visored
2  hats, you had to take off visored hats, any hoods had
3  to be down, correct?
4      A   I honestly don't remember that, but that's
5  usually the case.
6      Q   You were told no electronic devices were
7  permitted, correct?
8      A   Correct.
9      Q   And again, you were told that warnings would
10 be given at 30 minutes and 10 minutes before the end
11 of the exam, correct?
12     A   Correct.
13     Q   And that when time was called, that meant
14 pencils down, bubble sheets were to be placed inside
15 the exam book, the exam book closed face up so she
16 could collect them, correct?
17     A   I just remember pencils down.  I don't
18 remember the other stuff now.
19     Q   The exam was two and a half hours long?
20     A   Yes.
21     Q   Did you remain in the exam room throughout
22 the two and a half hours, or did you take any bathroom

**266**

1  breaks?
2      A   I stayed in the exam room the entire time.
3      Q   Did Ms. Ruiz call the 30-minute warning?
4      A   I don't believe she called a 30-minute, I
5  think she called at like 15 or 20.  There was some
6  delay, if I recall correctly, but around that time.
7      Q   And then at the two and a half hour point,
8  did she call pencils down, exam over?
9      A   Correct.
10     Q   Tell me what you did when she said exam
11 over, pencils down.  What did you do?
12     A   So what happened was that, you know, I
13 thought I had -- I had transferred all my answers from
14 this bubble -- from the Scan -- from the exam booklet
15 to the Scantron.
16         You know, I turned my exam over, the
17 Scantron was two-sided, you know, front with maybe
18 about 20 or 30 questions in the rear with the
19 remainder.  At that point I realized that, you know, I
20 was in shock, I realized that I didn't bubble in the
21 front of the Scantron.
22     Q   So -- so that I understand, are you telling

**267**

1  us that the entire front of the Scantron sheet had not
2  been bubbled in?
3      A   Correct.
4      Q   So you turned that over and realized that
5  you hadn't bubbled in any part of the front page of
6  the Scantron sheet.  What did you do then?
7      A   I panicked.  I -- I don't know, I just -- I
8  was in shock, I panicked, and I continued to transfer
9  my answers from the exam booklet to the Scantron.
10     Q   Did you -- by the time you had finished with
11 the Scantron sheet, had you bubbled in the entire
12 front of the sheet?
13     A   By the time -- can you repeat that question?
14     Q   Yeah.  Before the exam sheet was turned over
15 to Ms. Ruiz, had you bubbled in the entire front of
16 the exam sheet?
17     A   Are you asking me if -- before I turned it
18 in to her?
19     Q   Right.  As turned in, was the entire front
20 of the Scantron then bubbled in?
21     A   Let me make one thing clear.  I didn't turn
22 it in to her, I left the exam on my -- on my desk; she

**268**

1  retrieved it.
2      Q   All right.  As you left that exam sheet --
3      A   Okay.
4      Q   -- was the entire front then bubbled in?
5  Did you bubble in the whole front page?
6      A   I transferred my answers, yes, from my exam
7  booklet to the Scantron.
8      Q   So however many bubbles were on the front of
9  the Scantron sheet, you filled them all in, you
10 answered all the questions.
11     A   Correct.  I transferred my answers from the
12 exam booklet to the Scantron.
13     Q   But just to be sure I'm clear, there wasn't
14 any question on the front of the sheet that you left
15 unanswered; is that correct?
16     A   There were no questions on the front of the
17 sheet that were unanswered in the exam booklet.
18     Q   All right.  So Ms. Ruiz called time, you
19 realized you hadn't bubbled in the front of the sheet,
20 you turned it over and started bubbling in the front
21 of the sheet?
22     A   Yes.

VIDEOTAPED DEPOSITION OF SINA CHENARI, VOLUME 2
CONDUCTED ON MONDAY, APRIL 20, 2015

6  (Pages 269 to 272)

269

1   Q   What, if anything, did Ms. Ruiz say to you?
2   A   She said pencils down. After a few seconds,
3   she asked me to stop.
4   Q   What did she say?
5   A   I don't remember the exact wording she said,
6   but she asked me to stop.
7   Q   Did she use your name?
8   A   I believe so.
9   Q   And when Ms. Ruiz -- did she look right at
10  you and say, Mr. Chenari, or Charlie, or whatever,
11  stop?
12  A   I don't -- I wasn't focused on her, I was
13  focused on transferring my answers from my booklet to
14  the Scantron. I don't -- I didn't see her face.
15  Q   But you clearly heard her tell you,
16  Mr. Chenari, stop, correct, you heard that?
17  A   I heard that, I guess it didn't register, I
18  don't know. I just -- I continued to bubble in.
19  Q   All right. So you continued to bubble in
20  after being told to stop.
21      Did Ms. Ruiz speak to you again about that?
22  A   I believe -- I believe she -- you know, I

270

1   was sitting in the middle of the room, so she started
2   the left collecting the exam booklets and she came to
3   me, she stood over me next to me. You know, she
4   reached over me to try to get the exam, I just put my
5   hand over the booklet and the exam and just continued
6   to bubble in my answers.
7   Q   Before she even came and stood over you,
8   after telling you the first time, Mr. Chenari, stop,
9   did she tell you again to stop before she actually got
10  beside you?
11  A   I believe it happened at the same time. I
12  don't recall.
13  Q   In any event, she was standing right beside
14  you and what did you do?
15  A   She tried to reach over me.
16  Q   Was she behind you, beside you, where was
17  she?
18  A   She was diagonally beside me, to the left.
19  Q   Okay. So she reached over to get your
20  Scantron answer sheet and what did you do?
21  A   I just put my hand over the exam and the
22  Scantron.

271

1   Q   What did she do at that point?
2   A   I believe -- I think she had her hand on the
3   exam, then she let go, and then she stood back.
4   Q   At that point had she gathered all the other
5   exams in the room?
6   A   I don't recall. I know she gathered most of
7   them. I don't know if she gathered all of them. All
8   I know is, I was focused on transferring my answers
9   from the booklet to my Scantron.
10  Q   How long did you keep bubbling in answers on
11  the Scantron sheet?
12  A   I want to say this took at most 90 seconds
13  to two minutes. I don't know.
14  Q   Did Ms. Ruiz say anything else to you about
15  what you were doing?
16  A   I don't recall.
17  Q   Did she touch you?
18  A   No, she just reached over me.
19  Q   Did you touch her?
20  A   No.
21  Q   All right. And when she reached over her
22  [sic], did you physically actually put your arm right

272

1   on the Scantron sheet itself?
2   A   I put my arm over the Scantron and the
3   booklet. I did not touch her in any way.
4   Q   So you knew she was attempting to get that
5   answer sheet and the booklet and you physically
6   stopped her from being able to do that, right?
7   A   I -- yeah, I put my -- I kept my exam
8   booklet and Scantron.
9   Q   Were the other students still in the room
10  when this was going on?
11  A   I believe they were all in the room. I
12  don't believe anybody left.
13  Q   Had you ever seen any other student at GW do
14  what you were doing?
15      MR. BACH: Object to the form of the
16  question.
17  Q   Bubbling in an exam sheet after they had
18  been told to stop?
19  A   I believe I've seen that before.
20  Q   Oh, really. Who?
21  A   I mean, I've seen numerous times when some
22  of my classmates have, you know, covertly bubbled in

