

Transcript of **PAUL G. DURR, M.D.**

**Date:** April 23, 2015

**Case:** CHENARI v. GEORGE WASHINGTON UNIVERSITY

Planet Depos
Phone: 888-433-3767
Fax: 888-503-3767
Email: transcripts@planetdepos.com
Internet: www.planetdepos.com

Worldwide Court Reporting | Interpretation | Trial Services

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

3 (Pages 9 to 12)

Page 9

1  Could we mark this please?
2  (Durr Exhibit 1 was marked for
3  identification and is attached to the deposition
4  transcript.)
5  MS. KITCHEL: Jason, I'm sorry you are
6  not here. This is just Dr. Durr's, Exhibit 1 is
7  Dr. Durr's, bio printed off a website for the Inova
8  Medical Group.
9  MR. BACH: Just so you know, I do have all
10 the records here in front of me. So whatever you do
11 mark, I mean I don't have the file, but if you do mark
12 something that has been produced if you could just
13 give me the Bates stamp number so I could reference
14 that.
15 MS. KITCHEL: Sure. No problem.
16 BY MS. KITCHEL:
17 Q  Have you had a chance to review Exhibit 1?
18 A  Yes.
19 Q  And is this an accurate synopsis of your
20 employment history and educational history and current
21 practice areas?
22 A  Yes.

Page 10

1  I mean employment is only right now.
2  Q  Right.
3  A  Yes. This is accurate for right now.
4  Q  It states that you are board-certified in
5  internal medicine?
6  A  Yes.
7  Q  And how long have you been board-certified?
8  A  I think I took the boards the first time in
9  1999 and I redid them in 2009. You have to do it
10 every ten years.
11 Q  And your clinical interests are executive
12 physicals, internal medicine, preventive medicine and
13 primary care?
14 A  I don't know where the physicals came from.
15 I think they wanted to make money off of me so they
16 put that in.
17 Q  Is that fancier than a regular physical?
18 A  I don't know what an executive physical is.
19 I think they want rich people thinking that so they
20 will come, but I don't know about that.
21 Q  Poor people could also have executive
22 physicals?

Page 11

1  A  Yes.
2  I don't know what an executive physical
3  would be.
4  Q  Do you have any other specialties or areas
5  of focus other than what we have talked about today?
6  A  No. It is really general internal
7  medicine.
8  Q  Did you do any background reading on any
9  medical issues in preparation for your deposition
10 today?
11 A  No.
12 Q  What is Adderall?
13 A  It is a drug that is used for ADD. It is
14 similar to an amphetamine basically.
15 Q  What are its indications?
16 A  I don't know all of its indications, but I
17 mean the only thing I use it for is ADD. I am sure it
18 probably has others, but I don't know.
19 Q  The ADD usage is that an on label or an off
20 label use of Adderall?
21 A  I don't know, but it is very common.
22 Q  And you don't prescribe it for any other

Page 12

1  purposes other than --
2  A  Correct.
3  Q  -- for treatment of ADD?
4  A  Correct.
5  MR. MARR: Let her finish her question
6  before you answer so that Madam Court Reporter can
7  have a clean question and a clean answer.
8  You will know a lot of times what she is
9  asking, but let her finish before you answer and she
10 will do the same thing and let you finish your answer
11 before she asks the next question.
12 MS. KITCHEL: I will try. I am terrible at
13 it.
14 BY MS. KITCHEL:
15 Q  Are you aware of any contraindications for
16 prescribing Adderall?
17 A  Yes.
18 Q  What are those?
19 A  Anxiety. Insomnia. Stomach problems.
20 Aggression. I would say those are the most common.
21 Q  Are you able to estimate how many
22 prescriptions for Adderall you write a year?

