| | |
|---|---|
| From: | yhaywood@gwu.edu [msdych@gmail.com] |
| Sent: | Friday, October 05, 2012 10:13 PM |
| To: | Sina Charlie Chenari |
| Cc: | rmgoldb@gwu.edu; yhaywood@gwu.edu |
| Subject: | Re: Developing a plan to continue with medical school |

That's fine. Nothing else you need to do from my end.
Dean Haywood

On Fri, Oct 5, 2012 at 2:35 PM, Sina Charlie Chenari <schenari@gwmail.gwu.edu> wrote:
Dear Deans Goldberg and Haywood,

Thank you both for taking the time out of your schedules to meet with me.
Per our conversation this past Wednesday, I would like to continue
with my program of study beginning with the 3rd rotation in 2 weeks.
Please advise if there is anything else I need to do.

Thanks,

On Fri, Sep 21, 2012 at 1:49 PM, Sina Charlie Chenari
<schenari@gwmail.gwu.edu> wrote:
> Dear Dean Goldberg:
>
> Thank you for response. I can meet with you both then.
>
> Thanks,
>
> On Thu, Sep 20, 2012 at 11:45 AM, Rhonda Goldberg <rmgoldb@gwu.edu> wrote:
>> Of course.  Can you come in on Monday October 1st at 10:30 to meet with me
>> and Dean Haywood?
>>
>>
>> On Thu, Sep 20, 2012 at 10:11 AM, Sina Charlie Chenari
>> <schenari@gwmail.gwu.edu> wrote:
>>>
>>> Dear Dean Goldberg:
>>>
>>> I wanted to contact you to see if we could discuss developing a plan
>>> for how I can continue with my medical education, hopefully this fall.
>>> Please advise on what I should do. I can be reached by email at
>>> schenari@gwmail.gwu.edu or by mobile at 571-723-2207.
>>>
>>> Thanks,
>>>
>>> --
>>> Sina Charlie Chenari,
>>> Candidate for Medical Doctorate
>>> School of Medicine and Health Sciences
>>> The George Washington University,



Chenari
EXHIBIT NO. 21
P.E · 2-27-15

1

GW Chenari 000566

GW Chenari 000567

>>> Washington D.C.
>>
>>
>
>
>
> --
> Sina Charlie Chenari,
> Candidate for Medical Doctorate
> School of Medicine and Health Sciences
> The George Washington University,
> Washington D.C.


--
Sina Charlie Chenari,
Candidate for Medical Doctorate
School of Medicine and Health Sciences
The George Washington University,
Washington D.C.

2

GW Chenari 000567