
**THE GEORGE
WASHINGTON
UNIVERSITY**
WASHINGTON, DC

Sina Chenari <schenari@gwmail.gwu.edu>

## Re: list of pysch references
1 message

**Andrea Flory** <aflory@mfa.gwu.edu>                                   Thu, Oct 4, 2012 at 9:08 AM
To: schenari@gwmail.gwu.edu

Hi Charlie,

I am sorry that it took me so long to get this list to you- I had a little difficulty obtaining it!

I also have another resource to offer you; there is a wonderful counselor with whom I am working with to
come up with a program to help students (and we are finding quite a few!) who have a lot of anxiety around
the PBE exams.  I met with her yesterday and I think she might be a great help to you.  Her name is Anne
Gialanella and she mainly works with young people.  Here is her info:

Anne Gialanella, LPC
Clinical Associate
The Viva Center
202-265-1000 ext. 4
http://www.vivapartnership.com

Hope you are doing well- please let me know if I can be of further help to you- AF


Andrea L. Flory, MD
Assistant Professor of Medicine
Division of General Internal Medicine, Medical Faculty Associates
Course Director, Doctor Patient Society
George Washington University School of Medicine
Washington, DC
(202) 741-2222

**2 attachments**

📄 **PSY CLINICIANS WILLING TO BE CONTACTED FOR POSSIBLE ADJUSTED FEE TREATMENT FOR
MEDICAL STUDENTS[1].doc**
38K

📄 **psy resource list.pdf**
34K


Chenari
EXHIBIT NO. 22
P.E. 2-27-15

Chenari 235

PltfRPD1 000235