UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SINA CHENARI,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE WASHINGTON UNIVERSITY,<br><br>Defendant. | Civil Action No. 14-929 (ABJ)<br><br>Judge Amy Berman Jackson |

### DECLARATION OF SUSAN MCMENAMIN

Susan McMenamin hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

1. My name is Susan McMenamin. I currently serve as the Director of Disability Support Services ("DSS") for the George Washington University ("GW"), which serves all GW students in all undergraduate and graduate programs, including students enrolled in the Medical School. Prior to becoming the Director of DSS, I spent more than a decade as DSS's Associate Director, where I was responsible for determining disability eligibility and reasonable accommodations for students who chose to register with DSS.

2. DSS's mission is to work collaboratively with students, faculty and staff across the campus to foster a climate of universal academic excellence, while also promoting disability culture and GW's broader diversity and inclusion initiatives. One of DSS's functions is to receive and evaluate requests for accommodations from students.

3. DSS routinely receives, considers, and responds to accommodation requests from students who have Attention-Deficit Hyperactivity Disorder ("ADHD"). In 2012, DSS's website contained a page with specific instructions for students with ADHD who chose to request an accommodation. A copy of those instructions is attached as Exhibit A. It was updated from time

to time, but the substance of the instructions in Exhibit A did not change between 2010 until Spring, 2015.

4. I have personally searched for any record that Sina "Charlie" Chenari applied for any type of service or disability accommodation at DSS and have found no evidence that he ever contacted our office.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed this 4 day of August, 2015.

Susan McMenamin

3073472v.1

# EXHIBIT A

 where student life lives!    See More SASS Departments and Services: ▼

 THE GEORGE WASHINGTON UNIVERSITY

# Disability Support Services

 Free Text Relay - CALL NOW For people with hearing loss or a speech disability

Rome Hall, Suite 102, 801 22nd Street, NW, Washington, DC 20052

(202) 994-8250 | Fax: (202) 994-7610   ✉ dss@gwu.edu   Text Size: A A A



- Home
- About Us
- Getting Started
- Student Support ▶
- Housing Accommodations
- Test Proctoring Services
- Note-taking Assistance
- Interpreting
- Faculty Support ▶
- Career Development and Employment Resources ▶
- Visitors
- Forms
- Contact Us

**SEARCH:**
[Search]

Home > Getting Started > Eligibility > Attentional Disorders

## Guidelines for Documentation of Attention-Deficit Hyperactivity Disorders





Students with Attention-Deficit/Hyperactivity Disorders (ADHD) requesting access to accommodations and/or services through the Office of Disability Support Services must furnish documentation that meets the criteria set forth by the ADA and Section 504 guidelines. A current psycho-educational or neuropsychological assessment completed by an objective, qualified professional is required. **Note: A school plan, such as an Individualized Educational Program (IEP) or 504 Plan in and of itself is not sufficient documentation.**

The documentation report for these diagnoses **must** include the following components:

### I. Diagnostic Interview

Relevant information regarding the student's academic history and learning processes in elementary, secondary and post-secondary education should be investigated. The diagnostic interview should address: a description of the problem(s) being presented; developmental, medical, psychological histories; family history; and a discussion of dual diagnosis where indicated.

### II. Assessment

The diagnosis of attention-deficit/hyperactivity disorders should be based on a comprehensive review that does not rely on any one test or

Chenari
EXHIBIT NO. 13
P.E. · 2-27-15

subtest. Evidence of a substantial limitation to learning and/or other aspects of academic performance must be apparent. The domains to be addressed should include:

**a. Aptitude:** a complete intellectual assessment with the Wechsler Adult Intelligence Scale or equivalent standardized tool

**b. Academic Achievement:** a comprehensive battery to record current levels of academic functioning and fluency in relevant areas such as reading (decoding and comprehension), mathematics (calculation and applications), and oral and written language

**c. Information Processing:** areas to be assessed should include short and long-term memory, sequential memory, auditory and visual perception/processing, processing speed, executive functioning and motor ability

### III. Test Scores

Standard scores and percentiles should be provided for all measures. The tests should be deemed reliable and valid for use with an adolescent/adult population.

### IV. Specific Diagnoses

The diagnostician must use direct language in the diagnosis of a disorder, using DSM terminology where appropriate.

### V. Clinical Summary

A well-written diagnostic summary is a necessary component of the documentation report. It must include:

**a.** an interpretation of the test findings to indicate how the pattern of scores reflect the presence of a disorder

**b.** the evaluator's having ruled out alternative explanations for any academic problems noted

**c.** an assessment of the substantial limitation to learning and/or other aspects of academic performance presented by the disorder and the degree to which it impacts upon the individual's functioning in the relevant setting

Disability Support Services - The George Washington University

      d. recommendations for specific accommodations with a clear justification linked to those academic needs identified as associated with the disorder

      **\*Note: Students may be asked to provide recertification of continuing need.**

Last updated August 13, 2014 12:30pm