# Class of 2014
# First Year Survival Guide

## The George Washington University School of Medicine and Health Sciences
## Washington, DC



The Paul Himmelfarb Health Sciences Library and the Walter G. Ross Hall

Editors: Kanika Gupta, Regina Toto, Alexandra Sims

Special thanks to Dean Goldberg, Amy Pekol and the Class of 2013 for their wonderful support of and contributions to this manual.



Chenari
EXHIBIT NO. 14
P.E. 2-27-15

## *A LETTER FROM THE EDITORS!*

Dear Class of 2014,

Welcome to The George Washington School of Medicine and Health Sciences! On behalf of the administration, faculty, staff, and the Class of 2013, we want to congratulate you on your acceptance and welcome you to the GW family! You have each been hand-picked from an applicant pool of thousands, and you should be proud of the hard work and dedication that has brought you to this monumental point.

In committing to becoming a doctor, you have begun the path to a career filled with ups and downs, trials and triumphs. These next four years are going to be some of the most challenging—yet also some of the most rewarding—years of your life. But always keep in mind that the reward of helping to heal people is well worth the work. Over the next four years, the people in your class will become not only your committed colleagues, but also your closest friends. Their encouragement and support during difficult times and celebration with you over victories will keep you going. You are now all members of a team—welcome to the field.

But your team includes many more people than just your graduating class. Your predecessors and the entire GW community will play a role in your success. Your class brings with it an impressive variety of experience, backgrounds, talents, and knowledge, and we are excited about how you will use these to enrich the GW community. As members of your team, the Class of 2013 has compiled this Survival Guide as an introduction to your life here at GW. We have tried to touch upon all aspects of life here, including exploring the incredible city you will soon call home.

We hope that this manual serves you well as a reference, not only in the coming months, but also throughout your first year here at GW as you transition into the life of a physician-in-training. We are excited and honored to share your experience here with you, and we wish you success.

Sincerely,

*Kanika Gupta, Alexandra Sims and Regina Toto*
on behalf of the Class of 2013

# Table of Contents

PART I: WELCOME! ..................................................................................... 7

PART II: RULES AND REGULATIONS ................................................................ 19

PART III: YOUR TIME HERE: AN OVERVIEW OF MEDICAL SCHOOL .............. 24

PART IV: THE CURRICULUM ........................................................................... 31

PART V: ACADEMIC ADVICE: TIPS FOR CONTINUED SUCCESS .................... 60

PART VI: BEYOND CLASSES: MEDICAL STUDENT ACTIVITIES ...................... 66

PART VII: LIVING IN THE DC AREA ................................................................ 91

PART VIII: THE FUN STUFF: RECREATION ..................................................... 107

PART IX: FOOD ............................................................................................ 121

PART X: QUICK REFERENCES ........................................................................ 131

→**GW Counseling Center** (offers group support, study skills seminars, and individual counseling)
2033 K Street; Suite 330
http://gwired.gwu.edu/counsel
Students may contact the University Counseling Center anytime, day or night, to speak to someone about their mental health concerns at **202.994.5300**

In addition, the **Student Health Center** (contact information above) offers access to psychiatric care. There are also other mental health services available at a discounted rate:

→**GW Meltzer Center** (offering psychotherapy on a sliding scale)
2125 G Street; Building GG
(202) 994-6320
http://www.gwu.edu/~psycdept/view.cfm?page=services

→**GW Center Clinic for Professional Psychology**
2300 M Street
202-887-0775
http://www.gwu.edu/%7Ecclinic/

**Disability Information**
→**Insurance**
*Students are not required to buy disability insurance, but all students should consider purchasing such coverage.* Disability insurance provides temporary and permanent benefits to you and your beneficiaries if you become disabled during your training or subsequent practice. Such insurance is relatively inexpensive for medical students. Those of you with families should definitely investigate this option and consider disability insurance if you do not already have such a policy. Dean Schroth can provide additional information regarding insurance plans and contacts.

→**Office of Disability Support Services**
Students who suspect that they may have a disability, which may require an accommodation, should contact the Office of Disability Support Services at (202)-994-8250.