## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SINA CHENARI, | |
| Plaintiff, | |
| | Civil Action No. 14-929 (ABJ) |
| v. | Judge Amy Berman Jackson |
| GEORGE WASHINGTON UNIVERSITY, | |
| Defendant. | |

## DECLARATION OF RHONDA M. GOLDBERG

Rhonda M. Goldberg hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

1.     My name is Rhonda M. Goldberg.  I currently serve as Associate Dean for Students at George Washington University School of Medicine and Health Sciences. In that capacity, I generally guide students in their first and second years of medical school.

2.     Each year, I make a presentation to first year medical students during the first one to two weeks of school addressing various topics related to their success in medical school.  One of the topics I review every year is the Disability Support Services ("DSS") office and the services it offers. I tell students during my presentation that if they have a disability and need to request an accommodation, it is the student's responsibility to go to DSS to pursue that matter.

3.     Cases involving alleged misconduct by medical students are processed under George Washington University's Regulations for M.D. Candidates, a true and correct copy of which is attached as Exhibit A.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

3073532v.1

Executed this 5th day of August, 2015.

Rhonda M. Goldberg

# EXHIBIT A

Regulations for M.D. Candidates

*Preamble*

Students enrolled in the M.D. program are required to conform to, and are entitled to the benefits of, the *Guide to Student Rights and Responsibilities* (hereinafter "the Guide"), as well as other rules, regulations, and policies with University-wide applicability. However, because of the unique curriculum and degree requirements of the School of Medicine and Health Sciences, the University Board of Trustees has established the following Regulations for M.D. Candidates (hereinafter "Regulations"). Certain procedures in these Regulations are designed to supplement policies established by the Guide. For instance, the process set forth in Section 7 of Article B of these Regulations is designed to provide protection against improper academic evaluation as guaranteed by Article II, Section B of the Guide (Protection Against Improper Academic Evaluation). Other procedures in these Regulations are meant to replace procedures set forth in the Guide in most instances. For example, all cases involving alleged misconduct by M.D. candidates will be processed under these Regulations, unless the School of Medicine and Health Sciences dean or his/her designee (hereinafter "dean") decides in a particular case to have the case processed under the Guide's Code of Student Conduct. In the case of any inconsistency or ambiguity between these Regulations and University-wide rules, regulations, and policies, including the Guide, these Regulations shall govern.

*A. General*

*1. The minimum requirement for the M.D. degree will be the completion of all courses designated by the School's Faculty Senate to be required, and a passing grade in all courses taken, whether required or not, other than electives in the first and second years. (Minimum requirements for M.D. candidates in the Doctor of Medicine Special Programs are different, and such students are referred to Article I of these Regulations for a statement regarding modified minimum requirements).*

*2. Using the guidelines below, the Education Council will periodically determine and report to the School's Faculty Senate on the appropriate number of credits for all courses.*

*First- and Second-Year Courses:*

*a. One credit hour for each hour of lecture time per week per semester, adjusted as appropriate.*

*b. One credit hour for each two or three hours of laboratory and/or small group teaching time per week per semester, adjusted if appropriate.*

*Third- and Fourth-Year Courses:*

*c. Five credit hours for each four-week experience; three credit hours for each two-week experience.*

*B. Evaluation of Academic Performance*

1. The faculty is responsible for evaluation of the performance of students in a meaningful, useful, and timely manner. The authority for assignment of grades rests with academic departments or with faculty of interdisciplinary courses. Exceptions are the notations of Incomplete and Withdrawal (see below), which require the concurrence of the dean.

2. Departments are responsible for the assignment of grades on a basis that is rational, just, and unbiased.

Chenari 098

PltfRPD1 000098

3. The grading system for all non-required electives will be:

    Pass (P)
    Fail (F)

For all required courses in the first and second years, the grading system will be:

Honors (H)
In Progress (IPG)
Pass (P)
Incomplete (I)
Conditional (CN)
Withdrawal (W)
Fail (F)
Exempt (EX)

For all courses in the third and fourth years, the grading system will be:

Honors (H)
In Progress (IPG)
High Pass (HP)
Incomplete (I)
Pass (P)
Withdrawal (W)
Conditional (CN)
Exempt (EX)
Fail (F)

4. The following definitions apply:

Honors (H) -- Those students whose performance in a subject is determined by the responsible department to be of superior quality may be assigned the grade of Honors (H).

Pass (P) -- All students, with the exception of those defined above, whose performance in a subject meets the requirements established by the responsible department shall be assigned a grade of Pass (P).

Conditional (CN) -- Those students who do not meet the minimum requirements established by the responsible department, but who could reasonably be expected to do so through a limited program of remedial work, may be assigned the grade of Conditional (CN).

