

## Transcript of **RHONDA GOLDBERG**

**Date:** April 21, 2015

**Case:** CHENARI v. GEORGE WASHINGTON UNIVERSITY

Planet Depos
Phone: 888-433-3767
Fax: 888-503-3767
Email: transcripts@planetdepos.com
Internet: www.planetdepos.com

Worldwide Court Reporting | Interpretation | Trial Services

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

21

1    Q    In December --
2    A    -- from this incident.
3    Q    In December of 2012?
4         Was there any time in between March of
5  2012 and December of 2012 that you dealt with
6  Mr. Chenari?
7    A    I don't believe so.
8    Q    So when you received the e-mail from
9  Ms. Ruiz in December of 2012, did you respond to that
10 e-mail?
11   A    Yes.
12   Q    And how did you respond?
13   A    I thanked her for letting me know, and
14 then I began the process.
15   Q    The process of what?
16   A    I needed to let him know that I
17 received the letter of concern and followed the honor
18 code proceedings.
19   Q    Did you let him know that she felt that
20 there was a violation of the honor code?
21   A    I did.
22   Q    Did you meet with Ms. Ruiz in person?

22

1    A    I don't think so.
2    Q    Okay.  Did you speak to her on the
3  phone?  And when I say "speak to her on the phone," I
4  mean concerning this.
5    A    Concerning the issue?
6    Q    Yeah.
7    A    I don't recall.
8    Q    Okay.  Did you ask for Mr. Chenari to
9  come and meet with you?
10   A    Yes.
11   Q    And did he?
12   A    Yes.
13   Q    What was discussed at that meeting?
14   A    I gave him -- I had received that --
15 Jessica's letter.  I also received another one, an
16 e-mail from other student -- from a student.  I gave
17 him the information and told him that I was going to
18 proceed with the honor code proceedings.
19   Q    Did you ask him for his version of
20 events?
21   A    Yes.
22   Q    And what did he tell you?

23

1    A    He told me that he hadn't finished
2  bubbling in his answers and he needed to do that and
3  he probably made a mistake, but he needed to do that.
4    Q    Did he tell you that he panicked?
5    A    I don't know if he used that word.
6    Q    So after that meeting with Mr. Chenari,
7  what was the next step that you did resulting in the
8  honor code violation?
9    A    I spoke with the chairman to put
10 together a subcommittee.  I put together a
11 subcommittee.  I -- we found a date, I got the -- I
12 got Jessica Ruiz to make sure she could attend.  I got
13 the student, Stacy Sanders, to attend, let him know
14 the date and set up the meeting.
15   Q    How did you go about choosing who was
16 on the committee?
17   A    So the rules are it's two students from
18 the honor code and two from the -- two faculty from
19 the honor code.  So I just asked who was available on
20 certain dates and checked with the chair to make sure
21 that's okay.
22   Q    Is there a standing panel of students

24

1  and faculty that you have?
2    A    Yeah.  There's 12 students and 6
3  faculty.
4    Q    Okay.  So is it picked at random, or is
5  it simply whoever you hear back from first you choose
6  to put on the panel?
7    A    Correct.
8    Q    It's who you hear back from first?
9    A    Correct.  But also I try to not have
10 them from the same class and things like that.
11   Q    All right.  So after setting up the
12 subcommittee, what involvement did you have at that --
13 after that point?
14   A    So it was -- they made a decision, they
15 wrote the report.  It was a recommendation to Dean
16 Akman.  I forwarded it to him, set up a meting for him
17 to meet with Mr. Chenari.  He wrote a report, made
18 sure that Mr. Chenari got it.
19   Q    Did he write the report; do you know?
20   A    Which report?
21   Q    The report that you just referred to,
22 the --

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

18 (Pages 69 to 72)

69

1   school, are students required to report if they
2   suspect that another student is cheating?
3       A   Correct.
4       Q   Do you know how many students were
5   taking the surgery shelf exam on December 14th?
6       A   Probably 25-ish.
7       Q   The approximately 23 other students who
8   didn't make a report of Mr. Chenari, you know,
9   apparently cheating on an exam, would you consider
10  that to be a violation of the honor code?
11      A   If the student saw him cheating, yes.
12  But it also could be -- and I'm not saying in this
13  case, but in some cases where someone had reported
14  that they felt that if there was a group of them and
15  someone had done it, then that was their part.
16      Q   Does that satisfy the honor code?
17      A   That would be up to the honor committee
18  review.
19      Q   Do you know if the surgery shelf exam
20  on December 14th of 2012 was a standardized exam?
21      A   It was.
22      Q   Okay.  And who -- who publishes that

70

1   exam?
2       A   National Board of Medical Examiners.
3       Q   Okay.  Do you know if the National
4   Board of Medical Examiners has a requirement that
5   medical schools report -- report to them when they
6   suspect a student has cheated on one of their exams?
7       A   I don't know.
8       Q   Okay.  Do you know if anyone at George
9   Washington reported to the National Board of Medical
10  Examiners that there was a -- that they were -- they
11  suspected a student had cheated on this exam?
12      A   Don't know.
13      Q   Do you know who would be responsible
14  for doing that within the administration at George
15  Washington?
16      A   The proctor.
17      Q   Do you know what the consequences are
18  when it is reported to the National Board of Medical
19  Examiners that a student has cheated on an exam?
20      A   Don't know.
21      Q   Has anyone ever told you that if a case
22  of cheating is reported to the National Board of

71

1   Medical Examiners, that they require all the students
2   in that room who took that exam to retake that exam?
3           MR. McCONNELL:  Objection as to
4   the form, and more particularly, the foundation.
5           Subject to that, if you know, you
6   may answer.
7           THE WITNESS:  I don't know.
8           BY MR. BACH:
9       Q   Okay.  Have you ever had any students
10  approach you and inform you that they had been
11  diagnosed with ADHD?
12      A   Yes.
13      Q   Approximately how many times?
14      A   I have no idea.
15      Q   Dozens?
16      A   Sure.
17      Q   Okay.  Do you have a policy that
18  dictates what you do in that situation when a student
19  reports that to you?
20      A   So all the students are notified that
21  if they have some kind of diagnosis like that, that
22  DSS, which is the disability student services office,

72

1   is where they need to report it.
2       Q   And that is published in the handbook
3   and online; is that correct?
4       A   Correct.
5       Q   Do you ever -- individually, have you
6   ever suggested that a student contact the DSS?
7       A   If a student tells me they have a
8   diagnosis and they need an accommodation, I would tell
9   them where to go.
10      Q   So is that a yes?
11      A   That would be a yes, if they tell me
12  that they need it.
13      Q   Approximately how many times have you
14  referred a student to DSS?
15      A   I don't know.  Forever?  10 to 15.
16      Q   Okay.  And is that over the course of
17  the 25 years?
18      A   Probably.  Most of the time students
19  know that's what they need to do because we go over it
20  and they get documents knowing that that's what they
21  need to do.  So they know to do that, and then they
22  follow through.