## Exam Guidelines

1. Students must sign-in upon entering the exam room

2. Students must sit in their assigned seats. Only the course coordinator can approve a change in seating assignment when needed. No chairs should be moved by students prior to or during the exam.

3. **All personal belongings, including backpacks and coats must be placed in lockers.** If a bag cannot fit inside the locker, belongings should be placed in the front or rear of the room.

4. Cell phones are not permitted at your seats during exams. Cell phones must be off or on silent mode prior to the exam. It is preferable to store cell phones in lockers during the exam.

5. Ear plugs (not headphones) to reduce noise are allowed. Brimmed hats are not allowed. Coats must be hung on the back of chairs or preferably stored in lockers.

6. Palm pilots, calculators (unless given specific permission), and other electrical devices must be turned off and stored in lockers during exams.

7. Students only need to bring pencils or pens to the exam, as directed by the course coordinator. Food and drink are permitted provided they cause no disruption to other students during the exam (e.g. no loud wrappers or noisy gum chewing.) Drink cups/bottles should have lids. Should disruptions occur, the course coordinator has discretion to revise this policy.

8. Students are not permitted to ask questions regarding content or clarification of a question during an exam. Course coordinators will take questions ONLY about the exam itself (i.e. if there are 2 # 46 questions or if there are only 2 options listed, etc). No questions about the content or meaning of questions, etc will be permitted.

9. Students are requested not to leave the exam room, unless it is a necessity. If a student needs to leave, the course coordinator or proctor must approve the request and the exam must be turned in. Only one student is permitted to leave at a time. It is assumed that students should be able to sit through an exam without leaving the room.

10. Exams begin only when all students have an exam. Talking is not permitted during distribution of the exam.

11. Students must sign as indicated on the exam to abide by the Honor Code. An exam without appropriate signatures, name and GWID will be reviewed.



GW Chenari 000196

12. The proctor must announce or write the start and finish time for each exam. The proctor must ensure the length of the exam is maintained. The proctor cannot extend the length of the exam for students who arrive late to the exam

13. Upon completion of an exam, students must turn in the exam to the proctor at the front of the room. Writing on the exam is not permitted once a student rises to turn in the exam.

14. The proctor will announce when ten minutes remain for the exam, after which students must remain seated until the end of the exam period when all exams are collected by the proctor. After the announcement that the exam period is over, all exams and answer sheets must be face down until collection by the proctor. There will be no extra time allotted, even to finish "bubbling" in the answer sheet.

15. A proctor will remain in the exam room for the entirety of the exam.

These guidelines were approved by a subgroup of students on the Honor/Professionalism Council 10/05.