

# Transcript of **JESSICA RUIZ**

**Date:** April 20, 2015

**Case:** CHENARI v. GEORGE WASHINGTON UNIVERSITY

Planet Depos
Phone: 888-433-3767
Fax: 888-503-3767
Email: transcripts@planetdepos.com
Internet: www.planetdepos.com

Worldwide Court Reporting | Interpretation | Trial Services

DEPOSITION OF JESSICA RUIZ
CONDUCTED ON MONDAY, APRIL 20, 2015

3 (Pages 9 to 12)

Page 9

1   Q   Sounds like a very wide spectrum there.
2       In your role as Surgery Clerkship
3   Coordinator, what were your job duties in that role?
4   A   I oversaw the eight-week general surgery
5   portion of the third-year clinical clerkship and sort
6   of similar to what I did as a residency coordinator; I
7   organized their lectures, their evaluations, their
8   schedules, call schedules.
9       Basically, I was the go-between of the
10  student as the advocate liaison to the clerkship
11  director.
12  Q   How long were you in that dual role?
13  A   Two years.
14  Q   How were you employed before that?
15  A   Before the two years, I was the Surgery
16  Clerkship Coordinator and the Urology Residency
17  Coordinator.
18  Q   How long were you in that role?
19  A   Urology Residency I was in for six years.
20  Q   When did you start working at GW?
21  A   June 1st, 2004.
22  Q   Do you have a college degree?

Page 10

1   A   Correct.
2   Q   Where did you graduate from?
3   A   Longwood College, now known as
4   Longwood University.
5   Q   Where is that located?
6   A   Farmville, Virginia.
7   Q   Was that a Bachelor's degree?
8   A   Yes, Bachelor of Arts.
9   Q   What was your major?
10  A   I was a modern languages major,
11  concentration in Spanish.
12  Q   When did you graduate from Longwood?
13  A   2001.  May 2001.
14  Q   Have you attended any other college or
15  university since then?
16  A   No.
17  Q   When you were first hired at GW on June 1st
18  of 2004, what was your position that you were hired
19  for?
20  A   Surgery Clerkship Coordinator, which is
21  officially the Executive Education Coordinator
22  position.  That's how it's titled.

Page 11

1   Q   Have you been the surgery, the clerkship,
2   the coordinator -- or were you in that role from 2004
3   until 2014?
4   A   It was -- yes.
5   Q   When is the first time that you recall
6   meeting Mr. Chenari?
7   A   I don't know exactly when.
8   Q   You don't know when the first recollection
9   you have of him is?
10  A   No.
11  Q   Are you familiar with something called a
12  suture skills lab?
13  A   Yes.
14  Q   In your job position as either the General
15  Surgery Residency Coordinator or Surgery Clerkship
16  Coordinator, are you involved in that lab --
17  A   Yes.
18  Q   -- in any way?
19      How so?
20  A   I organize the session itself by scheduling
21  it, and I was in charge of tying surgical knots and
22  instructing that to the third-year medical students.

Page 12

1   Q   What's the training that you have on tying
2   surgical knots?
3   A   Informal training.
4   Q   Informal training at GW?
5   A   Yes.
6   Q   Do you recall meeting Mr. Chenari at that
7   lab?
8   A   No.
9   Q   Do you remember anything about Mr. Chenari
10  being at the suture skills lab?
11  A   No.
12  Q   Do you recall an incident where you
13  indicated to Mr. Chenari that you thought that his
14  name sounded like a girl's name?
15  A   No, I don't recall that.
16  Q   Now, did you also act as a proctor in your
17  role as either a Surgery Clerkship Coordinator or
18  General Surgery Residency Coordinator?
19  A   Yes.
20  Q   Which of those two roles would you act as a
21  proctor in?
22  A   I would act as a proctor in the Surgery

DEPOSITION OF JESSICA RUIZ
CONDUCTED ON MONDAY, APRIL 20, 2015

4 (Pages 13 to 16)

---

Page 13

1 Clerkship. I was also a -- not quite a proctor in
2 charge of proctoring the surgery in-service
3 examination, but I would have to be there to organize
4 it and sit as an observer.
5     Q   Did you go through any type of training to
6 be a proctor?
7     A   No.
8     Q   How long have you been acting as a proctor?
9     A   Since May of 2003.
10    Q   So you were acting as a proctor before you
11 were employed at GW?
12    A   Yes.
13    Q   Where were you employed before GW?
14    A   Georgetown University Hospital.
15    Q   What was your position there?
16    A   I was a Pediatrics Clerkship Coordinator.
17    Q   When you were at Georgetown, did they
18 provide any type of training as to how to be a
19 proctor?
20    A   No, it was informal.
21    Q   Back in 2012 when you would act as a
22 proctor, what was your understanding as to what your

Page 14

1 job was?
2     A   I was in charge of proctoring the entire
3 examination six times a year.
4     Q   But what does that mean, to proctor an
5 examination?
6     A   I have to observe, I have to give time
7 warnings, I have to be vigilant of any possibilities
8 of cheating, I have to collect all the Scantrons, all
9 of the test books, organize them in the fashion that
10 the National Board of Medical Examiners require.
11        I have to put all those materials in the box
12 and send it to the Dean's office so they can submit it
13 to FedEx to the National Board of Medical Examiners.
14    Q   Did you ever have any training on how to
15 observe cheating?
16    A   No.
17        (Mr. Gray entered the room.)
18        MS. KITCHEL: Off the record for a second.
19        (A discussion was held of the record.)
20 BY MR. BACH:
21    Q   Do you remember proctoring an exam on
22 December 14th of 2012?

