## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SINA CHENARI,

                    Plaintiff,

            v.                                    Civil Action No. 14-929  (ABJ)

GEORGE WASHINGTON UNIVERSITY,                     Judge Amy Berman Jackson

                    Defendant.

---

### DECLARATION OF JESSICA RUIZ

Jessica Ruiz hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

1.     My name is Jessica Ruiz.  In December, 2012, I served as the Surgical Clerkship Coordinator for George Washington University medical students. In that capacity, I acted as the exam proctor for the December 14, 2012 Surgical Shelf Exam.

2.     The National Board of Medical Examiners issues a Chief Proctor's Manual for its Clinical Science Examinations. A true and correct copy of the Chief Proctor's Manual applicable to the December 14, 2012 Surgical Shelf Exam is attached as Exhibit A.

3.     I followed the Chief Proctor's Manual's instructions on December 14, 2012 when administering the Surgical Shelf Exam. As part of those instructions, I read aloud, verbatim, all of the instructions I was required to verbalize to the students taking the exam, as set forth fully in the Manual. Those instructions include the following:

> • You are permitted to make calculations or notes in your test book, but you will receive credit for an answer only if it is properly recorded in the appropriate space on the answer sheet. Time will not be extended beyond the close of this examination for transferring your answers. ..."

Id. at p. 16.

- You have 2 hours and 30 minutes in which to finish this examination. Please remember that all responses must be recorded on your answer sheet in order to receive credit.  No additional time will be allowed for transferring answers."

Id. at 20.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed this _4th_ day of August, 2015.

Jessica Ruiz

# EXHIBIT A

# Chief Proctor's Manual



## NATIONAL BOARD OF MEDICAL EXAMINERS®

### SUBJECT EXAMINATION PROGRAM

### *Clinical Science Examinations*

Instructions for the following examinations are included in this manual.

Clinical Neurology

Family Medicine

Medicine

Obstetrics/Gynecology

Pediatrics

Psychiatry

Surgery

Comprehensive Clinical Science



Chenari

EXHIBIT NO. 19

P.E - 2-27-15

**This manual contains proprietary information that must remain confidential.**

GW Chenari 000322

This manual contains detailed instructions for administering National Board of Medical Examiners (NBME) Subject Examinations. It also outlines general test administration information, such as testing room arrangements, proctor/examinee ratios, and recommended seating plans.

As the chief proctor, you are responsible for conducting the examination in strict compliance with the regulations outlined in this manual, for maintaining the complete security of the test materials throughout the examination, and for returning all test materials to the NBME as directed.

**MATERIALS FOR THESE EXAMINATIONS MUST BE MAINTAINED UNDER SECURE CONDITIONS AT ALL TIMES.**

Questions concerning the administration of subject examinations should be directed to:

Test Administration
Medical School Examinations
National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3190
Telephone: (215) 590-9258
Fax: (215) 590-9456

Business hours are Monday to Friday from 8:00 a.m. to 5:00 p.m.

Copyright © 2010 by the National Board of Medical Examiners® (NBME®)
All rights reserved. Printed in the United States of America.

# CONTENTS

Regulations for Use ........................................................................................................1
Responsibilities of the Chief Proctor ...........................................................................1
Selecting Proctors .........................................................................................................2
Examinee-Proctor Ratio ................................................................................................3
Recommended Testing Room Arrangements ................................................................4
Recommended Seating Plans .........................................................................................5
Test Materials .................................................................................................................6
Storing Test Materials ...................................................................................................6
Maintaining Security of Test Materials .........................................................................7
Handling a Breach in Security ......................................................................................7
Postponing or Canceling a Test Administration ...........................................................7
Recommended Time Allowances ...................................................................................8
Proctor Reported Test Administration Information Form .............................................8
Examinee Acknowledgment Statement .........................................................................8
Social Security Numbers and Identification Numbers ..................................................8
Personal Belongings in the Testing Room ....................................................................9
Distributing Test Books .................................................................................................9
Replacing Defective Test Materials ..............................................................................9
Answering Questions Regarding Test Items ..................................................................10
Supervising the Examination .........................................................................................10
Handling Irregular Incidents .........................................................................................11
Permitting Absence from the Testing Room ..................................................................14
Text for Administering the Examination ........................................................................15
    Starting the Examination ..........................................................................................15
    Thirty-Minute Warning .............................................................................................18
    Ten-Minute Warning .................................................................................................18
    Ending the Examination ............................................................................................18
Preparing Test Materials for Return to the NBME .......................................................19
Returning Test Materials to the NBME .........................................................................20

GW Chenari 000323

GW Chenari 000324

## REGULATIONS FOR USE

At each medical school an Executive Chief Proctor (ECP) is nominated by the dean and approved by the National Board of Medical Examiners (NBME) to coordinate the Subject Examination Program. The ECP has institutional responsibility for the security of all subject examinations while they are at the medical school. Subject examinations are shipped only to the ECP. Individuals authorized to have custody of subject examinations are expected to be familiar with NBME regulations governing use of this material and to abide by and enforce these regulations.

An Associate Executive Chief Proctor (AECP) is appointed by the Executive Chief Proctor to coordinate the Subject Examination Program at satellite campuses. The AECP's responsibilities relative to administration and security of subject examinations are identical to those of the ECP. Subject examinations are shipped only to the AECP.

For all other institutions that administer subject examinations, a primary liaison (subject to approval by the NBME) is designated by the dean or comparable administrative official. This individual's responsibilities relative to administration and security of subject examinations are identical to those of the ECP.

