1/21/2015  The George Washington University Mail - Sina Chenari - exam


THE GEORGE WASHINGTON UNIVERSITY
WASHINGTON DC

Goldberg, Rhonda <rmgoldb@email.gwu.edu>

## Sina Chenari - exam
11 messages

**Jessica Ruiz** <jruiz@mfa.gwu.edu>  Fri, Dec 14, 2012 at 1:56 PM
To: Rhonda Goldberg <rmgoldb@gwu.edu>, Scott Schroth <wschroth@gwu.edu>, Yolanda Haywood <yhaywood@gwu.edu>
Cc: Stevens VanDuzer <svanduze@gwu.edu>, Khashayar Vaziri <kvaziri@mfa.gwu.edu>

Dear Deans,

During today's (12/14/12) surgery shelf exam I had an unfortunate incident occur with Sina Chenari. During my instructions, I informed the students that there will be no extra time to transfer answers to their answer sheets. However, as I was collecting the exams/answer sheets Sina Chenari was transferring his answers. I told him 3 times to put his pencil down and he ignored me. After collecting all of the exams, I went back over to him stood over him and attempted to grab his exam book and answer sheet. At this point, he became aggressive and would not allow me to take the exam/answer sheet. He put both of his arms on top of the exam and answer sheet and kept filling the circles. I stood over him and tried again with no luck. Honestly, I was somewhat afraid of what he might do if I attempted to take the exam again. The students all witnessed this incident. After the incident, Sina came back to me and apologized and I told him it was not appropriate.

I imagine some of the students will write you as well with different accounts. I did my best in handling the situation and told Steve when I dropped off the exams.

Please let me know if you need further information or have any questions or concerns.

Thank you,
Jessica


Jessica Ruiz
General Surgery Residency Coordinator
Surgery Clerkship Coordinator
Medical Faculty Associates
2150 Pennsylvania Ave., NW 6B-402
Washington, DC 20037
202-741-3157
Fax 202-741-3285
jruiz@mfa.gwu.edu


DEPOSITION EXHIBIT 1
Ruiz
DMN 4/20/15

**William Schroth** <wschroth@gwu.edu>  Fri, Dec 14, 2012 at 3:39 PM
Reply-To: wschroth@gwu.edu
To: Jessica Ruiz <jruiz@mfa.gwu.edu>
Cc: Rhonda Goldberg <rmgoldb@gwu.edu>, Yolanda Haywood <yhaywood@gwu.edu>, Stevens VanDuzer <svanduze@gwu.edu>, Khashayar Vaziri <kvaziri@mfa.gwu.edu>

my opinion is that he should be given a zero on the examination. this is a timed NBME examination and he exceeded the time limit and resisted the authority of a school representative. in my book, that adds up to a zero.

GW Chenari 000498

scott
[Quoted text hidden]

W. Scott Schroth, MD, MPH
Associate Dean for Administration
phone: 202-994-2202 (dean's office only)
phone: 202-741-2222 (clinical office only)
fax: 202-994-0926

---

**Yolanda** <msdych@gmail.com>                                         Sat, Dec 15, 2012 at 7:32 AM
To: "wschroth@gwu.edu" <wschroth@gwu.edu>
Cc: Jessica Ruiz <jruiz@mfa.gwu.edu>, Rhonda Goldberg <rmgoldb@gwu.edu>, Yolanda Haywood <yhaywood@gwu.edu>, Stevens VanDuzer <svanduze@gwu.edu>, Khashayar Vaziri <kvaziri@mfa.gwu.edu>

I agree with Scott.
Y

Sent from my iPhone
[Quoted text hidden]

---

**Rhonda Goldberg** <rmgoldb@gwu.edu>                                  Sat, Dec 15, 2012 at 1:41 PM
Reply-To: rmgoldb@gwu.edu
To: Yolanda <msdych@gmail.com>
Cc: "wschroth@gwu.edu" <wschroth@gwu.edu>, Jessica Ruiz <jruiz@mfa.gwu.edu>, Yolanda Haywood <yhaywood@gwu.edu>, Stevens VanDuzer <svanduze@gwu.edu>, Khashayar Vaziri <kvaziri@mfa.gwu.edu>

Let's talk about it on Monday. I think it is an honor code violation.
Rhonda

[Quoted text hidden]

---

**Jessica Ruiz** <jruiz@mfa.gwu.edu>                                   Thu, Dec 27, 2012 at 4:08 PM
To: Yolanda <msdych@gmail.com>, rmgoldb@gwu.edu
Cc: Stevens VanDuzer <svanduze@gwu.edu>, "wschroth@gwu.edu" <wschroth@gwu.edu>, Yolanda Haywood <yhaywood@gwu.edu>, Khashayar Vaziri <kvaziri@mfa.gwu.edu>

Hello!

I just wanted to let you know that I received the surgery shelf scores back and Sina Chenari did pass the exam at 71. I would like to know if a decision has been made as I would like to inform the students of the results as soon as possible. Please let me know at your earliest convenience.

