REQUIRED INFORMATION SHEET
We need this information for mailings and emergencies.
Please let us know of any changes in your address or phone number.

Name (Print): Sina Chenari

Preferred Name: ~~Sina~~ or Charlie

Social Security Number: 228/55/0208

GWid Number: G14300511

Are you (RIGHT) or LEFT handed? (Circle one)    Class of 2014

GWU Email Address: schenari@gwmail.gwu.edu

Hometown: Oakton, VA    Undergraduate School: GWU

Local Contact Information:
Local Address: 10304 Mystic Meadow Way
Oakton, VA 22124

Local Phone Number: 703-255-9296    Cell Phone Number: 571-723-2267

Permanent Contact Information:
Parents/Spouse/Nearest Relative Address or other Permanent Address

Name:

Address:

Phone:

Emergency Contact Information:

1. Name: Abdol Chenari (Dad)    Phone: 202 413 6217
2. Name: Fre Chenari (Mom)    Phone: 571-723-2267

PLEASE SEE REVERSE SIDE

Chenari
EXHIBIT NO. 17
P.E. 2-27-15

GW Chenari 000003

## POLICY REVIEW VERIFICATION

Policy Review:

Regulations for M.D. Candidates
Faculty Policy on Separation of Academic/Physician Roles
Student Mistreatment Policy
Students' Rights and Responsibilities
Honor Code
Permission to use performance data

I acknowledge that I have received and reviewed the policies listed above.

Signature: _Sina Chenari_

Print Name: _Sina Chenari_

Date: _8/20/2010_

GW Chenari 000004