1/21/2015                    The George Washington University Mail - Professional Comportment Subcommittee

 THE GEORGE
WASHINGTON
UNIVERSITY
WASHINGTON DC

**Goldberg, Rhonda <rmgoldb@email.gwu.edu>**

# Professional Comportment Subcommittee

5 messages

**Rhonda Goldberg** <rmgoldb@gwu.edu>                            Mon, Feb 4, 2013 at 7:20 AM
Reply-To: rmgoldb@gwu.edu
To: Chenari Sina <schenari@gwmail.gwu.edu>

Sina

As we discussed when we met this morning, I am forwarding to you the proposed members of
the Professional Comportment Subcommittee. In accordance with the
Regulations for M.D. Candidates, you have five calendar days to object to
any person's appointment to the Subcommittee. Please send any objection to
me for consideration, in writing. If you have no objections, please let me
know as well so we can schedule the meeting as promptly as possible.
In addition, as we also discussed, please let me know if you intend on bringing an attorney
to the meeting.
Feel free to contact me if you have any questions.

Sincerely,
Dean Goldberg

Anthony Caputy MD
Travis O'Brien, Ph.D.
Nicholas Hazen MSIII
Elyse Pertot MSIV

**Sina Charlie Chenari** <schenari@gwmail.gwu.edu>                Mon, Feb 4, 2013 at 10:40 AM
To: rmgoldb@gwu.edu

Dear Dean Goldberg,

I have a question regarding the "confidential file", academic records,
and other materials that will be presented for consideration to the
subcommittee.
I would like to have these documents made available to me for review.
Please advise on where and how I can access them.

Thanks,
[Quoted text hidden]
--
Sina Charlie Chenari,
Candidate for Medical Doctorate
School of Medicine and Health Sciences
The George Washington University,
Washington D.C.


DEPOSITION
EXHIBIT 28
Chenari
DMV 4/20/15

**Rhonda Goldberg** <rmgoldb@gwu.edu>                            Tue, Feb 12, 2013 at 4:32 PM
Reply-To: rmgoldb@gwu.edu
To: Sina Charlie Chenari <schenari@gwmail.gwu.edu>

Charlie
The documents will be compiled and you will receive a copy prior to the meeting.
I have yet to hear from you regarding the membership of the subcommittee. Please get back to me by tomorrow

GWU-Chenari 000509

(which is already past the five days required)
Thanks
Dean Goldberg
[Quoted text hidden]

**Sina Charlie Chenari** <schenari@gwmail.gwu.edu>                    Thu, Feb 14, 2013 at 7:40 AM
To: rmgoldb@gwu.edu

Dear Dean Goldberg,

I am really sorry about getting back to you so late, The document you
gave me at our meeting stated that I had 10 days.
The subcommittee membership is fine.

Thanks,
[Quoted text hidden]

**Rhonda Goldberg** <rmgoldb@gwu.edu>                    Sat, Feb 16, 2013 at 8:40 AM
Reply-To: rmgoldb@gwu.edu
To: Sina Charlie Chenari <schenari@gwmail.gwu.edu>

Thank you. It actually is five days since we are operating under the rules for Honor Code violations. We will
proceed to set up the hearing as soon as possible and I will be back in touch with you.
Thanks
Dean Goldberg

[Quoted text hidden]

GW Chenari 000504