**TO:** Jeffrey Akman, M.D.
Vice President for Health Affairs and
Dean, School of Medicine and Health Sciences

**FROM:** Anthony J. Caputy, M.D.
Chair, Subcommittee on Professional Comportment

**DATE:** March 15, 2013

**RE:** Report of Honor Code Council Subcommittee Pertaining to Allegations of Academic Dishonesty against Sina Chenari

An Honor Code Council Subcommittee ("Subcommittee") was convened on March 5, 2013 at 4:00 p.m. to investigate allegations of academic dishonesty against Sina Chenari, MS-III. In addition to the Chair, the Subcommittee members were Travis O'Brien, Ph.D., Elyse Pertot, MS-IV, and Nicholas Hazen, MS-III. Also present were Mr. Chenari, Dean Rhonda Goldberg, Associate Dean for Student Affairs, and Mary Lynn Reed, Senior Counsel for the George Washington University.

### Allegations

Two written allegations of academic dishonesty were received involving Mr. Sina Chenari. The first was an an allegation brought by Jessica Ruiz, Surgery Clerkship Coordinator, for the surgery clerkship in which Mr. Chenari was participating. Ms. Ruiz was the proctor for the surgery shelf exam on December 14, 2012. She alleged that she informed the students prior to the exam that there would be no extra time to transfer answers to their answer sheets. She alleged that as she was collecting the exams/answer sheets, Mr. Chenari continued to transfer his answers from his exam booklet to his answer sheets. Ms. Ruiz further alleged that she told Mr. Chenari three times to put his pencil down and he ignored her. After she collected all of the exams, she went back to Mr. Chenari and attempted to retrieve his exam/answer sheet, but he "became aggressive" and put both of his arms on top of his exam and answer sheet and continued to fill in the circles on his answer sheet. After the incident, Mr. Chenari came to her and apologized.

DEPOSITION EXHIBIT 32
Chenari
pm 4/20/15

GW Chenari 000259

The second allegation was submitted by Stacy Sanders, MSIII. She stated that Jessica Ruiz stated from the outset that there would be no additional time to bubble in answers. She called time and Sina continued to work to complete the scantron sheet. Jessica called him by name and asked him to stop but he continued to bubble. After collecting everyone's exam, she went to retrieve his booklet and he covered up his paper so she could not physically get to it stating "I cannot let you do that".

### Summary of Hearing

On March 5, 2013, the Subcommittee convened to investigate the allegation of academic dishonesty against Mr. Chenari. Mr. Chenari was introduced to the Subcommittee members and was informed that the proceedings would be recorded.

Dr. Caputy asked Ms. Chenari whether he would like to make an opening statement or give the Subcommittee an overview of his perspective regarding the allegation. Mr. Chenari declined to make an opening statement, but when asked by one of the Subcommittee members what happened on December 14, 2013, he stated that he was very nervous during the exam and realized at the end of the exam that he had not bubbled his answers on the front of his answer sheet. He said that his anxiety got the better of him and did not know what to do so he continued to bubble his answers after the time was called. He said that he did not answer any additional exam questions after time was called, but he just continued to bubble the answers. Mr. Chenari conceded that Ms. Ruiz tried to take his exam and he told her no. He also stated that no one had left the exam room during this time.

In response to other questions by Subcommittee members, Mr. Chenari said that he bubbled in all of the answers that he had circled on the exam booklet. He said that this was his seventh year as a student at GW and that he had not problems with this in the past. He was "super-nervous" and just forgot to fill in the answers on the scantron. Mr. Chenari stated that he did not act aggressively toward Ms. Ruiz and that he did not touch her. He put his arms over his answer sheet and continued to bubble with one hand. He also said that he thought that Ms. Ruiz was going to touch him and said that he does not like to be touched. He said that he had never had any outbursts or problems with people touching him.
He said that Ms. Ruiz was reaching over him from his side to take the exam and noted that she did ask for the exam before reaching over to get the exam. Mr. Chenari said that it was an unfortunate turn of

events due to his anxiety and that he now wishes that he had asked Ms. Ruiz for her advice about what to do since he had not transferred his answers to the scantron.

Mr. Chenari said that he had many personal issues during his first two years of medical school and that he had received counseling from his primary care provider. He said that this was his first shelf exam of the third year and he had worked very hard during the surgery clerkship and that he "just messed up."

