Personal Statement – Sina Chenari

Upon much agonizing reflection, I now realize that I should not continue to put forth excuses for my actions at the shelf exam of last December. Further, I wish to offer my sincerest apologies to my fellow students, the deans, and all the faculty and staff of the GWU School of Medicine and Health Sciences. I especially apologize to Jessica Ruiz for my disrespectful behavior towards her. I put her in a position that she never should have been in. Her reaction to my deplorable behavior was to give me every possible chance to stop what I was doing. I fully realize that she threw me a lifeline up to the last possible moment. It is a bitter pill to swallow to see that I hurt the person who was most trying to help me.

This situation, that I alone have placed myself in, is certainly one of the most difficult life-lessons I have undergone. As important as the shelf exam was, I placed such an inordinate value on my performance that I ignored my good judgment and sacrificed my integrity. In that momentary alarm that followed my discovery that I had left out 30 answers, I continued to transfer my answers from the exam booklet to the scantron answer sheet. In so doing, I acted with blatant disregard for the rules and for the rights of my fellow students and those of Ms. Ruiz.

This is a lesson I will not forget, and I am determined never to repeat such conduct. Apparently, I had to learn this lesson the hard way, but I must admit that it was a lesson I needed to learn, whatever the final outcome regarding my future in medical school. Ironically, the person that I hurt most was myself.

The George Washington University Guide to Student Rights and Responsibilities, Code of Student Conduct prohibits "non-compliance" with reasonable directions of University Officials . . . acting in performance of their duties" The Subcommittee Report took particular note of my blatant disregard of the authority of Ms. Ruiz and this University. As much as I regret it, that's exactly what I did. Although I did not act dishonestly nor was I untruthful, my actions were a clear violation of the most basic rules of this University.

The Code of Student Conduct further provides for various sanctions against any student who has violated its provisions, with the most serious being expulsion. It also provides that the "Code" seeks to preserve flexibility in the imposition of sanctions so that each student . . . is afforded the greatest possibility for appropriate and just treatment. Lastly, it states that "Significant mitigating or aggravating factors shall be considered, which may include the current demeanor and the presence or lack of a disciplinary or criminal record of the offender, as well as the nature of the offense and the extent of any damage, injury, or harm resulting."

As wrong as my behavior was, I would ask the Committee to consider as possible mitigating factors that my behavior did not involve deception; and my lack of any prior disciplinary record. I would also ask the Committee to weigh the proportionality of my offense against the severest sanction of expulsion.

In conclusion, I respectfully petition the Committee to allow me to continue as a medical student at GWU. If given this chance, I can promise that hereafter I will do everything in my power to live up to highest standards of the George Washington University and always act in a way that does credit to its medical school and to the medical profession.



GW Chenari 000264