TO: Jeffrey Akman, M.D.
Dean, School of Medicine and Health Sciences

FROM: Marie Borum, M.D.
Chair, Medical Student Evaluation Committee (MSEC)

RE: Recommendations of MSEC Pertaining to
Sina Chenari, MS-III

DATE: April 30, 2013

---

On April 18, 2013, the MSEC convened to consider the findings and recommendations of the Subcommittee on Professional Comportment ("Subcommittee") pertaining to allegations of academic dishonesty brought against Sina Chenari, MS-III.

Mr. Chenari was present. MSEC members present included Dr. Khin Khin, Dr. Deyton, Dr. Kennedy, Dr. Schroth (non-voting), Dr. Haywood (non-voting), Dr. Bathgate, Dr. Flory, Dr. Sich, Dr. Bowles, and Dr. Iorianni. In addition to the MSEC, Ms. Mary Lynn Reed, Senior Counsel for the Medical Center, and Dean Rhonda Goldberg were present. Anthony J. Caputy, M.D., Chair of the Subcommittee, and Travis O'Brien, Ph.D., member of the Subcommittee, were present also.

Dr. Caputy presented the report of the Subcommittee. Mr. Chenari made a brief statement to the MSEC. Mr. Chenari was questioned briefly following his statement. Mr. Chenari, Dr. Caputy, and Dr. O'Brien were excused and the members of the MSEC met in executive session.

Following executive session deliberations, a motion was made and seconded to recommend that Mr. Chenari should be dismissed from the M.D. program. The motion passed unanimously.

cc: Rhonda Goldberg
Sina Chenari

