

# Transcript of **JEFFREY AKMAN**

**Date:** April 21, 2015

**Case:** CHENARI v. GEORGE WASHINGTON UNIVERSITY

Planet Depos
Phone: 888-433-3767
Fax: 888-503-3767
Email: transcripts@planetdepos.com
Internet: www.planetdepos.com

Worldwide Court Reporting | Interpretation | Trial Services

DEPOSITION OF JEFFREY AKMAN
CONDUCTED ON TUESDAY, APRIL 21, 2015

4 (Pages 13 to 16)

Page 13

1  A  It is possible. I don't recall.
2  Q  Okay. So do you know when in April of
3  2013 you would have received this?
4  A  No, I don't. I don't recall.
5  Q  And you said that this would --
6  originally would have gone to the associate dean; is
7  that correct?
8  A  That's right.
9  Q  And which associate dean?
10  A  Dean Goldberg.
11  Q  Okay. When the Subcommittee on
12  Professional Comportment sent this memo out addressed
13  to your office, do you know what their purpose is in
14  sending this to you?
15  A  Yes. Well, it's to communicate to me
16  that the results of the -- of their review of the
17  case, and in this case, the -- the associate dean acts
18  as my designee on these cases.
19  Q  And that would be Dean Goldberg?
20  A  That would be Dean Goldberg.
21  Q  And then is it Dean Goldberg's
22  responsibility then to determine what to do with this

Page 14

1  report?
2  A  Yes.
3  Q  Okay. Do you know what she decided to
4  do with this report in this particular case?
5  A  Yes. She referred it to the MSEC.
6  Q  Okay. So referring it to the MSEC
7  would be the second hearing process; is that correct?
8  A  That's correct.
9  Q  Would you have reviewed Exhibit
10  Number 1 before the matter was referred to the MSEC?
11  A  No.
12      (Akman Deposition Exhibit Number 2 was
13  marked for identification and attached to the
14  transcript.)
15      BY MR. BACH:
16  Q  If you could review Exhibit Number 2
17  and tell me when you've had an opportunity to do that.
18  A  I've reviewed it.
19  Q  Okay. Do you recognize Exhibit
20  Number 2?
21  A  Yes, I do.
22  Q  And what is this document?

Page 15

1  A  This is the recommendations of the MSEC
2  pertaining to Sina Chenari.
3  Q  And this memorandum is also addressed
4  to you.
5      Did this one go directly to you?
6  A  It went to Dean -- to Dean Goldberg
7  before it went to me.
8  Q  Okay. Do you know why it would go to
9  Dean Goldberg before it went to you?
10  A  That's our process, that she handles
11  the cases of allegations of honor code violations and
12  professional comportment cases.
13  Q  Okay. Would it be -- does it go to her
14  because she's going to make a decision based on this
15  recommendation?
16  A  No. She does not make a decision on
17  these cases.
18  Q  Okay. Does she simply forward it on to
19  you?
20  A  She -- yes. She compiles the
21  information and then forwards it on to me.
22  Q  Okay. So she would take this

Page 16

1  memorandum along with all of the supporting
2  information and forward that on to your office?
3  A  That's correct.
4  Q  Do you recall when you received Exhibit
5  Number 2?
6  A  Well -- so it's dated April 30th, so I
7  would then believe, since I saw Mr. Chenari in May,
8  that it would have been between April 30th and the
9  time that I saw Mr. Chenari in May.
10  Q  Okay. When you received this memo,
11  what did you do with it?
12  A  I reviewed it, reviewed it with the
13  other documents, and then met with Mr. Chenari.
14  Q  Okay. Do you recall the meeting with
15  Mr. Chenari?
16  A  Yes.
17  Q  Okay. And what did you talk about?
18  A  Well, we talked about what happened in
19  the exam. He described the situation, and then we
20  talked about the -- the process through -- with the
21  Professional Comportment Subcommittee and the MSEC.
22  We talked some about his path through medical school

DEPOSITION OF JEFFREY AKMAN
CONDUCTED ON TUESDAY, APRIL 21, 2015

5 (Pages 17 to 20)

17

1  up to that point.
2      Q  Did he discuss the difficulties he had
3  in medical school up until that point?
4      A  He talked about -- yes, he did.
5      Q  Did he talk about his depression?
6      A  Yes, he did.
7      Q  Did he talk about his ADHD?
8      A  No, he didn't.
9      Q  Did he talk about his anxiety?
10     A  I'd have to -- I don't recall him
11 mentioning anxiety.
12     Q  You do recall him discussing his
13 depression?
14     A  Yes.
15     Q  Did you take that into account in
16 reaching your conclusion?
17     A  Yes.
18     Q  And how so?
19     A  It was part of the information that he
20 provided to me in the context of the -- those two
21 years of medical school, I believe.  And so it was,
22 you know, part of the information that I considered.

