**Smith, Angelia T.**

Akman
EXHIBIT
DATE 4-21-15
REPORTER Smm
Planet Depos, LLC

| | |
|---|---|
| ᴑm: | Mary Lynn Reed [mlreed@gwu.edu] |
| ᴈent: | Friday, June 13, 2014 2:30 PM |
| To: | McConnell, Nicholas S. |
| Subject: | FW: Letter from Dean Akman at The George Washington University SMHS |
| Attachments: | Chenari Dismissal Letter 5-22-13.pdf |

**From:** Donohue, Marie [mailto:mcdonohue@email.gwu.edu]
**Sent:** Wednesday, May 22, 2013 1:47 PM
**To:** schenari@gwmail.gwu.edu
**Cc:** Rhonda Goldberg
**Subject:** Letter from Dean Akman at The George Washington University SMHS

Dear Mr. Chenari,

Attached is a letter from Dean Akman at The George Washington University School of Medicine and Health Sciences regarding his final decision on the recommendations for dismissal in the matter of academic dishonesty allegations.

Marie Donohue

--

*Please note that until further notice Dean Akman's office is temporarily located in the GW Hospital, 6th floor, room 6163A.*

Marie Donohue
Administrative Coordinator to Jeffrey S. Akman, MD
Vice President for Health Affairs and
Dean, School of Medicine and Health Sciences
Walter A. Bloedorn Chair of Administrative Medicine
The George Washington University
mcdonohue@gwu.edu
202-994-4356

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

1



THE GEORGE
WASHINGTON
UNIVERSITY
W A S H I N G T O N   D C

OFFICE OF THE DEAN

SCHOOL OF MEDICINE AND HEALTH SCIENCES

May 22, 2013

*Certified Mail, Return Receipt Requested and
E-mail*

Mr. Sina Chenari
10304 Mystic Meadow Way
Oakton, VA 22124

Re: <u>Academic Dishonesty Allegations</u>

Dear Mr. Chenari:

Thank you for meeting with me on May 6, 2013. I appreciate your verbal and written apology.

As you are aware, a Subcommittee on Professional Comportment ("Subcommittee") was convened to investigate allegations that you engaged in academic dishonesty by refusing to stop filling in answers on your surgery shelf exam after being instructed to do so three (3) times by the exam proctor. The Subcommittee recommended that you should be dismissed from the M.D. Program and, pursuant to the Regulations for M.D. Candidates, this matter was referred to the Medical Student Evaluation Committee (MSEC). The MSEC met to review the allegations against you and also recommended that you should be dismissed from the M.D. Program.

My role is to make the final decision on the recommendations for dismissal. I have conducted a thorough review of your academic record, the confidential file pertaining to this matter, and the reports and recommendations from the Subcommittee and MSEC. In addition, we met for further discussion. I understand your explanation that you had not transferred all of your answers to your answer sheet. However, your refusal to follow instructions and your reaction—after being instructed multiple times to put your pencil down—was well outside the bounds of what we expect from a future physician. Based upon my review, I have decided to uphold the recommendation of the Subcommittee and of the MSEC for dismissal for academic dishonesty. Your transcript will permanently reflect the notation "Dismissed for Academic Dishonesty May 22, 2013." Your confidential file pertaining to this Honor Code violation will become part of your permanent record.

GW Chenari 000300

Mr. Sina Chenari
May 22, 2013
Page 2


Pursuant to Section G(17) of the Regulations for M.D. Candidates, you have the right to appeal this decision to the Provost and Executive Vice President for Academic Affairs within fifteen (15) calendar days.

Sincerely,

Jeffrey S. Akman, M.D.
Vice President for Health Affairs and
Dean, School of Medicine and Health Sciences

cc: Rhonda Goldberg
    Associate Dean of Student Affairs

GW Chenari 000301