

## Transcript of **STEVEN LERMAN**

### **Date:** April 21, 2015

### **Case:** CHENARI v. GEORGE WASHINGTON UNIVERSITY

Planet Depos
Phone: 888-433-3767
Fax: 888-503-3767
Email: transcripts@planetdepos.com
Internet: www.planetdepos.com

Worldwide Court Reporting | Interpretation | Trial Services

DEPOSITION OF STEVEN LERMAN
CONDUCTED ON TUESDAY, APRIL 21, 2015

4 (Pages 13 to 16)

13

1    case, it would be the student disciplinary panel,
2    because the process is entirely different, or I could
3    alter the sanction.
4             MR. BACH:  All right.  Let's do
5    Exhibit Number 2.
6             (Lerman Deposition Exhibit Number 2 was
7    marked for identification and attached to the
8    transcript.)
9             BY MR. BACH:
10       Q    If you could review Exhibit Number 2
11   and let me know when you've had an opportunity to do
12   that.
13       A    I've reviewed it.
14       Q    Okay.  Thank you.
15            Do you recognize the document that's
16   been marked as Exhibit Number 2?
17       A    Yes.
18       Q    And what is this document?
19       A    This is a letter from me written to
20   Mr. Chenari informing him of my review of the
21   dismissal -- of the appeal that he had made with
22   respect to his dismissal from the School of Medicine

14

1    Health Sciences program in medicine.
2        Q    And in this letter, you uphold the
3    decision of the medical school to dismiss him from the
4    MD program?
5        A    First I informed him of my role in the
6    process which is, and I quote, from the regulations
7    for MD candidates informing him that my role is to
8    determine whether the procedures set forth had been
9    complied with.  And then I informed him I've read his
10   appeal letter, and then I informed him of my
11   conclusion, that all the procedures set forth and the
12   regulations were complied with, and therefore I am
13   upholding the decision made by the dean.
14       Q    Now, I know you've explained that you
15   have a very limited role in reviewing these appeals
16   for medical students.
17            If a student was to have informed you
18   in their appeal -- if a medical student was to have
19   informed you in their appeal that they have a
20   disability which accounted for the actions in which
21   they're being dismissed for, would that factor into
22   your consideration at all?

15

1             MR. McCONNELL:  Objection as to
2    relevance and foundation, because I don't think
3    there's anything in the record to suggest that that
4    occurred here, but subject to that, you may answer.
5             THE WITNESS:  Okay.  So you're
6    asking a purely hypothetical question?
7             BY MR. BACH:
8        Q    Sure.
9        A    And I guess my answer would be, it
10   would depend very much on the specifics of the case;
11   that it would be very hard to answer it in purely
12   abstract.  A hypothetical circumstance of a mythical
13   student and a mythical disability.  So I can't answer
14   the question --
15       Q    Okay.
16       A    -- in a meaningful way that would be
17   relevant or reflect what actually would happen.
18       Q    Okay.  Well, the reason I asked is,
19   would you agree that that would be something that
20   would be outside of the due process scope of what
21   you're looking at on appeals from a medical student?
22       A    It would be outside due process, but --

16

1    well, yes, it would be outside the question of
2    process.
3        Q    Okay.  In your role on this particular
4    appeal, was it your job to determine whether or not
5    cheating had taken place?
6        A    No, actually.  My role here was to
7    determine whether the process had been followed as
8    pursuant to the regulations for MD candidates.
9        Q    Do you have an understanding as to who
10   would be responsible for -- strike that.  I'll form
11   that in a better way.
12            Do you have an understanding as to who
13   determines whether the student is responsible for the
14   allegations that are made against them when we're
15   talking about a medical student?
16       A    As -- I guess I need some clarification
17   on what you mean by "who is responsible."
18       Q    Let's talk about this particular
19   situation.
20            Your responsibility is to ensure that
21   the process was followed.  Do you have an
22   understanding whose responsibility it is to ensure