**THE GEORGE WASHINGTON UNIVERSITY**
WASHINGTON, DC



Office of the Provost

July 8, 2013

*Via certified mail, return receipt requested, and e-mail*

Mr. Sina Chenari
10304 Mystic Meadow Way
Oakton, Virginia 22124

Re: Appeal of Dismissal

Dear Mr. Chenari:

I have reviewed the appeal of your dismissal from The George Washington University School of Medicine and Health Sciences which was submitted by letter from your attorney dated May 30, 2013.

Pursuant to Section G (17) of the Regulations for M.D. Candidates ("Regulations"), the scope of the appeal to the Provost/Executive Vice President for Academic Affairs is "to determine whether the procedures set forth in these Regulations have been complied with." Section G (18) further provides that my decision may be made on the written record of the proceedings.

In addition to the appeal letter that your counsel provided to me, I have reviewed all of the materials that were provided to the Medical Student Evaluation Committee (MSEC), the recommendation of the MSEC dated April 30, 2013, and the decision of Dean Jeffrey Akman dated May 22, 2013.

I have concluded that the Regulations were complied with in all respects and that you were afforded all of the due process rights set forth in the Regulations. There is also no basis for me to conclude that the decision to dismiss you was not an appropriate and just decision in the view of the Subcommittee, MSEC, and the Dean. Consequently, I am upholding the decision to dismiss you from the M.D. program.

Sincerely,

Steven R. Lerman
Provost

2121 I Street, NW | Rice Hall, Suite 813 | Washington, DC 20052
t 202-994-6510 | f 202-994-0709 | provost.gwu.edu

1

GW Chenari 000308



**THE GEORGE WASHINGTON UNIVERSITY**
WASHINGTON, DC

Sina Chenari <schenari@gwmail.gwu.edu>

## Letter from Provost Lerman

**GW Provost EVPAA** <gwprovost@gwu.edu>  
Reply-To: gwprovost@gwu.edu  
To: schenari@gwu.edu

Tue, Jul 9, 2013 at 3:54 PM

Please see the letter attached which is also being sent via UPS Next Day.

Thank you.

Office of the Provost

📎 **Letter to Chenari from Lerman 06092013.pdf**
   137K

Chenari 133