UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SINA CHENARI,<br><br>    Plaintiff,<br><br>  v.<br><br>GEORGE WASHINGTON UNIVERSITY<br><br>    Defendant. | Civil Action No. 14-929 (ABJ)<br><br>Judge Amy Berman Jackson |

### PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME AND TO MODIFY THE BRIEFING SCHEDULE

Pursuant to Fed. R. Civ. P. 6(b)(1) and 7(b), Plaintiff hereby moves this Honorable Court to modify the briefing schedule issued by the Court on January 29, 2015, by extending each of the remaining deadlines, as follows:

1. Plaintiff shall file his Opposition to Defendants' Motion for Summary Judgment on or before September 18, 2015.

2. Defendant shall file their Reply to Plaintiff's Opposition on or before October 2, 2015.

Plaintiff's Memorandum of Points and Authorities in support of this request is attached hereto and incorporated by reference herein.  A proposed Order also is attached hereto.

Pursuant to LCvR 7(m), the undersigned counsel discussed the instant motion by electronic mail on September 9, 2015, with opposing counsel, and are advised that Defendant does not oppose the relief requested herein.

///

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court:

A. Grant Plaintiff's Unopposed Motion for an Extension of Time and to Modify the Briefing Schedule, and

B. Grant Plaintiff's such other and further relief as the nature of its cause may require.

Dated: September 10, 2015            Respectfully submitted,

  /s/ Jason J. Bach_____
Jason J. Bach, Esq.
**THE BACH LAW FIRM, LLC**
D.C. Bar No.: 974126, *pro hac vice*
7881 W. Charleston Blvd., Suite 165
Las Vegas, Nevada 89117
Telephone: (702) 925-8787
Facsimile: (702) 925-8788
Email:  jbach@bachlawfirm.com
and
Tracy D. Rezvani, Esq.
Rezvani Volin, P.C.
1050 Connecticut Avenue, N.W., 10th Floor
Washington, D.C. 20036
Office: 202-350-4270 x 101
Fax: 202-351-0544
Email: trezvani@rezvanivolin.com
*Counsel for Plaintiff Sina Chenari*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 10th day of September 2015, that the foregoing Unopposed Motion for an Extension of Time and to Modify the Briefing Schedule, Memorandum of Points and Authorities and proposed form of Order was served via ECF to counsel of record:

    Nicholas S. McConnell (D.C. Bar #167742)
    Allyson C. Kitchel (D.C. Bar #496687)
    Jackson & Campbell, P.C.
    1120-20th Street, N.W. (Suite 300 S.)
    Washington, D.C. 20036
    Office: 202-457-1600
    Fax: 202-457-1678

    /s/  Jason J. Bach
    Jason J. Bach, Esq.
    **THE BACH LAW FIRM, LLC**
    D.C. Bar No.: 974126, *pro hac vice*
    7881 W. Charleston Blvd., Suite 165
    Las Vegas, Nevada 89117
    Telephone: (702) 925-8787
    Facsimile: (702) 925-8788
    Email:  jbach@bachlawfirm.com
    and
    Tracy D. Rezvani, Esq.
    Rezvani Volin, P.C.
    1050 Connecticut Avenue, N.W., 10th Floor
    Washington, D.C. 20036
    Office: 202-350-4270 x 101
    Fax: 202-351-0544
    Email: trezvani@rezvanivolin.com
    *Counsel for Plaintiff Sina Chenari*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SINA CHENARI,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GEORGE WASHINGTON UNIVERSITY<br><br>　　　　　Defendant. | Civil Action No. 14-929 (ABJ)<br><br>Judge Amy Berman Jackson |

**MEMORDANUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME AND TO MODIFY THE BRIEFING SCHEDULE**

Plaintiff, Sina Chenari, by and through undersigned counsel, respectfully submits this Memorandum of Points and Authorities in Support of its Motion for an Extension of Time and to Modify the Briefing Schedule, pursuant to Fed. R. Civ. P. 6(b)(1) and 7(b). A proposed Order is attached hereto.

In support of the instant motion, and for its good cause shown, Plaintiff states as follows:

1.　Pursuant to a Minute Order, dated January 29, 2015, the Court ordered that: (1) Any Disposition Motions shall be filed by August 10, 2015; (2) Oppositions are due by September 10, 2015; (3) Replies are due by September 24, 2015.

2.　In accordance with the above schedule, Defendant, George Washington University filed their Motion for Summary Judgment on August 10, 2015.

3.　As a result of technical issues, unanticipated travel for Plaintiff's counsel to attend a federal court hearing in Hammond, Indiana and a previously set oral argument before the United States Court of Appeals for the Second Circuit to take place on September 15, 2015, Plaintiff

4

submits this request for an extension up to and including September 18, 2015, to file his Opposition to Defendant's Motion for Summary Judgment.

4. There is no prejudice to Defendant in this brief extension. Indeed, in order to accommodate the requested extension, Plaintiff has agreed to provide Defendant up to and including October 2, 2015, to reply to Plaintiff's Opposition. As a result, Defendant does not oppose the relief sought herein.

5. The extension of time requested in this motion is not sought for any improper purpose but to insure there is an efficient and workable schedule in place to complete briefing with respect to Defendant's dispositive motion.

6. Plaintiff submits that the above represents good cause for the requested enlargement of time under Fed. R. Civ. P. 6(b)(1).

///

///

///

///

///

7. Based on the above, Plaintiff respectfully request that this Honorable Court enter an order pursuant to Fed. R. Civ. P. 6(b)(1), to amend the briefing schedule such that each of remaining deadlines are extended as detailed herein.

Dated: September 10, 2015        Respectfully submitted,

 /s/ Jason J. Bach
Jason J. Bach, Esq.
**THE BACH LAW FIRM, LLC**
D.C. Bar No.: 974126, *pro hac vice*
7881 W. Charleston Blvd., Suite 165
Las Vegas, Nevada 89117
Telephone: (702) 925-8787
Facsimile: (702) 925-8788
Email:  jbach@bachlawfirm.com
and
Tracy D. Rezvani, Esq.
Rezvani Volin, P.C.
1050 Connecticut Avenue, N.W., 10th Floor
Washington, D.C. 20036
Office: 202-350-4270 x 101
Fax: 202-351-0544
Email: trezvani@rezvanivolin.com
*Counsel for Plaintiff Sina Chenari*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SINA CHENARI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GEORGE WASHINGTON UNIVERSITY<br><br>　　　　Defendant. | Civil Action No. 14-929 (ABJ)<br><br>Judge Amy Berman Jackson |

## ORDER

Upon consideration of Plaintiff's Unopposed Motion for an Extension of Time and to Modify the Briefing Schedule, it is hereby:

**ORDERED** that the motion is GRANTED, and it is further

**ORDERED** that Plaintiff shall file his Opposition to Defendant George Washington University's Motion for Summary Judgment on or before September 18, 2015; and

**ORDERED** that Defendant shall reply to Plaintiff's Opposition on or before October 2, 2015.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HONORABLE AMY BERMAN JACKSON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

7