# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SINA CHENARI, | |
| Plaintiff, | Civil Action No. 14-929  (ABJ) |
| v. | Judge Amy Berman Jackson |
| GEORGE WASHINGTON UNIVERSITY, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL

The Clerk of the Court will please withdraw the appearance of Allyson C. Kitchel, as counsel of record for Defendant George Washington University.

Respectfully submitted,

JACKSON & CAMPBELL, P.C.

/s/ *Allyson C. Kitchel*
Nicholas S. McConnell (D.C. Bar #167742)
Allyson C. Kitchel (D.C. Bar #496687)
JACKSON & CAMPBELL, P.C.
1120-20TH Street, N.W. (Suite 300 S.)
Washington, D.C.  20036
(T) (202) 457-1600
(F) (202) 457-1678
nmcconnell@jackscamp.com
akitchel@jackscamp.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify on this 18th day of September, 2015 that the foregoing Notice of Withdrawal was served via ECF to counsel of record:

>Tracy D. Rezvani, P.C.
>Rezvani Volin & Rotbert, P.C.
>1050 Connecticut Avenue, N.W., 10th Floor
>Washington, D.C. 20036
>
>Jason J. Bach, Esq.
>The Bach Law Firm, LLC
>7881 W. Charleston Boulevard, Suite 165
>Las Vegas, NV 89117
>
>*Counsel for Plaintiff*

/s/ Allyson C. Kitchel
Allyson C. Kitchel (D.C. Bar #496687)