**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SINA CHENARI, | |
| Plaintiff, | Civil Action No. 14-929  (ABJ) |
| v. | Judge Amy Berman Jackson |
| GEORGE WASHINGTON UNIVERSITY, | |
| Defendant. | |

**ENTRY OF APPEANCE OF COUNSEL FOR DEFENDANT**
**GEORGE WASHINGTON UNIVERSITY**

Please take notice that Pursuant to Local Civil Rule 83.6(c), the undersigned hereby enters his appearance in the above-captioned matter as counsel for Defendant George Washington University.

Respectfully submitted,

JACKSON & CAMPBELL, P.C.

/s/ *James N. Markels*
Nicholas S. McConnell (D.C. Bar #167742)
James N. Markels (D.C. Bar #982476)
JACKSON & CAMPBELL, P.C.
1120-20TH Street, N.W. (Suite 300 S.)
Washington, D.C.  20036
(T) (202) 457-1600
(F) (202) 457-1678
nmcconnell@jackscamp.com
jmarkels@jackscamp.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 18th day of September, 2015, I caused the foregoing to be electronically filed using this Court's ECF system, which will then send a notification of such filing by electronic mail to counsel of record for plaintiff:

    Tracy D. Rezvani, P.C.
    Rezvani Volin & Rotbert, P.C.
    1050 Connecticut Avenue, N.W., 10th Floor
    Washington, D.C. 20036

    Jason J. Bach, Esq.
    The Bach Law Firm, LLC
    7881 W. Charleston Boulevard, Suite 165
    Las Vegas, NV 89117

    *Counsel for Plaintiff*

    /s/  James N. Markels
    James N. Markels (D.C. Bar #982476)

3112028v.1