UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SINA CHENARI,<br><br>      Plaintiff,<br><br>v.<br><br>GEORGE WASHINGTON UNIVERSITY,<br><br>      Defendant. | CIVIL ACTION NO.: 14-929 (ABJ) |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT**

Plaintiff Sina Chenari, by and through his attorneys of record, hereby opposes the Motion for Summary Judgment (Doc. 18) filed by Defendant George Washington University. In support of his opposition, Chenari relies on the Memorandum of Points and Authorities, his Declaration in support of his opposition, and his Statement of Material Facts in Genuine Dispute which Preclude Summary Judgment, required by Local Rule 56.1.

Defendant's motion must be denied because its arguments, that Chenari's claims are baseless, are erroneous as a matter of fact and as a matter of law. In this case, there exist numerous material facts that are in genuine dispute as to Chenari's claims that Defendant (1) breached its contract with Chenari; (2) breached the implied covenant of good faith and fair dealing; (3) violated Chenari's rights under of Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 705(20); and (4) violated Chenari's rights under Title II of the Americans with Disabilities Act, 42 U.S.C. § 12101, *et. seq*. Accordingly, those claims must survive Defendant's summary judgment motion.

1

Mr. Chenari submits an appropriate proposed order with his opposition.

Respectfully submitted,

By: */s/ Jason J. Bach*
Jason J. Bach, Esq.
D.C. Bar No.: 974126, *pro hac vice*
THE BACH LAW FIRM, LLC
7881 W. Charleston, Suite 165
Las Vegas, NV 89117
Telephone: (702) 925-8787
Facsimile: (702) 925-8788
Email:  jbach@bachlawfirm.com

Tracy Rezvani, Esq.
REZVANI VOLIN P.C.
1050 Connecticut Avenue, N.W., 10th Floor
Washington, D.C. 20036
Telephone:  (202) 350-4270 x 101
Facsimile:  (202) 351-0544
Email:  trezvani@rezvanivolin.com

*Counsel for Plaintiff Sina Chenari*

Dated:  September 18, 2015

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 18th day of September, 2015, I caused true and correct copies of Plaintiff's Opposition to Defendant's Motion for Summary Judgment, a Memorandum of Points and Authorities in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment, the Declaration of Sina Chenari in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment, Plaintiff's Local Rule 56.1 Statement of Material Facts in Genuine Dispute Which Preclude Summary Judgment and a proposed Order to be filed with the Clerk of the Court using the CMF/ECF system, which will automatically send email notification of such filing to:

JACKSON & CAMPBELL, P.C.
Nicholas S. McConnell, Esq.
1120-20th Street, N.W., Suite 300 S.
Washington, D.C. 20036
nmcconnell@jackscamp.com
*Attorneys for Defendant*

          */s/ Jason J. Bach*
          JASON J. BACH