VIDEOTAPED DEPOSITION OF SINA CHENARI, VOLUME 2
CONDUCTED ON MONDAY, APRIL 20, 2015

277

1    in continuing to bubble in answers on a Scantron sheet
2    on a timed exam after time has been called?
3        A   I believe my situation, I didn't answer any
4    additional questions that were not answered in the
5    booklet.
6        Q   So are you telling me what you did was not
7    cheating?
8        A   I believe what I did was -- you know, I did
9    not answer additional questions that were not on the
10   exam.
11       Q   All right.  I may have to file a motion to
12   compel you to answer a very simple, straightforward
13   question.  Either you can say the word "cheating" or
14   you can say it's not cheating, pick one, but I'm
15   entitled to an answer to that question.
16           So let me put the question to you again, and
17   we can go before a judge and ask for an Order, or we
18   can have the answer today, either way.
19           Is it your testimony here, under oath, that
20   even as you sit here today you do not believe that
21   continuing to bubble in answers on a Scantron sheet,
22   after time has called on a timed exam, involves

278

1    any element of cheating?
2        A   I believe answering additional questions is
3    cheating.
4        Q   Now, you say that you put your hand over the
5    Scantron sheet and wouldn't allow Ms. Ruiz to collect
6    the sheet until you had bubbled in the answers.
7            When you finished bubbling in the answers,
8    what did you do with the -- with your exam book and
9    the sheet?
10       A   I just sat back.  I never turned in any
11   exam.
12       Q   All right.  Did you sit back and leave the
13   Scantron sheet sitting beside the booklet, did you put
14   it in the booklet, what did you do with your Scantron
15   sheet?
16       A   I mean, I believe the Scantron was in the
17   booklet because I had been, you know, transferring
18   them, you know, one-on-one, my answer into -- my --
19   and the questions I answered in the booklet to the
20   Scantron.  I didn't close the exam, I didn't turn in
21   the exam, I just sat back.
22       Q   All right.  And when you sat back, closed

279

1    the booklet with the Scantron sheet either on top of
2    it or in it, wherever it was, I take it you expected
3    that Ms. Ruiz would then pick up your exam booklet and
4    your answer sheet and just turn them in?
5        A   I never turned in an exam.  I mean, I just
6    left it there.
7        Q   Okay.
8        A   I didn't know.
9        Q   You expected her to handle it in the normal
10   routine course of events, however she handled exams
11   from that point forward?
12       A   I mean, typically for standardized exams is
13   an element of turning in an exam and, you know, I
14   guess also withdrawing an exam.  I didn't know -- I
15   guess I was still in shock, still hyper focused.  I
16   didn't know -- you know, the anxiety kind of got the
17   better of me.
18       Q   All right.  After you sat back, did Ms. Ruiz
19   come around and collect your exam book and the sheet?
20       A   I believe she was still standing there next
21   to me towering over me.
22       Q   All right.  Towering over you?  Did you feel

280

1    that she was physically in any way intruding on you?
2        A   I mean, she didn't reach over me, over my
3    person, you know.
4        Q   After you sat back what, if anything, did
5    Ms. Ruiz do about your exam booklet and the answer
6    sheet?
7        A   What do you mean?  I don't understand the
8    question.
9        Q   Did she pick them up?  What did she do with
10   them?  Did she leave them on the desk?  What happened?
11       A   I believe she picked it up.
12       Q   And then what did she do, go back to the
13   front of the room where she had been sitting?
14       A   I believe she had -- I believe she picked up
15   some other students' booklets that she hadn't picked
16   up yet and then I guess she excused us from the room.
17       Q   Okay.  At that point did people leave?
18       A   I believe some of the class left, some of
19   the class stayed.
20       Q   What did you do?
21       A   I left the room to use the men's room.
22       Q   Did anybody speak to you as you were leaving

VIDEOTAPED DEPOSITION OF SINA CHENARI, VOLUME 2
CONDUCTED ON MONDAY, APRIL 20, 2015

12 (Pages 293 to 296)

293

1   February 2013?
2       A   Correct.
3       Q   And it looks as if you actually met with
4   Dean Goldberg, it would have been on Monday,
5   February 4th -- February 4, correct?
6       A   Correct.
7       Q   Tell me about that meeting with
8   Dean Goldberg on Monday, February 24 [sic], 2013.
9   What happened?
10      A   I went to Dean Goldberg's office, I met with
11  her, she gave me the -- the packet to meet with the
12  subcommittee.
13      Q   What was in the packet?
14      A   It had all of these e-mails that you had
15  given me, these past four e-mail chains you'd given
16  me.  Also I guess outline that I needed to meet with a
17  subcommittee.
18      Q   So in the packet of materials that you got
19  from Dean Goldberg on February 4 were included the
20  e-mails that we've marked as Exhibit 24 from
21  Jessica Ruiz, the e-mail, Exhibit 25, that
22  Stacy Sanders wrote.

294

1           Did you also get a copy of the -- portions
2   of the regulations concerning proceedings for honor
3   code violations or alleged honor code violations?
4       A   At the time I thought it was only assessing
5   my professional comportment.  I actually wasn't aware
6   of an honor code violation until slightly later.  But
7   yeah, I got this in a packet.
8       Q   All right.
9           THE WITNESS:  Do you mind if I take a brief
10  recess to use the men's room?
11          MR. McCONNELL:  Oh, no, please, any time,
12  any time.  Let's go off the record.
13          VIDEOGRAPHER:  We're going off the record.
14  The time is 11:03 a.m.
15          (Break taken.)
16          (Exhibit 27 was marked for identification
17  and was attached to the transcript.)
18          VIDEOGRAPHER:  We're back on the record.
19  The time is 11:07 a.m.
20  BY MR. McCONNELL:
21      Q   As I understand it, after this meeting with
22  Dean Goldberg, you weren't aware that the proceedings

295

1   that she was talking about would involve an honor code
2   violation or alleged honor code violation?
3       A   At the time I believed it was involving
4   professional comportment in terms of my actions.
5       Q   How much was longer was it before you
6   realized this wasn't a professional comportment matter
7   but really an alleged violation of the honor code?
8       A   I don't recall a hundred percent.  I
9   honestly think it was the day that we had the
10  subcommittee meeting -- no, no, it happened -- I
11  believe it happened when she asked me to evaluate the
12  members of the committee and then she said it was
13  something to do with -- I believe that's when.
14      Q   That's when you first realized this wasn't a
15  professional comportment issue --
16      A   Uh-huh.
17      Q   -- it was an honor code -- alleged honor
18  code issue?
19      A   Correct.
20      Q   Let me put in front of you what we've had
21  marked as Exhibit 27 and ask you, is that the material
22  that was provided to you by Dean Goldberg on

296

1   February 4, 2013?
2       A   (Reviewing.)
3           Yeah, this looks about what ...
4       Q   Any doubt about it?  This was what you were
5   provided by Dean Goldberg on February 4, 2013,
6   correct?
7       A   I think this is the one that -- I think this
8   is the one, but I hundred percent don't know.  I
9   think -- I thought the one she gave me on February 4
10  is slightly different.
11      Q   Well, if Dean Goldberg --
12      A   Slight variation.
13      Q   Now, if Dean Goldberg were to testify under
14  oath that in fact this was the packet of material she
15  provided to you on February 4, 2013, would you have
16  any reason to doubt the accuracy of her testimony,
17  were she to give it in that regard?
18      A   No, I don't think so.
19      Q   Right on the memo that's the first page of
20  this document, Exhibit 27, the re clause says
21  allegation of honor code violation, correct?
22      A   Correct.