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

10 (Pages 37 to 40)

### Page 37

```
 1        MS. KITCHEL: Jason, are you ready?
 2        MR. BACH: Yes.
 3   BY MS. KITCHEL:
 4   Q   Would you agree that this was an acute care
 5   visit to address a specific complaint of pain that he
 6   was having?
 7   A   Yes.
 8   Q   And did you make any note whatsoever that
 9   relates to any mental health, anxiety, depression,
10   attention issues?
11   A   No.
12   Q   Is it fair to say based on your custom and
13   practice we can conclude that he did not mention to
14   you any such issues?
15   A   Yes.
16   Q   Had he mentioned anxiety, depression,
17   trouble sleeping or decreased attention span in that
18   visit is it fair to say you would have documented it?
19   A   I should have.
20   Q   And according to your ordinary custom and
21   practice you would have?
22   A   Yes.
```

### Page 38

```
 1   Q   Same page. Let me direct your attention to
 2   your January 11th, 2011 visit.
 3        It says at the top complains of discuss
 4   attention span. Is that your handwriting?
 5   A   That is the nurse.
 6   Q   Where would the nurse get those words
 7   discuss attention span?
 8   A   She is supposed to write what the patient
 9   says. So probably the patient.
10   Q   Would you please read this note out loud?
11        MR. MARR: His handwriting or the nurse's
12   as well?
13        MS. KITCHEL: Your own handwriting.
14        Thanks.
15        THE WITNESS: Patient is in medical school.
16   He is doing fairly well but is unable to study until
17   the end prior to exams. He gets distracted easily.
18        GU: Patient has occasional erectile
19   dysfunction with new women and is self conscious.
20        General: No acute distress.
21        Assessment: Decreased attention span.
22   Erectile dysfunction.
```

### Page 39

```
 1        Plan: Adderall 10 milligrams p.o. daily,
 2   number 30, with zero refills. Follow-up one month.
 3   See therapist at school. Erectile dysfunction, Viagra
 4   100 milligrams p.r.n., two given.
 5        Then my signature.
 6   BY MS. KITCHEL:
 7   Q   Was the issue with his attention span
 8   something that had been going on for a while or
 9   something that presented itself under the pressures of
10   medical school?
11        MR. BACH: Object to the form of the
12   question.
13        THE WITNESS: I don't know the answer.
14   BY MS. KITCHEL:
15   Q   Is that something you all would have
16   discussed at the time?
17   A   Probably. But I didn't document the
18   answer.
19   Q   And at this visit you prescribed Adderall
20   for him?
21   A   Yes.
22   Q   And you would agree that it is within your
```

### Page 40

```
 1   discretion as a physician to make a decision to
 2   prescribe a medication for a patient that in your
 3   professional judgment would benefit the patient?
 4   A   Yes.
 5   Q   And there is no formal checklist of
 6   requirements that you have to satisfy before you can
 7   decide to prescribe a drug for a patient?
 8   A   Yes.
 9   Q   You would agree there is no such checklist?
10   A   Yes.
11   Q   And you can prescribe Adderall for a
12   patient if within your clinical judgment you believe
13   it is medically indicated for the patient?
14   A   Yes.
15   Q   Would you agree you were not required to
16   diagnose ADHD before you are permitted or allowed to
17   prescribe Adderall?
18   A   Yes.
19   Q   Did you diagnose Mr. Chenari as having ADHD
20   at this appointment?
21   A   I don't know because I didn't put it in the
22   note. So I can't answer that question.
```

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

11 (Pages 41 to 44)

---

Page 41

1  Q  I draw a distinction. You could decide as
2  a physician that Adderall would benefit a patient, but
3  that is a separate question from whether or not they
4  have a formal diagnosis of ADHD, right?
5  A  Whether they have a formal diagnosis, yes.
6  Q  Two separate things?
7  A  Yes.
8  Q  Is ADHD heredity?
9  A  Probably. I'm not sure.
10 Q  What are the criteria for making an ADHD
11 diagnosis?
12 A  The official criteria I am not sure of.
13 Q  What questions do you ask?
14 A  I ask when they started to have trouble,
15 how long they have had trouble, what problems they
16 have, did they do well in school, if they are working
17 do they do well in work, do they have problems with
18 pulsivity, do they have problems with sleep, do the
19 people around them complain about how they are doing,
20 have they ever been diagnosed before, have they ever
21 been treated before? Those are the common questions.
22 Q  When you ask how long the patient has had