Fail (F) -- Those students whose performance in a subject clearly falls so far below departmental passing standards that limited remedial work would be inadequate to correct the deficiencies shall be given a grade of Fail (F).

In Progress (IPG) -- The notation of IP will be assigned to students in courses that require more than one semester for completion. A grade will be assigned upon completion of the entire course in a subsequent semester.

Incomplete (I) -- The notation of I will be assigned by the faculty member or department when a student fails to complete all the required work in a course. Assignment of an Incomplete requires the concurrence of the dean on a case-by-case

basis. A student in the first or second year may not proceed in the work of the following year until a grade of I has been converted; a student in the third or fourth year must remove a grade of I prior to graduation. If not converted to a Pass, a grade of I will be changed automatically to a grade of F after one year.

Withdrawal (W) -- The notation of W will be assigned only when a student is unable to continue the course for reasons acceptable to the dean. Such reasons may not include poor scholarship.

Exempt (EX) -- The notation of EX will be assigned when a student proves competent in a subject and is excused by the responsible department; or when a student is given credit for passing an equivalent course in another institution acceptable to the department and the dean.

5. All departments should submit F and CN grades to the Office of the Dean as soon as possible after the student has completed a course or clerkship.

A definition of work required to convert an F or CN shall be developed by the department, reviewed by the Committee on Medical Student Evaluation (otherwise known as the Medical Student Evaluation Committee, or MSEC), and approved by the dean. Any F or CN grades must be converted at a minimum to a Pass grade. A grade of F requires that the student repeat the course or complete an equivalent remedial experience. A grade of CN may be converted by a program of more limited work, as developed by the responsible department and approved by the MSEC.

No student may proceed from the first to the second year or from the second to the third year of the M.D. program without having first upgraded all grades of F and CN. Students with failing or conditional performances in third-year clerkships may remedy those deficiencies during the fourth year with the approval of the dean. Conditional or failing grades in fourth-year courses shall be remedied in the fourth year prior to receiving the M.D. degree.

Performances upgraded from the conditional to the passing level will be graded as CN/P. A student may elect to repeat the course, provided it is being offered, rather than undertake a limited remedial program to convert a Conditional grade. In that case, the initial grade remains CN and the repeated course is listed and graded separately.

Failure to convert a CN within the period as proscribed by the dean shall result in automatic conversion of a CN to CN/F.

6. The dean will inform the MSEC of the names of all students receiving grades F or CN and submit their records to the Committee for evaluation and recommendations.

7. Any student who considers a grade or evaluation to be unjust or inaccurate may, within 14 calendar days of receiving the grade, appeal in writing to the signer of the evaluation with a copy to the dean. The student is deemed to have received the grade three days after mailing of the official grade form. If the issue is not resolved to the student's satisfaction within 14 calendar days of receipt of the appeal, the student may appeal it in writing to the Chair of the responsible department, setting forth the reasons for reconsidering the grade or evaluation. The student shall send a copy of this written statement to the dean.

The Chair shall conduct a review, consulting as appropriate with other faculty, staff, and the student, and convey a determination to the student in writing, with a copy to the dean. If the issue is not resolved to the student's satisfaction within 14 days of receipt of the appeal to the Chair, and s/he wishes to appeal it further, s/he shall do so in writing to the dean. In considering the student's appeal, the dean is limited to determining whether or not the evaluational or grading

procedures used were essentially the same as those used of other students in that course; and,*independent of that conclusion*, whether or not there is sufficient evidence of unjust or erroneous evaluation. In carrying out this task, the dean may, at his/her sole discretion, seek advice from an ad hoc committee formed to review the complaint. There should be both student and faculty representation on such a committee, but no member may be from the department in question.

Should the dean find that the grade or evaluation is unjust or inaccurate, s/he will, in consultation with the Chair of the department, determine an appropriate reevaluation procedure and/or grade for the student. The decision of the dean is final.

Failure of the student to comply with these procedures, including the stated time limits, indicates acceptance of the grade.

*C. Academic Dismissal*

1. A student is at risk for academic dismissal under the following circumstances:

   a. The student receives grades of CN and/or F in two or more required courses in the first semester of Year I;

   b. The student receives grades of F in 2 or more required courses (or senior electives) of greater than three credits in any academic year;

   c. The student receives grades of CN and/or F in three or more required courses (or senior electives) in any academic year;

   d. The student receives a grade of F in one or more required courses (or senior electives) totaling 12 or more credit hours in any academic year; or totaling 20 or more credit hours in the M.D. program;

   e. The student receives grades of CN and/or F in required courses (or senior electives) totaling 20 credit hours or more of work in any academic year; or totaling more than 30 credit hours in the M.D. program;

   f. The student receives a grade of CN or F in a required course or senior elective, when that student has previously been at risk for academic dismissal; or

   g. The student receives a Fail grade on the USMLE Step I exam on three attempts;

   h. The student fails to meet any special requirement(s) previously specified for that student by the dean as a condition for continuation in the M.D. program.