Page 15

1     A   Yes.
2     Q   What was the exam that you were proctoring?
3     A   The surgery comprehensive sciences exam.
4     Q   Isn't that also referred to as a shelf exam?
5     A   Correct.
6     Q   Who assigned you the duty of proctoring that
7 exam?
8     A   Can you elaborate on that?
9     Q   Who told you, Ms. Ruiz, we want you to be a
10 proctor for this exam on December 14th of 2012?
11    A   Officially, no one.
12    Q   It was just part of your job requirements?
13    A   Correct.
14    Q   So when the exam on that date was -- well,
15 strike that.
16        What did you do to prepare for that exam on
17 December 14th of 2012?
18    A   Check out the materials, brought pencils,
19 sat there and watched them, gave them warnings,
20 prepared and asked them. I read the entire proctor
21 manual that illustrates exactly what's expected of me
22 and what's expected of the student.

Page 16

1     Q   And that's something that you reviewed
2 before the exam?
3     A   Correct.
4     Q   Just to back up a little bit, prior to
5 December 14th, you had also sent out an e-mail to the
6 students; is that correct?
7     A   Yes.
8     Q   I understand you're not going to recall
9 verbatim what the -- I think you called it a proctor
10 instructions?
11        What was that, that you read to the students
12 before the exam started?
13    A   I don't remember entirely.
14    Q   Can you tell me what you do remember about
15 it?
16        MS. KITCHEL: Objection. Form and
17 foundation.
18        I may object from time to time, which just
19 means for whatever reason there's something I don't
20 like about his question. It's his chance to change if
21 he agrees. If he likes his question, he stands by it.
22        Unless I tell you not to answer, you can go

DEPOSITION OF JESSICA RUIZ
CONDUCTED ON MONDAY, APRIL 20, 2015

8 (Pages 29 to 32)

Page 29

1  A  I don't feel comfortable saying yes. It's
2  not like a no, but I don't remember.
3      Q  So when you went to the Dean's office to
4  drop off the exams, you said that you informed the
5  Executive Coordinator of what had occurred with
6  Mr. Chenari?
7      A  Yes.
8      Q  What exactly did you tell him?
9      A  I had told him that there was a cheating
10 incident that I needed to discuss with the Deans, and
11 I had to tell him because he's the chief proctor.
12     Q  Who's the chief proctor?
13     A  Stevens VanDuzer was.
14     Q  Did you give him the details of what
15 happened?
16     A  I don't remember.
17     Q  After you informed him that you needed to
18 speak with the Deans, what did he say?
19     A  Something to the effect that he would let
20 the Deans know right away. That's about it. That's
21 all I can remember.
22     Q  Have you been involved in other incidents as

Page 30

1  a proctor where, in your mind, there has been some
2  cheating?
3      A  No.
4      Q  This is the first time?
5      A  This is my only and first time.
6      Q  So after you left the Executive -- the
7  Coordinator's office, what was the next thing that you
8  did in relation to this exam?
9      A  I went back to my office and I wrote a
10 detailed incident e-mail to -- I believe to
11 Dean Schroth and Dean Goldberg, cc'ing Dr. Vaziri, who
12 was the Clerkship Director, and Stevens VanDuzer.
13     Q  And did the Deans respond to your e-mail?
14     A  I don't remember.
15     Q  Do you recall being asked about this
16 incident by the Deans after you sent the e-mail or by
17 anyone at GW after you sent the e-mail?
18     A  I don't remember.
19     Q  Do you recall appearing before any
20 committees to provide your account as to what happened
21 on December 14th of 2012?
22     A  Yes.

Page 31

1      Q  When was that?
2      A  I don't know exactly; it was later that
3  academic year.
4      Q  Was it just once or more than once?
5      A  Just once.
6         MR. BACH:  Mark this as Exhibit 1.
7         (Exhibit 1 was marked for identification and
8  was attached to the transcript.)
9  BY MR. BACH:
10     Q  What I've handed you has been marked as
11 Exhibit 1. This appears to me to be an e-mail chain.
12 The initial e-mail appears to come from yourself and
13 then other recipients get involved.
14        Do you recognize the initial e-mail on the
15 first page on Friday, December 14th, 2012, at
16 1:56 p.m.?
17     A  Yes.
18     Q  Is this an e-mail that you drafted?
19     A  Yes.
20     Q  On the second sentence of this e-mail it
21 says that, "During my instructions, I informed the
22 students that there will be no extra time to transfer

Page 32

1  answers to their answer sheets."
2         Do you see that?
3      A  Yes.
4      Q  Do you specifically recall giving that
5  instruction?
6      A  If I said I did, yes.
7      Q  As you sit here today, do you recall?
8      A  Yes.
9      Q  Then you state in here that, "I told him
10 three times to put his pencil down and he ignored me."
11        Do you see that sentence? It's about a
12 third of the way down.
13     A  I have convergence insufficiency, so it's
14 very hard for me to read.
15     Q  Starting with that part right there
16 (indicating).
17     A  Thank you.  Yes.
18     Q  When Mr. Chenari was ignoring you, was he
19 looking at you in any way?
20     A  I don't believe so, no.
21     Q  Did he seem to be -- do you know if he heard
22 you?