To ensure the integrity of the NBME Subject Examination Program and the validity of the scores reported, every effort must be made to maintain the security of test materials. It is essential that test materials be kept confidential and secure at all times. Specific procedures for test administration have been established by the NBME and are provided in this manual. The examinations must be administered in accordance with these procedures.

While your school may permit students to retain test materials from faculty-developed examinations, your students should understand that this is not the case with NBME subject examinations. *Subject examination test books and answer sheets must be collected from all examinees at the conclusion of each test administration.*

**All of the test items used in NBME subject examinations are owned and copyrighted by the NBME. Any reproduction (including reproduction from memory) or distribution of these test materials without the express written authorization of the NBME infringes on the rights of the NBME and is prohibited. Appropriate action, which may include institution of legal proceedings, will be taken when any such infringement occurs. Use of subject examination services may be discontinued for an institution if there is any indication that there has been a break in the security of the test materials.**

## RESPONSIBILITIES OF THE CHIEF PROCTOR

The chief proctor should be a responsible, organized, detail-oriented individual who is assertive in directing the attention and cooperation of the examinees. The ECP may also serve as the chief proctor or may assign another person to serve. Chief proctors must be experienced in administering a standardized examination. Potential examinees, relatives of an examinee, or individuals involved in or planning to be involved in examination review courses, publications, or similar programs for which a fee is charged **are not permitted to serve as chief proctors.**

1

GW Chenari 000325

The chief proctor is responsible for the administration of subject examinations in strict compliance with the NBME testing regulations specified in this manual and for maintaining the security of the test materials while they are in his/her custody. The duties and responsibilities of the chief proctor are to:

- become thoroughly familiar with this manual and conduct the examination according to the specified procedures.
- secure testing space and ensure that the testing room meets NBME specifications for examinee spacing and the secure handling of test materials as defined in this manual.
- recruit, instruct, and supervise proctors, ensuring that they are aware of their assignments and responsibilities.
- plan the admission and dismissal of examinees to ensure test security and minimal disturbance.
- ensure that verbal instructions are read aloud and verbatim to examinees.
- prevent or minimize any disturbances to examinees during the test administration.
- maintain security of test materials throughout the test administration.
- collect, inventory, pack, and return test books, answer sheets, and ancillary material to the NBME according to instructions provided in this manual.
- notify the NBME and the ECP immediately regarding any incident that poses a risk to the security of the test materials.
- ensure that examinees are monitored throughout the examination, including examinees receiving special accommodations.
- complete all required forms and promptly return them to the NBME according to the instructions provided in this manual.

### SELECTING PROCTORS

Select proctors who are responsible, mature, confident, and respectfully assertive. Potential examinees, relatives of an examinee, or individuals who are involved in or planning to be involved in examination review courses, publications, or similar programs for which a fee is charged **are not permitted to serve as proctors.** Depending upon the total number of examinees and number of testing rooms that are used, the types of proctors to recruit can vary.

#### Assistant Chief Proctor

Assistant chief proctors should have the same qualifications as the chief proctor and assist with all aspects of test administration as directed by the chief proctor.

> For **single-room** test administrations with more than 100 examinees, recruit one assistant chief proctor for every 100 examinees, or portion thereof, over the first 100.

> For **multi-room** test administrations, recruit one assistant chief proctor for each additional testing room with more than 25 examinees.

#### Proctors

Recruit one proctor for every 20-25 examinees.

The major duties of the proctors are to:

- assist with the distribution and collection of test materials.
- continually observe the examinees for whom they are responsible to ensure that the examinees are using the correct pencils, are recording their answers on their answer sheets, and are not communicating with one another in any way.
- notify the chief proctor of any irregularities observed or reported during the examination session.
- escort examinees, one at a time, on all personal breaks taken during the examination session.
- collect and hold the test book and answer sheet in the testing room for all personal breaks; return the test materials to the individual when he/she is ready to resume testing.
- count and arrange in serial number order the answer sheets and test books after the administration of the examination and before examinees are dismissed.
- pack all test materials for return to NBME.

#### Support Proctors

Recruit support proctors if multiple rooms are used. There should be one for every two rooms. Support proctors serve as messengers between testing rooms, periodically relieve proctors, and assist with other proctoring duties.

### EXAMINEE-PROCTOR RATIOS

Unless otherwise instructed, use the following examinee-proctor ratio:

| Examinee-Proctor Ratios | | |
|---|---|---|
| Number of Examinees Per Room | Number of Proctors* | Number of Assistant Chief Proctors |
| 1 - 20 | 1 | 0 |
| 21 - 45 | 2 | 0 |
| 46 - 70 | 3 | 0 |
| 71 - 95 | 4 | 0 |
| 96 - 120 | 5 | 1 |
| etc. | | |
| *Recruit this number **in addition** to the chief proctor. | | |
| There should be one relief proctor for every two testing rooms. | | |
| If there are more than 100 examinees, there should be one assistant chief proctor for every 100 examinees. | | |

## RECOMMENDED TESTING ROOM ARRANGEMENTS

A testing room should have the following characteristics:

- Barrier-free design such that proctors have an unobstructed view of and unimpeded access to every examinee.

- Adequate lighting.

- Comfortable temperature and ventilation.

- Self-supported writing surfaces large enough to accommodate a test book and answer sheet.

- Adequate space for seating all examinees facing in one direction and spaced according to specified requirements (see "Recommended Seating Plans" on page 5).