Thanks,
Jessica

Jessica Ruiz
General Surgery Residency Coordinator
Surgery Clerkship Coordinator
Medical Faculty Associates
2150 Pennsylvania Ave., NW 6B-402
Washington, DC 20037
202-741-3157
Fax 202-741-3285

GW Chenari 000499

1/21/2015                            The George Washington University Mail - Sina Chenari - exam

jruiz@mfa.gwu.edu

>>> Rhonda Goldberg <rmgoldb@gwu.edu> 12/15/2012 1:41 PM >>>
[Quoted text hidden]

---

**yhaywood@gwu.edu** <msdych@gmail.com>                              Thu, Dec 27, 2012 at 5:04 PM
To: Jessica Ruiz <jruiz@mfa.gwu.edu>
Cc: rmgoldb@gwu.edu, Stevens VanDuzer <svanduze@gwu.edu>, "wschroth@gwu.edu" <wschroth@gwu.edu>, Yolanda Haywood <yhaywood@gwu.edu>, Khashayar Vaziri <kvaziri@mfa.gwu.edu>

Jessica,
Please don't release Sina's score. You can feel free to release the other scores. Sina's grade should be held until the dean's return from holiday on Jan.2 to begin a formal proceeding regarding the events that occurred during his exam.
Dean Haywood
[Quoted text hidden]

---

**Jessica Ruiz** <jruiz@mfa.gwu.edu>                                 Fri, Dec 28, 2012 at 10:37 AM
To: "yhaywood@gwu.edu" <msdych@gmail.com>
Cc: rmgoldb@gwu.edu, Stevens VanDuzer <svanduze@gwu.edu>, "wschroth@gwu.edu" <wschroth@gwu.edu>, Yolanda Haywood <yhaywood@gwu.edu>, Khashayar Vaziri <kvaziri@mfa.gwu.edu>

If Sina should ask me where his score is what should I tell him?


Jessica Ruiz
General Surgery Residency Coordinator
Surgery Clerkship Coordinator
Medical Faculty Associates
2150 Pennsylvania Ave., NW 6B-402
Washington, DC 20037
202-741-3157
Fax 202-741-3285
jruiz@mfa.gwu.edu

>>> "yhaywood@gwu.edu" <msdych@gmail.com> 12/27/2012 5:04 PM >>>
Jessica,
[Quoted text hidden]

---

**yhaywood@gwu.edu** <msdych@gmail.com>                              Fri, Dec 28, 2012 at 4:40 PM
To: Jessica Ruiz <jruiz@mfa.gwu.edu>
Cc: rmgoldb@gwu.edu, Stevens VanDuzer <svanduze@gwu.edu>, "wschroth@gwu.edu" <wschroth@gwu.edu>, Yolanda Haywood <yhaywood@gwu.edu>, Khashayar Vaziri <kvaziri@mfa.gwu.edu>

He can contact Dean Goldberg or me or Dean Schroth on Wednesday, Jan. 2.
Dean Haywood
[Quoted text hidden]

---

**Jessica Ruiz** <jruiz@mfa.gwu.edu>                                 Thu, Jan 17, 2013 at 5:09 PM
To: "yhaywood@gwu.edu" <msdych@gmail.com>
Cc: rmgoldb@gwu.edu, Stevens VanDuzer <svanduze@gwu.edu>, "wschroth@gwu.edu" <wschroth@gwu.edu>, Yolanda Haywood <yhaywood@gwu.edu>, Khashayar Vaziri <kvaziri@mfa.gwu.edu>

Hello,

GW Chenari 000500

Sina Chenari's grade for all intents and purposes is ready. Can you please update me or direct me in handling his grade?

Thanks!
Jessica


Jessica Ruiz
General Surgery Residency Coordinator
Surgery Clerkship Coordinator
Medical Faculty Associates
2150 Pennsylvania Ave., NW 6B-402
Washington, DC 20037
202-741-3157
Fax 202-741-3285
jruiz@mfa.gwu.edu

>>> "yhaywood@gwu.edu" <msdych@gmail.com> 12/28/2012 4:40 PM >>>
[Quoted text hidden]
[Quoted text hidden]

---

**Rhonda Goldberg** <rmgoldb@gwu.edu>　　　　　　　　　　　　　　　　Sat, Feb 2, 2013 at 11:55 AM
Reply-To: rmgoldb@gwu.edu
To: Jessica Ruiz <jruiz@mfa.gwu.edu>

Hi Jessica
Once again, thank you for this account of what happened and for taking your responsibilty seriously. I just want to make you aware that Sina will receive a copy of this report, along with others, as we proceed with the Honor Code hearing. Also, the Subcommittee members who will be hearing the matter will want to speak with you. I will be in touch to arrange that.
Thanks so much
Rhonda

On Fri, Dec 14, 2012 at 1:56 PM, Jessica Ruiz <jruiz@mfa.gwu.edu> wrote:
[Quoted text hidden]

---

**Jessica Ruiz** <jruiz@mfa.gwu.edu>　　　　　　　　　　　　　　　　　Mon, Feb 4, 2013 at 11:55 AM
To: rmgoldb@gwu.edu

Hi Dean Goldberg,

Of course however, I will be away on vacation from 2/6-2/13/13. I hope that is not an inconvenience!

Thanks!
Jessica


Jessica Ruiz
General Surgery Residency Coordinator
Surgery Clerkship Coordinator

Medical Faculty Associates
2150 Pennsylvania Ave., NW 6B-402
Washington, DC 20037
202-741-3157
Fax 202-741-3285
jruiz@mfa.gwu.edu

>>> Rhonda Goldberg <rmgoldb@gwu.edu> 2/2/2013 11:55 AM >>>
[Quoted text hidden]

GW Chenari 000502