Ms. Ruiz was the first witness. Ms. Ruiz stated that she called time and told the students to put their pencils down and stay in their seats and that she would come around and collect the exams. She noticed that Mr. Chenari was to her left and that he was continuing to fill in his answers on the answer sheet after she called time. She told him three times to stop and he refused to do so. Ms. Ruiz said that she continued to collect the exams of the other students and returned to Mr. Chenari and told him to give her the exam, but he covered his exam with both his arms. She told him not to make this awkward and to give her the exam and he said no. She said that she did not feel threatened at that point, but was worried that if she grabbed for the exam, the situation could have become threatening. Ms. Ruiz estimated that the entire situation lasted about three minutes from the time that she called time. Ms. Ruiz also said that in her nine years at GW and one year at Georgetown, she has never had a situation arise like this. She said that as soon as she got the exam from Mr. Chenari when he finished filling in his answers, the other students left. A few minutes later, Mr. Ruiz came up to her to apologize and she told him that what he did was very inappropriate.

Mr. Chenari declined to ask any questions of Ms. Ruiz.

The next witness was Ms. Stacy Sanders, MS-III. (Ms. Sanders had also submitted an e-mail to Dean Goldberg dated December 14, 2012, about the academic dishonesty violation during the shelf exam that day.) Ms. Sanders told the Subcomittee that Mr. Ruiz told the students the exam rules before the exam began and that no extra time would be given after the exam was over and they must stop bubbling in answers once time is up. Ms. Ruiz gave the students intermittent time updates. Ms. Sanders said that after Ms. Ruiz called time, Mr. Chenari did not put his pencil down. Ms. Sanders said that Ms. Ruiz told him to stop writing and he did not. Ms. Sanders said that the class was irritated because they had followed the rules and he had not. Ms. Ruiz told Mr. Chenari that she needed to take his exam book and

he covered it up with his arms. Ms. Sanders said that she did not see Mr. Chenari reading exam questions. He was filling in his scantron. Ms. Sanders left before Ms. Ruiz got the exam book back because she was irritated by the situation. She said that she thought that Ms. Ruiz gave Mr. Chenari the benefit of the doubt by continuing to collect the exams of the other students while he was still filling in his answer sheet. He was told several times to stop and he did not. Ms. Sanders saw Ms. Ruiz make a move to take the exam sheet, but she does not believe that Ms. Ruiz touched Mr. Chenari.

Mr. Chenari declined to ask any questions of Ms. Sanders.

Mr. Chenari was asked by Dr. Caputy whether he wanted to say anything else, but he declined to do so. The Subcommittee had additional questions for Mr. Chenari. In response to these questions he said that he did not seek out any of the deans to get their counsel about what happened. He did speak informally to a member of the Honor Code Council but did not do anything further because he was "waiting to see how it would play out."

Mr. Chenari acknowledged having some difficulty during his Practice of Medicine course with his DPS mentor. He said that the DPS mentor gave him a bad evaluation after he made a joke.

The hearing session ended and the Subcommittee convened executive session at 5:15 p.m.

## Findings and Recommendations

After consideration of the testimony of Mr. Chenari, Ms. Ruiz, and Ms. Sanders, and review of the confidential file provided to it, as well as Mr. Chenari's academic file, the Subcommittee unanimously concluded, by a preponderance of the evidence (more likely than not) that Mr. Chenari violated the Section F (2)(a)(6) of the Honor Code that states that students will not "violate any other commonly understood principles of academic honesty." The Subcommittee based its conclusion upon Mr. Chenari's admission that he knowingly continued to fill in his answers on his answer sheet after time was called and until he completed his answer sheet despite having been instructed by a university proctor three times to stop doing so. The Subcommittee noted that he has had several years of taking exams with scantrons and knows the rules about not continuing to fill in answers after time is called. The Subcommittee took particular note of Mr. Chenari's blatant disregard of the authority of the university proctor and refusal to

adhere to the exam rules of which he and all students were made aware of prior to the exam

The Subcommittee unanimously recommends the following sanctions:

1. Mr. Chenari should receive a grade of "F" on the exam.
2. Mr. Chenari should receive a grade of "F" in the course and his transcript should state that the grade was based upon a finding of academic dishonesty.

In addition to the foregoing recommends, three of the four members of the Subcommittee recommend that Mr. Chenari should be dismissed from the M.D. Program. One member of the Subcommittee recommends that Mr. Chenari should be suspended from the M.D. Program through June 30, 2014.

_____
Anthony Caputy, M.D.

_____
Travis O'Brien, Ph.D

_____
Elyse Pertot, MS-IV

_____
Nicholas Hazen, MS-III

cc: Medical Student Evaluation Committee

GW Chenari 000263