18

1      Q  Did Mr. Chenari discuss with you the
2  emotional state that he was in at the time that he
3  ignored the proctor and continued to fill in the
4  bubbles on his answer sheet?
5      A  What do you mean?
6      Q  Did he say that he was nervous or
7  anxious or was having an uncontrolled impulse?  Did he
8  discuss anything like that with you?
9      A  I believe the word he used was
10 panicked.
11     Q  Okay.  As a psychiatrist, I assume that
12 you're familiar with ADHD; is that correct?
13     A  Yes.
14     Q  Do you know if impulsive behaviors is a
15 symptom of ADHD?
16     A  It can be.
17     Q  What else did you discuss at that
18 meeting with Mr. Chenari?
19     A  He had arrived with his attorney.
20     Q  Okay.
21     A  And when he came into the room with his
22 attorney, I said that I had no prior awareness of him

19

1  coming in with an attorney and that I would not be
2  able to meet with he and his attorney but that we
3  could reschedule so that I could have the GW attorney.
4  And that -- I was fine with rescheduling.  And so he
5  then said, well, that he really wanted to meet.  I
6  said, well, you should talk that over with your
7  attorney, but feel free to reschedule and you can have
8  your attorney.
9          He came back and said that he had
10 decided not to have his attorney meet with me.  And I
11 once again said, are you certain, because it's not a
12 big deal to have your attorney.  And he said, no, he
13 wanted to have the meeting.
14         And so we went ahead and met, and, you
15 know, I asked about his sort of history in medical
16 school, and then I asked about the episode at the
17 exam.
18     Q  Okay.  Did Mr. Chenari express any
19 regret for his actions in December of 2012?
20     A  Yes, he did.
21     Q  Is there anything else that you
22 discussed with Mr. Chenari at that meeting?

20

1      A  Well, we went over what happened in the
2  exam.
3      Q  Did you feel that you had learned any
4  new information about Mr. Chenari from that meeting
5  than you had previously -- than you were previously
6  aware of by reviewing the file?
7      A  I got -- I got more -- I received more
8  information about the first two years of medical
9  school that I was not aware of.
10     Q  Okay.  After you met with Mr. Chenari,
11 what else did you do prior to making a decision in
12 this matter?
13     A  I reviewed the -- the documents again,
14 and I consulted with Dean Goldberg and also with GW
15 counsel, Mary Lynn Reed.
16     Q  I don't want to talk about any
17 conversations with your attorney, but what did you
18 talk about -- what did you discuss with Dean Goldberg?
19     A  Well, we reviewed the whole process.
20 We reviewed the content of the allegation, and, you
21 know, I needed to be clear about my range of options,
22 and ...

DEPOSITION OF JEFFREY AKMAN
CONDUCTED ON TUESDAY, APRIL 21, 2015

6 (Pages 21 to 24)

---

21

1  Q  Is this the first student that you're
2  aware of that has been dismissed from the medical
3  school for academic dishonesty?
4  A  No.
5  Q  Approximately since -- you've been
6  there since 2011; is that correct?
7  A  Right.
8  Q  Approximately how many have been
9  dismissed since that time?
10  A  I would say four to six.  For some --
11  either for academic dishonesty or academic
12  difficulties.
13  Q  Well, there is a significant
14  difference, at least legally.
15     How many would have been for academic
16  dishonesty?
17     MR. McCONNELL:  Objection as to
18  the form and foundation, but subject to that, you may
19  answer.
20     THE WITNESS:  Perhaps two or
21  three.
22     BY MR. BACH:

22

1  Q  Did Dean Goldberg, at any point, inform
2  you that Mr. Chenari had been diagnosed with ADHD?
3  A  No.
4  Q  Has Dean Haywood ever informed you of
5  that?
6  A  No.
7  Q  If they had informed you before you
8  made your decision, do you believe that that would
9  have impacted your decision?
10  A  No.
11  Q  You don't believe it's relevant?
12  A  Well, I never had that information.
13  Q  Fair enough.
14     (Akman Deposition Exhibit Number 3 was
15  marked for identification and attached to the
16  transcript.)
17     BY MR. BACH:
18  Q  If you could please review what's been
19  marked as Exhibit Number 3 and let me know when you've
20  had an opportunity to do that, please.
21  A  Okay.
22  Q  Do you recognize the document that's

23

1  been marked as Exhibit Number 3?
2  A  Yes, it is.
3  Q  And what is it?
4  A  It's my letter to Mr. Chenari regarding
5  the allegation -- the allegation of academic
6  dishonesty.
7  Q  And in this letter, you determine that
8  Mr. Chenari should be dismissed for academic
9  dishonesty?
10  A  Yes, I did.
11  Q  On the final page of the letter there
12  is -- you state that, "Pursuant to Section G(17) of
13  the regulations for MD candidates, you have the right
14  to appeal this decision to the provost and executive
15  vice president for academic affairs within 15 calendar
16  days."
17     Did you have any discussions with
18  Mr. Chenari about the appeal process?
19  A  I don't recall.
20  Q  Did you ever have any discussions with
21  the provost or his office concerning Mr. Chenari?
22  A  I don't recall.

24

1  Q  If Dr. Lerman had previously testified
2  that he believed that he spoke to you on the phone
3  once and met with you in person once concerning
4  Mr. Chenari, would you believe that that would be
5  accurate?
6  A  Yes.
7  Q  Are you familiar with the surgery shelf
8  exam?
9  A  Yes.
10  Q  Do you know if that is a standardized
11  exam?
12  A  Yes, it is.
13  Q  And who publishes that exam?
14  A  The National Board of Medical
15  Examiners.
16  Q  Do you know if the National Board of
17  Medical Examiners requires the medical school inform
18  them if one of their students was caught cheating on
19  one of their exams that they administer or that they
20  publish?
21  A  I don't know specifically the answer to
22  that question.