VIDEOTAPED DEPOSITION OF SINA CHENARI, VOLUME 2
CONDUCTED ON MONDAY, APRIL 20, 2015

13 (Pages 297 to 300)

297

1    Q   And it says, "Attached please find a report
2  I received alleging a possible honor code violation in
3  which you were involved," correct?
4    A   Correct.
5    Q   And the report, of course, is the e-mails
6  from Ms. Ruiz and Ms. Sanders, correct?
7    A   Correct.
8    Q   All right.  And then attached at the back
9  are the portions of the regulations for M.D.
10  candidates concerning disciplinary proceedings,
11  including those involving an honor code violation?
12    A   Correct.
13    Q   All right.
14       (Exhibit 28 was marked for identification
15  and was attached to the transcript.)
16  BY MR. McCONNELL:
17    Q   Exhibit 28 is a -- consists of two pages of
18  e-mail exchanges between you and Dean Goldberg
19  concerning the proceedings that were about to take
20  place, correct?
21    A   One second, let me read through it.
22       (Reviewing.)

298

1       Yeah, this is what she had sent me.  This is
2  the e-mail chain at least.
3    Q   Okay.  And in here she tells you who the
4  members of the hearing committee will be?
5    A   Correct.
6    Q   And on the second page is your e-mail back
7  that, among other things, says the subcommittee
8  membership is fine, correct?
9    A   Correct.
10    Q   And this does accurately represent the
11  e-mail exchange you had with Dean Goldberg on those
12  matters in the e-mail, correct?
13    A   Correct, yeah.
14       (Exhibit 29 was marked for identification
15  and was attached to the transcript.)
16  BY MR. McCONNELL:
17    Q   Exhibit 29 consists of another three pages
18  of e-mail exchanges between you and Dean Goldberg
19  concerning the subcommittee hearing, correct?
20    A   This is the same thing as the other e-mail?
21    Q   No, these are different.  This is a request
22  that you put to Dean Goldberg to be able to see your

299

1  confidential file, academic records and so forth.
2    A   This is the same e-mail, though.
3    Q   All right.  One of them may be.
4    A   No, they look the same.
5    Q   Let me see.
6    A   See the second e-mail on the ...
7    Q   These are different from the --
8    A   Look at the second e-mail of the first page,
9  please.
10    Q   Right, the end of the e-mail trail picks up
11  the earlier e-mail, correct, but the first part of
12  that exhibit is a further exchange with Dean Goldberg
13  about the confidential file, your access to those
14  materials, correct?
15    A   Correct, yeah, I wanted access to them.
16    Q   And Dean Goldberg had also inquired whether
17  you intended to bring an attorney to the subcommittee
18  meeting?
19    A   Correct, yeah.  I wanted the confidential
20  file and anything else because in case I needed to
21  seek an attorney, to have that available.
22    Q   Correct.

300

1       So these -- Exhibit 29 does accurately set
2  forth the e-mail exchange you had with Dean Goldberg
3  as set forth in that exhibit --
4    A   Yeah --
5    Q   -- is that correct?
6    A   -- as a subset of the other one.
7       (Exhibit 30 was marked for identification
8  and was attached to the transcript.)
9  BY MR. McCONNELL:
10    Q   The Court Reporter has marked an exhibit --
11  as Exhibit 30 an e-mail from Dean Goldberg to you,
12  dated February 28, notifying you of the date, time and
13  place of the hearing, correct?
14    A   Correct.
15    Q   And she also notes in this e-mail that you
16  could pick up a copy of the packet of materials which
17  was being provided to the subcommittee members from
18  her assistant Jessica, correct?
19    A   Correct.
20    Q   Did you go and pick up that packet of
21  materials?
22    A   Yes, I did.

VIDEOTAPED DEPOSITION OF SINA CHENARI, VOLUME 2
CONDUCTED ON MONDAY, APRIL 20, 2015

305

1    the University, and Dean Rhonda Goldberg.
2    Q    Ms. Reed, does that name ring a bell?
3    A    Yeah.
4    Q    Ms. Reed was present as counsel for the
5    University?
6    A    Correct.
7    Q    And Dean Goldberg was also present?
8    A    Correct.
9    Q    You were there.
10        Did you have anyone else there?
11   A    No.
12   Q    How long was the hearing that took place,
13   ballpark?
14   A    An hour, two hours.
15   Q    Were you given an opportunity to make a
16   statement to the hearing committee?
17   A    Yes.
18   Q    Did you make a statement of any kind?
19   A    I don't believe I made a statement.
20   Q    Who else appeared before the committee as a
21   witness of any kind?
22   A    Miss Jessica Ruiz and Miss Stacy Sanders.

306

1    Q    Did they make statements to the subcommittee
2    about what happened?
3    A    I don't know if they made statements, but I
4    know they asked some questions.
5    Q    Did they respond to whatever questions they
6    were asked?
7    A    Yes.
8    Q    Were you given an opportunity to ask them
9    any questions that you might have had?
10   A    I was given an opportunity, but I was not
11   allowed to verbally ask them questions, they had to be
12   written down.
13   Q    Did you submit any written questions at all?
14   A    No. I wanted to ask verbally, but I was not
15   allowed to.
16   Q    Were you asked questions by the members of
17   the subcommittee?
18   A    Yes.
19   Q    Did you respond to their questions?
20   A    Yes.
21   Q    As best you recall, did you answer their
22   questions truthfully?

307

1    A    Yeah, for the most part, yeah, I answered
2    them truthfully.
3    Q    The proceedings were, as I understand it,
4    tape recorded. Dean Goldberg had a recorder there
5    that she put on the table at the beginning of the
6    meeting; do you recall that?
7    A    I believe so, yeah.
8    Q    We've provided your counsel with a copy of
9    that recording. Have you listened to that?
10   A    No, I have not.
11   Q    At any time during these proceedings, from
12   the time of the exam on December 14, 2012, through all
13   the proceedings at GW, did you tape record any
14   conversations with anybody at the University, any
15   meetings, make a recording of any kind, video, audio
16   recording of any kind of any of those proceedings?
17   A    I recorded this meeting.
18   Q    So you have your own tape recording of the
19   subcommittee hearing meeting?
20   A    Uh-huh.
21   Q    Yes?
22   A    Correct.