Page 42

1  trouble what sort of answer are you looking for to
2  form in your mind evidence that they have ADHD?
3  A  Most people that have ADD or ADHD have
4  problems at a younger age, but not everybody.
5  Q  Is there a particular age limit for when
6  symptoms need to appear to support an ADHD diagnosis?
7  A  I don't think so.
8  Q  You noted that you suggested that
9  Mr. Chenari see a therapist at school.
10    Do you agree that is in your note?
11 A  Yes.
12 Q  And you documented it. Did you tell him
13 that?
14 A  If I wrote it down I probably told him
15 that.
16 Q  And what did you mean by therapist?
17 A  Most schools have somebody who is very good
18 about ADD and treating of ADD to give medicines and to
19 treat them and to help students while they are in
20 school because they deal with the students in that
21 situation. So that is what I meant.
22 Q  Would you have explained all that to him?

Page 43

1  A  Yes.
2  Q  Why did you suggest that to him?
3  A  Because they are experts at dealing with
4  young people who have problems at that age and going
5  through what he is going through.
6     Plus he is in medical school. He doesn't
7  have a lot of time and effort to come out to see me.
8  So if he could see someone at school it would have
9  made his life easier.
10 Q  Did you provide the sort of therapy --
11 strike that question. Let me ask a different one.
12    Did you suggest to him that talk therapy
13 would be something he should pursue receiving?
14 A  I don't know because I didn't say that in
15 my note.
16 Q  All right.
17    Did you provide talk therapy to him?
18 A  When?
19 Q  Subsequent to this particular visit.
20 A  You mean subsequent ever?
21 Q  Yes.
22 A  For what? It is a very broad question.

Page 44

1  Q  It is. Let me put a finer point on it.
2     You didn't see yourself as the right person
3  to counsel him in terms of management of any ADD and
4  that is why you suggested that he go see a therapist
5  at school?
6  A  I did not think I would be the best person
7  to do it, but a lot of times people don't need the
8  greatest treatment.
9  Q  Tell me what you mean by that.
10 A  If someone has pneumonia an infectious
11 disease doctor is the expert, but I don't think I have
12 ever referred someone to an infectious disease doctor
13 for pneumonia because I am more than good enough.
14    For simple depression a psychiatrist is
15 better, but we generally don't refer them to a
16 psychiatrist because they do well.
17 Q  Okay.
18 A  Basically nothing I see I should take care
19 of if we are talking about the best possible doctor.
20 You should obviously see a specialist.
21 Q  Understood.
22    Why did you decide to prescribe Adderall to

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

15 (Pages 57 to 60)

---

57

1  BY MS. KITCHEL:
2  Q   Dr. Durr, is that a nurse's handwriting at
3  the top follow-up on meds?
4  A   Yes.
5  Q   And would you please read this note where
6  it is in your handwriting?
7  A   Patient started Adderall, 10 milligrams,
8  p.o. daily one month ago and has done well. He can
9  study better and concentrate more on the side effects.
10 He does not take on weekends. He sleeps well.
11      Right groin: Has occasional right groin
12 pain with activity times one year. Getting better.
13     General: No acute distress.
14     GU: No hernia. Only has one scrotum, no
15 masses.
16     Assessment: ADD. Right groin pain.
17     Plan: ADD. Adderall 10 milligrams p.o.
18 daily, Number 30, with zero refills. Groin: Physical
19 therapy.
20 Q   Is this the outcome you expected and hoped
21 for in Mr. Chenari when you prescribed the medication?
22 A   No. It was a good outcome.

---

58

1  Q   Why no?
2  A   I mean I would rather he is off the
3  medicine and says I'm doing great, I don't need
4  anything.
5  Q   From this point forward you continued to
6  write Adderall prescriptions for Mr. Chenari through
7  your record.
8      Why don't we just keep going through the
9  record? Let's do that a different way.
10 A   Okay.
11 Q   On page Durr 9.
12     MS. KITCHEL: Jason, it looks like the
13 first page of the medical records. It is one of these
14 symptom questionnaires.
15     MR. BACH: Okay.
16 BY MS. KITCHEL:
17 Q   Dr. Durr, is this your signature on the
18 bottom of page 9?
19 A   Yes.
20 Q   And you saw Mr. Chenari on February 20,
21 2012?
22 A   Yes.