2. All conditional (CN) and failing grades (F) in required courses and senior electives contribute to risk for academic dismissal, including those that have been upgraded. A CN downgraded to CN/F shall count as an F in determining whether a student is at risk for academic failure. A failure in a course that was taken to remedy a grade of F in a required course will count as an additional F.

3. A student at risk for academic dismissal will receive notification from the dean that s/he is at risk. Notification will be made upon report of the grade that puts the student at risk for academic dismissal.

4. The MSEC shall conduct a review of the student's academic record and any written statement the student submits in a timely fashion to the MSEC. The review shall include an opportunity for the Committee to meet with the student; since the meeting is not adversarial, neither the University nor the student shall have legal representation present. Thereafter, the MSEC will meet in executive session and make a decision regarding the academic status of the student. In the case of a student who is allowed to continue in the M.D. program, the MSEC may modify the academic program and/or impose special conditions that may be continuing in nature. The MSEC's decision will be in writing and will include the reasons for the decision. The chair of the MSEC will forward the written decision of the Committee to the student and the dean.

5. The student will then have ten (10) business days to submit in writing an appeal of the MSEC decision to the dean. The dean will review the student's academic record, the student's written appeal, and any written statement that the student submitted to the MSEC. The student will have the opportunity to meet with the dean prior to the dean's decision on the appeal; since the meeting is not adversarial, neither the University nor the student shall have legal representation present.

6. The dean is not bound by the MSEC decision. The dean will decide the appeal regarding a student's dismissal from, or continuation in, the M.D. program. In the case of a student who is allowed to continue in the M.D. program, the dean may modify the academic program and/or impose special conditions that may be continuing in nature. The decision of the dean with respect to the student's appeal shall be final. That decision will be in writing and will include the reasons for the decision. The dean will forward his/her written decision to the student and the Chair of the MSEC.

*D. Irregular Progress*

### 1. Repetition of a Year

Upon advice of the MSEC, the dean may require that a student in academic difficulty repeat a year, or s/he may permit a student at risk for dismissal to repeat a year. Requiring repetition of a year would be an option if there was a pattern of academic problems that would be difficult or impossible to remedy before the beginning of the next academic year. Permitting repetition of a year would be an option if the student was subject to dismissal on academic grounds but showed promise of mastering academic material on an additional attempt and of proceeding without further major difficulty toward becoming a competent physician. A student eligible for promotion may be allowed to repeat a year at his/her own request.

### 2. Leave of Absence

Leave of absence, including the conditions and timing of the return, may be granted at the discretion of the dean.

### 3. Withdrawal from the M.D. Program

In the event that a student who withdraws from the M.D. program subsequently changes his/her mind and wishes to re-enter the program, s/he must reapply through the admissions process, as would any other applicant for medical school.

*E. Evaluation of Professional Comportment*

Occasionally, a student's behavior, or pattern of behavior, may raise concerns as to the student's suitability to continue in the study of medicine. The process described below is intended to deal with behavior that may be unacceptable to the School of Medicine and Health Sciences or raise questions about the student's fitness for the practice of medicine.

1. When a problem with professional comportment (other than academic dishonesty) regarding a student is perceived, the observer will communicate this concern to the dean. If the communication is verbal, it must be confirmed immediately by a signed written statement or else it will not be pursued further.

2. Upon receiving such a communication, the dean will create a confidential file in which all documents pertaining to the matter will be placed. The contents of the file will be preserved for a period of time not less than five years from the date of separation or graduation from the School of Medicine and Health Sciences. Access to this file will be restricted to the student under consideration; the dean and his/her staff; the MSEC; the Subcommittee on Professional Comportment of the MSEC, if one is constituted; and attorneys for the University and student.

3. The dean will notify the student in writing that s/he has received a communication from someone who perceives that the student has a problem with professional comportment. The notice will include a copy of these Regulations.

4. The dean will meet informally with the student as soon as possible. At that meeting, or as soon thereafter as possible, the dean may do one or more of the following:

   a. Advise the student.

   b. Recommend that the student seek professional assistance, at the student's expense.

   c. Develop additional information through contacts with the student, his/her peers, faculty, professional consultants, and/or any other source deemed to have relevant information. With the student's concurrence, s/he may be referred for a medical, psychiatric, and/or psychological evaluation. The cost of such an evaluation will be paid by the University, and the student will be asked to authorize the professional consultant to make a written report to the dean for inclusion in the student's confidential file. This authorization of the release of information regarding a psychiatric or psychological evaluation shall be made only after the student has had a chance to review the written report.

   d. Refer the case to a Subcommittee on Professional Comportment.

   e. Suspend the student pending investigation and recommendation of the Subcommittee on Professional Comportment and/or the MSEC.