- Low noise level.

- Wall clock that keeps accurate time.

- Writing surface to post the starting and ending times of the sessions.

- Nearby lavatory facilities and water fountain.

- Nearby telephone for use in receiving and sending emergency communications.

- Provision for left-handed examinees. If chairs with right-hand table arms are used, seat left-handed examinees in a separate row or in the last seat of each row with a vacant chair to the left for use as a writing surface.

- Provision for testing examinees with disabilities. Accommodations may be needed for examinees with disabilities (e.g., individual testing room, proctor, extended time limit, special seating).

- Designated area where examinees may store personal belongings during the examination.

- Designated area away from doorways and out of the line of traffic for organizing test materials.

## RECOMMENDED SEATING PLANS

**Level Seating**

Preferred

Alternate

**Elevated Seating**

If you are using a room with an inclined floor, use the **preferred** plan or an arrangement specifically designed for your room. Be sure to allow adequate spacing in order to reduce visibility of answer sheets among examinees.

**Tables**

8' or more in length

(4' aisle separation)

Less than 8' in length

(4' aisle separation)   (4' aisle separation)

GW Chenari 000326

## TEST MATERIALS

Test materials for all subject examinations are shipped to the ECP or AECP, who is responsible for the security of all test materials at the medical school or satellite campus from the date of receipt to the date of return to the NBME. The ECP or AECP will ensure that the test materials are securely delivered to the chief proctor by the examination date.

Test materials are typically shipped in sealed cellophane packets of five test books in serial number order. Some shipments, however, may contain sealed cellophane packets of less than five books. **The contents of each carton should always be checked against the *Notice of Shipment* for completeness and accuracy.**

The NBME must be contacted **immediately** if 1) the shipment is not received by the arrival date specified on the Notice of Shipment; 2) the shipment is incomplete; 3) the shipment appears to have been tampered with; 4) the test book serial numbers do not agree with the numbers listed on the Notice of Shipment.

Use the following list to ensure that you have received all of the materials you need to administer the examination:

1. Test books
2. Proctor Reported Test Administration Information Form (one for each subject examination you will administer)
3. Return envelopes for used answer sheets and administrative forms
4. Return shipping supplies (preprinted FedEx 2-Day Billable Stamp, tape, and labels)

In addition to the above materials, a small supply of soft-lead pencils with erasers, a pencil sharpener, post-it notes or blank index cards, paper clips, and scissors should be available.

## STORING TEST MATERIALS

At the discretion of the ECP or AECP, test materials may be released to individual departments for storage until the test date. If this is done at your institution, use the following guidelines for storage of the test materials:

- Store the test materials in an area that is not commonly known by students or faculty. Access to the storage area should be limited to authorized personnel.
- Use locking closets or file cabinets that are **not** accessible through a master key system. Interior shelving must be deep enough to hold cartons. File cabinets should be heavy and not easily moved.
- Keys should always be in the possession of their holders. Do not keep keys to secure storage areas in an unlocked desk drawer.
- Do not "hide" cartons under desks or tables or leave them "under observation." Cartons are to remain in the secure, locked storage area until the test date.
- Keep the test materials in the carton(s) until the test date. Placing packs of test books on shelves decreases control and increases the security risk.

6

## MAINTAINING SECURITY OF TEST MATERIALS

GW Chenari 000327

The procedures in this manual are to be followed by all staff involved in the administration of NBME subject examinations. It is essential that test materials be kept confidential and secure at all times.

Be sure to inventory the test materials upon receipt from the ECP or AECP. **It is also essential to count test books before and after distribution to examinees and before dismissal.**

All test materials not in use must be isolated from the examinees and under constant surveillance by a proctor throughout the examination. The carton(s) containing the specific book to be administered should be opened under secure conditions, and only the number of test books needed should be removed.

Test books are to be opened only by the examinees at the time of the examination. If an error or defect in a test book is reported during the examination, a proctor may open and inspect the test book. Proctors should inspect only the page(s) in question. **Proctors (or any other individuals) are not otherwise permitted to inspect or review the contents of a test book at any time. There are no exceptions to this policy.**

## HANDLING A BREACH IN SECURITY

If a discrepancy in the number of test books as shown on the *Notice of Shipment* is discovered at any time before, during, or after the administration of the examination, immediately call the ECP or AECP and NBME Test Administration for Medical School Examinations listed on the inside cover of this manual. All suspected breaches in security must be reported to the NBME immediately.

After initial evaluation of the incident, the NBME will request the ECP or AECP to investigate further and to provide a detailed written report, which includes plans for revision of procedures at the medical school to prevent a recurrence. Scores for the test administration involved will be withheld pending receipt and evaluation of the written report by the NBME.

## POSTPONING OR CANCELING A TEST ADMINISTRATION

All examinees scheduled for testing on a prearranged date are to be examined on that date. **Test books are not to be held for delayed administration to students who could not be tested on the initially scheduled date.** Delayed administration would risk the security of the test material and validity of scores. If an examinee is unable to be at the scheduled test administration, schedule an alternate testing date with the NBME as soon as possible.

7

Orders can be canceled online 22 days prior to the test date. To cancel an order after the 22 days send an email to subjectexams@nbme.org . Fees received for a canceled order and/or ECP, it must be your account. If the test material has already been received by the ECP and/or AECP, it must be returned to the NBME immediately, according to the instructions provided in this manual

## RECOMMENDED TIME ALLOWANCES

Clinical Science examinations are designed to be administered in a **two hour and thirty minute** time period. The Comprehensive Clinical Science Examination is designed to be administered in a **four hour and fifteen minute** time period. Allow fifteen to twenty minutes before beginning an examination for instructions to examinees and distribution of test books.