308

1        MR. McCONNELL: Mr. Bach, if you could, I
2    would ask that you call upon Mr. Chenari. I think
3    it's responsive to our request for documentation.
4        MR. BACH: Yes. Do you still have it?
5        THE WITNESS: I'd have to check. I know I
6    recorded it a long time ago.
7        MR. BACH: If you have it, I need it.
8        THE WITNESS: Okay.
9    BY MR. McCONNELL:
10   Q    Any other meetings, telephone calls,
11   anything like that at all with Dean Goldberg, with
12   other students, anything at all that you recorded in
13   any way concerning any communications with anybody
14   about these events? Any other recordings?
15   A    I'd have to check, I don't recall. I think
16   this is the only one. I don't -- I don't remember.
17   Q    Did you record the meeting with
18   Dean Goldberg that had taken place back in February
19   about this?
20   A    No.
21   Q    What did you record the subcommittee hearing
22   on? What did you use for the recording?

VIDEOTAPED DEPOSITION OF SINA CHENARI, VOLUME 2
CONDUCTED ON MONDAY, APRIL 20, 2015

309

1      A   I believe a cell phone.
2      Q   IPhone?
3      A   No, a Android phone.
4      Q   Okay.  And before the subcommittee meeting
5   was over, were you given a further chance to say
6   anything you wanted to say to the subcommittee about
7   these events?
8      A   I don't -- I don't understand the question.
9      Q   During the subcommittee meeting, were you
10  given a chance to say anything you felt was necessary
11  or appropriate to say to the subcommittee?
12     A   I believe the only qualm I had was that I
13  was not allowed to verbally ask questions to Miss Ruiz
14  and Miss Sanders without writing them down.  I didn't
15  prepare -- I didn't have any paper with me.
16     Q   Well, they would have provided you with
17  paper, no?
18     A   Yeah.  I mean, I --
19     Q   Correct?
20     A   Yeah.
21     Q   If you had wanted to write a question out
22  for one of the people who was there, they would have

310

1   provided you paper.  They had paper there, didn't
2   they?
3      A   I believe Miss Goldberg offered paper.
4      Q   And the fact that questions are to be
5   submitted in writing is something set forth in the
6   D.C. -- M.D. regulation, isn't it?
7      A   I don't recall that.
8      Q   Well, let me help you.
9          We can go back to Exhibit -- pull it right
10  up.  Exhibit 31, if I may.  May I have that?
11     A   31?  I think you're thinking about the
12  packet of materials.
13     Q   That's it.
14         Actually, this is Exhibit 27.  Within
15  Exhibit 27 at Page what's Bates numbered Chenari 108,
16  it's Paragraph 8 of this portion of the regulations,
17  second sentence on the -- or the second line in the
18  page, would you agree with me it reads, "The student
19  and/or his or her attorney or advisor may submit
20  questions to be answered by persons interviewed by the
21  subcommittee, but the procedure regarding questioning
22  is left to the sole discretion of the subcommittee,"

311

1   correct?
2      A   Can I look through that, please?
3      Q   (Handing.)
4      A   (Reviewing.)
5      Q   Did I read that correctly?
6      A   Correct, you did.
7      Q   "The student and/or his or her attorney or
8   advisor may submit questions to be answered by persons
9   interviewed by the subcommittee but the procedure
10  regarding questioning is left to the sole discretion
11  of the subcommittee," correct?
12     A   Correct.
13     Q   What was the next contact you had with
14  anyone about the disciplinary proceedings?
15     A   I believe the next step was a e-mail chain
16  from Dean Goldberg about the assessment or evaluation
17  by the subcommittee.
18     Q   Right.
19     A   And to schedule a session with her to talk.
20         (Exhibit 32 was marked for identification
21  and was attached to the transcript.)
22         MR. McCONNELL:  32?

312

1          THE COURT REPORTER:  Correct.
2   BY MR. McCONNELL:
3      Q   We've had marked as Exhibit 32 for your
4   deposition the report of the Honor Code Counsel
5   Subcommittee, correct?
6      A   Correct.
7      Q   You've seen this before, correct?
8      A   Correct.
9      Q   This sets out a summary of the proceedings
10  that took place on March 5, right?
11     A   Correct.
12     Q   And the last page included the
13  recommendations concerning sanctions, correct?
14     A   Correct.
15     Q   After receiving this, what did you do?
16     A   What did I do?
17     Q   Yes.  Did you request a further
18  consideration of any kind?
19     A   I believe the only interaction I had was to
20  schedule the next step of the process, or to go over
21  with Miss Rhonda Goldberg.
22     Q   The next step in the process was what, the

VIDEOTAPED DEPOSITION OF SINA CHENARI, VOLUME 2
CONDUCTED ON MONDAY, APRIL 20, 2015

313

1  hearing before the MSEC, was that the next step?
2      A   Yes, correct.
3          (Exhibit 33 was marked for identification
4  and was attached to the transcript.)
5  BY MR. McCONNELL:
6      Q   We've marked as Exhibit 33 a series of
7  e-mail exchanges you had with Dean Goldberg about the
8  next step in the process, correct?
9      A   Correct.  There might have been an e-mail
10 before this when I was sent this packet.
11     Q   There may have been other e-mails about
12 this?
13     A   Yeah.
14         (Exhibit 34 was marked for identification
15 and was attached to the transcript.)
16 BY MR. McCONNELL:
17     Q   Exhibit 34 is the earlier e-mail I think
18 that you recall dated March 27 from Dean Goldberg to
19 you forwarding a copy of the subcommittee report that
20 we've already identified, correct?
21     A   Correct.
22     Q   And then Exhibit 33 was follow-up e-mails

314

1  concerning a meeting with the MSEC?
2      A   Correct, yeah.  This was at Dean Goldberg's
3  recommendation, yeah, to meet with her.
4          (Exhibit 35 was marked for identification
5  and was attached to the transcript.)
6  BY MR. McCONNELL:
7      Q   We've now put before you what's been marked
8  as your Deposition Exhibit 35.
9          This is an e-mail exchange which, among
10 other things, explains to you that the next step in
11 the process would be a hearing before the MSEC,
12 correct?
13     A   Correct, yeah.
14     Q   And you met with the MSEC, correct?
15     A   I met with Dean Goldberg and then I met with
16 MSEC.
17     Q   There was a meeting with the MSEC on
18 April 18, 2013, correct?
19     A   Seems about right.
20         (Discussion off the record.)
21         (Exhibit 36 was marked for identification
22 and was attached to the transcript.)