---

59

1  Q   And at that time he reported no
2  neurological or psychiatric symptoms?
3  A   Yes.
4  Q   Turning the page to Durr 10.
5      Could you read the History at the top of
6  the page?
7  A   ADD. Patient is on Adderall 10 q. day and
8  is doing well. No insomnia. Overall he is doing
9  better. He is able to study and concentrate better.
10 Cholesterol labs pending. Abnormal platelets labs
11 pending.
12     Should I read the part about the rash?
13 Q   Sure.
14 A   Rash. Has a rash bilateral hands off and
15 on times two years. Has had good relief with steroid
16 cream but has run out. And the bottom says no
17 colonoscopy.
18 Q   So at this point he has been on -- I guess
19 the notes are all over the place.
20     At any point in a patient for whom you have
21 prescribed Adderall would you go back and do a
22 reassessment of their life and their condition and

---

60

1  what they are experiencing to reevaluate whether or
2  not it is appropriate for them to continue taking
3  Adderall?
4  A   I will evaluate them and make sure it is
5  appropriate that it continue. Yes.
6  Q   How do you go about reevaluating?
7  A   It depends on the patient. But I will talk
8  to them, see if they are doing well in their life, see
9  if they are having side effects, whether they think it
10 is helping.
11 Q   Okay.
12     In a patient who tells you they are doing
13 well and the medication is helping is there a time you
14 would ever stop prescribing the medication for them?
15 A   If they develop other medical problems.
16 Yes.
17 Q   At the bottom of the page in front of you,
18 Durr 10, the lower right hand portion of the page does
19 it say medical student?
20 A   Yes.
21 Q   What else does it say below that?
22 A   Lives with parents. No drug use.

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

17 (Pages 65 to 68)

---

Page 65

1  A  Patient got sick ten days ago with sore
2  throat. He was improving until past four days. He
3  now has a productive cough, he feels feverish, no
4  shortness of breath, positive nasal congestion.
5      General: No acute distress. Pulmonary:
6  Clear to auscultation bilaterally. Oropharynx: No
7  erythema.
8      Assessment: Cough.
9      Plan: Z-Pac.
10  Q  On this page you have notations on is it
11  September 26th, 2012 and then also on November 13th,
12  2012?
13  A  Yes.
14  Q  Would that just be a notation in the record
15  that you refilled his Adderall prescription?
16  A  Yes.
17  Q  That doesn't mean that he has come in?
18  A  Correct. He was not seen.
19  Q  The last note on this page it looks like
20  1/21/13. Is that your handwriting?
21  A  I think it is 3 -- the last one is the one
22  after that.

Page 66

1  Q  What is the second to the last one?
2  A  1/21/13. Refill Adderall 10 milligrams,
3  1 p.o.q. day, Number 30.
4  Q  And that is your handwriting?
5  A  Yes.
6  Q  And then the last entry?
7  A  3/25/13. Adderall 10 milligrams q. day.
8  Q  Okay.
9      Let's go to Durr 15.
10     Are the top two entries on this page both
11  Adderall refills?
12  A  Yes.
13  Q  That you noted in the record?
14  A  Yes.
15  Q  April 13th, 2012 for the first one?
16  A  Yes.
17  Q  And then May 1st, 2012?
18  A  Yes.
19  Q  Is that your handwriting for the visit on
20  6/22?
21  A  Yes.
22  Q  And I assume that is the nurse's

Page 67

1  handwriting at the top?
2  A  Yes.
3  Q  And then your handwriting below.
4  A  Yes.
5  Q  Would you read your note please?
6  A  Patient still has right groin pain. Worse
7  with sitting and internal rotation of right leg. No
8  relief with PT. Overall not getting better or worse.
9  No trauma. But it first started to hurt after new
10  core workout.
11     General: No acute distress. Groin, no
12  mass. Right hip, full range of motion. Neuro,
13  strength is five out of five. Normal gait.
14     CT reviewed with patient.
15     Assessment: Right groin pain, ADD.
16     Plan: See ortho. And then ADD, Adderall,
17  10 milligrams q. day Number 30.
18  Q  So you refilled his Adderall prescription
19  on this date and he was actually in the office?
20  A  Yes.
21  Q  What conversation would you and Mr. Chenari
22  have had that day about his ADD?