5. The involvement of, and actions taken by, the dean may be continuing in nature.

*Paragraphs 6 through 19 apply if the student is referred to a Subcommittee on Professional Comportment.*

6. A Subcommittee on Professional Comportment and its Chair will be named by the Chair of the MSEC. The Subcommittee will consist of two students from the third and/or fourth year of the M.D. Program and two faculty, at least one of whom shall be a member of the MSEC.

7. The dean will notify the student in writing of the composition of the Subcommittee. The student will be allowed ten calendar days from the mailing of this notice to object to any person's appointment to the Subcommittee. Such objection must be sent to the dean in writing. The dean will, at his/her sole discretion, determine whether an objection warrants the appointment of one or more different persons to the Subcommittee, who shall be selected as set forth in paragraph 6.

8. The Subcommittee will investigate the allegation. The Subcommittee will review the student's confidential file and interview him or her. The Subcommittee also may gather and review other material and interview any other person who the Subcommittee, at its sole discretion, has reason to believe may have relevant information to contribute. The Subcommittee, when it deems appropriate, may ask the dean to refer the student for a medical, psychiatric, or psychological evaluation so that the Subcommittee may consider information such an evaluation would reveal.

9. If the Subcommittee requests such an evaluation, the dean will make such a referral. No student may be compelled to be evaluated; the cost will be borne by the University, and the student will be asked to authorize the professional consultant to make a written report to be included in the student's confidential file. This authorization of the release of information derived from the evaluation shall be made only after the student has had a chance to review the written report.

10. The student under review and/or the student's attorney or advisor may attend the information-gathering sessions. These sessions are not in the nature of an adversarial proceeding; the student and/or his or her attorney or advisor may submit questions to be answered by persons interviewed by the Subcommittee, but the procedure regarding their questioning is left to the sole discretion of the Subcommittee. The student may speak on his/her behalf and may submit other material. The legal rules of evidence, including, but not limited to, those rules regarding relevancy and hearsay, are not applicable. The student may suggest that the Subcommittee interview such persons, but the decision to interview such persons is left to the sole discretion of the Subcommittee. The student and the student's attorney or advisor cannot be present when the Subcommittee meets in executive session.

11. Meetings of the Subcommittee are confidential. Minutes of the Subcommittee will be placed in the student's confidential file upon the completion of the Subcommittee's review.

12. The Chair and all members shall be required to be present for all meetings of the Subcommittee.

13. The Subcommittee will make its final recommendation(s) to the dean. Such recommendation(s) will be in writing and shall include findings of fact and the reasons for the recommendation(s). The recommendation(s) could include, but is (are) not limited to, one or more of the following:

   a. Advising the student.
   b. Recommending that the student seek professional assistance, at the student's expense.
   c. Recommending conditions with which the student must comply in order to continue in the M.D. program.
   d. Recommending temporary suspension from the M.D. program.
   e. Recommending dismissal from the M.D. program.

The Subcommittee shall make an additional recommendation regarding whether or not the confidential file will be made a part of the student's permanent academic file.

14. If the Subcommittee recommends suspension or dismissal from the M.D. program, or any modifications of the academic program, the matter will be referred to the MSEC. The MSEC will review the confidential file and the report of the Subcommittee. The Chair of the Subcommittee will present the Subcommittee report to the MSEC and will respond to inquiries from the MSEC members. The student and/or his or her attorney or advisor may be present during the presentation of the Subcommittee Chair and may submit a written statement to the MSEC. The student and/or his or her attorney or advisor will not be able to question the Subcommittee Chair or the MSEC members, or present additional witnesses, and cannot be present when the MSEC meets in executive session. The student may be interviewed by the

MSEC if the student attends the meeting; however, this meeting shall not be a *de novo* hearing of the matter. The MSEC will either remand the matter back to the Subcommittee if additional information is required, or it shall submit its written recommendations, along with those of the Subcommittee, to the dean.

15. The dean will review the student's confidential file, the report of the Subcommittee, and the report of the MSEC, if one has been produced. The dean, at his/her sole discretion, may meet with the student prior to making his/her determination.

16. The dean will take whatever action s/he deems appropriate, including dismissal of the student from the M.D. program. The dean will inform the student in writing of his/her decision.