## PROCTOR REPORTED TEST ADMINISTRATION INFORMATION FORM

A scannable *Proctor Reported Test Administration Information Form* has been provided for **each** subject examination you will administer. The data you provide will enable the NBME to generate national norms based exclusively on subject test examinees. **Complete this form after the examination(s) has been administered. (Be sure the preprinted subject on the form corresponds to the examination administered.)**

Record the name of your institution and its location, and fill in the circles that correspond to the appropriate information for your course or clerkship. Grid other data appropriately.

## EXAMINEE ACKNOWLEDGMENT STATEMENT

Each examinee must read and sign a statement acknowledging the ownership and copyright of test materials by the National Board of Medical Examiners.

This statement is printed on the top portion of the answer sheet. Each student must read the statement and sign his/her name in the space provided prior to the beginning of the examination.

**Any unsigned statements will cause a delay in reporting scores to your school.**

## SOCIAL SECURITY NUMBERS AND IDENTIFICATION NUMBERS

Please be sure that all examinees fill in a valid Social Security Number or Identification Number. This information is extremely important and is used to capture data that will appear in the year-end reports and other analytical reports. Any missing information will result in incorrect data being reported to your school.

## PERSONAL BELONGINGS IN THE TESTING ROOM

**Do not permit examinees to bring personal belongings into the seating area of the testing room.**

All materials, except pencils and erasers, must be deposited in the area designated for personal belongings.

The following items are **not permitted** in the seating area of the testing room:

- Personal Digital Assistants (e.g. palm pilots)
- Calculators
- Watches with alarms, computer or memory capability
- Paging devices
- Cellular telephones
- Recording/filming devices
- Radios
- Reference materials (books, notes, papers)
- Backpacks, briefcases, luggage, coats, or brimmed hats
- Beverages or food of any type

## DISTRIBUTING TEST BOOKS

Distribute test books in serial number order. This number appears in the upper right corner of the front cover of the test book. Distributing them in this order will facilitate your accounting for all test materials. **Unused test materials must be isolated from the examinees and under constant proctor surveillance throughout the examination.** Hand one test book to each examinee individually. If you must distribute the test books by passing the exact number down a row, make certain that each examinee, in turn, takes the top book and passes the remaining books. A proctor should stand at the end of the row until all books for that row are distributed. Be sure each examinee receives only one book.

**Before beginning the examination, count the number of unused books and the number of examinees present. These figures added together should equal the total number of books sent by the NBME. If they do not, take immediate action to retrieve the missing book(s). Do not wait until the end of the session. Allow no one to leave the testing room until all test books are accounted for and the count is verified. Call the NBME if consultation is needed.**

## REPLACING DEFECTIVE TEST MATERIALS

If an error or defect in a test book or answer sheet is reported during the examination, a proctor may open the test book and inspect only the page(s) in question. Replace defective test materials as follows:

GW Chenari 000328

**Test Book** - If a test book is defective, replace it with a new test book from which you have removed the answer sheet. Direct the examinee to continue working on the original answer sheet. At the end of the session, clip both test books together, attach an explanatory note, and return them with the other test books.

**Answer Sheet** - If an answer sheet is defective, replace it with a new answer sheet taken from an unused test book. Direct the examinee to print his or her name, social security number, and birth date on the new answer sheet and to continue working from the point where the defect was discovered. At the end of the session, clip both answer sheets together and attach an explanatory note. Place them on top of the other used answer sheets and return them to the NBME.

> NOTE: Torn answer sheets should be replaced if the tear occurs on the **left side of the sheet** or if it extends into the grid marks. Slight tears, caused by breaking the seal of the test book, are acceptable and these answer sheets need not be replaced. **Do not** attempt to repair the answer sheets.

### ANSWERING QUESTIONS REGARDING TEST ITEMS

Do not answer any questions regarding examination content. If an examinee thinks a test item is misprinted or incorrect, instruct the examinee to answer the item to the best of his or her ability with the information provided. Assure the examinee that you will notify the NBME. Prepare a note identifying the item in question and return it with the used answer sheets.

### SUPERVISING THE EXAMINATION

While all proctors should be sensitive to a problem anywhere in the room, each proctor should be given responsibility for a specific group of approximately 20-25 examinees. During the administration of the examination, proctors should observe the examinees to ensure that:

- examinees have nothing on their desks or laps but test books, answer sheets, erasers, and pencils.

- no one is making written notes of the contents of a test book or removing pages from a test book.

- examinees are recording their answers on the answer sheets.

- no one is using written materials or recording/filming devices during the examination.

- examinees do not communicate with one another in any way.

- all examinees stop writing at the end of the session. **Examinees are not to be given extra time to transfer answers from the test book to the answer sheet after time is called.**

Make certain that a proctor is always present in each testing room throughout the examination if more than one room is being used. **At the end of the session and before examinees are allowed to leave the testing room:**

- make sure that you have collected one test book and one answer sheet from each examinee.

- make sure that each examinee has signed the acknowledgment statement on the top portion of the answer sheet. **Any unsigned statements will cause a delay in reporting scores to your school.**

- check the contents of any returned test book that appears damaged or has loose pages to ensure that no pages are missing or have been replaced by other material.

- **account for all test materials before allowing examinees to leave.**

- station proctors at exits to ensure that examinees do not carry test materials from the room. Do not leave test materials near exits used by examinees.