315

1  BY MR. McCONNELL:
2      Q   We've placed before you what's been marked
3  as your Deposition Exhibit 36.
4          Do you agree that this is the report of the
5  MSEC concerning the hearing it conducted on April 18
6  concerning these matters?
7      A   Correct, this is after meeting with the MSEC
8  and after submitting a -- I believe a document to the
9  MSEC.  I believe I had submitted a response to them.
10     Q   Let me go back and get that.
11         (Exhibit 37 was marked for identification
12 and was attached to the transcript.)
13 BY MR. McCONNELL:
14     Q   The Court Reporter has now marked and placed
15 before you as Exhibit 37 a document at the top labeled
16 Personal Statement Sina Chenari, correct?
17     A   Correct.
18     Q   Did you prepare this yourself?
19     A   I had the help of a family friend.
20     Q   You had the help of a family friend --
21     A   Yes.
22     Q   -- in preparing this, but this was your

316

1  document and you submitted this statement to the
2  MSEC --
3      A   Correct.
4      Q   -- for its consideration?
5          Were the statements in this document true?
6      A   I believe so, correct.
7      Q   In here you do agree, do you not, and assert
8  as a statement at the end of the fourth paragraph,
9  quote, my actions were a clear violation of the most
10 basic rules of this university, period, closed quote,
11 correct?
12     A   I believe you excluded the beginning of the
13 sentence, "Although I did not act dishonestly nor was
14 I untruthful, my actions were a clear violation of the
15 most basic rules ..."
16     Q   I was going to come back to that part.
17         In this document that you submitted to the
18 MSEC, you actually took the position that your conduct
19 on the date of the shelf exam in December 12, 2000 --
20 December 14, 2012, involved no dishonesty, correct?
21     A   I believe I was not dishonest nor was I
22 untruthful.

VIDEOTAPED DEPOSITION OF SINA CHENARI, VOLUME 2
CONDUCTED ON MONDAY, APRIL 20, 2015

317

1    Q   And that's still the position you take
2  today, correct?
3    A   I didn't answer any additional questions;
4  all I did was transfer answers from my booklet to my
5  Scantron.  I didn't cheat off of anybody else, I
6  didn't copy answers from any peers, I didn't answer
7  any additional questions after time was called.
8    Q   So even as you sit here today, you don't
9  recognize continuing to bubble in on a timed exam
10 after time has been called, you still even today don't
11 perceive or understand any element of cheating
12 involved in that conduct, correct?
13   A   I believe what I did was just transfer
14 answers from my booklet to my Scantron, I didn't
15 answer additional questions.
16   Q   So taking additional time on an exam when
17 other students don't have additional time in your mind
18 doesn't involve any element of cheating, right?
19   A   I didn't take any additional time to answer
20 any additional questions.
21   Q   So you received the report of the MSEC and
22 it, again, recommended your dismissal from medical

318

1  school, correct?
2    A   Correct.
3    Q   Your next step in the process was what?
4    A   A meeting with Dean Jeffrey Akman.
5    Q   Did that meeting take place?
6    A   Yes.
7      (Exhibit 38 was marked for identification
8  and was attached to the transcript.)
9  BY MR. McCONNELL:
10   Q   Exhibit 38 is an e-mail from Dean Goldberg
11 to you confirming that you were scheduled to meet with
12 Dean Akman on May 6, 2013, at 5:00 at his office at
13 the hospital, correct?
14   A   Correct.
15   Q   Did that meeting take place at the time and
16 place noted?
17   A   Yeah, I think it was about -- I think
18 Jeffrey Akman may have been a little late, I think he
19 was in a meeting before that, but yeah, around that
20 time.
21   Q   Tell me about the meeting with Dean Akman.
22 What occurred?

319

1    A   I had brought an attorney with me.  I had
2  thought --
3    Q   Who was that?
4    A   Mr. Robin Bergsohn.
5    Q   Okay.  All right.  What happened?
6    A   I went to meet with Jeffrey Akman, I brought
7  my attorney, you know, Mr. Akman recognized that I had
8  an attorney with me.  I was under the impression that
9  the University would bring in Miss Mary Lynn Reed,
10 their lead counsel with them.
11   Q   Had anybody at the University said Miss Reed
12 planned to be present or was going to be present at
13 this meeting between you and Dean Akman?  Or was that
14 just an assumption on your part?
15   A   I don't recall.  I think I had assumed
16 because she was at every meeting.
17   Q   So you brought Mr. Bergsohn along with you;
18 what happened then?
19   A   Mr. Akman said that he couldn't meet with me
20 and Robin Bergsohn without -- without a counsel for
21 the University present.  You know, we can
22 reschedule -- that we could reschedule the meeting.

320

1      I believe I talked with my attorney, I guess
2  I felt ready, and I wanted to talk with Dean Akman.
3    Q   All right.  So did the meeting then between
4  you and Dean Akman go forward?
5    A   Correct.
6    Q   All right.  Tell me about the meeting.  What
7  happened?
8    A   We discussed, you know, my medical school
9  and the events of the exam.  You know, I -- coming out
10 of the meeting, I believe I had a positive outlook.
11   Q   How long was the meeting with Dean Akman?
12   A   I want to say an hour, hour and a half.  I
13 don't recall the exact time.
14   Q   Uh-huh.  Was there anything you wanted to
15 say to the Dean that you didn't have an opportunity to
16 say, or did you feel that the Dean gave you a full
17 opportunity to make whatever statements or provide
18 whatever information that you wanted to provide to
19 him?
20   A   I believe I tried my best to explain the
21 essence.
22   Q   All right.  After you met with Dean Akman,

VIDEOTAPED DEPOSITION OF SINA CHENARI, VOLUME 2
CONDUCTED ON MONDAY, APRIL 20, 2015

321

1  what happened next?
2      A   I believe afterwards -- I believe I had
3  contacted maybe Miss Goldberg to inquire about the
4  results.  I don't recall the e-mail chain off the top
5  of my head, but I believe there was some brief
6  discussion with her, and -- by e-mail -- and -- and
7  then afterwards, she had -- she or -- I believe
8  Mr. Akman -- Dean Akman's secretary had e-mailed us
9  the -- e-mailed me the -- his response.  I think -- I
10  think Dean Goldberg had asked me for my address.  I
11  think she sent an e-mail and asked me for my address.
12      (Exhibit 39 was marked for identification
13  and was attached to the transcript.)
14  BY MR. McCONNELL:
15      Q   The Court Reporter has marked and placed
16  before you your Deposition Exhibit 39, which is a
17  letter dated May 22, 2013, from Dean Akman to you,
18  correct?
19      A   Correct.  This is an attachment, I believe,
20  to that e-mail.
21      Q   All right.  You received this letter as an
22  attachment to an e-mail?