Page 68

1  A  I didn't document it. So I don't know.
2  Q  Customarily what sort of follow-up would
3  you conduct for a patient in your office for whom you
4  have been refilling Adderall when you had initially
5  prescribed the drug?
6  A  Ask him if he is having any side effects
7  and see how he or she is doing in their life.
8  Q  And if they are having no side effects and
9  they report to you that they continue to feel the drug
10  is helping them you would prescribe it again?
11  A  Yes.
12  Q  Down at the bottom is that August 9th, 2012
13  Adderall refill?
14  A  Yes.
15  Q  Turn to page 16.
16     These are all Adderall refills?
17  A  Yes.
18  Q  Would you please read each date on which
19  you noted that you authorized an Adderall refill?
20  A  May 20th, 2013. June 24th, 2013.
21  July 24th, 2013. September 13th, 2013. October 25th,
22  2013. November 26th, 2013. March 25th, 2014.

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

19 (Pages 73 to 76)

73

1  ADD/ADHD has been confirmed in accord with established
2  criteria, for example, with the current Diagnostic and
3  Statistical Manual of Mental Disorders or other
4  clinical criteria.
5     A   Yes.
6     Q   And what criteria were you relying on
7  marking yes in response to this question?
8     A   When was this done?
9     Q   February 10th, 2012.
10    A   I don't know if I had given him medicine
11 yet or talked to him afterwards.
12        February 10th, 2012.
13    Q   I will represent to you that you wrote the
14 first prescription for Adderall on January 11th, 2011.
15    A   Okay.
16        So my guess is, and I don't remember what I
17 saw at that time, but my guess is it was on his
18 symptoms and how he did with the Adderall.
19    Q   Would you conclude then that your marking
20 yes was relying on the -- quote -- "other clinical
21 criteria" that you have described?
22    A   Yes.

74

1     Q   Because you didn't go through the DSM
2  checklist?
3     A   Correct.
4     Q   Is the DSM something that you refer to
5  periodically?
6     A   Very rarely.
7     Q   Do you know if you have ever referred to it
8  for ADD or ADHD?
9     A   I don't know.
10    Q   As you sit here today you can't recall?
11    A   Correct.
12    Q   Do you recall talking with a paralegal in
13 my office named Angelia Smith a couple of weeks ago,
14 maybe a month ago?
15    A   I don't remember the conversation, but I
16 know I called your office and talked to somebody.  So
17 it was probably her.
18    Q   Do you recall telling her that you had been
19 told by Mr. Chenari not to talk to anyone from my
20 office?
21    A   No.
22    Q   Did Mr. Chenari ever tell you not to talk

75

1  with anyone from my office?
2     A   I don't think so.
3     Q   Do you anticipate testifying at the trial
4  of this matter?
5     A   I doubt it.
6     Q   Has anyone talked to you about that?
7     A   No.
8         I can tell you I was told by my insurance
9  company not to talk to anybody and you guys, not by --
10 well, I shouldn't say.  I don't think Sina Chenari
11 told me not to.  So she probably got that confused.
12        But they just thought it would be less risk
13 if I avoided everything.
14    Q   Sure.  Get a lawyer.
15    A   Yes.
16    Q   Have you talked to Mr. Chenari about this
17 litigation?
18    A   I don't think so.
19    Q   Did he tell you he sued GW?
20    A   I don't think so.
21        That doesn't mean he didn't.
22    Q   I may be finished.  Let me just quickly