17. The student shall have 15 calendar days in which to appeal the decision of the dean. Such appeal shall be in writing sent to the vice president for academic affairs. The scope of this appeal is for the vice president for academic affairs or his/her designee to determine whether the procedures set forth in these Regulations have been complied with. Failure to appeal the decision shall be deemed a waiver of any and all rights to challenge the dean's decision and shall be deemed an acceptance of the same.

18. The vice president for academic affairs or his/her designee will make his/her decision on the written record of the proceedings. His/her decision shall be final.

19. At any time during the process, if the student in question is accompanied by an attorney, the University will have its attorney present. The student, therefore, is required to inform the Office of the Dean two days in advance of the hearing is counsel is to be present.

### F. The Honor Code
### 1. Purpose

The objective of the Honor Code is to foster a sense of trust, responsibility, and professionalism among students and between students and faculty. Its fundamental goals are to promote ethical behavior, to ensure the integrity of the academic enterprise, and to develop in students a sense of responsibility to maintain the honor of the medical profession. This code of behavior is designed to assist in the personal and intellectual development of the medical student on the journey to becoming a physician and member of the medical community. All members of the medical community must be accountable to themselves and others.

### 2. Student Responsibilities

    a. Students will not:

        (1) Give or receive aid during an examination.
        (2) Give or receive unpermitted aid in assignments.
        (3) Plagiarize any source in the preparation of academic papers or clinical presentations.
        (4) Falsify any clinical report or experimental results.
        (5) Infringe upon the rights of any other students to fair and equal access to educational materials.
        (6) Violate any other commonly understood principles of academic honesty.

b. No code can explicitly enumerate all conceivable instances of prohibited conduct. In situations where the boundaries of proper conduct are unclear, the student has the responsibility to seek clarification from the appropriate Honor Code Council member(s), faculty member(s), or dean(s).

c. Each student has the responsibility to participate in the enforcement of this Code. Failure to take appropriate action is in itself a violation of the Code.

d. The student must agree to participate in the enforcement of this Honor Code, and prior to matriculation, must sign a statement agreeing to uphold its principles while enrolled at the George Washington University School of Medicine and Health Sciences.

## 3. Faculty Responsibilities

Each faculty member has the responsibility to participate in the enforcement, promotion, and clarification of the Honor Code. The faculty plays an integral role in the maintenance of the Honor Code. To this end, faculty will endeavor to:

a. Define the types of aid or collaboration permissible in course work.
b. Avoid procedures or ambiguities that may create undue temptation to violate the Honor Code.
c. Reinforce the tenets of the Honor Code.

## 4. The Honor Code Council

The Honor Code Council (hereinafter the "Council") shall consist of six faculty members and twelve students. Each year's class shall be represented by three students. These students shall be nominated by the Medical Center Student Council in consultation with the Council and approved by the dean. The faculty shall be selected by the Chair of the Medical Student Evaluation Committee and approved by the dean. The Chair of the Council, who shall be a member of the faculty, shall be appointed by the dean. To ensure continuity, faculty and Chair terms of appointment will be three years and staggered, with the possibility of two contiguous terms of appointment. Students will be encouraged to renominate their representative members.

Members of the Council shall serve as reference persons for students and faculty. Furthermore, the Council as a whole shall be charged with the continued monitoring of the Honor Code system. It shall review all cases of alleged Honor Code violations that have been submitted to a Subcommittee on Professional Comportment in order to educate the academic community following the resolution of each case. It shall meet periodically during the academic year and report its findings to the MSEC, including suggested amendments to the Honor Code. Members of the Council shall serve on a Subcommittee on Professional Comportment convened as an Honor Code Committee either to review an alleged violation of the Honor Code or to recommend sanctions in established cases of Honor Code violation.

## G. Academic Dishonesty and Violations of the Honor Code

1. When a student, member of the faculty, or Medical Center staff member observes something that appears to be a violation of the Honor Code, that person shall do one or more of the following:

a. confront the individual(s) to receive an explanation and to gain satisfaction that there was no intention of breaching the Code. It is hoped that most events will be dealt with in this manner. If satisfaction is not gained the witness will take further action. (See b and c below);

b. consult with a member of the Council regarding the witnesses' observation in order to determine whether a written report should be made; and/or

c. submit a signed written report of the alleged infraction to the dean.

2. When the dean receives such a report, s/he will create a confidential file in which all documents pertaining to the matter will be placed. The contents of the file will be preserved for a period of time not less than five years from the date of separation or graduation from the school of Medicine and Health Sciences. Access to this file will be restricted to the student under consideration; the dean and his/her staff; the MSEC; the Council; the Subcommittee on Professional Comportment, if one is constituted; and attorneys for the University and student.

3. The dean will notify the student in writing that s/he has received a written report alleging a violation of the Honor Code. The notice will include a copy of the report and these Regulations for M.D. Candidates.