- arrange all used answer sheets and used test books in printed serial number order.

- do not allow anyone other than authorized personnel to inspect the test books or answer sheets after they have been collected.

- lock the test materials in a secure area until they can be returned to the NBME as instructed on pages 19 through 20 of this manual.

### HANDLING IRREGULAR INCIDENTS

The chief proctor has the authority and responsibility to ensure that the examination is conducted under standardized conditions for all examinees. The chief proctor is expected to handle all incidents that disturb or deviate from these conditions and document the incident(s) in a written report. The NBME may be contacted during the examination if assistance is needed in handling any such situation. Observe the following procedures for disruptive behavior, irregular behavior, or emergency situations:

**Disruptive Behavior.** If the conduct of an examinee interferes with the testing conditions of other examinees and the examinee fails to respond to a warning, collect the test book and answer sheet and escort the examinee from the testing room with the least amount of disturbance to the other examinees.

GW Chenari 000329

GW Chenari 000330

**Irregular Behavior.** Irregular behavior that occurs during an examination includes the following:

- Copying answers from another examinee, permitting answers to be copied, or in any way providing or receiving unauthorized information about the content of the examination.

- **Continuing to mark answers** or erase on the answer sheet after the **STOP** announcement.

- **Possessing notes** or making notes on anything other than the test book or answer sheet.

**Copying, Giving, or Receiving Information.** If a proctor observes and/or is made aware of behavior that indicates that an examinee is copying answers from another examinee, permitting his/her answers to be copied, or providing or receiving unauthorized information about the content of the examination, the following actions should be taken:

- Allow the examinee to continue the examination session.

- Confirm the observation with at least one other proctor.

- Call the NBME if consultation is needed.

- Prepare a report and include the following information:

  - Time and duration of the incident;
  - Page and/or item number that the examinees involved were working on at the time of the observation (if possible);
  - Identity of all involved examinees by name and social security number or identification number (indicate whether all involved examinees were aware of the incident);
  - A diagram of the precise seating arrangements and spacing among those involved;
  - Signatures of the proctors making the observations.

**Writing After the Stop Announcement.** If an examinee is observed marking answers or erasing on the answer sheet after the **STOP** announcement, it is a direct violation of the timing regulations for the examination. The chief proctor or assistant proctor should:

- Immediately approach the examinee and warn him/her that the announcement has been made to stop, signaling the end of the examination.
- Prepare a report that includes: the examinee's name and social security number or identification number, the length of time for which the examinee continued to write, and the approximate number of items answered by the examinee after the **STOP** announcement.

**Possessing Notes or Making Notes.** If an examinee possesses notes or is observed making notes on anything other than the test book or answer sheet, describe the incident in a report and return the signed report to the NBME along with any materials/notes confiscated from the examinee.

The report and data obtained from the answer materials will be studied and appropriate action will be taken upon approval/request of the medical school and/or sponsoring organization. If clarification of the report or further information is needed, the chief proctor will be contacted by the NBME. It is important that reports of irregular incidents be thorough, but concise, and contain an unbiased account of the proctors' actual observations.

**Disruptions and Interruptions.** External disruptions such as construction noise, fire alarm, activity in an adjoining room, hallway/corridor noise and internal disruptions such as room temperature, defective lighting, and examinee noise may cause distress and distraction to examinees during the administration of the examination as well as interruption of the examination. Disruptions should be handled as quickly as possible with minimal disturbance to examinees:

- Relocate the testing room if necessary (e.g., if construction noise cannot be stopped).

- Send a proctor out to disperse hallway/corridor "noisemakers".

- Request that adjoining room activity be relocated.

- Contact building administration if fire alarm noise is prolonged, provided the alarm is not signaling a real emergency.

- If the disruption is causing anxiety to the entire group and is prolonged, testing time should be extended to accommodate the duration of the disruption.

- Report any disruptive situation that occurs, especially if it involves interruption of the examination.

**Emergency Evacuation.** The chief proctor should establish a plan for evacuating the testing room in the event of an emergency (e.g., fire, prolonged power failure). The plan should include collecting and securing the test materials (if time and circumstances permit), and providing instructions to the examinees and proctors regarding exiting from and returning to the testing room. To ensure the security of the test materials, the proctor should be the last to exit and the first to return to the testing room. If possible, the room should be locked during the evacuation. To maintain the integrity of the examination, proctors should monitor the examinees during the evacuation to minimize communication among the group.

**Other Emergencies.** If you experience a problem for which no solution is provided in this manual, **continue the administration of the examination as scheduled** and immediately contact the NBME for further instruction. After initial evaluation of the incident, the NBME will request the ECP or AECP to investigate further and to provide a detailed written report, which includes plans for revision of procedures at the medical school to prevent a recurrence. Scores for the test administration involved will be withheld pending receipt and evaluation of the written report by the NBME.

GW Chenari 000331

## PERMITTING ABSENCE FROM THE TESTING ROOM

**Use of Restrooms.** Examinees must be escorted, one at a time, on all personal breaks taken during an examination session. The test book and answer sheet should be collected and then returned to the examinee when he or she is ready to resume testing. **Do not allow additional testing time to make up for time lost during absence from the room.**

**Permanent Withdrawal.** If an examinee must withdraw permanently from the examination, the examinee's test materials are to be collected and a report should be forwarded to the NBME. The examinee's test materials are to be returned to the NBME with the unused test materials.