322

1      A   Correct.
2      Q   And this advises you of Dean Akman's
3  decision in the matter, correct?
4      A   One second, let me just briefly read through
5  it.
6      Q   You're fairly familiar with this letter,
7  aren't you, Mr. Chenari?
8      A   Correct.  I just -- am I not allowed to read
9  through it?
10      Q   No, please, take all the time you need.
11      A   (Reviewing.)
12      Correct, this is it.
13      Q   This is the letter you received, correct?
14      A   Uh-huh.
15      Q   Yes?
16      A   Correct.
17      Q   And in here Dean Akman decides to uphold the
18  recommendation of the subcommittee, correct?
19      A   Uh-huh.
20      MR. BACH:  Is that a yes?
21      Q   Yes?
22      A   Yes.

323

1      Q   And the very last page, the last paragraph,
2  advises you that the next step in the process is you
3  have the right, if you wish to, to appeal the Dean's
4  decision to the Provost and Executive Vice President
5  for Academic Affairs, correct?
6      A   Correct.
7      Q   And you did that, correct?
8      A   Correct.
9      (Exhibit 40 was marked for identification
10  and was attached to the transcript.)
11  BY MR. McCONNELL:
12      Q   The Court Reporter has marked as your
13  Deposition Exhibit 40 a letter from your attorney,
14  Mr. Bergsohn, to Mr. Steven Lerman, who's the Provost
15  of George Washington University, correct?
16      A   Correct.
17      Q   And it's a letter dated May 30, 2013,
18  correct?
19      A   Correct.
20      Q   And I assume -- I'm not entitled to know
21  your discussions with Mr. Bergsohn, but I'm assuming
22  he based this letter -- after a full consultation with

324

1  you, he based this letter on what you and he
2  understood to be the grounds for any appeal you had
3  concerning the decision that you would be dismissed
4  from medical school, correct?
5      A   I don't understand.  Can you repeat that
6  question?
7      Q   Yeah.  Did you put forward in this letter
8  all the bases that you could think of to argue against
9  your dismissal from medical school?
10      A   I believe my attorney drafted this letter.
11      Q   Did you review it before your attorney
12  submitted it to Provost Lerman on your behalf?
13      A   I believe I'd reviewed it, yeah.
14      Q   Pretty important letter, wasn't it?
15      A   Correct.
16      Q   And according to the argument that you and
17  Mr. Bergsohn put forward on Page 2, in the fourth full
18  paragraph on that page, the argument you made was that
19  the essential question to be determined on this appeal
20  is whether the decision to expel Mr. Chenari is,
21  quote, appropriate and just treatment, period, closed
22  quote, correct?

VIDEOTAPED DEPOSITION OF SINA CHENARI, VOLUME 2
CONDUCTED ON MONDAY, APRIL 20, 2015

325

1      A   Correct.
2          MR. BACH:  I'm going to make an objection
3   and advise my client not to talk about any
4   conversations that you had with your prior counsel.
5          THE WITNESS:  Okay.
6      Q   Right.  Leaving aside that, the argument
7   that you presented to Provost Lerman was that his
8   decision was to determine whether the decision to
9   expel you was, quote, appropriate and just treatment,
10  closed quote, correct?
11         THE WITNESS:  Do I have to answer this?
12         MR. BACH:  Yeah, you can answer that
13  question.
14     A   Sorry, can you repeat the question?
15         MR. BACH:  Do you need to take a break?
16         THE WITNESS:  Yeah, I think I need to use
17  the bathroom.  Can I use the men's room?  Well,
18  actually --
19         MR. BACH:  Yeah, I think there was a -- can
20  you ask the question and then take a break?
21         MR. McCONNELL:  Sure.
22     Q   Didn't you, in appealing this matter to

326

1   Provost Lerman, through your counsel, state to
2   Provost Lerman that the essential question to be
3   determined as far as you were concerned on your appeal
4   to the Provost was whether the decision to expel you
5   was, quote, appropriate and just treatment, closed
6   quote, correct?  I've read that correctly, haven't I?
7      A   Can you point me again to the paragraph?  I
8   apologize.
9      Q   Sure.  It's the fourth full paragraph on
10  Page 2.
11     A   (Reviewing.)
12         I believe --
13     Q   It begins with the words "The essential
14  question."  Correct?
15     A   Sorry, guys, I can't read that fast.
16         MR. BACH:  Here (indicating).
17         THE WITNESS:  Oh, that's the fifth
18  paragraph.
19         MR. BACH:  Fourth full paragraph.
20         THE WITNESS:  Oh, sorry.
21     A   Yeah, this -- I mean, I don't recall my
22  attorney's justification, but I believe this one, you

327

1   know, considers that the University did not evaluate
2   certain factors.
3          MR. BACH:  All right.  I'd like to take a
4   break.
5          MR. McCONNELL:  Fine.  Let's go off the
6   record.
7          VIDEOGRAPHER:  We're going off the record.
8   The time is 11:52 a.m.
9          (Luncheon recess taken.)
10         AFTERNOON SESSION
11         VIDEOGRAPHER:  We're back on the record.
12  The time is 12:52 p.m.
13  BY MR. BACH:
14     Q   Just before we began that short lunch break,
15  Mr. Chenari, we were talking about the appeal process
16  that you were going through with these academic
17  disciplinary proceedings, and we had talked about the
18  letter that your attorney had written to the Provost.
19         At this point in the procedure I take it
20  there was no personal meeting that you had with the
21  Provost; is that correct?
22     A   No meeting with the Provost.

328

1      Q   At some point did you hear from the Provost
2   what his decision was?
3      A   Yeah, after -- not for a while, though, not
4   for another month or two.
5          MR. McCONNELL:  Can we have this marked, I
6   think 41.
7          (Exhibit 41 was marked for identification
8   and was attached to the transcript.)
9   BY MR. McCONNELL:
10     Q   The Court Reporter has placed before you
11  what has been marked as your Deposition Exhibit 41.
12  Is this an accurate copy of the letter that you
13  received from Provost Lerman concerning his decision
14  in your appeal?
15     A   Yes, that -- this looks like what I
16  received.
17     Q   And he advised he would be upholding the
18  decision that you be dismissed from the M.D. program,
19  correct?
20     A   Correct.
21     Q   At any time during all of the proceedings
22  related to the exam you took on December 14, 2012, all

VIDEOTAPED DEPOSITION OF SINA CHENARI, VOLUME 2
CONDUCTED ON MONDAY, APRIL 20, 2015

21 (Pages 329 to 332)

329

1  the academic disciplinary proceedings related to that
2  exam leading to your dismissal from The George
3  Washington University Medical School, did you at any
4  time put forth that the reason for your problem was
5  that you had ADHD?  Did you mention that at any point
6  to any of these decision makers in the disciplinary
7  process?
8       A   The only time I spoke about it was during my
9  meeting with Dean Yalonda Haywood and Dean Rhonda
10 Goldberg.  I assumed that all these Deans had talked
11 with Dean Goldberg.  I assumed that any messages
12 passed and you know, if there's some documentation in
13 my file, I don't know.
14      Q   Different question.  My question to you was
15 this.  At any point during the disciplinary
16 proceedings involved with respect to your conduct in
17 the exam on December 14, 2012, at any point during
18 those proceedings, pursuant to the M.D. regulations,
19 did you tell any of the people who were decision
20 makers in that disciplinary process, did you tell any
21 of the people in that process that the reason you had
22 any problems or difficulties was because you had ADHD?