76

1  review my notes and see if there is anything else.
2        (Pause.)
3  BY MS. KITCHEL:
4     Q   We spoke about your suggestion to
5  Mr. Chenari that he go see a therapist at school.
6        Do you recall that testimony?
7     A   Yes.
8     Q   And that is because you understand that
9  there are people, especially at large universities,
10 that specialize in helping students that have
11 diagnoses like ADHD; is that right?
12    A   Yes.
13    Q   And those people are specially trained to
14 counsel those students in how to work within their
15 systems to accommodate any disabilities they have,
16 right?
17    A   Yes.
18    Q   Okay.
19        And you talked to Mr. Chenari about that?
20    A   I wrote it down.  So yes.  I would assume I
21 did.
22    Q   Did you ever talk with him further to

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

20 (Pages 77 to 80)

### 77

1  follow-up to see if he followed your instructions?
2      A   I don't know.
3      Q   Is that the sort of question you would
4  typically ask?
5      A   Yes.
6      Q   If a patient came back to you after
7  receiving a prescription for Adderall and reported
8  that they were doing better and their symptoms were
9  resolved would you continue to push on them to go see
10 counselors at school to follow-up on it?
11         MR. MARR:  Objection to form.
12         Go ahead.
13         THE WITNESS:  I don't know what that means.
14         MR. MARR:  You can answer if you understand
15 the question.
16         THE WITNESS:  Maybe say the question again
17 because I was too busy thinking about what he said.
18 BY MS. KITCHEL:
19     Q   No problem.
20         If you prescribed Adderall for a patient
21 like Mr. Chenari and the patient came back to you a
22 month later and said I am doing much better, thank you

### 78

1  so much for your help, would you press them to go see
2  the counselors at school to follow-up on the issue?
3      A   It really depends on the patient and what
4  the situation is.  Everyone is different.
5          MS. KITCHEL:  Those are all of my
6  questions.  Mr. Bach may have questions for you.
7          EXAMINATION BY COUNSEL FOR THE PLAINTIFF
8  BY MR. BACH:
9      Q   Dr. Durr, I will be very brief.
10         Are you aware of certain accommodations
11 that patients that have been diagnosed with ADHD can
12 receive from a college or university?
13     A   Not specific ones.  No.
14     Q   Do you know of any in general?
15         MS. KITCHEL:  Objection.  Form and
16 foundation.
17         THE WITNESS:  I do not know of any in
18 general, but I have heard that people get
19 accommodations for certain things.
20 BY MR. BACH:
21     Q   When you say for certain things what are
22 you referring to?

### 79

1      A   Learning disabilities.  Testing issues.
2          So I don't know if ADD qualifies in that.
3  I just don't know much about this subject.
4      Q   And previously you I believe testified that
5  impulsive behavior is one of the symptoms of ADHD; is
6  that correct?
7      A   Impulsivity is.  Yes.
8      Q   And how would you define impulsivity?
9      A   I just have to think about it for a second.
10     Q   Sure.
11     A   I guess doing things without thinking about
12 the consequences.
13     Q   Do you know if extreme stress or anxiety
14 would increase the chance of impulsive behavior or
15 impulsivity?
16     A   I would assume.  Yes.  It makes most things
17 worse.
18     Q   You said that Mr. Chenari had explained to
19 you why it was that he was dismissed from medical
20 school; is that correct?
21     A   Yes.  We talked about it at some point.
22     Q   And he explained to you that he was taking

### 80

1  an exam and that the time had been called but he
2  continued to fill in the answer sheet; is that
3  correct?
4      A   That is my impression.  Yes.
5      Q   Did he say that he panicked?
6      A   I don't remember him using that term, but
7  it is certainly very possible he did.  You know, I
8  just remember that he said he was doing it.  I thought
9  it was very odd.
10         That is all I really remember.  I don't
11 know what else he told me.
12     Q   Would you characterize that type of
13 behavior as him completing to fill in the answer sheet
14 as acting with impulsivity?
15         MS. KITCHEL:  Objection to form and
16 foundation.
17         THE WITNESS:  I would.
18         MR. BACH:  I have no further questions.
19         MS. KITCHEL:  I have one follow-up.
20         EXAMINATION BY COUNSEL FOR THE DEFENDANT
21 BY MS. KITCHEL:
22     Q   You were asked by Mr. Bach about