4. The dean will meet with the student as soon as possible. At that meeting, or as soon thereafter as possible, the dean may do one or more of the following:

a. If the witness filing the report, the student concerned, and the dean agree on the accuracy of the charges, the fact of this agreement shall be noted in writing by all three parties, and the case will be referred to a Subcommittee on Professional Comportment sitting as an Honor Code Sanctions Committee. The recommended sanctions will then be referred to the MSEC for its consideration and action and for modification of the student's academic program if necessary (see Section 11 of this Article G);

b. If upon reviewing the charge and any supporting evidence, the dean believes that there is insufficient evidence of academic dishonesty to warrant further review, s/he may dismiss the charge without further investigation or review;

c. If the student denies the accuracy of the charge and the charge is not withdrawn or dismissed, the case will be referred for review by a Subcommittee on Professional Comportment sitting as an Honor Code Hearing Committee.

*Paragraphs 5 through 15 apply if the student is referred to a Subcommittee on Professional Comportment. Paragraph 12 does not apply if the Professional Comportment Subcommittee is sitting as an Honor Code Sanctions Committee.*

5. The Subcommittee on Professional Comportment and its Chair will be named by the dean in consultation with the Chair of the Honor Code Council. The Subcommittee will consist of at least two student members of the Honor Code Council and at least two faculty members of the Honor Code Council.

6. The dean will notify the student in writing of the composition of the Subcommittee. The student will be allowed five calendar days from the mailing of this notice to object to any person's appointment to the Subcommittee. Such objection must be sent to the dean in writing. The dean will, at his/her sole discretion, determine whether an objection warrants the appointment of one or more different persons to the Subcommittee, who shall be selected as set forth in paragraph 5.

7. The Subcommittee will investigate the alleged Honor Code violation. The Subcommittee will review the student's confidential file and provide the student with the opportunity to be interviewed. The Subcommittee also may gather and review other material and interview any other person who the Subcommittee, in its sole discretion, believes may have relevant information to contribute.

8. The student under review and/or the student's attorney or advisor may attend the information-gathering sessions. These sessions are not in the nature of an adversarial proceeding; the student and/or his or her attorney or advisor may submit questions to be answered by persons interviewed by the Subcommittee, but the procedure regarding questioning is left to the sole discretion of the Subcommittee. The student may speak on his/her behalf and may submit other materials. The legal rules of evidence, including, but not limited to, those rules regarding relevancy and hearsay, are not applicable. The student may suggest that the Subcommittee interview additional persons, but the decision to interview such persons is left to the sole discretion of the Subcommittee. The student and the student's attorney or advisor cannot be present when the Subcommittee meets in executive session.

9. Meetings of the Subcommittee are confidential. Minutes of the Subcommittee will be placed in the student's confidential file upon the completion of the Subcommittee's review.

10. The chair and all members shall be required to be present for all meetings of the Subcommittee.

11. The Subcommittee will make its final recommendation(s) to the dean. Such recommendation(s) will be in writing and shall include findings of fact and the reasons for the recommendation(s). The recommendation(s) could include, but are not limited to, one or more of the following:

a. Advising the student.

b. Recommending that the student seek professional assistance, at the student's expense.

c. Recommending conditions with which the student must comply in order to continue in the M.D. program.

d. Recommending that the work product be discarded, which might result in an Incomplete, with the requirement that the student satisfactorily complete compensatory work, or be re-evaluated on relevant material.

e. Recommending that a grade of F be awarded, with the remedy for the F being the repetition of the entire course (i.e., not the summer remedial) with a notation of "Failed the course for academic dishonesty [or violation of the Honor Code]" appearing on the transcript, and with the notation to be expunged at the option of the MSEC at a later date or upon graduation.

f. Recommending that a grade of F be awarded, with the remedy for the F being the repetition of the entire course (i.e., not the summer remedial) with a notation of "Failed the course for academic dishonesty [or violation of the Honor Code]" placed permanently on the transcript.

g. Recommending temporary suspension from the M.D. program, with the notation of "Suspended for academic dishonesty [or violation of the Honor Code]" placed permanently on the transcript.

h. Recommending permanent dismissal from the M.D. program, with the notation of "Dismissed for academic dishonesty [or violation of the Honor Code]" placed permanently on the transcript.

The Subcommittee shall make an additional recommendation regarding whether or not the confidential file will be made a part of the student's permanent academic record.

12. Should the Subcommittee on Professional Comportment decide that no infraction of the Honor Code has occurred, there will be no further review.