**Early Dismissal.** Unless special instructions are provided in this manual, examinees who finish early are permitted to leave the testing room one at a time until the last ten minutes of the examination session. **A test book and answer sheet must be collected from each examinee who leaves early.** Examinees who leave early should be reminded to be considerate of those who are still working and to refrain from making noise outside the testing room. **No one is permitted to leave the testing room after the announcement of the ten-minute warning.**

As examinees complete the examination and begin to leave the testing room, a proctor should be stationed at each exit to ensure that test materials are not carried from the room. Test materials should not be left near exits used by examinees.

### TEXT FOR ADMINISTERING THE EXAMINATION

Before beginning the examination, be sure you have a count of the examinees present. Read aloud to examinees all statements that appear in the boxes starting on this page, pausing when four dots appear to allow sufficient time for the procedure described to be completed. Please do not depart from these instructions or answer any questions about the content of the examination.

#### STARTING THE EXAMINATION

After examinees have been admitted and seated, say:

> This National Board subject examination was provided at the request of this medical school as an external measure of achievement in a course or clerkship. The score you attain on this examination cannot be used for credit toward the examination requirements for licensure. The instructions I will give you are fairly detailed and are required by the National Board for administration of this test to ensure that each examinee has the same opportunity to demonstrate his or her knowledge of the material covered by this examination.
>
> Remove everything from your desk except your pencils and erasers. No one is permitted to use written notes, to make written notes, or to record in any way the contents of a test book. Calculators; watches with communication or computer memory capability; electronic paging devices; recording, filming, or communication devices; radios; cellular telephones; and other mechanical or electronic devices are not permitted. If you brought these or other materials to your seat, please hand them to a proctor until you finish the examination.
>
> Hats with brims or bills such as baseball caps may not be worn during the examination. Please remove your hats and place them under your chair.
>
> Test books will be checked after the administration to ensure that no pages have been removed. Missing pages in test books may result in action by the National Board, which holds rights of ownership and copyright of the test materials.
>
> Only No. 2 soft-lead pencils may be used. Fountain pens, ballpoint pens, felt-tip pens, or hard pencils are not permitted; their use will prohibit proper scoring of the answer sheet.

After desks are cleared, say:

> We will now distribute the test books. **Do not break the seal on your test book until you are told to do so.**

Distribute one test book to each examinee. **Immediately verify that the number of books distributed corresponds to the number of examinees present.** The number of examinees plus the number of unused test books should equal the total number of books sent by the NBME.

14

15

GW Chenari 000332

After this has been done, say:

> Print your full name on the front cover of your test book. . . . Now turn to the back cover of your test book and carefully read the general instructions. Be sure you understand how to complete the answer sheet. . . . Are there any questions?

After examinees have completed reading the instructions, say:

> Carefully break the seal on your test book, remove the answer sheet, and close your book. . . . The Examinee Acknowledgment Statement is printed on the top portion of the answer sheet. Please take a minute to read the statement and sign your name in the space provided. . . . **Any unsigned statements will cause a delay in reporting scores.** Print your full name, the place of the examination, and today's date according to the instructions on the back cover of your test book. . . . Also record and grid your name (last name first), social security number or identification number, date of birth, and test book number in the appropriate spaces. Leave one blank space between your last name and your first name. If your book number contains fewer than five digits, enter zeros in the left most boxes. For example, if your book number is 456, enter 00456. Be sure that the pencil marks are heavy and dark and completely fill the circles.
>
> There are optional items on the back of your answer sheet. Answer these items **after you have completed your examination and prior to the end of this testing session.** These items will not affect your score.
>
> You are permitted to make calculations or notes in your test book, but you will **receive credit for an answer only if it is properly recorded in the appropriate space on the answer sheet.** Time will not be extended beyond the close of this examination for transferring your answers. You are advised to answer all items. Items answered incorrectly receive no points. Your score is based on the total number of items answered correctly. There is no penalty for guessing. Remember, answer marks must be dark, completely fill the circles, and thoroughly cover the letter in each circle. Any stray marks must be erased.
>
> Carefully read the directions for each section of the test. All items require you to select the ONE lettered answer or completion that is BEST in each case. Multiple answers or omissions will be treated as incorrect.
>
> The inside front and back covers of your test book contain a listing of normal laboratory values. Refer to these lists whenever laboratory values are included and normals are not given in parentheses. These lists will enable you to determine the direction and degree that such data vary from the normal, if at all. Do not remove the test book cover.
>
> *Continued . . . . . . . . .*

> During the examination, if you find that your test book or answer sheet is defective, if you need to replace a pencil, or if you want permission to leave the room temporarily, please raise your hand. You may leave the testing room one at a time. A proctor will escort you for the full duration of your absence. Your test book and answer sheet will be collected and held until you return. You will not be allowed extra testing time for the time lost during your absence.
>
> Those who want to leave early may do so one at a time until the last ten minutes of the examination session. Your test book and answer sheet must be returned to a proctor before you leave the room. After the ten-minute warning is announced, no one may leave the testing room until one test book and one answer sheet have been collected from each examinee and all test materials have been counted at the end of the session.
>
> Note:
>
> **Read the following paragraph if you are administering the Comprehensive Clinical Science Examination.**
>
> - You will have **four hours and fifteen minutes (4 hours and 15 minutes)** to complete this examination. When I give the signal, you may begin to work. Are there any questions?
>
> **Read the following paragraph if you are administering a Clinical Science Discipline Examination.**
>
> - You will have **two hours and thirty minutes (2 hours and 30 minutes)** to complete this exam. When I give the signal, you may begin to work. Are there any questions?