330

1       A   I didn't tell anyone I had ADHD.  I told
2  them I had issues during my medical school career.
3       Q   Since these proceedings at GW were concluded
4  and you were dismissed from the GW Medical School, has
5  anybody, leaving aside your attorney, has anybody told
6  you that your behavior on the occasion of the
7  December 14, 2012 exam was the result of ADHD?
8       A   I haven't really talked about it in that
9  scope.
10      Q   Well, would the answer to my question then
11 be no?  Has anybody told you that your behavior on
12 December 14, 2012 was the product of ADHD?
13      A   I haven't really talked about it with
14 anybody.  I don't think so, no.
15      Q   So the answer to the question would be no;
16 is that right?
17      A   Yes.
18      Q   Correct?
19      A   You know, if you haven't talked with anybody
20 about it, you know, the answer is no.
21      Q   Other than Dr. Durr have you been evaluated
22 by anybody with respect to any diagnosis related to

331

1  ADHD?
2       A   Yes.  Recently I visited a psychiatrist who
3  diagnosed me with ADHD.
4       Q   So let's back up with that for a moment.
5  Who was the psychiatrist you visited recently?
6       A   I believe his name is -- I think the first
7  name is Alex, last name is Anastasiou.
8       Q   A-N-A-S-T-A-S-I-O?
9       A   I think there's a U at the end.  I think
10 it's I-O-U.  It's a Greek name.
11      Q   And where is Dr. Anastasiou located?
12      A   He's located in -- right outside of San
13 Francisco, California.
14      Q   How did you find Dr. Anastasiou?
15      A   I looked for a psychiatrist near where I was
16 working.
17      Q   When did you begin looking for a
18 psychiatrist?
19      A   I believe after our last deposition.  I
20 had -- I'm living in California now, so I needed one
21 also to refill my prescription for Adderall.
22      Q   Where in California are you living now?

332

1       A   Living out of hotels.
2       Q   What's the hotel you live at right now?
3       A   It's the Double Tree Pleasanton.
4       Q   Pleasanton?
5       A   Pleasanton, California.
6       Q   P-L-E-A-S --
7       A   O-N-T-O-N [sic].
8       Q   Okay.  How long have you lived at the Double
9  Tree?
10      A   I live there kind of on and off.  During the
11 weekends I sometimes stay at the Hilton San Francisco
12 at Union Square.  I've been staying there for about
13 the past two months, since early February, beginning
14 of February.
15      Q   But you say you live at the Double Tree on
16 weekends?
17      A   During the week.
18      Q   During the week.
19      A   Yeah.  During the weekends I move into the
20 City.
21      Q   How long have you been doing this; that is,
22 during the week you're out at the Double Tree

VIDEOTAPED DEPOSITION OF SINA CHENARI, VOLUME 2
CONDUCTED ON MONDAY, APRIL 20, 2015

22  (Pages 333 to 336)

333

1   Pleasanton, California, weekends, the Hilton San
2   Francisco?
3       A   About the past two months.  Well -- yeah,
4   early February, first week of February.
5       Q   Where is the physical office that you are
6   working in at this time in California?  What street
7   address is the office where you work?
8       A   I don't know it off the top of my head.
9   It's near the hotel.  I work in consulting.  Sometimes
10  I work from home.  We also have an office in San
11  Mateo.  Particularly my home office is in San Mateo.
12      Q   You're still reporting, the last time you
13  told us it was --
14      A   A company called Guidewire.
15      Q   Guidewire?
16      A   Yeah.
17      Q   And your supervisor is Mr. Unjun (phonetic)
18  Ghanti?
19      A   He's my indirect supervisor.  I'm kind of at
20  the client, so I'm on my own.
21      Q   So you met with Dr. Anastasiou when, for the
22  first time?

334

1       A   I want to say the last week of March, first
2   week in April, I think, yeah.
3       Q   And why at this time did you seek out
4   psychiatric evaluation?
5       A   I needed a psychiatrist to refill my
6   prescription for Adderall.
7       Q   Well, is Dr. Durr a psychiatrist?
8       A   Dr. Durr is a primary care physician.
9       Q   He's an internal medicine/family practice
10  physician, isn't he?
11      A   Correct.
12      Q   So you don't need a psychiatrist to
13  prescribe Adderall, do you?
14      A   I don't know how that schedule of drugs
15  work.  I don't know -- yeah, I mean doctors can
16  prescribe whatever they want.
17      Q   Dr. Durr was able to prescribe it for you,
18  correct?
19      A   Correct.  But he's not licensed in
20  California.
21      Q   I understand that.  So at this point you
22  sought out a psychiatrist?

335

1       A   Uh-huh.  That's close to my office, I
2   believe, yeah.
3       Q   Tell me about your first meeting with Dr.
4   Anastasiou.  How long did that take?
5       A   It was about an hour, maybe 50 minutes to an
6   hour.
7       Q   Did you fill out any questionnaires for the
8   doctor?
9       A   Yes.
10      Q   Did the doctor take a history from you?
11      A   Correct.  Yes.
12      Q   Did the history include any information
13  related to your educational background?
14      A   Uh-huh.  He asked me some questions about,
15  you know, what type of schooling I've done, and how I
16  did.
17      Q   Did he ask you questions about your
18  elementary school education and experience?
19      A   I believe so.
20      Q   Did he ask you questions about where you sat
21  in the classroom?
22      A   Where I sat in the classroom.  What do you

336

1   mean by that question?
2       Q   Whether you were in the front row, back row,
3   middle of the class, side of the class?  Did he ask
4   questions about where you were seated in the
5   classroom?
6       A   I don't recall.
7       Q   Did you -- did you take any tests, quizzes,
8   answer a series of questions along the nature of a
9   psychological profile?
10      A   I didn't take any tests or quizzes, but I
11  did answer evaluative questions.
12      Q   Did Dr. Anastasiou contact any of your
13  family members or friends?
14      A   I'm not sure.  I don't think so.
15      Q   Did Dr. Anastasiou contact any of your
16  former teachers or educators?
17      A   I don't know.
18      Q   You say you were with Dr. Anastasiou for
19  about an hour during this first meeting?
20      A   Correct.
21      Q   How many times have you seen Dr. Anastasiou?
22      A   I've only seen him in one session.