13. If the Subcommittee recommends suspension or dismissal from the M.D. program, or any modifications of the academic program, the matter will be referred to the MSEC. The MSEC will review the confidential file and the report of the Subcommittee. The Chair of the Subcommittee will present the Subcommittee report to the MSEC and will respond to inquiries from the MSEC members. The student and/or his or her attorney or advisor may be present during the presentation of the Subcommittee Chair and may submit a written statement to the MSEC. The student and/or his or her attorney or advisor will not be able to question the Subcommittee Chair or the MSEC members, or present additional witnesses, and cannot be present when the MSEC meets in executive session. The student may be interviewed by the MSEC if the student attends the meeting; however, this meeting shall not be a *de novo* hearing of the matter. The MSEC will either remand the matter back to the Subcommittee if additional information is required, or it shall submit its written recommendations, along with those of the Subcommittee, to the dean.

14. The dean will review the student's confidential file, the report of the Subcommittee, and the report of the MSEC, if any. The dean at his/her sole discretion, may meet with the student prior to making his/her determination.

15. Should the dean concur with the Subcommittee on Professional Comportment's conclusion that a violation of the Honor Code has occurred, one or more sanctions must be invoked by the dean. This may range from discarding the work product to dismissal of the student from the M.D. program, with an appropriate notation placed on the transcript.

16. The dean will take whatever action s/he deems appropriate, including dismissal of the student from the M.D. program. The dean will inform the student in writing of his/her decision.

17. The student shall have 15 calendar days in which to appeal the decision of the dean. Such appeal shall be sent in writing to the vice president for academic affairs. The scope of this appeal is for the vice president for academic affairs or his/her designee to determine whether the procedures set forth in these Regulations have been followed. Failure to appeal the decision shall be deemed a waiver of any and all rights to challenge the dean's decision and shall be deemed an acceptance of the same.

18. The vice president for academic affairs or his/her designee will make his/her decision on the written record of the proceedings. His/her decision will be final.

19. At any time during the process, if the student in question is to be accompanied by an attorney, the University will have its attorney present. The student, therefore, is required to inform the Office of the Dean two days in advance of the hearing if counsel is to be present.

20. Should the review procedures not be completed before the date on which grades are submitted by the Department, the notation Incomplete will be recorded for the student in that course until the charges have been fully adjudicated.

21. If the student voluntarily withdraws from the institution prior to completion of the review process, the following notation will be placed on his or her transcript: "Withdrew following accusation of academic dishonesty [or Honor Code violation] and prior to complete review and determination."

*H. Policy on Promotions and Graduation -- Academic Requirements*

1. In general, promotion from one year to the next for regular M.D. candidates -- and recommendation to the School's Faculty Senate for award of the M.D. degree -- will be automatic upon completion of academic requirements. As indicated in Section 1 of Article A of these Regulations, the minimum requirement for the M.D. degree will be the completion of all courses designated by the School's Faculty Senate to be required, and a passing grade in all courses taken, whether required or not, other than electives in the first and second years. When evaluation of professional comportment and/or academic dishonesty is pending or completed under procedures described in Articles E and G of these Regulations, promotion and graduation may be postponed, denied, or subject to additional requirements set for individual students by the dean. Additional requirements may be set for all students by the faculty and/or dean.

2. Specific Requirements

a. Year I to Year II: Successful completion of all required work of the first year, with performance at least at the passing level. The student may not begin the work of second year until all deficiencies of the first year have been satisfactorily remedied.

b. Year II to Year III: Successful completion of all required work of the second year, with performance at least at the passing level; and successful completion of the requirements set by the School's Faculty Senate as a prerequisite to entering the third year. At present these include receipt in the Office of the Dean of a passing score on Step I of the United States Medical Licensing Examination (USMLE) and certification of computer literacy by the Department of Computer Medicine. Additional requirements may be established and implemented by the MSEC and the School's Faculty Senate action alone. The student may not proceed with the work of third year until all deficiencies in work of the second year have been satisfactorily remedied.

c. Year III to Year IV: Successful completion of all required clerkships of the third year with performance at least at the passing level. A student may be permitted to matriculate in the fourth year despite unremedied deficiencies in the third year performance; however, those deficiencies must be remedied prior to graduation during time that would otherwise be available to the student as elective time or vacation.

d. Beginning with the class of 2003, all students are required to report a passing grade on the USMLE Step II prior to graduation.

3. Eligibility for Graduation

a. Students will be recommended to the School's Faculty Senate to be awarded the M.D. degree upon completion of the minimum academic requirements described in Section 1 of Article A of these Regulations and fulfillment of any additional conditions relating to professional comportment and/or academic dishonesty imposed by the dean pursuant to Articles E and G of these Regulations.

b. A candidate is required to be present at the commencement ceremony unless a written request for graduation in absentia is approved by the dean.