After answering any questions, say:

> BEGIN WORK.

Make a written record of the time the examination started and post this time. If more than one subject examination will be administered, post the reporting time for the next examination session.

Check to see that examinees have appropriately recorded all information requested.

Be sure to collect one test book and one answer sheet from each examinee who leaves early.

GW Chenari 000333

## THIRTY-MINUTE WARNING

Thirty minutes before the end of the session, say:

> You have 30 minutes in which to finish this examination. Please remember that all responses must be recorded on your answer sheet in order to receive credit. No additional time will be allowed for transferring answers.

## TEN-MINUTE WARNING

Ten minutes before the end of the session, say:

> You have 10 minutes more to work. Please remain seated. You may not leave the testing room until you are dismissed at the end of the session.

## ENDING THE EXAMINATION

At the end of the session, say:

> STOP. Close your test book. Check the heading on the front side of your answer sheet. Make sure that you have signed the Examinee Acknowledgment Statement and that all of the required information has been properly recorded in the appropriate spaces. . . . Now check the front cover of your test book to make sure you have printed your full name. . . . Test books and answer sheets will now be collected. No one may leave the room until one test book and one answer sheet have been collected from each examinee and until all test books and answer sheets have been accounted for. Please remain in your seat and refrain from talking until you are dismissed.

Collect one test book and one answer sheet from each examinee. If you have replaced any defective materials, be certain that you have two books and two answer sheets for each examinee. After all test materials have been collected and counted, say:

**If only one examination was administered:**

> The examination is over. You may now leave.

**If more than one examination is to be administered:**

> Please report here for the next session at _____. You may now leave.

18

## PREPARING TEST MATERIALS FOR RETURN TO THE NBME

**Security of all test materials must be maintained.** At the close of the examination, immediately prepare the test materials for return to the NBME via FedEx. If you are unable to return the test materials at this time, pack the materials as noted below and seal the carton(s) for return shipment. Store sealed carton(s) in a secure location and return them the following morning. **You will be enclosing the used answer sheets in the same carton(s) as the test books, so any delay in returning test materials will have an impact on the turnaround time for scores.** Remember that test books are **not** to be retained for delayed administration to any student.

Pack the test materials as follows:

1. **Used Answer Sheets and All Other Forms:**

   - Arrange used answer sheets in printed serial number order by subject.

     NOTE: Check for any answer sheets that may be blank or only partially completed. Attach an explanatory note to these sheets and return them to the NBME with the other answer sheets. Also be sure that all examinees have signed the acknowledgment statement at the top of the answer sheet.

   - Pack serialized answer sheets in one or more of the large white envelopes provided (approximately 100 answer sheets per envelope).

   - Include the completed *Proctor Reported Test Administration Information* form(s) in one of the envelopes containing the answer sheets.

     NOTE: **If more than one *Proctor Reported Test Administration Information* form is to be returned, please place each form on top of the corresponding subject answer sheets before inserting them into the envelope.**

   - Print the name of the subject examination, your medical school code number, and name in the spaces provided on the envelope (see Notice of Shipment).

   - Consecutively number all envelopes used to return answer sheets (e.g., 1 of 3, 2 of 3, 3 of 3).

   - Pack all answer sheet envelopes in one of the cartons in which the shipment was received.

2. **Test Books and Other Supplies**

   - Arrange the used and unused test books in printed serial number order by subject. **Do not remove answer sheets from unused test books.**

     NOTE: Check the test books for any answer sheets that may have been left in the books. A significant delay will occur in reporting the score of any examinee whose answer sheet is not enclosed with the others for scoring.

19

GW Chenari 000334

- Pack all test books, the envelopes containing the answer sheets and related forms, and unused test materials in one or more of the cartons in which the shipment was received. If these materials do not fill the carton(s), use packing material or newspaper to fill the remaining space.

- Seal each carton using the tape provided.

- Remove the existing labels from the carton(s) in which the shipment was received.

- Complete the FedEx 2-Day Billable Stamp by entering your name, address, telephone number on the right side of the billable stamp.

- Carefully remove the customer receipt copy of the completed return FedEx Billable Stamp addressed to K. McFadden and retain for your records.

- Peel off the backing of the FedEx Billable Stamp and attach it to the top of the carton. Place the pre-addressed return label on the side of the carton and enter the information requested.

- Return all cartons to the NBME according to the following directions.

## RETURNING TEST MATERIALS TO THE NBME

U.S. Schools
Return all cartons via **FedEx Economy (2-Day) Service** using the preaddressed return FedEx Billable Stamp provided. To arrange for pick-up of the shipment, follow the appropriate procedure at your institution for outgoing FedEx shipments, or telephone your local FedEx office, or telephone **1-800-463-3339. Do not put cartons in FedEx drop-off box.**

Schools in Canada and Puerto Rico
Return all cartons via **International FedEx** using the preaddressed international airbill provided. To arrange for pick-up of the shipment, follow the appropriate procedure at your institution for outgoing FedEx shipments or telephone your local FedEx office. **Do not put cartons in FedEx drop-off box.**

**Please contact NBME Test Administration for Medical School Examinations at (215) 590-9258 if you have any questions or problems regarding the return of test materials.**