VIDEOTAPED DEPOSITION OF SINA CHENARI, VOLUME 2
CONDUCTED ON MONDAY, APRIL 20, 2015

337

1    Q   At the end of that one session, what if
2    anything did he tell you was his diagnosis?
3        A   He diagnosed me with ADHD.
4    Q   And what if anything did he prescribe for
5    you with respect to that diagnosis?
6        A   He prescribed me Adderall, 20 milligrams,
7    extended release, daily.
8    Q   And I think you told us at the beginning of
9    the session today that you take that dose of Adderall
10   almost every day, certainly six days a week, sometimes
11   you don't take it on Sundays?
12       A   Yeah.  Sometimes, especially if I sleep in
13   late, just won't take it those days.  But yeah, I
14   generally take it every day.
15       VIDEOGRAPHER:  We're going off the record.
16   The time is 1:05 p.m.
17       (Interruption.)
18       AFTERNOON SESSION
19       VIDEOGRAPHER:  We're back on the record.
20   The time is 1:09 p.m.
21   BY MR. McCONNELL:
22   Q   At any time before the decision, final

338

1    decision was made that you would be dismissed from The
2    George Washington University School of Medicine and
3    Health Sciences, did you ever ask anyone at the
4    University for any accommodation of any kind related
5    to ADHD?
6        A   Sorry.  Can you repeat the question?
7    Q   Sure.  At any time before you were dismissed
8    from The George Washington University School of
9    Medicine and Health Sciences, did you ever present a
10   request to anyone that you be given any accommodation
11   with respect to ADHD?
12       A   I'd only told Dean Yolanda Haywood and Dean
13   Rhonda Goldberg about my ADHD diagnosis.  I didn't
14   know of --
15   Q   Did you make any request of --
16       A   I did not know of accommodations at the
17   time.  I only informed the Deans of my diagnosis.
18   Q   Slightly different question.  Did -- do I
19   understand, therefore, that at no time did you
20   yourself actually make a request to anybody at The
21   George Washington University for an accommodation of
22   any kind as the result of your claiming to have ADHD?

339

1        A   I did not know of any accommodations to
2    request.
3    Q   So you didn't make a request for
4    accommodations?
5        A   I did not know of any available.  I didn't
6    make a request.  I only informed them of the
7    diagnosis.
8    Q   You say you informed them.  When do you say
9    you informed Dean Goldberg of the diagnosis of ADHD?
10       A   I informed Dean Goldberg and Dean Yolanda
11   Haywood at my meeting with them in the Summer of, I
12   think late Summer 2012.
13   Q   They were together at the meeting?
14       A   Correct.
15   Q   When you say you told Dean Goldberg and Dean
16   Haywood about your diagnosis of ADHD, what if anything
17   did they tell you to do?
18       A   During the meeting, we had -- well, the
19   purpose of that meeting at the time was to discuss how
20   to proceed with the exploitation and to talk to them
21   about some of the anxiety, some of the depression,
22   some of the issues that I had in school.  I at the

340

1    time informed them of my ADHD diagnosis.
2    Q   What did they tell you, if anything, to do
3    with respect to statements you made concerning
4    anxiety?  You told them you had ADHD.
5        A   Uh-huh.
6    Q   As a result of that, what if anything did
7    they tell you to do?
8        A   They had focused on my anxiety issues in
9    medical school related to -- as I was going into the
10   rotation.  They had informed me to seek the University
11   Counseling Department to talk about some of the
12   anxiety, depression stuff.  They did not address my
13   ADHD.
14   Q   So just to be clear on this, though, did
15   they tell you to seek -- to go to the counseling
16   office with respect to your anxiety?
17       A   Correct.
18   Q   And I think we discussed this during the
19   earlier session of your deposition.  You didn't do
20   that, did you?
21       A   I did not.  I didn't have time.
22   Q   Did you do anything at all at that time on

VIDEOTAPED DEPOSITION OF SINA CHENARI, VOLUME 2
CONDUCTED ON MONDAY, APRIL 20, 2015

24  (Pages 341 to 344)

341

1   your own about what you say was your diagnosis of
2   ADHD?
3       A   Can you repeat or rephrase the question?
4       Q   I thought it was pretty simple but let me
5   try again.
6           Did you do anything on your own with respect
7   to the fact that you had this diagnosis -- you say you
8   had this diagnosis from Dr. Durr, I guess, at the time
9   of ADHD.  Did you do anything yourself about the fact
10  that you had ADHD?
11          MR. BACH:  Object to the form of the
12  question.
13      A   I -- I continued to take my Adderall.
14      Q   Did you ever contact the Student Disability
15  Office at the University about your ADHD?
16      A   I wasn't aware of the Student Office and I
17  didn't know to contact them.
18      Q   You weren't aware that the University had a
19  Student Disability Office?
20      A   I wasn't aware of what options were
21  available.
22      Q   You were aware, were you not, that the

342

1   University had an office, the Student Disability
2   Office, correct?
3       A   No.  I wasn't aware of any options available
4   to me.
5       Q   Well, that's a different question.  Were you
6   aware that there was a Student Disability Office?
7       A   I don't think so at the time, no.
8       Q   Did you have a sense that you yourself
9   needed to be responsible to some extent for your own
10  well-being?
11      A   I believe I took the initiative to reach out
12  to Dean Rhonda Goldberg and Dean Yolanda Haywood about
13  my diagnosis.
14      Q   Would you consider yourself technologically,
15  relatively, capable?
16      A   Yeah.
17      Q   I mean you know how to, for example, turn on
18  a computer?
19      A   I do know how to turn on a computer.
20      Q   You know how to go online and find
21  information?
22      A   Uh-huh.

343

1       Q   Yes?
2       A   Yes.
3       Q   Did you ever go online at The George
4   Washington University and seek out for yourself what
5   assistance might be available for students if they had
6   a disability of any kind?
7       A   I took the initiative to reach out to the
8   Deans, Dean Yolanda Haywood and Dean Rhonda Goldberg,
9   about this issue.
10      Q   Different question.  Did you ever yourself
11  go online to look at what services might be able to
12  you?  You know, at this point you're an adult.  You're
13  actually in medical school.  Did you think about going
14  online and seeing what services may be available for
15  you?
16      A   I don't believe I searched for services, no.
17      Q   We marked previously at your -- it's your
18  Deposition Exhibit 9, web page for Disability Support
19  Services of The George Washington University.  Did you
20  ever go online at the University itself and look at
21  this website?
22      A   I don't believe so, no.

344

1       Q   Did Dr. Durr ever say to you that because of
2   your diagnosis that he had given you of ADHD it was
3   sufficiently severe in his opinion that you needed to
4   seek out some form of accommodation?
5       A   Can you repeat that question?  I apologize.
6       Q   Yeah.  Did Dr. Durr ever tell you based on
7   his diagnosis of your ADHD that he thought your ADHD
8   was sufficiently severe that you needed to seek out
9   some form of accommodation as a student?
10      A   He had diagnosed me with ADHD, prescribed
11  medicine, Adderall.  I don't believe he delved into
12  the academics of it.
13      Q   Has Dr. Anastasiou ever discussed with you
14  how severe your ADHD is?
15      A   How severe it is?
16      Q   Yes.
17      A   I don't believe we discussed that.
18      Q   Has Dr. Anastasiou discussed with you or you
19  with him any of the events related to the December 14,
20  2012 shelf exam?  Have you discussed that with Dr.
21  Anastasiou?
22      A   I believe I mentioned it.  I don't believe