4. USMLE Policy

As of 1994, the United States Medical Licensing Examination (USMLE), comprising three "step" examinations, has become the sole examination pathway to licensure for physicians. The National Board of Medical Examiners (NBME) Part Examinations and the Federation Licensing Examinations (FLEX) have been phased out. This major change in medical licensure procedures, plus the recognition that the majority of medical schools required passing the USMLE Step I exam as a separate requirement for promotion to clinical clerkships or for graduation, has led to a reconsideration of the role of the USMLE at The George Washington University School of Medicine and Health Sciences. Passing the USMLE Step I exam is essential to obtaining a license to practice medicine in the US; and, while our graduates may not choose to practice, we believe passing these exams should ultimately be among criteria for graduation.

As of 1998, USMLE exams are to be administered by computer, and are scheduled directly by students on a first-come, first-served basis. In the following policy, the dates will be strictly enforced. It is the student's responsibility to establish and complete the exam prior to the dates noted. Excuses based on inability to schedule the exam will not be accepted.

## USMLE Step I

All students are required to take USMLE Step I by June 30 of Year II. All students will be allowed to begin the Year III program, but a Pass grade is required as a prerequisite to being allowed to continue beyond the first clerkship of Year III. (Students who receive a CN and/or F grades in one or more required courses of three or more credits in Year II may petition the Dean to extend the deadline to September 30 of that year.)
Students who receive a Fail grade on Step I (in the exam[s] taken prior to June 30 of Year II) are to complete the first clerkship of Year III (in July and August) and then have the following two options:

Option A: To take a leave of absence from school for the month of September and retake the exam by September 30. The student will resume Year III in October and while awaiting the score to be recorded. It this is the student's second attempt at Step I and s/he does not achieve a Pass grade, then the student is placed on leave of absence until recording a passing score. A passing score must be recorded by June 30th the following year.

Option B: To take a leave of absence from school until a passing grade is recorded. The score must be recorded by June 30th the following year.

Students who fail Step I three times or who do not meet these testing deadlines are at risk for academic dismissal. Section C of the Regulations for MD Candidates will apply in this situation.

## USMLE Step II

Students matriculating in the fall 1999 semester and thereafter are required to record a passing grade on Step II prior to graduation. Students are encouraged to submit applications for USMLE Step II by July 1 of the year prior to graduation. Students are encouraged to submit applications for USMLE Step II by July 1 of the year prior to graduation and to schedule the exam no later than December 31 of their fourth year. (The exam is not offered during the first two weeks of January.) This scheduling will allow adequate time for processing of the application and for results to be reported well in advance of graduation. In the event of a failing grade, it will allow time to repeat the exam. Students who fail Step II three times will be at risk for academic dismissal; Section C of the Regulations for M.D. Candidates will apply in these

PltfRPD1 000111

situations. No student will be allowed to receive the Doctor of Medicine degree without a passing grade of Step II. If a student chooses to take Step II after January 1 of the fourth year and fails the exam, NBME restrictions on processing time, rescheduling of the exam, and reporting of scores will not allow sufficient time to permit the student to graduate on time. It is unlikely that a student with a delayed graduation will be allowed to start the scheduled residency.

## I. Doctor of Medicine Special Policy

Within the School of Medicine and Health Sciences, a division exists to accommodate certain MD candidates in special situations. These include students who are not carrying a full academic load, but who are repeating courses during the academic year. Also included are students in a decelerated program that allows them to complete the work of the first two semesters across the span of two academic years. Other special programs may be developed for inclusion in this division. The Regulations for MD Candidates apply to all students in the Doctor of Medicine Special Programs, with the following exception for students in the decelerated program.

For all required courses of the first two years in the decelerated program -- normally taken during the first two semesters of the regular four-year program -- students are required to achieve better than a minimally passing performance as evidence of the likelihood of success when later carrying a full academic load. To be allowed to continue from one semester to the next, the student must achieve a grade in each course of three or more credit hours that is passing by departmental standards and that, in addition, is not more than one standard deviation below the mean for the whole class (being all those students in both the regular and decelerated program taking that course). Any student who fails to meet this standard may be dismissed summarily by action of the dean without review by the MSEC.

Upon successful completion of the entire (traditional) first-year curriculum, students will be transferred into the regular M.D. program and will be graded as all other medical students. At that point, the exception regarding dismissal without review by the MSEC no longer applies.

*Adopted September 1, 1982, by the Medical Center Faculty Senate*

*As amended by the Medical Center Faculty Senate November 3, 1982; May 6, 1992; June 16, 1995;*
*by the Faculty Senate Executive Committee June 17, 1997; October 21, 1997; June 30, 1998;*
*by the Faculty Senate February 3, 1999; November 16, 1999; September 6, 2002; February 7, 2007.*