20



GW Chenari 000335



THE GEORGE
WASHINGTON
UNIVERSITY
WASHINGTON, DC

## Fwd: Important Exam Information

Rhonda Goldberg <rmgoldb@email.gwu.edu>
To: Rhonda Goldberg <msdrmg@gmail.com>

Wed, Sep 22, 2010 at 5:13 PM

---------- Forwarded message ----------
From: "Amy Pekol"
Date: Wed, 22 Sep 2010 17:12:11 -0400
Subject: Important Exam Information
To: MED2014@HERMES.GWU.EDU

Students,

As you prepare for your first block of exams, the Dean's Office wanted to remind you of a few things:
You have assigned seats for all exams in 101. Your seat number and a seating chart are posted outside of Ross 101. I recommend you familiarize yourself with your seat location before Friday morning, if possible.
Memorize your GWid number! You will use this number for all of your written/scantron exams at GW and your exam grade cannot be processed without your GWid number.
Be on time! You are expected to be in your seat and ready by the time the exam is scheduled to begin. Plan ahead and allow ample time for metro delays, swiping your GWorld card at the entrance, putting your belongings in your locker, using the restroom and signing in for the exam.
Attached are the exam guidelines as well as the honor code, which you signed at the White Coat and Honor Code Ceremony and are expected to uphold.

Best of luck on your exams and please contact me us if you have any questions/concerns.

Amy Pekol
Student Affairs Coordinator, Dean's Office
The George Washington University
School of Medicine and Health Sciences
2300 I Street, NW, Suite 713W
Washington, DC 20037

msdarp@gwumc.edu
Phone: 202.994.3176
Fax: 202.994.0926

---------- Forwarded message ----------
From: "Amy Pekol"
Date: Wed, 22 Sep 2010 17:12:11 -0400
Subject: Important Exam Information

GW Chenari 000194

To: MED2014@HERMES.GWU.EDU

Students,

As you prepare for your first block of exams, the Dean's Office wanted to remind you of a few things:

- You have assigned seats for all exams in 101. Your seat number and a seating chart are posted outside of Ross 101. I recommend you familiarize yourself with your seat location before Friday morning, if possible.
- Memorize your GWid number! You will use this number for all of your written/scantron exams at GW and your exam grade cannot be processed without your GWid number.
- Be on time! You are expected to be in your seat and ready by the time the exam is scheduled to begin. Plan ahead and allow ample time for metro delays, swiping your GWorld card at the entrance, putting your belongings in your locker, using the restroom and signing in for the exam.

Attached are the exam guidelines as well as the honor code, which you signed at the White Coat and Honor Code Ceremony and are expected to uphold.

Best of luck on your exams and please contact me us if you have any questions/concerns.

Amy Pekol
Student Affairs Coordinator, Dean's Office
The George Washington University
School of Medicine and Health Sciences
2300 I Street, NW, Suite 713W
Washington, DC 20037

msdarp@gwumc.edu
Phone: 202.994.3176
Fax: 202.994.0926

2 attachments

Exam Guidelines.doc
28K

Honor Code.doc
46K

## Exam Guidelines

1. Students must sign-in upon entering the exam room

2. Students must sit in their assigned seats. Only the course coordinator can approve a change in seating assignment when needed. No chairs should be moved by students prior to or during the exam.

3. **All personal belongings, including backpacks and coats must be placed in lockers.** If a bag cannot fit inside the locker, belongings should be placed in the front or rear of the room.

4. Cell phones are not permitted at your seats during exams. Cell phones must be off or on silent mode prior to the exam. It is preferable to store cell phones in lockers during the exam.

5. Ear plugs (not headphones) to reduce noise are allowed. Brimmed hats are not allowed. Coats must be hung on the back of chairs or preferably stored in lockers.

6. Palm pilots, calculators (unless given specific permission), and other electrical devices must be turned off and stored in lockers during exams.

7. Students only need to bring pencils or pens to the exam, as directed by the course coordinator. Food and drink are permitted provided they cause no disruption to other students during the exam (e.g. no loud wrappers or noisy gum chewing.) Drink cups/bottles should have lids. Should disruptions occur, the course coordinator has discretion to revise this policy.

8. Students are not permitted to ask questions regarding content or clarification of a question during an exam. Course coordinators will take questions ONLY about the exam itself (i.e. if there are 2 # 46 questions or if there are only 2 options listed, etc). No questions about the content or meaning of questions, etc will be permitted.

9. Students are requested not to leave the exam room, unless it is a necessity. If a student needs to leave, the course coordinator or proctor must approve the request and the exam must be turned in. Only one student is permitted to leave at a time. It is assumed that students should be able to sit through an exam without leaving the room.

10. Exams begin only when all students have an exam. Talking is not permitted during distribution of the exam.

11. Students must sign as indicated on the exam to abide by the Honor Code. An exam without appropriate signatures, name and GWID will be reviewed.

12. The proctor must announce or write the start and finish time for each exam.  The proctor must ensure the length of the exam is maintained.  The proctor cannot extend the length of the exam for students who arrive late to the exam

13. Upon completion of an exam, students must turn in the exam to the proctor at the front of the room.  Writing on the exam is not permitted once a student rises to turn in the exam.

14. The proctor will announce when ten minutes remain for the exam, after which students must remain seated until the end of the exam period when all exams are collected by the proctor.  After the announcement that the exam period is over, all exams and answer sheets must be face down until collection by the proctor.  There will be no extra time allotted, even to finish "bubbling" in the answer sheet.

15. A proctor will remain in the exam room for the entirety of the exam.

These guidelines were approved by a subgroup of students on the Honor/Professionalism Council 10/05.

GW Chenari 000197