# Exhibit 1



Transcript of **SINA CHENARI**

**Date:** February 27, 2015

**Case:** CHENARI v. GEORGE WASHINGTON UNIVERSITY

Planet Depos, LLC
Phone: 888-433-3767
Fax: 888-503-3767
Email: transcripts@planetdepos.com
Internet: www.planetdepos.com

Court Reporting | Videography | Videoconferencing | Interpretation | Transcription

1

1              UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA

2

- - - - - - - - - - - - - - -x
3                                    :

SINA CHENARI,                        :

4                                    :

          Plaintiff,        :

5                                    :   Civil Action No.
        vs.                 :   14-929 (ABJ)

6                                    :   Judge Amy Berman

GEORGE WASHINGTON           :   Jackson

7  UNIVERSITY,                       :

                                     :

8          Defendant.      :

                                     :

9  - - - - - - - - - - - - - - -x

10

11

12

        Videotaped Deposition of SINA CHENARI

13

              Washington, D.C.

14

         Friday, February 27, 2015

15

              12:08 p.m.

16

17

18

19  Job No. 75447

20  Pages 1 - 248

21  Reported by:  Paula J. Eastes

22  Videographer:  Anthony Fields

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

2

1          Videotaped Deposition of SINA CHENARI, held

2     at the offices of:

3

4          JACKSON & CAMPBELL, P.C.

5          1120 20th Street, N.W.

6          Suite 300 South

7          Washington, D.C. 20036

8          (202) 457-1600

9

10

11

12

13

14

15

16

17          Pursuant to Notice, before Paula J.

18     Eastes, Court Reporter and Notary Public in and for

19     the District of Columbia.

20

21

22

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

3

1                    A P P E A R A N C E S

2

3        ON BEHALF OF THE PLAINTIFF:

4                JASON J. BACH, ESQUIRE

5                THE BACH LAW FIRM, LLC

6                7881 W. Charleston Boulevard

7                Suite 165

8                Las Vegas, Nevada 89117

9                (702) 925-8787

10

11       ON BEHALF OF THE DEFENDANT:

12                NICHOLAS S. McCONNELL, ESQUIRE

13                ALLYSON C. KITCHELL, ESQUIRE

14                JACKSON & CAMPBELL, P.C.

15                1120 20th Street, N.W.

16                Suite 300 South

17                Washington, D.C. 20036

18                (202) 457-1600

19

20       ALSO PRESENT:  MARY LYNN REED, Senior Counsel

21                        George Washington University

22

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

4

# C O N T E N T S

EXAMINATION OF SINA CHENARI                    PAGE

   By Mr. McConnell                           8

# E X H I B I T S

(Exhibits attached to the transcript.)

CHENARI DEPOSITION EXHIBITS                    PAGE

Exhibit 1     Medical Records of Dr. Durr      16

Exhibit 2     Report from Quest Diagnostics    27
              Lab Results

Exhibit 3     Medical Record of Dr. Durr       38
              8/5/10

Exhibit 4     Medical Record of Dr. Durr       39
              9/24/10

Exhibit 5     Ultrasound Report of Fairfax     42
              Radiological Consultants, P.C.

Exhibit 6     Medical Record of Dr. Durr       47
              1/11/11

Exhibit 7     Medical Record of Dr. Durr       84
              2/2/11

Exhibit 8     AMCAS Application Report          145
              2010 Entering Class

Exhibit 9     Disability Support Services       153
              Information

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

5

1                    E X H I B I T S
2              (Exhibits attached to the transcript.)
3    CHENARI DEPOSITION EXHIBITS                      PAGE
4    Exhibit 10    Resources for Students         158
                   Needing Academic, Personal,
5                  Or Mental Health Counseling
                   (Copy of Exhibit 10-A)
6
     Exhibit 10-A  Laminated Card of Resources    158
7                  For Students Needing
                   Academic, Personal, or Mental
8                      Health Counseling
9    Exhibit 11    Disability Support Services     166
                       Registration Packet
10
     Exhibit 12    Policy on GW SMHS M.D.          167
11                 Program Technical Standards
12   Exhibit 13    Disability Support Services     172
                   Guidelines for Documentation
13                 Of Attention-Deficit
                   Hyperactivity Disorders
14
     Exhibit 14    Class of 2014 First Year        185
15                     Survival Guide
16   Exhibit 15    E-Mail from Amy Pekol to        196
                   Students - Important Exam
17                     Information
18   Exhibit 16    Exam Guidelines                 199
19   Exhibit 17    Required Information Sheet       209
                   Policy Review Verification
20
     Exhibit 18    National Board of Medical       213
21                 Examiners Subject Examination
                       Program
22

6

1                E X H I B I T S

2           (Exhibits attached to the transcript.)

3    CHENARI DEPOSITION EXHIBITS                    PAGE

4     Exhibit 19  Chief Proctor's Manual            216

                  National Board of Medical

5                     Examiners

6     Exhibit 20  E-Mail Chain – Matthew Mintz      238

                  And Sina Chenari

7                 POM Remediation

8     Exhibit 21  E-Mail Chain – Sina Chenari,      241

                  Dean Goldberg, Dean Haywood

9                 Subject:  Developing a plan to

                  continue with medical school

10

      Exhibit 22  E-Mail from Andrea Flory to       245

11                    Sina Chenari

                  List of Pysch References

12

13

14

15

16

17

18

19

20

21

22

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

7

| | | |
|---|---|---|
| 1 | P R O C E E D I N G S | 12:07:57 |
| 2 | THE VIDEOGRAPHER:  Here beings Tape | 12:07:57 |
| 3 | Number 1 in the videotaped deposition of Sina Chenari | 12:08:09 |
| 4 | in the matter of Chenari versus George Washington | 12:08:14 |
| 5 | University in the United States District Court for the | 12:08:15 |
| 6 | District of Columbia, Case Number 14-929 (ABJ). | 12:08:15 |
| 7 | Today's date is February 27th, 2015.  The | 12:08:25 |
| 8 | time on the video monitor is 12:08.  The Videographer | 12:08:28 |
| 9 | today is Anthony Fields representing Planet Depos. | 12:08:28 |
| 10 | The video deposition is taking place at | 12:08:36 |
| 11 | 1120 20th Street, Northwest, Washington, D.C. 20036. | 12:08:39 |
| 12 | Would counsel please voice identify | 12:08:43 |
| 13 | themselves and state whom they represent? | 12:08:46 |
| 14 | MR. McCONNELL:  Yes. | 12:08:48 |
| 15 | Nicholas McConnell for George Washington | 12:08:49 |
| 16 | University. | 12:08:51 |
| 17 | MS. KITCHEL:  Allyson Kitchell also for | 12:08:51 |
| 18 | George Washington University. | 12:08:54 |
| 19 | MR. BACH:  Jason Bach, attorney for the | 12:08:54 |
| 20 | plaintiff Sina Chenari. | 12:08:58 |
| 21 | THE VIDEOGRAPHER:  The Court Reporter today | 12:09:00 |
| 22 | is Paula Eastes representing Planet Depos. | 12:09:00 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

8

| | | |
|---|---|---|
| 1 | Would you Reporter please swear in the | 12:09:03 |
| 2 | witness? | 12:09:03 |
| 3 | SINA CHENARI | 12:09:03 |
| 4 | having been duly sworn, testified as follows: | 12:09:03 |
| 5 | EXAMINATION BY COUNSEL FOR THE DEFENDANT | 12:09:14 |
| 6 | BY MR. McCONNELL: | 12:09:14 |
| 7 | Q    Good afternoon, Mr. Chenari. | 12:09:16 |
| 8 | Would you tell us your full name please? | 12:09:18 |
| 9 | A    My first name is Sina, S-I-N-A, last name | 12:09:20 |
| 10 | Chenari, C-H-E-N-A-R-I. | 12:09:23 |
| 11 | Q    Any middle name or initial? | 12:09:25 |
| 12 | A    No. | 12:09:26 |
| 13 | Q    Where do you presently reside? | 12:09:27 |
| 14 | A    I currently reside at 10304 Mystic Meadow | 12:09:29 |
| 15 | Way, Oakton, Virginia 22124. | 12:09:34 |
| 16 | Q    And who, if anyone, resides there with you | 12:09:37 |
| 17 | at this time? | 12:09:40 |
| 18 | A    At this time my father Abdol Rahim Chenari, | 12:09:40 |
| 19 | my mother Robabeh Chenari and my brother Nima Chenari. | 12:09:48 |
| 20 | MR. BACH:  Slow down. | 12:09:48 |
| 21 | THE WITNESS:  Sorry. | 12:09:49 |
| 22 | MR. BACH:  She has to take down everything | 12:09:51 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

9

| | | |
|---|---|---|
| 1 | you say. | 12:09:54 |
| 2 | BY MR. McCONNELL: | 12:09:58 |
| 3 | Q    How long have you lived at that address | 12:09:59 |
| 4 | with your mom, dad and sister? | 12:10:01 |
| 5 | A    Nima is my brother. | 12:10:05 |
| 6 | Q    Brother.  Sorry. | 12:10:08 |
| 7 | A    I have lived there since 1999, but in | 12:10:08 |
| 8 | between I lived in the dorms and stuff in college. | 12:10:15 |
| 9 | Q    Of course.  We will pick up on that during | 12:10:17 |
| 10 | the questioning today. | 12:10:21 |
| 11 | As you know, you are here today for your | 12:10:23 |
| 12 | deposition in the lawsuit you filed against the | 12:10:26 |
| 13 | University.  This is our opportunity to inquire of you | 12:10:28 |
| 14 | of any factual information you may have that may be | 12:10:32 |
| 15 | relevant in any way to the claims you have made. | 12:10:35 |
| 16 | If at any time I ask you a question today | 12:10:38 |
| 17 | that is confusing or you don't understand, and I will | 12:10:40 |
| 18 | never intend to do that but it can happen, if I do and | 12:10:43 |
| 19 | you don't understand the question please let me know. | 12:10:46 |
| 20 | All right? | 12:10:49 |
| 21 | A    Okay. | 12:10:50 |
| 22 | Q    Okay. | 12:10:51 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

10

| | | |
|---|---|---|
| 1 | You need to answer questions verbally | 12:10:51 |
| 2 | because we have a Court Reporter who needs to take | 12:10:53 |
| 3 | down verbal responses.  This is also being recorded by | 12:10:55 |
| 4 | videography, but the Court Reporter needs a verbal | 12:11:00 |
| 5 | answer for the transcript as well. | 12:11:02 |
| 6 | A    Okay. | 12:11:04 |
| 7 | Q    If at any time today you want to take a | 12:11:04 |
| 8 | break for any reason let us know.  This is not a | 12:11:07 |
| 9 | personal discomfort contest in any way at all.  So let | 12:11:11 |
| 10 | me know and we will take a break. | 12:11:13 |
| 11 | Because you are under examination by | 12:11:14 |
| 12 | adverse counsel in a legal proceeding during breaks | 12:11:17 |
| 13 | you are not permitted to speak with your counsel about | 12:11:19 |
| 14 | the substance of your testimony today. | 12:11:22 |
| 15 | All right? | 12:11:23 |
| 16 | A    Okay. | 12:11:24 |
| 17 | Q    So if we take a break that is off-limits. | 12:11:24 |
| 18 | You can otherwise speak with your attorney, of course, | 12:11:28 |
| 19 | on other matters other than as it relates to your | 12:11:30 |
| 20 | testimony. | 12:11:32 |
| 21 | Any questions about how we will proceed? | 12:11:33 |
| 22 | A    No. | 12:11:39 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

11

1    Q    Are you on any medications or have any          12:11:41

2    other reasons why you would not be able to listen to  12:11:45

3    my questions fully and answer them capably and        12:11:48

4    competently?  Any reasons at all you can't give full  12:11:51

5    and accurate testimony today?                         12:11:55

6    A    Can you elaborate on the question?  You are      12:11:56

7    asking if I am on any medications or if I am unable    12:11:57

8    to?                                                   12:11:59

9    Q    Are you on any medications that would in         12:11:59

10   any way affect your ability to listen to my questions 12:12:01

11   and give full, truthful testimony in response to      12:12:04

12   questions?                                            12:12:08

13   A    No.                                              12:12:09

14   Q    Any other reason you would not be able to        12:12:09

15   listen to my questions and answer them fully and      12:12:11

16   truthfully?                                           12:12:15

17   A    No.                                              12:12:15

18   Q    I understand from records that have been         12:12:21

19   produced that your current personal physician is a    12:12:23

20   Dr. Paul Durr, D-U-R-R, correct?                      12:12:27

21   A    Correct.                                         12:12:29

22   Q    When did you first contact Dr. Durr?             12:12:31

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

12

| | | |
|---|---|---|
| 1 | A    Can you elaborate on that question? | 12:12:36 |
| 2 | Q    Sure. | 12:12:38 |
| 3 | When is the first time you ever had any | 12:12:39 |
| 4 | reason to speak with anyone in Dr. Durr's office or | 12:12:41 |
| 5 | with Dr. Durr himself? | 12:12:44 |
| 6 | A    Are you asking when was my first time | 12:12:47 |
| 7 | seeing Dr. Durr? | 12:12:50 |
| 8 | Q    What was your first contact with his | 12:12:51 |
| 9 | office?  How did that come about? | 12:12:53 |
| 10 | A    Before medical school started we needed to | 12:12:57 |
| 11 | get a check on our immunizations for admittance to | 12:13:02 |
| 12 | medical school. | 12:13:10 |
| 13 | Q    So the reason for contacting Dr. Durr | 12:13:11 |
| 14 | essentially was there was a medical sort of clearance | 12:13:13 |
| 15 | process with your admission to medical school? | 12:13:16 |
| 16 | A    Correct. | 12:13:19 |
| 17 | Q    Before that when was the last time you had | 12:13:20 |
| 18 | seen any doctor for any reason?  Who was the doctor? | 12:13:22 |
| 19 | A    I really don't recall. | 12:13:27 |
| 20 | Q    Would that go all the way back probably to | 12:13:29 |
| 21 | childhood? | 12:13:30 |
| 22 | MR. BACH:  I object to the form of the | 12:13:35 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

13

| | | |
|---|---|---|
| 1 | question. | 12:13:36 |
| 2 | BY MR. McCONNELL: | 12:13:37 |
| 3 | Q   I mean I am assuming at some time. | 12:13:37 |
| 4 | A   I have been to physicians before. | 12:13:40 |
| 5 | Q   All right. | 12:13:43 |
| 6 | A   Okay. | 12:13:43 |
| 7 | Q   Let's go back. | 12:13:45 |
| 8 | Before Dr. Durr when was the next previous | 12:13:45 |
| 9 | time you had seen a physician for any reason? | 12:13:48 |
| 10 | I don't need to know the reason, but when | 12:13:51 |
| 11 | did you last see a physician? | 12:13:53 |
| 12 | A   I believe I had seen my pediatrician in | 12:14:06 |
| 13 | undergrad for a routine checkup or for -- I don't know | 12:14:09 |
| 14 | the reason why. | 12:14:13 |
| 15 | Q   Who was your pediatrician? | 12:14:15 |
| 16 | A   Dr. Bahman Shahin. | 12:14:20 |
| 17 | Q   B-A-H-M-A-N? | 12:14:23 |
| 18 | A   Correct. | 12:14:26 |
| 19 | Q   And can you help us with the last name? | 12:14:26 |
| 20 | How is that spelled? | 12:14:28 |
| 21 | A   S-H-A-H-I-N. | 12:14:29 |
| 22 | Q   And where was Dr. Shahin's office? | 12:14:33 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

14

| | | |
|---|---|---|
| 1 | A    In I believe Vienna, Virginia. | 12:14:41 |
| 2 | Q    Other than just any normal childhood | 12:14:47 |
| 3 | illnesses or flu shots or other types of vaccinations | 12:14:51 |
| 4 | and so forth had you seen Dr. Shahin for anything as a | 12:14:55 |
| 5 | young person? | 12:14:59 |
| 6 | A    Can you elaborate on the question? | 12:15:02 |
| 7 | Q    Sure. | 12:15:04 |
| 8 | Other than routine visits did you see | 12:15:05 |
| 9 | Dr. Shahin for any other reason at all at any time? | 12:15:07 |
| 10 | A    I cannot recall. | 12:15:12 |
| 11 | Q    Had Dr. Shahin been your pediatrician | 12:15:18 |
| 12 | effectively all the time you were a young person? | 12:15:21 |
| 13 | A    I may have seen -- I don't know of any. | 12:15:28 |
| 14 | Maybe when I was a baby maybe I had different | 12:15:31 |
| 15 | physicians.  I don't remember.  He is the one I | 12:15:33 |
| 16 | remember all throughout my childhood. | 12:15:35 |
| 17 | Q    Other than Dr. Shahin throughout your | 12:15:42 |
| 18 | childhood do you have any recollection of seeing any | 12:15:44 |
| 19 | other healthcare provider at any time for any reason? | 12:15:47 |
| 20 | A    I think I had seen a dermatologist for a | 12:15:53 |
| 21 | skin condition. | 12:16:01 |
| 22 | Q    I don't need to know the reason. | 12:16:01 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

15

| | | |
|---|---|---|
| 1 | So you had seen a dermatologist.  Any other | 12:16:03 |
| 2 | healthcare providers you saw at any time throughout | 12:16:05 |
| 3 | your childhood other than your pediatrician | 12:16:08 |
| 4 | Dr. Shahin? | 12:16:11 |
| 5 | A    I don't recall. | 12:16:12 |
| 6 | Q    And you told us you first saw Dr. Durr as | 12:16:17 |
| 7 | part of the admission process for medical school, | 12:16:21 |
| 8 | correct? | 12:16:24 |
| 9 | A    After I had been admitted to medical school | 12:16:26 |
| 10 | to get certified that I had all the required | 12:16:30 |
| 11 | immunizations and everything for admission. | 12:16:32 |
| 12 | Q    Do you recall the specific date of that | 12:16:42 |
| 13 | first meeting with Dr. Durr? | 12:16:44 |
| 14 | A    Do I recall the specific date? | 12:16:51 |
| 15 | Q    Yes. | 12:16:52 |
| 16 | Do you happen to recall the date or not? | 12:16:53 |
| 17 | A    No.  I would have to check. | 12:16:57 |
| 18 | Q    It is okay if you don't recall the date. | 12:16:58 |
| 19 | If you do that is helpful to know, but we certainly | 12:17:01 |
| 20 | have information that helps us fix that date. | 12:17:06 |
| 21 | According to the records you first saw | 12:17:13 |
| 22 | Dr. Durr on August 3, 2010.  Does that seem correct to | 12:17:19 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

16

| | | |
|---|---|---|
| 1 | you? | 12:17:27 |
| 2 | A    I would have to check my records to | 12:17:27 |
| 3 | confirm. | 12:17:32 |
| 4 | Q    But does that date seem about right to you? | 12:17:32 |
| 5 | A    The year seems about right.  2010. | 12:17:37 |
| 6 | Q    And does the month seem about right?  Was | 12:17:39 |
| 7 | that right before you were going into medical school? | 12:17:41 |
| 8 | A    I can confirm.  If you give me the records | 12:17:43 |
| 9 | I can confirm. | 12:17:46 |
| 10 | Q    Sure.  I will be happy to do that. | 12:17:46 |
| 11 | MR. McCONNELL:  I will have the Court | 12:17:54 |
| 12 | Reporter mark as Deposition Exhibit Number 1 this | 12:17:56 |
| 13 | document. | 12:17:58 |
| 14 | (Chenari Exhibit 1 was marked for | 12:17:59 |
| 15 | identification and is attached to the deposition | 12:17:59 |
| 16 | transcript.) | 12:18:09 |
| 17 | BY MR. McCONNELL: | 12:18:09 |
| 18 | Q    We have had the Court Reporter mark and you | 12:18:11 |
| 19 | now have before you a three page document.  Four pages | 12:18:14 |
| 20 | actually.  Four pages. | 12:18:21 |
| 21 | The first page looks to be sort of an | 12:18:22 |
| 22 | intake patient history form, correct? | 12:18:25 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

17

| | | |
|---|---|---|
| 1 | A    I don't know what type of form it is.  It | 12:18:30 |
| 2 | is a doctor form. | 12:18:32 |
| 3 | Q    It is a doctor form. | 12:18:33 |
| 4 | Look down at the bottom of the doctor form. | 12:18:34 |
| 5 | Does that form on the first page have your signature | 12:18:37 |
| 6 | on it? | 12:18:40 |
| 7 | A    Correct. | 12:18:42 |
| 8 | Q    And is that right above your signature, is | 12:18:45 |
| 9 | that date August 3, 2010? | 12:18:48 |
| 10 | A    Yes. | 12:18:59 |
| 11 | Q    If you look at the last page I will | 12:19:00 |
| 12 | represent to you that those have been produced to us | 12:19:02 |
| 13 | as Dr. Durr's handwritten notes of this visit.  It | 12:19:06 |
| 14 | looks like the top of that page is also dated | 12:19:09 |
| 15 | August 3, 2010, correct? | 12:19:11 |
| 16 | A    Correct. | 12:19:13 |
| 17 | Q    And it indicates that the purpose of the | 12:19:14 |
| 18 | visit is a new patient general checkup, correct? | 12:19:16 |
| 19 | Right at the top of the page. | 12:19:28 |
| 20 | A    It says at the top new patient general | 12:19:30 |
| 21 | checkup, immunizations for medical school. | 12:19:32 |
| 22 | Q    Correct. | 12:19:36 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

18

| | | |
|---|---|---|
| 1 | So does that all coincide with your | 12:19:37 |
| 2 | recollection that you had this first visit with | 12:19:40 |
| 3 | Dr. Durr on August 3, 2010?  Does that seem right to | 12:19:42 |
| 4 | you? | 12:19:46 |
| 5 | A    That seems about right. | 12:19:46 |
| 6 | Q    As part of that you did fill out this | 12:19:47 |
| 7 | physician patient statement of medical conditions and | 12:19:53 |
| 8 | so forth and signed it on that date as part of the | 12:19:56 |
| 9 | intake process for Dr. Durr? | 12:19:59 |
| 10 | Correct? | 12:20:01 |
| 11 | A    Correct. | 12:20:02 |
| 12 | Q    And on that you were asked if you had | 12:20:04 |
| 13 | experienced any of the following in the last six | 12:20:06 |
| 14 | months and you went down the checklist and responded | 12:20:08 |
| 15 | to those questions by various body systems, correct? | 12:20:11 |
| 16 | A    Correct. | 12:20:17 |
| 17 | Q    At this point were you being truthful and | 12:20:18 |
| 18 | candid and honest with Dr. Durr? | 12:20:21 |
| 19 | A    To the best of my ability yes. | 12:20:26 |
| 20 | But this form I mean -- | 12:20:28 |
| 21 | Q    Were you hiding anything from Dr. Durr? | 12:20:31 |
| 22 | A    I don't believe so.  But I don't know. | 12:20:33 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

19

| | | |
|---|---|---|
| 1 | I mean I don't know, you know.  I didn't | 12:20:38 |
| 2 | know what I was answering.  I wasn't in medical | 12:20:40 |
| 3 | school. | 12:20:44 |
| 4 | Q    You didn't know what?  What did you say? | 12:20:45 |
| 5 | A    I filled out this form to the best of my | 12:20:47 |
| 6 | ability.  I guess some of the conditions I just didn't | 12:20:49 |
| 7 | know. | 12:20:54 |
| 8 | Q    All right. | 12:20:55 |
| 9 | Under Psychiatric there was a question | 12:20:56 |
| 10 | whether you had issues with memory loss or confusion, | 12:20:58 |
| 11 | correct? | 12:21:01 |
| 12 | A    Correct. | 12:21:02 |
| 13 | Q    And you circled no, correct? | 12:21:02 |
| 14 | A    Correct. | 12:21:04 |
| 15 | Q    Was that a truthful statement? | 12:21:05 |
| 16 | A    I responded no. | 12:21:10 |
| 17 | Q    Was it truthful? | 12:21:11 |
| 18 | A    I responded no to the question. | 12:21:16 |
| 19 | Q    That is a different question. | 12:21:17 |
| 20 | When you responded no were you being | 12:21:19 |
| 21 | truthful with Dr. Durr? | 12:21:21 |
| 22 | A    Yes. | 12:21:27 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

20

| | | |
|---|---|---|
| 1 | Q    The next question you were asked is whether | 12:21:27 |
| 2 | you had any problems with nervousness and you circled | 12:21:29 |
| 3 | no.  Again did you do that? | 12:21:33 |
| 4 | A    I circled no. | 12:21:35 |
| 5 | Q    And were you being truthful? | 12:21:37 |
| 6 | A    I was being truthful. | 12:21:49 |
| 7 | Q    And then under the Psychiatric portion of | 12:21:51 |
| 8 | this you were asked whether you had problems in the | 12:21:54 |
| 9 | last six months with depression.  Again you circled | 12:21:56 |
| 10 | no, correct? | 12:21:59 |
| 11 | A    Correct. | 12:22:00 |
| 12 | Q    Were you being truthful? | 12:22:00 |
| 13 | A    Yes. | 12:22:02 |
| 14 | Q    And then finally you were asked if you ever | 12:22:03 |
| 15 | had any sleep problems in the last six months and | 12:22:05 |
| 16 | again you circled no, correct? | 12:22:08 |
| 17 | A    I did circle no. | 12:22:10 |
| 18 | Q    And were you being truthful? | 12:22:11 |
| 19 | A    Yes. | 12:22:13 |
| 20 | Q    Tell me about this first visit with | 12:22:17 |
| 21 | Dr. Durr to get your pre-medical school clearance | 12:22:20 |
| 22 | immunizations and so forth. | 12:22:23 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

21

| | | |
|---|---|---|
| 1 | How long were you actually with Dr. Durr | 12:22:26 |
| 2 | that day? | 12:22:28 |
| 3 | A    I don't recall. | 12:22:29 |
| 4 | Q    Give me your best estimate in terms of | 12:22:30 |
| 5 | whatever physical exam he performed and information he | 12:22:34 |
| 6 | obtained from you how long would that have been | 12:22:37 |
| 7 | ballpark. | 12:22:40 |
| 8 | A    Less than an hour. | 12:22:43 |
| 9 | Q    Likely that you were actually with Dr. Durr | 12:22:45 |
| 10 | less than 20 minutes? | 12:22:47 |
| 11 | A    I don't recall. | 12:22:49 |
| 12 | Q    So other than less than an hour you don't | 12:22:51 |
| 13 | know how long you were with Dr. Durr? | 12:22:53 |
| 14 | A    I don't recall. | 12:22:55 |
| 15 | Q    Did Dr. Durr perform a physical exam that | 12:22:58 |
| 16 | day from your own recollection? | 12:23:01 |
| 17 | A    Yes. | 12:23:08 |
| 18 | Q    All right. | 12:23:09 |
| 19 | Briefly what type of an exam was that? | 12:23:10 |
| 20 | A    I don't recall. | 12:23:14 |
| 21 | Q    Did it seem to you to have been sort of a | 12:23:26 |
| 22 | routine general overall physical exam?  Do you have a | 12:23:29 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

22

| | | |
|---|---|---|
| 1 | recollection of that having happened? | 12:23:32 |
| 2 | A    We had a physical exam. | 12:23:37 |
| 3 | Q    Have you yourself ever performed a general | 12:23:43 |
| 4 | physical exam? | 12:23:46 |
| 5 | A    Yes. | 12:23:47 |
| 6 | Q    So you know at this point what is involved | 12:23:48 |
| 7 | in a general physical exam, sort of a screening | 12:23:50 |
| 8 | physical exam, right? | 12:23:53 |
| 9 | A    I am generally aware what a physical exam | 12:23:55 |
| 10 | entails. | 12:23:59 |
| 11 | Q    Did Dr. Durr get a brief history from you | 12:24:03 |
| 12 | and ask you how you were doing at the beginning of the | 12:24:09 |
| 13 | meeting? | 12:24:11 |
| 14 | A    He got a brief, you know, history. | 12:24:18 |
| 15 | Q    What did you tell him? | 12:24:21 |
| 16 | A    I don't recall entirely.  I don't recall. | 12:24:26 |
| 17 | Q    Did you tell him that in general you were | 12:24:28 |
| 18 | doing well? | 12:24:31 |
| 19 | A    Yes.  According to this. | 12:24:34 |
| 20 | Q    Right. | 12:24:39 |
| 21 | Dr. Durr has documented that, hasn't he? | 12:24:40 |
| 22 | A    Yes. | 12:24:44 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

23

| | | |
|---|---|---|
| 1 | Q    Right in his note. | 12:24:44 |
| 2 | Do you have any recollection of anything | 12:24:45 |
| 3 | that happened during this first meeting with Dr. Durr | 12:24:48 |
| 4 | other than what may be documented in the notes at all? | 12:24:50 |
| 5 | A    Can you repeat that question? | 12:24:53 |
| 6 | Q    Sure. | 12:24:55 |
| 7 | Do you recall, for example, actually | 12:24:55 |
| 8 | filling out the form which is page 1 of Exhibit 1?  Do | 12:24:56 |
| 9 | you recall doing that? | 12:24:59 |
| 10 | A    It has my signature.  I assume it was me. | 12:24:59 |
| 11 | Q    Well, because it bears your signature it | 12:25:03 |
| 12 | signifies that you did do it.  Do you actually have a | 12:25:07 |
| 13 | recollection as you sit here today of having filled | 12:25:09 |
| 14 | out the form? | 12:25:12 |
| 15 | A    Yes. | 12:25:16 |
| 16 | Q    And do you have a recollection of your | 12:25:18 |
| 17 | interaction with Dr. Durr on August 3, 2010? | 12:25:20 |
| 18 | You do recall being in his presence, | 12:25:26 |
| 19 | correct? | 12:25:28 |
| 20 | A    Correct. | 12:25:28 |
| 21 | Q    Tell me what you do recall about the time | 12:25:28 |
| 22 | you were with Dr. Durr.  What happened? | 12:25:31 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

24

| | | |
|---|---|---|
| 1 | A    Can you elaborate like in what regard? | 12:25:33 |
| 2 | Q    Just tell me what you recall about that | 12:25:36 |
| 3 | first meeting with Dr. Durr. | 12:25:38 |
| 4 | A    I recall seeing Dr. Durr for a checkup and | 12:25:40 |
| 5 | for my immunizations for medical school. | 12:25:45 |
| 6 | Q    Did you discuss or express any other | 12:25:49 |
| 7 | problems or concerns to Dr. Durr at that time other | 12:25:51 |
| 8 | than you wanted a general checkup and you needed | 12:25:55 |
| 9 | immunizations? | 12:25:57 |
| 10 | A    I don't recall. | 12:26:01 |
| 11 | Q    Looking at Dr. Durr's notes it indicates he | 12:26:05 |
| 12 | did what is abbreviated as ROS.  Would you agree that | 12:26:10 |
| 13 | probably stands for review of systems? | 12:26:15 |
| 14 | A    I don't know what his acronym is. | 12:26:17 |
| 15 | Q    Okay. | 12:26:17 |
| 16 | A    But that is my understanding of what ROS | 12:26:19 |
| 17 | stands for. | 12:26:22 |
| 18 | Q    I mean that is a fairly generally accepted | 12:26:22 |
| 19 | shorthand among physicians, is it not? | 12:26:26 |
| 20 | A    I am not a physician though. | 12:26:29 |
| 21 | But yes.  It is my understand ROS stands | 12:26:29 |
| 22 | for review of systems. | 12:26:33 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

25

| | | |
|---|---|---|
| 1 | Q    Did you yourself ever use ROS when you were | 12:26:33 |
| 2 | a medical student in training as an abbreviation? | 12:26:36 |
| 3 | A    I believe in all the forms we filled out it | 12:26:47 |
| 4 | was always there.  I might have used it.  I don't | 12:26:49 |
| 5 | recall. | 12:26:55 |
| 6 | Q    I mean ROS wouldn't be something that is a | 12:26:56 |
| 7 | cause for confusion or misunderstanding among people | 12:27:01 |
| 8 | who have been in the medical system long enough to | 12:27:03 |
| 9 | have some training, would it? | 12:27:05 |
| 10 | MR. BACH:  Objection.  Calls for | 12:27:08 |
| 11 | speculation. | 12:27:09 |
| 12 | BY MR. McCONNELL: | 12:27:11 |
| 13 | Q    But you can answer. | 12:27:12 |
| 14 | I mean is ROS something that is sort of a | 12:27:13 |
| 15 | curve ball for physicians or medical students? | 12:27:17 |
| 16 | A    No. | 12:27:19 |
| 17 | According to you a sense of review of | 12:27:21 |
| 18 | systems. | 12:27:23 |
| 19 | Q    It is common parlance, isn't it? | 12:27:23 |
| 20 | A    I believe so. | 12:27:26 |
| 21 | Q    And just looking through Dr. Durr's notes, | 12:27:29 |
| 22 | it looks as if you had a fairly normal physical exam. | 12:27:31 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

26

| | | |
|---|---|---|
| 1 | Everything here seems to be intact and so forth. | 12:27:35 |
| 2 | Regular rates rhythm for your cardiac exam and so | 12:27:40 |
| 3 | forth.  Your abdomen is soft, non-tender, and so | 12:27:43 |
| 4 | forth. | 12:27:47 |
| 5 | You see that, those notes of Dr. Durr, on | 12:27:47 |
| 6 | page 4, correct? | 12:27:50 |
| 7 | A    Those are his notes.  Yes. | 12:27:52 |
| 8 | Q    All right. | 12:27:56 |
| 9 | His assessment is documented as routine | 12:27:57 |
| 10 | physical exam, routine PE, correct? | 12:27:59 |
| 11 | A    Correct. | 12:28:02 |
| 12 | Q    And there was a plan to check some labs for | 12:28:03 |
| 13 | follow-up and it looks like you were to increase the | 12:28:06 |
| 14 | level of your exercise.  I guess you discussed that | 12:28:11 |
| 15 | with Dr. Durr. | 12:28:14 |
| 16 | Do you see the arrow up exercise? | 12:28:16 |
| 17 | A    Uh-huh. | 12:28:16 |
| 18 | Q    Correct? | 12:28:18 |
| 19 | A    Correct.  That is what he wrote. | 12:28:20 |
| 20 | Q    It says, I think it says, PPD due.  Do you | 12:28:29 |
| 21 | know what PPD stands for? | 12:28:33 |
| 22 | Done.  PPD done I think perhaps.  Do you | 12:28:36 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

27

| | | |
|---|---|---|
| 1 | know what that stands for? | 12:28:39 |
| 2 | A    I believe that stands for the test for | 12:28:41 |
| 3 | tuberculosis. | 12:28:48 |
| 4 | Q    And right below it do you agree that it | 12:28:48 |
| 5 | looks like he has documented needs capital TB, | 12:28:50 |
| 6 | correct? | 12:28:55 |
| 7 | A    That is what he documented.  Correct. | 12:28:55 |
| 8 | Q    Now, at page 2 of this document right at | 12:29:05 |
| 9 | the top third of the page there is a block marked | 12:29:13 |
| 10 | Chronic Problem List/Date Diagnosed, correct? | 12:29:15 |
| 11 | A    Correct. | 12:29:19 |
| 12 | Q    And the first one looks to me to be arrow | 12:29:21 |
| 13 | down PLT for platelets. | 12:29:24 |
| 14 | Does that seem right to you? | 12:29:27 |
| 15 | A    That is what he wrote.  PLT. | 12:29:28 |
| 16 | Q    And if we look over at the labs -- let me | 12:29:30 |
| 17 | see.  If we don't have them here we will get to them | 12:29:35 |
| 18 | in another document. | 12:29:38 |
| 19 | MR. McCONNELL:  Why don't we mark this | 12:29:45 |
| 20 | Deposition Exhibit 2? | 12:29:48 |
| 21 | (Chenari Exhibit 2 was marked for | 12:29:48 |
| 22 | identification and is attached to the deposition | 12:29:48 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

28

| | | |
|---|---|---|
| 1 | transcript.) | 12:29:57 |
| 2 | BY MR. McCONNELL: | 12:29:57 |
| 3 | Q    You now have in front of you what has been | 12:29:58 |
| 4 | marked as Deposition Exhibit 2. | 12:30:00 |
| 5 | Mr. Chenari, as attorneys we mark documents | 12:30:04 |
| 6 | with things we call Bates numbers at the bottom of the | 12:30:09 |
| 7 | page.  And these happen to be marked serially Durr, | 12:30:12 |
| 8 | D-U-R-R, for Dr. Durr, followed by a number. | 12:30:17 |
| 9 | This is Durr 18, correct, the first page of | 12:30:19 |
| 10 | that document? | 12:30:23 |
| 11 | A    Correct. | 12:30:24 |
| 12 | Q    And if you look this is a standard blood | 12:30:25 |
| 13 | lab test report, correct? | 12:30:29 |
| 14 | You have seen these, right? | 12:30:31 |
| 15 | A    Correct. | 12:30:32 |
| 16 | Q    As part of your medical school training you | 12:30:34 |
| 17 | have looked at lab results like this, correct? | 12:30:37 |
| 18 | A    I mean part of being a patient I have seen | 12:30:40 |
| 19 | lab results. | 12:30:42 |
| 20 | Q    As part of being a student you saw lab | 12:30:42 |
| 21 | results, didn't you? | 12:30:46 |
| 22 | A    I believe so.  Yes.  Correct. | 12:30:47 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

29

| | | |
|---|---|---|
| 1 | Q    Is there any doubt that you have looked at | 12:30:48 |
| 2 | lab results just like this on blood tests while you | 12:30:51 |
| 3 | were a medical student? | 12:30:54 |
| 4 | A    I have seen blood tests.  Yes. | 12:30:55 |
| 5 | Q    If we look down under the hematology test | 12:30:58 |
| 6 | there is an asterisk besides platelet count, correct? | 12:31:01 |
| 7 | A    Correct. | 12:31:04 |
| 8 | Q    And that I take it you would agree | 12:31:05 |
| 9 | signifies an abnormal outside normal range report, | 12:31:08 |
| 10 | correct? | 12:31:14 |
| 11 | A    Correct. | 12:31:14 |
| 12 | Q    And it is right beside platelet count, | 12:31:14 |
| 13 | correct? | 12:31:18 |
| 14 | A    Correct. | 12:31:18 |
| 15 | Q    And indicates your platelets are outside | 12:31:18 |
| 16 | the normal range, which is 140 to 400 and yours were | 12:31:20 |
| 17 | 125, correct? | 12:31:25 |
| 18 | A    Correct. | 12:31:26 |
| 19 | Q    So when we look back at page 1 or page 2 of | 12:31:26 |
| 20 | Dr. Durr's chart and he notes Chronic Problem | 12:31:30 |
| 21 | List/Date Diagnosed number one is arrow down low | 12:31:33 |
| 22 | platelets, correct? | 12:31:38 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

30

| | | |
|---|---|---|
| 1 | A    Correct. | 12:31:39 |
| 2 | Q    The other number two item on the Chronic | 12:31:44 |
| 3 | Problem List is arrow down HDL. | 12:31:47 |
| 4 | What does that stand for? | 12:31:51 |
| 5 | A    It stands for HDL. | 12:31:57 |
| 6 | I don't know.  I don't recall. | 12:31:59 |
| 7 | Q    You don't know what HDL is? | 12:32:00 |
| 8 | A    I believe high density lipoproteins. | 12:32:05 |
| 9 | Q    It could be high density lipoproteins? | 12:32:09 |
| 10 | A    Yes. | 12:32:12 |
| 11 | Q    If we look at page 19 of Dr. Durr's records | 12:32:12 |
| 12 | in Exhibit 2, and again right there at the top third | 12:32:16 |
| 13 | of the page, there is an asterisk beside HDL | 12:32:18 |
| 14 | cholesterol, correct? | 12:32:22 |
| 15 | A    Correct. | 12:32:24 |
| 16 | Q    And according to the lab normal range that | 12:32:25 |
| 17 | value should be equal to or greater than 40, right? | 12:32:29 |
| 18 | A    That is what this lab form says. | 12:32:35 |
| 19 | Q    And your HDL was 36? | 12:32:44 |
| 20 | A    That is what the lab report says. | 12:32:49 |
| 21 | Q    And so he has a Chronic Problem List arrow | 12:33:03 |
| 22 | down low HDL.  That is the good lipoproteins, correct? | 12:33:06 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

31

| | | |
|---|---|---|
| 1 | A    Correct. | 12:33:12 |
| 2 | Q    You want those to be a little higher, | 12:33:13 |
| 3 | right? | 12:33:17 |
| 4 | A    Correct. | 12:33:18 |
| 5 | Q    Are there any other chronic problems that | 12:33:19 |
| 6 | were documented by Dr. Durr in this first office visit | 12:33:23 |
| 7 | for a general physical exam clearance for medical | 12:33:27 |
| 8 | school other than low platelets, low HDL?  Any other | 12:33:31 |
| 9 | problems documented by Dr. Durr during this visit? | 12:33:36 |
| 10 | MR. BACH:  Objection.  Calls for | 12:33:39 |
| 11 | speculation. | 12:33:40 |
| 12 | THE WITNESS:  I'm having trouble reading | 12:33:44 |
| 13 | his handwriting. | 12:33:46 |
| 14 | BY MR. McCONNELL: | 12:33:46 |
| 15 | Q    Well, let me ask you this. | 12:33:47 |
| 16 | Did you mention any other problems to | 12:33:48 |
| 17 | Dr. Durr during this first visit? | 12:33:51 |
| 18 | A    I don't recall. | 12:33:54 |
| 19 | Q    Did Dr. Durr obtain any other sort of | 12:33:59 |
| 20 | general family history from you during this first | 12:34:03 |
| 21 | visit? | 12:34:06 |
| 22 | A    I don't recall. | 12:34:08 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

32

| | | |
|---|---|---|
| 1 | Q    Did you have a discussion with him about | 12:34:10 |
| 2 | how you had done in school throughout your lifetime? | 12:34:16 |
| 3 | Any discussion at all generally about your academic | 12:34:22 |
| 4 | performance? | 12:34:25 |
| 5 | A    I really don't recall. | 12:34:27 |
| 6 | Q    I mean if that had happened is that | 12:34:28 |
| 7 | something it is likely you would recall?  If he had | 12:34:30 |
| 8 | sat there and talked with you, by the way, how did you | 12:34:34 |
| 9 | do in grade school, how did you do in junior high | 12:34:35 |
| 10 | school, how did you do in high school, if that had | 12:34:39 |
| 11 | happened is that something you would recall? | 12:34:42 |
| 12 | A    Can you repeat that question? | 12:34:44 |
| 13 | Q    Well, let me ask it a different way, a | 12:34:46 |
| 14 | slightly different way. | 12:34:48 |
| 15 | During this first visit with Dr. Durr did | 12:34:50 |
| 16 | you have any discussion with him about grade school, | 12:34:52 |
| 17 | middle school, high school, undergraduate work at GW, | 12:34:55 |
| 18 | any discussion about any of that at all or did that | 12:35:00 |
| 19 | not come up? | 12:35:04 |
| 20 | A    I really don't recall. | 12:35:23 |
| 21 | Q    During this first visit with Dr. Durr other | 12:35:43 |
| 22 | than his discussing with you that you needed to | 12:35:49 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

33

| | | |
|---|---|---|
| 1 | increase your exercise anything else Dr. Durr wanted | 12:35:57 |
| 2 | you to do? | 12:36:04 |
| 3 | A    I believe I had to follow-up for my | 12:36:15 |
| 4 | different tests for the immunizations.  There was some | 12:36:21 |
| 5 | follow-up I needed to do for that. | 12:36:24 |
| 6 | Q    So, increase exercise, follow-up on | 12:36:26 |
| 7 | immunizations.  Anything else you were to do? | 12:36:27 |
| 8 | A    I don't recall anything else. | 12:36:29 |
| 9 | Q    Did you receive any prescriptions during | 12:36:30 |
| 10 | this visit?  Any meds at all? | 12:36:33 |
| 11 | A    I don't recall. | 12:36:36 |
| 12 | Q    It looks as if the lab results came back on | 12:36:51 |
| 13 | August 5.  At the bottom of Exhibit 1, page 4, could | 12:37:01 |
| 14 | you take a look down there?  And the office record for | 12:37:16 |
| 15 | Dr. Durr has the date August 5, 2010, correct? | 12:37:19 |
| 16 | A    It says August 5, 2010. | 12:37:24 |
| 17 | Q    And there it is noted that there are | 12:37:27 |
| 18 | decreased platelets, correct?  We talked about that. | 12:37:29 |
| 19 | A    Correct. | 12:37:33 |
| 20 | Q    So what he wanted to do was check your CBC, | 12:37:33 |
| 21 | do another complete blood count in three months, | 12:37:37 |
| 22 | correct? | 12:37:41 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

34

| | | |
|---|---|---|
| 1 | A    Correct. | 12:37:41 |
| 2 | Q    Did you discuss that with Dr. Durr by phone | 12:37:41 |
| 3 | or how did that come about? | 12:37:44 |
| 4 | A    I believe he got in contact with me by | 12:37:48 |
| 5 | phone to let me know my lab results. | 12:37:50 |
| 6 | Q    There is another note right to the right of | 12:37:56 |
| 7 | the follow-up in three months.  It looks like PPD no | 12:38:00 |
| 8 | pain induration.  Do you recall anything at all about | 12:38:16 |
| 9 | what that might be about? | 12:38:19 |
| 10 | A    I believe for the PPD, in general for the | 12:38:26 |
| 11 | PPD, usually you have to come back later to get a | 12:38:32 |
| 12 | nurse to read it. | 12:38:35 |
| 13 | Q    Over on the right-hand side of that page | 12:38:45 |
| 14 | during the visit on August 3 it looks as if Dr. Durr | 12:38:48 |
| 15 | obtained a brief history from you.  It looks like a | 12:38:51 |
| 16 | reference to alcohol use. | 12:39:02 |
| 17 | What did you tell him, if anything, about | 12:39:04 |
| 18 | the level of your alcohol consumption? | 12:39:06 |
| 19 | MR. BACH:  I'm sorry.  Where are you | 12:39:08 |
| 20 | referencing? | 12:39:11 |
| 21 | MR. McCONNELL:  OCC ETOH. | 12:39:12 |
| 22 | MR. BACH:  Do you see that? | 12:39:16 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

35

| | | |
|---|---|---|
| 1 | THE WITNESS:  Yes. | 12:39:17 |
| 2 | BY MR. McCONNELL: | 12:39:18 |
| 3 | Q    ETOH is alcohol, correct? | 12:39:18 |
| 4 | A    Yes. | 12:39:20 |
| 5 | I believe OCC I am speculating that he put | 12:39:20 |
| 6 | occasionally. | 12:39:23 |
| 7 | Q    Occasional.  So that is something, that is | 12:39:24 |
| 8 | information, you would have given Dr. Durr? | 12:39:25 |
| 9 | A    Correct. | 12:39:28 |
| 10 | Q    And it looks as if you told him and he | 12:39:31 |
| 11 | documented going to med school in fall, correct? | 12:39:33 |
| 12 | A    Correct.  That is what he wrote. | 12:39:37 |
| 13 | Q    He documented occasional exercise, right? | 12:39:41 |
| 14 | A    Correct. | 12:39:46 |
| 15 | Q    No drug use, correct? | 12:39:47 |
| 16 | A    Correct. | 12:39:49 |
| 17 | Q    It looks like the next is no sexually | 12:39:58 |
| 18 | related diseases or problems, correct? | 12:40:05 |
| 19 | A    I can't read his handwriting. | 12:40:08 |
| 20 | Q    All right. | 12:40:10 |
| 21 | Then family history he notes that your mom | 12:40:11 |
| 22 | is 57, alive. | 12:40:14 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

36

| | | |
|---|---|---|
| 1 | Had your mom had breast cancer? | 12:40:17 |
| 2 | A    Correct. | 12:40:20 |
| 3 | Q    Your dad he notes is 59, arrow up, which | 12:40:21 |
| 4 | signifies alive in a general physician history, | 12:40:26 |
| 5 | correct? | 12:40:32 |
| 6 | A    I believe so. | 12:40:32 |
| 7 | I don't know what his -- but I assume so | 12:40:33 |
| 8 | that it means alive. | 12:40:35 |
| 9 | Q    If you were taking a brief family history | 12:40:36 |
| 10 | as a medical student assigned to do a history intake | 12:40:39 |
| 11 | of someone and you were getting a family history and | 12:40:41 |
| 12 | you wanted to document near relatives, who they were, | 12:40:44 |
| 13 | age, and health status, alive, dead, if deceased | 12:40:47 |
| 14 | cause, and so forth, is it a common notation to give | 12:40:51 |
| 15 | the age and then an arrow up for someone who is still | 12:40:55 |
| 16 | alive? | 12:40:58 |
| 17 | A    I always wrote it as alive. | 12:40:58 |
| 18 | Q    You did.  Okay. | 12:41:00 |
| 19 | In any event we will get a chance to talk | 12:41:01 |
| 20 | with Dr. Durr about this. | 12:41:04 |
| 21 | He notes mom 57, arrow up, breast cancer, | 12:41:05 |
| 22 | dad 59, arrow up, correct? | 12:41:11 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

37

| | | |
|---|---|---|
| 1 | A    Correct. | 12:41:15 |
| 2 | Q    It is not clear to me what the entries | 12:41:20 |
| 3 | beside your dad are.  Can you decipher those?  Or you | 12:41:22 |
| 4 | just can't read his handwriting? | 12:41:35 |
| 5 | A    I can't read his handwriting. | 12:41:36 |
| 6 | Q    And then he notes your brother is healthy, | 12:41:38 |
| 7 | correct? | 12:41:41 |
| 8 | A    Correct. | 12:41:41 |
| 9 | Q    Does that refresh your recollection that | 12:41:44 |
| 10 | you had at least that degree of conversation with | 12:41:46 |
| 11 | Dr. Durr during your first visit about your family, | 12:41:49 |
| 12 | your personal health history and your family's health | 12:41:52 |
| 13 | history? | 12:41:55 |
| 14 | A    This is what he documented.  I don't | 12:41:55 |
| 15 | recall. | 12:41:57 |
| 16 | Q    Do you recall anything beyond what he has | 12:41:57 |
| 17 | documented though? | 12:41:59 |
| 18 | A    I really don't recall. | 12:42:01 |
| 19 | Q    Okay. | 12:42:03 |
| 20 | What was the next contact you had with | 12:42:16 |
| 21 | Dr. Durr for any reason? | 12:42:19 |
| 22 | A    I don't recall. | 12:42:24 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

38

| | | |
|---|---|---|
| 1 | MR. McCONNELL:  Let's have this marked as | 12:42:53 |
| 2 | the next exhibit. | 12:42:54 |
| 3 | (Chenari Exhibit 3 was marked for | 12:42:56 |
| 4 | identification and is attached to the deposition | 12:42:56 |
| 5 | transcript.) | 12:43:05 |
| 6 | BY MR. McCONNELL: | 12:43:05 |
| 7 | Q    In the office records provided to us by | 12:43:08 |
| 8 | Dr. Durr it appears this may be the next actual | 12:43:11 |
| 9 | contact you had with the office. | 12:43:14 |
| 10 | The top of the page has been redacted. | 12:43:15 |
| 11 | That is because it relates to matters on another part | 12:43:17 |
| 12 | of the visit that we will get to at another time. | 12:43:21 |
| 13 | This date is on this page August 5, 2010, | 12:43:25 |
| 14 | correct? | 12:43:30 |
| 15 | A    Correct. | 12:43:30 |
| 16 | Q    We have already discussed this.  This is | 12:43:35 |
| 17 | where they got the labs back. | 12:43:37 |
| 18 | Okay.  We are done with that. | 12:43:40 |
| 19 | We need to talk about -- it looks from the | 12:43:44 |
| 20 | records we have from Dr. Durr that the next contact is | 12:44:01 |
| 21 | in September.  We will have the Court Reporter mark | 12:44:05 |
| 22 | this as Exhibit 4. | 12:44:08 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

39

| | | |
|---|---|---|
| 1 | (Chenari Exhibit 4 was marked for | 12:44:09 |
| 2 | identification and is attached to the deposition | 12:44:09 |
| 3 | transcript.) | 12:44:18 |
| 4 | BY MR. McCONNELL: | 12:44:18 |
| 5 | Q You have in front of you Exhibit 4. | 12:44:27 |
| 6 | This indicates your next contact was on | 12:44:46 |
| 7 | September 24, 2010, correct? | 12:44:49 |
| 8 | A Correct. | 12:44:52 |
| 9 | Q And at this time you were getting back to | 12:44:53 |
| 10 | Dr. Durr for a complaint of right groin pain, correct? | 12:44:55 |
| 11 | A Correct. | 12:44:59 |
| 12 | Q It says here subjectively as patient | 12:45:07 |
| 13 | developed right groin pain that radiates into scrotum | 12:45:13 |
| 14 | about one week ago. I can't really interpret the rest | 12:45:16 |
| 15 | of his handwriting there. It says it was worse last | 12:45:21 |
| 16 | night and so forth. | 12:45:25 |
| 17 | Do you recall contacting Dr. Durr late in | 12:45:27 |
| 18 | September, September 24, 2010, about a problem with | 12:45:30 |
| 19 | groin pain? | 12:45:34 |
| 20 | A Correct. | 12:45:35 |
| 21 | Q So you knew how to contact Dr. Durr if you | 12:45:49 |
| 22 | had any problems, right? You had been there for your | 12:45:51 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

40

| | | |
|---|---|---|
| 1 | medical school clearance and now another problem has | 12:45:58 |
| 2 | come up and so you have contacted Dr. Durr again, | 12:46:01 |
| 3 | right? | 12:46:04 |
| 4 | A    He was my general physician.  And yes, I | 12:46:04 |
| 5 | would contact him if I had any issues. | 12:46:07 |
| 6 | Q    So the next time you contact him about any | 12:46:09 |
| 7 | problem is in late September and it is about groin | 12:46:11 |
| 8 | pain. | 12:46:14 |
| 9 | Did you actually go and have an office | 12:46:15 |
| 10 | visit with Dr. Durr with respect to this issue? | 12:46:16 |
| 11 | A    This is a note for an office visit. | 12:46:21 |
| 12 | Q    So you did go see him. | 12:46:22 |
| 13 | How long were you with Dr. Durr during this | 12:46:25 |
| 14 | visit? | 12:46:29 |
| 15 | A    I don't recall the time. | 12:46:32 |
| 16 | Q    Now, this note reflects that you discussed | 12:46:42 |
| 17 | with him some fairly personal matters related to | 12:46:45 |
| 18 | sexual performance and we don't need to go into those | 12:46:48 |
| 19 | issues in any detail.  But you were comfortable | 12:46:50 |
| 20 | discussing personally related information with | 12:46:53 |
| 21 | Dr. Durr, weren't you? | 12:46:59 |
| 22 | A    I was comfortable discussing medical issues | 12:47:03 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

41

| | | |
|---|---|---|
| 1 | with Dr. Durr. | 12:47:06 |
| 2 | Q    Okay. | 12:47:08 |
| 3 | And at this time the only issue you | 12:47:08 |
| 4 | discussed with him was the groin pain, correct? | 12:47:09 |
| 5 | A    It says here that I also discussed some | 12:47:22 |
| 6 | weight loss I believe. | 12:47:26 |
| 7 | Q    All right. | 12:47:33 |
| 8 | Anything else you discussed with Dr. Durr? | 12:47:33 |
| 9 | A    Can you elaborate on the question? | 12:47:45 |
| 10 | Q    I see the entries in here related to sexual | 12:47:50 |
| 11 | issues.  It is not my purpose to go into any of that. | 12:47:54 |
| 12 | We don't need to. | 12:47:57 |
| 13 | But other than groin pain and those types | 12:47:58 |
| 14 | of issues any other problems that you related to | 12:48:01 |
| 15 | Dr. Durr on September 24, 2010? | 12:48:05 |
| 16 | A    It says here that he noted that some weight | 12:48:07 |
| 17 | change. | 12:48:14 |
| 18 | Q    Some weight change? | 12:48:14 |
| 19 | A    Yes.  The third line. | 12:48:16 |
| 20 | Q    Anything else you discussed with Dr. Durr | 12:48:32 |
| 21 | on September 24th? | 12:48:35 |
| 22 | A    I don't recall anything else that isn't | 12:48:41 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

42

| | | |
|---|---|---|
| 1 | written on here. | 12:48:44 |
| 2 | Q    Did you receive any meds or anything for | 12:48:45 |
| 3 | the problems that you raised with him on the 24th? | 12:48:48 |
| 4 | A    I believe he gave me a prescription to do | 12:48:52 |
| 5 | or to seek an ultrasound. | 12:48:56 |
| 6 | Q    Did you follow-up on the ultrasound? | 12:49:00 |
| 7 | A    I believe I got the ultrasound.  I don't | 12:49:08 |
| 8 | have the records to confirm. | 12:49:10 |
| 9 | MR. McCONNELL:  Let's have this marked as | 12:49:13 |
| 10 | Exhibit 5. | 12:49:14 |
| 11 | (Chenari Exhibit 5 was marked for | 12:49:15 |
| 12 | identification and is attached to the deposition | 12:49:15 |
| 13 | transcript.) | 12:49:24 |
| 14 | BY MR. McCONNELL: | 12:49:24 |
| 15 | Q    Does Exhibit 5 look to you like the report | 12:49:34 |
| 16 | of the ultrasound that you followed up and had done on | 12:49:36 |
| 17 | the 28th of September? | 12:49:39 |
| 18 | A    This is the results from the ultrasound | 12:49:40 |
| 19 | that was done on the 28th of September. | 12:49:42 |
| 20 | Q    Was there any other treatment that you | 12:49:49 |
| 21 | received as a result of the report you made to | 12:49:53 |
| 22 | Dr. Durr on the 24th of the groin pain other than | 12:49:57 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

43

| | | |
|---|---|---|
| 1 | getting this ultrasound done? | 12:50:02 |
| 2 | A    I don't recall his records. | 12:50:04 |
| 3 | Q    When did you actually enter medical school | 12:50:15 |
| 4 | at GW? | 12:50:19 |
| 5 | A    In the fall of 2010.  The fall semester. | 12:50:24 |
| 6 | Q    Do you recall the date you started? | 12:50:28 |
| 7 | A    I don't recall the date off the top of my | 12:50:30 |
| 8 | head. | 12:50:32 |
| 9 | Q    When did you report for orientation?  Was | 12:50:36 |
| 10 | that in August or was that later? | 12:50:39 |
| 11 | A    I don't recall the date off the top of my | 12:50:42 |
| 12 | head.  I know it was the fall semester. | 12:50:44 |
| 13 | Q    When were the first exams following your | 12:50:54 |
| 14 | entry into medical school? | 12:50:57 |
| 15 | A    Can you repeat the question? | 12:51:03 |
| 16 | Q    Sure. | 12:51:05 |
| 17 | You started the fall semester in 2010.  At | 12:51:06 |
| 18 | what point did you have your first exam of any kind in | 12:51:09 |
| 19 | medical school? | 12:51:12 |
| 20 | A    I don't recall the date.  We have a | 12:51:14 |
| 21 | schedule. | 12:51:16 |
| 22 | Q    Were your first exams within two months? | 12:51:18 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

44

| | | |
|---|---|---|
| 1 | A    I don't recall. | 12:51:22 |
| 2 | Q    No idea at all when you first started | 12:51:22 |
| 3 | taking exams in medical school? | 12:51:25 |
| 4 | A    I don't know the date off the top of my | 12:51:26 |
| 5 | head. | 12:51:29 |
| 6 | Q    Did you have exams on a rolling basis | 12:51:30 |
| 7 | throughout the semester? | 12:51:32 |
| 8 | A    I did have exams during the semester. | 12:51:35 |
| 9 | Q    How frequently were exams administered? | 12:51:39 |
| 10 | A    I don't recall. | 12:51:45 |
| 11 | Q    When you took exams were they bubble in | 12:51:51 |
| 12 | type exams? | 12:51:55 |
| 13 | A    I believe they were typically bubble in | 12:51:59 |
| 14 | Scantron based. | 12:52:09 |
| 15 | Q    How did you do on those first few exams? | 12:52:09 |
| 16 | MR. BACH:  Object to the form of the | 12:52:12 |
| 17 | question. | 12:52:14 |
| 18 | THE WITNESS:  Can you elaborate on the | 12:52:15 |
| 19 | question? | 12:52:17 |
| 20 | BY MR. McCONNELL: | 12:52:17 |
| 21 | Q    No.  How did you do on the exams? | 12:52:18 |
| 22 | Did you pass? | 12:52:20 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

45

| | | |
|---|---|---|
| 1 | A    I met the minimum requirements.  I did pass | 12:52:24 |
| 2 | from what I recall.  I don't recall the exam scores or | 12:52:28 |
| 3 | if I did pass.  I remember they let me proceed to the | 12:52:30 |
| 4 | next semester. | 12:52:33 |
| 5 | Q    Is it your recollection you received | 12:52:36 |
| 6 | passing grades on all the exams you took during that | 12:52:38 |
| 7 | first semester? | 12:52:41 |
| 8 | A    I remember I struggled occasionally. | 12:52:42 |
| 9 | Q    Were you able to learn the material | 12:52:56 |
| 10 | sufficiently well to at least meet the minimum | 12:52:59 |
| 11 | requirements of the exams throughout the first | 12:53:04 |
| 12 | semester? | 12:53:07 |
| 13 | A    At the end of the semester I met the | 12:53:11 |
| 14 | requirements to pass. | 12:53:14 |
| 15 | Q    You did? | 12:53:15 |
| 16 | A    Okay. | 12:53:15 |
| 17 | Q    You passed all the exams during the first | 12:53:15 |
| 18 | semester? | 12:53:18 |
| 19 | A    I don't recall my performance on individual | 12:53:18 |
| 20 | exams. | 12:53:20 |
| 21 | Q    In any event we were discussing your | 12:53:22 |
| 22 | interactions with Dr. Durr.  After complaining to him | 12:53:28 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

46

| | | |
|---|---|---|
| 1 | of this right groin pain on September 24th when is the | 12:53:34 |
| 2 | next time you contacted Dr. Durr with a complaint of | 12:53:40 |
| 3 | any kind? | 12:53:45 |
| 4 | A    You have my medical records.  I don't | 12:53:50 |
| 5 | recall. | 12:53:55 |
| 6 | Q    Do you have any recollection at all of what | 12:53:55 |
| 7 | your next contact was with Dr. Durr? | 12:53:58 |
| 8 | A    I don't recall.  If you can give me the | 12:54:04 |
| 9 | medical record I can look. | 12:54:06 |
| 10 | Q    Different question. | 12:54:07 |
| 11 | Before we look at medical records, do you | 12:54:09 |
| 12 | have any recollection, as you sit here today following | 12:54:10 |
| 13 | your complaint to Dr. Durr of right groin pain on | 12:54:14 |
| 14 | September 24, 2010, any recollection at all of what | 12:54:17 |
| 15 | your next contact was with him concerning any | 12:54:20 |
| 16 | complaint you had? | 12:54:23 |
| 17 | A    I recall speaking to him about some | 12:54:34 |
| 18 | difficulty in school, some anxiety issues and | 12:54:38 |
| 19 | depression and some difficulty studying and some | 12:54:44 |
| 20 | difficulty performing in class. | 12:54:49 |
| 21 | I don't recall the date. | 12:54:51 |
| 22 | Q    So you spoke to him about having some | 12:54:59 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

47

| | | |
|---|---|---|
| 1 | difficulty in school, some depression.  And what else? | 12:55:02 |
| 2 | A    From my recollection some depression, | 12:55:08 |
| 3 | anxiety and difficulty in school. | 12:55:13 |
| 4 | Q    All right. | 12:55:19 |
| 5 | MR. McCONNELL:  Let's have these marked as | 12:55:38 |
| 6 | Exhibit 6. | 12:55:41 |
| 7 | (Chenari Exhibit 6 was marked for | 12:55:42 |
| 8 | identification and is attached to the deposition | 12:55:42 |
| 9 | transcript.) | 12:55:52 |
| 10 | BY MR. McCONNELL: | 12:55:52 |
| 11 | Q    We have had marked as your Deposition | 12:56:04 |
| 12 | Exhibit Number 6 what appears from the records | 12:56:09 |
| 13 | provided to us by Dr. Durr to be the next time you | 12:56:10 |
| 14 | contacted his office with a complaint of any kind. | 12:56:14 |
| 15 | This document is from Dr. Durr's record | 12:56:17 |
| 16 | Bate labeled Durr 5, page 5.  The date for the entry | 12:56:22 |
| 17 | is January 11, 2011. | 12:56:28 |
| 18 | Does that seem about right to you? | 12:56:31 |
| 19 | A    That is when I went to go visit his office | 12:56:33 |
| 20 | for a checkup. | 12:56:36 |
| 21 | Q    So you do recall a visit to his office in | 12:56:37 |
| 22 | this timeframe? | 12:56:39 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

48

| | | |
|---|---|---|
| 1 | A      Correct. | 12:56:40 |
| 2 | Q      And at the top -- and we will find out when | 12:56:42 |
| 3 | we take Dr. Durr's deposition -- it looks to me like | 12:56:45 |
| 4 | this may be the entry of one of his office assistants | 12:56:48 |
| 5 | because it is different from his handwriting.  This | 12:56:51 |
| 6 | handwriting is almost legible.  His is much more | 12:56:54 |
| 7 | difficult to read.  The entry is January 11, 2011 and | 12:56:57 |
| 8 | C/O, chief complaint or complains of, discussed | 12:57:04 |
| 9 | attention span, correct? | 12:57:07 |
| 10 | A      Correct. | 12:57:08 |
| 11 | Q      And the person has noted some basic | 12:57:09 |
| 12 | physical findings, weight 185-and-a-half, temp 97.6, | 12:57:13 |
| 13 | blood pressure 138/80, correct? | 12:57:20 |
| 14 | A      Correct. | 12:57:21 |
| 15 | Q      So whoever it was when you went to the | 12:57:22 |
| 16 | office did some basic physical checks and documented | 12:57:24 |
| 17 | those as well, correct? | 12:57:28 |
| 18 | A      Correct. | 12:57:29 |
| 19 | Q      Now, on the 11th, January 11th, 2011, you | 12:57:30 |
| 20 | went to see Dr. Durr to discuss attention span. | 12:57:34 |
| 21 | How long was this visit with Dr. Durr on | 12:57:39 |
| 22 | this date? | 12:57:40 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

49

| | | |
|---|---|---|
| 1 | A    I believe this one was actually a long | 12:57:43 |
| 2 | visit. | 12:57:45 |
| 3 | Q    All right. | 12:57:45 |
| 4 | A    I remember it took a good bit of time. | 12:57:46 |
| 5 | Q    When you say a long visit how long was a | 12:57:48 |
| 6 | long visit with Dr. Durr? | 12:57:50 |
| 7 | A    I want to say this one took longer than a | 12:57:53 |
| 8 | normal visit. | 12:57:56 |
| 9 | Q    Which would place it in ballpark what time | 12:57:57 |
| 10 | range?  30 minutes?  45 minutes? | 12:58:00 |
| 11 | A    I want to say between 30 minutes and an | 12:58:03 |
| 12 | hour. | 12:58:07 |
| 13 | Q    So 30 minutes to an hour. | 12:58:07 |
| 14 | According to the history -- well, you tell | 12:58:16 |
| 15 | me.  What is it you recall telling Dr. Durr during | 12:58:18 |
| 16 | this visit with him on January 11, 2011?  What did you | 12:58:21 |
| 17 | tell the doctor? | 12:58:25 |
| 18 | A    I recall discussing issues in school with | 12:58:30 |
| 19 | attention span issues, having difficulty studying, | 12:58:35 |
| 20 | having difficulty performing in class. | 12:58:44 |
| 21 | Q    Wait a minute. | 12:58:44 |
| 22 | Attention span.  Difficulty studying? | 12:58:45 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

50

| | | |
|---|---|---|
| 1 | A    Difficulty studying.  Difficulty taking | 12:58:47 |
| 2 | exams.  And just difficulty in general in medical | 12:58:52 |
| 3 | school. | 12:58:55 |
| 4 | Q    Okay.  We will talk about each of those. | 12:58:57 |
| 5 | Anything else you recall reporting to | 12:59:02 |
| 6 | Dr. Durr or complaining about to Dr. Durr during this | 12:59:10 |
| 7 | meeting on January 11, 2011 other than issues related | 12:59:14 |
| 8 | to attention span, difficulty studying, difficulty | 12:59:18 |
| 9 | taking exams and difficulty in general in medical | 12:59:21 |
| 10 | school?  Anything else you recall talking with | 12:59:25 |
| 11 | Dr. Durr about during this visit January 11th? | 12:59:27 |
| 12 | A    I also talked with him about different | 12:59:32 |
| 13 | genitourinary issues. | 12:59:35 |
| 14 | Q    Anything else you talked to Dr. Durr about | 12:59:40 |
| 15 | on January 11, 2011? | 12:59:43 |
| 16 | A    Besides genitourinary issues and issues in | 12:59:51 |
| 17 | medical school I don't recall. | 12:59:57 |
| 18 | Wait.  Actually I believe I did talk to him | 01:00:00 |
| 19 | about my depression issues and some anxiety issues. | 01:00:05 |
| 20 | Yes. | 01:00:10 |
| 21 | Q    So depression and anxiety. | 01:00:12 |
| 22 | Do we now have the full list of this | 01:00:17 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

51

| | | |
|---|---|---|
| 1 | meeting with Dr. Durr on January 11, 2011? | 01:00:19 |
| 2 | A    Do we have the what? | 01:00:22 |
| 3 | Q    The full list of things that you discussed | 01:00:24 |
| 4 | with him? | 01:00:26 |
| 5 | A    To the best of my recollection. | 01:00:27 |
| 6 | Q    All right. | 01:00:29 |
| 7 | Did Dr. Durr perform a physical exam at all | 01:00:32 |
| 8 | as part of this visit? | 01:00:36 |
| 9 | A    He may have performed a general physical | 01:00:42 |
| 10 | exam.  I don't recall. | 01:00:44 |
| 11 | Q    According to his notes it begins S, which I | 01:00:49 |
| 12 | believe stands for subjectively.  He says:  Patient is | 01:00:54 |
| 13 | in medical school.  He is doing fairly well but is | 01:00:58 |
| 14 | unable to study until the end prior to exams. | 01:01:04 |
| 15 | Do you recall telling that to Dr. Durr? | 01:01:08 |
| 16 | A    That is what he wrote in his notes. | 01:01:10 |
| 17 | Q    Do you recall telling him that?  Did he get | 01:01:12 |
| 18 | that right? | 01:01:14 |
| 19 | A    I don't recall what I said to him.  But | 01:01:16 |
| 20 | yes, I did discuss difficulties with exams. | 01:01:19 |
| 21 | Q    Did you report to Dr. Durr that you were | 01:01:21 |
| 22 | doing fairly well in medical school up to this point? | 01:01:24 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

52

| | | |
|---|---|---|
| 1 | A    I don't recall if he is referencing medical | 01:01:29 |
| 2 | school or in general. | 01:01:31 |
| 3 | Q    Well, let me ask you. | 01:01:35 |
| 4 | Do you recall reporting to Dr. Durr that | 01:01:39 |
| 5 | you were doing fairly well in medical school at that | 01:01:41 |
| 6 | point? | 01:01:43 |
| 7 | A    I recall reporting to him difficulty in | 01:01:43 |
| 8 | medical school. | 01:01:45 |
| 9 | Q    You don't recall telling him that you were | 01:01:47 |
| 10 | doing fairly well in medical school? | 01:01:49 |
| 11 | A    I recall discussing with him that I had | 01:01:52 |
| 12 | difficulty in school. | 01:01:54 |
| 13 | Q    Did you tell him of any difficulty that you | 01:01:56 |
| 14 | were unable to study until the end prior to exams? | 01:02:00 |
| 15 | A    That is what he wrote. | 01:02:05 |
| 16 | Q    He also wrote that you reported that he, | 01:02:07 |
| 17 | that would be you, he gets distracted easily. | 01:02:13 |
| 18 | Did you tell him that? | 01:02:16 |
| 19 | A    That was his subjective assessment.  I | 01:02:19 |
| 20 | don't know. | 01:02:21 |
| 21 | Q    So why don't you tell me as accurately and | 01:02:22 |
| 22 | precisely as you remember what it was you told | 01:02:28 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

53

| | | |
|---|---|---|
| 1 | Dr. Durr when you went to see him to discuss these | 01:02:30 |
| 2 | problems?  What did you tell him? | 01:02:34 |
| 3 | A    I went to his office to discuss difficulty | 01:02:38 |
| 4 | in school, difficulty studying, difficulty performing. | 01:02:41 |
| 5 | Q    Right.  We got the list. | 01:02:45 |
| 6 | A    Okay. | 01:02:45 |
| 7 | Q    What I want to know is what did you | 01:02:46 |
| 8 | actually report to him.  What did you say to him about | 01:02:48 |
| 9 | that? | 01:02:51 |
| 10 | A    Can you elaborate on that question? | 01:02:51 |
| 11 | Q    No.  I can't actually. | 01:02:54 |
| 12 | What did you say to Dr. Durr during this | 01:02:55 |
| 13 | meeting with him on January 11?  What did you tell | 01:02:58 |
| 14 | him? | 01:02:58 |
| 15 | A    I don't recall my exact words.  I recall in | 01:02:58 |
| 16 | general what I spoke with him about. | 01:03:00 |
| 17 | Q    Okay. | 01:03:03 |
| 18 | As best you are able to describe it tell me | 01:03:03 |
| 19 | what you told Dr. Durr. | 01:03:07 |
| 20 | A    I discussed these issues that I just | 01:03:10 |
| 21 | mentioned. | 01:03:14 |
| 22 | Q    Is there anything else you can tell us | 01:03:15 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

54

| | | |
|---|---|---|
| 1 | about what you said to Dr. Durr on January 11, 2011 or | 01:03:16 |
| 2 | is that it? | 01:03:22 |
| 3 | You can give me a list of the issues you | 01:03:24 |
| 4 | discussed, but you can't tell us any of the specific | 01:03:26 |
| 5 | information you conveyed to Dr. Durr about those | 01:03:28 |
| 6 | issues.  Is that what you are telling me? | 01:03:31 |
| 7 | A    What I am telling you is that I discussed | 01:03:33 |
| 8 | with him difficulty in medical school, difficulty | 01:03:35 |
| 9 | studying, difficulty performing and just in general | 01:03:40 |
| 10 | difficulty in medical school, the fact that I was | 01:03:42 |
| 11 | distracted easily both in an environment discussing | 01:03:45 |
| 12 | anxiety issues and depression issues that I had. | 01:03:52 |
| 13 | Q    What did you tell him about your attention | 01:03:54 |
| 14 | span? | 01:03:57 |
| 15 | A    I told him that -- I believe I talked with | 01:04:02 |
| 16 | him about how I was distracted easily. | 01:04:07 |
| 17 | Q    What did you tell him specifically about | 01:04:10 |
| 18 | being distracted? | 01:04:13 |
| 19 | A    The fact that I was distracted easily. | 01:04:18 |
| 20 | Q    What did you tell him?  How did you?  Give | 01:04:24 |
| 21 | an example?  Did you give an example of what you meant | 01:04:26 |
| 22 | by you are distracted easily? | 01:04:29 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

55

| | | |
|---|---|---|
| 1 | A    I don't recall. | 01:04:32 |
| 2 | Q    Did he ask you any questions about that? | 01:04:32 |
| 3 | A    I don't recall. | 01:04:35 |
| 4 | I remember talking to him about being | 01:04:35 |
| 5 | distracted easily in school and having issues. | 01:04:37 |
| 6 | Q    What issues did you describe for him? | 01:04:40 |
| 7 | A    The fact that I was having difficulty | 01:04:43 |
| 8 | performing on exams, difficulty studying.  You know, | 01:04:46 |
| 9 | these different anxiety and depression issues. | 01:04:50 |
| 10 | Q    What was the difficulty you had performing | 01:04:54 |
| 11 | on exams? | 01:04:55 |
| 12 | A    I don't recall 100 percent what I said, but | 01:05:03 |
| 13 | I remember talking to him about difficulty I guess | 01:05:06 |
| 14 | finishing the exams, difficulty just taking the exams | 01:05:09 |
| 15 | and difficulty performing well. | 01:05:12 |
| 16 | Q    Well, specifically what difficulty did you | 01:05:17 |
| 17 | have taking exams?  Was it knowledge of the subject | 01:05:20 |
| 18 | matter?  Was it difficulty understanding questions? | 01:05:22 |
| 19 | What were your difficulties with the exams? | 01:05:25 |
| 20 | A    I don't recall what I spoke with him | 01:05:30 |
| 21 | specifically on that day, but just difficulty with | 01:05:32 |
| 22 | exams. | 01:05:37 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

56

| | | |
|---|---|---|
| 1 | Q    What did you tell him about how long you | 01:05:43 |
| 2 | had been having this difficulty? | 01:05:46 |
| 3 | A    I'm sorry.  Can you repeat that question? | 01:05:49 |
| 4 | Q    Sure. | 01:05:51 |
| 5 | How long had you been having difficulty | 01:05:52 |
| 6 | taking the exams? | 01:05:54 |
| 7 | A    I believe I had spoke with him probably | 01:06:08 |
| 8 | about the fall semester and the spring semester as it | 01:06:12 |
| 9 | was starting. | 01:06:16 |
| 10 | Q    So this is a problem that popped up as a | 01:06:18 |
| 11 | result of what?  The pressures of medical school you | 01:06:23 |
| 12 | believe? | 01:06:25 |
| 13 | A    Do I?  Can you repeat that? | 01:06:26 |
| 14 | Q    Sure. | 01:06:26 |
| 15 | A    Can you elaborate on that question? | 01:06:28 |
| 16 | Q    Had you had any difficulty taking exams | 01:06:29 |
| 17 | prior to these exams that you were encountering in | 01:06:33 |
| 18 | medical school? | 01:06:33 |
| 19 | A    Can you elaborate on the question? | 01:06:37 |
| 20 | Like in another school? | 01:06:39 |
| 21 | Q    Yes. | 01:06:39 |
| 22 | Up to this point had you had difficulty | 01:06:40 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

57

| | | |
|---|---|---|
| 1 | taking exams? | 01:06:42 |
| 2 | A    I recall, you know, having difficulty in | 01:06:46 |
| 3 | undergrad kind of doing the different projects, | 01:06:51 |
| 4 | different studying, being distracted easily and doing | 01:06:55 |
| 5 | them at kind of the last minute type thing. | 01:06:59 |
| 6 | Q    So you had had problems like this as an | 01:07:01 |
| 7 | undergraduate? | 01:07:03 |
| 8 | A    I don't recall the details. | 01:07:05 |
| 9 | I remember that, you know, I remember this | 01:07:06 |
| 10 | issue came of concern to me in medical school and I | 01:07:15 |
| 11 | spoke with my physician to get help and to discuss | 01:07:20 |
| 12 | this issue. | 01:07:22 |
| 13 | Q    Prior to medical school had this ever been | 01:07:24 |
| 14 | a problem to a point where you had discussed it with | 01:07:27 |
| 15 | anyone, this difficulty taking exams, or did this | 01:07:30 |
| 16 | really come up in medical school? | 01:07:34 |
| 17 | A    Can you repeat that question one more time? | 01:07:41 |
| 18 | I apologize. | 01:07:43 |
| 19 | Q    Sure. | 01:07:43 |
| 20 | Prior to medical school had this problem or | 01:07:44 |
| 21 | difficulty taking exams come up in any way for you? | 01:07:46 |
| 22 | A    I mean subjectively I was always the last | 01:07:55 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

58

| | | |
|---|---|---|
| 1 | one to finish up exams typically. | 01:07:57 |
| 2 | Q    When was that? | 01:08:00 |
| 3 | A    I am just speaking in general. | 01:08:02 |
| 4 | Q    Was that undergraduate school you had | 01:08:05 |
| 5 | difficulty taking exams? | 01:08:07 |
| 6 | A    I don't remember the details.  But I | 01:08:09 |
| 7 | remember in general occasionally having details -- | 01:08:12 |
| 8 | occasionally have difficulty finishing exams on time. | 01:08:16 |
| 9 | Q    Was this as an undergraduate?  When did you | 01:08:19 |
| 10 | notice that happening? | 01:08:23 |
| 11 | A    In general undergrad I sometimes had | 01:08:27 |
| 12 | difficulty with doing projects the last minute. | 01:08:34 |
| 13 | Q    Had you ever raised that problem with | 01:08:37 |
| 14 | anybody at any point before you spoke with Dr. Durr | 01:08:39 |
| 15 | about it? | 01:08:43 |
| 16 | A    I don't recall. | 01:08:45 |
| 17 | Q    Had you ever mentioned it to your mother or | 01:08:47 |
| 18 | father or your brother or anybody at all prior to | 01:08:50 |
| 19 | medical school? | 01:08:53 |
| 20 | A    I don't recall. | 01:08:54 |
| 21 | Q    Had any family member ever discussed with | 01:08:57 |
| 22 | you at any time before medical school that you seemed | 01:09:01 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

59

| | | |
|---|---|---|
| 1 | to be having any difficulty at all taking exams or | 01:09:04 |
| 2 | completing assignments and so forth? | 01:09:07 |
| 3 | A    You know, I remember being distracted | 01:09:12 |
| 4 | occasionally, but I was smart enough to complete the | 01:09:15 |
| 5 | assignments and whatnot. | 01:09:18 |
| 6 | Q    But a somewhat different question. | 01:09:19 |
| 7 | Had your mom or dad or your brother or | 01:09:21 |
| 8 | anybody ever mentioned to you as an undergraduate that | 01:09:23 |
| 9 | it seemed that you had a way of not preparing for | 01:09:27 |
| 10 | exams or having difficulty for exams?  Had any family | 01:09:31 |
| 11 | member ever said anything to you about that? | 01:09:35 |
| 12 | A    I don't recall. | 01:09:37 |
| 13 | Q    I mean if we were to depose your family | 01:09:38 |
| 14 | members would it be likely they would say, you know, | 01:09:41 |
| 15 | we always thought that Sina was a pretty good student, | 01:09:43 |
| 16 | he didn't seem to have much trouble, got good grades, | 01:09:48 |
| 17 | got into medical school? | 01:09:50 |
| 18 | MR. BACH:  Objection.  Calls for | 01:09:51 |
| 19 | speculation. | 01:09:52 |
| 20 | THE WITNESS:  Can you repeat that question? | 01:09:53 |
| 21 | BY MR. McCONNELL: | 01:09:55 |
| 22 | Q    Sure. | 01:09:55 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

60

| | | |
|---|---|---|
| 1 | If we were to ask your parents is it likely | 01:09:56 |
| 2 | they would say as far as they were concerned they | 01:09:59 |
| 3 | thought you were a pretty strong student and didn't | 01:10:01 |
| 4 | have difficulties with exams and so forth? | 01:10:03 |
| 5 | MR. BACH: Same objection. | 01:10:04 |
| 6 | MR. McCONNELL: Sure. | 01:10:05 |
| 7 | THE WITNESS: I don't know what they would | 01:10:12 |
| 8 | say. I can't speak for them. | 01:10:14 |
| 9 | But I remember on my own I had some | 01:10:16 |
| 10 | difficulty, you know, doing projects at the last | 01:10:19 |
| 11 | minute. | 01:10:25 |
| 12 | BY MR. McCONNELL: | 01:10:26 |
| 13 | Q Other than difficulty doing projects at the | 01:10:26 |
| 14 | last minute any other difficulties you had as a | 01:10:28 |
| 15 | student? | 01:10:31 |
| 16 | A I was bright enough to do well. | 01:10:35 |
| 17 | Q But in any event I take it up until the | 01:10:42 |
| 18 | time you got to medical school you didn't perceive | 01:10:45 |
| 19 | this as being a problem that you needed to go talk to | 01:10:48 |
| 20 | a healthcare provider about. | 01:10:52 |
| 21 | Is that a fair statement? | 01:10:54 |
| 22 | A Can you repeat that question? | 01:10:56 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

61

| | | |
|---|---|---|
| 1 | Q    I don't think it is a difficult question, | 01:10:57 |
| 2 | but as a courtesy I will repeat it. | 01:10:59 |
| 3 | Prior to medical school did you think you | 01:11:02 |
| 4 | were having such difficulty taking exams that you had | 01:11:04 |
| 5 | actually gone to the effort of consulting with a | 01:11:08 |
| 6 | healthcare provider about the issue? | 01:11:11 |
| 7 | A    You know, I was able to perform well enough | 01:11:15 |
| 8 | at school. | 01:11:20 |
| 9 | Q    So I take it the answer to my question | 01:11:25 |
| 10 | would be up until the time you contact Dr. Durr and | 01:11:27 |
| 11 | have this meeting on January 11, 2011, up to that | 01:11:31 |
| 12 | point in your entire educational academic career you | 01:11:35 |
| 13 | hadn't sought any help from any healthcare provider | 01:11:39 |
| 14 | for any problems with difficulty taking exams or doing | 01:11:44 |
| 15 | things at the last minute or completing tasks and so | 01:11:47 |
| 16 | forth? | 01:11:50 |
| 17 | You hadn't sought any other healthcare | 01:11:51 |
| 18 | providers help to the time you contacted Dr. Durr on | 01:11:55 |
| 19 | January 11, 2011, correct? | 01:11:59 |
| 20 | A    I don't recall. | 01:12:01 |
| 21 | Q    Well, if you had contacted a healthcare | 01:12:01 |
| 22 | provider about academic problems is that something it | 01:12:04 |

62

| | | |
|---|---|---|
| 1 | is likely you would recall? | 01:12:08 |
| 2 | A    I don't recall speaking with any other | 01:12:08 |
| 3 | physician about this issue. | 01:12:14 |
| 4 | Q    Right.  You don't recall.  Let's take it a | 01:12:15 |
| 5 | step further. | 01:12:18 |
| 6 | Is it your testimony that in fact you did | 01:12:19 |
| 7 | not speak with anyone other than for the first time | 01:12:21 |
| 8 | Dr. Durr on January 11, 2011 about these types of | 01:12:24 |
| 9 | problems?  Correct? | 01:12:28 |
| 10 | A    To the best of my recollection I believe | 01:12:29 |
| 11 | that was the first time I spoke where I sought help | 01:12:33 |
| 12 | from a physician. | 01:12:38 |
| 13 | MR. BACH:  Could we take a short break? | 01:12:39 |
| 14 | MR. McCONNELL:  Sure. | 01:12:40 |
| 15 | THE VIDEOGRAPHER:  We are going off the | 01:12:42 |
| 16 | record.  The time is 1:12. | 01:12:44 |
| 17 | (Recess.) | 01:13:18 |
| 18 | THE VIDEOGRAPHER:  We are going back on the | 01:21:50 |
| 19 | record.  The time is 1:21. | 01:21:51 |
| 20 | BY MR. McCONNELL: | 01:21:54 |
| 21 | Q    During that recess did you discuss the | 01:21:55 |
| 22 | substance of your testimony with your counsel? | 01:21:57 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

63

| | | |
|---|---|---|
| 1 | A    I just discussed the procedures with him. | 01:22:01 |
| 2 | Q    Is it a fact that you have told Dr. Durr | 01:22:06 |
| 3 | not to talk with anyone from our office about any | 01:22:08 |
| 4 | aspect of this case? | 01:22:11 |
| 5 | A    I don't recall ever talking to him about | 01:22:12 |
| 6 | that. | 01:22:15 |
| 7 | Q    Did you tell him not even to talk to us | 01:22:15 |
| 8 | about setting a date for his deposition? | 01:22:17 |
| 9 | A    No. | 01:22:25 |
| 10 | Q    We were talking about your appointment with | 01:22:25 |
| 11 | Dr. Durr on January 11, 2011. | 01:22:29 |
| 12 | Did you have any discussion with Dr. Durr | 01:22:42 |
| 13 | at that time about how you had done in elementary | 01:22:44 |
| 14 | school?  Did he go back that far with you at all in | 01:22:47 |
| 15 | your discussion? | 01:22:51 |
| 16 | A    No. | 01:22:53 |
| 17 | Q    Did you talk about junior high school or | 01:22:53 |
| 18 | high school with Dr. Durr, how you had done or | 01:22:57 |
| 19 | anything at all like that? | 01:22:59 |
| 20 | A    I believe I only talked to him about maybe | 01:23:00 |
| 21 | my time in undergrad and maybe my time at Georgetown | 01:23:03 |
| 22 | when I was in graduate school. | 01:23:07 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

64

| | | |
|---|---|---|
| 1 | Q    And when you were an undergrad are you | 01:23:09 |
| 2 | saying you had some difficulties studying for exams | 01:23:11 |
| 3 | even then? | 01:23:15 |
| 4 | A    I remember having difficulty studying for | 01:23:16 |
| 5 | exams, difficulty preparing for projects.  It is an | 01:23:19 |
| 6 | issue that I faced, but I was bright enough to be | 01:23:25 |
| 7 | successful. | 01:23:27 |
| 8 | Q    So other than difficulty preparing for | 01:23:30 |
| 9 | exams any other problems that you had as an | 01:23:33 |
| 10 | undergraduate? | 01:23:38 |
| 11 | A    Difficulty preparing for projects at the | 01:23:40 |
| 12 | last minute.  Difficulty studying for exams the last | 01:23:44 |
| 13 | minute.  Sometimes taking all the time to take the | 01:23:49 |
| 14 | exam and taking longer. | 01:23:54 |
| 15 | Q    So you discussed those problems with | 01:24:03 |
| 16 | Dr. Durr? | 01:24:10 |
| 17 | A    I believe we had got an overview of kind of | 01:24:10 |
| 18 | my undergrad and my different performance. | 01:24:14 |
| 19 | Q    Did you talk about any other problems you | 01:24:15 |
| 20 | were having with Dr. Durr during this meeting on | 01:24:18 |
| 21 | January 11, 2011? | 01:24:22 |
| 22 | A    I described some genitourinary issues. | 01:24:23 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

65

| | | |
|---|---|---|
| 1 | Q    Let's stay focused. | 01:24:29 |
| 2 | Did you talk about -- well, let me ask you | 01:24:30 |
| 3 | this.  How long have you been a licensed driver? | 01:24:33 |
| 4 | A    Since high school I can remember.  That | 01:24:40 |
| 5 | made me around 16-and-a-half, 17.  I don't remember | 01:24:42 |
| 6 | the date. | 01:24:44 |
| 7 | Q    Are you a good driver? | 01:24:45 |
| 8 | A    I consider myself a good driver. | 01:24:46 |
| 9 | Q    Do your friends consider you a good driver? | 01:24:48 |
| 10 | A    Uh-huh. | 01:24:50 |
| 11 | Q    Yes? | 01:24:51 |
| 12 | A    I think so. | 01:24:51 |
| 13 | Q    Would your family members consider you a | 01:24:53 |
| 14 | good driver? | 01:24:55 |
| 15 | A    I believe so. | 01:24:56 |
| 16 | Q    What about friendships during high school | 01:25:00 |
| 17 | and college?  Do you believe you had normal peer | 01:25:03 |
| 18 | relationships? | 01:25:07 |
| 19 | A    I believe normal peer relationships.  Yes. | 01:25:08 |
| 20 | I had my set of friends.  You know, I even keep in | 01:25:11 |
| 21 | touch with now. | 01:25:16 |
| 22 | Q    Going back to your visit with Dr. Durr, is | 01:25:33 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

66

| | | |
|---|---|---|
| 1 | there anything else at all you discussed other than | 01:25:36 |
| 2 | the fact that you had these difficulties being | 01:25:39 |
| 3 | distracted performing on exams and finishing the exams | 01:25:44 |
| 4 | that you noticed appeared to occur while you were an | 01:25:48 |
| 5 | undergraduate at GW and now you are also having those | 01:25:51 |
| 6 | problems at medical school?  Anything else you | 01:25:55 |
| 7 | discussed with Dr. Durr about those issues? | 01:25:58 |
| 8 | A     In addition to those issues or those | 01:26:01 |
| 9 | issues? | 01:26:03 |
| 10 | Q     In addition to those issues. | 01:26:03 |
| 11 | A     I discussed kind of some of the depression | 01:26:05 |
| 12 | and anxiety I was facing.  And at that time he | 01:26:08 |
| 13 | actually recommended that I see a therapist through | 01:26:11 |
| 14 | school. | 01:26:15 |
| 15 | Q     All right. | 01:26:16 |
| 16 |        What were the issues with depression that | 01:26:16 |
| 17 | you discussed or that you revealed to Dr. Durr? | 01:26:18 |
| 18 | A     I don't remember the exact content.  I | 01:26:24 |
| 19 | remember the issue that was coming up at that time was | 01:26:26 |
| 20 | difficulty going to sleep at night and difficulty | 01:26:29 |
| 21 | waking up in the morning and thus coming late. | 01:26:31 |
| 22 | Q     All right. | 01:26:39 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

67

| | | |
|---|---|---|
| 1 | Is that how you described to him the | 01:26:41 |
| 2 | anxiety you were having or is that a different | 01:26:43 |
| 3 | problem? | 01:26:47 |
| 4 | A    I believe they were all lumped together, | 01:26:47 |
| 5 | you know, the depression and anxiety. | 01:26:50 |
| 6 | Q    What was the cause of the depression? | 01:26:52 |
| 7 | MR. BACH:  Objection.  Calls for | 01:26:55 |
| 8 | speculation. | 01:26:56 |
| 9 | BY MR. McCONNELL: | 01:26:59 |
| 10 | Q    Why do you think you were depressed? | 01:26:59 |
| 11 | A    I remember at the time -- let me think. | 01:27:05 |
| 12 | At that time I remember being depressed at | 01:27:12 |
| 13 | the start of medical school and I remember one of my | 01:27:18 |
| 14 | best friends had a suicide that fall semester.  I | 01:27:21 |
| 15 | remember that really affecting me. | 01:27:26 |
| 16 | Q    And anxiety how did you describe the | 01:27:32 |
| 17 | anxiety to Dr. Durr?  What did you tell him about | 01:27:34 |
| 18 | that? | 01:27:38 |
| 19 | A    I believe I talked to him about kind of | 01:27:38 |
| 20 | some anxiety that I was facing in some of the small | 01:27:41 |
| 21 | group activities in school. | 01:27:43 |
| 22 | Q    And how was that affecting what was | 01:27:49 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

68

| | | |
|---|---|---|
| 1 | happening for you? | 01:27:52 |
| 2 | A    I mean I wasn't able to perform well in the | 01:27:54 |
| 3 | small group exercises.  I had difficulty, you know, in | 01:27:57 |
| 4 | school. | 01:28:03 |
| 5 | We have this practice medicine class where | 01:28:04 |
| 6 | we have to interview essentially standardized patients | 01:28:08 |
| 7 | that are actors that we interview.  I remember having | 01:28:12 |
| 8 | difficulty, you know, because of that environment of | 01:28:15 |
| 9 | being surrounded by my peers and the mentors and | 01:28:19 |
| 10 | pretty much not getting any direction.  And just | 01:28:25 |
| 11 | having to perform, you know, an evaluation of the | 01:28:28 |
| 12 | patient and perform in front of my classmates was | 01:28:31 |
| 13 | causing some anxiety and I wasn't able to do well. | 01:28:34 |
| 14 | Q    Other than anxiety around the practice of | 01:28:38 |
| 15 | medicine environment where you were interviewing actor | 01:28:41 |
| 16 | patients in front of colleagues of yours did you have | 01:28:43 |
| 17 | other anxiety issues or was that pretty much the focus | 01:28:48 |
| 18 | of that problem? | 01:28:51 |
| 19 | A    I mean speaking in general I remember | 01:28:53 |
| 20 | having anxiety issues around, you know, we had the | 01:28:56 |
| 21 | standardized patient exams at the end of the semester. | 01:28:58 |
| 22 | Q    Is that also similar to the practice of | 01:29:01 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

69

| | | |
|---|---|---|
| 1 | medicine issue that you were having? | 01:29:04 |
| 2 | A    This was an examination that we had at the | 01:29:06 |
| 3 | end of the semester.  I don't remember the date. | 01:29:09 |
| 4 | Q    So you had some anxiety around conducting | 01:29:11 |
| 5 | interviews of actor patients in the practice of | 01:29:15 |
| 6 | medicine which is sort of a smaller environment with | 01:29:19 |
| 7 | your colleagues there and teachers present? | 01:29:22 |
| 8 | A    And two professors.  Yes. | 01:29:25 |
| 9 | Q    And that was for you anxiety provoking? | 01:29:26 |
| 10 | A    That was anxiety terrifying. | 01:29:29 |
| 11 | Q    Terrifying.  You were terrified about | 01:29:31 |
| 12 | interviewing patients in front of colleagues. | 01:29:32 |
| 13 | What was terrifying about that? | 01:29:36 |
| 14 | A    Subjectively I believe the issue I was | 01:29:40 |
| 15 | having with that, you know, we received kind of no | 01:29:44 |
| 16 | instruction or I felt no instruction. | 01:29:46 |
| 17 | Q    How did the other students appear to you? | 01:29:51 |
| 18 | Did you get to see other students?  Were | 01:29:53 |
| 19 | you part of a group watching other students also to | 01:29:56 |
| 20 | interview actor patients in the POM group course? | 01:29:58 |
| 21 | A    I'm sorry.  I'm a little confused. | 01:30:05 |
| 22 | Did I have? | 01:30:08 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

70

| | | |
|---|---|---|
| 1 | Q    Did you watch other students interview | 01:30:08 |
| 2 | actor patients in the practice of medicine course? | 01:30:10 |
| 3 | A    Yes. | 01:30:13 |
| 4 | Q    Did any of them have anxiety attacks over | 01:30:13 |
| 5 | that? | 01:30:17 |
| 6 | A    I don't know what they felt. | 01:30:18 |
| 7 | I know we all had -- some students had | 01:30:20 |
| 8 | difficulty, you know, and some students performed | 01:30:22 |
| 9 | well.  For me it was I had difficulty. | 01:30:27 |
| 10 | Q    Were you able to extract watching those who | 01:30:29 |
| 11 | appeared to do well sort of what was the good behavior | 01:30:32 |
| 12 | that was worth absorbing, internalizing and emulating | 01:30:35 |
| 13 | when it came your turn? | 01:30:41 |
| 14 | Did that work for you at all? | 01:30:43 |
| 15 | A    I mean -- let me think. | 01:30:45 |
| 16 | You know, the professor was there to | 01:30:50 |
| 17 | instruct us and teach us and provide an example. | 01:30:54 |
| 18 | Q    Right. | 01:30:54 |
| 19 | A    I don't think a student is as qualified as | 01:30:57 |
| 20 | a professor.  But we didn't really get any | 01:31:01 |
| 21 | instruction. | 01:31:02 |
| 22 | Q    You were doing it in a group though and | 01:31:03 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

71

| | | |
|---|---|---|
| 1 | your own fellow students were performing the same | 01:31:06 |
| 2 | exercise, some of them obviously doing it pretty well, | 01:31:10 |
| 3 | correct?  You could tell who was conducting an | 01:31:14 |
| 4 | effective interview, couldn't you? | 01:31:16 |
| 5 | A    Yes.  Some of them did well. | 01:31:18 |
| 6 | Q    Yes. | 01:31:20 |
| 7 | And so this part of the learning process is | 01:31:20 |
| 8 | student to student, isn't it? | 01:31:25 |
| 9 | Did those students seem anxious to you who | 01:31:25 |
| 10 | were doing well? | 01:31:29 |
| 11 | A    Some students seemed anxious, but it | 01:31:30 |
| 12 | terminated when we would have to perform the exam. | 01:31:33 |
| 13 | Q    So you had some anxiety around performing | 01:31:37 |
| 14 | in front of classmates and faculty, interviewing actor | 01:31:39 |
| 15 | students in the POM course and you also had anxiety | 01:31:43 |
| 16 | around doing a physical exam? | 01:31:47 |
| 17 | A    We didn't do the physical exam in that | 01:31:52 |
| 18 | small group.  We had different smaller groups to do | 01:31:58 |
| 19 | the physical exam. | 01:32:01 |
| 20 | Q    But that also was a situation you found | 01:32:02 |
| 21 | anxiety provoking, doing a physical exam? | 01:32:05 |
| 22 | A    Those were typically more kind of more | 01:32:07 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

72

| | | |
|---|---|---|
| 1 | smaller groups than that. | 01:32:10 |
| 2 | Q    But that is the other situation that you | 01:32:12 |
| 3 | found to be anxiety provoking that you mentioned to | 01:32:15 |
| 4 | Dr. Durr? | 01:32:18 |
| 5 | A    I mean I don't recall elaborating on some | 01:32:23 |
| 6 | of these issues with Dr. Durr, but objectively | 01:32:28 |
| 7 | speaking. | 01:32:31 |
| 8 | Q    Well, did you mention that to Dr. Durr, the | 01:32:32 |
| 9 | anxiety about the practice of medicine? | 01:32:33 |
| 10 | A    I believe I spoke to him about my anxiety | 01:32:35 |
| 11 | in medical school. | 01:32:38 |
| 12 | Q    Did Dr. Durr ask you any questions about | 01:32:42 |
| 13 | how any of your attention span issues might impact any | 01:32:44 |
| 14 | other aspect of your life, your student life? | 01:32:48 |
| 15 | A    Like in what regard? | 01:32:53 |
| 16 | Q    Did he ask you if you had difficulty in any | 01:32:54 |
| 17 | other way finding where your classes were, organizing | 01:32:57 |
| 18 | your schedule?  Was there any other discussion at all | 01:33:02 |
| 19 | generally about attention span? | 01:33:05 |
| 20 | A    I don't recall 100 percent the | 01:33:13 |
| 21 | conversation, but I remember that being an issue that | 01:33:15 |
| 22 | I had some just difficult times with difficulty I | 01:33:17 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

73

| | | |
|---|---|---|
| 1 | guess navigating. | 01:33:20 |
| 2 | Q    Different question. | 01:33:23 |
| 3 | Did you discuss that with Dr. Durr?  Did he | 01:33:24 |
| 4 | ask you about it? | 01:33:27 |
| 5 | A    I just remember discussing about attention | 01:33:30 |
| 6 | span issues and difficulty. | 01:33:33 |
| 7 | Q    Do you have difficulties with attention | 01:33:38 |
| 8 | span during normal social conversations?  Is that a | 01:33:41 |
| 9 | problem there as well? | 01:33:44 |
| 10 | A    I mean I did have trouble following you on | 01:33:49 |
| 11 | one or two questions. | 01:33:57 |
| 12 | Q    Yes.  But in normal social conversation | 01:33:58 |
| 13 | with friends do you have a problem following the | 01:34:01 |
| 14 | conversation?  Is that a difficulty for you? | 01:34:04 |
| 15 | A    I don't recall. | 01:34:22 |
| 16 | Q    Well, let me put it a slightly different | 01:34:23 |
| 17 | way. | 01:34:28 |
| 18 | Do you have any difficulty carrying on a | 01:34:29 |
| 19 | normal conversation with your friends? | 01:34:32 |
| 20 | A    With my close friends it is not an issue. | 01:34:33 |
| 21 | Sometimes when, you know, I meet new people, new | 01:34:36 |
| 22 | environments, new situations, sometimes it is | 01:34:39 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

74

| | | |
|---|---|---|
| 1 | difficult.  Especially in environments where I have a | 01:34:42 |
| 2 | lot of distractions can be really difficult for me. | 01:34:48 |
| 3 | Q    Now, you said Dr. Durr suggested that you | 01:34:51 |
| 4 | follow-up with a counselor for one of these issues, | 01:34:54 |
| 5 | one or more of these issues, correct? | 01:34:56 |
| 6 | A    He said here that see therapist at school. | 01:35:00 |
| 7 | Q    What was the instruction specifically he | 01:35:05 |
| 8 | gave you about that, see therapist at school? | 01:35:08 |
| 9 | A    I believe his instruction was that it was | 01:35:13 |
| 10 | hopefully more convenient. | 01:35:16 |
| 11 | I mean finding a therapist and scheduling | 01:35:19 |
| 12 | any appointment is a pain and difficult.  And, you | 01:35:21 |
| 13 | know, it would be free. | 01:35:26 |
| 14 | Q    So is there anything else at all you | 01:35:30 |
| 15 | discussed with Dr. Durr during this visit on | 01:35:33 |
| 16 | January 11, 2011 or have we now covered it all? | 01:35:37 |
| 17 | A    Besides those issues we discussed right now | 01:35:42 |
| 18 | and the genitourinary issues let me think. | 01:35:44 |
| 19 | I don't recall anything else. | 01:36:02 |
| 20 | Q    Now, he said see therapist at school.  Did | 01:36:05 |
| 21 | you go see a therapist? | 01:36:09 |
| 22 | A    I did not see a therapist. | 01:36:18 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

75

| | | |
|---|---|---|
| 1 | Q    Did you see a therapist at any time? | 01:36:21 |
| 2 | A    No. | 01:36:24 |
| 3 | Q    Have you seen any therapist at any time up | 01:36:24 |
| 4 | to and including today for any of the issues you | 01:36:27 |
| 5 | discussed with Dr. Durr back on January 11, 2011? | 01:36:30 |
| 6 | A    I remember only speaking with Dr. Durr | 01:36:37 |
| 7 | about my issues.  I was, you know, speaking | 01:36:41 |
| 8 | subjectively.  I was a little bit concerned to speak, | 01:36:45 |
| 9 | you know.  I wanted to just do it with Dr. Durr | 01:36:50 |
| 10 | somewhat independent of the university and somebody I | 01:36:53 |
| 11 | trusted. | 01:36:56 |
| 12 | Q    So you spoke with Dr. Durr, he said go see | 01:36:56 |
| 13 | a therapist at school, and you didn't go see a | 01:36:59 |
| 14 | therapist at school, correct? | 01:37:02 |
| 15 | A    Correct.  I did not see a therapist at | 01:37:05 |
| 16 | school.  I continued to see Dr. Durr. | 01:37:06 |
| 17 | Q    Did you see a therapist anywhere else? | 01:37:08 |
| 18 | A    No. | 01:37:10 |
| 19 | Q    Did Dr. Durr serve as a therapist?  Did he | 01:37:11 |
| 20 | provide therapy, therapy sessions for you? | 01:37:17 |
| 21 | A    I spoke with him incidentally about my | 01:37:22 |
| 22 | issues when I had appointments with him. | 01:37:25 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

76

| | | |
|---|---|---|
| 1 | Q    But he didn't set up a schedule of | 01:37:27 |
| 2 | appointments for therapy purposes, did he? | 01:37:29 |
| 3 | A    I mean would you consider his appointments | 01:37:32 |
| 4 | sessions? | 01:37:36 |
| 5 | Q    I don't know.  You tell me. | 01:37:37 |
| 6 | Did you set up an appointment with him that | 01:37:39 |
| 7 | was to be a therapy session? | 01:37:41 |
| 8 | A    I set up appointments with him. | 01:37:43 |
| 9 | Q    Were they for therapy for these issues? | 01:37:45 |
| 10 | A    I mean this appointment here was.  I don't | 01:37:47 |
| 11 | recall the other appointments off the top of my head | 01:37:51 |
| 12 | and I have seen my records.  But, you know, this | 01:37:52 |
| 13 | appointment that I had with him was, you know, I guess | 01:37:53 |
| 14 | to discuss this issue that had come up. | 01:37:57 |
| 15 | Q    But did you ever set aside or he set aside | 01:38:01 |
| 16 | a date where you were to come in and discuss these | 01:38:05 |
| 17 | issues for purposes of therapy? | 01:38:08 |
| 18 | A    On January 11, 2011 I spoke with him about | 01:38:09 |
| 19 | this issue.  I don't recall the other dates off the | 01:38:12 |
| 20 | top of my head. | 01:38:14 |
| 21 | Q    Well, that is what I meant. | 01:38:14 |
| 22 | We all know about January 11th. | 01:38:14 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

77

1      A    Yes.                                          01:38:14

2      Q    But if he told you to see a therapist, go     01:38:16

3  see a therapist, presumably he had some process in    01:38:18

4  mind beyond just his office visits.  You told me you   01:38:21

5  didn't go see a therapist at school, you didn't see a  01:38:24

6  therapist anywhere else.                               01:38:26

7          Did you ever set up appointments with         01:38:28

8  Dr. Durr where he was to provide therapy for you?      01:38:31

9      A    I continued to see him for my ADHD.           01:38:34

10     Q    Were those sessions set up as therapy         01:38:42

11 appointments?                                          01:38:45

12     A    I believe I had one about a month after       01:38:46

13 this to follow-up regarding, you know, how I was doing 01:38:51

14 on the Adderall for my ADHD.  I believe that was about 01:38:57

15 a month later.                                         01:39:02

16     Q    So other than that appointment about a        01:39:02

17 month later where you met with Dr. Durr to see how the 01:39:05

18 Adderall was doing for you did you have any            01:39:09

19 appointments with him that were designed to serve as   01:39:11

20 therapy for anxiety, any distraction, all these other  01:39:14

21 issues you have raised?                                01:39:18

22     A    I mean speaking subjectively I believe he     01:39:19

78

1    lumped these all together under my ADHD diagnosis.          01:39:21

2         Q    Well, different question.                        01:39:26

3              Did he have sessions with you that were          01:39:28

4    therapy sessions around the issues of anxiety,             01:39:30

5    distractibility and so forth?                              01:39:33

6         A    I believe we had talked about it with my         01:39:40

7    ADHD follow-up appointments.                               01:39:42

8         Q    Well, in your mind was that fulfilling the       01:39:47

9    direction to you to see a therapist?                       01:39:52

10        A    I mean Dr. Durr is a medical practitioner.       01:40:03

11   I trusted him to speak with many personal issues,          01:40:08

12   including these ADHD depression and anxiety issues.  I     01:40:11

13   continued to speak with him about these.                   01:40:16

14        Q    Okay.                                            01:40:16

15             So when we take Dr. Durr's deposition you        01:40:17

16   expect that he would say that he subsequently became       01:40:19

17   your therapist for purposes of these issues?               01:40:23

18             Is that your understanding?                      01:40:26

19        A    I had seen him for these issues.  Yes.  A        01:40:30

20   therapist per se, he was my medical practitioner.          01:40:34

21        Q    Were you getting therapy from him for            01:40:39

22   anxiety?  Other than medication were you getting           01:40:41

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

79

| | | |
|---|---|---|
| 1 | therapy from Dr. Durr for these issues of anxiety, | 01:40:46 |
| 2 | distractibility and so forth? | 01:40:49 |
| 3 | A    I believe it was lumped in together as my | 01:40:58 |
| 4 | ADHD follow-ups.  Yes. | 01:41:03 |
| 5 | Q    Now, at this appointment it appears that he | 01:41:06 |
| 6 | prescribed Adderall ten milligrams, correct? | 01:41:10 |
| 7 | A    Correct. | 01:41:14 |
| 8 | Q    Did you start taking it? | 01:41:15 |
| 9 | A    Correct.  Yes. | 01:41:19 |
| 10 | Q    How did you do on the Adderall? | 01:41:21 |
| 11 | A    I felt that it helped calm me down a little | 01:41:25 |
| 12 | bit.  It helped me focus.  And I believe it helped | 01:41:32 |
| 13 | with some of the anxiety.  A little bit of the | 01:41:41 |
| 14 | depression issues too that I was having. | 01:41:44 |
| 15 | Q    What schedule did you take the Adderall on? | 01:41:52 |
| 16 | How much and when? | 01:41:56 |
| 17 | A    I took ten milligrams daily. | 01:41:57 |
| 18 | Q    Every day or did you skip it on weekends? | 01:41:59 |
| 19 | A    I skipped it on the weekends. | 01:42:02 |
| 20 | Q    Why did you skip it on weekends? | 01:42:04 |
| 21 | A    I guess I couldn't -- I guess I just -- how | 01:42:07 |
| 22 | should I describe it?  I guess I was a little bit | 01:42:16 |

80

| | | |
|---|---|---|
| 1 | apprehensive to taking a medication for I guess a | 01:42:20 |
| 2 | neurological issue.  And, you know, I took it at | 01:42:25 |
| 3 | school during the days that I had school because it | 01:42:29 |
| 4 | helped calm me down in the anxiety producing | 01:42:32 |
| 5 | environment. | 01:42:38 |
| 6 | Q    Did you find that the Adderall was helping | 01:42:38 |
| 7 | to resolve your concentration issues? | 01:42:41 |
| 8 | A    I believe so.  I believe it helped.  I | 01:42:44 |
| 9 | think I was able to perform better academically.  I | 01:42:46 |
| 10 | was able to concentrate more easily and prepare | 01:42:49 |
| 11 | better. | 01:42:53 |
| 12 | Q    Did you feel you were back to or very close | 01:42:53 |
| 13 | to baseline with the Adderall? | 01:42:55 |
| 14 | A    I mean I don't know. | 01:43:03 |
| 15 | I think in medical school I was in a bad | 01:43:04 |
| 16 | situation and I think that the Adderall helped me | 01:43:05 |
| 17 | become a little bit better. | 01:43:10 |
| 18 | I can't speculate to it.  But I think it | 01:43:11 |
| 19 | did help. | 01:43:15 |
| 20 | Q    Based on what I am hearing, it sounds to me | 01:43:16 |
| 21 | as if it was really the increased or ramped up | 01:43:18 |
| 22 | pressure of the medical school curriculum that really | 01:43:21 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

81

| | | |
|---|---|---|
| 1 | brought these issues to the floor for you? | 01:43:25 |
| 2 | A    I mean undergraduate I did an engineering | 01:43:28 |
| 3 | undergraduate degree.  I did really well.  It was very | 01:43:33 |
| 4 | difficult. | 01:43:34 |
| 5 | I mean, you know, I think -- how should I | 01:43:35 |
| 6 | describe it? | 01:43:41 |
| 7 | Q    Go ahead. | 01:43:41 |
| 8 | A    I felt the environment in medical school | 01:43:52 |
| 9 | kind of with this issue that I was having I guess kind | 01:43:59 |
| 10 | of made it worse. | 01:44:02 |
| 11 | Q    When you say this issue you were having -- | 01:44:03 |
| 12 | A    This ADHD. | 01:44:05 |
| 13 | Q    You describe it as ADHD, but what you are | 01:44:07 |
| 14 | really describing is anxiety and distractibility -- | 01:44:10 |
| 15 | A    Uh-huh. | 01:44:14 |
| 16 | Q    -- in medical school? | 01:44:14 |
| 17 | A    Yes.  Anxiety, distractibility and, you | 01:44:15 |
| 18 | know, some of the depression and other issues.  And | 01:44:18 |
| 19 | then the environment kind of. | 01:44:21 |
| 20 | Q    When you were with Dr. Durr's office did he | 01:44:25 |
| 21 | have you fill out any form describing your various | 01:44:28 |
| 22 | activities of daily living as measured against | 01:44:33 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

82

| | | |
|---|---|---|
| 1 | distractibility, problems with concentration, problems | 01:44:37 |
| 2 | with memory?  Did you fill out any forms or | 01:44:42 |
| 3 | questionnaire for him? | 01:44:44 |
| 4 | A    I may have filled out those forms at the | 01:44:47 |
| 5 | beginning of the appointments.  I don't remember at | 01:44:50 |
| 6 | which appointments I filled them out.  But I remember | 01:44:52 |
| 7 | filling out something like the first. | 01:44:55 |
| 8 | Q    At the first appointment? | 01:44:57 |
| 9 | A    Yes. | 01:44:59 |
| 10 | Q    We went over that then, right? | 01:44:59 |
| 11 | A    Yes. | 01:45:00 |
| 12 | Q    Other than that form, did you ever fill out | 01:45:01 |
| 13 | any other forms or questionnaires for Dr. Durr at any | 01:45:03 |
| 14 | time? | 01:45:07 |
| 15 | A    I believe I did at some point. | 01:45:07 |
| 16 | Q    You did? | 01:45:07 |
| 17 | A    Yes. | 01:45:08 |
| 18 | Q    So those would be in his office records | 01:45:08 |
| 19 | somewhere? | 01:45:10 |
| 20 | MR. BACH:  Objection.  Calls for | 01:45:10 |
| 21 | speculation. | 01:45:11 |
| 22 | THE WITNESS:  I mean they should be part of | 01:45:12 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

83

| | | |
|---|---|---|
| 1 | my medical records that were provided to you guys. | 01:45:15 |
| 2 | BY MR. McCONNELL: | 01:45:17 |
| 3 | Q    What kinds of other forms did you ever fill | 01:45:17 |
| 4 | out for Dr. Durr? | 01:45:19 |
| 5 | A    Probably something similar to that one we | 01:45:29 |
| 6 | discussed earlier, the first one. | 01:45:31 |
| 7 | Q    The general physical history form? | 01:45:33 |
| 8 | A    Yes. | 01:45:35 |
| 9 | Q    Did you ever fill out any form specifically | 01:45:36 |
| 10 | related to this concern about attention span, anxiety, | 01:45:39 |
| 11 | distractibility, lack of concentration?  Did you ever | 01:45:45 |
| 12 | fill out any forms along those lines? | 01:45:49 |
| 13 | A    I don't remember.  I just remember talking | 01:45:52 |
| 14 | with Dr. Durr about those issues. | 01:45:53 |
| 15 | Q    Did he ever have any of your family members | 01:45:54 |
| 16 | fill out any such forms for him? | 01:45:58 |
| 17 | A    Regarding themselves or regarding me? | 01:45:59 |
| 18 | Q    Regarding you. | 01:46:01 |
| 19 | A    No.  I don't believe so. | 01:46:03 |
| 20 | Q    So he wrote this prescription.  He gave a | 01:46:07 |
| 21 | diagnosis of ADHD in his record and he gave a | 01:46:12 |
| 22 | prescription for Adderall and on the Adderall you are | 01:46:15 |

84

| | | |
|---|---|---|
| 1 | telling me you were doing better? | 01:46:19 |
| 2 | A    I felt subjectively better. | 01:46:19 |
| 3 | Q    All right. | 01:46:22 |
| 4 | So after the visit of January 11, 2011 when | 01:46:26 |
| 5 | is the next time you had any contact with Dr. Durr | 01:48:03 |
| 6 | around your anxiety issues? | 01:48:06 |
| 7 | A    I believe a month later or less.  I believe | 01:48:10 |
| 8 | less than a month.  Maybe a month later. | 01:48:13 |
| 9 | I had, you know, followed up about how the | 01:48:20 |
| 10 | Adderall, how it helped. | 01:48:25 |
| 11 | MR. McCONNELL:  Let's have this marked as | 01:48:47 |
| 12 | the next exhibit. | 01:48:48 |
| 13 | (Chenari Exhibit 7 was marked for | 01:48:50 |
| 14 | identification and is attached to the deposition | 01:48:50 |
| 15 | transcript.) | 01:49:02 |
| 16 | BY MR. McCONNELL: | 01:49:02 |
| 17 | Q    We have had the Court Reporter mark as | 01:49:08 |
| 18 | Exhibit 7 what appears to be Dr. Durr's office notes | 01:49:11 |
| 19 | of a visit on February 2, 2011 and it does indicate it | 01:49:15 |
| 20 | is a follow-up on meds and I think we can probably | 01:49:21 |
| 21 | assume that is a reference to the Adderall that he | 01:49:24 |
| 22 | recently described for you.  Fair enough? | 01:49:27 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

85

1       A     Correct.                                          01:49:32

2       Q     All right.  So you are back.                      01:49:32

3             What do you recall telling Dr. Durr on            01:49:33

4   February 2, 2011 about how you were doing?                  01:49:35

5       A     I remember objectively telling him about          01:49:38

6   how the Adderall had helped me study better,                01:49:40

7   concentrate better, and I guess sort of worked better       01:49:44

8   in school.                                                  01:49:50

9             I remember I also talked to him about how         01:49:51

10  it kind of helped calm me down a little bit from some       01:49:55

11  of this anxiety issue.                                      01:49:59

12      Q     You told him you were sleeping well,              01:50:00

13  correct?                                                    01:50:02

14      A     I mean we talked about how -- I believe the       01:50:02

15  appointment previous to this, you know, when we talked      01:50:07

16  about Adderall -- some of the issues that some people       01:50:09

17  have are trouble sleeping, you know.  I am already not      01:50:11

18  sleeping very much with medical school.  But it wasn't      01:50:16

19  worse than normal.                                          01:50:21

20      Q     On that date he had you update that history       01:50:25

21  form that you filled out the first visit, correct?         01:50:31

22            That is page 9 of the Durr record, page 2         01:50:36

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

86

| | | |
|---|---|---|
| 1 | of this exhibit, correct? | 01:50:38 |
| 2 | A    Correct. | 01:50:39 |
| 3 | Q    And again under Psychiatric you documented | 01:50:40 |
| 4 | that you weren't having any problems with memory loss | 01:50:48 |
| 5 | or confusion. | 01:50:51 |
| 6 | Was that a correct statement? | 01:50:52 |
| 7 | A    I did not checkmark the Psychiatric and the | 01:50:55 |
| 8 | Gastrointestinal sections.  I had only marked the | 01:51:00 |
| 9 | parts that were the vertical lines. | 01:51:04 |
| 10 | I believe the checkmarks from what I recall | 01:51:06 |
| 11 | are what he had wrote after speaking with me. | 01:51:09 |
| 12 | Q    So you didn't check that part of the form | 01:51:13 |
| 13 | off? | 01:51:16 |
| 14 | A    No.  I had just filled out all the vertical | 01:51:16 |
| 15 | lines except for the Gastrointestinal section and the | 01:51:21 |
| 16 | Psychiatric section. | 01:51:26 |
| 17 | Q    All right. | 01:51:29 |
| 18 | Did you tell Dr. Durr on February 2, 2011 | 01:51:32 |
| 19 | that despite the Adderall you were still having | 01:51:37 |
| 20 | problems with anxiety, distractibility, concentration | 01:51:40 |
| 21 | and so forth? | 01:51:43 |
| 22 | A    We talked about how I was able to | 01:51:48 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

87

1    concentrate better.                                          01:51:50

2        Q    Anything else you discussed with Dr. Durr          01:51:54

3    during this visit on February 2, 2011?                      01:51:56

4        A    I had also talked to him a little bit about        01:52:13

5    some of the genitourinary issues.                           01:52:16

6             Let me think.                                      01:52:16

7             Besides that, you know, the ADHD and the           01:52:21

8    genitourinary issues.                                       01:52:30

9        Q    All right.                                         01:52:33

10            How long was this appointment with Dr. Durr        01:52:34

11   ballpark?                                                   01:52:36

12       A    I want to say maybe -- I want to say about         01:52:37

13   20 or 30 minutes.  20 minutes roughly.                      01:52:43

14       Q    Did Dr. Durr at any time in all the time          01:52:46

15   you had seen him review any of your educational            01:52:49

16   history with you prior to your GW undergraduate            01:52:54

17   experience?                                                 01:53:00

18       A    Like my high school you mean?                      01:53:00

19       Q    Yes.                                               01:53:02

20       A    No.  I don't recall ever reviewing those          01:53:03

21   with Dr. Durr.                                              01:53:06

22       Q    Did he ever conduct any interviews of             01:53:08

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

88

| | | |
|---|---|---|
| 1 | family members or close friends or have them complete | 01:53:10 |
| 2 | any questionnaires at any time up to and including | 01:53:14 |
| 3 | today? | 01:53:17 |
| 4 | A    No.  I don't think so. | 01:53:18 |
| 5 | Q    Other than this document that is labeled | 01:53:21 |
| 6 | Bates number Durr 00009 and the same document at your | 01:53:31 |
| 7 | first office visit, have you ever filled out any | 01:53:37 |
| 8 | healthcare reports or forms or questionnaires of any | 01:53:40 |
| 9 | kind for Dr. Durr? | 01:53:43 |
| 10 | A    Have I filled out forms for Dr. Durr?  Yes. | 01:53:45 |
| 11 | I filled out healthcare forms for him. | 01:53:47 |
| 12 | Q    Have you filled out any forms related to | 01:53:51 |
| 13 | the issues surrounding anxiety, distractibility, | 01:53:54 |
| 14 | difficulty concentrating? | 01:53:54 |
| 15 | Other than this form? | 01:53:57 |
| 16 | A    I believe in that form from -- what date is | 01:54:00 |
| 17 | it -- I believe that the August form I did. | 01:54:29 |
| 18 | Q    What is the date of the meeting? | 01:54:33 |
| 19 | A    That is the one we discussed first, the | 01:54:37 |
| 20 | August 8th. | 01:54:44 |
| 21 | Q    The very first meeting with Dr. Durr? | 01:54:47 |
| 22 | A    Correct. | 01:54:50 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

89

| | | |
|---|---|---|
| 1 | Q   What other forms did you fill out at that | 01:54:50 |
| 2 | time? | 01:54:52 |
| 3 | A   At that time I filled out I guess the | 01:54:53 |
| 4 | general -- | 01:54:57 |
| 5 | Q   Right.  The same form we are talking about. | 01:54:57 |
| 6 | A   Yes. | 01:54:59 |
| 7 | Q   My question is did you ever fill out any | 01:54:59 |
| 8 | other forms for Dr. Durr other than that form? | 01:55:02 |
| 9 | A   I believe I had filled out other forms for | 01:55:04 |
| 10 | him. | 01:55:07 |
| 11 | Q   Did any of those relate to psychiatric | 01:55:07 |
| 12 | issues of any kind? | 01:55:11 |
| 13 | A   I don't recall.  I don't recall. | 01:55:14 |
| 14 | Q   You continue to take the Adderall as | 01:55:28 |
| 15 | prescribed? | 01:55:32 |
| 16 | A   Correct. | 01:55:32 |
| 17 | Q   And it continued to help you with your | 01:55:33 |
| 18 | attention, anxiety and so forth? | 01:55:36 |
| 19 | A   I remember it did help me. | 01:55:41 |
| 20 | I remember, you know, still being | 01:55:44 |
| 21 | apprehensive about taking medication for this issue. | 01:55:48 |
| 22 | I guess, you know, speaking subjectively, one of the | 01:55:50 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

90

| | | |
|---|---|---|
| 1 | issues that I felt was, you know, it is part of the | 01:55:54 |
| 2 | medical culture, you know, it is an environment kind | 01:55:59 |
| 3 | of not to feel that you have weakness of this sort.  I | 01:56:03 |
| 4 | remember being, you know, subjectively apprehensive | 01:56:11 |
| 5 | towards taking medication, but I did take it at this | 01:56:15 |
| 6 | time. | 01:56:18 |
| 7 | Q    Are you still taking Adderall? | 01:56:19 |
| 8 | A    Yes. | 01:56:21 |
| 9 | Q    Other than Dr. Durr since you first saw him | 01:56:41 |
| 10 | what other healthcare providers had you seen at any | 01:56:45 |
| 11 | time? | 01:56:49 |
| 12 | A    I had seen a dermatologist. | 01:56:49 |
| 13 | I believe I had seen an orthopaedic | 01:56:56 |
| 14 | surgeon. | 01:56:56 |
| 15 | I believe I had seen a urologist. | 01:57:04 |
| 16 | I also had taken physical therapy for the, | 01:57:11 |
| 17 | you know, the groin muscular pain. | 01:57:17 |
| 18 | Q    Okay. | 01:57:20 |
| 19 | Other than a dermatologist, a urologist, an | 01:57:20 |
| 20 | orthopaedic surgeon and physical therapy for the groin | 01:57:23 |
| 21 | issue, have you seen any other healthcare provider at | 01:57:26 |
| 22 | all at any time for any reason since you first saw | 01:57:29 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

91

| | | |
|---|---|---|
| 1 | Dr. Durr back in August of 2010?  Anyone else at all | 01:57:33 |
| 2 | for any reason? | 01:57:39 |
| 3 | A    I mean would you count when I saw the | 01:57:40 |
| 4 | physician professors at school when I had spoke with | 01:57:42 |
| 5 | them about some of these issues?  Would you count | 01:57:45 |
| 6 | those? | 01:57:47 |
| 7 | Q    No.  Anybody you saw in a treating | 01:57:48 |
| 8 | healthcare provider relationship. | 01:57:51 |
| 9 | A    No.  Those were the only ones. | 01:57:58 |
| 10 | Q    And other than Dr. Durr, you have never | 01:58:05 |
| 11 | seen anyone for, quote, "therapy", close quote, for | 01:58:07 |
| 12 | your concentration, distractibility, focus, test | 01:58:11 |
| 13 | taking anxiety type issues, correct? | 01:58:17 |
| 14 | That is it?  Dr. Durr? | 01:58:20 |
| 15 | A    To the best of my knowledge yes. | 01:58:22 |
| 16 | Q    All right. | 01:58:25 |
| 17 | How do you believe your friends would | 01:58:42 |
| 18 | describe your personality? | 01:58:43 |
| 19 | MR. BACH:  Object to the form of the | 01:58:46 |
| 20 | question.  Calls for speculation. | 01:58:47 |
| 21 | MR. McCONNELL:  Sure. | 01:58:51 |
| 22 | BY MR. McCONNELL: | 01:58:51 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

92

| | | |
|---|---|---|
| 1 | Q    If your friends were describing you what | 01:58:51 |
| 2 | would they say? | 01:58:53 |
| 3 | MR. BACH:  Same objection. | 01:58:54 |
| 4 | MR. McCONNELL:  Sure. | 01:58:55 |
| 5 | THE WITNESS:  You know, I think they would | 01:58:59 |
| 6 | feel I am a pretty nice guy, I am fairly bright, a | 01:59:00 |
| 7 | little bit impulse control issues.  I guess | 01:59:06 |
| 8 | occasionally making inappropriate jokes. | 01:59:12 |
| 9 | BY MR. McCONNELL: | 01:59:15 |
| 10 | Q    Any other way that impulse control would | 01:59:15 |
| 11 | manifest itself other than perhaps jokes that might | 01:59:19 |
| 12 | not be appropriate?  Any other things you do that you | 01:59:23 |
| 13 | think your friends would comment on? | 01:59:26 |
| 14 | A    I don't think so.  I think, you know, just | 01:59:30 |
| 15 | inappropriate jokes. | 01:59:33 |
| 16 | Q    So nice guy, bright, impulse control issues | 01:59:35 |
| 17 | around inappropriate jokes.  What else would they say | 01:59:38 |
| 18 | about you? | 01:59:42 |
| 19 | You were in engineering as an undergrad. | 01:59:53 |
| 20 | Does that tell you anything about how your friends | 01:59:56 |
| 21 | might perceive your intellectual habits or anything? | 01:59:58 |
| 22 | A    I guess objectively they would say I would | 02:00:03 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

93

| | | |
|---|---|---|
| 1 | probably be bright, you know, relatively successful up | 02:00:05 |
| 2 | to this issue with medical school. | 02:00:09 |
| 3 | I don't know.  Hopefully dashing. | 02:00:13 |
| 4 | Q     Dashing.  Got it.  Okay.  I will take that. | 02:00:15 |
| 5 | I tend to think, you correct me if I am | 02:00:18 |
| 6 | wrong -- you have gone through an engineering program | 02:00:21 |
| 7 | as an undergraduate, I can tell you I didn't get | 02:00:25 |
| 8 | anywhere near engineering as an undergraduate -- I | 02:00:27 |
| 9 | think of them as fairly orderly people with things | 02:00:30 |
| 10 | lined up pretty well, it is just sort of both a | 02:00:33 |
| 11 | personal and intellectual habit. | 02:00:37 |
| 12 | Do you think your friends would describe | 02:00:40 |
| 13 | you that way as well? | 02:00:42 |
| 14 | A     You know, I think the way they would | 02:00:43 |
| 15 | describe me probably would be that kind of I am pretty | 02:00:44 |
| 16 | objective focused, but, you know, sometimes stray left | 02:00:50 |
| 17 | and right, kind of get distracted here and there. | 02:00:54 |
| 18 | Inappropriate jokes things is probably the only | 02:00:58 |
| 19 | negative thing. | 02:01:03 |
| 20 | Q     Are you usually on time? | 02:01:10 |
| 21 | A     That is an issue that has come up. | 02:01:12 |
| 22 | Q     Do your friends ever comment on that? | 02:01:16 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

94

| | | |
|---|---|---|
| 1 | A     I believe so.  I believe they would comment | 02:01:20 |
| 2 | that, you know, I show up late, I have a tendency to | 02:01:24 |
| 3 | show up late. | 02:01:32 |
| 4 | Q     Do you watch movies? | 02:01:34 |
| 5 | A     Occasionally. | 02:01:35 |
| 6 | Q     Do you watch them from start to finish? | 02:01:38 |
| 7 | A     I mean what I really like to do is watch on | 02:01:41 |
| 8 | my computer and fast forward or speed up, especially | 02:01:44 |
| 9 | in the slower parts, and speed watch a movie. | 02:01:48 |
| 10 | Q     Do you do any reading for pleasure at all? | 02:01:50 |
| 11 | A     I haven't really had much time with school. | 02:01:56 |
| 12 | I do -- you know, I like reading some stuff | 02:02:01 |
| 13 | online, you know.  A lot of the news these days are | 02:02:04 |
| 14 | small bites here and there.  I find those easy to me | 02:02:07 |
| 15 | to kind of quickly go.  You know, it kind of manifests | 02:02:10 |
| 16 | my whole distractibility thing because it is all this | 02:02:15 |
| 17 | information left and right and it is all small bits | 02:02:19 |
| 18 | here and there. | 02:02:21 |
| 19 | Q     That is sort of standard practice with this | 02:02:21 |
| 20 | generation? | 02:02:24 |
| 21 | A     Yes. | 02:02:25 |
| 22 | I mean ADHD is an issue that I had and it | 02:02:26 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

95

| | | |
|---|---|---|
| 1 | kind of feeds into that. | 02:02:31 |
| 2 | Q    Have you ever done any reading on ADHD? | 02:02:33 |
| 3 | A    Have I ever done any reading on it? | 02:02:37 |
| 4 | I believe I looked it up briefly. | 02:02:48 |
| 5 | I mean in medical school we had one | 02:02:49 |
| 6 | psychiatric class, but I don't think they really | 02:02:52 |
| 7 | focused on the ADHD.  I think they mainly focused on | 02:02:56 |
| 8 | the, you know, depression and those issues. | 02:02:59 |
| 9 | Q    Have you looked at the DSM criteria for the | 02:03:00 |
| 10 | diagnosis for ADHD? | 02:03:06 |
| 11 | A    I don't recall ever actually cracking open | 02:03:06 |
| 12 | the DSM except for like I think in medical school they | 02:03:08 |
| 13 | had like a meeting DSM thing, you know, just cramming, | 02:03:10 |
| 14 | not even a semester long course in psychiatry that we | 02:03:14 |
| 15 | took. | 02:03:21 |
| 16 | Q    You said that there is an issue sometimes | 02:03:21 |
| 17 | with your running late to meetings with friends. | 02:03:23 |
| 18 | Why do you run late? | 02:03:26 |
| 19 | A    I guess just the time management.  You | 02:03:30 |
| 20 | know, even though you have the schedule to meet up, | 02:03:40 |
| 21 | you know, to come early, I guess I just get distracted | 02:03:43 |
| 22 | at the last minute. | 02:03:49 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

96

| | | |
|---|---|---|
| 1 | Q    Can you give me an example of a recent | 02:03:50 |
| 2 | event where that has come up? | 02:03:53 |
| 3 | A    Let me think. | 02:03:56 |
| 4 | I believe I was flying back from Boston and | 02:04:03 |
| 5 | I came late to the airport and you have to go through | 02:04:13 |
| 6 | Security.  I was just really late.  I managed to catch | 02:04:19 |
| 7 | the flight at the last minute while they were almost | 02:04:23 |
| 8 | closing the door. | 02:04:25 |
| 9 | Q    What about an example where you were | 02:04:25 |
| 10 | getting together with friends recently and you were | 02:04:28 |
| 11 | late to the party? | 02:04:32 |
| 12 | A    Let me think.  Recently. | 02:04:33 |
| 13 | I remember I was supposed to meet with a | 02:04:44 |
| 14 | buddy and I had just come like an hour or two late. | 02:04:47 |
| 15 | Q    Who was the buddy? | 02:04:53 |
| 16 | A    Just a childhood friend. | 02:04:54 |
| 17 | Q    Who was that? | 02:04:56 |
| 18 | A    His name is Ryan Nikkhoo. | 02:04:57 |
| 19 | Q    Ryan who? | 02:04:59 |
| 20 | A    Ryan, R-Y-A-N.  Last name is N-I-K-K-H-O-O. | 02:05:01 |
| 21 | Q    Where does Ryan live? | 02:05:08 |
| 22 | A    He lives -- right now he lives in I think | 02:05:11 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

97

| | | |
|---|---|---|
| | Ashburn, Sterling.  I don't remember the city. | 02:05:16 |
| 2 | Q    And you say you were late to a meeting with | 02:05:21 |
| 3 | Ryan? | 02:05:25 |
| 4 | A    Uh-huh. | 02:05:25 |
| 5 | Q    What was that? | 02:05:26 |
| 6 | A    We were just supposed to hang out. | 02:05:29 |
| 7 | Q    Why were you late? | 02:05:31 |
| 8 | A    Let me think. | 02:05:36 |
| 9 | I don't know.  Just distracted at the last | 02:05:38 |
| 10 | minute.  It took long to get ready.  I guess probably | 02:05:42 |
| 11 | had some errands to run that day and I just got | 02:05:50 |
| 12 | distracted. | 02:05:53 |
| 13 | Q    Has any of your friends ever commented on | 02:06:02 |
| 14 | the fact that you have a habit of running late? | 02:06:06 |
| 15 | A    I remember my friend Ryan commented about | 02:06:09 |
| 16 | that. | 02:06:12 |
| 17 | Q    Anyone other than Ryan? | 02:06:13 |
| 18 | A    Let me think. | 02:06:27 |
| 19 | I think probably like many of my friends | 02:06:28 |
| 20 | have commented that I have shown up late.  Yes. | 02:06:30 |
| 21 | Q    Other than Ryan who? | 02:06:36 |
| 22 | A    One of my buddies.  His name is Sergei | 02:06:39 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

98

| | | | |
|---|---|---|---|
| 1 | | Shome. | 02:06:44 |
| 2 | Q | Sergei, S-E-R-G-E-I, and the last name is | 02:06:44 |
| 3 | | what? | 02:06:47 |
| 4 | A | Shome.  S-H-O-M-E. | 02:06:47 |
| 5 | Q | Where does Mr. Shome live? | 02:06:50 |
| 6 | A | Right now he lives in Arlington. | 02:06:53 |
| 7 | Q | Address? | 02:06:55 |
| 8 | A | I don't recall off the top of my head. | 02:06:56 |
| 9 | Q | Do you have him on your cell phone? | 02:06:59 |
| 10 | A | I do. | 02:07:00 |
| 11 | Q | Do you have that with you? | 02:07:01 |
| 12 | A | I don't have it on. | 02:07:03 |
| 13 | Q | You can turn it on. | 02:07:04 |
| 14 | | Good.  Let's get it. | 02:07:06 |
| 15 | A | (Witness complies.) | 02:07:09 |
| 16 | | THE VIDEOGRAPHER:  Do you want to break and | 02:07:18 |
| 17 | | change the tape? | 02:07:21 |
| 18 | | MR. McCONNELL:  Sure.  That would be great | 02:07:22 |
| 19 | | while he is doing that. | 02:07:23 |
| 20 | | THE VIDEOGRAPHER:  We are going off the | 02:07:23 |
| 21 | | record.  The time is 2:07. | 02:07:24 |
| 22 | | (Recess.) | 02:07:29 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

99

| | | |
|---|---|---|
| 1 | MR. McCONNELL:  We can do this off the | 02:07:29 |
| 2 | record. | 02:07:29 |
| 3 | (The answer to the previous question was | 02:07:29 |
| 4 | given off the record.) | 02:10:17 |
| 5 | THE VIDEOGRAPHER:  This marks the beginning | 02:10:17 |
| 6 | of Tape Number 2.  We are going back on the record. | 02:10:19 |
| 7 | The time is 2:10. | 02:10:21 |
| 8 | BY MR. McCONNELL: | 02:10:25 |
| 9 | Q   Are there any family members who have ever | 02:10:25 |
| 10 | commented to you about a habit of being late? | 02:10:29 |
| 11 | A   I think my mom and dad would say that I | 02:10:31 |
| 12 | have a tendency to run late. | 02:10:35 |
| 13 | Q   By the way, where did you go to elementary | 02:10:44 |
| 14 | school? | 02:10:47 |
| 15 | A   I went to -- for part of elementary school | 02:10:48 |
| 16 | I went to Oakton Elementary School.  And then I went | 02:10:52 |
| 17 | to a school called Fairfax Christian School.  And then | 02:10:56 |
| 18 | I went to another school called Bethlehem Baptist | 02:11:01 |
| 19 | Christian Academy. | 02:11:06 |
| 20 | Q   And then after that where did you go? | 02:11:08 |
| 21 | A   After that I went to middle school. | 02:11:10 |
| 22 | Q   Where was that? | 02:11:11 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

100

| | | |
|---|---|---|
| 1 | A    I went to Luther Jackson Middle School. | 02:11:12 |
| 2 | Luther Jackson Middle School. | 02:11:18 |
| 3 | Q    Where is that school? | 02:11:19 |
| 4 | A    I think it is located around Falls Church. | 02:11:20 |
| 5 | Q    And after Luther Jackson where did you go? | 02:11:24 |
| 6 | A    I went to Oakton High School. | 02:11:27 |
| 7 | Q    Where did you finish in your class there? | 02:11:31 |
| 8 | Did they have a rank order? | 02:11:33 |
| 9 | A    I really don't remember the rank, but I | 02:11:35 |
| 10 | remember doing pretty well. | 02:11:37 |
| 11 | Q    Did you graduate with honors? | 02:11:38 |
| 12 | A    I believe so.  Yes. | 02:11:41 |
| 13 | Q    What percent of the class did that place | 02:11:49 |
| 14 | you?  The top ten percent? | 02:11:52 |
| 15 | A    I really don't remember off the top of my | 02:11:54 |
| 16 | head, but at least the top half.  I want to say maybe | 02:11:57 |
| 17 | at least the top quarter. | 02:11:58 |
| 18 | I did well enough to get a full scholarship | 02:12:05 |
| 19 | to GW for undergrad or relatively full.  It was 80 or | 02:12:09 |
| 20 | 90 percent. | 02:12:13 |
| 21 | Q    So you had a full scholarship to GW? | 02:12:13 |
| 22 | A    Well, it was like I think 80 or 90 percent. | 02:12:16 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

101

| | | |
|---|---|---|
| 1 | I can't remember the percentage.  But almost full. | 02:12:20 |
| 2 | Q    And you were in the engineering program | 02:12:20 |
| 3 | there? | 02:12:22 |
| 4 | A    Correct. | 02:12:22 |
| 5 | Q    Civil engineering?  Mechanical?  What kind | 02:12:23 |
| 6 | of engineering? | 02:12:26 |
| 7 | A    Computer Science with a pre-medicine, you | 02:12:26 |
| 8 | know, subclass focus type of thing. | 02:12:35 |
| 9 | Q    And how did you do at GW undergrad? | 02:12:41 |
| 10 | A    I graduated with honors. | 02:12:51 |
| 11 | Q    Cum Laude?  Magna Cum?  Summa?  What were | 02:12:58 |
| 12 | you? | 02:13:01 |
| 13 | A    Magna.  Magna Cum Laude. | 02:13:01 |
| 14 | Q    The elementary school you attended did it | 02:13:10 |
| 15 | have any programs for gifted or advanced children? | 02:13:13 |
| 16 | A    I think when I was at the public elementary | 02:13:22 |
| 17 | school I think at the age that I was there they didn't | 02:13:24 |
| 18 | have it and then when I went to the private elementary | 02:13:27 |
| 19 | school for the rest of it I don't recall there being. | 02:13:31 |
| 20 | Q    Were you ever placed in any gifted or | 02:13:34 |
| 21 | advanced programs in elementary school or middle | 02:13:36 |
| 22 | school? | 02:13:38 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

102

| | | |
|---|---|---|
| 1 | A    I don't recall being.  No.  I don't think I | 02:13:39 |
| 2 | was. | 02:13:42 |
| 3 | Q    Did you seem to think you grew up and had a | 02:13:43 |
| 4 | normal social experience as a kid? | 02:13:46 |
| 5 | A    Yes. | 02:13:48 |
| 6 | I mean I think I had a pretty normal.  You | 02:13:50 |
| 7 | know, I had my friends here and there.  We hanged out | 02:13:52 |
| 8 | here and there. | 02:13:56 |
| 9 | Q    Were you ever sent to the principal's | 02:13:56 |
| 10 | office in any of those schools for any reason? | 02:13:57 |
| 11 | A    I don't recall ever getting in trouble. | 02:14:01 |
| 12 | No. | 02:14:05 |
| 13 | Q    Do you think your parents would describe | 02:14:08 |
| 14 | you as a good student during that period of your life? | 02:14:10 |
| 15 | A    I think so.  Yes. | 02:14:13 |
| 16 | Q    That is elementary school, middle school, | 02:14:14 |
| 17 | high school, a good student? | 02:14:17 |
| 18 | A    Yes.  I think I was a pretty good student. | 02:14:19 |
| 19 | Q    Do you think your teachers would have | 02:14:24 |
| 20 | agreed that you were a good student throughout that | 02:14:25 |
| 21 | period of time? | 02:14:28 |
| 22 | A    Yes. | 02:14:28 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

103

| | | |
|---|---|---|
| 1 | MR. BACH:  Objection.  Calls for | 02:14:28 |
| 2 | speculation. | 02:14:30 |
| 3 | MR. McCONNELL:  Okay. | 02:14:31 |
| 4 | THE WITNESS:  I think they would say that. | 02:14:31 |
| 5 | BY MR. McCONNELL: | 02:14:38 |
| 6 | Q    Were you a daydreamer? | 02:14:38 |
| 7 | A    Uh-huh.  I think that is a problem that I | 02:14:40 |
| 8 | would have, you know, kind of zoning out and thinking | 02:14:44 |
| 9 | about little, you know, stories in my mind. | 02:14:48 |
| 10 | Q    Did you ever have a behavioral or a | 02:14:52 |
| 11 | learning disability evaluation done at any time during | 02:14:54 |
| 12 | elementary school, middle school or high school? | 02:14:58 |
| 13 | A    I mean I was bright enough to do really | 02:15:06 |
| 14 | well academically.  You know, they didn't bring it up. | 02:15:08 |
| 15 | Q    So I take it that you were never referred | 02:15:13 |
| 16 | for nor never had a behavioral or learning disability | 02:15:17 |
| 17 | evaluation done at any time during elementary school, | 02:15:22 |
| 18 | middle school and high school, correct. | 02:15:26 |
| 19 | A    Uh-huh. | 02:15:29 |
| 20 | Q    Correct? | 02:15:29 |
| 21 | A    Correct. | 02:15:30 |
| 22 | Q    You mentioned that daydreaming would be a | 02:15:32 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

104

| | | |
|---|---|---|
| 1 | problem.  When did that come up and how, if at all, | 02:15:35 |
| 2 | did it affect anything you were doing? | 02:15:38 |
| 3 |     A   I remember eating meals like with my family | 02:15:43 |
| 4 | and stuff that I would always get distracted and stare | 02:15:45 |
| 5 | in the distance. | 02:15:49 |
| 6 |       School-wise, you know, I think that, you | 02:15:51 |
| 7 | know, I am a little kid, I always got distracted here | 02:15:58 |
| 8 | and there, but I was bright enough to do it.  I was | 02:16:02 |
| 9 | able to when it came down to it to be able to perform | 02:16:05 |
| 10 | well.  So it didn't impact my studies. | 02:16:09 |
| 11 |     Q   All right.  That anticipates my question. | 02:16:11 |
| 12 |       Did daydreaming ever become a problem in | 02:16:12 |
| 13 | terms of how you were performing in school, actually | 02:16:16 |
| 14 | performing? | 02:16:16 |
| 15 |     A   I was bright enough to perform well. | 02:16:16 |
| 16 |     Q   Other than GW did you apply to any other | 02:17:06 |
| 17 | colleges for undergraduate? | 02:17:10 |
| 18 |     A   For medical school. | 02:17:13 |
| 19 |     Q   For undergraduate? | 02:17:14 |
| 20 |     A   Yes.  I applied to different colleges. | 02:17:15 |
| 21 |     Q   Where else did you apply? | 02:17:16 |
| 22 |     A   It was a long time ago. | 02:17:19 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

105

| | | | |
|---|---|---|---|
| 1 | | I applied to Johns Hopkins University. | 02:17:21 |
| 2 | | I applied to Cornell. | 02:17:27 |
| 3 | | I applied to MIT. | 02:17:29 |
| 4 | | I applied to Stamford. | 02:17:32 |
| 5 | | I applied to the University of Virginia. | 02:17:34 |
| 6 | | I applied to Virginia Tech. | 02:17:37 |
| 7 | Q | Were you admitted at Hopkins? | 02:17:43 |
| 8 | A | I was admitted to Johns Hopkins. | 02:17:45 |
| 9 | Q | And Cornell? | 02:17:47 |
| 10 | A | I was I believe wait listed for Cornell. | 02:17:48 |
| 11 | Q | MIT? | 02:17:52 |
| 12 | A | I don't believe I was admitted to MIT. | 02:17:54 |
| 13 | Q | Stamford? | 02:17:55 |
| 14 | A | I was not admitted to Stamford. | 02:17:56 |
| 15 | Q | UVA? | 02:17:59 |
| 16 | A | I was admitted to UVA? | 02:18:00 |
| 17 | Q | And Virginia Tech? | 02:18:01 |
| 18 | A | I was admitted to Virginia Tech. | 02:18:02 |
| 19 | Q | Let's back-up a moment. | 02:18:16 |
| 20 | | What jobs have you held?  Where have you | 02:18:21 |
| 21 | ever been employed? | | 02:18:24 |
| 22 | A | Undergraduate I worked at a company | 02:18:31 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

106

| | | |
|---|---|---|
| 1 | called -- what is that place called -- Sparta.  They | 02:18:38 |
| 2 | were an engineering government contractor. | 02:18:42 |
| 3 | Q    Where are they located? | 02:18:45 |
| 4 | A    They were located in -- what is that place | 02:18:47 |
| 5 | called -- I believe Centreville. | 02:18:52 |
| 6 | Q    Who was your supervisor? | 02:18:55 |
| 7 | A    His name is Joseph Buckley. | 02:18:57 |
| 8 | Q    B-U-C-K-L-E-Y? | 02:19:02 |
| 9 | A    Correct. | 02:19:05 |
| 10 | Q    How long were you at Sparta? | 02:19:06 |
| 11 | A    I was there for a summer. | 02:19:09 |
| 12 | Q    What was your job? | 02:19:11 |
| 13 | A    I was an engineering intern.  I don't | 02:19:13 |
| 14 | remember the exact title. | 02:19:16 |
| 15 | Q    What did you actually do? | 02:19:17 |
| 16 | A    It was for a government contract. | 02:19:21 |
| 17 | I don't know if I am allowed.  It was one | 02:19:23 |
| 18 | of those security like top secret type of things. | 02:19:24 |
| 19 | But objectively I was doing programming | 02:19:30 |
| 20 | work for I guess analysis of telecommunications. | 02:19:33 |
| 21 | Q    How did you do? | 02:19:37 |
| 22 | A    I did pretty well.  They were -- I think | 02:19:38 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

107

| | | |
|---|---|---|
| 1 | they had -- at the end they had talked to me about | 02:19:42 |
| 2 | postgraduation that they would offer me employment. | 02:19:48 |
| 3 | Q    So I take it you performed really pretty | 02:19:51 |
| 4 | well? | 02:19:53 |
| 5 | A    Pretty well.  I was a smart engineer. | 02:19:53 |
| 6 | Q    Did you have any problems coming to work on | 02:19:59 |
| 7 | time? | 02:20:01 |
| 8 | A    I mean the place was so close.  It was | 02:20:02 |
| 9 | literally five minutes away. | 02:20:07 |
| 10 | I think I had some trouble sometimes in the | 02:20:11 |
| 11 | morning waking up. | 02:20:12 |
| 12 | Q    Different question. | 02:20:15 |
| 13 | Did you get to work on time? | 02:20:16 |
| 14 | A    Most days. | 02:20:17 |
| 15 | Q    Did anyone ever speak to you about problems | 02:20:19 |
| 16 | of being timely? | 02:20:21 |
| 17 | A    No. | 02:20:29 |
| 18 | Q    Did you perform assigned tasks on time? | 02:20:30 |
| 19 | A    I performed them on time.  Mostly I did | 02:20:33 |
| 20 | them all at the last minute. | 02:20:42 |
| 21 | Q    After Sparta where were you employed next? | 02:20:44 |
| 22 | A    Let me think. | 02:20:53 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

108

| | | |
|---|---|---|
| 1 | I also worked at a company called Trak-Tech | 02:20:55 |
| 2 | Corporation. | 02:21:00 |
| 3 | Q    Can you spell that for us please? | 02:21:00 |
| 4 | A    It believe it was T-R-A-K, hyphen, Tech | 02:21:01 |
| 5 | Corporation. | 02:21:06 |
| 6 | Q    Where is that located? | 02:21:06 |
| 7 | A    I believe that was located in Vienna, you | 02:21:08 |
| 8 | know, near the Fairfax County Courthouse. | 02:21:12 |
| 9 | Q    When were you employed there? | 02:21:16 |
| 10 | A    Let me think. | 02:21:24 |
| 11 | I believe that was after freshman year of | 02:21:37 |
| 12 | undergrad. | 02:21:40 |
| 13 | I don't recall.  This was so long ago and | 02:21:43 |
| 14 | the dates are kind of a little fuzzy. | 02:21:45 |
| 15 | Q    What did you do there? | 02:21:47 |
| 16 | A    I was involved in -- well, the company was | 02:21:48 |
| 17 | involved in track testing.  So they had a truck that | 02:21:52 |
| 18 | went on the tracks.  So I was involved in kind of the | 02:21:56 |
| 19 | analysis of kind of when we went and tested out the | 02:21:59 |
| 20 | Metro. | 02:22:02 |
| 21 | Q    How long did you work there? | 02:22:04 |
| 22 | A    A summer. | 02:22:05 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

109

| | | |
|---|---|---|
| 1 | Q    Who was your supervisor? | 02:22:07 |
| 2 | A    I believe the guy's name was Miles, | 02:22:12 |
| 3 | M-I-L-E-S, last name Letts, L-E-T-T-S. | 02:22:18 |
| 4 | Q    How did you do at Trac-Tech? | 02:22:23 |
| 5 | A    I think I did okay. | 02:22:25 |
| 6 | I think there they had some issues in me | 02:22:28 |
| 7 | showing up tardy.  I remember being -- they asked me | 02:22:30 |
| 8 | about that. | 02:22:35 |
| 9 | Q    You had problems with tardiness at | 02:22:36 |
| 10 | Trac-Tech? | 02:22:39 |
| 11 | A    Correct. | 02:22:40 |
| 12 | Q    Did anyone actually speak to you about | 02:22:44 |
| 13 | that? | 02:22:49 |
| 14 | A    I believe one of the managers there, some | 02:22:49 |
| 15 | woman, she commented about it. | 02:22:52 |
| 16 | Q    What was the issue with tardiness?  Was it | 02:22:55 |
| 17 | getting to work on time or what was the issue? | 02:22:58 |
| 18 | A    I think it was just showing up to work | 02:23:01 |
| 19 | late. | 02:23:05 |
| 20 | Q    Any other problems with tardiness at the | 02:23:09 |
| 21 | company other than showing up late at the beginning of | 02:23:12 |
| 22 | the day? | 02:23:16 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

110

| | | | |
|---|---|---|---|
| 1 | A | Those are the only ones I recall. | 02:23:16 |
| 2 | Q | Did you get your work assignments done on | 02:23:20 |
| 3 | time? | | 02:23:23 |
| 4 | A | Uh-huh. | 02:23:23 |
| 5 | Q | Yes? | 02:23:24 |
| 6 | A | Yes. | 02:23:25 |
| 7 | Q | Where else have you ever been employed? | 02:23:27 |
| 8 | A | I worked as kind of a contractor for | 02:23:33 |
| 9 | Microsoft when I was an undergrad. | | 02:23:37 |
| 10 | Q | Did you report to a Microsoft office or | 02:23:42 |
| 11 | work remotely? | | 02:23:47 |
| 12 | A | I worked remotely. | 02:23:48 |
| 13 | Q | During what period of time? | 02:23:49 |
| 14 | A | I believe this was around junior and senior | 02:23:51 |
| 15 | year of undergrad and a little bit when I was in | | 02:23:55 |
| 16 | graduate school at Georgetown. | | 02:24:00 |
| 17 | Q | Whom did you report to? | 02:24:01 |
| 18 | A | The guy's name was Cy.  I think it is | 02:24:03 |
| 19 | Cyrus Khormaee. | | 02:24:09 |
| 20 | Q | Spell that please. | 02:24:09 |
| 21 | A | It is hard for me to spell. | 02:24:11 |
| 22 | | K-H-O-R-M-A-E-E.  I think. | 02:24:13 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

111

| | | |
|---|---|---|
| 1 | Q    All right. | 02:24:19 |
| 2 | Where was he physically located?  Here in | 02:24:19 |
| 3 | Washington? | 02:24:21 |
| 4 | A    Yes.  He was located at their Friendship | 02:24:22 |
| 5 | Heights office. | 02:24:25 |
| 6 | Q    What was the address there? | 02:24:25 |
| 7 | A    I don't recall the address. | 02:24:27 |
| 8 | I only went into the office a few times to | 02:24:28 |
| 9 | have lunch with him.  It was just at Chevy Chase, you | 02:24:31 |
| 10 | know, that Metro stop near Military Road I think. | 02:24:33 |
| 11 | Q    All right. | 02:24:36 |
| 12 | And what were you doing for them as a | 02:24:36 |
| 13 | contractor? | 02:24:38 |
| 14 | A    I was more involved in -- well, how should | 02:24:39 |
| 15 | I describe it?  It was kind of one of these | 02:24:43 |
| 16 | recruitment tools that they used to recruit promising | 02:24:48 |
| 17 | students.  You know, the objective of the job was to | 02:24:51 |
| 18 | provide kind of like Evangelical work for the | 02:24:58 |
| 19 | corporation on campus providing tech talks and | 02:25:03 |
| 20 | different events bringing -- you know, for a student | 02:25:08 |
| 21 | to bring in Microsoft. | 02:25:13 |
| 22 | Like I remember I scheduled a presentation | 02:25:14 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

112

| | | |
|---|---|---|
| 1 | with, you know, when the Cloud computing was kind of | 02:25:21 |
| 2 | big one of the I believe executives from Microsoft to | 02:25:23 |
| 3 | come in. | 02:25:25 |
| 4 | That position was kind of a recruitment | 02:25:26 |
| 5 | tool because of some good performance I had done at a | 02:25:29 |
| 6 | Microsoft competition up at where they flew me out to | 02:25:32 |
| 7 | Harvard.  And actually, you know, they were kind of | 02:25:36 |
| 8 | impressed by some of the work I was doing undergrad, | 02:25:43 |
| 9 | especially a senior design project I created.  I got | 02:25:47 |
| 10 | to speak with Bill Gates at a Government Leaders | 02:25:49 |
| 11 | Forum.  I got to meet with him. | 02:25:54 |
| 12 | Q    So over what period of time approximately | 02:25:55 |
| 13 | did you work as a contractor for Microsoft? | 02:25:58 |
| 14 | A    This was around my junior or senior year of | 02:26:00 |
| 15 | undergrad in the beginning of Georgetown. | 02:26:02 |
| 16 | Q    Did you do well? | 02:26:07 |
| 17 | A    I did pretty well.  You know, they invited | 02:26:11 |
| 18 | me to speak at a pretty prestigious conference. | 02:26:16 |
| 19 | It was actually kind of a funny story.  I | 02:26:20 |
| 20 | mean the room across from me was Bill Clinton.  I | 02:26:22 |
| 21 | remember when they put me in the room that night the | 02:26:25 |
| 22 | doggies coming around when Bill Gates -- Bill Clinton | 02:26:29 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

113

| | | |
|---|---|---|
| 1 | was staying there that night.  I remember it being | 02:26:33 |
| 2 | kind of the middle of the morning kind of they brought | 02:26:36 |
| 3 | all the doggies around to sniff.  I didn't know what | 02:26:38 |
| 4 | was going on outside my room. | 02:26:42 |
| 5 |     Q    Did Mr. Khormaee or anybody at Microsoft | 02:26:46 |
| 6 | ever have any complaints or criticisms of the work you | 02:26:50 |
| 7 | performed for them? | 02:26:52 |
| 8 |     A    I don't believe so. | 02:26:53 |
| 9 |     Q    Where else have you worked besides as a | 02:26:56 |
| 10 | contractor for Microsoft?  What next? | 02:26:59 |
| 11 |     A    I believe after that was just me getting my | 02:27:04 |
| 12 | Master's degree at Georgetown.  And then I can't | 02:27:07 |
| 13 | recall working.  Then after that I went to medical | 02:27:13 |
| 14 | school. | 02:27:17 |
| 15 |     Q    When were you at Georgetown? | 02:27:17 |
| 16 |     A    2009 to 2010.  One year. | 02:27:21 |
| 17 |     Q    And it was a Master's degree in | 02:27:25 |
| 18 | Engineering? | 02:27:27 |
| 19 |     A    No.  It was a Master's degree in -- I | 02:27:27 |
| 20 | believe the title was -- I believe it was Human | 02:27:30 |
| 21 | Physiology. | 02:27:38 |
| 22 |     Q    How did you do there? | 02:27:41 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

114

1        A    I did pretty well.  I passed.                02:27:43

2        Q    Any problems with distractibility, anxiety,  02:27:48

3    lack of focus, anything like that?                    02:27:53

4        A    I think at that point I was -- I think        02:27:56

5    immediately into the program I got admitted into       02:28:00

6    medical school.  So I kind of took a little bit of a   02:28:03

7    break.                                                 02:28:07

8        Q    So did you have any problems during that     02:28:10

9    Master's program?                                      02:28:12

10       A    It just became less of an objective for me   02:28:13

11   to do well.                                            02:28:17

12       Q    It became what?                              02:28:17

13       A    Less of an objective for me to do well.  I   02:28:18

14   just wanted to graduate and finish up and enter        02:28:18

15   medical school.  I was kind of excited to have been    02:28:22

16   admitted.                                              02:28:24

17       Q    So the answer to my question would be with   02:28:26

18   respect to any problems with anxiety, distractibility, 02:28:29

19   lack of focus, any of those issues during the Master's 02:28:32

20   program at Georgetown, Master's degree program, you    02:28:38

21   didn't have any difficulty at that time?               02:28:41

22       A    I think at the beginning I had a little bit   02:28:44

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

115

| | | |
|---|---|---|
| 1 | of some difficulty.  It was a pretty intense Master's | 02:28:47 |
| 2 | program. | 02:28:52 |
| 3 | Q    But that went away toward the end of the | 02:28:52 |
| 4 | program? | 02:28:55 |
| 5 | A    I mean the goal of the program was to do | 02:28:56 |
| 6 | well and get admitted to medical school.  I got | 02:29:01 |
| 7 | admitted to medical school. | 02:29:05 |
| 8 | Q    So when the pressure was off in terms of | 02:29:07 |
| 9 | getting admitted to medical school any problems you | 02:29:11 |
| 10 | were having with distractibility, concentration, focus | 02:29:13 |
| 11 | and so forth went away? | 02:29:17 |
| 12 | A    I mean I still had the same issues of | 02:29:18 |
| 13 | studying at the last minute and still had some issues | 02:29:20 |
| 14 | with -- you know, I guess I was just really distracted | 02:29:28 |
| 15 | by the fact that I had done something pretty amazing. | 02:29:30 |
| 16 | Q    So getting admitted to medical school was a | 02:29:34 |
| 17 | distraction? | 02:29:37 |
| 18 | A    Yes. | 02:29:38 |
| 19 | Do you mind if I take a little break? | 02:30:05 |
| 20 | Q    No.  Perfect.  Let's take ten. | 02:30:08 |
| 21 | A    Okay. | 02:30:10 |
| 22 | THE VIDEOGRAPHER:  We are going off the | 02:30:11 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

116

| | | |
|---|---|---|
| 1 | record.  The time is 2:30. | 02:30:12 |
| 2 | (Recess.) | 02:30:15 |
| 3 | THE VIDEOGRAPHER:  We are going back on the | 02:44:21 |
| 4 | record.  The time is 2:44. | 02:44:22 |
| 5 | BY MR. McCONNELL: | 02:44:27 |
| 6 | Q    Mr. Chenari, before that brief recess we | 02:44:28 |
| 7 | were talking about the employment you had.  The last | 02:44:31 |
| 8 | employment we talked about was the Microsoft and then | 02:44:34 |
| 9 | we moved onto your Master's degree at Georgetown. | 02:44:36 |
| 10 | Since Microsoft have you had any other | 02:44:40 |
| 11 | employment? | 02:44:43 |
| 12 | A    I mean while I was in school I did not have | 02:44:46 |
| 13 | any employment. | 02:44:50 |
| 14 | Q    So none while you were at GW Medical, | 02:44:52 |
| 15 | correct? | 02:44:55 |
| 16 | A    Correct. | 02:44:55 |
| 17 | Q    Since then what employment, if any, have | 02:44:56 |
| 18 | you had? | 02:44:58 |
| 19 | A    Recently the past I believe about two or | 02:45:00 |
| 20 | three months or so I have been working for a company. | 02:45:07 |
| 21 | Q    What is the company? | 02:45:09 |
| 22 | A    The company name is called Guidewire. | 02:45:10 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

117

| | | |
|---|---|---|
| 1 | Q    Where is it located? | 02:45:13 |
| 2 | A    I mean I work remotely.  The office is | 02:45:15 |
| 3 | based in San Francisco or San Mateo or Foster City. | 02:45:19 |
| 4 | I can't remember where. | 02:45:25 |
| 5 | Q    Whom do you report to? | 02:45:26 |
| 6 | A    I kind of work in consulting.  So I kind of | 02:45:29 |
| 7 | work on the client side. | 02:45:33 |
| 8 | Q    Who is your principal contact at Guidewire? | 02:45:34 |
| 9 | A    Cal.  His name is Cal Inunganti. | 02:45:39 |
| 10 | I-N-U-N-G-A-N-T-I. | 02:45:50 |
| 11 | MS. KITCHEL:  Could you spell that again? | 02:45:50 |
| 12 | THE WITNESS:  I-N-U-N-G-A-N-T-I. | 02:45:50 |
| 13 | BY MR. McCONNELL: | 02:45:56 |
| 14 | Q    And he you believe is in San Mateo? | 02:45:56 |
| 15 | A    No.  He is actually based in -- well, | 02:46:00 |
| 16 | technically he lives in Miami, but he works in | 02:46:05 |
| 17 | Rhode Island. | 02:46:09 |
| 18 | Q    And what are you doing for Guidewire as a | 02:46:11 |
| 19 | consultant? | 02:46:15 |
| 20 | A    More of technical and management | 02:46:17 |
| 21 | consulting. | 02:46:21 |
| 22 | Q    And what does that mean you are actually | 02:46:21 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

118

| | | |
|---|---|---|
| 1 | doing? | 02:46:24 |
| 2 | A    So I am leading projects to deploy our | 02:46:24 |
| 3 | software. | 02:46:29 |
| 4 | Q    What does their software focus on? | 02:46:31 |
| 5 | A    Back end billing systems for -- well, the | 02:46:35 |
| 6 | part I am focused on is back end building systems for | 02:46:37 |
| 7 | property and casualty insurance. | 02:46:41 |
| 8 | Q    How are you doing? | 02:46:48 |
| 9 | A    I am doing pretty well. | 02:46:49 |
| 10 | Q    Have we now covered all of the employment | 02:46:53 |
| 11 | you have had at any time? | 02:46:56 |
| 12 | A    From what I recall. | 02:46:58 |
| 13 | Q    I want to go back a bit to the elementary | 02:47:04 |
| 14 | period of your education.  Let's focus around middle | 02:47:09 |
| 15 | school, fifth grade and so forth. | 02:47:15 |
| 16 | Did you get good grades in middle school? | 02:47:17 |
| 17 | A    I believe I got relatively good grades. | 02:47:19 |
| 18 | Yes. | 02:47:23 |
| 19 | Q    Did you perform well in middle school? | 02:47:23 |
| 20 | A    Uhn-uhn. | 02:47:26 |
| 21 | Q    Yes? | 02:47:26 |
| 22 | A    Yes.  I believe so. | 02:47:27 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

119

| | | |
|---|---|---|
| 1 | Q    Did you have any academic struggles as a | 02:47:28 |
| 2 | middle school student? | 02:47:30 |
| 3 | A    No.  I believe I did well. | 02:47:33 |
| 4 | Q    Were you able to complete your assignments? | 02:47:35 |
| 5 | A    I remember having some difficulty writing | 02:47:37 |
| 6 | English assignments, you know, with my issue with | 02:47:40 |
| 7 | doing stuff the last minute.  I remember that was -- I | 02:47:44 |
| 8 | remember in seventh grade not turning in an assignment | 02:47:46 |
| 9 | or two and getting called out about that. | 02:47:49 |
| 10 | Q    Other than an assignment or two in seventh | 02:47:51 |
| 11 | grade that you were late getting in did you generally | 02:47:54 |
| 12 | perform well and get assignments done on time? | 02:47:57 |
| 13 | A    I always had trouble doing homework in | 02:47:59 |
| 14 | school.  I remember never doing my math homework.  I | 02:48:02 |
| 15 | remember always, you know, no homework but in the last | 02:48:07 |
| 16 | minute acing an exam and then somehow making up the | 02:48:10 |
| 17 | work. | 02:48:13 |
| 18 | Q    Who was the teacher who called you out? | 02:48:14 |
| 19 | A    On the English? | 02:48:16 |
| 20 | Q    Yes. | 02:48:17 |
| 21 | A    I don't remember her name.  I'm sorry. | 02:48:24 |
| 22 | Q    So it was a seventh grade English teacher? | 02:48:27 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

120

| | | |
|---|---|---|
| 1 | A    I believe so.  Yes.  Seventh grade English. | 02:48:30 |
| 2 | Q    Did you ever do work and not turn it in? | 02:48:32 |
| 3 | A    There may have been one time when I maybe | 02:48:37 |
| 4 | didn't turn in an assignment, but I don't recall that. | 02:48:39 |
| 5 | Q    Generally you did the work assignment and | 02:48:43 |
| 6 | got it in to the teachers? | 02:48:45 |
| 7 | A    Yes.  I would have to say overall. | 02:48:47 |
| 8 | Unless I forgot it at home.  There may have | 02:48:51 |
| 9 | been once or twice. | 02:48:53 |
| 10 | Q    You were able to follow the teacher | 02:48:54 |
| 11 | instructions? | 02:48:56 |
| 12 | A    Yes. | 02:48:57 |
| 13 | Q    Did you follow through independently with | 02:49:00 |
| 14 | schoolwork at a level appropriate for your age? | 02:49:03 |
| 15 | A    I did enough to pass.  I was successful | 02:49:06 |
| 16 | enough to pass. | 02:49:09 |
| 17 | Q    Did you turn in assignments as required? | 02:49:09 |
| 18 | A    You know, I told you about the one or two | 02:49:14 |
| 19 | times when I recall I didn't turn it in or I didn't do | 02:49:16 |
| 20 | it. | 02:49:19 |
| 21 | Q    But those stick out in your mind because | 02:49:20 |
| 22 | generally you were a good student? | 02:49:23 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

121

| | |
|---|---|
| 1 | A    I mean I always had issues doing it last | 02:49:24 |
| 2 | minute.  But yes.  I mean in general I was a pretty | 02:49:27 |
| 3 | good student. | 02:49:29 |
| 4 | Q    Did you have trouble listening in class? | 02:49:30 |
| 5 | A    I had trouble staying focused sometimes, | 02:49:35 |
| 6 | but in general I was pretty good in class. | 02:49:37 |
| 7 | Q    Were your note taking skills okay? | 02:49:39 |
| 8 | A    I remember in eighth grade history my | 02:49:45 |
| 9 | teacher I remember him bringing it up at some point, | 02:49:51 |
| 10 | you know, some session for better note taking.  But I | 02:49:57 |
| 11 | mean in general, you know, either I don't take notes | 02:50:01 |
| 12 | or auditory. | 02:50:07 |
| 13 | Q    During the middle school years did you | 02:50:10 |
| 14 | spend a lot of time looking for stuff, backpacks, | 02:50:13 |
| 15 | books, sneakers, anything like that?  Was that an | 02:50:21 |
| 16 | issue for you as a kid? | 02:50:25 |
| 17 | A    No. | 02:50:25 |
| 18 | I mean we kept our -- I kept my gym | 02:50:26 |
| 19 | clothing in a locker, my sneakers and gym shorts, an | 02:50:29 |
| 20 | entire year never washed.  I didn't lose them that | 02:50:33 |
| 21 | way. | 02:50:35 |
| 22 | Q    Did anyone, parents, teachers, anybody, | 02:50:35 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

122

| | | |
|---|---|---|
| 1 | accuse you of disorganization as a kid? | 02:50:39 |
| 2 | A    I was always disorganized. | 02:50:42 |
| 3 | Q    In what way were you disorganized? | 02:50:43 |
| 4 | A    I remember growing up, even now, typically | 02:50:46 |
| 5 | my rooms are disorganized.  My room is, you know, a | 02:50:51 |
| 6 | pile of papers here and there. | 02:50:52 |
| 7 | Q    Did your parents accuse you of being | 02:50:56 |
| 8 | disorganized? | 02:50:59 |
| 9 | A    I would say.  I would say that was always | 02:51:00 |
| 10 | something that came up, you know. | 02:51:02 |
| 11 | Q    Were you prone to losing your coat or other | 02:51:04 |
| 12 | belongings at school?  Did that happen a lot that you | 02:51:06 |
| 13 | lost stuff? | 02:51:10 |
| 14 | A    I remember one instance losing a coat. | 02:51:11 |
| 15 | Q    At any time during middle school on through | 02:51:18 |
| 16 | junior high school and high school did you ever | 02:51:23 |
| 17 | request or did anyone ever request on your behalf an | 02:51:26 |
| 18 | accommodation of any kind related to your educational | 02:51:29 |
| 19 | program? | 02:51:33 |
| 20 | A    No. | 02:51:36 |
| 21 | I performed well enough academically.  Even | 02:51:37 |
| 22 | with all the issues that didn't become a -- you know, | 02:51:40 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

123

| | | |
|---|---|---|
| 1 | my academics, I excelled academically even in spite of | 02:51:43 |
| 2 | these issues. | 02:51:50 |
| 3 | Q    Have you stayed in touch with any of the | 02:51:51 |
| 4 | teachers who were your middle school teachers? | 02:51:53 |
| 5 | A    No. | 02:51:56 |
| 6 | Q    And again I think we may have covered it, | 02:52:00 |
| 7 | but you would consider yourself to have had an average | 02:52:02 |
| 8 | social life for a middle school aged kid? | 02:52:05 |
| 9 | A    Yes. | 02:52:10 |
| 10 | I mean, you know, I remember being a little | 02:52:10 |
| 11 | bit bullied in seventh grade.  But I remember, you | 02:52:15 |
| 12 | know, after that there wasn't really an issue.  I | 02:52:17 |
| 13 | remember there was just something on the bus. | 02:52:22 |
| 14 | Q    There was an episode on the bus where you | 02:52:23 |
| 15 | were bullied in seventh grade? | 02:52:23 |
| 16 | A    Yes. | 02:52:27 |
| 17 | Q    What was that about?  Why? | 02:52:28 |
| 18 | A    How should I describe it? | 02:52:31 |
| 19 | Like the middle school I went to wasn't | 02:52:32 |
| 20 | really high wealth and my parents moved to a high end | 02:52:35 |
| 21 | home and I think that was kind of the issue, the fact | 02:52:39 |
| 22 | that some of the kids saw that and subjectively they | 02:52:43 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

124

| | | |
|---|---|---|
| 1 | felt that I was wealthy and it caused some jealousy. | 02:52:47 |
| 2 | Q    Other than that episode, were there any | 02:52:51 |
| 3 | other times when you were bullied or anything like | 02:52:55 |
| 4 | that? | 02:52:57 |
| 5 | A    No.  That was the only time I remember. | 02:52:58 |
| 6 | Q    During those years did you have trouble | 02:53:03 |
| 7 | getting to class on time? | 02:53:04 |
| 8 | A    You know, I think my parents were pretty | 02:53:11 |
| 9 | good at managing me, waking me up, you know, that sort | 02:53:13 |
| 10 | of thing.  Sometimes I would wake up late and not eat | 02:53:16 |
| 11 | breakfast. | 02:53:19 |
| 12 | Q    Let's switch to high school. | 02:53:21 |
| 13 | You told us you performed well in high | 02:53:23 |
| 14 | school, graduated with honors, correct? | 02:53:27 |
| 15 | A    That is correct. | 02:53:29 |
| 16 | Q    Were you organized as a student? | 02:53:30 |
| 17 | A    I was always kind of disorganized.  I tried | 02:53:33 |
| 18 | to be more. | 02:53:36 |
| 19 | Q    You say you were always kind of | 02:53:38 |
| 20 | disorganized.  How did your disorganization affect | 02:53:40 |
| 21 | your performance as a student, if it did? | 02:53:42 |
| 22 | A    I mean it was just the fact that I always | 02:53:47 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

125

| | | |
|---|---|---|
| 1 | had a pile of papers everywhere. | 02:53:51 |
| 2 | Q    Did any of your teachers ever take you | 02:53:53 |
| 3 | aside and comment on your disorganization and need to | 02:53:56 |
| 4 | do better? | 02:54:00 |
| 5 | A    I don't recall. | 02:54:03 |
| 6 | Q    Did any of your teachers or anyone else | 02:54:05 |
| 7 | ever say you weren't living up to your potential? | 02:54:07 |
| 8 | A    I think the only thing was in math.  You | 02:54:12 |
| 9 | know, the different advanced math classes I took I | 02:54:15 |
| 10 | never did the homework, but I was able to do well on | 02:54:19 |
| 11 | the exams and make up for it. | 02:54:23 |
| 12 | Q    Why didn't you do math homework?  Was it | 02:54:24 |
| 13 | because you were bright enough you didn't need to? | 02:54:27 |
| 14 | A    How should I describe it? | 02:54:30 |
| 15 | It was, you know, I always liked the whole | 02:54:40 |
| 16 | math puzzle games type of things, but, you know, the | 02:54:43 |
| 17 | homework it wasn't really -- it was hard for me to | 02:54:47 |
| 18 | concentrate on and do, you know.  I was able to, I | 02:54:49 |
| 19 | guess with the anxiety of the exam, I was able to cram | 02:54:53 |
| 20 | in stuff at the last minute and usually pretty do | 02:54:57 |
| 21 | well -- do pretty well. | 02:55:01 |
| 22 | Q    You did better than pretty well, didn't | 02:55:03 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

126

1   you?  You graduated with honors?                    02:55:05

2       A    Yes.                                        02:55:07

3       Q    Did you do honors grades, get honors        02:55:07

4   grades, in math courses?                             02:55:11

5       A    I believe I got B pluses and stuff.         02:55:13

6            I remember always a homework grade away     02:55:17

7   from getting the A.                                  02:55:20

8       Q    Did you have teachers in high school who    02:55:22

9   were your particular mentors?                        02:55:25

10      A    I remember one civics teacher that really   02:55:28

11  saw potential in me and really always wanted me to do 02:55:35

12  well.                                                02:55:38

13      Q    Who was that?                               02:55:38

14      A    Her name was -- what was her name?          02:55:41

15           I think the first name was Haewon,          02:55:49

16  H-A-E-W-O-N, and the last name was Yi, Y-I.          02:55:53

17      Q    And this was in high school?                02:56:03

18      A    This was in high school.  Yes.              02:56:03

19           I remember she saw a lot of potential in me 02:56:05

20  and was really advocating for me to do always the best 02:56:08

21  that I could.                                        02:56:12

22           She actually wrote my recommendation to     02:56:13

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

127

| | | |
|---|---|---|
| 1 | Johns Hopkins and a few other places, if I recall. | 02:56:15 |
| 2 | Q    Did she write a recommendation that also | 02:56:19 |
| 3 | was included in your application to GW? | 02:56:21 |
| 4 | A    I don't recall if I asked her for that. | 02:56:24 |
| 5 | But I think -- I remember asking her for | 02:56:27 |
| 6 | recommendations, but I don't remember if it went to | 02:56:29 |
| 7 | GW or not. | 02:56:32 |
| 8 | Q    How would she describe you as a student? | 02:56:34 |
| 9 | MR. BACH:  Objection.  Calls for | 02:56:36 |
| 10 | speculation. | 02:56:38 |
| 11 | THE WITNESS:  How would she describe me as | 02:56:40 |
| 12 | a student? | 02:56:42 |
| 13 | You know, I remember, you know, she had | 02:56:45 |
| 14 | invited me to kind of a lunch time session with some | 02:56:48 |
| 15 | of the brighter students in her class to I guess learn | 02:56:53 |
| 16 | a little more about world history and to discuss | 02:56:57 |
| 17 | articles that she would bring in.  You know, extra | 02:57:01 |
| 18 | learning for her gifted students.  It seemed like she | 02:57:04 |
| 19 | always wanted me to, you know, excel as much as I can. | 02:57:07 |
| 20 | She saw a lot of potential in me. | 02:57:12 |
| 21 | I think she was some big shot corporate | 02:57:15 |
| 22 | lawyer in New York City that retired or quit and came | 02:57:18 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

128

| | | |
|---|---|---|
| 1 | to teach middle school.  And she really liked me as a | 02:57:22 |
| 2 | student. | 02:57:26 |
| 3 | BY MR. McCONNELL: | 02:57:26 |
| 4 | Q    Do you still have the letter of | 02:57:26 |
| 5 | recommendation to Hopkins? | 02:57:28 |
| 6 | A    I think those were all -- what is it -- | 02:57:29 |
| 7 | confidential, you know. | 02:57:32 |
| 8 | Q    That is a different question. | 02:57:34 |
| 9 | Do you still have the letter? | 02:57:36 |
| 10 | A    I don't recall ever getting the letter.  I | 02:57:37 |
| 11 | never got the letter.  It goes directly to the | 02:57:38 |
| 12 | university. | 02:57:40 |
| 13 | Q    Any other mentors in high school, faculty | 02:57:47 |
| 14 | members who were mentors, other than Ms. Yi? | 02:57:50 |
| 15 | A    Let me think. | 02:57:55 |
| 16 | I had a -- I can't remember the guy's first | 02:58:01 |
| 17 | name.  Mr. Lau, L-A-U, I believe was his last name. | 02:58:07 |
| 18 | Q    What course did he teach? | 02:58:14 |
| 19 | A    He taught my AP Computer Science class. | 02:58:15 |
| 20 | Q    How would Mr. Lau describe you as a | 02:58:24 |
| 21 | student? | 02:58:28 |
| 22 | A    I think that he -- I mean he gave me an A | 02:58:28 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

129

| | | |
|---|---|---|
| 1 | I recall.  I think he saw me as relatively talented. | 02:58:31 |
| 2 | I was able to do all the programming assignments | 02:58:36 |
| 3 | pretty quickly, you know, and I was able to do them | 02:58:40 |
| 4 | well. | 02:58:44 |
| 5 | Q    Throughout middle school and high school | 02:58:44 |
| 6 | did you ever have any disciplinary issues? | 02:58:46 |
| 7 | A    I don't recall ever having any disciplinary | 02:58:51 |
| 8 | issues. | 02:58:55 |
| 9 | Q    Were you ever in a physical fight?  Again | 02:58:55 |
| 10 | in elementary school through high school. | 02:58:58 |
| 11 | A    I remember the kids on the bus would pick | 02:59:02 |
| 12 | on me.  I was never really in any, you know, fist to | 02:59:05 |
| 13 | cuffs. | 02:59:08 |
| 14 | Q    So no physical fights at any time? | 02:59:08 |
| 15 | A    Not that I recall.  No. | 02:59:10 |
| 16 | Q    Were you ever suspended? | 02:59:11 |
| 17 | A    No. | 02:59:13 |
| 18 | Q    When you were in high school did your | 02:59:16 |
| 19 | parents provide any support academically?  For | 02:59:19 |
| 20 | example, help you with homework? | 02:59:22 |
| 21 | A    High school they never helped me with | 02:59:26 |
| 22 | homework.  It was more of, you know, stop watching TV | 02:59:28 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

130

| | | |
|---|---|---|
| 1 | or playing video games, go do your homework type of | 02:59:32 |
| 2 | thing. | 02:59:34 |
| 3 | Q    Okay. | 02:59:34 |
| 4 | Did your parents sit with you while you | 02:59:34 |
| 5 | were doing homework when you were in high school? | 02:59:36 |
| 6 | A    I mean they forced me to leave the TV and | 02:59:38 |
| 7 | leave any electronic distractions and go to my room. | 02:59:41 |
| 8 | You know, I was distracted pretty easily, so I guess | 02:59:45 |
| 9 | they just wanted me to just go to my room, somewhere | 02:59:49 |
| 10 | quiet.  I ended up just going to my room and reading | 02:59:49 |
| 11 | magazines. | 02:59:55 |
| 12 | Q    How did you keep up with deadlines when you | 02:59:55 |
| 13 | were doing high school work?  Did you have a calendar? | 02:59:57 |
| 14 | What did you do? | 02:59:58 |
| 15 | A    I did not use a calendar.  I really don't | 03:00:03 |
| 16 | remember how they organized it.  I think that in high | 03:00:08 |
| 17 | school it was kind of you had this assignment due | 03:00:13 |
| 18 | tomorrow or the next day, next week, you have to | 03:00:16 |
| 19 | complete it. | 03:00:19 |
| 20 | Q    How did you keep track of that? | 03:00:20 |
| 21 | A    I guess just whatever I remembered. | 03:00:23 |
| 22 | Q    So you just held it up here in your head | 03:00:25 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

131

| | | |
|---|---|---|
| 1 | was sort of the way your calendar was run? | 03:00:30 |
| 2 | A    Pretty much.  Yes. | 03:00:30 |
| 3 | I mean I think they had provided us with a | 03:00:30 |
| 4 | paper like book for managing our days.  But I don't | 03:00:35 |
| 5 | recall -- you know, I would use it for the first week | 03:00:38 |
| 6 | or two and then not use it or at least incidentally | 03:00:41 |
| 7 | writing in stuff here and there. | 03:00:45 |
| 8 | Q    Did your parents stay in the loop on when | 03:00:48 |
| 9 | assignments were due, papers were due and so forth, or | 03:00:51 |
| 10 | was that something that you handled on your own? | 03:00:54 |
| 11 | A    It was something I handled on my own. | 03:00:57 |
| 12 | Q    We had talked a bit about a driver's | 03:01:01 |
| 13 | license. | 03:01:03 |
| 14 | You told me when did you first get a | 03:01:04 |
| 15 | driver's license?  What age? | 03:01:05 |
| 16 | A    I believe about 16-and-a-half.  I don't | 03:01:08 |
| 17 | remember the date off of my head.  But when you are | 03:01:10 |
| 18 | eligible in Virginia. | 03:01:15 |
| 19 | Q    What was the first car you drove? | 03:01:15 |
| 20 | A    The first car I drove I believe it was a | 03:01:17 |
| 21 | Honda Civic. | 03:01:20 |
| 22 | Q    When you first got a license were there any | 03:01:22 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

132

| | | |
|---|---|---|
| 1 | rules or limitations imposed on your driving? | 03:01:24 |
| 2 | A    I think in Virginia they have a limit to | 03:01:28 |
| 3 | how many passengers you are allowed to have and, you | 03:01:31 |
| 4 | know, the curfew type of thing after like 11:00 p.m. | 03:01:34 |
| 5 | I don't recall that -- I really didn't | 03:01:38 |
| 6 | drive on my own until I think the senior year of high | 03:01:41 |
| 7 | school. | 03:01:47 |
| 8 | Q    How did you do your driving from the time | 03:01:47 |
| 9 | you first got your license up to the senior year of | 03:01:50 |
| 10 | high school?  Was that always with a family member? | 03:01:53 |
| 11 | A    The senior year of high school I drove on | 03:01:56 |
| 12 | my own.  I drove to school in the mornings. | 03:01:59 |
| 13 | Q    But up to that time did you drive with | 03:02:01 |
| 14 | family members or how did you drive? | 03:02:03 |
| 15 | A    You mean when I had the permit? | 03:02:05 |
| 16 | Q    Yes. | 03:02:08 |
| 17 | A    You know, you are required to have an adult | 03:02:09 |
| 18 | supervise you. | 03:02:10 |
| 19 | Q    And that adult was your parents? | 03:02:11 |
| 20 | A    It was typically my father.  Yes. | 03:02:13 |
| 21 | Q    And how do you think your father would | 03:02:16 |
| 22 | describe your driving? | 03:02:18 |

133

| | | |
|---|---|---|
| 1 | MR. BACH:  Objection.  Calls for | 03:02:20 |
| 2 | speculation. | 03:02:21 |
| 3 | THE WITNESS:  Well, he trusted me with the | 03:02:23 |
| 4 | car. | 03:02:25 |
| 5 | BY MR. McCONNELL: | 03:02:25 |
| 6 | Q    He was in the car with you while you were | 03:02:26 |
| 7 | driving and sort of learning how to drive? | 03:02:27 |
| 8 | A    Yes.  I think that is part of it to him to | 03:02:29 |
| 9 | observe me.  And we drove around the different back | 03:02:33 |
| 10 | roads where I live, you know, eventually upgrade to | 03:02:38 |
| 11 | like a highway type of thing. | 03:02:41 |
| 12 | Q    Do you believe he would describe you as a | 03:02:42 |
| 13 | careful attentive driver? | 03:02:45 |
| 14 | A    Yes. | 03:02:48 |
| 15 | I think that, you know, I was able to focus | 03:02:50 |
| 16 | on the road at least. | 03:02:56 |
| 17 | Q    Have you ever been issued any vehicle | 03:02:57 |
| 18 | tickets for infractions of any kind? | 03:03:03 |
| 19 | A    Let me think. | 03:03:08 |
| 20 | I believe in high school I received a | 03:03:10 |
| 21 | speeding ticket.  When I came off the highway I | 03:03:13 |
| 22 | thought I was on another highway.  It was a few miles | 03:03:16 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

134

| | |
|---|---|
| 1 | per hour over. | 03:03:21 |
| 2 | And one for I think the car I had and was | 03:03:22 |
| 3 | using didn't have -- at the same time -- I believe the | 03:03:24 |
| 4 | emissions registration was expired.  It wasn't my car. | 03:03:27 |
| 5 | It was my mom's car. | 03:03:31 |
| 6 | Q    Any other traffic violations or tickets? | 03:03:32 |
| 7 | A    In high school? | 03:03:36 |
| 8 | Q    At any time. | 03:03:37 |
| 9 | A    I think when I was working at Trac-Tech I | 03:03:38 |
| 10 | got a ticket driving back from our client site in New | 03:03:40 |
| 11 | York City on the New Jersey Turnpike.  I think I was | 03:03:46 |
| 12 | like three miles per hour over that they cited me for. | 03:03:49 |
| 13 | Q    Other than those tickets, those two | 03:03:52 |
| 14 | tickets, any others at all over the years you have | 03:03:54 |
| 15 | been driving? | 03:03:57 |
| 16 | A    I was issued a speeding ticket -- it wasn't | 03:04:02 |
| 17 | really issued.  I mean I went to the court and they | 03:04:06 |
| 18 | got rid of it or they put it under vehicle | 03:04:08 |
| 19 | maintenance.  But I had a ticket or I was cited by a | 03:04:12 |
| 20 | police officer on 66 here I think when I was -- I had | 03:04:15 |
| 21 | to -- I think when I had to go meet with the Dean or | 03:04:25 |
| 22 | something one day. | 03:04:28 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

135

| | | |
|---|---|---|
| 1 | Q    Have you been involved in any motor vehicle | 03:04:28 |
| 2 | accidents? | 03:04:31 |
| 3 | A    Once in high school. | 03:04:32 |
| 4 | Q    Tell me about that.  What happened? | 03:04:34 |
| 5 | A    I was stopped trying to make a left turn at | 03:04:36 |
| 6 | --  not at an intersection, but it was, you know, one | 03:04:42 |
| 7 | of those things in the road, you know, a barrier, and | 03:04:44 |
| 8 | you try making a left turn in another place.  I got | 03:04:46 |
| 9 | hit behind. | 03:04:49 |
| 10 | Q    So you were stopped? | 03:04:50 |
| 11 | A    I was stopped. | 03:04:51 |
| 12 | Q    You were rear-ended? | 03:04:52 |
| 13 | A    I was rear-ended.  Yes. | 03:04:53 |
| 14 | Q    Any other accidents at any time? | 03:04:54 |
| 15 | A    No.  Not that I recall. | 03:04:56 |
| 16 | Q    Has anyone ever commented on your driving | 03:04:57 |
| 17 | one way or the other? | 03:05:00 |
| 18 | A    You know, I think when I was in medical | 03:05:09 |
| 19 | school I started to drive a little bit faster than | 03:05:13 |
| 20 | normal.  You know, especially driving in D.C. you kind | 03:05:17 |
| 21 | of have to be aggressive. | 03:05:21 |
| 22 | Q    Other than that, anybody ever comment on | 03:05:23 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

136

| | | |
|---|---|---|
| 1 | your driving? | 03:05:25 |
| 2 | A    No. | 03:05:26 |
| 3 |      Just the fact that with driving in D.C. my | 03:05:27 |
| 4 | driving was getting a little more aggressive. | 03:05:30 |
| 5 | Q    Who commented on that?  Did anyone comment | 03:05:31 |
| 6 | or is that just your feeling about how your driving | 03:05:34 |
| 7 | has changed?  Has anyone commented on it? | 03:05:36 |
| 8 | A    I believe that is a feeling that I got. | 03:05:38 |
| 9 | Q    That is a feeling you got? | 03:05:40 |
| 10 | A    That is a feeling that I got.  Yes. | 03:05:41 |
| 11 | Q    Has anyone who has ever been in a car with | 03:05:42 |
| 12 | you commented on your driving in that way? | 03:05:46 |
| 13 | A    I really don't recall. | 03:05:48 |
| 14 | Q    When you are in the vehicle, in your car, | 03:05:52 |
| 15 | do you use any sort of communications device? | 03:05:57 |
| 16 | A    Like? | 03:06:02 |
| 17 | Q    Do you text while you drive? | 03:06:03 |
| 18 | A    I typically don't.  I usually -- I mean the | 03:06:05 |
| 19 | only thing I do with my cell phone is maybe change the | 03:06:08 |
| 20 | radio, you know, the music.  I usually try not to text | 03:06:11 |
| 21 | and drive.  It is just something that I really don't | 03:06:14 |
| 22 | like doing. | 03:06:17 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

137

| | | |
|---|---|---|
| 1 | Q    How about frequently changing the radio or | 03:06:18 |
| 2 | operating other electronic equipment in the vehicle? | 03:06:21 |
| 3 | Do you do that frequently while driving? | 03:06:25 |
| 4 | A    I use my cell phone to connect to listen to | 03:06:28 |
| 5 | music in the car.  I will change the music | 03:06:32 |
| 6 | occasionally. | 03:06:34 |
| 7 | Q    Occasionally? | 03:06:35 |
| 8 | A    Yes. | 03:06:36 |
| 9 | Q    Has anyone who has ever been in the vehicle | 03:06:38 |
| 10 | with you admonished you not to text or read e-mail or | 03:06:40 |
| 11 | use your cell phone for any reason while you are | 03:06:43 |
| 12 | actually operating a motor vehicle? | 03:06:46 |
| 13 | A    No.  That has never come up. | 03:06:48 |
| 14 | Q    As a general matter do you feel you have | 03:07:06 |
| 15 | the ability to plan your day and follow through with | 03:07:09 |
| 16 | the plan for the day? | 03:07:11 |
| 17 | A    I mean I am able to follow through with the | 03:07:13 |
| 18 | day.  Planning for the day I don't know.  I let the | 03:07:15 |
| 19 | day come and go. | 03:07:23 |
| 20 | Q    Do you pay your bills on time? | 03:07:24 |
| 21 | A    Typically.  Yes.  I typically pay them in | 03:07:27 |
| 22 | full on time. | 03:07:30 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

138

| | | |
|---|---|---|
| 1 | Q    How is your credit?  What is your rating? | 03:07:32 |
| 2 | A    I don't know my rating. | 03:07:34 |
| 3 | Q    Do you believe you generally have good | 03:07:36 |
| 4 | credit? | 03:07:40 |
| 5 | A    Yes.  I have a pretty high -- what is it | 03:07:40 |
| 6 | called -- credit limit on all my credit cards. | 03:07:43 |
| 7 | Q    Have you ever had a late credit payment? | 03:07:46 |
| 8 | A    Yes.  I have had one or two. | 03:07:48 |
| 9 | Q    In terms of your personality do you | 03:08:00 |
| 10 | consider yourself to be sort of an absentminded | 03:08:02 |
| 11 | professor type person? | 03:08:05 |
| 12 | MR. BACH:  Object to the form of the | 03:08:07 |
| 13 | question. | 03:08:09 |
| 14 | THE WITNESS:  Can you repeat that? | 03:08:10 |
| 15 | Absentminded? | 03:08:11 |
| 16 | BY MR. McCONNELL: | 03:08:12 |
| 17 | Q    Yes. | 03:08:12 |
| 18 | Do you consider yourself in terms of | 03:08:13 |
| 19 | personality to be an absentminded professor type | 03:08:14 |
| 20 | person? | 03:08:18 |
| 21 | MR. BACH:  Same objection. | 03:08:18 |
| 22 | THE WITNESS:  I mean I would have to say | 03:08:27 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

139

| | | |
|---|---|---|
| 1 | that sometimes I get really hyper-focused on tasks, on | 03:08:29 |
| 2 | things, on objectives.  Sometimes, you know, different | 03:08:32 |
| 3 | things will just no matter how many times I hear it | 03:08:36 |
| 4 | will just fly over my head. | 03:08:40 |
| 5 | BY MR. McCONNELL: | 03:08:45 |
| 6 | Q    Can you give me an example of that? | 03:08:45 |
| 7 | A    Let me think. | 03:08:49 |
| 8 | An example of which? | 03:08:51 |
| 9 | Q    Things being said to you that fly over your | 03:08:54 |
| 10 | head. | 03:08:57 |
| 11 | A    I guess a few times when I have been | 03:09:02 |
| 12 | assigned tasks I wasn't enthusiastic about.  Like in | 03:09:10 |
| 13 | terms of tasks that just was not -- how should I say | 03:09:13 |
| 14 | it?  What tasks?  Let me think.  Sorry. | 03:09:22 |
| 15 | I guess I remember in high school, you | 03:09:35 |
| 16 | know, with the college applications doing them all at | 03:09:38 |
| 17 | the very last minute and not doing them until the very | 03:09:42 |
| 18 | last minute and we had to miss a vacation because I | 03:09:45 |
| 19 | had to stay home and work on them.  I remember missing | 03:09:49 |
| 20 | a vacation around, I don't know, Christmastime or | 03:09:55 |
| 21 | whenever that they were due. | 03:09:58 |
| 22 | Q    Where was the vacation scheduled? | 03:09:59 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

140

| | | |
|---|---|---|
| 1 | A    I really don't remember.  I think we -- | 03:10:01 |
| 2 | somewhere in the U.S. | 03:10:03 |
| 3 | Q    Do you consider yourself a good listener? | 03:10:04 |
| 4 | A    I think overall.  I mean I can listen | 03:10:26 |
| 5 | pretty well.  You know, I just get distracted by | 03:10:29 |
| 6 | different things sometimes and just straight through. | 03:10:33 |
| 7 | Q    Do you think your friends would agree you | 03:10:35 |
| 8 | are a good listener? | 03:10:38 |
| 9 | A    I don't recall them ever commenting about | 03:10:39 |
| 10 | that. | 03:10:42 |
| 11 | Q    Do you think any romantic partners you had | 03:10:44 |
| 12 | would agree you are a good listener? | 03:10:48 |
| 13 | A    They would probably say I am not a good | 03:10:54 |
| 14 | listener. | 03:10:58 |
| 15 | Q    Do you believe your friends would say you | 03:11:02 |
| 16 | are generally punctual? | 03:11:04 |
| 17 | A    I have come late occasionally.  I think | 03:11:10 |
| 18 | that tardiness has been an issue that they would | 03:11:14 |
| 19 | probably occasionally comment on. | 03:11:16 |
| 20 | Q    But as a general matter are you usually | 03:11:19 |
| 21 | punctual? | 03:11:22 |
| 22 | A    I try to be, but I end up being tardy | 03:11:23 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

141

| | | |
|---|---|---|
| 1 | regardless.  I have been trying to make efforts to | 03:11:27 |
| 2 | improve that. | 03:11:29 |
| 3 |     Q    Do you know if anyone considers you to be | 03:11:30 |
| 4 | flaky? | 03:11:33 |
| 5 |     A    Flaky. | 03:11:33 |
| 6 |         MR. BACH:  Objection.  Calls for | 03:11:34 |
| 7 | speculation.  Object to the form of the question. | 03:11:36 |
| 8 |         THE WITNESS:  Can you expand on the word | 03:11:36 |
| 9 | flaky? | 03:11:38 |
| 10 | BY MR. McCONNELL: | 03:11:39 |
| 11 |     Q    Yes. | 03:11:39 |
| 12 |         Sort of unreliable, not focused on what has | 03:11:39 |
| 13 | been agreed to, not someone who behaves in ways that | 03:11:43 |
| 14 | would be normally expected. | 03:11:50 |
| 15 |     A    I guess in general from my friends I try | 03:12:11 |
| 16 | not to like abandon them.  You know, if I am going to | 03:12:15 |
| 17 | do something with them I try not to. | 03:12:17 |
| 18 |         There have been instances when I have at | 03:12:19 |
| 19 | the last minute flaked on them, not attended | 03:12:21 |
| 20 | something, you know, not gone somewhere with them. | 03:12:26 |
| 21 |         Typically, you know, if I am enthusiastic | 03:12:32 |
| 22 | about something I will go to it, but, you know, if I | 03:12:35 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

142

| | | |
|---|---|---|
| 1 | am not interested in doing something, you know, I get | 03:12:38 |
| 2 | distracted, then I will either come late or not go.  I | 03:12:43 |
| 3 | try not to. | 03:12:47 |
| 4 | Q    Any specific example of that? | 03:12:48 |
| 5 | A    I think recently when my friend Ryan was | 03:12:58 |
| 6 | trying to move a couch into his place he really wanted | 03:13:01 |
| 7 | my help.  I kept trying to make excuses to not go.  He | 03:13:05 |
| 8 | ended up showing up at my house I guess holding me | 03:13:09 |
| 9 | ransom so I could go with him. | 03:13:13 |
| 10 | We had lunch and got a haircut and I helped | 03:13:16 |
| 11 | him move his couch. | 03:13:19 |
| 12 | Q    Do you think Ryan will describe you as | 03:13:21 |
| 13 | flaky? | 03:13:24 |
| 14 | MR. BACH:  Objection.  Calls for | 03:13:25 |
| 15 | speculation.  Object to the form. | 03:13:26 |
| 16 | THE WITNESS:  I would think that he would | 03:13:30 |
| 17 | be able to comment on occasions when I have been | 03:13:31 |
| 18 | flaky. | 03:13:36 |
| 19 | BY MR. McCONNELL: | 03:13:40 |
| 20 | Q    Do you have a tendency to interrupt? | 03:13:41 |
| 21 | A    Sometimes. | 03:13:49 |
| 22 | Q    Has anybody ever commented on that? | 03:13:50 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

143

| | | |
|---|---|---|
| 1 | A    I don't recall. | 03:14:09 |
| 2 | Q    When you say sometimes you interrupt is | 03:14:11 |
| 3 | that something you do only infrequently, often, very | 03:14:13 |
| 4 | often, all the time? | 03:14:17 |
| 5 | A    I guess sometimes if I get enthusiastic | 03:14:20 |
| 6 | about a conversation and I want to get my point across | 03:14:24 |
| 7 | sometimes, you know, if I don't care what the other | 03:14:28 |
| 8 | person says. | 03:14:30 |
| 9 | Q    You had mentioned that a family vacation | 03:14:38 |
| 10 | was canceled because you had been late getting your | 03:14:54 |
| 11 | college applications out. | 03:14:57 |
| 12 | Were your parents angry at you about that? | 03:14:59 |
| 13 | A    I don't recall them being angry.  They were | 03:15:08 |
| 14 | like you need to get this done, you need to work on | 03:15:13 |
| 15 | them, we are going to stay at home. | 03:15:15 |
| 16 | Q    So you told us you had applied to a whole | 03:15:36 |
| 17 | number of schools.  Among them was GW, of course, for | 03:15:39 |
| 18 | medical -- well, no.  Let me ask you this. | 03:15:39 |
| 19 | Where did you apply to medical school? | 03:15:44 |
| 20 | A    I applied to a lot of schools.  Let me | 03:15:46 |
| 21 | think. | 03:15:49 |
| 22 | I applied to GW. | 03:15:50 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

144

| | | | |
|---|---|---|---|
| 1 | | I applied to VCU. | 03:15:54 |
| 2 | | I applied to Albany Medical College. | 03:16:00 |
| 3 | Q | Albany? | 03:16:08 |
| 4 | A | Albany.  Yes. | 03:16:10 |
| 5 | | I applied to I think Michigan State I | 03:16:13 |
| 6 | believe.  I don't recall 100 percent if that was one. | | 03:16:24 |
| 7 | Q | Any others? | 03:16:32 |
| 8 | A | No.  I really don't remember off the top of | 03:16:35 |
| 9 | my head. | | 03:16:38 |
| 10 | Q | We know you were admitted to GWU.  What | 03:16:39 |
| 11 | about VCU? | | 03:16:42 |
| 12 | A | I didn't interview there.  I was not | 03:16:44 |
| 13 | admitted.  I was only admitted to GW. | | 03:16:46 |
| 14 | Q | Did you do interviews anywhere else? | 03:16:49 |
| 15 | A | Only GW and VCU. | 03:16:55 |
| 16 | Q | Were you admitted early to GW? | 03:17:05 |
| 17 | A | I believe I had -- early as in? | 03:17:10 |
| 18 | Q | I am just wondering what happened, for | 03:17:16 |
| 19 | example, at Albany.  Were you admitted there? | | 03:17:17 |
| 20 | A | No.  I did not interview, nor was I | 03:17:20 |
| 21 | admitted. | | 03:17:22 |
| 22 | Q | Was there a reason you didn't follow-up | 03:17:23 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

145

| | | |
|---|---|---|
| 1 | with interviews at Albany? | 03:17:26 |
| 2 | A    I think I got admitted to GW pretty early | 03:17:28 |
| 3 | in the application cycle.  I think. | 03:17:31 |
| 4 | Q    That was my point. | 03:17:32 |
| 5 | A    Yes. | 03:17:33 |
| 6 | I think around like November or so, if I | 03:17:34 |
| 7 | recall correctly.  But early on in the application | 03:17:36 |
| 8 | cycle. | 03:17:40 |
| 9 | Q    We have gone through all of the employment | 03:17:43 |
| 10 | that you have had.  At any time have you ever | 03:17:46 |
| 11 | requested of any of your employers that you be given | 03:17:48 |
| 12 | an accommodation of any kind related to a disability | 03:17:52 |
| 13 | of any kind? | 03:17:56 |
| 14 | A    I don't recall ever asking for | 03:18:03 |
| 15 | accommodations. | 03:18:05 |
| 16 | MR. McCONNELL:  Can you mark this as the | 03:18:15 |
| 17 | next exhibit? | 03:18:17 |
| 18 | (Chenari Exhibit 8 was marked for | 03:18:30 |
| 19 | identification and is attached to the deposition | 03:18:30 |
| 20 | transcript.) | 03:18:35 |
| 21 | BY MR. McCONNELL: | 03:18:35 |
| 22 | Q    The Court Reporter has handed you Exhibit 8 | 03:18:36 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

146

| | | |
|---|---|---|
| 1 | which is titled AMCAS Application Report - 2010 | 03:18:52 |
| 2 | Entering Class, correct? | 03:18:57 |
| 3 | A    Correct. | 03:18:57 |
| 4 | Q    And it is Bate Numbered GW Chenari 479 | 03:19:02 |
| 5 | through 492, right? | 03:19:06 |
| 6 | A    I'm sorry.  Where are you reading that | 03:19:10 |
| 7 | number? | 03:19:12 |
| 8 | The number at the bottom.  Sorry. | 03:19:12 |
| 9 | Q    Right down at the bottom, correct? | 03:19:14 |
| 10 | A    Yes. | 03:19:16 |
| 11 | Q    And this document reflects the information | 03:19:20 |
| 12 | that you submitted to GW by way of application for | 03:19:23 |
| 13 | admission to medical school, correct? | 03:19:28 |
| 14 | A    Correct. | 03:19:30 |
| 15 | Q    Do you believe the information on here is | 03:19:36 |
| 16 | complete and accurate? | 03:19:39 |
| 17 | A    This is what I submitted when I applied. | 03:19:40 |
| 18 | Q    And at page 84 there is a section entitled | 03:20:02 |
| 19 | Personal Comments, correct? | 03:20:09 |
| 20 | A    Correct. | 03:20:15 |
| 21 | Q    Those are statements that you made as part | 03:20:17 |
| 22 | of the application process? | 03:20:19 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

147

| | | |
|---|---|---|
| 1 | A    Correct. | 03:20:22 |
| 2 | Q    And you reported that you had begun | 03:20:26 |
| 3 | spending weekends volunteering at the Reston Hospital | 03:20:28 |
| 4 | Center? | 03:20:32 |
| 5 | A    Correct. | 03:20:32 |
| 6 | This is what I did in college.  Yes. | 03:20:34 |
| 7 | Q    And again at page 485 there is a Personal | 03:20:48 |
| 8 | Comment section.  That accurately sets out statements | 03:20:52 |
| 9 | that you submitted to the university in applying for | 03:20:55 |
| 10 | admission to the medical school, correct? | 03:20:59 |
| 11 | A    These were, yes, statements that I | 03:21:00 |
| 12 | submitted. | 03:21:03 |
| 13 | Q    In this document did you in any way mention | 03:21:18 |
| 14 | or refer to any difficulties you had had as a student | 03:21:21 |
| 15 | at any time in your academic career? | 03:21:27 |
| 16 | A    Any difficulties that I had? | 03:21:31 |
| 17 | Q    Yes. | 03:21:33 |
| 18 | A    I believe on page 485 I described kind of | 03:21:37 |
| 19 | my father having to go through his I believe triple | 03:21:44 |
| 20 | bypass surgery when I was an undergrad and, you know, | 03:21:50 |
| 21 | how that motivated me to become interested in becoming | 03:21:55 |
| 22 | a physician. | 03:22:00 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

148

| | | |
|---|---|---|
| 1 | Q    But that wasn't a statement about any | 03:22:01 |
| 2 | difficulties you had had as a student for any reason, | 03:22:03 |
| 3 | was it?  That was a statement about why you thought | 03:22:07 |
| 4 | you wanted to go to medical school, right? | 03:22:09 |
| 5 | A    I'm sorry.  Let me read through it. | 03:22:12 |
| 6 | I mean that was a harsh moment in our | 03:22:13 |
| 7 | family and I remember, you know, that was a little | 03:22:16 |
| 8 | difficult for us as a family.  But I don't think this | 03:22:21 |
| 9 | one.  I just said that it was motivating me, you know. | 03:22:25 |
| 10 | Q    Did you reference in here in any way any | 03:22:29 |
| 11 | problems that you had had as a student at any time, | 03:22:32 |
| 12 | either concentration, anxiety, any of those issues? | 03:22:37 |
| 13 | Did you mention that at all? | 03:22:43 |
| 14 | A    No.  I don't believe I did. | 03:22:47 |
| 15 | Q    Once you were admitted to GW what was the | 03:23:06 |
| 16 | first step in actually entering in the medical school? | 03:23:12 |
| 17 | A    Once I was admitted to medical school what | 03:23:21 |
| 18 | were the first steps? | 03:23:24 |
| 19 | Q    Yes. | 03:23:26 |
| 20 | A    Let me think. | 03:23:27 |
| 21 | Q    Were there orientation sessions? | 03:23:29 |
| 22 | A    The first steps were to get all my required | 03:23:33 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

149

| | | |
|---|---|---|
| 1 | immunizations and all the required documentation for | 03:23:35 |
| 2 | the school. | 03:23:39 |
| 3 | Q   We talked about that.  That was with | 03:23:39 |
| 4 | Dr. Durr, right? | 03:23:43 |
| 5 | A   That was with Dr. Durr. | 03:23:43 |
| 6 | Q   Before you actually began medical school | 03:23:45 |
| 7 | were there orientation sessions you attended? | 03:23:50 |
| 8 | A   There were orientation sessions. | 03:23:50 |
| 9 | Q   Did you attend them? | 03:23:50 |
| 10 | A   Yes. | 03:23:51 |
| 11 | Q   Did you listen? | 03:23:52 |
| 12 | A   I remember I came in late to Dean Schroth | 03:23:55 |
| 13 | who had a presentation. | 03:24:01 |
| 14 | Q   Why were you late to Dean Schroth's | 03:24:01 |
| 15 | presentation? | 03:24:04 |
| 16 | A   I did not wake up on time. | 03:24:05 |
| 17 | Q   Were you pretty excited about getting into | 03:24:08 |
| 18 | medical school and going there, actually entering | 03:24:11 |
| 19 | medical school? | 03:24:14 |
| 20 | A   I think I was excited.  I think that -- I | 03:24:16 |
| 21 | think the summer before I was really excited.  I think | 03:24:21 |
| 22 | once I got in and started I remember just not being as | 03:24:25 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

150

1    motivated.                                              03:24:34

2        Q    So once you were actually at medical school   03:24:35

3    you think your level of motivation dropped off?         03:24:40

4        A    I think so.  I think I became a little bit     03:24:43

5    distracted.                                             03:24:45

6        Q    So you think distraction caused your          03:24:46

7    motivation to drop?                                     03:24:49

8        A    I think that, you know, when I started I       03:24:50

9    remember having trouble waking up.  Yes.                03:24:58

10       Q    What was Dean Schroth's presentation about     03:25:03

11   during the orientation session?                         03:25:06

12       A    From what I recall at the end it was pretty    03:25:08

13   much about how you need to -- to summarize I remember    03:25:13

14   it being something about how not to get into legal      03:25:22

15   trouble and about how we need to -- you know, for       03:25:24

16   licensure we need to be professional.                   03:25:28

17            I don't recall the details of the             03:25:33

18   presentation.                                           03:25:34

19       Q    Did you attend an orientation session at      03:25:36

20   some point, perhaps shortly after school began, by      03:25:39

21   Dean Rhonda Goldberg?                                    03:25:46

22       A    I believe she was there to address the        03:25:48

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

151

| | | |
|---|---|---|
| 1 | entire class. | 03:25:50 |
| 2 | Q   Did you listen to her? | 03:25:51 |
| 3 | A   I believe so.  I believe -- you know, I was | 03:25:55 |
| 4 | in the room.  I don't remember what she had said. | 03:25:58 |
| 5 | Q   Did you have any trouble at the time | 03:26:02 |
| 6 | following what was being said to you? | 03:26:05 |
| 7 | A   I mean I don't recall what was said.  So I | 03:26:10 |
| 8 | guess I didn't follow it. | 03:26:13 |
| 9 | Q   Do you recall her instructing all the | 03:26:16 |
| 10 | members of your class how to seek help from Disability | 03:26:20 |
| 11 | Support Services if you thought you needed or you did | 03:26:24 |
| 12 | need such help? | 03:26:27 |
| 13 | A   I don't recall. | 03:26:29 |
| 14 | Q   Do you deny that you were told during | 03:26:37 |
| 15 | orientation about how to go about accessing Disability | 03:26:41 |
| 16 | Support Services if at any time you ever thought you | 03:26:46 |
| 17 | might need it? | 03:26:49 |
| 18 | A   I remember she had told us that, you know, | 03:26:50 |
| 19 | she had kind of an open ear type of thing and we could | 03:26:53 |
| 20 | seek help from her. | 03:26:57 |
| 21 | Q   But did she also -- were you also informed | 03:26:58 |
| 22 | how as a student you could access Disability Support | 03:27:01 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

152

| | | |
|---|---|---|
| 1 | Services, that there was actually a department at the | 03:27:04 |
| 2 | university to deal with disability issues in support | 03:27:08 |
| 3 | of students? | 03:27:12 |
| 4 | A    I only remember her talking about I think | 03:27:15 |
| 5 | that therapy.  I don't remember anything about | 03:27:19 |
| 6 | Disability Support.  I don't remember that coming up. | 03:27:22 |
| 7 | Q    Did you ever go to GW's website? | 03:27:24 |
| 8 | A    Did I go to their website? | 03:27:28 |
| 9 | Q    Yes. | 03:27:30 |
| 10 | A    Yes. | 03:27:30 |
| 11 | Q    Did you ever go to the website as a source | 03:27:31 |
| 12 | of information about programs available to students? | 03:27:34 |
| 13 | A    I went there to the website to look at | 03:27:39 |
| 14 | programs related to my program of study. | 03:27:41 |
| 15 | Q    Did you go to the website and see that | 03:27:44 |
| 16 | there were links to the Disability Support Services | 03:27:48 |
| 17 | program? | 03:27:53 |
| 18 | A    I don't remember looking for that or | 03:27:56 |
| 19 | looking at that. | 03:28:00 |
| 20 | Q    Do you deny that that was available to you | 03:28:03 |
| 21 | online as a student at the university? | 03:28:06 |
| 22 | A    I don't recall it being available. | 03:28:08 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

153

| | | |
|---|---|---|
| 1 | MR. McCONNELL:  Let's mark as the next | 03:28:10 |
| 2 | exhibit this document. | 03:28:12 |
| 3 | (Chenari Exhibit 9 was marked for | 03:28:23 |
| 4 | identification and is attached to the deposition | 03:28:23 |
| 5 | transcript.) | 03:28:33 |
| 6 | BY MR. McCONNELL: | 03:28:33 |
| 7 | Q    The Court Reporter has marked and put in | 03:28:34 |
| 8 | front of you what is now Exhibit Number 9 for your | 03:28:36 |
| 9 | deposition. | 03:28:38 |
| 10 | Have you ever seen this before? | 03:28:39 |
| 11 | It is a printout of a piece on the Internet | 03:28:41 |
| 12 | of GW. | 03:28:45 |
| 13 | A    I never saw this exact form.  This one is | 03:28:46 |
| 14 | dated January 23rd. | 03:28:49 |
| 15 | Q    Did you see this information at any time? | 03:28:51 |
| 16 | Did you go find this information and see it | 03:28:53 |
| 17 | at any time on the website at GW? | 03:28:55 |
| 18 | A    I mean this form was updated on January | 03:29:02 |
| 19 | 23rd, 2015.  I don't recall seeing this exact form. | 03:29:04 |
| 20 | Q    All right. | 03:29:08 |
| 21 | Did you go to this site at any time while | 03:29:08 |
| 22 | you were at GW? | 03:29:12 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

154

| | | |
|---|---|---|
| 1 | A    I don't recall. | 03:29:24 |
| 2 | Q    I will represent to you that there will be | 03:29:25 |
| 3 | evidence in this case that the information in this | 03:29:27 |
| 4 | document has been unchanged since the time you were | 03:29:29 |
| 5 | there first as a medical student. | 03:29:31 |
| 6 | Would you agree with me -- keep the | 03:29:35 |
| 7 | document in front of you if you would, Mr. Chenari -- | 03:29:36 |
| 8 | that GW has posted right on its website for all | 03:29:39 |
| 9 | students to have access to it information on how to | 03:29:43 |
| 10 | access Disability Support Services? | 03:29:45 |
| 11 | Right?  That is what this document is all | 03:29:46 |
| 12 | about? | 03:29:49 |
| 13 | A    This document describes that. | 03:29:49 |
| 14 | Q    And right at the very start in nice big | 03:29:51 |
| 15 | bold letters it says Getting Started, doesn't it? | 03:29:55 |
| 16 | Do you see that? | 03:29:59 |
| 17 | A    I see that. | 03:30:00 |
| 18 | Q    So if you had wanted to you could access | 03:30:00 |
| 19 | this information, couldn't you, as a student? | 03:30:03 |
| 20 | Correct? | 03:30:06 |
| 21 | A    I mean I would have to navigate this | 03:30:06 |
| 22 | website or find it. | 03:30:08 |

155

| | | |
|---|---|---|
| 1 | Q    Yes.  You would have to go on the website | 03:30:09 |
| 2 | and find it, right? | 03:30:10 |
| 3 | A    Is this on the home page?  Where is it? | 03:30:12 |
| 4 | Q    It is linked right out of the home page. | 03:30:14 |
| 5 | A    Okay. | 03:30:17 |
| 6 | Q    So right at the top of it it says Getting | 03:30:18 |
| 7 | Started, correct? | 03:30:20 |
| 8 | A    Yes.  It says Getting Started. | 03:30:21 |
| 9 | Q    And then right under it it gives advice on | 03:30:22 |
| 10 | what to do.  It says, quote:  "New students seeking | 03:30:25 |
| 11 | access to accommodations and/or services are | 03:30:28 |
| 12 | encouraged to contact DSS prior to or upon admission." | 03:30:34 |
| 13 | Correct?  Have I read that correctly for | 03:30:40 |
| 14 | you? | 03:30:41 |
| 15 | A    That is correct. | 03:30:41 |
| 16 | Q    And then it goes right ahead and it says, | 03:30:42 |
| 17 | quote:  "There is no automatic referral from | 03:30:44 |
| 18 | Admissions or other GW offices."  Close quote. | 03:30:48 |
| 19 | Correct? | 03:30:54 |
| 20 | A    That is what it says.  Correct. | 03:30:54 |
| 21 | Q    And it goes on to an advise for those who | 03:30:55 |
| 22 | bother to go to the website and read it as follows, | 03:30:58 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

156

| | | |
|---|---|---|
| 1 | does it not? | 03:30:58 |
| 2 | Quote:  "Eligibility may be established at | 03:31:01 |
| 3 | any time; however student are expected to disclose | 03:31:05 |
| 4 | their needs in a timely manner."  Close quote. | 03:31:09 |
| 5 | Correct?  Does it advise you of that? | 03:31:14 |
| 6 | A    Correct. | 03:31:16 |
| 7 | Q    And it goes on to state in the very first | 03:31:16 |
| 8 | paragraph under Getting Started, quote:  "The | 03:31:19 |
| 9 | University has no legal obligation to recognize any | 03:31:24 |
| 10 | student as having a disability, nor provide | 03:31:28 |
| 11 | accommodations, until that student has established | 03:31:33 |
| 12 | eligibility with this office."  Close quote. | 03:31:38 |
| 13 | Correct?  Have I read that correctly for | 03:31:43 |
| 14 | you? | 03:31:44 |
| 15 | A    That is what it says.  Correct. | 03:31:44 |
| 16 | Q    It goes on to say, quote:  "To ensure the | 03:31:48 |
| 17 | provision of reasonable and appropriate services, all | 03:31:50 |
| 18 | students must, colon, and then in nice big bold type | 03:31:54 |
| 19 | capital "E" Establish, capital "E", Eligibility. | 03:31:59 |
| 20 | Correct? | 03:32:04 |
| 21 | A    Correct. | 03:32:04 |
| 22 | Q    So all this information would be available | 03:32:05 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

157

| | | |
|---|---|---|
| 1 | to you if as a student at any time you thought you | 03:32:08 |
| 2 | would have a disability requiring any form of | 03:32:12 |
| 3 | accommodation, correct? | 03:32:16 |
| 4 | A    Could you repeat that question? | 03:32:18 |
| 5 | Q    Sure. | 03:32:20 |
| 6 | Any time you thought you might have a | 03:32:21 |
| 7 | disability requiring any kind of accommodation this | 03:32:23 |
| 8 | information is available, was available, could have | 03:32:27 |
| 9 | been accessed by you at any time while you were a | 03:32:30 |
| 10 | student at GW, correct? | 03:32:32 |
| 11 | MR. BACH:  Object to the form of the | 03:32:33 |
| 12 | question. | 03:32:35 |
| 13 | MR. McCONNELL:  Sure. | 03:32:36 |
| 14 | THE WITNESS:  I don't remember looking for | 03:32:37 |
| 15 | this or seeing it. | 03:32:39 |
| 16 | BY MR. McCONNELL: | 03:32:39 |
| 17 | Q    Okay. | 03:32:39 |
| 18 | A    I just don't recall. | 03:32:42 |
| 19 | Q    Let me back-up just a second. | 03:33:24 |
| 20 | As part of the orientation and entry into | 03:33:26 |
| 21 | medical school there was an event called a White Coat | 03:33:29 |
| 22 | Ceremony, correct? | 03:33:42 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

158

| | | |
|---|---|---|
| 1 | A   Correct. | 03:33:42 |
| 2 | Q   Did you attend that ceremony? | 03:33:44 |
| 3 | A   I did. | 03:33:46 |
| 4 | Q   And at that point each entering student is | 03:33:47 |
| 5 | provided a white coat signifying entry into the | 03:33:53 |
| 6 | medical profession? | 03:33:57 |
| 7 | A   Correct. | 03:33:58 |
| 8 | MR. McCONNELL:  I would actually like to | 03:34:22 |
| 9 | mark this as Exhibit 10. | 03:34:24 |
| 10 | (Chenari Exhibit 10 was marked for | 03:34:45 |
| 11 | identification and is attached to the deposition | 03:34:45 |
| 12 | transcript.) | 03:35:24 |
| 13 | MR. McCONNELL:  We are going to mark this | 03:35:24 |
| 14 | as 10-A. | 03:35:26 |
| 15 | (Chenari Exhibit 10-A was marked for | 03:35:26 |
| 16 | identification and is attached to the deposition | 03:35:26 |
| 17 | transcript.) | 03:36:00 |
| 18 | BY MR. McCONNELL: | 03:36:01 |
| 19 | Q   Let me hand you 10-A. | 03:36:01 |
| 20 | When you got your white coat did you reach | 03:36:04 |
| 21 | down into the left pocket? | 03:36:07 |
| 22 | A   I honestly don't remember receiving this. | 03:36:18 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

159

| | | |
|---|---|---|
| 1 | Q    You are looking at the document marked 10-A | 03:36:22 |
| 2 | and you are saying you don't remember seeing or | 03:36:27 |
| 3 | receiving that document in your white coat? | 03:36:30 |
| 4 | A    I don't remember receiving this with my | 03:36:32 |
| 5 | white coat. | 03:36:34 |
| 6 | Q    Is that something that may have happened | 03:36:35 |
| 7 | and you just don't remember? | 03:36:37 |
| 8 | A    I really don't remember receiving this. | 03:36:39 |
| 9 | Q    Different question. | 03:36:41 |
| 10 | Is that something that may have happened, | 03:36:42 |
| 11 | you just don't remember one way or the other? | 03:36:44 |
| 12 | A    I don't remember receiving it. | 03:36:46 |
| 13 | Q    It is one thing to say I don't remember | 03:36:50 |
| 14 | receiving it.  Are you saying that it definitely | 03:36:52 |
| 15 | didn't happen, you did not get that, or you just don't | 03:36:55 |
| 16 | know? | 03:36:58 |
| 17 | A    I am saying based on my recollection I | 03:36:58 |
| 18 | don't recall receiving this.  No. | 03:37:01 |
| 19 | Q    You don't recall receiving it.  Different | 03:37:02 |
| 20 | question still. | 03:37:04 |
| 21 | Are you saying it didn't happen, that you | 03:37:06 |
| 22 | recall distinctly reaching into your coat pockets and | 03:37:07 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

160

| | | |
|---|---|---|
| 1 | there was nothing there? | 03:37:11 |
| 2 | A    I remember just that we had our -- what is | 03:37:12 |
| 3 | it called -- our reflex hammer.  I really don't recall | 03:37:16 |
| 4 | receiving this.  We had a few like pins and I remember | 03:37:22 |
| 5 | we received a reflex hammer, but I don't recall | 03:37:26 |
| 6 | receiving this. | 03:37:29 |
| 7 | Q    So you don't think that was in -- that was | 03:37:31 |
| 8 | not included in the things in your jacket or you don't | 03:37:33 |
| 9 | know? | 03:37:36 |
| 10 | A    I don't remember it being in my jacket. | 03:37:37 |
| 11 | No. | 03:37:40 |
| 12 | Q    It may have been there? | 03:37:40 |
| 13 | A    I don't remember it being there. | 03:37:42 |
| 14 | Q    So you don't think it was there? | 03:37:44 |
| 15 | A    I am saying I don't remember it being | 03:37:45 |
| 16 | there.  I don't recall receiving it. | 03:37:47 |
| 17 | Q    So let's take a look at it just in case | 03:37:48 |
| 18 | there is testimony that the person who assembles the | 03:37:51 |
| 19 | jackets puts this package of materials in each and | 03:37:53 |
| 20 | every one of them.  Just in case there is that kind of | 03:37:55 |
| 21 | evidence in this case let's review this document that | 03:37:59 |
| 22 | is in your hand, this 10-A and the paper version of | 03:38:01 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

161

| | | |
|---|---|---|
| 1 | that that we have copied because the exhibit label | 03:38:04 |
| 2 | gets in the way of what is placed in the jackets. | 03:38:07 |
| 3 | This is a document that is in laminized | 03:38:10 |
| 4 | plastic, correct?  It is about three-and-a-half by | 03:38:16 |
| 5 | four-and-a-half, five inches maybe? | 03:38:19 |
| 6 | A    Okay. | 03:38:21 |
| 7 | Q    Correct? | 03:38:22 |
| 8 | And it is entitled Resources for Students | 03:38:24 |
| 9 | Needing Academic, Personal or Mental Health | 03:38:27 |
| 10 | Counseling, correct? | 03:38:31 |
| 11 | A    That is the title of the sheet. | 03:38:32 |
| 12 | Q    And it advises that all students at the | 03:38:37 |
| 13 | GW School of Medicine and Health Sciences can receive | 03:38:40 |
| 14 | CONFIDENTIAL -- the word is all caps -- assistance for | 03:38:43 |
| 15 | academic, personal or mental health issues through the | 03:38:47 |
| 16 | various resources listed below, correct? | 03:38:51 |
| 17 | A    Correct.  That is what it says. | 03:38:55 |
| 18 | Q    Many of these services are free or provided | 03:38:56 |
| 19 | at very low cost and referral to low cost or free | 03:39:00 |
| 20 | resources outside of the university system can also be | 03:39:04 |
| 21 | provided, correct? | 03:39:08 |
| 22 | A    Correct. | 03:39:09 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

162

| | | | |
|---|---|---|---|
| 1 | Q | And included there are programs related to | 03:39:15 |
| 2 | academic counseling and support, correct? | | 03:39:21 |
| 3 | A | Correct. | 03:39:25 |
| 4 | Q | And the resources listed include the | 03:39:27 |
| 5 | University Counseling Center's Academic Services | | 03:39:29 |
| 6 | Center, right? | | 03:39:33 |
| 7 | A | Correct. | 03:39:34 |
| 8 | Q | And the very next one listed is the | 03:39:35 |
| 9 | University Office of Disability Support Services in | | 03:39:38 |
| 10 | the Marvin Center, correct? | | 03:39:42 |
| 11 | A | Correct. | 03:39:44 |
| 12 | Q | And it also points out that Dean Rhonda | 03:39:45 |
| 13 | Goldberg is available? | | 03:39:49 |
| 14 | A | Correct. | 03:39:51 |
| 15 | Q | Over on the second page down under the next | 03:40:04 |
| 16 | to the last bullet point where it speaks of Dean | | 03:40:07 |
| 17 | Rhonda Goldberg it points out where her office is and | | 03:40:12 |
| 18 | what her telephone number is, correct? | | 03:40:15 |
| 19 | A | It says her office and telephone. | 03:40:17 |
| 20 | Q | And you did know how to reach Dean | 03:40:19 |
| 21 | Goldberg, correct? | | 03:40:23 |
| 22 | A | Yes. | 03:40:24 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

163

| | | |
|---|---|---|
| 1 | Q    It goes on to advise, does it not, correct | 03:40:25 |
| 2 | me if I don't read this properly, quote:  "Dean | 03:40:27 |
| 3 | Goldberg can provide CONFIDENTIAL -- again all caps -- | 03:40:30 |
| 4 | assistance as well as referral to University resources | 03:40:34 |
| 5 | or to counselors and psychiatrists outside of the | 03:40:39 |
| 6 | University system who are willing to see medical | 03:40:42 |
| 7 | students frequently at low or sliding scale fees | 03:40:46 |
| 8 | depending on your insurance coverage." | 03:40:51 |
| 9 | Correct?  I read that correctly? | 03:40:55 |
| 10 | A    Correct. | 03:40:56 |
| 11 | Q    It goes on to state specifically as | 03:40:57 |
| 12 | follows, correct me again if I am wrong, quote:  "Dean | 03:40:59 |
| 13 | Goldberg is NOT -- all caps not, N-O-T -- involved in | 03:41:04 |
| 14 | student evaluation or the preparation of your Medical | 03:41:08 |
| 15 | Student Performance Evaluation." | 03:41:13 |
| 16 | Correct? | 03:41:15 |
| 17 | A    Correct. | 03:41:15 |
| 18 | Q    But you say you are not sure you got this | 03:41:19 |
| 19 | document, right? | 03:41:21 |
| 20 | A    No.  I don't recall receiving it. | 03:41:22 |
| 21 | Q    Do you recall there being a specific | 03:41:26 |
| 22 | discussion during Dean Goldberg's presentation about | 03:41:28 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

164

| | | |
|---|---|---|
| 1 | how important it is that students be aware of the | 03:41:31 |
| 2 | services that are available including disability | 03:41:34 |
| 3 | services? | 03:41:36 |
| 4 | A    I remember there was a focus on that if we | 03:41:37 |
| 5 | had any issues we could reach out to her. | 03:41:39 |
| 6 | Q    Now, at any time did you actually go and | 03:41:46 |
| 7 | review the DSS, the Disability Students Services, | 03:42:05 |
| 8 | web page?  At any time? | 03:42:10 |
| 9 | A    I believe that after I had told Dean | 03:42:12 |
| 10 | Haywood and Dean Goldberg about my -- what is that | 03:42:20 |
| 11 | called -- my diagnosis of ADHD I believe after that I | 03:42:26 |
| 12 | looked into contacting the University counseling, but | 03:42:30 |
| 13 | I don't recall looking into the Disability Support | 03:42:35 |
| 14 | Services.  I honestly don't remember looking for it or | 03:42:39 |
| 15 | don't remember being pointed in that direction. | 03:42:44 |
| 16 | Q    When do you say you told Dean Goldberg that | 03:42:47 |
| 17 | you had a diagnosis of ADHD? | 03:42:51 |
| 18 | A    I told both Dean Goldberg and Dean Yolanda | 03:42:54 |
| 19 | Haywood I believe in October 2012. | 03:42:59 |
| 20 | Q    What date? | 03:43:07 |
| 21 | A    It was early October.  I want to say the | 03:43:08 |
| 22 | 3rd or 5th.  I can't remember the date off the top of | 03:43:11 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

165

1    my head.                                                03:43:14

2         Q    Were they both together at the same time?    03:43:14

3              Tell me about that.                           03:43:15

4         A    They were both together.                     03:43:16

5         Q    Where was the meeting?                        03:43:17

6         A    I believe the meeting was in Dean            03:43:24

7    Goldberg's office.                                      03:43:30

8         Q    All right.  We will come back to that in a   03:43:31

9    moment.                                                 03:43:34

10             But as you sit here today you are not         03:43:44

11   certain you ever looked at the Disability Support      03:43:46

12   Services?                                               03:43:50

13        A    No.                                           03:43:50

14             I just remember looking at the University    03:43:50

15   Counseling Service.  I remember she gave me that       03:43:53

16   number.  And I remember her commenting that the        03:43:56

17   number, you know -- I remember Dean Haywood commented  03:43:59

18   that, oh, you have that number off the top of your     03:44:04

19   head and I made a comment that, yeah, only the last    03:44:06

20   four digits are different.                             03:44:08

21        Q    So at some point you were given the          03:44:10

22   telephone contact number for the Student Counseling    03:44:13

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

166

| | | |
|---|---|---|
| 1 | Services? | 03:44:16 |
| 2 | A    Yes. | 03:44:16 |
| 3 | Q    We will catch-up with that. | 03:44:18 |
| 4 | | 03:44:21 |
| 5 | MR. McCONNELL:  Next number. | 03:44:26 |
| 6 | (Chenari Exhibit 11 was marked for | 03:44:26 |
| 7 | identification and is attached to the deposition | 03:44:26 |
| 8 | transcript.) | 03:44:43 |
| 9 | BY MR. McCONNELL: | 03:44:43 |
| 10 | Q    We have marked as Exhibit Number 11 a | 03:44:49 |
| 11 | document entitled Disability Support Services | 03:44:51 |
| 12 | Registration Packet. | 03:44:58 |
| 13 | MR. BACH:  Just a clarification. | 03:44:58 |
| 14 | Was there a 10-B as well or just a 10-A? | 03:44:59 |
| 15 | MR. McCONNELL:  There was 10 and 10-A. | 03:45:04 |
| 16 | MR. BACH:  There was 10 and 10-A. | 03:45:14 |
| 17 | MR. McCONNELL:  10-A was the actual plastic | 03:45:14 |
| 18 | coating. | 03:45:14 |
| 19 | MR. BACH:  Okay.  I got you.  Okay. | 03:45:14 |
| 20 | BY MR. McCONNELL: | 03:45:14 |
| 21 | Q    Exhibit Number 11 is a document entitled | 03:45:40 |
| 22 | Disability Support Services Registration Packet. | 03:45:43 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

167

| | | | |
|---|---|---|---|
| 1 | | Have you ever seen this document before? | 03:45:47 |
| 2 | A | I have never seen this document before. | 03:45:49 |
| 3 | Q | Did you ever fill such a document out at | 03:45:51 |
| 4 | any time? | | 03:45:53 |
| 5 | A | No. | 03:45:54 |
| 6 | Q | Did you ever go to the Disability Support | 03:45:54 |
| 7 | Services office at any time? | | 03:45:57 |
| 8 | A | No. | 03:45:58 |
| 9 | | Do you mind if I take a two minute recess? | 03:47:03 |
| 10 | Q | No.  Fine.  Let's do that. | 03:47:06 |
| 11 | | THE VIDEOGRAPHER:  We are going off the | 03:47:07 |
| 12 | record.  The time is 3:47. | | 03:47:08 |
| 13 | | (Recess.) | 03:47:11 |
| 14 | | THE VIDEOGRAPHER:  We are going back on the | 03:58:35 |
| 15 | record.  The time is 3:58. | | 03:58:45 |
| 16 | | MR. McCONNELL:  Let's have the Court | 03:58:57 |
| 17 | Reporter mark this as the next exhibit. | | 03:58:59 |
| 18 | | (Chenari Exhibit 12 was marked for | 03:59:01 |
| 19 | identification and is attached to the deposition | | 03:59:01 |
| 20 | transcript.) | | 03:59:17 |
| 21 | BY MR. McCONNELL: | | 03:59:17 |
| 22 | Q | Mr. Chenari, you have before you what we | 03:59:18 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

168

| | | |
|---|---|---|
| 1 | have marked as Deposition Exhibit Number 12.  It is a | 03:59:20 |
| 2 | document at the top styled Policy on GW SMHS, School | 03:59:23 |
| 3 | of Medicine and Health Sciences. | 03:59:30 |
| 4 | Do you believe that that would be a correct | 03:59:33 |
| 5 | interpretation of the SMHS? | 03:59:36 |
| 6 | A    That is the acronym. | 03:59:38 |
| 7 | Q    SMHS M.D. Program.  This is technical | 03:59:39 |
| 8 | standards, correct? | 03:59:42 |
| 9 | A    Correct. | 03:59:44 |
| 10 | Q    You were given access to this policy as an | 03:59:46 |
| 11 | entering medical student, correct? | 03:59:49 |
| 12 | A    I remember receiving an older version of | 03:59:52 |
| 13 | this document or a variation of this document I | 03:59:55 |
| 14 | received.  Yes. | 04:00:00 |
| 15 | Q    I will represent to you that we have been | 04:00:01 |
| 16 | advised that this is the form in which this document | 04:00:03 |
| 17 | was available and promulgated when you were a medical | 04:00:06 |
| 18 | student at GW. | 04:00:10 |
| 19 | This Policy Statement notes that the | 04:00:13 |
| 20 | technical standards for this program relate to matters | 04:00:23 |
| 21 | of policy as set forth in the very first paragraph of | 04:00:28 |
| 22 | the document Policy Statement, correct? | 04:00:31 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

169

1       A     Correct.                                    04:00:33

2       Q     And it states that:  It is essential for    04:00:39

3   all medical graduates to have the knowledge and skill 04:00:43

4   to function in a variety of clinical situations and to 04:00:45

5   provide a wide spectrum of patient care as required by 04:00:50

6   the curriculum.                                        04:00:53

7             Correct?                                     04:00:55

8       A     Correct.                                     04:00:55

9       Q     And it further states that, quote:  "In     04:00:57

10  order for students to be able to master a common body  04:01:00

11  of basic science and knowledge and master the          04:01:04

12  principles, knowledge, and procedures of the major     04:01:07

13  required clinical specialty clerkships, it requires    04:01:11

14  that each student independently demonstrate specific   04:01:15

15  capabilities and abilities."  Close quote.             04:01:20

16            Correct?                                     04:01:25

17      A     Correct.                                     04:01:26

18      Q     And under the next paragraph which is        04:01:28

19  entitled Reason for Policy/Purpose it says the reason  04:01:31

20  for this policy is, quote, "to provide current GW SMHS  04:01:37

21  M.D. applicants and students with expectations of      04:01:43

22  sufficient capabilities and abilities required for the 04:01:48

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

170

| | | |
|---|---|---|
| 1 | program." | 04:01:53 |
| 2 | Correct? | 04:01:53 |
| 3 | A    Correct. | 04:01:54 |
| 4 | Q    And it says under the next paragraph who | 04:01:54 |
| 5 | needs to know this policy.  It lists current students, | 04:01:57 |
| 6 | staff and faculty as well as prospective applicants, | 04:02:02 |
| 7 | correct? | 04:02:06 |
| 8 | A    Correct. | 04:02:06 |
| 9 | Q    Over on the next page after outlining | 04:02:19 |
| 10 | various large categories of skills and abilities | 04:02:30 |
| 11 | necessary to successfully complete the M.D. program | 04:02:36 |
| 12 | right at the bottom of that list of abilities is the | 04:02:41 |
| 13 | following statement.  Correct me if I don't read it | 04:02:46 |
| 14 | appropriately.  Quote:  "Reasonable accommodations | 04:02:50 |
| 15 | will be made for applicants with disabilities who can | 04:02:55 |
| 16 | meet the requirements noted above."  Close quote. | 04:02:59 |
| 17 | "These accommodations must be accomplished without | 04:03:05 |
| 18 | altering the essential requirements of our medical | 04:03:08 |
| 19 | education."  Close quote. | 04:03:11 |
| 20 | Correct? | 04:03:14 |
| 21 | A    Correct. | 04:03:15 |
| 22 | Q    This policy was available to you as a | 04:03:16 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

171

| | | |
|---|---|---|
| 1 | student and as a student you were obligated to be | 04:03:19 |
| 2 | aware of it, were you not? | 04:03:22 |
| 3 | A   I remember seeing a variation of this | 04:03:24 |
| 4 | document. | 04:03:25 |
| 5 | Q   And you were obligated to be aware of it, | 04:03:26 |
| 6 | were you not? | 04:03:28 |
| 7 | A   I mean this described basically what we | 04:03:29 |
| 8 | needed for the clerkships. | 04:03:32 |
| 9 | Q   So you were advised as a medical student | 04:03:43 |
| 10 | that reasonable accommodations would be made for those | 04:03:46 |
| 11 | students who had a disability of any kind provided | 04:03:49 |
| 12 | that the accommodation was consistent with performance | 04:03:54 |
| 13 | of the abilities and capabilities necessary to become | 04:03:58 |
| 14 | a physician.  True? | 04:04:02 |
| 15 | A   I don't recall looking over that paragraph. | 04:04:04 |
| 16 | I do recall seeing this document, but I | 04:04:08 |
| 17 | don't recall looking at that paragraph. | 04:04:11 |
| 18 | Q   So you don't believe you read a policy that | 04:04:13 |
| 19 | on its face states in bold type the third headline | 04:04:16 |
| 20 | down Who Needs?  Who Needs to Know This Policy, you | 04:04:22 |
| 21 | don't think you read this policy? | 04:04:26 |
| 22 | A   I believe I looked through it.  Yes.  But I | 04:04:27 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

172

1    don't recall that section.                          04:04:29

2           MR. McCONNELL:  Let's mark this as Exhibit   04:04:31

3    Number 13.                                          04:04:37

4           (Chenari Exhibit 13 was marked for           04:04:38

5    identification and is attached to the deposition    04:04:38

6    transcript.)                                        04:04:39

7    BY MR. McCONNELL:                                   04:04:39

8           Q    The Court Reporter has marked and placed 04:04:56

9    before you a document off the University website    04:04:58

10   Disability Support Services, correct?               04:05:03

11          A    Correct.                                04:05:09

12          Q    Have I described the document correctly? 04:05:10

13          A    Yes.  That is what it says.             04:05:12

14          Q    Let me represent to you again that we will 04:05:13

15   be able to establish that this is the information that 04:05:15

16   was up on the web at the time you were at GW as a   04:05:18

17   medical student.                                    04:05:22

18          Did you ever at any time go onto the         04:05:26

19   University's website and access this document?      04:05:29

20          A    No.                                     04:05:36

21          Q    This document is under Disability Support 04:05:37

22   Services.  It is named as, quote, "Guidelines for   04:05:46

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

173

| | | |
|---|---|---|
| 1 | Documentation of Attention-Deficit Hyperactivity | 04:05:49 |
| 2 | Disorders." | 04:05:54 |
| 3 | Correct? | 04:05:55 |
| 4 | A    That is the title. | 04:05:56 |
| 5 | Q    So right on the University's website, which | 04:05:57 |
| 6 | was available at all times 24/7 to you as a student, | 04:06:01 |
| 7 | correct? | 04:06:05 |
| 8 | A    I don't recall this being on the home page. | 04:06:06 |
| 9 | Q    Different question. | 04:06:08 |
| 10 | Was the University's website available to | 04:06:09 |
| 11 | you electronically 24/7 as a medical student? | 04:06:14 |
| 12 | A    Yes. | 04:06:14 |
| 13 | Q    For anything you wanted to look at, | 04:06:15 |
| 14 | correct? | 04:06:18 |
| 15 | A    Correct. | 04:06:18 |
| 16 | Q    And you were told during the orientation | 04:06:19 |
| 17 | sessions that information about any services that | 04:06:21 |
| 18 | students might need could be accessed through the | 04:06:26 |
| 19 | website at any time.  True? | 04:06:28 |
| 20 | A    In general. | 04:06:34 |
| 21 | Q    Let me ask you this. | 04:06:36 |
| 22 | As a student who is now an adult, finished | 04:06:37 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

174

| | | |
|---|---|---|
| 1 | an undergraduate program in engineering, finished a | 04:06:41 |
| 2 | Master's program at Georgetown, and has now embarked | 04:06:45 |
| 3 | on education to become a physician, did you feel you | 04:06:49 |
| 4 | had a certain level of expected ability and competency | 04:06:53 |
| 5 | to be able to navigate websites and find out | 04:07:00 |
| 6 | information that might be important to you personally | 04:07:03 |
| 7 | as a student? | 04:07:05 |
| 8 | A    I am able to navigate websites, but I don't | 04:07:07 |
| 9 | recall being directed to this website. | 04:07:10 |
| 10 | Q    This document as we have noted is | 04:07:15 |
| 11 | Guidelines for Documentation of ADHD and goes on to | 04:07:18 |
| 12 | state quite specifically what students who think they | 04:07:22 |
| 13 | have got that condition need to do, doesn't it? | 04:07:26 |
| 14 | A    That is briefly looking over the sheet that | 04:07:28 |
| 15 | is what it says. | 04:07:30 |
| 16 | Q    And what it tells anybody who bothers to go | 04:07:31 |
| 17 | to the website who has this condition and who thinks | 04:07:34 |
| 18 | they may need accommodation -- let me ask you this. | 04:07:36 |
| 19 | Is it your understanding that everybody | 04:07:39 |
| 20 | with ADHD needs accommodation? | 04:07:41 |
| 21 | MR. BACH:  Objection.  Calls for | 04:07:44 |
| 22 | speculation. | 04:07:47 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

175

| | | |
|---|---|---|
| 1 | BY MR. McCONNELL: | 04:07:47 |
| 2 | Q    Or do you know? | 04:07:48 |
| 3 | MR. BACH:  Object to the form of the | 04:07:49 |
| 4 | question. | 04:07:49 |
| 5 | THE WITNESS:  Can you repeat the question? | 04:07:49 |
| 6 | BY MR. McCONNELL: | 04:07:55 |
| 7 | Q    Do you know whether everybody with ADHD who | 04:07:55 |
| 8 | is in medical school actually needs an accommodation | 04:07:55 |
| 9 | of some kind? | 04:07:56 |
| 10 | MR. BACH:  Object to the form of the | 04:07:58 |
| 11 | question. | 04:07:59 |
| 12 | THE WITNESS:  My understanding is that, you | 04:08:00 |
| 13 | know, ADHD is a disability and, you know, as a student | 04:08:03 |
| 14 | with a disability we should be directed towards | 04:08:09 |
| 15 | resources like this. | 04:08:13 |
| 16 | I don't recall at any point when I had | 04:08:15 |
| 17 | informed Dean Goldberg or Dean Yolanda Haywood about | 04:08:17 |
| 18 | my diagnosis that they had directed me to this. | 04:08:21 |
| 19 | BY MR. McCONNELL: | 04:08:24 |
| 20 | Q    Let me ask you this. | 04:08:24 |
| 21 | Aren't there students with ADHD who don't | 04:08:26 |
| 22 | require any accommodation at all who function | 04:08:30 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

176

| | | |
|---|---|---|
| 1 | perfectly well even in medical school without | 04:08:32 |
| 2 | accommodation? | 04:08:35 |
| 3 | A    I can't speak for my other classmates. | 04:08:38 |
| 4 | Q    Or do you know? | 04:08:40 |
| 5 | You just don't know? | 04:08:41 |
| 6 | A    I just don't know. | 04:08:42 |
| 7 | Q    All right. | 04:08:44 |
| 8 | In any event up on the website, the | 04:08:44 |
| 9 | University's website, were specific instructions on | 04:08:46 |
| 10 | how to go about accessing the accommodation program | 04:08:53 |
| 11 | for students with ADHD who wanted to request | 04:08:57 |
| 12 | accommodation, correct? | 04:09:02 |
| 13 | A    This describes how to, but if I don't know | 04:09:07 |
| 14 | how to access this website how can I be -- how can I? | 04:09:11 |
| 15 | I was never directed to this website by any of the | 04:09:16 |
| 16 | Deans when I had told them.  I mean how can I?  I | 04:09:19 |
| 17 | didn't have any way to know this was available. | 04:09:22 |
| 18 | Q    You didn't? | 04:09:25 |
| 19 | A    I did not know. | 04:09:26 |
| 20 | Q    You didn't. | 04:09:26 |
| 21 | Did you bother to go look at the website | 04:09:27 |
| 22 | and see what might be available for me if I have got | 04:09:29 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

177

| | | |
|---|---|---|
| 1 | ADHD and I think maybe this is hampering my ability to | 04:09:32 |
| 2 | concentrate, you know, is there a program here at the | 04:09:36 |
| 3 | University maybe that would help me with this issue? | 04:09:40 |
| 4 | It never occurred to you to go look at the | 04:09:42 |
| 5 | website? | 04:09:46 |
| 6 | A    I mean honestly at that time I had no clue. | 04:09:46 |
| 7 | Q    As a student in medical school with what | 04:10:00 |
| 8 | you think may have been a learning disability that was | 04:10:04 |
| 9 | causing you some difficulty in keeping up with the | 04:10:08 |
| 10 | curriculum and your peers you had no clue that there | 04:10:13 |
| 11 | might be programs available for you through the | 04:10:21 |
| 12 | University that could be found on its website that | 04:10:24 |
| 13 | would help you?  You had no clue? | 04:10:29 |
| 14 | A    I mean honestly the way I felt was that at | 04:10:31 |
| 15 | GW we had kind of a culture to not seek -- I guess the | 04:10:34 |
| 16 | feel that I got with that recognizing a disability | 04:10:42 |
| 17 | would hamper licensure and other issues.  That was a | 04:10:50 |
| 18 | theme and a culture that I honestly felt. | 04:10:53 |
| 19 | I had -- you know, when I noticed that this | 04:10:57 |
| 20 | was a significant issue that was impacting my medical | 04:11:00 |
| 21 | education I saw my physician and then I made the | 04:11:04 |
| 22 | appropriate effort to see the Deans, Dean Goldberg and | 04:11:08 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

178

| | | |
|---|---|---|
| 1 | Dean Yolanda Haywood, who according to your other | 04:11:13 |
| 2 | record, this other sheet over here, should have | 04:11:17 |
| 3 | directed me and they did not, they failed me in that | 04:11:19 |
| 4 | regard. | 04:11:22 |
| 5 | Q    When your doctor told you to seek therapy | 04:11:24 |
| 6 | did you follow that instruction? | 04:11:27 |
| 7 | A    When my doctor told me to seek therapy. | 04:11:31 |
| 8 | I don't believe I did.  I remember being | 04:11:38 |
| 9 | apprehensive because of the issues I described | 04:11:42 |
| 10 | earlier. | 04:11:44 |
| 11 | Q    So out of your own apprehension you didn't | 04:11:45 |
| 12 | go follow-up on Dr. Durr's advice to seek out therapy? | 04:11:47 |
| 13 | A    I did not seek out therapy external to him. | 04:11:51 |
| 14 | I continued to see him as my practitioner. | 04:11:54 |
| 15 | Q    We are getting a little ahead of where we | 04:11:58 |
| 16 | will go in a moment.  But in your meeting with Dean | 04:12:01 |
| 17 | Goldberg she did advise you to seek therapy, didn't | 04:12:06 |
| 18 | she? | 04:12:09 |
| 19 | A    She advised me to seek the University | 04:12:09 |
| 20 | Counseling Center for the anxiety and depression.  She | 04:12:11 |
| 21 | did not address my ADHD that I had told both her and | 04:12:14 |
| 22 | Dean Haywood. | 04:12:18 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

179

| | | |
|---|---|---|
| 1 | Q    Did you go to the University Counseling | 04:12:19 |
| 2 | Center? | 04:12:22 |
| 3 | A    I remember calling the number and looking | 04:12:22 |
| 4 | into making appointments and I think the reason why I | 04:12:24 |
| 5 | didn't follow-up with it is because I think to make an | 04:12:27 |
| 6 | appointment you had to schedule it way in advance and | 04:12:30 |
| 7 | there was an issue with having to do an evaluation | 04:12:33 |
| 8 | before they would actually see you.  And just with my | 04:12:37 |
| 9 | surgery clerkship that I was embarking on about a | 04:12:41 |
| 10 | week-and-a-half or two weeks after that meeting there | 04:12:45 |
| 11 | was just no time.  I mean if you tried to make any | 04:12:48 |
| 12 | accommodation in the clinical rotations, you know, it | 04:12:51 |
| 13 | is difficult. | 04:12:58 |
| 14 | Q    Difficult -- I don't want to cut you off. | 04:13:01 |
| 15 | A    I just think it is difficult, yeah, to take | 04:13:01 |
| 16 | time to seek these services. | 04:13:04 |
| 17 | I mean I tried my best throughout school to | 04:13:06 |
| 18 | go see my doctor and that was difficult in and of | 04:13:08 |
| 19 | itself to take time, especially with our high course | 04:13:11 |
| 20 | load. | 04:13:15 |
| 21 | Q    You were told by Dean Goldberg to go to the | 04:13:15 |
| 22 | Counseling Center? | 04:13:21 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

180

| | | |
|---|---|---|
| 1 | A    To call the Counseling Center. | 04:13:23 |
| 2 | Q    To call the Counseling Center to follow-up | 04:13:25 |
| 3 | for counseling and you did you not do that, correct? | 04:13:28 |
| 4 | A    I had attempted to schedule, but because of | 04:13:31 |
| 5 | the timeline and the fact that I had to do some type | 04:13:33 |
| 6 | of assessment thing there just was no time with my | 04:13:37 |
| 7 | rotation, with my clinical rotation. | 04:13:40 |
| 8 | Q    So you just couldn't find a time to follow | 04:13:44 |
| 9 | through with Dean Goldberg's advice to you to contact | 04:13:48 |
| 10 | and follow-up with the Counseling Center, correct? | 04:13:53 |
| 11 | It just wouldn't fit into your schedule? | 04:13:56 |
| 12 | A    I mean there was no way to make time | 04:14:00 |
| 13 | available. | 04:14:03 |
| 14 | Q    Okay. | 04:14:03 |
| 15 | The document that was available online had | 04:14:15 |
| 16 | you accessed it under Disability Support Services | 04:14:20 |
| 17 | Guideline for ADHD lists the documentation that has to | 04:14:25 |
| 18 | be provided in order to follow through with a request | 04:14:29 |
| 19 | of any kind for accommodation, correct? | 04:14:32 |
| 20 | A    I mean honestly unless you read through it. | 04:14:36 |
| 21 | Let's see. | 04:14:42 |
| 22 | Q    Well, let's see what the document says. | 04:14:46 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

181

| | | |
|---|---|---|
| 1 | A    Where does it say to call?  Where does it | 04:14:47 |
| 2 | say who to meet with?  And where does it say where to | 04:14:50 |
| 3 | go?  It just says where the Disability Service is at. | 04:14:53 |
| 4 | Q    Disability Support Services up near the | 04:14:56 |
| 5 | top of the page does it say Rome Hall, Suite 102, | 04:14:56 |
| 6 | 801 22nd Street? | 04:14:56 |
| 7 | A    It says that.  But in the body where it | 04:15:02 |
| 8 | describes it -- | 04:15:04 |
| 9 | Q    Is it hard to find?  You couldn't read that | 04:15:04 |
| 10 | part of it do you think? | 04:15:06 |
| 11 | A    If I had seen it I would be able to see | 04:15:07 |
| 12 | that.  But that I just, you know. | 04:15:09 |
| 13 | Q    So the document does tell you what needs to | 04:15:13 |
| 14 | be done in order to establish eligibility for | 04:15:15 |
| 15 | consideration under the accommodation program, | 04:15:21 |
| 16 | correct? | 04:15:21 |
| 17 | The first is there needs to be a diagnostic | 04:15:23 |
| 18 | interview, correct? | 04:15:26 |
| 19 | A    Yes.  There needs to be a diagnostic | 04:15:28 |
| 20 | interview. | 04:15:30 |
| 21 | Q    And then second it outlines what that | 04:15:31 |
| 22 | diagnostic outline has to cover, correct? | 04:15:36 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

182

1     A    Correct.                                          04:15:39

2     Q    Then second it notes there must be a formal       04:15:39

3  diagnosis based on an appropriate comprehensive           04:15:43

4  review, correct?                                          04:15:48

5     A    Correct.                                          04:15:48

6     Q    And it specifically lists domains that need       04:15:54

7  to be addressed, including aptitude, academic             04:15:57

8  achievement and information processing, correct?          04:16:02

9     A    Correct.                                          04:16:04

10    Q    There also needs to be as another element         04:16:06

11 of the evaluation test scores reported?                   04:16:10

12    A    That is what it says.  Correct.                   04:16:15

13    Q    And it also would require a diagnostician         04:16:21

14 to make an appropriate diagnosis, correct?                04:16:29

15    A    That is what it says.  Correct.                   04:16:33

16    Q    All of this, by the way, would also take          04:16:34

17 quite a bit of time don't you think?                      04:16:38

18    A    Yes.                                              04:16:40

19    Q    It is probably not likely something that is       04:16:40

20 going to fit into the schedule if you couldn't get        04:16:42

21 into the Counseling Center, not likely all of these       04:16:44

22 steps are going to be taken as well.  True?               04:16:47

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

183

| | | |
|---|---|---|
| 1 | MR. BACH:  Object to the form of the | 04:16:49 |
| 2 | question. | 04:16:51 |
| 3 | BY MR. McCONNELL: | 04:16:51 |
| 4 | Q    True? | 04:16:51 |
| 5 | A    Yeah. | 04:16:52 |
| 6 | I mean, as I said previously, seeking time | 04:16:52 |
| 7 | off for personal reasons in medical school is very | 04:16:57 |
| 8 | difficult. | 04:17:00 |
| 9 | Q    Well, it is unlikely even if you had found | 04:17:02 |
| 10 | your way to this page that all of these things would | 04:17:04 |
| 11 | have been fit into your schedule.  True? | 04:17:08 |
| 12 | A    I mean if Dean Goldberg had, you know, | 04:17:10 |
| 13 | directed me to this website and given me time to | 04:17:12 |
| 14 | excuse me from some of my clinical duties, you know, | 04:17:15 |
| 15 | if she had done her due diligence to actually help me | 04:17:19 |
| 16 | out, I assume that I would have been able to seek | 04:17:23 |
| 17 | appropriate accommodations or at least make the effort | 04:17:25 |
| 18 | to be able to access them. | 04:17:29 |
| 19 | Q    Do you think the people at the Counseling | 04:17:31 |
| 20 | Center have some expertise in evaluating whether | 04:17:35 |
| 21 | students referred to them fall within categories that | 04:17:38 |
| 22 | should be referred on to other specific services such | 04:17:42 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

184

| | | |
|---|---|---|
| 1 | as Disability Support Services? | 04:17:45 |
| 2 | Do you think that is one of the functions | 04:17:48 |
| 3 | that the people at the Counseling Center might | 04:17:49 |
| 4 | perform? | 04:17:52 |
| 5 | MR. BACH:  Objection.  Calls for | 04:17:52 |
| 6 | speculation. | 04:17:54 |
| 7 | THE WITNESS:  I assume that would be one of | 04:17:54 |
| 8 | their functions, but I would have to be directed to | 04:17:55 |
| 9 | them first, referred to them first, which I was not. | 04:17:58 |
| 10 | BY MR. McCONNELL: | 04:18:01 |
| 11 | Q    Well, didn't Dean Goldberg tell you to go | 04:18:01 |
| 12 | contact the Counseling Center? | 04:18:03 |
| 13 | A    Sorry.  I am thinking about the Disability | 04:18:03 |
| 14 | Support Services. | 04:18:06 |
| 15 | The Counseling -- sorry -- I don't know.  I | 04:18:07 |
| 16 | honestly can't speculate on that. | 04:18:11 |
| 17 | Q    In any event at any time had you had all of | 04:18:22 |
| 18 | these steps worked up for you by anybody?  Has that | 04:18:27 |
| 19 | ever been done? | 04:18:30 |
| 20 | MR. BACH:  Object to the form of the | 04:18:32 |
| 21 | question. | 04:18:34 |
| 22 | MR. McCONNELL:  What is with the form? | 04:18:35 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

185

| | | |
|---|---|---|
| 1 | MR. BACH:  I don't understand what you are | 04:18:37 |
| 2 | asking him basically. | 04:18:39 |
| 3 | MR. McCONNELL:  Okay. | 04:18:40 |
| 4 | BY MR. McCONNELL: | 04:18:40 |
| 5 | Q    What I am asking you, Mr. Chenari, is to | 04:18:40 |
| 6 | your knowledge have you had ever this type of a | 04:18:43 |
| 7 | work-up done at any time? | 04:18:46 |
| 8 | A    No.  I just had my interaction with my | 04:18:49 |
| 9 | physician when he diagnosed me. | 04:18:53 |
| 10 | Q    As far as you know Dr. Durr never followed | 04:18:55 |
| 11 | this process, did he? | 04:19:00 |
| 12 | A    I mean I don't even know if this is a | 04:19:01 |
| 13 | clinical guideline process.  It is just what GW has | 04:19:04 |
| 14 | written. | 04:19:08 |
| 15 | Q    But according to this at GW in order to | 04:19:09 |
| 16 | fall within the accommodation program this is what | 04:19:13 |
| 17 | needs to be accomplished to establish an appropriate | 04:19:16 |
| 18 | diagnosis and become eligible for a possible | 04:19:22 |
| 19 | accommodation, correct? | 04:19:26 |
| 20 | A    I wouldn't know.  I wouldn't refer to it. | 04:19:27 |
| 21 | MR. McCONNELL:  Next exhibit please. | 04:20:01 |
| 22 | (Chenari Exhibit 14 was marked for | 04:20:03 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

186

| | | |
|---|---|---|
| 1 | identification and is attached to the deposition | 04:20:03 |
| 2 | transcript.) | 04:20:13 |
| 3 | BY MR. McCONNELL: | 04:20:13 |
| 4 | Q    We have had marked as Exhibit Number 14 a | 04:20:32 |
| 5 | document styled Class of 2014 First Year Survival | 04:20:34 |
| 6 | Guide, The George Washington University School of | 04:20:39 |
| 7 | Medicine and Health Sciences, Washington, D.C., | 04:20:42 |
| 8 | correct? | 04:20:45 |
| 9 | A    Correct. | 04:20:45 |
| 10 | Q    And you matriculated with the class of | 04:20:45 |
| 11 | 2014, correct? | 04:20:49 |
| 12 | A    Correct. | 04:20:51 |
| 13 | Q    So this would be you, correct? | 04:20:51 |
| 14 | A    This would be my class year.  Yes. | 04:20:53 |
| 15 | Q    Did you get this and read it? | 04:20:56 |
| 16 | A    I believe I had received this in | 04:20:58 |
| 17 | orientation. | 04:21:00 |
| 18 | Q    Did you read it? | 04:21:01 |
| 19 | A    I believe looking through it. | 04:21:02 |
| 20 | Q    Excuse me? | 04:21:04 |
| 21 | A    I believe I looked through it. | 04:21:05 |
| 22 | Q    Did you think it was important that being | 04:21:08 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

187

| | |
|---|---|
| 1 | responsible on your own behalf to read documents that | 04:21:13 |
| 2 | were important to you as a medical student entering | 04:21:18 |
| 3 | medical school for the first time? | 04:21:21 |
| 4 | A    I mean this document if you look at the | 04:21:23 |
| 5 | Index is easily over 131 pages.  You know, this is | 04:21:25 |
| 6 | just one page of this document. | 04:21:29 |
| 7 | And in addition at the time, you know, I | 04:21:32 |
| 8 | didn't know about the disability that I had and I had | 04:21:34 |
| 9 | not received a diagnosis from my physician.  I didn't | 04:21:37 |
| 10 | know if it applied to me. | 04:21:40 |
| 11 | You know, when you are provided so many | 04:21:44 |
| 12 | documentation it is hard to, you know, recognize one | 04:21:47 |
| 13 | page out of the lot. | 04:21:51 |
| 14 | Q    Just too much to read? | 04:21:53 |
| 15 | By the way, do you know when you received | 04:21:57 |
| 16 | this? | 04:22:00 |
| 17 | A    I believe I received this as part of an | 04:22:01 |
| 18 | orientation packet. | 04:22:05 |
| 19 | Q    And that packet came to you by mail in | 04:22:06 |
| 20 | advance of your actual arrival at the GW campus, did | 04:22:09 |
| 21 | it not? | 04:22:12 |
| 22 | A    I really don't remember when I received it | 04:22:12 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

188

| | | |
|---|---|---|
| 1 | either by mail or on the first day of orientation.  I | 04:22:15 |
| 2 | don't recall. | 04:22:18 |
| 3 | Q    Let me suggest to you that this document is | 04:22:18 |
| 4 | actually mailed out to students -- | 04:22:20 |
| 5 | A    Okay. | 04:22:22 |
| 6 | Q    -- entering medical school before they ever | 04:22:22 |
| 7 | get to the campus. | 04:22:25 |
| 8 | A    Okay. | 04:22:26 |
| 9 | Q    If you had received such a document would | 04:22:26 |
| 10 | you have at least taken the time to have looked | 04:22:29 |
| 11 | through the Table of Contents and flipped through it | 04:22:33 |
| 12 | to see generally what is in the document? | 04:22:36 |
| 13 | A    I mean I remember looking through this | 04:22:41 |
| 14 | document and looking specifically at the section on | 04:22:42 |
| 15 | academic advice. | 04:22:46 |
| 16 | Q    The document does say for anybody who at | 04:22:48 |
| 17 | any point -- by the way, once you got it did you keep | 04:22:52 |
| 18 | a document like this? | 04:22:55 |
| 19 | It says First Year Survival Guide.  It | 04:22:56 |
| 20 | sounds like things might come up over the academic | 04:22:59 |
| 21 | year that would be worth having this document around. | 04:23:02 |
| 22 | Did you keep it during your first year? | 04:23:05 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

189

| | | |
|---|---|---|
| 1 | A    I mean with my pile of papers and all the | 04:23:05 |
| 2 | papers that we received I don't know where I put it. | 04:23:08 |
| 3 | Q    All right. | 04:23:12 |
| 4 | But if again you had taken this document | 04:23:13 |
| 5 | you would agree, would you not, that students were | 04:23:15 |
| 6 | advised at page 23 of the document, the last entry on | 04:23:18 |
| 7 | that page, that there is an Office of Disability | 04:23:23 |
| 8 | Support Services which is described as follows, quote: | 04:23:35 |
| 9 | "Students who suspect that they may have a disability, | 04:23:38 |
| 10 | which may require an accommodation, should contact the | 04:23:42 |
| 11 | Office of Disability Support Services at (202) | 04:23:46 |
| 12 | 994-8250." | 04:23:46 |
| 13 | Correct? | 04:23:54 |
| 14 | A    That is what it says.  Correct. | 04:23:55 |
| 15 | Q    Again it is probably a document you never | 04:23:59 |
| 16 | got that far into because it is page 23. | 04:24:02 |
| 17 | A    I remember skimming through it and looking | 04:24:05 |
| 18 | at the academic advice section.  At the time I didn't | 04:24:07 |
| 19 | -- you know, I can't diagnose a disability.  I didn't | 04:24:12 |
| 20 | know I had one.  Once I did and once I let you guys | 04:24:15 |
| 21 | know or let the Deans know they didn't direct me back | 04:24:20 |
| 22 | to this document. | 04:24:23 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

190

| | | |
|---|---|---|
| 1 | Q    Let me ask you this. | 04:24:42 |
| 2 | As an engineering student for four years at | 04:24:46 |
| 3 | GW had you taken bubble in exams? | 04:24:49 |
| 4 | A    For the most part I believe our engineering | 04:24:56 |
| 5 | exams were mostly free response. | 04:24:59 |
| 6 | Q    Free response? | 04:25:03 |
| 7 | A    Yes. | 04:25:05 |
| 8 | Q    How about when you applied to college did | 04:25:05 |
| 9 | you take a bubble in exam? | 04:25:08 |
| 10 | A    Uh-huh. | 04:25:10 |
| 11 | I remember the SAT with bubble in. | 04:25:11 |
| 12 | Q    That is a timed exam, right? | 04:25:13 |
| 13 | A    Yes. | 04:25:16 |
| 14 | Q    And when you take that timed exam there are | 04:25:16 |
| 15 | instructions given on how that exam is going to be | 04:25:19 |
| 16 | done, right? | 04:25:22 |
| 17 | A    Yes.  They often say something at the | 04:25:22 |
| 18 | beginning. | 04:25:25 |
| 19 | Q    And they tell you this is a timed exam, we | 04:25:25 |
| 20 | are going to start at this time, we end at this time, | 04:25:28 |
| 21 | when the exam ends pencils down, answer sheet closed, | 04:25:31 |
| 22 | books closed, we are done, right? | 04:25:35 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

191

| | | |
|---|---|---|
| 1 | That is a standard instruction for a timed | 04:25:36 |
| 2 | exam? | 04:25:38 |
| 3 | A    The instruction is always that we don't | 04:25:38 |
| 4 | have any more time to continue -- | 04:25:41 |
| 5 | Q    That is right. | 04:25:41 |
| 6 | A    -- to answer any more questions. | 04:25:44 |
| 7 | Q    But when time is called that is the end of | 04:25:45 |
| 8 | the exam, right, including bubbling in, you don't get | 04:25:47 |
| 9 | to bubble in after the time is called? | 04:25:50 |
| 10 | A    I mean I don't recall that. | 04:25:53 |
| 11 | Q    You don't?  You don't ever recall being | 04:25:54 |
| 12 | told when a timed exam ends and it is a bubble in exam | 04:25:55 |
| 13 | that you may not bubble in any further? | 04:25:59 |
| 14 | You are under oath here today.  You are | 04:26:01 |
| 15 | telling me you were never told that?  Please.  Right? | 04:26:03 |
| 16 | A    What I recall is that -- | 04:26:05 |
| 17 | Q    Different question. | 04:26:08 |
| 18 | A    -- we weren't allowed to answer any more | 04:26:10 |
| 19 | questions. | 04:26:11 |
| 20 | Q    Are you telling me under oath today that | 04:26:11 |
| 21 | you were never told that in any timed exam with a | 04:26:13 |
| 22 | bubble in answer sheet you were never told that when | 04:26:17 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

192

| | | |
|---|---|---|
| 1 | time is called that also means you may not bubble in | 04:26:20 |
| 2 | any answers any further? | 04:26:23 |
| 3 | Under oath is that your testimony? | 04:26:24 |
| 4 | A    I honestly don't recall the instructions I | 04:26:26 |
| 5 | received at the SATs.  All I remember -- | 04:26:28 |
| 6 | Q    No.  That was any timed exam. | 04:26:31 |
| 7 | A    I honestly don't remember any instruction | 04:26:33 |
| 8 | and what was said. | 04:26:35 |
| 9 | Q    Do you recall being told at any time, at | 04:26:38 |
| 10 | any time of the exam, that when time is called pencils | 04:26:41 |
| 11 | must be down and there can be no further bubbling in | 04:26:48 |
| 12 | of the exam sheet? | 04:26:51 |
| 13 | Did you ever receive that instruction at | 04:26:53 |
| 14 | any time in any exam you took that was a timed exam? | 04:26:55 |
| 15 | A    Honestly I guess I was probably distracted | 04:26:59 |
| 16 | and focused on the exam. | 04:27:02 |
| 17 | Q    Different. | 04:27:04 |
| 18 | You mean with respect to the Shelf Exam? | 04:27:04 |
| 19 | A    With respect to exams prior. | 04:27:06 |
| 20 | Q    So you have no recollection as you sit here | 04:27:10 |
| 21 | today of ever being told that any timed exam that when | 04:27:13 |
| 22 | the exam was over no further bubbling on the answer | 04:27:18 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

193

| | | |
|---|---|---|
| 1 | sheet would be permitted? | 04:27:21 |
| 2 | You don't recall ever being told that? | 04:27:22 |
| 3 | A    I just recall being told that we are not | 04:27:24 |
| 4 | allowed to answer any additional questions. | 04:27:27 |
| 5 | Q    Did you understand when you were taking the | 04:27:29 |
| 6 | Shelf Exam, and we will get there later on I assure | 04:27:31 |
| 7 | you, did you understand at that Shelf Exam that in | 04:27:34 |
| 8 | fact when time was called bubbling further was not | 04:27:37 |
| 9 | permitted? | 04:27:39 |
| 10 | Did you know that? | 04:27:41 |
| 11 | A    I mean honestly I must have come late.  I | 04:27:41 |
| 12 | honestly don't remember. | 04:27:45 |
| 13 | I remember getting the instruction that, | 04:27:47 |
| 14 | you know, we wouldn't be allowed any more time to | 04:27:52 |
| 15 | complete any additional questions. | 04:27:54 |
| 16 | Q    You think you came late to the bubble exam | 04:27:55 |
| 17 | and therefore you missed any instructions given -- | 04:27:58 |
| 18 | A    I am just being subjective.  I don't | 04:28:01 |
| 19 | remember. | 04:28:02 |
| 20 | Q    Let me finish my question. | 04:28:02 |
| 21 | Let's be quite clear.  This is quite | 04:28:07 |
| 22 | important. | 04:28:09 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

194

| | | |
|---|---|---|
| 1 | Are you telling me you arrived late for the | 04:28:11 |
| 2 | Shelf Exam which is the subject of this lawsuit? | 04:28:13 |
| 3 | A    I am just saying that I don't recall | 04:28:16 |
| 4 | receiving an instruction. | 04:28:19 |
| 5 | I honestly don't remember.  Maybe it went | 04:28:21 |
| 6 | over my head. | 04:28:25 |
| 7 | Q    As you were taking the exam did you | 04:28:28 |
| 8 | understand the rules of the exam? | 04:28:32 |
| 9 | A    I understood that we had questions in the | 04:28:35 |
| 10 | exam book that we had to complete and transfer them to | 04:28:38 |
| 11 | the exam booklet. | 04:28:41 |
| 12 | Q    And you understood that this was a timed | 04:28:41 |
| 13 | exam, right? | 04:28:43 |
| 14 | A    Yes. | 04:28:44 |
| 15 | Q    You had what amount of time? | 04:28:45 |
| 16 | An hour-and-a-half? | 04:28:49 |
| 17 | A    I honestly don't remember.  I think it was | 04:28:50 |
| 18 | around two or three hours.  I don't remember the time. | 04:28:52 |
| 19 | Q    Two hours. | 04:28:54 |
| 20 | But you knew that there was a specific | 04:28:55 |
| 21 | amount of time for the exam with a specific number of | 04:28:57 |
| 22 | questions in the exam, correct? | 04:29:00 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

195

| | | | |
|---|---|---|---|
| 1 | A | Correct. | 04:29:01 |
| 2 | Q | Did you also know that when time was called | 04:29:02 |
| 3 | at the end of the exam no further bubbling in was | | 04:29:05 |
| 4 | permitted on the Scantron answer sheet? | | 04:29:09 |
| 5 | | Did you know that? | 04:29:13 |
| 6 | A | I honestly don't remember. | 04:29:14 |
| 7 | Q | Did the rules of the exam include the fact | 04:29:18 |
| 8 | that when time was called there should be no further | | 04:29:23 |
| 9 | bubbling of the exam sheet? | | 04:29:27 |
| 10 | A | I honestly don't remember. | 04:29:30 |
| 11 | Q | How many bubble in time exams do you | 04:29:32 |
| 12 | believe you had taken as of the date of the Surgery | | 04:29:35 |
| 13 | Shelf Exam? | | 04:29:38 |
| 14 | A | I don't have a number.  I don't know. | 04:29:39 |
| 15 | Q | Ballpark? | 04:29:39 |
| 16 | A | I took one that day.  I don't remember how | 04:29:40 |
| 17 | many I took before that. | | 04:29:42 |
| 18 | Q | Would it be fair to say you had taken as | 04:29:43 |
| 19 | many as 20 or 30 bubble in exams before that? | | 04:29:46 |
| 20 | A | I don't remember how many. | 04:29:49 |
| 21 | Q | Did you think at the end of the Surgery | 04:30:02 |
| 22 | Shelf Exam when time was called that you were | | 04:30:07 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

196

| | | |
|---|---|---|
| 1 | permitted to continue to bubble in? | 04:30:10 |
| 2 | Is that what you thought? | 04:30:10 |
| 3 | A    I honestly felt that I needed more time. | 04:30:12 |
| 4 | I guess I had completed my answers in the | 04:30:16 |
| 5 | exam booklet and typically I transfer them over and I | 04:30:22 |
| 6 | guess I panicked. | 04:30:26 |
| 7 | Q    Different question. | 04:30:27 |
| 8 | At the time the time was called on the | 04:30:30 |
| 9 | Surgery Shelf Exam did you believe that you were | 04:30:34 |
| 10 | entitled to continue bubbling in answers on the | 04:30:37 |
| 11 | Scantron answer sheet? | 04:30:41 |
| 12 | A    I don't know. | 04:30:43 |
| 13 | Q    So there was doubt in your mind whether you | 04:30:46 |
| 14 | were allowed on that timed exam to continue bubbling | 04:30:49 |
| 15 | in answers on that answer sheet on that Shelf Exam? | 04:30:52 |
| 16 | A    I mean all I know is that on that exam date | 04:30:54 |
| 17 | I panicked and I just continued bubbling in my | 04:30:56 |
| 18 | answers. | 04:31:05 |
| 19 | Q    We will come back to that. | 04:31:05 |
| 20 | MR. McCONNELL:  Let's mark this as the next | 04:31:24 |
| 21 | exhibit. | 04:31:26 |
| 22 | (Chenari Exhibit 15 was marked for | 04:31:26 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

197

| | | |
|---|---|---|
| 1 | identification and is attached to the deposition | 04:31:26 |
| 2 | transcript.) | 04:31:27 |
| 3 | BY MR. McCONNELL: | 04:31:27 |
| 4 | Q    Let me hand you what was marked or the | 04:31:42 |
| 5 | Court Reporter has handed you what was marked as | 04:31:46 |
| 6 | Exhibit 15. | 04:31:48 |
| 7 | This is an e-mail forwarded to medical | 04:31:54 |
| 8 | students, the entering medical students, class of | 04:32:02 |
| 9 | 2014, correct?  You know that from the "To" line and | 04:32:06 |
| 10 | the header for the e-mail To: MED2014@HERMES.GWU,EDU. | 04:32:09 |
| 11 | That tells you that went out to your class, right? | 04:32:18 |
| 12 | A    It went out to the class list.  Yes. | 04:32:19 |
| 13 | Correct. | 04:32:20 |
| 14 | Q    And it went out to the class on | 04:32:20 |
| 15 | 22 September 2010 at 5:12 and 11 seconds on | 04:32:23 |
| 16 | September 22, correct? | 04:32:31 |
| 17 | A    Correct. | 04:32:32 |
| 18 | Q    And it was from a Ms. Pekol, P-E-K-O-L, | 04:32:35 |
| 19 | Student Affairs Coordinator in the Dean's Office? | 04:32:40 |
| 20 | A    Yes.  She was the secretary of Dean | 04:32:43 |
| 21 | Goldberg I believe. | 04:32:45 |
| 22 | Q    Did you get this e-mail and read it? | 04:32:47 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

198

| | | |
|---|---|---|
| 1 | A    I must have looked over it.  Yes.  It was | 04:32:52 |
| 2 | addressed to me. | 04:32:56 |
| 3 | Q    It was an important e-mail, wasn't it? | 04:32:57 |
| 4 | A    Yes. | 04:32:57 |
| 5 | Q    You were about to take your first block of | 04:32:59 |
| 6 | exams as a medical student, right? | 04:33:02 |
| 7 | A    Correct. | 04:33:03 |
| 8 | Q    The e-mails reads:  Students.  As you | 04:33:04 |
| 9 | prepare for your first block of exams the Dean's | 04:33:07 |
| 10 | Office wanted to remind you of a few things, colon, | 04:33:11 |
| 11 | correct? | 04:33:15 |
| 12 | A    Correct. | 04:33:15 |
| 13 | Q    And it set out rules for taking exams as a | 04:33:16 |
| 14 | medical student at the University, correct? | 04:33:19 |
| 15 | A    Correct. | 04:33:22 |
| 16 | Q    And down at the very last paragraph it | 04:33:24 |
| 17 | says, quote:  "Attached are the exam guidelines as | 04:33:27 |
| 18 | well as the Honor Code, which you signed at the White | 04:33:34 |
| 19 | Coat and Honor Code Ceremony and are expected to | 04:33:42 |
| 20 | uphold."  Close quote. | 04:33:46 |
| 21 |         I have read that correctly, haven't I, | 04:33:46 |
| 22 | Mr. Chenari? | 04:33:49 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

199

| | | |
|---|---|---|
| 1 | A    That is what it says, yes, about the Honor | 04:33:49 |
| 2 | Code. | 04:33:52 |
| 3 | Q    Let's flip over and look at the exam | 04:33:52 |
| 4 | guidelines. | 04:33:57 |
| 5 | MR. McCONNELL:  Next exhibit. | 04:34:01 |
| 6 | (Chenari Exhibit 16 was marked for | 04:34:03 |
| 7 | identification and is attached to the deposition | 04:34:03 |
| 8 | transcript.) | 04:34:14 |
| 9 | BY MR. McCONNELL: | 04:34:14 |
| 10 | Q    This document which we have marked as your | 04:34:27 |
| 11 | Deposition Exhibit Number 16 is entitled at the top of | 04:34:30 |
| 12 | page Exam Guidelines, correct? | 04:34:36 |
| 13 | A    Correct. | 04:34:38 |
| 14 | Q    You read this document, did you not? | 04:34:38 |
| 15 | A    I must have received it.  I don't recall. | 04:34:40 |
| 16 | Q    Let me ask you in reference to this did you | 04:34:42 |
| 17 | read this document? | 04:34:45 |
| 18 | A    I must have browsed through it. | 04:34:48 |
| 19 | Q    When you browsed through it would you have | 04:34:52 |
| 20 | browsed through paragraphs 1 through 15? | 04:34:55 |
| 21 | A    I honestly don't remember. | 04:34:58 |
| 22 | Q    Is there any doubt in your mind that you | 04:35:00 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

200

1    read this document from start to finish?                04:35:02

2         A    Honestly I don't really recall.  I said     04:35:11

3    browsed through it.                                     04:35:15

4         Q    Were you too busy?                            04:35:15

5         A    Yes.                                          04:35:16

6              You know, you have to study for all these    04:35:17

7    exams.  No time.                                        04:35:19

8         Q    You just received an e-mail that in effect   04:35:20

9    warns you, does it not, that there are exam guidelines  04:35:29

10   that are related to the Honor Code, a document which    04:35:34

11   you signed at the White Coat and Honor Code Ceremony,   04:35:39

12   that you are expected to uphold, correct?               04:35:45

13             You read at least that much of the           04:35:46

14   communication, did you not?                             04:35:47

15        A    Yes.  I believe I did sign an Honor Code.     04:35:47

16        Q    Did you think that if someone entering a     04:35:50

17   profession with the high ethical standards that you     04:35:54

18   thought you were aspiring to that it would be           04:35:56

19   important in light of the statement in this document    04:35:58

20   to read the guidelines attached to it?                  04:36:02

21             Did you think somehow that might be a         04:36:04

22   little bit important?                                   04:36:06

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

201

| | | |
|---|---|---|
| 1 | A    I mean I have never doubted my ethical | 04:36:08 |
| 2 | standards.  I have always found myself to be an | 04:36:10 |
| 3 | ethical person. | 04:36:14 |
| 4 | Q    Taking the statement in Document 15 let me | 04:36:14 |
| 5 | ask you is it now your testimony here under oath that | 04:36:19 |
| 6 | you didn't take the time to read the page and a half | 04:36:21 |
| 7 | total of 15 points document telling you how to take | 04:36:28 |
| 8 | exams as a medical student? | 04:36:31 |
| 9 | A    I mean I think with the cramming for exams | 04:36:33 |
| 10 | I don't think I -- I think I only browsed through it. | 04:36:37 |
| 11 | I don't recall making a considered effort to read | 04:36:42 |
| 12 | through it. | 04:36:44 |
| 13 | Q    I will take that answer. | 04:36:45 |
| 14 | MR. McCONNELL:  We need to take a short | 04:36:58 |
| 15 | recess.  We have to take a break here. | 04:37:00 |
| 16 | THE WITNESS:  Okay. | 04:37:00 |
| 17 | MR. McCONNELL:  We will come back to this. | 04:37:02 |
| 18 | THE VIDEOGRAPHER:  We are going off the | 04:37:03 |
| 19 | record.  The time is 4:37. | 04:37:04 |
| 20 | (Recess.) | 04:37:07 |
| 21 | THE VIDEOGRAPHER:  This marks the beginning | 04:43:17 |
| 22 | of Tape Number 3.  We are going back on the record at | 04:43:19 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

202

| | | |
|---|---|---|
| 1 | 4:43. | 04:43:21 |
| 2 | BY MR. McCONNELL: | 04:43:24 |
| 3 | Q    Right before that short recess, | 04:43:25 |
| 4 | Mr. Chenari, we were talking about the e-mail from | 04:43:27 |
| 5 | Ms. Pekol in the Dean's Office advising students about | 04:43:33 |
| 6 | what they need to know since you have entered medical | 04:43:38 |
| 7 | school and are about to take your first set of exams | 04:43:42 |
| 8 | as a medical student, what you need to know and how to | 04:43:46 |
| 9 | go about taking exams ethically, responsibly and | 04:43:49 |
| 10 | consistent with the Honor Code, right? | 04:43:54 |
| 11 | That is that e-mail? | 04:43:55 |
| 12 | A    Yes. | 04:43:55 |
| 13 | Q    And then attached to that were the exam | 04:43:55 |
| 14 | guidelines which you are not sure you read them, you | 04:43:57 |
| 15 | may have or you may not, correct? | 04:44:00 |
| 16 | A    I mean I believe I did browse through them. | 04:44:00 |
| 17 | I can admit to that. | 04:44:02 |
| 18 | Q    Number 1 establishes that, among other | 04:44:03 |
| 19 | things, students had to sign-in upon entering the exam | 04:44:06 |
| 20 | room.  Right? | 04:44:09 |
| 21 | A    Correct. | 04:44:10 |
| 22 | Q    And students were required, Number 2, to | 04:44:12 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

203

| | | |
|---|---|---|
| 1 | sit in their assigned seats.  Right? | 04:44:14 |
| 2 | A    Correct. | 04:44:16 |
| 3 | Q    There were rules about what to do with | 04:44:17 |
| 4 | personal belongings, Paragraph 3.  Right? | 04:44:20 |
| 5 | A    Correct. | 04:44:23 |
| 6 | Q    4.  Cell phones not permitted.  Right? | 04:44:23 |
| 7 | A    Correct. | 04:44:26 |
| 8 | Q    5.  Ear plugs to reduce noise were allowed. | 04:44:27 |
| 9 | Right? | 04:44:31 |
| 10 | A    Correct. | 04:44:32 |
| 11 | Q    6.  Palm pilots, calculators and other | 04:44:32 |
| 12 | devices must be turned off and stored in lockers. | 04:44:36 |
| 13 | Right? | 04:44:39 |
| 14 | A    Correct. | 04:44:39 |
| 15 | Q    7.  Students only need to bring pencils or | 04:44:39 |
| 16 | pens to the exam.  Correct? | 04:44:43 |
| 17 | A    Correct. | 04:44:44 |
| 18 | Q    Food and drink are permitted provided they | 04:44:45 |
| 19 | don't cause disruption and so forth.  Right? | 04:44:48 |
| 20 | Number 7? | 04:44:50 |
| 21 | A    Correct. | 04:44:50 |
| 22 | Q    Number 8.  Students are not permitted to | 04:44:53 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

204

| | | |
|---|---|---|
| 1 | ask questions regarding content or clarification of a | 04:44:56 |
| 2 | question during an exam.  Right? | 04:45:00 |
| 3 | A    Correct. | 04:45:01 |
| 4 | Q    Number 9.  Students are requested not to | 04:45:05 |
| 5 | leave the exam room unless it is a necessity and then | 04:45:10 |
| 6 | it has to be approved by the coordinator or proctor. | 04:45:12 |
| 7 | Correct? | 04:45:19 |
| 8 | A    Correct. | 04:45:19 |
| 9 | Q    10.  Exams begin only when all students | 04:45:19 |
| 10 | have an exam.  Talking is not permitted during | 04:45:23 |
| 11 | distribution of the exam.  Correct? | 04:45:26 |
| 12 | A    Correct. | 04:45:29 |
| 13 | Q    11.  Students must sign as indicated on the | 04:45:30 |
| 14 | exam to abide by the Honor Code.  An exam without | 04:45:34 |
| 15 | appropriate signature, name and GWID will be reviewed. | 04:45:38 |
| 16 | Correct? | 04:45:45 |
| 17 | A    Correct. | 04:45:46 |
| 18 | Q    That is 11. | 04:45:47 |
| 19 | 12.  The proctor must announce or write the | 04:45:48 |
| 20 | start and finish time for each exam.  Correct? | 04:45:54 |
| 21 | A    Correct. | 04:45:57 |
| 22 | Q    The proctor in paragraph 12 continuing must | 04:45:58 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

205

| | | |
|---|---|---|
| 1 | ensure the length of the exam is maintained.  Correct? | 04:46:03 |
| 2 | A   Correct. | 04:46:06 |
| 3 | Q   And then it says in paragraph 12 the final | 04:46:09 |
| 4 | sentence, quote:  "The proctor cannot extend the | 04:46:11 |
| 5 | length of the exam for students who arrive late to the | 04:46:15 |
| 6 | exam."  Close quote.  Correct? | 04:46:20 |
| 7 | A   Correct. | 04:46:22 |
| 8 | Q   Paragraph 13.  Upon completion of an exam | 04:46:24 |
| 9 | students must turn the exam into the proctor at the | 04:46:27 |
| 10 | front of the room.  Correct? | 04:46:30 |
| 11 | A   Correct. | 04:46:31 |
| 12 | Q   "Writing on the exam is not permitted once | 04:46:32 |
| 13 | a student rises to turn in the exam."  Close quote. | 04:46:34 |
| 14 | Correct? | 04:46:37 |
| 15 | A   Correct. | 04:46:38 |
| 16 | Q   14 reads as follows, quote:  "The proctor | 04:46:42 |
| 17 | will announce when ten minutes remain for the exam, | 04:46:48 |
| 18 | after which students must remain seated until the end | 04:46:53 |
| 19 | of the exam period when all the exams are collected by | 04:46:56 |
| 20 | the proctor."  Close quote.  Correct? | 04:46:59 |
| 21 | A   Correct. | 04:47:02 |
| 22 | Q   "After the announcement that the exam | 04:47:03 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

206

| | | |
|---|---|---|
| 1 | period is over all exams and answer sheets must be | 04:47:05 |
| 2 | face down until collection by the proctor."  Close | 04:47:09 |
| 3 | quote.  Correct? | 04:47:13 |
| 4 |     A    Correct. | 04:47:15 |
| 5 |     Q    The next sentence, quote:  "There will be | 04:47:17 |
| 6 | no extra time allotted, even to finish -- quote -- | 04:47:19 |
| 7 | "bubbling" -- close quote -- in the answer sheet." | 04:47:26 |
| 8 | Close quote.  Correct? | 04:47:28 |
| 9 |     A    Correct. | 04:47:29 |
| 10 |     Q    And these guidelines and notes were | 04:47:33 |
| 11 | approved by a subgroup of students on the Honor, | 04:47:35 |
| 12 | capital "H"/Professionalism, capital "P", Council | 04:47:35 |
| 13 | October 2005.  Correct? | 04:47:48 |
| 14 |     A    Correct. | 04:47:48 |
| 15 |     Q    If you had read this you would certainly | 04:47:50 |
| 16 | have realized that bubbling in after time is called on | 04:47:51 |
| 17 | a timed exam is not permitted, correct? | 04:47:55 |
| 18 |     A    Yes. | 04:48:00 |
| 19 |     Q    If you had read this you would have had no | 04:48:01 |
| 20 | doubt about that, correct? | 04:48:03 |
| 21 |     A    I mean I know I browsed through it. | 04:48:05 |
| 22 |     Q    Different question. | 04:48:08 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

207

| | | |
|---|---|---|
| 1 | If you had read this you would have known | 04:48:09 |
| 2 | there is no bubbling in after time is called? | 04:48:11 |
| 3 | A    Correct. | 04:48:13 |
| 4 | Q    We just walked through it. | 04:48:16 |
| 5 | How important in the scheme of things in | 04:48:19 |
| 6 | medical school is student performance on exams? | 04:48:21 |
| 7 | MR. BACH:  Objection.  Calls for | 04:48:26 |
| 8 | speculation. | 04:48:27 |
| 9 | THE WITNESS:  It is pretty important. | 04:48:30 |
| 10 | BY MR. McCONNELL: | 04:48:35 |
| 11 | Q    Whether you get to be a doctor or not | 04:48:36 |
| 12 | depends on how you do on exams, wasn't it? | 04:48:37 |
| 13 | A    Correct.  Yes. | 04:48:40 |
| 14 | I mean this sort of ethics thing has never | 04:48:41 |
| 15 | come up for me before. | 04:48:44 |
| 16 | Q    The what thing had never come up before? | 04:48:45 |
| 17 | A    This sort of ethics issue with the exam | 04:48:46 |
| 18 | time had never -- I had never gotten into any ethical | 04:48:51 |
| 19 | trouble before. | 04:49:00 |
| 20 | Q    Let me understand. | 04:49:00 |
| 21 | You don't think there is an ethical | 04:49:01 |
| 22 | dimension to taking exams appropriately and in | 04:49:04 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

208

1    accordance with exam guidelines which all your fellow    04:49:07

2    students are following and are required to adhere to?    04:49:09

3        A    I mean I believe that I always adhered to    04:49:10

4    this guideline.    04:49:13

5        Q    So you adhered to the guideline when you    04:49:14

6    were bubbling in on an exam after time was called and    04:49:16

7    you had been told no fewer than two or three times to    04:49:19

8    stop?  You think you are complying with these    04:49:23

9    guidelines for how exams are to be taken?    04:49:26

10            Is that your testimony under oath?    04:49:28

11       A    I believe I panicked in that incident and    04:49:28

12   continued to bubble in my answers.    04:49:32

13       Q    You violated the guidelines, didn't you?    04:49:33

14       A    Yeah.  I guess as you have read it.    04:49:45

15       Q    I don't want any qualifiers on it.    04:49:49

16       A    Okay.    04:49:49

17       Q    It is not as I read it.  You violated the    04:49:52

18   guidelines as they were published and provided to you    04:49:55

19   and to all your classmates, you violated those    04:49:58

20   guidelines, didn't you?    04:50:01

21       A    Yes.  I understand.    04:50:02

22       Q    And you were told that there was an ethical    04:50:04

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

209

| | | |
|---|---|---|
| 1 | implication to failing to take a test appropriately, | 04:50:07 |
| 2 | correct? | 04:50:11 |
| 3 | A     Yes. | 04:50:12 |
| 4 | Q     Do you think it is fair to your fellow | 04:50:14 |
| 5 | students to take more time than any of your fellow | 04:50:16 |
| 6 | students took to answer, to bubble in an answer sheet, | 04:50:19 |
| 7 | on a nationally given timed exam like the Surgery | 04:50:23 |
| 8 | Shelf Exam? | 04:50:26 |
| 9 | Do you think that is fair? | 04:50:27 |
| 10 | A     I mean I think what is unfair is that I had | 04:50:27 |
| 11 | told them my disability and if they had accommodated | 04:50:29 |
| 12 | me the least they could have done was give me some | 04:50:33 |
| 13 | extra time.  And they did not even address that. | 04:50:36 |
| 14 | Q     Different question. | 04:50:38 |
| 15 | Did you think it was fair to your fellow | 04:50:40 |
| 16 | students to keep bubbling in an answer sheet after | 04:50:42 |
| 17 | time had been called? | 04:50:45 |
| 18 | A     I think it is unfair that I wasn't on the | 04:50:45 |
| 19 | same level playing field as them given my disability. | 04:50:49 |
| 20 | (Chenari Exhibit 17 was marked for | 04:51:33 |
| 21 | identification and is attached to the deposition | 04:51:33 |
| 22 | transcript.) | 04:51:34 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

210

| | | |
|---|---|---|
| 1 | BY MR. McCONNELL: | 04:51:34 |
| 2 | Q    The Court Reporter has marked and handed to | 04:51:37 |
| 3 | you what has been marked for identification as | 04:51:39 |
| 4 | Deposition Exhibit Number 17, Mr. Chenari. | 04:51:41 |
| 5 | This is a document that the first page has | 04:51:46 |
| 6 | your handwriting on the front of it, correct? | 04:51:48 |
| 7 | A    Correct. | 04:51:50 |
| 8 | Q    And this provides certain information to | 04:51:54 |
| 9 | the University about your contact information, where | 04:51:56 |
| 10 | to find you and so forth, right? | 04:52:01 |
| 11 | A    Correct. | 04:52:03 |
| 12 | Q    On the second page is the document Policy | 04:52:04 |
| 13 | Review Verification, correct? | 04:52:09 |
| 14 | A    Correct. | 04:52:11 |
| 15 | Q    And it says it is a policy review and then | 04:52:13 |
| 16 | it identifies six different policies or documents that | 04:52:18 |
| 17 | have been provided to you as a student, correct? | 04:52:27 |
| 18 | A    Correct. | 04:52:30 |
| 19 | Q    Among the documents was the document | 04:52:30 |
| 20 | Regulations for M.D. Candidates, right? | 04:52:33 |
| 21 | A    Correct. | 04:52:36 |
| 22 | Q    And fifth on the list was a document Honor | 04:52:37 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

211

| | | |
|---|---|---|
| 1 | Code, correct? | 04:52:44 |
| 2 | A    Correct.  Number 5.  Yes. | 04:52:44 |
| 3 | Q    At the bottom of that list there is a | 04:52:47 |
| 4 | statement I acknowledge that I have received and | 04:52:49 |
| 5 | reviewed the policies listed above, right? | 04:52:51 |
| 6 | A    Correct. | 04:52:54 |
| 7 | Q    And there is your signature down below Sina | 04:52:55 |
| 8 | Chenari, right? | 04:52:59 |
| 9 | A    Correct. | 04:52:59 |
| 10 | Q    And this is dated August 20, 2010? | 04:53:00 |
| 11 | A    Uh-huh.  Correct.  I accept that. | 04:53:02 |
| 12 | Q    Did you get and read all of these | 04:53:03 |
| 13 | documents? | 04:53:05 |
| 14 | A    I believe I had looked through them. | 04:53:05 |
| 15 | Q    Did you review them? | 04:53:07 |
| 16 | A    Yes. | 04:53:09 |
| 17 | It is a lot of documents. | 04:53:12 |
| 18 | Q    Let me back-up a second. | 04:53:16 |
| 19 | Looking at Exhibit 16.  Do you have that in | 04:53:19 |
| 20 | front of you? | 04:53:28 |
| 21 | A    I do. | 04:53:29 |
| 22 | Q    I just glanced through it.  I know how long | 04:53:31 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

212

| | | |
|---|---|---|
| 1 | it takes me to read it.  Why don't you glance through | 04:53:35 |
| 2 | it and tell me how long it takes you to read that | 04:53:36 |
| 3 | document?  Just glance on through it. | 04:53:38 |
| 4 | Go ahead.  Start. | 04:53:42 |
| 5 | A    (Witness complies.) | 04:53:44 |
| 6 | Okay. | 04:55:19 |
| 7 | Q    Done? | 04:55:20 |
| 8 | A    Done. | 04:55:21 |
| 9 | Q    The videotape will tell us how long that | 04:55:23 |
| 10 | took you to do. | 04:55:26 |
| 11 | Did you just read this document, by the | 04:55:27 |
| 12 | way, at the average speed, reading comprehension | 04:55:29 |
| 13 | speed, that you bring to bear when you are studying | 04:55:34 |
| 14 | technical type information, medical information and so | 04:55:37 |
| 15 | forth? | 04:55:37 |
| 16 | Is that about your reading speed? | 04:55:39 |
| 17 | A    To read thoroughly.  Yes. | 04:55:41 |
| 18 | Q    Before you actually took the Shelf Exam | 04:56:14 |
| 19 | that we are talking about in this case you took a | 04:56:16 |
| 20 | practice Step 1 Shelf Exam at the end of your second | 04:56:21 |
| 21 | year, didn't you? | 04:56:26 |
| 22 | A    Correct. | 04:56:27 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

213

| | | |
|---|---|---|
| 1 | (Chenari Exhibit 18 was marked for | 04:56:36 |
| 2 | identification and is attached to the deposition | 04:56:36 |
| 3 | transcript.) | 04:56:57 |
| 4 | BY MR. McCONNELL: | 04:56:57 |
| 5 | Q    The Court Reporter has placed before you | 04:56:57 |
| 6 | what has been marked as Exhibit Number 18.  That | 04:56:59 |
| 7 | practice Shelf Exam you took is reflected in this | 04:57:03 |
| 8 | document.  This is the score for that exam, is it not? | 04:57:07 |
| 9 | A    That is correct. | 04:57:11 |
| 10 | Q    At the beginning of this practice Shelf | 04:57:12 |
| 11 | Exam you were read standard instructions on how to | 04:57:16 |
| 12 | take the Shelf Exam, were you not? | 04:57:20 |
| 13 | A    Correct. | 04:57:22 |
| 14 | Q    And those standard instructions included | 04:57:23 |
| 15 | the instruction that this is a timed exam and at the | 04:57:26 |
| 16 | end of the exam when time is called all pencils must | 04:57:30 |
| 17 | be down, answer sheets placed inside the answer book | 04:57:34 |
| 18 | and the answer book closed on the table, no further | 04:57:36 |
| 19 | bubbling in allowed, correct?  You were read that | 04:57:40 |
| 20 | instruction, were you not? | 04:57:42 |
| 21 | A    Is it on here or are you referencing that? | 04:57:44 |
| 22 | Q    No.  I am just asking you were read that | 04:57:45 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

214

| | | |
|---|---|---|
| 1 | instruction at the practice exam, were you not? | 04:57:47 |
| 2 | A    I believe so.  Yes. | 04:57:50 |
| 3 | Q    As a matter of fact the instructions that | 04:58:09 |
| 4 | are read at the beginning of all of these timed exams, | 04:58:15 |
| 5 | Shelf Exams, include the following, do they not, | 04:58:21 |
| 6 | quote:  "You are permitted to make calculations or | 04:58:24 |
| 7 | notes in your test book, but you will receive credit | 04:58:26 |
| 8 | for an answer only if it is properly recorded in the | 04:58:30 |
| 9 | appropriate space on the answer sheet."  Close quote. | 04:58:34 |
| 10 | That is read to you, isn't it? | 04:58:38 |
| 11 | A    Sorry.  I didn't -- I wasn't paying | 04:58:41 |
| 12 | attention. | 04:58:44 |
| 13 | Q    You what? | 04:58:47 |
| 14 | A    I wasn't paying attention. | 04:58:47 |
| 15 | Q    I will try again while you are paying | 04:58:49 |
| 16 | attention. | 04:58:51 |
| 17 | Are you paying attention now? | 04:58:52 |
| 18 | A    I am paying attention now. | 04:58:53 |
| 19 | Q    Good. | 04:58:55 |
| 20 | This is an instruction you were read at | 04:58:55 |
| 21 | this practice Shelf Exam, were you not?  Quote:  "You | 04:58:58 |
| 22 | are permitted to make calculations or notes in your | 04:59:01 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

215

| | | |
|---|---|---|
| 1 | test book, but you will receive credit for an answer | 04:59:03 |
| 2 | only if it is properly recorded in the appropriate | 04:59:08 |
| 3 | space on the answer sheet."  Close quote. | 04:59:11 |
| 4 | That is read to you at every Shelf Exam, | 04:59:15 |
| 5 | isn't it? | 04:59:17 |
| 6 | A    Correct. | 04:59:17 |
| 7 | Q    As is the following, the very next | 04:59:19 |
| 8 | sentence, quote:  "Time will not be extended beyond | 04:59:21 |
| 9 | the close of this examination for transferring your | 04:59:24 |
| 10 | answers."  Close quote.  Correct? | 04:59:28 |
| 11 | A    Correct. | 04:59:31 |
| 12 | Q    And then during that practice Shelf Exam | 04:59:42 |
| 13 | you were read the following instruction by the exam | 04:59:45 |
| 14 | proctor, were you not? | 04:59:48 |
| 15 | 30 minutes left in the exam.  Quote:  "You | 04:59:50 |
| 16 | have 30 minutes in which to finish this examination. | 04:59:55 |
| 17 | Please remember that all responses must be recorded on | 04:59:59 |
| 18 | your answer sheet in order to receive credit.  No | 05:00:02 |
| 19 | additional time will be allowed for transferring | 05:00:08 |
| 20 | answers."  Close quote. | 05:00:11 |
| 21 | You were read that instruction, were you | 05:00:14 |
| 22 | not? | 05:00:15 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

216

| | | |
|---|---|---|
| 1 | A    Correct. | 05:00:15 |
| 2 | Q    Is there any reason to believe you weren't | 05:00:40 |
| 3 | read the 30 minute warning during the Shelf Exam that | 05:00:44 |
| 4 | you took in December of 2012? | 05:00:48 |
| 5 | A    I remember we got a warning.  I got a | 05:00:52 |
| 6 | 30-minute and a 10-minute warning. | 05:00:56 |
| 7 | Q    And that warning included an instruction to | 05:00:59 |
| 8 | you that when time was called no further bubbling | 05:01:05 |
| 9 | would be allowed, correct? | 05:01:08 |
| 10 | A    I believe so.  Yes. | 05:01:10 |
| 11 | MR. McCONNELL:  Let's mark this as the next | 05:01:31 |
| 12 | exhibit. | 05:01:33 |
| 13 | (Chenari Exhibit 19 was marked for | 05:01:47 |
| 14 | identification and is attached to the deposition | 05:01:47 |
| 15 | transcript.) | 05:01:49 |
| 16 | BY MR. McCONNELL: | 05:01:49 |
| 17 | Q    We have handed you what has been marked for | 05:02:06 |
| 18 | identification as your Deposition Exhibit 19. | 05:02:09 |
| 19 | I wouldn't expect you, Mr. Chenari, to be | 05:02:11 |
| 20 | able to authenticate this in any way because it is | 05:02:14 |
| 21 | what is called the Chief Proctor's Manual which is | 05:02:16 |
| 22 | given to every proctor who proctors a time exam at the | 05:02:19 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

217

| | | |
|---|---|---|
| 1 | GW Medical School and sets forth what they are to do | 05:02:25 |
| 2 | during the exams, how and when they do it, which is | 05:02:28 |
| 3 | where I obtained the statements that were just read to | 05:02:34 |
| 4 | you. | 05:02:41 |
| 5 | You do agree that it is likely you were | 05:02:41 |
| 6 | read that 30-minute warning during the practice Shelf | 05:02:43 |
| 7 | Exam as well as the actual Shelf Exam you took? | 05:02:47 |
| 8 | A    Yes.  I am not disputing that. | 05:02:49 |
| 9 | Q    So you would agree there is absolutely no | 05:02:54 |
| 10 | dispute that you were aware when that time was called | 05:02:58 |
| 11 | that you were to stop bubbling in your answer sheet, | 05:03:01 |
| 12 | correct? | 05:03:05 |
| 13 | A    Yes. | 05:03:05 |
| 14 | Q    During your first semester at GW were there | 05:03:21 |
| 15 | concerns raised about your performance as a medical | 05:03:32 |
| 16 | student? | 05:03:35 |
| 17 | A    Yes. | 05:03:36 |
| 18 | Q    And what were those concerns? | 05:03:40 |
| 19 | A    There is an issue with tardiness. | 05:03:44 |
| 20 | Q    Tardiness? | 05:03:52 |
| 21 | A    Uh-huh. | 05:03:53 |
| 22 | Q    In what regard? | 05:03:59 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

218

| | | |
|---|---|---|
| 1 | A    We had an 8:00 a.m. small group class on | 05:04:02 |
| 2 | Thursdays.  I remember I had arrived late a few times. | 05:04:05 |
| 3 | Q    Why did you arrive late? | 05:04:13 |
| 4 | A    I couldn't sleep and I couldn't wake up in | 05:04:16 |
| 5 | the morning. | 05:04:18 |
| 6 | Q    The medical school curriculum is a pretty | 05:04:23 |
| 7 | demanding curriculum, isn't it?  It is a very full | 05:04:28 |
| 8 | day? | 05:04:28 |
| 9 | A    It is kind of hard when you have other | 05:04:28 |
| 10 | issues going on. | 05:04:30 |
| 11 | Q    Different question. | 05:04:31 |
| 12 | The medical school curriculum is a very | 05:04:31 |
| 13 | full curriculum and it is a long hard day, isn't it? | 05:04:34 |
| 14 | A    I don't deny that. | 05:04:37 |
| 15 | Q    It is sort of built into part of the | 05:04:38 |
| 16 | requirements of the medical education training | 05:04:41 |
| 17 | program, isn't it? | 05:04:42 |
| 18 | A    It is a difficult program. | 05:04:43 |
| 19 | Q    Medical schools across the country are | 05:04:45 |
| 20 | known by everybody who is anxious to get in and go | 05:04:47 |
| 21 | there that this is a rough road to hoe, correct? | 05:04:52 |
| 22 | A    Uh-huh. | 05:04:55 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

219

| | | |
|---|---|---|
| 1 | Q    Correct? | 05:04:55 |
| 2 | A    I accept that. | 05:04:56 |
| 3 | Q    As a matter of fact that issue was | 05:05:02 |
| 4 | discussed with, among others, Semma Kakar and Rhoda | 05:05:06 |
| 5 | Goldberg, correct? | 05:05:13 |
| 6 | A    I had discussed it with Dean Stagnaro-Green | 05:05:16 |
| 7 | who was an instructor in that class that I was tardy | 05:05:21 |
| 8 | to, and I believe Dean Goldberg. | 05:05:24 |
| 9 | For Ms. or Dr. Seema Kakar and Dr. Cytowic | 05:05:29 |
| 10 | there were some issues with my performance in that | 05:05:33 |
| 11 | class where we do, you know, practice with the | 05:05:37 |
| 12 | standardized patients, with the actor patients, that | 05:05:42 |
| 13 | we had in small groups in that, you know, I am sure | 05:05:45 |
| 14 | that they also talked with each other.  These were all | 05:05:51 |
| 15 | coordinators of the courses.  I am sure they had some | 05:05:54 |
| 16 | dialogue. | 05:05:58 |
| 17 | Q    As a matter of fact you met with | 05:06:00 |
| 18 | Dr. Stagnaro-Green who discussed these issues with | 05:06:07 |
| 19 | you, didn't you? | 05:06:11 |
| 20 | A    Correct. | 05:06:12 |
| 21 | Q    And when she pointed out the expectations | 05:06:15 |
| 22 | that you would be on time for this class you told her | 05:06:17 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

220

| | | |
|---|---|---|
| 1 | that the problem was you lived far away? | 05:06:21 |
| 2 | A    No.  I recall telling him that I had issues | 05:06:24 |
| 3 | waking up and because I live far away it made it even | 05:06:32 |
| 4 | compounding more difficult. | 05:06:36 |
| 5 | Q    It was made clear to you that being late | 05:06:43 |
| 6 | was unacceptable, correct? | 05:06:45 |
| 7 | A    I accept that.  Yes. | 05:06:49 |
| 8 | Q    And as a matter of fact Dr. Kakar met with | 05:06:57 |
| 9 | you for the purpose of asking you if there were any | 05:07:02 |
| 10 | extenuating circumstances that they should be aware of | 05:07:05 |
| 11 | to account for your behavior, correct? | 05:07:09 |
| 12 | A    I remember speaking with Dr. Kakar and | 05:07:12 |
| 13 | Dr. Cytowic outside of that standardized patient | 05:07:15 |
| 14 | class.  I think their concern mostly at that time was | 05:07:22 |
| 15 | about my anxiety issues in that class. | 05:07:25 |
| 16 | I really don't remember. | 05:07:29 |
| 17 | Q    Anxiety issues in which class? | 05:07:30 |
| 18 | A    Anxiety in, you know, that actor patient | 05:07:32 |
| 19 | class. | 05:07:34 |
| 20 | Q    The POM? | 05:07:34 |
| 21 | A    It is called DPS.  But yeah. | 05:07:36 |
| 22 | I remember after class numerous times we | 05:07:42 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

221

| | | |
|---|---|---|
| 1 | had discussed issues with things. | 05:07:48 |
| 2 | I really don't remember talking to her | 05:07:50 |
| 3 | one-on-one about the tardiness.  I remember speaking | 05:07:52 |
| 4 | specifically with Dr. Stagnaro-Green and Dean Rhonda | 05:07:56 |
| 5 | Goldberg about it. | 05:08:00 |
| 6 | Q    It appears that in February of 2011 you | 05:08:48 |
| 7 | were totally absent from two PCL sessions. | 05:08:54 |
| 8 | What was PCL? | 05:08:59 |
| 9 | A    That was the class with Dr. Stagnaro-Green. | 05:09:00 |
| 10 | The 8:00 a.m. class on the Thursday. | 05:09:03 |
| 11 | Q    Right. | 05:09:06 |
| 12 | It appeared that at that point you hadn't | 05:09:08 |
| 13 | contacted either Dr. Stagnaro or Dean Goldberg, | 05:09:14 |
| 14 | correct? | 05:09:20 |
| 15 | A    I believe I had contacted the -- they had | 05:09:20 |
| 16 | like a student leader in the class thing. | 05:09:24 |
| 17 | Q    Who was that? | 05:09:28 |
| 18 | A    I remember texting someone.  I don't | 05:09:36 |
| 19 | remember the name.  I think it was Kelly Brie, but I | 05:09:39 |
| 20 | really don't remember. | 05:09:42 |
| 21 | Q    When you contacted this person what was | 05:09:44 |
| 22 | that about? | 05:09:46 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

222

| | | |
|---|---|---|
| 1 | A   Just that I was going to miss the class. | 05:09:47 |
| 2 | Q   And what reason or excuse did you give -- | 05:09:51 |
| 3 | you believe it was Ms. Brie -- for missing the class? | 05:09:56 |
| 4 | A   I remember also I believe contacting -- I | 05:09:59 |
| 5 | remember that time I missed those two classes and I | 05:10:02 |
| 6 | had to -- I also contacted I believe the course | 05:10:05 |
| 7 | coordinator secretary because I had to I think | 05:10:11 |
| 8 | afterwards schedule a make-up assignment or session. | 05:10:15 |
| 9 | I can't remember the details. | 05:10:21 |
| 10 | Q   But what excuse did you give for missing | 05:10:22 |
| 11 | the two classes? | 05:10:24 |
| 12 | A   You know, I honestly don't remember. | 05:10:27 |
| 13 | Q   Having missed them were you allowed to make | 05:10:30 |
| 14 | them up? | 05:10:32 |
| 15 | A   Yes. | 05:10:34 |
| 16 | I believe I made them up with an | 05:10:34 |
| 17 | alternative assignment or an alternative clinical | 05:10:37 |
| 18 | session. | 05:10:41 |
| 19 | Q   Let me ask you this. | 05:10:41 |
| 20 | There were a number of points, and we will | 05:10:42 |
| 21 | get to them, where you ran into some difficulties in | 05:10:44 |
| 22 | terms of getting to classes, succeeding in classes, | 05:10:48 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

223

| | | |
|---|---|---|
| 1 | getting things done and so forth.  That did happen | 05:10:52 |
| 2 | from time to time, didn't it? | 05:10:55 |
| 3 | A    Yes.  I had difficulty going to bed and | 05:10:56 |
| 4 | difficulty waking up. | 05:10:59 |
| 5 | Q    And in response to those you spoke with | 05:11:00 |
| 6 | different people at the medical school, including | 05:11:03 |
| 7 | Dean Goldberg and the faculty members involved, | 05:11:06 |
| 8 | correct? | 05:11:09 |
| 9 | A    Correct.  Yes. | 05:11:10 |
| 10 | Q    And in each instance I think the record | 05:11:10 |
| 11 | will show that arrangements were made to accommodate | 05:11:14 |
| 12 | you and to allow either remediation or make up or | 05:11:18 |
| 13 | other steps taken so that you could complete the work | 05:11:22 |
| 14 | correctly? | 05:11:26 |
| 15 | A    Correct.  Yes. | 05:11:27 |
| 16 | Q    Overall would it be your sense that the | 05:11:28 |
| 17 | University was doing its best to work with you to | 05:11:32 |
| 18 | allow you to succeed in the medical school? | 05:11:38 |
| 19 | MR. BACH:  Object to the form of the | 05:11:41 |
| 20 | question. | 05:11:43 |
| 21 | THE WITNESS:  I mean honestly the way I | 05:11:45 |
| 22 | felt was that I brought up multiple times that I had | 05:11:49 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

224

| | | |
|---|---|---|
| 1 | these depression issues that were causing me to not be | 05:11:54 |
| 2 | able to sleep and not be able to wake up and I think | 05:11:59 |
| 3 | that, you know, they helped me to make up the classes, | 05:12:06 |
| 4 | you know, the make up assignments, but I really didn't | 05:12:09 |
| 5 | feel any due diligence on their part to kind of help | 05:12:14 |
| 6 | me out with the real issue that was causing me to miss | 05:12:17 |
| 7 | these classes or miss these assignments. | 05:12:20 |
| 8 | BY MR. McCONNELL: | 05:12:20 |
| 9 | Q    Did you feel any responsibility for | 05:12:23 |
| 10 | yourself to take steps to address those issues? | 05:12:25 |
| 11 | A    I mean that -- | 05:12:31 |
| 12 | Q    Did you think it was all the burden of the | 05:12:34 |
| 13 | medical school to take care of you? | 05:12:35 |
| 14 | A    No. | 05:12:36 |
| 15 | I made a practical effort.  This was in | 05:12:36 |
| 16 | spring semester 2011.  I made an effort that first | 05:12:39 |
| 17 | medical note from Dr. Durr on I believe January | 05:12:43 |
| 18 | something 2011.  I remember I made an effort to see | 05:12:48 |
| 19 | him to kind of I guess discuss these issues that were | 05:12:53 |
| 20 | brought up. | 05:12:59 |
| 21 | Q    Well, he told you to go seek therapy from | 05:12:59 |
| 22 | the University, didn't he? | 05:13:04 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

225

| | | |
|---|---|---|
| 1 | A He did. | 05:13:05 |
| 2 | Q And you didn't do that? | 05:13:06 |
| 3 | A I mean I -- | 05:13:07 |
| 4 | Q You told us that earlier, correct? | 05:13:10 |
| 5 | A Yeah. I did not go seek therapy through | 05:13:11 |
| 6 | the University. I felt that, you know, I wanted -- I | 05:13:15 |
| 7 | trusted him. I did not trust the University. | 05:13:17 |
| 8 | I mean I had talked to all these | 05:13:22 |
| 9 | physicians, the faculty physicians, about these | 05:13:24 |
| 10 | issues, you know. They didn't really care. At least | 05:13:27 |
| 11 | I felt that. | 05:13:32 |
| 12 | I mean I trusted Dr. Durr and I continued | 05:13:36 |
| 13 | to see him. | 05:13:38 |
| 14 | Q So you trusted Dr. Durr. You didn't trust | 05:13:39 |
| 15 | the therapist at the University. So you are telling | 05:13:42 |
| 16 | us that whatever therapy you got you were getting from | 05:13:45 |
| 17 | Dr. Durr? | 05:13:48 |
| 18 | A I saw him as my general practitioner. I | 05:13:49 |
| 19 | continued to see him. | 05:13:51 |
| 20 | Q And as your therapist? | 05:13:51 |
| 21 | A I continued to discuss issues that I was | 05:13:53 |
| 22 | experiencing. | 05:13:57 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

226

| | | |
|---|---|---|
| 1 | MR. BACH:  Is there a good stopping point | 05:14:08 |
| 2 | coming up soon? | 05:14:11 |
| 3 | MR. McCONNELL:  Yes. | 05:14:14 |
| 4 | MS. KITCHEL:  I think we are pretty close. | 05:14:17 |
| 5 | We have identified a good stopping point. | 05:14:20 |
| 6 | MR. BACH:  Okay. | 05:14:20 |
| 7 | MS. KITCHEL:  And we are getting there. | 05:14:21 |
| 8 | 5:30 I think is reasonable. | 05:14:23 |
| 9 | MR. BACH:  Okay. | 05:14:27 |
| 10 | MR. McCONNELL:  Fair? | 05:14:27 |
| 11 | MR. BACH:  Yes. | 05:14:28 |
| 12 | BY MR. McCONNELL: | 05:14:49 |
| 13 | Q    Let's go around to issues that arose it | 05:14:49 |
| 14 | looks like the January 2012 timeframe. | 05:14:53 |
| 15 | At this point how many semesters in were | 05:14:57 |
| 16 | you? | 05:15:02 |
| 17 | A    January 2012? | 05:15:02 |
| 18 | Q    Yes. | 05:15:04 |
| 19 | A    I believe that would have been the start of | 05:15:05 |
| 20 | my fourth semester at the medical school. | 05:15:06 |
| 21 | Q    Were there some issues that came up at that | 05:15:11 |
| 22 | point in how you were doing? | 05:15:14 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

227

| | | |
|---|---|---|
| 1 | A    Yes.  I believe so. | 05:15:19 |
| 2 | Q    What were those issues? | 05:15:21 |
| 3 | A    I believe Dr. Kakar and Dr. Cytowic.  I | 05:15:25 |
| 4 | think I had some issue in the class.  I don't remember | 05:15:36 |
| 5 | exactly. | 05:15:45 |
| 6 | Q    Which class? | 05:15:46 |
| 7 | A    Their DPS class. | 05:15:47 |
| 8 | Q    And what were the issues that came up? | 05:15:52 |
| 9 | A    I remember we were reviewing our -- what is | 05:15:59 |
| 10 | it called -- the Clinical Subjective Exam from the | 05:16:07 |
| 11 | prior semester at the end, you know, the final exam, | 05:16:11 |
| 12 | where you have to practice with the patients.  I | 05:16:15 |
| 13 | remember just briefly talking to them after that class | 05:16:17 |
| 14 | one on one with me and Dr. Kakar and Dr. Cytowic and | 05:16:20 |
| 15 | talking about just relating to them a lot of the | 05:16:26 |
| 16 | difficulty I was having. | 05:16:31 |
| 17 | Q    Were you also in contact with a Dr. Flory | 05:16:36 |
| 18 | about these issues? | 05:16:40 |
| 19 | A    I don't believe at that time. | 05:16:43 |
| 20 | I think the only time I had contacted | 05:16:45 |
| 21 | Dr. Flory was I believe sometime during the first | 05:16:48 |
| 22 | year.  I had to do a remediation for the practice | 05:16:53 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

228

| | | |
|---|---|---|
| 1 | standardized patient exam that we take at the end of | 05:16:57 |
| 2 | the semester.  That was the only time that I had | 05:16:59 |
| 3 | talked with her to review kind of the videotape of | 05:17:02 |
| 4 | performing in front of the patient or something.  She | 05:17:07 |
| 5 | was observing it.  I can't remember. | 05:17:10 |
| 6 | But I don't think on -- you said | 05:17:12 |
| 7 | January 2012?  Is that the date? | 05:17:14 |
| 8 | Q    Yes. | 05:17:18 |
| 9 | A    I don't recall speaking with her at that | 05:17:18 |
| 10 | time. | 05:17:20 |
| 11 | Q    That was earlier the conversation with | 05:17:21 |
| 12 | Dr. Flory? | 05:17:23 |
| 13 | A    I believe so.  Yeah. | 05:17:24 |
| 14 | I believe that might have been early fall | 05:17:26 |
| 15 | semester of 2011 or spring semester 2011.  I really | 05:17:29 |
| 16 | don't remember the date off the top of my head right | 05:17:36 |
| 17 | now. | 05:17:41 |
| 18 | Q    Did you have a conversation with | 05:18:11 |
| 19 | Dr. Cytowic and Dr. Kakar about your performance in | 05:18:14 |
| 20 | their class? | 05:18:19 |
| 21 | A    I had numerous conversations with them. | 05:18:20 |
| 22 | Q    Did they ever discuss with you that there | 05:18:28 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

229

| | | |
|---|---|---|
| 1 | appeared to be a compartmentalization between your | 05:18:30 |
| 2 | medical school endeavors and the rest of your life? | 05:18:33 |
| 3 | A    Can you elaborate on that?  I don't know | 05:18:38 |
| 4 | what you mean by compartmentalization. | 05:18:41 |
| 5 | Q    Did you discuss with them that there was a | 05:18:41 |
| 6 | problem that you appeared to be actively avoiding | 05:18:44 |
| 7 | socializing with the medical school peers? | 05:18:46 |
| 8 | A    Yeah.  I believe I had that conversation | 05:18:51 |
| 9 | with them. | 05:18:53 |
| 10 | I think some of the gist of that | 05:18:54 |
| 11 | conversation was the fact that I was speaking with | 05:18:55 |
| 12 | them about how I had some anxiety issues and they | 05:18:59 |
| 13 | suggested that I hang out more with my classmates. | 05:19:03 |
| 14 | But I mean I don't know. | 05:19:07 |
| 15 | Q    Did that seem a sensible suggestion if you | 05:19:10 |
| 16 | are in medical school it probably would be helpful to | 05:19:13 |
| 17 | spend time around your medical student colleagues? | 05:19:16 |
| 18 | A    I mean I had no problem.  I mean I have | 05:19:19 |
| 19 | friends in medical school that I still keep in contact | 05:19:21 |
| 20 | with.  I didn't feel that that would help. | 05:19:24 |
| 21 | I mean what I had was actually, you know, | 05:19:26 |
| 22 | some anxiety issue that was really bothering me when I | 05:19:28 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

230

| | | |
|---|---|---|
| 1 | was performing in that class. | 05:19:33 |
| 2 | Q    By the way, did you tell Dr. Cytowic and | 05:19:36 |
| 3 | Kakar that in response to the cervical complication | 05:19:40 |
| 4 | that your father had experienced, did you tell them | 05:19:43 |
| 5 | that you don't -- did you tell them I don't trust | 05:19:48 |
| 6 | surgeons? | 05:19:53 |
| 7 | A    I think I told them before that I wanted to | 05:19:53 |
| 8 | be a surgeon.  I really don't remember saying that. | 05:19:55 |
| 9 | Q    Do you recall telling them that as an | 05:19:59 |
| 10 | undergraduate I hated premeds, I thought they were all | 05:20:03 |
| 11 | liars and cheats, I don't think that now? | 05:20:06 |
| 12 | Do you remember making that statement to | 05:20:10 |
| 13 | Dr. Cytowic and Kakar? | 05:20:12 |
| 14 | A    I think I was talking to them about I think | 05:20:13 |
| 15 | kind of my experience with the undergrads that try to | 05:20:15 |
| 16 | go to medical school.  A lot of them are really | 05:20:22 |
| 17 | aggressive about doing well at any cost. | 05:20:25 |
| 18 | Q    In the period January 2012 into the spring | 05:20:32 |
| 19 | did you discuss any of these issues with Dean | 05:20:36 |
| 20 | Goldberg? | 05:20:39 |
| 21 | A    You said January 2012 into the spring?  Is | 05:20:40 |
| 22 | that correct? | 05:20:42 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

231

| | | |
|---|---|---|
| 1 | Q     From January on.  From January on did you | 05:20:43 |
| 2 | speak with Dean Goldberg about these issues? | 05:20:46 |
| 3 | A     Yes. | 05:20:49 |
| 4 | She made an appointment with me.  I think | 05:20:49 |
| 5 | one of them she had to cancel one.  The other one I | 05:20:52 |
| 6 | had to cancel.  And then I think at the end of the | 05:20:54 |
| 7 | semester, you know, at the very, very end was finally | 05:20:57 |
| 8 | when I managed to meet with her. | 05:20:59 |
| 9 | Q     Did you meet with Dean Goldberg sometime | 05:21:05 |
| 10 | around March 20, 2012? | 05:21:08 |
| 11 | A     Yes.  At the end of the spring semester. | 05:21:12 |
| 12 | That seems about right. | 05:21:15 |
| 13 | Q     There had been two other meetings set up | 05:21:20 |
| 14 | with Dean Goldberg which you canceled, correct? | 05:21:24 |
| 15 | A     I believe one of them she canceled.  I | 05:21:25 |
| 16 | think her secretary contacted me.  And one of them I | 05:21:28 |
| 17 | had to cancel because I couldn't make it. | 05:21:31 |
| 18 | Q     Did you raise with Dean Goldberg during the | 05:21:42 |
| 19 | meeting on or about March 20, 2012 anything about | 05:21:47 |
| 20 | disabilities, problems with concentration? | 05:21:52 |
| 21 | A     I mean I believe at that time I mainly just | 05:21:59 |
| 22 | spoke with her about my anxiety and depression that | 05:22:03 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

232

| | | |
|---|---|---|
| 1 | were negatively impacting me in school. | 05:22:06 |
| 2 | Q    So you specifically mentioned to Dean | 05:22:09 |
| 3 | Goldberg that you were having anxiety and depression? | 05:22:11 |
| 4 | A    Uh-huh.  I remember that being a common | 05:22:13 |
| 5 | theme of my conversations with many of the faculty | 05:22:16 |
| 6 | members. | 05:22:19 |
| 7 | Q    Did Dr. Durr -- I take it you reported this | 05:22:20 |
| 8 | to Dr. Durr who now is your therapist, correct? | 05:22:25 |
| 9 | A    He is my primary care physician. | 05:22:28 |
| 10 | Q    And your therapist? | 05:22:30 |
| 11 | A    He is my primary care physician. | 05:22:32 |
| 12 | Q    Well, were you getting therapy from him? | 05:22:34 |
| 13 | A    I was seeing him for any issues that came | 05:22:35 |
| 14 | up. | 05:22:38 |
| 15 | Q    Would it be fair to say that you were | 05:22:39 |
| 16 | getting therapy at this timeframe from your private | 05:22:41 |
| 17 | attending physician Dr. Durr? | 05:22:45 |
| 18 | A    I mean I was seeing him for any issues that | 05:22:47 |
| 19 | came up. | 05:22:49 |
| 20 | Q    Did that include therapy? | 05:22:50 |
| 21 | A    I just saw him for general appointments.  I | 05:22:53 |
| 22 | saw him for appointments to discuss any issues that | 05:22:56 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

233

| | | |
|---|---|---|
| 1 | were concerning to me. | 05:22:58 |
| 2 | Q    Did you see him for therapy? | 05:22:59 |
| 3 | A    I just saw him for any issues that came up. | 05:23:03 |
| 4 | That is the only thing I did. | 05:23:07 |
| 5 | Q    Did he prescribe any medications for | 05:23:08 |
| 6 | depression? | 05:23:11 |
| 7 | A    No. | 05:23:12 |
| 8 | The only thing I received was Adderall. | 05:23:12 |
| 9 | Q    When you met with Dr. Durr did you spend | 05:23:20 |
| 10 | time talking with him about depression and what he | 05:23:24 |
| 11 | might do for you or what you might do for yourself to | 05:23:28 |
| 12 | address any depression you were having? | 05:23:32 |
| 13 | A    I mean the only time off the top of my head | 05:23:34 |
| 14 | right now that I recall was that January something | 05:23:37 |
| 15 | 2011 date. | 05:23:40 |
| 16 | Q    January 11th, 2011? | 05:23:41 |
| 17 | A    January 11th, 2011 when I had relayed to | 05:23:43 |
| 18 | him kind of some of the depression issues regarding my | 05:23:49 |
| 19 | friend's suicide.  And that is when he had suggested | 05:23:54 |
| 20 | that I see the therapist at school. | 05:23:56 |
| 21 | Q    Which you didn't do, correct? | 05:24:00 |
| 22 | A    Correct. | 05:24:02 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

234

| | | |
|---|---|---|
| 1 | I continued to see Dr. Durr as my primary | 05:24:04 |
| 2 | care physician. | 05:24:06 |
| 3 | Q   But he wasn't giving you psychological | 05:24:10 |
| 4 | therapy, was he? | 05:24:14 |
| 5 | A   He was giving me primary care services. | 05:24:14 |
| 6 | Q   But it wouldn't be accurate to describe it | 05:24:19 |
| 7 | as psychological therapy, would it? | 05:24:22 |
| 8 | A   I don't know how to answer that question. | 05:24:25 |
| 9 | Q   Now, in 2012 you were taking this practice | 05:24:34 |
| 10 | of medicine POM course, correct? | 05:24:39 |
| 11 | A   In 2000 what?  Sorry. | 05:24:40 |
| 12 | Q   '12. | 05:24:42 |
| 13 | A   Okay. | 05:24:43 |
| 14 | Q   Right? | 05:24:43 |
| 15 | A   Yes. | 05:24:44 |
| 16 | Q   And you got a conditional grade in that | 05:24:48 |
| 17 | course? | 05:24:50 |
| 18 | A   At the end. | 05:24:50 |
| 19 | Q   Why did that happen?  What happened? | 05:24:51 |
| 20 | A   I got terrible evaluations from Dr. Seema | 05:24:53 |
| 21 | Kakar and Dr. Richard Cytowic. | 05:25:00 |
| 22 | Q   And what about your performance as far as | 05:25:03 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

235

| | |
|---|---|
| 1 | you could perceive caused you to get that poor | 05:25:06 |
| 2 | evaluation?  What were you doing or not doing? | 05:25:10 |
| 3 | A    I mean I believe that -- you know, honestly | 05:25:13 |
| 4 | I believe the evaluation that they gave me was | 05:25:23 |
| 5 | somewhat punitive.  They, you know, as part of the | 05:25:25 |
| 6 | evaluation I remember that they noted that -- I can't | 05:25:29 |
| 7 | remember off the top of my head what words they used I | 05:25:33 |
| 8 | mean unless you can produce a document, but I remember | 05:25:37 |
| 9 | it said something about how I needed to get help for | 05:25:41 |
| 10 | some of these issues.  I remember that was one of the | 05:25:42 |
| 11 | concerns and they gave me failing evaluations | 05:25:45 |
| 12 | punitively down the line. | 05:25:48 |
| 13 | Q    When you say they thought you needed some | 05:25:50 |
| 14 | help with the concerns they raised what type of help | 05:25:54 |
| 15 | did they suggest that you needed? | 05:25:56 |
| 16 | A    I don't recall what the document said.  I | 05:25:56 |
| 17 | think they just said I needed some intervention of | 05:25:59 |
| 18 | some sort. | 05:26:01 |
| 19 | Q    Did you follow-up and get that | 05:26:02 |
| 20 | intervention? | 05:26:03 |
| 21 | A    I honestly never saw that document until | 05:26:04 |
| 22 | Dr. Mintz had showed it to me when I saw him I believe | 05:26:06 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

236

| | | |
|---|---|---|
| 1 | in I want to say the fall semester of 2012. | 05:26:15 |
| 2 | Q    Even then did you follow-up on any | 05:26:20 |
| 3 | suggestions they made? | 05:26:22 |
| 4 | A    I mean all their suggestion was to seek | 05:26:24 |
| 5 | intervention. | 05:26:24 |
| 6 | Q    Did you do that? | 05:26:29 |
| 7 | A    I had an appointment with Dean Goldberg, | 05:26:31 |
| 8 | Dean Yolanda Haywood, also Dr. Mintz, to kind of | 05:26:39 |
| 9 | discuss -- well, I had a meeting with Dr. Mintz to | 05:26:39 |
| 10 | discuss kind of my conditional grade and I hadn't | 05:26:43 |
| 11 | raised the concern of, you know, I had these issues | 05:26:45 |
| 12 | with depression, anxiety and all those other things. | 05:26:47 |
| 13 | Q    Did you tell them, by the way, that at that | 05:26:51 |
| 14 | point you were in therapy with Dr. Durr for your | 05:26:53 |
| 15 | depression and anxiety? | 05:26:57 |
| 16 | A    When I met with Dean Goldberg and Dean | 05:26:58 |
| 17 | Haywood at that time? | 05:27:00 |
| 18 | Q    Yes. | 05:27:00 |
| 19 | A    I had spoken to them about my ADHD | 05:27:00 |
| 20 | diagnosis. | 05:27:03 |
| 21 | Q    Different question. | 05:27:03 |
| 22 | Did you tell Dean Goldberg, Dr. Mintz or | 05:27:04 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

237

| | | |
|---|---|---|
| 1 | anyone else at that time that you were in therapy with | 05:27:09 |
| 2 | Dr. Durr for your depression and anxiety, that you had | 05:27:12 |
| 3 | taken care of that issue because you were with | 05:27:15 |
| 4 | Dr. Durr for therapy? | 05:27:17 |
| 5 | A    I mean I had I told them that I was seeing | 05:27:18 |
| 6 | Dr. Durr as a general practitioner and he had | 05:27:19 |
| 7 | diagnosed my ADHD. | 05:27:24 |
| 8 | Q    But that is a different question. | 05:27:26 |
| 9 | A    How is it so? | 05:27:28 |
| 10 | Q    Your anxiety and depression did you tell | 05:27:29 |
| 11 | them that you were in therapy with Dr. Durr? | 05:27:31 |
| 12 | A    I told them that I had seen Dr. Durr for my | 05:27:33 |
| 13 | anxiety, depression and my ADHD. | 05:27:36 |
| 14 | Q    Now, it looks as if in July 2012 Dr. Mintz | 05:27:53 |
| 15 | e-mailed you about your conditional grade in POM and | 05:28:01 |
| 16 | your need to remediate and that he needed to meet with | 05:28:06 |
| 17 | you to discuss this and how to proceed. | 05:28:13 |
| 18 | Did you have a meeting with Dr. Mintz to | 05:28:16 |
| 19 | work through this conditional grade and remediation of | 05:28:17 |
| 20 | the grade? | 05:28:22 |
| 21 | A    Yes. | 05:28:22 |
| 22 | I believe I had it -- I can't remember the | 05:28:22 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

238

| | | |
|---|---|---|
| 1 | date off the top of my head.  I had it right before I | 05:28:25 |
| 2 | started -- well, the reason why I didn't meet with him | 05:28:34 |
| 3 | immediately was because I was taking the Board Exam. | 05:28:36 |
| 4 | So I met with him right before the fall semester, | 05:28:39 |
| 5 | right before I started my surgical rotation. | 05:28:44 |
| 6 |         MR. McCONNELL:  Let's mark this next | 05:28:46 |
| 7 | document as Exhibit 20. | 05:28:46 |
| 8 |         (Chenari Exhibit 20 was marked for | 05:28:46 |
| 9 | identification and is attached to the deposition | 05:28:46 |
| 10 | transcript.) | 05:29:03 |
| 11 | BY MR. McCONNELL: | 05:29:03 |
| 12 |     Q    Does Exhibit 20 reflect an e-mail exchange | 05:29:05 |
| 13 | between you and Dr. Mintz concerning this issue? | 05:29:08 |
| 14 |     A    Correct. | 05:29:10 |
| 15 |     Q    Did it appear to you that Dr. Mintz worked | 05:29:15 |
| 16 | with you in a reasonable way in an effort to get this | 05:29:19 |
| 17 | issue remediated? | 05:29:21 |
| 18 |     A    I worked with him to remediate the class, | 05:29:22 |
| 19 | the POM class, which I got a conditional in. | 05:29:25 |
| 20 |     Q    Was that done successfully?  Did you get | 05:29:29 |
| 21 | that done? | 05:29:30 |
| 22 |     A    Uh-huh. | 05:29:30 |

239

| | | |
|---|---|---|
| 1 | I met with -- actually I had to join in a | 05:29:31 |
| 2 | clinic with Dr. Mintz, Dr. Andrea Flory, Dr. Blatt, | 05:29:35 |
| 3 | Dr. Posner, I believe that was all -- with them in | 05:29:46 |
| 4 | clinic so that they could evaluate me to see if I was | 05:29:50 |
| 5 | competent enough to proceed to the clinical years. | 05:29:53 |
| 6 | Q    We are coming around to the fall of 2012. | 05:30:05 |
| 7 | You were scheduled for certain clinical | 05:30:09 |
| 8 | rotations that fall, correct? | 05:30:10 |
| 9 | A    Correct. | 05:30:12 |
| 10 | Q    And you did not start those as I understand | 05:30:13 |
| 11 | it, right? | 05:30:15 |
| 12 | A    I missed the first two rotations.  I | 05:30:15 |
| 13 | started with the surgery clerkship. | 05:30:18 |
| 14 | Q    Why did you miss your first two clinical | 05:30:21 |
| 15 | rotations? | 05:30:23 |
| 16 | A    Because I postponed taking my Step 1 Shelf | 05:30:24 |
| 17 | Exam or Board Exam. | 05:30:28 |
| 18 | Q    Why did you do that? | 05:30:30 |
| 19 | A    I believe that summer I -- well, I went to | 05:30:35 |
| 20 | some physical therapy for that, you know, the groin, | 05:30:42 |
| 21 | the sprain issue that I was facing. | 05:30:46 |
| 22 | Q    So the physical therapy cut into what? | 05:30:46 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

240

| | | |
|---|---|---|
| 1 | Your prep time? | 05:30:49 |
| 2 | A    No. | 05:30:50 |
| 3 | I mean honestly it was just I wanted to -- | 05:30:51 |
| 4 | I was I guess just exhausted with school. | 05:30:59 |
| 5 | Q    You what? | 05:31:04 |
| 6 | A    Exhausted.  I was depressed.  And I could | 05:31:04 |
| 7 | not study for the exam at all.  I just kept postponing | 05:31:07 |
| 8 | it. | 05:31:12 |
| 9 | Q    So because you had postponed a Shelf Exam | 05:31:14 |
| 10 | you weren't ready to take on the two clinical | 05:31:18 |
| 11 | rotations that fall? | 05:31:21 |
| 12 | A    Yes.  Until you take the Board Exam you | 05:31:22 |
| 13 | cannot start the rotations. | 05:31:25 |
| 14 | Q    So you started the surgery rotation? | 05:31:27 |
| 15 | A    Correct. | 05:31:29 |
| 16 | Q    Was that the only rotation you had that | 05:31:30 |
| 17 | fall? | 05:31:32 |
| 18 | A    That was the only rotation.  That was the | 05:31:32 |
| 19 | last one of the semester. | 05:31:34 |
| 20 | Q    In light of these events you had an e-mail | 05:31:43 |
| 21 | exchange with Dean Goldberg about where you stood in | 05:31:47 |
| 22 | the law school program and how to structure it so that | 05:31:53 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

241

| | | |
|---|---|---|
| 1 | you could stay in the program and move forward.  True? | 05:31:56 |
| 2 | A    I met with them after taking the Shelf | 05:31:59 |
| 3 | Exam -- sorry -- the Step 1 Board Exam to I guess | 05:32:03 |
| 4 | continue with the semester and try to graduate on | 05:32:10 |
| 5 | time.  And that was at that time that I had spoken | 05:32:14 |
| 6 | with them about my ADHD diagnosis. | 05:32:16 |
| 7 | MR. McCONNELL:  Let's mark this 21. | 05:32:20 |
| 8 | (Chenari Exhibit 21 was marked for | 05:32:32 |
| 9 | identification and is attached to the deposition | 05:32:32 |
| 10 | transcript.) | 05:32:34 |
| 11 | BY MR. McCONNELL: | 05:32:34 |
| 12 | Q    We have marked as Deposition Exhibit 21 and | 05:32:45 |
| 13 | placed before you a two page document of e-mails. | 05:32:48 |
| 14 | Does this reflect correspondence between | 05:32:54 |
| 15 | you, Dr. Haywood and Dean Goldberg concerning this | 05:32:57 |
| 16 | matter? | 05:33:01 |
| 17 | A    Yes. | 05:33:01 |
| 18 | This was when I met with them to discuss | 05:33:02 |
| 19 | how to, you know, if I could start the semester and to | 05:33:05 |
| 20 | discuss about my -- you know, let them know about my | 05:33:07 |
| 21 | ADHD diagnosis. | 05:33:11 |
| 22 | Q    You e-mailed Dean Goldberg on | 05:33:13 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

242

| | | |
|---|---|---|
| 1 | September 20th saying you wanted to come in and | 05:33:15 |
| 2 | develop a plan. | 05:33:18 |
| 3 | Dean Goldberg got back to you the next day | 05:33:20 |
| 4 | September 21 -- no -- the same day September 20 saying | 05:33:23 |
| 5 | of course, come on in Monday, October 1st, 10:30, to | 05:33:28 |
| 6 | meet with me and Dean Haywood, correct? | 05:33:32 |
| 7 | A    Correct. | 05:33:35 |
| 8 | Q    And so I take it that happened? | 05:33:36 |
| 9 | A    I met with them on October 3rd. | 05:33:39 |
| 10 | Q    And you e-mailed back on October 5th to | 05:33:44 |
| 11 | Dean Goldberg and Haywood:  Thank you both for taking | 05:33:54 |
| 12 | the time out of your schedules to meet with me.  Per | 05:33:59 |
| 13 | our conversation this past Wednesday, I would like to | 05:34:03 |
| 14 | continue with my program of study beginning with the | 05:34:06 |
| 15 | third rotation in two weeks.  Please advise if there | 05:34:09 |
| 16 | is anything else I need to do. | 05:34:14 |
| 17 | Correct? | 05:34:15 |
| 18 | A    Correct. | 05:34:16 |
| 19 | Q    And Dean Haywood e-mailed back:  That's | 05:34:19 |
| 20 | fine.  Nothing else you need to do from my end. | 05:34:19 |
| 21 | Right? | 05:34:25 |
| 22 | A    Correct. | 05:34:25 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

243

| | | |
|---|---|---|
| 1 | Q    Now, you say during this period of time you | 05:34:25 |
| 2 | told them that you had ADHD and was suffering | 05:34:27 |
| 3 | depression and anxiety and everything? | 05:34:30 |
| 4 | A    Correct.  That was part of our | 05:34:32 |
| 5 | conversation. | 05:34:34 |
| 6 | Q    And what, if anything, did they tell you to | 05:34:35 |
| 7 | do? | 05:34:37 |
| 8 | A    I mean Dean Goldberg just gave me the | 05:34:37 |
| 9 | number for the University Counseling Center. | 05:34:40 |
| 10 | Q    And in giving you the number for the | 05:34:43 |
| 11 | University Counseling Center what, if anything, did | 05:34:47 |
| 12 | she say was the purpose for giving you that | 05:34:50 |
| 13 | information? | 05:34:52 |
| 14 | A    I guess mainly she focused on my anxiety | 05:34:54 |
| 15 | and depression and that I could speak with them, you | 05:34:57 |
| 16 | know, regarding that issue. | 05:35:00 |
| 17 | Q    And you didn't have time to follow-up as | 05:35:06 |
| 18 | you told us earlier with the Counseling Center, | 05:35:08 |
| 19 | correct? | 05:35:10 |
| 20 | A    Correct.  Yes.  With the clinical rotation | 05:35:11 |
| 21 | there was no time. | 05:35:13 |
| 22 | Q    Well, in light of Dean Goldberg's referral | 05:35:19 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

244

| | | |
|---|---|---|
| 1 | to the Counseling Center and your inability because of | 05:35:23 |
| 2 | time constraint to follow-up there, did you follow-up | 05:35:28 |
| 3 | anywhere else on the issues that were discussed with | 05:35:30 |
| 4 | Dean Goldberg and Haywood? | 05:35:33 |
| 5 | A    I mean nobody followed up with me and I -- | 05:35:36 |
| 6 | Q    Different question. | 05:35:38 |
| 7 | Did you do anything further about it? | 05:35:39 |
| 8 | A    I just started the rotation. | 05:35:40 |
| 9 | Q    Did you get back to Dr. Durr and say, hey, | 05:35:42 |
| 10 | I don't have time to access the Counseling Center, can | 05:35:45 |
| 11 | I come in and meet with you and deal with these issues | 05:35:49 |
| 12 | as part of my therapy with you? | 05:35:52 |
| 13 | A    I remember meeting with him for like a sore | 05:35:55 |
| 14 | throat or a cough issue. | 05:35:59 |
| 15 | Q    You remember meeting him for what? | 05:36:01 |
| 16 | A    A sore throat or a cough that had come up. | 05:36:02 |
| 17 | Q    Was that part of your anxiety and | 05:36:05 |
| 18 | depression or was that something else? | 05:36:07 |
| 19 | A    It was something else. | 05:36:09 |
| 20 | But I remember that immediately after this | 05:36:10 |
| 21 | meeting that was when I started the rotation. | 05:36:13 |
| 22 | Q    Now, were you referred on October 4 to | 05:36:21 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

245

| | | |
|---|---|---|
| 1 | another counselor? | 05:36:33 |
| 2 | A    October 4? | 05:36:33 |
| 3 | Q    2012. | 05:36:40 |
| 4 | A    Was that -- let me see. | 05:36:40 |
| 5 | (Chenari Exhibit 22 was marked for | 05:36:40 |
| 6 | identification and is attached to the deposition | 05:36:40 |
| 7 | transcript.) | 05:36:58 |
| 8 | BY MR. McCONNELL: | 05:36:58 |
| 9 | Q    On October 4, 2012 did you get an e-mail | 05:36:59 |
| 10 | from Anne Gialanella, a Clinical Associate at The Viva | 05:37:02 |
| 11 | Center? | 05:37:07 |
| 12 | A    I got this e-mail from Andrea Flory. | 05:37:07 |
| 13 | Q    I'm sorry.  Dr. Flory.  Yes.  Sorry. | 05:37:10 |
| 14 | Dr. Flory at GW sent you an e-mail | 05:37:13 |
| 15 | 9 o'clock in the morning of October 4, correct? | 05:37:16 |
| 16 | A    Correct. | 05:37:18 |
| 17 | I remember reading this e-mail. | 05:37:18 |
| 18 | Q    And she referred you -- I'm sorry for my | 05:37:20 |
| 19 | confusion -- to Anne Gialanella, a Clinical Associate | 05:37:24 |
| 20 | at The Viva Center, and highly recommended her to you. | 05:37:30 |
| 21 | She said she is a wonderful counselor with whom she | 05:37:30 |
| 22 | was working with at that time in a program to help | 05:37:30 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

246

| | | |
|---|---|---|
| 1 | students, particularly students who have a lot of | 05:37:44 |
| 2 | anxiety around the PBE exams. | 05:37:48 |
| 3 | What are the PBE exams? | 05:37:51 |
| 4 | A Those are the actor patient exams. | 05:37:53 |
| 5 | Q So here is a recommendation to a therapist. | 05:38:00 |
| 6 | When did you contact Ms. Gialanella? | 05:38:04 |
| 7 | A As I said before, this is when I had | 05:38:07 |
| 8 | started the surgery clinical rotation and there was no | 05:38:09 |
| 9 | time. | 05:38:12 |
| 10 | Q Did you ever follow-up with Ms. Gialanella? | 05:38:16 |
| 11 | A No. | 05:38:21 |
| 12 | Q Why? | 05:38:21 |
| 13 | A I mean the rotations took up all my time. | 05:38:24 |
| 14 | Q Was that the University's fault? | 05:38:38 |
| 15 | A I mean they could have excused me from some | 05:38:49 |
| 16 | responsibilities. | 05:38:52 |
| 17 | Q Did you ask to be excused so you could go | 05:38:53 |
| 18 | get therapy with Ms. Gialanella? | 05:38:58 |
| 19 | A No. | 05:39:17 |
| 20 | MR. McCONNELL: This may be a convenient | 05:39:18 |
| 21 | time to take a break. | 05:39:19 |
| 22 | MR. BACH: For two months or so? | 05:39:22 |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

247

| | | |
|---|---|---|
| 1 | MR. McCONNELL:  Off the record. | 05:39:26 |
| 2 | THE VIDEOGRAPHER:  We are going off the | 05:39:27 |
| 3 | record.  The time is 5:39. | 05:39:29 |
| 4 | THE COURT REPORTER:  Mr. Bach, do you get a | 05:39:29 |
| 5 | copy of the transcript? | 05:41:17 |
| 6 | MR. BACH:  Yes please. | 05:41:17 |
| 7 | THE COURT REPORTER:  Is this regular | 05:41:17 |
| 8 | delivery? | 05:41:21 |
| 9 | MR. McCONNELL:  Regular delivery. | 05:41:21 |
| 10 | MR. BACH:  I am not going to order the | |
| 11 | videotape at this time. | |
| 12 | What about reading and signing? | |
| 13 | MR. McCONNELL:  As far as I am concerned we | |
| 14 | can hold it open until we are finished. | |
| 15 | MR. BACH:  That is fine. | |
| 16 | (Off the record at 5:45 p.m.) | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |

VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

248

CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

1
2          I, Paula J. Eastes, Registered

3    Professional Reporter, the officer before whom the

4    foregoing proceedings were taken, do hereby certify

5    that the foregoing transcript is a true and correct

6    record of the proceedings; that said proceedings were

7    taken by me stenographically and thereafter reduced to

8    typewriting under my supervision; and that I am

9    neither counsel for, related to, nor employed by any

10   of the parties to this case and have no interest,

11   financial or otherwise, in its outcome.

12            IN WITNESS WHEREOF, I have hereunto set my

13   hand and affixed my notarial seal this 10th day of

14   March 2015.

15

16   My commission expires: February 14, 2016

17

18

19   Paula J. Eastes

20   NOTARY PUBLIC IN AND FOR THE

21   DISTRICT OF COLUMBIA

22

**A**

**abandon**
141:16
**abbreviated**
24:12
**abbreviation**
25:2
**Abdol**
8:18
**abdomen**
26:3
**abide**
204:14
**abilities**
169:15,22 170:10
  170:12 171:13
**ability**
11:10 18:19 19:6
  137:15 174:4
  177:1
**ABJ**
1:5 7:6
**able**
11:2,14 45:9
  53:18 61:7 68:2
  68:13 70:10
  80:9,10 86:22
  104:9,9 119:4
  120:10 125:10
  125:18,19 129:2
  129:3 133:15
  137:17 142:17
  169:10 172:15
  174:5,8 181:11
  183:16,18
  216:20 224:2,2
**abnormal**
29:9
**absent**
221:7
**absentminded**
138:10,15,19
**absolutely**
217:9
**absorbing**
70:12
**academic**

5:4,7 32:3 61:12
  61:22 119:1
  147:15 161:9,15
  162:2,5 182:7
  188:15,20
  189:18
**academically**
80:9 103:14
  122:21 123:1
  129:19
**academics**
123:1
**Academy**
99:19
**accept**
211:11 219:2
  220:7
**accepted**
24:18
**access**
151:22 154:9,10
  154:18 155:11
  168:10 172:19
  176:14 183:18
  244:10
**accessed**
157:9 173:18
  180:16
**accessing**
151:15 176:10
**accidents**
135:2,14
**accommodate**
223:11
**accommodated**
209:11
**accommodation**
122:18 145:12
  157:3,7 171:12
  174:18,20 175:8
  175:22 176:2,10
  176:12 179:12
  180:19 181:15
  185:16,19
  189:10
**accommodations**
145:15 155:11

156:11 170:14
  170:17 171:10
  183:17
**accomplished**
170:17 185:17
**account**
220:11
**accurate**
11:5 146:16
  234:6
**accurately**
52:21 147:8
**accuse**
122:1,7
**achievement**
182:8
**acing**
119:16
**acknowledge**
211:4
**acronym**
24:14 168:6
**Action**
1:5
**actively**
229:6
**activities**
67:21 81:22
**actor**
68:15 69:5,20
  70:2 71:14
  219:12 220:18
  246:4
**actors**
68:7
**actual**
38:8 166:17
  187:20 217:7
**Adderall**
77:14,18 79:6,10
  79:15 80:6,13
  80:16 83:22,22
  84:10,21 85:6
  85:16 86:19
  89:14 90:7
  233:8
**addition**

66:8,10 187:7
**additional**
193:4,15 215:19
**address**
9:3 98:7 111:6,7
  150:22 178:21
  209:13 224:10
  233:12
**addressed**
182:7 198:2
**ADHD**
77:9,14 78:1,7,12
  79:4 81:12,13
  83:21 87:7
  94:22 95:2,7,10
  164:11,17
  174:11,20 175:7
  175:13,21
  176:11 177:1
  178:21 180:17
  236:19 237:7,13
  241:6,21 243:2
**adhere**
208:2
**adhered**
208:3,5
**administered**
44:9
**admission**
12:15 15:7,11
  146:13 147:10
  155:12
**Admissions**
155:18
**admit**
202:17
**admittance**
12:11
**admitted**
15:9 105:7,8,12
  105:14,16,18
  114:5,16 115:6
  115:7,9,16
  144:10,13,13,16
  144:19,21 145:2
  148:15,17
**admonished**

137:10
**adult**
132:17,19 173:22
**advance**
179:6 187:20
**advanced**
101:15,21 125:9
**adverse**
10:12
**advice**
155:9 178:12
  180:9 188:15
  189:18
**advise**
155:21 156:5
  163:1 178:17
  242:15
**advised**
168:16 171:9
  178:19 189:6
**advises**
161:12
**advising**
202:5
**advocating**
126:20
**Affairs**
197:19
**affect**
11:10 104:2
  124:20
**affixed**
248:13
**afternoon**
8:7
**age**
36:13,15 101:17
  120:14 131:15
**aged**
123:8
**aggressive**
135:21 136:4
  230:17
**ago**
39:14 104:22
  108:13
**agree**

Case 1:14-cv-00929-ABJ   Document 24-1   Filed 09/18/15   Page 252 of 287
VIDEOTAPED DEPOSITION OF SNA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

250

24:12 27:4 29:8
140:7,12 154:6
189:5 217:5,9
**agreed**
102:20 141:13
**ahead**
81:7 155:16
178:15 212:4
**airport**
96:5
**Albany**
144:2,3,4,19
145:1
**alcohol**
34:16,18 35:3
**alive**
35:22 36:4,8,13
36:16,17
**allotted**
206:6
**allow**
223:12,18
**allowed**
106:17 132:3
191:18 193:4,14
196:14 203:8
213:19 215:19
216:9 222:13
**Allyson**
3:13 7:17
**altering**
170:18
**alternative**
222:17,17
**amazing**
115:15
**AMCAS**
4:19 146:1
**amount**
194:15,21
**Amy**
1:6 5:16
**analysis**
106:20 108:19
**Andrea**
6:10 239:2
245:12

**and/or**
155:11
**angry**
143:12,13
**Anne**
245:10,19
**announce**
204:19 205:17
**announcement**
205:22
**answer**
10:1,5 11:3,15
25:13 61:9 99:3
114:17 190:21
191:6,18,22
192:12 193:4
195:4 196:11,15
201:13 206:1,7
209:6,6,16
213:17,17,18
214:8,9 215:1,3
215:18 217:11
234:8
**answering**
19:2
**answers**
192:2 196:4,10,15
196:18 208:12
215:10,20
**Anthony**
1:22 7:9
**anticipates**
104:11
**anxiety**
46:18 47:3 50:19
50:21 54:12
55:9 66:12 67:2
67:5,16,17,20
68:13,14,17,20
69:4,9,10 70:4
71:13,15,21
72:3,9,10 77:20
78:4,12,22 79:1
79:13 80:4
81:14,17 83:10
84:6 85:11
86:20 88:13

89:18 91:13
114:2,18 125:19
148:12 178:20
220:15,17,18
229:12,22
231:22 232:3
236:12,15 237:2
237:10,13 243:3
243:14 244:17
246:2
**anxious**
71:9,11 218:20
**anybody**
58:14,18 59:8
91:7 113:5
121:22 135:22
142:22 174:16
184:18 188:16
**AP**
128:19
**apologize**
57:18
**appear**
69:17 238:15
**appeared**
66:4 70:11
221:12 229:1,6
**appears**
38:8 47:12 79:5
84:18 221:6
**applicants**
169:21 170:6,15
**application**
4:19 127:3 145:3
145:7 146:1,12
146:22
**applications**
139:16 143:11
**applied**
104:20 105:1,2,3
105:4,5,6
143:16,20,22
144:1,2,5
146:17 187:10
190:8
**apply**
104:16,21 143:19

**applying**
147:9
**appointment**
63:10 74:12 76:6
76:10,13 77:16
79:5 82:8 85:15
87:10 179:6
231:4 236:7
**appointments**
75:22 76:2,3,8,11
77:7,11,19 78:7
82:5,6 179:4
232:21,22
**apprehension**
178:11
**apprehensive**
80:1 89:21 90:4
178:9
**appropriate**
92:12 120:14
156:17 177:22
182:3,14 183:17
185:17 204:15
214:9 215:2
**appropriately**
170:14 207:22
209:1
**approved**
204:6 206:11
**approximately**
112:12
**aptitude**
182:7
**Arlington**
98:6
**arose**
226:13
**arrangements**
223:11
**arrival**
187:20
**arrive**
205:5 218:3
**arrived**
194:1 218:2
**arrow**
26:16 27:12

29:21 30:3,21
36:3,15,21,22
**articles**
127:17
**Ashburn**
97:1
**aside**
76:15,15 125:3
**asked**
18:12 20:1,8,14
109:7 127:4
**asking**
11:7 12:6 127:5
145:14 185:2,5
213:22 220:9
**aspect**
63:4 72:14
**aspiring**
200:18
**assembles**
160:18
**assessment**
26:9 52:19 180:6
**assigned**
36:10 107:18
139:12 203:1
**assignment**
119:8,10 120:4,5
130:17 222:8,17
**assignments**
59:2,5 110:2
119:4,6,12
120:17 129:2
131:9 224:4,7
**assistance**
161:14 163:4
**assistants**
48:4
**Associate**
245:10,19
**assume**
23:10 36:7 84:21
183:16 184:7
**assuming**
13:3
**assure**
193:6

**asterisk**
29:6 30:13
**attached**
4:7 5:2 6:2 16:15
  27:22 38:4 39:2
  42:12 47:8
  84:14 145:19
  153:4 158:11,16
  166:7 167:19
  172:5 186:1
  197:1 198:17
  199:7 200:20
  202:13 209:21
  213:2 216:14
  238:9 241:9
  245:6
**attacks**
70:4
**attempted**
180:4
**attend**
149:9 150:19
  158:2
**attended**
101:14 141:19
  149:7
**attending**
232:17
**attention**
48:9,20 49:19,22
  50:8 54:13
  72:13,19 73:5,7
  83:10 89:18
  214:12,14,16,17
  214:18
**Attention-Deficit**
5:13 173:1
**attentive**
133:13
**attorney**
7:19 10:18
**attorneys**
28:5
**auditory**
121:12
**August**
15:22 17:9,15

18:3 23:17
33:13,15,16
34:14 38:13
43:10 88:17,20
91:1 211:10
**authenticate**
216:20
**automatic**
155:17
**available**
152:12,20,22
  156:22 157:8,8
  162:13 164:2
  168:17 170:22
  173:6,10 176:17
  176:22 177:11
  180:13,15
**average**
123:7 212:12
**avoiding**
229:6
**aware**
22:9 164:1 171:2
  171:5 217:10
  220:10
**a.m**
218:1 221:10

**B**
**B**
4:6 5:1 6:1 126:5
**baby**
14:14
**Bach**
3:4,5 7:19,19
  8:20,22 12:22
  25:10 31:10
  34:19,22 44:16
  59:18 60:5
  62:13 67:7
  82:20 91:19
  92:3 103:1
  127:9 133:1
  138:12,21 141:6
  142:14 157:11
  166:13,16,19
  174:21 175:3,10
  183:1 184:5,20

185:1 207:7
223:19 226:1,6
226:9,11 246:22
247:4,6,10,15
**back**
12:20 13:7 29:19
  33:12 34:11
  38:17 39:9
  62:18 63:14
  65:22 75:5
  80:12 85:2 91:1
  96:4 99:6 116:3
  118:5,6,13
  133:9 134:10
  165:8 167:14
  189:21 196:19
  201:17,22 242:3
  242:10,19 244:9
**backpacks**
121:14
**back-up**
105:19 157:19
  211:18
**bad**
80:15
**Bahman**
13:16
**ball**
25:15
**ballpark**
21:7 49:9 87:11
  195:15
**Baptist**
99:18
**barrier**
135:7
**based**
44:14 80:20
  117:3,15 159:17
  182:3
**baseline**
80:13
**basic**
48:11,16 169:11
**basically**
171:7 185:2
**basis**

44:6
**Bate**
47:16 146:4
**Bates**
28:6 88:6
**bear**
212:13
**bears**
23:11
**becoming**
147:21
**bed**
223:3
**began**
149:6 150:20
**beginning**
22:12 82:5 99:5
  109:21 112:15
  114:22 190:18
  201:21 213:10
  214:4 242:14
**begins**
51:11
**begun**
147:2
**behalf**
3:3,11 122:17
  187:1
**behaves**
141:13
**behavior**
70:11 220:11
**behavioral**
103:10,16
**beings**
7:2
**believe**
13:12 14:1 18:22
  25:3,20 27:2
  28:22 30:8 33:3
  34:4,10 35:5
  36:6 41:6 42:4,7
  44:13 49:1
  50:18 51:12
  54:15 56:7,12
  62:10 63:20
  64:17 65:15,17

65:19 67:4,19
69:14 72:10
74:9 77:12,14
77:22 78:6 79:3
79:12 80:8,8
82:15 83:19
84:7,7 85:14
86:10 88:16,17
89:9 90:13,15
91:17 94:1,1
95:4 96:4
100:12 105:10
105:12 106:5
108:4,7,11
109:2,14 110:14
112:2 113:8,11
113:20,20
116:19 117:14
118:17,22 119:3
120:1 126:5
128:17 131:16
131:20 133:12
133:20 134:3
136:8 138:3
140:15 144:6,17
146:15 147:18
147:19 148:14
150:22 151:3,3
164:9,11,19
165:6 168:4
171:18,22 178:8
186:16,19,21
187:17 190:4
195:12 196:9
197:21 200:15
202:16 208:3,11
211:14 214:2
216:2,10 219:8
221:15 222:3,4
222:6,16 224:17
226:19 227:1,3
227:19,21
228:13,14 229:8
231:15,21 235:3
235:4,22 237:22
239:3,19
**belongings**

VIDEOTAPED DEPOSITION OF SRA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

252

122:12 203:4
**Berman**
1:6
**best**
18:19 19:5 21:4
51:5 53:18
62:10 67:14
91:15 126:20
179:17 223:17
**Bethlehem**
99:18
**better**
80:9,11,17 84:1,2
85:6,7,7 87:1
121:10 125:4,22
**beyond**
37:16 77:4 215:8
**big**
112:2 127:21
154:14 156:18
**Bill**
112:10,20,22,22
**billing**
118:5
**bills**
137:20
**bit**
49:4 75:8 79:12
79:13,22 80:17
85:10 87:4 92:7
110:15 114:6,22
118:13 123:11
131:12 135:19
150:4 182:17
200:22
**bites**
94:14
**bits**
94:17
**Blatt**
239:2
**block**
27:9 198:5,9
**blood**
28:12 29:2,4
33:21 48:13
**Board**

5:20 6:4 238:3
239:17 240:12
241:3
**body**
18:15 169:10
181:7
**bold**
154:15 156:18
171:19
**book**
131:4 194:10
213:17,18 214:7
215:1
**booklet**
194:11 196:5
**books**
121:15 190:22
**Boston**
96:4
**bother**
155:22 176:21
**bothering**
229:22
**bothers**
174:16
**bottom**
17:4 28:6 33:13
146:8,9 170:12
211:3
**Boulevard**
3:6
**break**
10:8,10,17 62:13
98:16 114:7
115:19 201:15
246:21
**breakfast**
124:11
**breaks**
10:12
**breast**
36:1,21
**Brie**
221:19 222:3
**brief**
22:11,14 34:15
36:9 116:6

**briefly**
21:19 95:4
174:14 227:13
**bright**
60:16 64:6 92:6
92:16 93:1
103:13 104:8,15
125:13
**brighter**
127:15
**bring**
103:14 111:21
127:17 203:15
212:13
**bringing**
111:20 121:9
**brother**
8:19 9:5,6 37:6
58:18 59:7
**brought**
81:1 113:2
223:22 224:20
**browse**
202:16
**browsed**
199:18,19,20
200:3 201:10
206:21
**bubble**
44:11,13 190:3,9
190:11 191:9,12
191:13,22 192:1
193:16 195:11
195:19 196:1
208:12 209:6
**bubbling**
191:8 192:11,22
193:8 195:3,9
196:10,14,17
206:7,16 207:2
208:6 209:16
213:19 216:8
217:11
**Buckley**
106:7
**buddies**
97:22

**buddy**
96:14,15
**building**
118:6
**built**
218:15
**bullet**
162:16
**bullied**
123:11,15 124:3
**burden**
224:12
**bus**
123:13,14 129:11
**busy**
200:4
**bypass**
147:20
**B-A-H-M-A-N**
13:17
**B-U-C-K-L-E-Y**
106:8

──────────
**C**
──────────
**C**
3:1,13 4:1 7:1
**Cal**
117:9,9
**calculations**
214:6,22
**calculators**
203:11
**calendar**
130:13,15 131:1
**call**
28:6 180:1,2
181:1
**called**
99:17,18 106:1,1
106:5 108:1
116:22 119:9,18
138:6 157:21
160:3 164:11
191:7,9 192:1
192:10 193:8
195:2,8,22
196:8 206:16
207:2 208:6

209:17 213:16
216:8,21 217:10
220:21 227:10
**calling**
179:3
**Calls**
25:10 31:10
59:18 67:7
82:20 91:20
103:1 127:9
133:1 141:6
142:14 174:21
184:5 207:7
**calm**
79:11 80:4 85:10
**CAMPBELL**
2:4 3:14
**campus**
111:19 187:20
188:7
**cancel**
231:5,6,17
**canceled**
143:10 231:14,15
**cancer**
36:1,21
**candid**
18:18
**Candidates**
210:20
**capabilities**
169:15,22 171:13
**capably**
11:3
**capital**
27:5 156:19,19
206:12,12
**caps**
161:14 163:3,13
**car**
131:19,20 133:4,6
134:2,4,5
136:11,14 137:5
**Card**
5:6
**cardiac**
26:2

Case 1:14-cv-00929-ABJ  Document 24-1  Filed 09/18/15  Page 255 of 287
VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

253

cards
138:6
care
143:7 169:5
    224:13 225:10
    232:9,11 234:2
    234:5 237:3
career
61:12 147:15
careful
133:13
carrying
73:18
case
7:6 63:4 154:3
    160:17,20,21
    212:19 248:10
casualty
118:7
catch
96:6
catch-up
166:3
categories
170:10 183:21
cause
25:7 36:14 67:6
    203:19
caused
124:1 150:6
    235:1
causing
68:13 177:9
    224:1,6
CBC
33:20
cell
98:9 136:19
    137:4,11 203:6
Center
147:4 162:6,10
    178:20 179:2,22
    180:1,2,10
    182:21 183:20
    184:3,12 243:9
    243:11,18 244:1
    244:10 245:11

245:20
Center's
162:5
Centreville
106:5
ceremony
157:22 158:2
    198:19 200:11
certain
165:11 174:4
    210:8 239:7
certainly
15:19 206:15
CERTIFICATE
248:1
certified
15:10
certify
248:4
cervical
230:3
Chain
6:6,8
chance
36:19
change
41:17,18 98:17
    136:19 137:5
changed
136:7
changing
137:1
Charleston
3:6
chart
29:20
Chase
111:9
cheats
230:11
check
12:11 15:17 16:2
    26:12 33:20
    86:12
checklist
18:14
checkmark

86:7
checkmarks
86:10
checks
48:16
checkup
13:13 17:18,21
    24:4,8 47:20
Chenari
1:3,12 2:1 4:2,8
    5:3 6:3,6,8,11
    7:3,4,20 8:3,7
    8:10,18,19,19
    16:14 27:21
    28:5 38:3 39:1
    42:11 47:7
    84:13 116:6
    145:18 146:4
    153:3 154:7
    158:10,15 166:6
    167:18,22 172:4
    185:5,22 196:22
    198:22 199:6
    202:4 209:20
    210:4 211:8
    213:1 216:13,19
    238:8 241:8
    245:5
Chevy
111:9
chief
6:4 48:8 216:21
childhood
12:21 14:2,16,18
    15:3 96:16
children
101:15
cholesterol
30:14
Christian
99:17,19
Christmastime
139:20
chronic
27:10 29:20 30:2
    30:21 31:5
Church

100:4
circle
20:17
circled
19:13 20:2,4,9,16
circumstances
220:10
cited
134:12,19
city
97:1 117:3
    127:22 134:11
Civic
131:21
civics
126:10
Civil
1:5 101:5
claims
9:15
clarification
166:13 204:1
class
4:19 5:14 46:20
    49:20 68:5 95:6
    100:7,13 121:4
    121:6 124:7
    127:15 128:19
    146:2 151:1,10
    186:5,10,14
    197:8,11,12,14
    218:1 219:7,11
    219:22 220:14
    220:15,17,19,22
    221:9,10,16
    222:1,3 227:4,6
    227:7,13 228:20
    230:1 238:18,19
classes
72:17 125:9
    222:5,11,22,22
    224:3,7
classmates
68:12 71:14
    176:3 208:19
    229:13
clear

37:2 193:21
    220:5
clearance
12:14 20:21 31:7
    40:1
clerkship
179:9 239:13
clerkships
169:13 171:8
client
117:7 134:10
clinic
239:2,4
clinical
169:4,13 179:12
    180:7 183:14
    185:13 222:17
    227:10 239:5,7
    239:14 240:10
    243:20 245:10
    245:19 246:8
Clinton
112:20,22
close
73:20 80:12 88:1
    91:11 107:8
    155:18 156:4,12
    169:15 170:16
    170:19 198:20
    205:6,13,20
    206:2,7,8 214:9
    215:3,9,10,20
    226:4
closed
190:21,22 213:18
closing
96:8
clothing
121:19
Cloud
112:1
clue
177:6,10,13
coat
122:11,14 157:21
    158:5,20 159:3
    159:5,22 198:19

200:11
**coating**
166:18
**Code**
198:18,19 199:2
200:10,11,15
202:10 204:14
211:1
**coincide**
18:1
**colleagues**
68:16 69:7,12
229:17
**collected**
205:19
**collection**
206:2
**college**
9:8 65:17 139:16
143:11 144:2
147:6 190:8
**colleges**
104:17,20
**colon**
156:18 198:10
**Columbia**
1:1 2:19 7:6
248:21
**come**
12:9 32:19 34:3
34:11 40:2
57:16,21 76:14
76:16 93:21
95:21 96:2,14
104:1 112:3
137:13,19
140:17 142:2
165:8 188:20
193:11 196:19
201:17 207:15
207:16 242:1,5
244:11,16
**comfortable**
40:19,22
**coming**
66:19,21 107:6
112:22 152:6

226:2 239:6
**comment**
92:13 93:22 94:1
125:3 135:22
136:5 140:19
142:17 147:8
165:19
**commented**
97:13,15,20 99:10
109:15 135:16
136:5,7,12
142:22 165:17
**commenting**
140:9 165:16
**Comments**
146:19
**commission**
248:16
**common**
25:19 36:14
169:10 232:4
**communication**
200:14
**communications**
136:15
**company**
105:22 108:1,16
109:21 116:20
116:21,22
**compartmental...**
229:1,4
**competency**
174:4
**competent**
239:5
**competently**
11:4
**competition**
112:6
**complaining**
45:22 50:6
**complains**
48:8
**complaint**
39:10 46:2,13,16
47:14 48:8
**complaints**

113:6
**complete**
33:21 59:4 88:1
119:4 130:19
146:16 170:11
193:15 194:10
223:13
**completed**
196:4
**completing**
59:2 61:15
**completion**
205:8
**complication**
230:3
**complies**
98:15 212:5
**complying**
208:8
**compounding**
220:4
**comprehension**
212:12
**comprehensive**
182:3
**computer**
94:8 101:7
128:19
**computing**
112:1
**concentrate**
80:10 85:7 87:1
125:18 177:2
**concentrating**
88:14
**concentration**
80:7 82:1 83:11
86:20 91:12
115:10 148:12
231:20
**concern**
57:10 83:10
220:14 236:11
**concerned**
60:2 75:8 247:13
**concerning**
46:15 233:1

238:13 241:15
**concerns**
24:7 217:15,18
235:11,14
**condition**
14:21 174:13,17
**conditional**
234:16 236:10
237:15,19
238:19
**conditions**
18:7 19:6
**conduct**
87:22
**conducting**
69:4 71:3
**conference**
112:18
**confidential**
128:7 161:14
163:3
**confirm**
16:3,8,9 42:8
**confused**
69:21
**confusing**
9:17
**confusion**
19:10 25:7 86:5
245:19
**connect**
137:4
**consider**
65:8,9,13 76:3
123:7 138:10,18
140:3
**consideration**
181:15
**considered**
201:11
**considers**
141:3
**consistent**
171:12 202:10
**constraint**
244:2
**consultant**

117:19
**Consultants**
4:15
**consulting**
61:5 117:6,21
**consumption**
34:18
**contact**
11:22 12:8 34:4
37:20 38:9,20
39:6,21 40:5,6
46:7,15 61:10
84:5 117:8
155:12 165:22
180:9 184:12
189:10 210:9
227:17 229:19
246:6
**contacted**
40:2 46:2 47:14
61:18,21 221:13
221:15,21 222:6
227:20 231:16
**contacting**
12:13 39:17
164:12 222:4
**content**
66:18 204:1
**Contents**
188:11
**contest**
10:9
**continue**
6:9 89:14 191:4
196:1,10,14
241:4 242:14
**continued**
75:16 77:9 78:13
89:17 178:14
196:17 208:12
225:12,19,21
234:1
**continuing**
204:22
**contract**
106:16
**contractor**

Case 1:14-cv-00929-ABJ Document 24-1 Filed 09/18/15 Page 257 of 287
VIDEOTAPED DEPOSITION OF SRIA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

255

**106:2 110:8**
**111:13 112:13**
**113:10**
**control**
92:7,10,16
**convenient**
74:10 246:20
**conversation**
37:10 72:21
73:12,14,19
143:6 228:11,18
229:8,11 242:13
243:5
**conversations**
73:8 228:21
232:5
**conveyed**
54:5
**coordinator**
197:19 204:6
222:7
**coordinators**
219:15
**copied**
161:1
**copy**
5:5 247:5
**Cornell**
105:2,9,10
**corporate**
127:21
**corporation**
108:2,5 111:19
**correct**
11:20,21 12:16
13:18 15:8,22
16:22 17:7,15
17:16,18,22
18:10,11,15,16
19:11,12,13,14
20:10,11,16
23:19,20 26:6
26:10,11,18,19
27:6,7,10,11
28:9,11,13,15
28:17,22 29:6,7
29:10,11,13,14

29:17,18,22
30:1,14,15,22
31:1,4 33:15,18
33:19,22 34:1
35:3,9,11,12,14
35:15,16,18
36:2,5,22 37:1,7
37:8 38:14,15
39:7,8,10,11,20
41:4 48:1,9,10
48:13,14,17,18
61:19 62:9 71:3
74:5 75:14,15
79:6,7,9 85:1,13
85:21 86:1,2,6
88:22 89:16
91:13 93:5
101:4 103:18,20
103:21 106:9
109:11 116:15
116:16 124:14
124:15 146:2,3
146:9,13,14,19
146:20 147:1,5
147:10 154:20
155:7,13,15,19
155:20 156:5,6
156:13,15,20,21
157:3,10,22
158:1,7 161:4,7
161:10,16,17,21
161:22 162:2,3
162:7,10,11,14
162:18,21 163:1
163:9,10,12,16
163:17 168:4,8
168:9,11,22
169:1,7,8,16,17
170:2,3,7,8,13
170:20,21
172:10,11 173:3
173:7,14,15
176:12 180:3,10
180:19 181:16
181:18,22 182:1
182:4,5,8,9,12
182:14,15

185:19 186:8,9
186:11,12,13
189:13,14
194:22 195:1
197:9,13,16,17
198:7,11,12,14
198:15 199:12
199:13 200:12
202:15,21 203:2
203:5,7,10,14
203:16,17,21
204:3,7,8,11,12
204:16,17,20,21
205:1,2,6,7,10
205:11,14,15,20
205:21 206:3,4
206:8,9,13,14
206:17,20 207:3
207:13 209:2
210:6,7,11,13
210:14,17,18,21
211:1,2,6,9,11
212:22 213:9,13
213:19 215:6,10
215:11 216:1,9
217:12 218:21
219:1,5,20
220:6,11 221:14
223:8,9,15
225:4 230:22
231:14 232:8
233:21,22
234:10 238:14
239:8,9 240:15
242:6,7,17,18
242:22 243:4,19
243:20 245:15
245:16 248:5
**correctly**
145:7 155:13
156:13 163:9
172:12 198:21
223:14
**correspondence**
241:14
**cost**
161:19,19 230:17

**couch**
142:6,11
**cough**
244:14,16
**Council**
206:12
**counsel**
3:20 7:12 8:5
10:12,13 62:22
248:9
**counseling**
5:5,8 161:10
162:2,5 164:12
165:15,22
178:20 179:1,22
180:1,2,3,10
182:21 183:19
184:3,12,15
243:9,11,18
244:1,10
**counselor**
74:4 245:1,21
**counselors**
163:5
**count**
29:6,12 33:21
91:3,5
**country**
218:19
**County**
108:8
**course**
9:9 10:18 69:20
70:2 71:15
95:14 128:18
143:17 179:19
222:6 234:10,17
242:5
**courses**
126:4 219:15
**court**
1:1 2:18 7:5,21
10:2,4 16:11,18
38:21 84:17
134:17 145:22
153:7 167:16
172:8 197:5

**210:2 213:5**
**247:4,7**
**courtesy**
61:2
**Courthouse**
108:8
**cover**
181:22
**coverage**
163:8
**covered**
74:16 118:10
123:6
**cracking**
95:11
**cram**
125:19
**cramming**
95:13 201:9
**created**
112:9
**credit**
138:1,4,6,6,7
214:7 215:1,18
**criteria**
95:9
**criticisms**
113:6
**cuffs**
129:13
**culture**
90:2 177:15,18
**Cum**
101:11,11,13
**curfew**
132:4
**current**
11:19 169:20
170:5
**currently**
8:14
**curriculum**
80:22 169:6
177:10 218:6,7
218:12,13
**curve**
25:15

Case 1:14-cv-00929-ABJ Document 24-1 Filed 09/18/15 Page 258 of 287
VIDEOTAPED DEPOSITION OF SNYA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

256

cut
179:14 239:22
Cy
110:18
cycle
145:3,8
Cyrus
110:19
Cytowic
219:9 220:13
227:3,14 228:19
230:2,13 234:21
C-H-E-N-A-R-I
8:10
C/O
48:8

**D**

D
7:1
dad
9:4 36:3,22 37:3
59:7 99:11
daily
79:17 81:22
dashing
93:3,4
date
7:7 15:12,14,16
15:18,20 16:4
17:9 18:8 33:15
38:13 43:6,7,11
43:20 44:4
46:21 47:16
48:22 63:8 65:6
69:3 76:16
85:20 88:16,18
131:17 164:20
164:22 195:12
196:16 228:7,16
233:15 238:1
dated
17:14 153:14
211:10
dates
76:19 108:14
day
21:2,16 55:21

79:18 97:11
109:22 130:18
134:22 137:15
137:16,18,18,19
188:1 195:16
218:8,13 242:3
242:4 248:13
daydreamer
103:6
daydreaming
103:22 104:12
days
80:3 94:13
107:14 131:4
dead
36:13
deadlines
130:12
deal
152:2 244:11
Dean
6:8,8 134:21
149:12,14
150:10,21
162:12,16,20
163:2,12,22
164:9,10,16,18
164:18 165:6,17
175:17,17
177:22 178:1,16
178:22 179:21
180:9 183:12
184:11 197:20
219:6,8 221:4
221:13 223:7
230:19 231:2,9
231:14,18 232:2
236:7,8,16,16
236:22 240:21
241:15,22 242:3
242:6,11,19
243:8,22 244:4
Deans
176:16 177:22
189:21
Dean's
197:19 198:9

202:5
deceased
36:13
December
216:4
decipher
37:3
decreased
33:18
Defendant
1:8 3:11 8:5
definitely
159:14
degree
37:10 81:3
113:12,17,19
114:20 116:9
delivery
247:8,9
demanding
218:7
demonstrate
169:14
density
30:8,9
deny
151:14 152:20
218:14
department
152:1
depending
163:8
depends
207:12
deploy
118:2
Depos
7:9,22
depose
59:13
deposition
1:12 2:1 4:8 5:3
6:3 7:3,10 9:12
16:12,15 27:20
27:22 28:4 38:4
39:2 42:12 47:8
47:11 48:3 63:8

78:15 84:14
145:19 153:4,9
158:11,16 166:7
167:19 168:1
172:5 186:1
197:1 199:7,11
209:21 210:4
213:2 216:14,18
238:9 241:9,12
245:6
depressed
67:10,12 240:6
depression
20:9 46:19 47:1,2
50:19,21 54:12
55:9 66:11,16
67:5,6 78:12
79:14 81:18
95:8 178:20
224:1 231:22
232:3 233:6,10
233:12,18
236:12,15 237:2
237:10,13 243:3
243:15 244:18
dermatologist
14:20 15:1 90:12
90:19
describe
53:18 55:6 67:16
79:22 81:6,13
91:18 93:12,15
102:13 111:15
123:18 125:14
127:8,11 128:20
132:22 133:12
142:12 234:6
described
64:22 67:1 84:22
147:18 171:7
172:12 178:9
189:8
describes
154:13 176:13
181:8
describing
81:14,21 92:1

design
112:9
designed
77:19
despite
86:19
detail
40:19
details
57:8 58:6,7
150:17 222:9
develop
242:2
developed
39:13
Developing
6:9
device
136:15
devices
203:12
diagnose
189:19
diagnosed
27:10 29:21
185:9 237:7
diagnosis
78:1 83:21 95:10
164:11,17
175:18 182:3,14
185:18 187:9
236:20 241:6,21
diagnostic
181:17,19,22
diagnostician
182:13
Diagnostics
4:10
dialogue
219:16
different
14:14 19:19
32:13,14 33:4
46:10 48:5
50:12 55:9 57:3
57:4 59:6 64:18
67:2 71:18 73:2

73:16 78:2
104:20 107:12
111:20 125:9
128:8 133:9
139:2 140:6
159:9,19 165:20
173:9 191:17
192:17 196:7
206:22 209:14
210:16 218:11
223:6 236:21
237:8 244:6
**difficult**
48:7 61:1 72:22
74:1,2,12 81:4
148:8 179:13,14
179:15,18 183:8
218:18 220:4
**difficulties**
51:20 55:19 60:4
60:14 64:2 66:2
73:7 147:14,16
148:2 222:21
**difficulty**
46:18,19,20 47:1
47:3 49:19,20
49:22 50:1,1,2,8
50:8,9 52:7,12
52:13 53:3,4,4
54:8,8,9,10 55:7
55:8,10,13,14
55:15,16,18,21
56:2,5,16,22
57:2,15,21 58:5
58:8,12 59:1,10
60:10,13 61:4
61:14 64:4,5,8
64:11,12 66:20
66:20 68:3,8
70:8,9 72:16,22
73:6,14,18
88:14 114:21
115:1 119:5
177:9 223:3,4
227:16
**digits**
165:20

**diligence**
183:15 224:5
**dimension**
207:22
**direct**
189:21
**directed**
174:9 175:14,18
176:15 178:3
183:13 184:8
**direction**
68:10 78:9
164:15
**directly**
128:11
**disabilities**
170:15 231:20
**disability**
4:20 5:9,12
103:11,16
145:12 151:10
151:15,22 152:2
152:6,16 154:10
156:10 157:2,7
162:9 164:2,7
164:13 165:11
166:11,22 167:6
171:11 172:10
172:21 175:13
175:14 177:8,16
180:16 181:3,4
184:1,13 187:8
189:7,9,11,19
209:11,19
**disciplinary**
129:6,7
**disclose**
156:3
**discomfort**
10:9
**discuss**
24:6 34:2 48:20
51:20 53:1,3
57:11 62:21
73:3 76:14,16
127:16 224:19
225:21 228:22

229:5 230:19
232:22 236:9,10
237:17 241:18
241:20
**discussed**
26:14 38:16
40:16 41:4,5,8
41:20 48:8 51:3
53:20 54:4,7
57:14 58:21
63:1 64:15 66:1
66:7,11,17
74:15,17 75:5
83:6 87:2 88:19
219:4,6,18
221:1 244:3
**discussing**
32:22 40:20,22
45:21 49:18
52:11 54:11
73:5
**discussion**
32:1,3,16,18
63:12,15 72:18
163:22
**diseases**
35:18
**Disorders**
5:13 173:2
**disorganization**
122:1 124:20
125:3
**disorganized**
122:2,3,5,8
124:17,20
**dispute**
217:10
**disputing**
217:8
**disruption**
203:19
**distance**
104:5
**distinctly**
159:22
**distracted**
52:17 54:11,16,18

54:19,22 55:5
57:4 59:3 66:3
93:17 95:21
97:9,12 104:4,7
115:14 130:8
140:5 142:2
150:5 192:15
**distractibility**
78:5 79:2 81:14
81:17 82:1
83:11 86:20
88:13 91:12
94:16 114:2,18
115:10
**distraction**
77:20 115:17
150:6
**distractions**
74:2 130:7
**distribution**
204:11
**District**
1:1,1 2:19 7:5,6
248:21
**doctor**
12:18,18 17:2,3,4
49:17 178:5,7
179:18 207:11
**document**
16:13,19 27:8,18
28:10 36:12
47:15 88:5,6
146:11 147:13
153:2 154:4,7
154:11,13 159:1
159:3 160:21
161:3 163:19
166:11,21 167:1
167:2,3 168:2
168:13,13,16,22
171:4,16 172:9
172:12,19,21
174:10 180:15
180:22 181:13
186:5 187:4,6
188:3,9,12,14
188:16,18,21

189:4,6,15,22
199:10,14,17
200:1,10,19
201:4,7 210:5
210:12,19,22
212:3,11 213:8
235:8,16,21
238:7 241:13
**documentation**
5:12 149:1 173:1
174:11 180:17
187:12
**documented**
22:21 23:4 26:9
27:5,7 31:6,9
35:11,13 37:14
37:17 48:16
86:3
**documents**
28:5 187:1
210:16,19
211:13,17
**doggies**
112:22 113:3
**doing**
22:12,18 23:9
51:13,22 52:5
52:10 57:3,4
58:12 60:10,13
61:14 70:22
71:2,10,16,21
77:13,18 84:1
85:4 98:19
100:10 104:2
106:19 111:12
112:8 117:18
118:1,8,9 119:7
119:13,14 121:1
130:5,13 136:22
139:16,17 142:1
223:17 226:22
230:17 235:2,2
**domains**
182:6
**door**
96:8
**dorms**

Case 1:14-cv-00929-ABJ   Document 24-1   Filed 09/18/15   Page 260 of 287
VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

258

9:8
**doubt**
29:1 196:13
199:22 206:20
**doubted**
201:1
**DPS**
220:21 227:7
**Dr**
4:9,11,13,16,17
11:20,22 12:4,5
12:7,13 13:8,16
13:22 14:4,9,11
14:17 15:4,6,13
15:22 17:13
18:3,9,18,21
19:21 20:21
21:1,9,13,15
22:11,21 23:3
23:17,22 24:3,4
24:7,11 25:21
26:5,15 28:8
29:20 30:11
31:6,9,17,19
32:15,21 33:1
33:15 34:2,14
35:8 36:20
37:11,21 38:8
38:20 39:10,17
39:21 40:2,10
40:13,21 41:1,8
41:15,20 42:22
45:22 46:2,7,13
47:13,15 48:3
48:20,21 49:6
49:15 50:6,6,11
50:14 51:1,7,15
51:21 52:4 53:1
53:12,19 54:1,5
58:14 61:10,18
62:8 63:2,11,12
63:18 64:16,20
65:22 66:7,17
67:17 72:4,6,8
72:12 73:3 74:3
74:15 75:5,6,9
75:12,16,19

77:8,17 78:10
78:15 79:1
81:20 82:13
83:4,14 84:5,18
85:3 86:18 87:2
87:10,14,21
88:9,10,21 89:8
90:9 91:1,10,14
149:4,5 178:12
185:10 219:9,9
219:18 220:8,12
220:13 221:4,9
221:13 224:17
225:12,14,17
227:3,3,14,14
227:17,21
228:12,19,19
230:2,13 232:7
232:8,17 233:9
234:1,20,21
235:22 236:8,9
236:14,22 237:2
237:4,6,11,12
237:14,18
238:13,15 239:2
239:2,2,3
241:15 244:9
245:13,14
**drink**
203:18
**drive**
132:6,13,14 133:7
135:19 136:17
136:21
**driver**
65:3,7,8,9,14
133:13
**driver's**
131:12,15
**driving**
132:1,8,22 133:7
134:10,15
135:16,20 136:1
136:3,4,6,12
137:3
**drop**
150:7

**dropped**
150:3
**drove**
131:19,20 132:11
132:12 133:9
**drug**
35:15
**DSM**
95:9,12,13
**DSS**
155:12 164:7
**due**
26:20 130:17
131:9,9 139:21
183:15 224:5
**duly**
8:4
**Durr**
4:9,11,13,16,17
11:20,22 12:5,7
12:13 13:8 15:6
15:13,22 18:3,9
18:18,21 19:21
20:21 21:1,9,13
21:15 22:11,21
23:3,17,22 24:3
24:4,7 26:5,15
28:7,8,9 31:6,9
31:17,19 32:15
32:21 33:1,15
34:2,14 35:8
36:20 37:11,21
38:8,20 39:10
39:17,21 40:2
40:10,13,21
41:1,8,15,20
42:22 45:22
46:2,7,13 47:13
47:16 48:20,21
49:6,15 50:6,6
50:11,14 51:1,7
51:15,21 52:4
53:1,12,19 54:1
54:5 58:14
61:10,18 62:8
63:2,11,12,18
64:16,20 65:22

66:7,17 67:17
72:4,6,8,12 73:3
74:3,15 75:5,6,9
75:12,16,19
77:8,17 78:10
79:1 82:13 83:4
83:14 84:5 85:3
85:22 86:18
87:2,10,14,21
88:6,9,10,21
89:8 90:9 91:1
91:10,14 149:4
149:5 185:10
224:17 225:12
225:14,17 232:7
232:8,17 233:9
234:1 236:14
237:2,4,6,11,12
244:9
**Durr's**
12:4 17:13 24:11
25:21 29:20
30:11 47:15
48:3 78:15
81:20 84:18
178:12
**duties**
183:14
**D-U-R-R**
11:20 28:8
**D.C**
1:13 2:7 3:17
7:11 135:20
136:3 186:7

────── **E** ──────

**E**
3:1,1 4:1,6 5:1
6:1 7:1,1 156:19
156:19
**ear**
151:19 203:8
**earlier**
83:6 178:10
225:4 228:11
243:18
**early**
95:21 144:16,17

145:2,7 164:21
228:14
**easily**
52:17 54:11,16,19
54:22 55:5 57:4
80:10 130:8
187:5
**Eastes**
1:21 2:18 7:22
248:2
**easy**
94:14
**eat**
124:10
**eating**
104:3
**education**
118:14 170:19
174:3 177:21
218:16
**educational**
61:12 87:15
122:18
**effect**
200:8
**effective**
71:4
**effectively**
14:12
**effort**
61:5 177:22
183:17 201:11
224:15,16,18
238:16
**efforts**
141:1
**eighth**
121:8
**either**
121:11 142:2
148:12 188:1
221:13 223:12
**elaborate**
11:6 12:1 14:6
24:1 41:9 44:18
53:10 56:15,19
229:3

**elaborating**
72:5
**electronic**
130:7 137:2
**electronically**
173:11
**element**
182:10
**elementary**
63:13 99:13,15,16
101:14,16,18,21
102:16 103:12
103:17 118:13
129:10
**eligibility**
156:2,12,19
181:14
**eligible**
131:18 185:18
**embarked**
174:2
**embarking**
179:9
**emissions**
134:4
**employed**
105:21 107:21
108:9 110:7
248:9
**employers**
145:11
**employment**
107:2 116:7,8,11
116:13,17
118:10 145:9
**emulating**
70:12
**encountering**
56:17
**encouraged**
155:12
**endeavors**
229:2
**ended**
130:10 142:8
**ends**
190:21 191:12

**engineer**
107:5
**engineering**
81:2 92:19 93:6,8
101:2,5,6 106:2
106:13 113:18
174:1 190:2,4
**English**
119:6,19,22 120:1
**ensure**
156:16 205:1
**entails**
22:10
**enter**
43:3 114:14
**entered**
202:6
**entering**
4:19 146:2
148:16 149:18
158:4 168:11
187:2 188:6
197:8 200:16
202:19
**enthusiastic**
139:12 141:21
143:5
**entire**
61:12 121:20
151:1
**entirely**
22:16
**entitled**
146:18 161:8
166:11,21
169:19 196:10
199:11
**entries**
37:2 41:10
**entry**
43:14 47:16 48:4
48:7 157:20
158:5 189:6
**environment**
54:11 68:8,15
69:6 80:5 81:8
81:19 90:2

**environments**
73:22 74:1
**episode**
123:14 124:2
**equal**
30:17
**equipment**
137:2
**errands**
97:11
**especially**
74:1 94:8 112:9
135:20 179:19
**ESQUIRE**
3:4,12,13
**essential**
169:2 170:18
**essentially**
12:14 68:6
**establish**
156:19 172:15
181:14 185:17
**established**
156:2,11
**establishes**
202:18
**estimate**
21:4
**ethical**
200:17 201:1,3
207:18,21
208:22
**ethically**
202:9
**ethics**
207:14,17
**ETOH**
34:21 35:3
**evaluate**
239:4
**evaluating**
183:20
**evaluation**
68:11 103:11,17
163:14,15 179:7
182:11 235:2,4
235:6

**evaluations**
234:20 235:11
**Evangelical**
111:18
**event**
36:19 45:21
60:17 96:2
157:21 176:8
184:17
**events**
111:20 240:20
**eventually**
133:10
**everybody**
174:19 175:7
218:20
**evidence**
154:3 160:21
**exact**
53:15 66:18
106:14 153:13
153:19
**exactly**
227:5
**exam**
5:16,18 21:5,15
21:19,22 22:2,4
22:7,8,9 25:22
26:2,10 31:7
43:18 45:2 51:7
51:10 64:14
71:12,16,17,19
71:21 119:16
125:19 190:9,12
190:14,15,19,21
191:2,8,12,12
191:21 192:6,10
192:12,14,14,16
192:18,21,22
193:6,7,16
194:2,7,8,10,11
194:13,21,22
195:3,7,9,13,22
196:5,9,14,15
196:16 198:17
199:3,12 200:9
202:13,19

203:16 204:2,5
204:10,11,14,14
204:20 205:1,5
205:6,8,9,12,13
205:17,19,22
206:17 207:17
208:1,6 209:7,8
212:18,20 213:7
213:8,11,12,15
213:16 214:1,21
215:4,12,13,15
216:3,22 217:7
217:7 227:10,11
228:1 238:3
239:17,17 240:7
240:9,12 241:3
241:3
**examination**
4:2 5:21 8:5
10:11 69:2
215:9,16
**Examiners**
5:21 6:5
**example**
23:7 54:21,21
70:17 96:1,9
129:20 139:6,8
142:4 144:19
**exams**
43:13,22 44:3,6,8
44:9,11,12,15
44:21 45:6,11
45:17,20 50:2,9
51:14,20 52:14
55:8,11,14,14
55:17,19,22
56:6,16,17 57:1
57:15,21 58:1,5
58:8 59:1,10,10
60:4 61:4,14
64:2,5,9,12 66:3
66:3 68:21
125:11 190:3,5
192:19 195:11
195:19 198:6,9
198:13 200:7
201:8,9 202:7,9

Case 1:14-cv-00929-ABJ   Document 24-1   Filed 09/18/15   Page 262 of 287
VIDEOTAPED DEPOSITION OF SRVA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

260

204:9 205:19
206:1 207:6,12
207:22 208:9
214:4,5 217:2
246:2,3,4
**excel**
127:19
**excelled**
123:1
**exchange**
238:12 240:21
**excited**
114:15 149:17,20
149:21
**excuse**
183:14 186:20
222:2,10
**excused**
246:15,17
**excuses**
142:7
**executives**
112:2
**exercise**
26:14,16 33:1,6
35:13 71:2
**exercises**
68:3
**exhausted**
240:4,6
**exhibit**
4:9,10,11,13,14
4:16,17,19,20
5:4,5,6,9,10,12
5:14,16,18,19
5:20 6:4,6,8,10
16:12,14 23:8
27:20,21 28:4
30:12 33:13
38:2,3,22 39:1,5
42:10,11,15
47:6,7,12 84:12
84:13,18 86:1
145:17,18,22
153:2,3,8 158:9
158:10,15 161:1
166:6,10,21

167:17,18 168:1
172:2,4 185:21
185:22 186:4
196:21,22 197:6
199:5,6,11
209:20 210:4
211:19 213:1,6
216:12,13,18
238:7,8,12
241:8,12 245:5
**Exhibits**
4:7,8 5:2,3 6:2,3
**expand**
141:8
**expect**
78:16 216:19
**expectations**
169:21 219:21
**expected**
141:14 156:3
174:4 198:19
200:12
**experience**
87:17 102:4
230:15
**experienced**
18:13 230:4
**experiencing**
225:22
**expertise**
183:20
**expired**
134:4
**expires**
248:16
**express**
24:6
**extend**
205:4
**extended**
215:8
**extenuating**
220:10
**external**
178:13
**extra**
127:17 206:6

209:13
**extract**
70:10
**e-mail**
5:16 6:6,8,10
137:10 197:7,10
197:22 198:3
200:8 202:4,11
238:12 240:20
245:9,12,14,17
**e-mailed**
237:15 241:22
242:10,19
**e-mails**
198:8 241:13

---

**F**

**face**
171:19 206:2
**faced**
64:6
**facing**
66:12 67:20
239:21
**fact**
54:10,19 55:7
62:6 63:2 66:2
97:14 115:15
123:21 124:22
136:3 180:5
193:8 195:7
214:3 219:3,17
220:8 229:11
**factual**
9:14
**faculty**
71:14 128:13
170:6 223:7
225:9 232:5
**failed**
178:3
**failing**
209:1 235:11
**fair**
60:21 84:22
195:18 209:4,9
209:15 226:10
232:15

**Fairfax**
4:14 99:17 108:8
**fairly**
24:18 25:22
40:17 51:13,22
52:5,10 92:6
93:9
**fall**
35:11 43:5,5,12
43:17 56:8
67:14 183:21
185:16 228:14
236:1 238:4
239:6,8 240:11
240:17
**Falls**
100:4
**family**
31:20 35:21 36:9
36:11 37:11
58:21 59:10,13
65:13 83:15
88:1 99:9 104:3
132:10,14 143:9
148:7,8
**family's**
37:12
**far**
60:2 63:14
185:10 189:16
220:1,3 234:22
247:13
**fast**
94:8
**faster**
135:19
**father**
8:18 58:18
132:20,21
147:19 230:4
**fault**
246:14
**February**
1:14 7:7 84:19
85:4 86:18 87:3
221:6 248:16
**feeds**

95:1
**feel**
80:12 90:3 92:6
137:14 174:3
177:16 224:5,9
229:20
**feeling**
136:6,8,9,10
**fees**
163:7
**fellow**
71:1 208:1 209:4
209:5,15
**felt**
69:16 70:6 79:11
81:8 84:2 90:1
124:1 177:14,18
196:3 223:22
225:6,11
**fewer**
208:7
**field**
209:19
**Fields**
1:22 7:9
**fifth**
118:15 210:22
**fight**
129:9
**fights**
129:14
**filed**
9:12
**fill**
18:6 81:21 82:2
82:12 83:3,9,12
83:16 89:1,7
167:3
**filled**
19:5 23:13 25:3
82:4,6 85:21
86:14 88:7,10
88:11,12 89:3,9
**filling**
23:8 82:7
**final**
205:3 227:11

Case 1:14-cv-00929-ABJ Document 24-1 Filed 09/18/15 Page 263 of 287
VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

261

**finally**
20:14 231:7
**financial**
248:11
**find**
48:2 80:6 94:14
153:16 154:22
155:2 174:5
180:8 181:9
210:10
**finding**
72:17 74:11
**findings**
48:12
**fine**
167:10 242:20
247:15
**finish**
58:1 94:6 100:7
114:14 193:20
200:1 204:20
206:6 215:16
**finished**
173:22 174:1
247:14
**finishing**
55:14 58:8 66:3
**FIRM**
3:5
**first**
5:14 8:9 11:22
12:3,6,8 15:6,13
15:21 16:21
17:5 18:2 20:20
23:3 24:3 27:12
28:9 31:6,17,20
32:15,21 37:11
43:13,18,22
44:2,15 45:7,11
45:17 62:7,11
82:7,8 83:6
85:21 88:7,19
88:21 90:9,22
126:15 128:16
131:5,14,19,20
131:22 132:9
148:16,18,22

154:5 156:7
168:21 181:17
184:9,9 186:5
187:3 188:1,19
188:22 198:5,9
202:7 210:5
217:14 224:16
227:21 239:12
239:14
**fist**
129:12
**fit**
180:11 182:20
183:11
**five**
107:9 161:5
**fix**
15:20
**flaked**
141:19
**flaky**
141:4,5,9 142:13
142:18
**flew**
112:6
**flight**
96:7
**flip**
199:3
**flipped**
188:11
**floor**
81:1
**Flory**
6:10 227:17,21
228:12 239:2
245:12,13,14
**flu**
14:3
**fly**
139:4,9
**flying**
96:4
**focus**
68:17 79:12
91:12 101:8
114:3,19 115:10

118:4,14 133:15
164:4
**focused**
65:1 93:16 95:7,7
118:6 121:5
141:12 192:16
243:14
**follow**
120:10,13 137:15
137:17 151:8
178:6 180:8,18
**followed**
28:8 42:16 84:9
185:10 244:5
**following**
18:13 43:13
46:12 73:10,13
151:6 170:13
208:2 214:5
215:7,13
**follows**
8:4 155:22
163:12 189:8
205:16
**follow-up**
26:13 33:3,5,6
34:7 42:6 74:4
77:13 78:7
84:20 144:22
178:12 179:5
180:2,10 235:19
236:2 243:17
244:2,2 246:10
**follow-ups**
79:4
**Food**
203:18
**forced**
130:6
**foregoing**
248:4,5
**forgot**
120:8
**form**
12:22 16:22 17:1
17:2,3,4,5 18:20
19:5 23:8,14

30:18 44:16
81:21 82:12
83:7,9 85:21
86:12 88:15,16
88:17 89:5,8
91:19 138:12
141:7 142:15
153:13,18,19
157:2,11 168:16
175:3,10 183:1
184:20,22
223:19
**formal**
182:2
**forms**
25:3 82:2,4,13
83:3,12,16 88:8
88:10,11,12
89:1,8,9
**forth**
14:4 18:8 20:22
26:1,3,4 36:14
39:16 59:2 60:4
61:16 78:5 79:2
86:21 89:18
115:11 118:15
131:9 168:21
203:19 210:10
212:15 217:1
223:1
**Forum**
112:11
**forward**
94:8 241:1
**forwarded**
197:7
**Foster**
117:3
**found**
71:20 72:3
177:12 183:9
201:2
**four**
16:19,20 165:20
190:2
**fourth**
226:20

**four-and-a-half**
161:5
**Francisco**
117:3
**free**
74:13 161:18,19
190:5,6
**frequently**
44:9 137:1,3
163:7
**freshman**
108:11
**Friday**
1:14
**friend**
96:16 97:15
142:5
**friends**
65:9,20 67:14
73:13,19,20
88:1 91:17 92:1
92:13,20 93:12
93:22 95:17
96:10 97:13,19
102:7 140:7,15
141:15 229:19
**Friendship**
111:4
**friendships**
65:16
**friend's**
233:19
**front**
28:3 39:5 68:12
68:16 69:12
71:14 153:8
154:7 205:10
210:6 211:20
228:4
**fulfilling**
78:8
**full**
8:8 11:4,11 50:22
51:3 100:18,19
100:21 101:1
137:22 218:7,13
**fully**

11:3,15
**function**
169:4 175:22
**functions**
184:2,8
**funny**
112:19
**further**
62:5 169:9
191:13 192:2,11
192:22 193:8
195:3,8 213:18
216:8 244:7
**fuzzy**
108:14

**G**

**G**
7:1
**games**
125:16 130:1
**Gastrointestinal**
86:8,15
**Gates**
112:10,22
**general**
17:18,20 21:22
22:3,7,17 24:8
31:7,20 34:10
36:4 40:4 50:2,9
51:9 52:2 53:16
54:9 58:3,7,11
68:19 83:7 89:4
121:2,6,11
137:14 140:20
141:15 173:20
225:18 232:21
237:6
**generally**
22:9 24:18 32:3
72:19 119:11
120:5,22 138:3
140:16 188:12
**generation**
94:20
**genitourinary**
50:13,16 64:22
74:18 87:5,8

**George**
1:6 3:21 7:4,15
7:18 186:6
**Georgetown**
63:21 110:16
112:15 113:12
113:15 114:20
116:9 174:2
**getting**
36:11 39:9 43:1
68:10 78:21,22
96:10 102:11
109:17 113:11
115:9,16 119:9
119:11 124:7
126:7 128:10
136:4 143:10
149:17 154:15
155:6,8 156:8
178:15 193:13
222:22 223:1
225:16 226:7
232:12,16
**Gialanella**
245:10,19 246:6
246:10,18
**gifted**
101:15,20 127:18
**gist**
229:10
**give**
11:4,11 16:8 21:4
36:14 46:8 54:3
54:20,21 96:1
139:6 209:12
222:2,10
**given**
35:8 99:4 145:11
165:21 168:10
183:13 190:15
193:17 209:7,19
216:22
**gives**
155:9
**giving**
234:3,5 243:10,12
**glance**

212:1,3
**glanced**
211:22
**go**
12:20 13:7 40:9
40:12,18 41:11
47:19 60:19
63:14 74:21
75:12,13 77:2,5
81:7 94:15 96:5
99:13,20 100:5
118:13 130:1,7
130:9 134:21
137:19 141:22
142:2,7,9
147:19 148:4
151:15 152:7,8
152:11,15
153:16,21 155:1
155:22 164:6
167:6 172:18
174:16 176:10
176:21 177:4
178:12,16 179:1
179:18,21 181:3
184:11 202:9
212:4 218:20
224:21 225:5
226:13 230:16
246:17
**goal**
115:5
**goes**
128:11 155:16,21
156:7,16 163:1
163:11 174:11
**going**
16:7 35:11 62:15
62:18 65:22
66:20 98:20
99:6 113:4
115:22 116:3
130:10 141:16
143:15 149:18
158:13 167:11
167:14 182:20
182:22 190:15

190:20 201:18
201:22 218:10
222:1 223:3
247:2,10
**Goldberg**
6:8 150:21
162:13,17,21
163:3,13 164:10
164:16,18
175:17 177:22
178:17 179:21
183:12 184:11
197:21 219:5,8
221:5,13 223:7
230:20 231:2,9
231:14,18 232:3
236:7,16,22
240:21 241:15
241:22 242:3,11
243:8 244:4
**Goldberg's**
163:22 165:7
180:9 243:22
**good**
8:7 30:22 49:4
59:15,16 65:7,8
65:9,14 70:11
98:14 102:14,17
102:18,20 112:5
118:16,17
120:22 121:3,6
124:9 138:3
140:3,8,12,13
214:19 226:1,5
**gotten**
207:18
**government**
106:2,16 112:10
**grade**
32:9,16 118:15
119:8,11,22
120:1 121:8
123:11,15 126:6
234:16 236:10
237:15,19,20
**grades**
45:6 59:16

118:16,17 126:3
126:4
**graduate**
63:22 100:11
110:16 114:14
241:4
**graduated**
101:10 124:14
126:1
**graduates**
169:3
**great**
98:18
**greater**
30:17
**grew**
102:3
**groin**
39:10,13,19 40:7
41:4,13 42:22
46:1,13 90:17
90:20 239:20
**group**
67:21 68:3 69:19
69:20 70:22
71:18 218:1
**groups**
71:18 72:1
219:13
**growing**
122:4
**guess**
19:6 26:14 55:13
73:1 76:13
79:21,21,22
80:1 81:9 85:7
89:3,22 92:7,22
95:19,21 97:10
106:20 115:14
125:19 127:15
130:8,21 139:11
139:15 141:15
142:8 143:5
151:8 177:15
192:15 196:4,6
208:14 224:19
240:4 241:3

243:14
**Guide**
5:15 186:6
188:19
**guideline**
180:17 185:13
208:4,5
**guidelines**
5:12,18 172:22
174:11 198:17
199:4,12 200:9
200:20 202:14
206:10 208:1,9
208:13,18,20
**Guidewire**
116:22 117:8,18
**guy**
92:6,16
**guys**
83:1 189:20
**guy's**
109:2 110:18
128:16
**GW**
5:10 32:17 43:4
66:5 87:16
100:19,21 101:9
104:16 116:14
127:3,7 143:17
143:22 144:13
144:15,16 145:2
146:4,12 148:15
153:12,17,22
154:8 155:18
157:10 161:13
168:2,18 169:20
172:16 177:15
185:13,15
187:20 190:3
217:1,14 245:14
**GWID**
204:15
**GWU**
144:10
**GW's**
152:7
**gym**

121:18,19

---

**H**

**H**
4:6 5:1 6:1
206:12
**habit**
93:11 97:14
99:10
**habits**
92:21
**Haewon**
126:15
**haircut**
142:10
**half**
100:16 201:6
**Hall**
181:5
**hammer**
160:3,5
**hamper**
177:17
**hampering**
177:1
**hand**
158:19 160:22
197:4 248:13
**handed**
145:22 197:5
210:2 216:17
**handled**
131:10,11
**handwriting**
31:13 35:19 37:4
37:5 39:15 48:5
48:6 210:6
**handwritten**
17:13
**hang**
97:6 229:13
**hanged**
102:7
**happen**
9:18 15:16 28:7
122:12 159:15
159:21 223:1
234:19

**happened**
22:1 23:3,22 32:6
32:11 135:4
144:18 159:6,10
234:19 242:8
**happening**
58:10 68:1
**happy**
16:10
**hard**
110:21 125:17
181:9 187:12
218:9,13
**harsh**
148:6
**Harvard**
112:7
**hated**
230:10
**Haywood**
6:8 164:10,19
165:17 175:17
178:1,22 236:8
236:17 241:15
242:6,11,19
244:4
**HDL**
30:3,5,7,13,19,22
31:8
**head**
43:8,12 44:5
76:11,20 98:8
100:16 130:22
131:17 139:4,10
144:9 165:1,19
194:6 228:16
233:13 235:7
238:1
**header**
197:10
**headline**
171:19
**health**
5:5,8 36:13 37:12
37:12 161:9,13
161:15 168:3
186:7

**healthcare**
14:19 15:2 60:20
61:6,13,17,21
88:8,11 90:10
90:21 91:8
**healthy**
37:6
**hear**
139:3
**hearing**
80:20
**Heights**
111:5
**held**
2:1 105:20
130:22
**help**
13:19 57:11
61:13,18 62:11
80:19 89:17,19
129:20 142:7
151:10,12,20
177:3,13 183:15
224:5 229:20
235:9,14,14
245:22
**helped**
79:11,12,12 80:4
80:8,16 84:10
85:6,10 129:21
142:10 224:3
**helpful**
15:19 229:16
**helping**
80:6
**helps**
15:20
**hematology**
29:5
**hereunto**
248:12
**hey**
244:9
**hiding**
18:21
**high**
30:8,9 32:9,10,17

63:17,18 65:4
65:16 87:18
100:6 102:17
103:12,18
122:16,16
123:20,20
124:12,13 126:8
126:17,18
128:13 129:5,10
129:18,21 130:5
130:13,16 132:6
132:10,11
133:20 134:7
135:3 138:5
139:15 179:19
200:17
**higher**
31:2
**highly**
245:20
**highway**
133:11,21,22
**history**
16:22 22:11,14
31:20 34:15
35:21 36:4,9,10
36:11 37:12,13
49:14 83:7
85:20 87:16
121:8 127:16
**hit**
135:9
**hoe**
218:21
**hold**
247:14
**holding**
142:8
**home**
120:8 123:21
139:19 143:15
155:3,4 173:8
**homework**
119:13,14,15
125:10,12,17
126:6 129:20,22
130:1,5

Honda
131:21
honest
18:18
honestly
158:22 164:14
177:6,14,18
180:20 184:16
192:4,7,15
193:11,12 194:5
194:17 195:6,10
196:3 199:21
200:2 222:12
223:21 235:3,21
240:3
Honor
198:18,19 199:1
200:10,11,15
202:10 204:14
206:11 210:22
honors
100:11 101:10
124:14 126:1,3
126:3
hopefully
74:10 93:3
Hopkins
105:1,7,8 127:1
128:5
Hospital
147:3
hour
21:8,12 49:12,13
96:14 134:1,12
hours
194:18,19
hour-and-a-half
194:16
house
142:8
Human
113:20
Hyperactivity
5:13 173:1
hyper-focused
139:1
hyphen

108:4
H-A-E-W-O-N
126:16

——— I ———
idea
44:2
identification
16:15 27:22 38:4
39:2 42:12 47:8
84:14 145:19
153:4 158:11,16
166:7 167:19
172:5 186:1
197:1 199:7
209:21 210:3
213:2 216:14,18
238:9 241:9
245:6
identified
226:5
identifies
210:16
identify
7:12
illnesses
14:3
immediately
114:5 238:3
244:20
immunizations
12:11 15:11
17:21 20:22
24:5,9 33:4,7
149:1
impact
72:13 104:10
hour-and-a-half
impacting
177:20 232:1
implication
209:1
important
5:16 164:1 174:6
186:22 187:2
193:22 198:3
200:19,22 207:5
207:9
imposed

132:1
impressed
112:8
improve
141:2
impulse
92:7,10,16
inability
244:1
inappropriate
92:8,15,17 93:18
inches
161:5
incident
208:11
incidentally
75:21 131:6
include
162:4 195:7
214:5 232:20
included
127:3 160:8
162:1 213:14
216:7
including
75:4 78:12 88:2
164:2 182:7
191:8 223:6
increase
26:13 33:1,6
increased
80:21
independent
75:10
independently
120:13 169:14
Index
187:5
indicate
84:19
indicated
204:13
indicates
17:17 24:11
29:15 39:6
individual
45:19

induration
34:8
information
4:21 5:17,19 9:14
15:20 21:5 35:8
40:20 54:5
94:17 146:11,15
152:12 153:15
153:16 154:3,9
154:19 156:22
157:8 172:15
173:17 174:6
182:8 210:8,9
212:14,14
243:13
informed
151:21 175:17
infractions
133:18
infrequently
143:3
initial
8:11
inquire
9:13
inside
213:17
instance
122:14 223:10
instances
141:18
instruct
70:17
instructing
151:9
instruction
69:16,16 70:21
74:7,9 178:6
191:1,3 192:7
192:13 193:13
194:4 213:15,20
214:1,20 215:13
215:21 216:7
instructions
120:11 176:9
190:15 192:4
193:17 213:11

213:14 214:3
instructor
219:7
insurance
118:7 163:8
intact
26:1
intake
16:22 18:9 36:10
intellectual
92:21 93:11
intend
9:18
intense
115:1
interaction
23:17 185:8
interactions
45:22
interest
248:10
interested
142:1 147:21
intern
106:13
internalizing
70:12
Internet
153:11
interpret
39:14
interpretation
168:5
interrupt
142:20 143:2
intersection
135:6
intervention
235:17,20 236:5
interview
68:6,7 69:20 70:1
71:4 144:12,20
181:18,20
interviewing
68:15 69:12
71:14
interviews

Case 1:14-cv-00929-ABJ   Document 24-1   Filed 09/18/15   Page 267 of 287
VIDEOTAPED DEPOSITION OF SRYA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

265

69:5 87:22
144:14 145:1
**Inunganti**
117:9
**invited**
112:17 127:14
**involved**
22:6 108:16,17,18
111:14 135:1
163:13 223:7
**Island**
117:17
**issue**
40:10 41:3 57:10
57:12 61:6 62:3
64:6 66:19 69:1
69:14 72:21
73:20 76:14,19
80:2 81:9,11
85:11 89:21
90:21 93:2,21
94:22 95:16
109:16,17 119:6
121:16 123:12
123:21 140:18
177:3,20 179:7
207:17 217:19
219:3 224:6
227:4 229:22
237:3 238:13,17
239:21 243:16
244:14
**issued**
133:17 134:16,17
**issues**
19:10 40:5,19,22
41:11,14 46:18
49:18,19 50:7
50:13,16,16,19
50:19 53:20
54:3,6,12,12
55:5,6,9 64:22
66:7,8,9,10,16
68:17,20 72:6
72:13 73:6 74:4
74:5,17,18 75:4
75:7,22 76:9,17

77:21 78:4,11
78:12,17,19
79:1,14 80:7
81:1,18 83:14
84:6 85:16 87:5
87:8 88:13
89:12 90:1 91:5
91:13 92:7,16
95:8 109:6
114:19 115:12
115:13 121:1
122:22 123:2
129:6,8 148:12
152:2 161:15
164:5 177:17
178:9 218:10
219:10,18 220:2
220:15,17 221:1
224:1,10,19
225:10,21
226:13,21 227:2
227:8,18 229:12
230:19 231:2
232:13,18,22
233:3,18 235:10
236:11 244:3,11
**item**
30:2
**I-N-U-N-G-A-N...**
117:10,12

_____
**J**
**J**
1:21 2:17 3:4
248:2
**jacket**
160:8,10
**jackets**
160:19 161:2
**Jackson**
1:6 2:4 3:14
100:1,2,5
**January**
47:17 48:7,19
49:16 50:7,11
50:15 51:1
53:13 54:1
61:11,19 62:8

63:11 64:21
74:16 75:5
76:18,22 84:4
153:14,18
224:17 226:14
226:17 228:7
230:18,21 231:1
231:1 233:14,16
233:17
**Jason**
3:4 7:19
**jealousy**
124:1
**Jersey**
134:11
**job**
1:19 106:12
111:17
**jobs**
105:20
**Johns**
105:1,8 127:1
**join**
239:1
**jokes**
92:8,11,15,17
93:18
**Joseph**
106:7
**Judge**
1:6
**July**
237:14
**junior**
32:9 63:17
110:14 112:14
122:16

_____
**K**
**Kakar**
219:4,9 220:8,12
227:3,14 228:19
230:3,13 234:21
**keep**
65:20 130:12,20
154:6 188:17,22
209:16 229:19
**keeping**

177:9
**Kelly**
221:19
**kept**
121:18,18 142:7
240:7
**Khormaee**
110:19 113:5
**kid**
102:4 104:7
121:16 122:1
123:8
**kids**
123:22 129:11
**kind**
43:18 46:3 47:14
57:3,5 64:17
66:11 67:19
69:15 71:22
81:9,9,19 85:10
88:9 89:12 90:2
93:15,17 94:15
94:15 95:1
101:5 103:8
108:14,18,19
110:8 111:15,18
112:1,4,7,19
113:2,2 114:6
114:15 117:6,6
122:18 123:21
124:17,19
127:14 130:17
133:18 135:20
145:12,13
147:18 151:19
157:7 160:20
171:11 175:9
177:15 180:19
218:9 224:5,19
228:3 230:15
233:18 236:8,10
**kinds**
83:3
**KITCHEL**
7:17 117:11
226:4,7
**Kitchell**

3:13 7:17
**knew**
39:21 194:20
**know**
9:11,19 10:8,10
13:10,13 14:13
14:22 15:19
17:1 18:22 19:1
19:1,2,4,7 21:13
22:6,14 24:14
26:21 27:1 30:6
30:7 34:5 36:7
43:12 44:4
52:20 53:7 55:8
57:2,9 59:3,14
60:7,10 61:7
65:20 67:5 68:3
68:8,11,20
69:15 70:6,7,8
70:16 73:21
74:13 75:7,9
76:5,12,13,22
77:13 80:2,14
81:5,18 84:9
85:15,17 87:7
89:20,22 90:1,2
90:4,17 92:5,14
93:1,3,14,16
94:2,12,13,15
95:8,13,20,21
97:9 101:8
102:7 103:8,9
103:14 104:6,7
106:17 108:8
111:10,17,20
112:1,7,17
113:3 115:14
119:6,15 120:18
121:10,11 122:5
122:10,22
123:10,12 124:8
124:9 125:9,15
125:16,18
127:13,13,17,19
128:7 129:3,12
129:22 130:8
131:5 132:4,17

133:10,15 135:6
135:7,18,20
136:20 137:18
138:2 139:2,16
139:20 140:5
141:3,16,20,21
141:22 142:1
143:7 144:10
147:20 148:7,9
150:8,15 151:3
151:18 159:16
160:9 162:20
165:17 170:5
171:20 175:2,7
175:13,13 176:4
176:5,6,13,17
176:19 177:2,19
179:12 181:12
183:12,14
184:15 185:10
185:12,20 187:5
187:7,8,10,11
187:12,15 189:2
189:19,20,21,21
193:10,14 195:2
195:5,14 196:12
196:16 197:9
200:6 202:6,8
206:21 211:22
219:11,13
220:18 222:12
224:3,4 225:6
225:10 227:11
229:3,14,21
231:7 234:8
235:3,5 236:11
239:20 241:19
241:20,20
243:16

**knowledge**
55:17 91:15
169:3,11,12
185:6

**known**
207:1 218:20

**K-H-O-R-M-A-...**
110:22

## L

**lab**
4:10 28:13,17,19
28:20 29:2
30:16,18,20
33:12 34:5

**label**
161:1

**labeled**
47:16 88:5

**labs**
26:12 27:16
38:17

**lack**
83:11 114:3,19

**Laminated**
5:6

**laminized**
161:3

**large**
170:10

**Las**
3:8

**late**
39:17 40:7 66:21
94:2,3 95:17,18
96:5,6,11,14
97:2,7,14,20
99:10,12 109:19
109:21 119:11
124:10 138:7
140:17 142:2
143:10 149:12
149:14 193:11
193:16 194:1
205:5 218:2,3
220:5

**Lau**
128:17,20

**Laude**
101:11,13

**law**
3:5 240:22

**lawsuit**
9:12 194:2

**lawyer**
127:22

**leader**
221:16

**Leaders**
112:10

**leading**
118:2

**learn**
45:9 127:15

**learning**
71:7 103:11,16
127:18 133:7
177:8

**leave**
130:6,7 204:5

**left**
93:16 94:17
135:5,8 158:21
215:15

**legal**
10:12 150:14
156:9

**legible**
48:6

**length**
205:1,5

**letter**
128:4,9,10,11

**letters**
154:15

**Letts**
109:3

**let's**
13:7 38:1 42:9
47:5 62:4 65:1
84:11 98:14
105:19 115:20
118:14 124:12
153:1 160:17,21
167:10,16 172:2
180:21,22
193:21 196:20
199:3 216:11
226:13 238:6
241:7

**level**
26:14 34:18
120:14 150:3

**leader**
174:4 209:19

**liars**
230:11

**license**
131:13,15,22
132:9

**licensed**
65:3

**licensure**
150:16 177:17

**life**
72:14,14 102:14
123:8 229:2

**lifetime**
32:2

**light**
200:19 240:20
243:22

**liked**
125:15 128:1

**limit**
132:2 138:6

**limitations**
132:1

**line**
41:19 197:9
235:12

**lined**
93:10

**lines**
83:12 86:9,15

**linked**
155:4

**links**
152:16

**lipoproteins**
30:8,9,22

**list**
6:11 30:3,21
50:22 51:3 53:5
54:3 170:12
197:12 210:22
211:3

**listed**
105:10 161:16
162:4,8 211:5

**listen**

11:2,10,15 137:4
140:4 149:11
151:2

**listener**
140:3,8,12,14

**listening**
121:4

**lists**
170:5 180:17
182:6

**List/Date**
27:10 29:21

**literally**
107:9

**little**
31:2 69:21 75:8
79:11,13,22
80:17 85:10
87:4 92:7 103:9
104:7 108:14
110:15 114:6,22
115:19 123:10
127:16 135:19
136:4 148:7
150:4 178:15
200:22

**live**
96:21 98:5
133:10 220:3

**lived**
9:3,7,8 220:1

**lives**
96:22,22 98:6
117:16

**living**
81:22 125:7

**LLC**
3:5

**load**
179:20

**located**
100:4 106:3,4
108:6,7 111:2,4
117:1

**locker**
121:19

**lockers**

Case 1:14-cv-00929-ABJ   Document 24-1   Filed 09/18/15   Page 269 of 287
VIDEOTAPED DEPOSITION OF SRYA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

267

203:12
long
9:3 21:1,6,13
25:8 40:13
48:21 49:1,5,5,6
56:1,5 65:3
87:10 95:14
97:10 104:22
106:10 108:13
108:21 211:22
212:2,9 218:13
longer
49:7 64:14
look
17:4,11 27:16
28:12 29:5,19
30:11 33:14
42:15 46:9,11
152:13 160:17
173:13 176:21
177:4 187:4
199:3
looked
28:17 29:1 95:4,9
164:12 165:11
171:22 186:21
188:10 198:1
211:14
looking
24:11 25:21
121:14 152:18
152:19 157:14
159:1 164:13,14
165:14 171:15
171:17 174:14
179:3 186:19
188:13,14
189:17 211:19
looks
16:21 17:14
25:22 26:13
27:5,12 33:12
34:7,14,15
35:10,17 38:19
48:3 226:14
237:14
loop

131:8
lose
121:20
losing
122:11,14
loss
19:10 41:6 86:4
lost
122:13
lot
74:2 94:13
121:14 122:12
126:19 127:20
143:20 187:13
211:17 227:15
230:16 246:1
low
29:21 30:22 31:8
31:8 161:19,19
163:7
lumped
67:4 78:1 79:3
lunch
111:9 127:14
142:10
Luther
100:1,2,5
LYNN
3:20
L-A-U
128:17
L-E-T-T-S
109:3

_____
M

magazines
130:11
Magna
101:11,13,13
mail
187:19 188:1
mailed
188:4
maintained
205:1
maintenance
134:19
major

169:12
make-up
222:8
making
92:8 119:16
135:8 179:4
201:11 230:12
managed
96:6 231:8
management
95:19 117:20
managers
109:14
managing
124:9 131:4
manifest
92:11
manifests
94:15
manner
156:4
Manual
6:4 216:21
March
231:10,19 248:14
mark
16:12,18 27:19
28:5 38:21
84:17 145:16
153:1 158:9,13
167:17 172:2
196:20 216:11
238:6 241:7
marked
16:14 27:9,21
28:4,7 38:1,3
39:1 42:9,11
47:5,7,11 84:11
84:13 86:8
145:18 153:3,7
158:10,15 159:1
166:6,10 167:18
168:1 172:4,8
185:22 186:4
196:22 197:4,5
199:6,10 209:20
210:2,3 213:1,6

216:13,17 238:8
241:8,12 245:5
marks
99:5 201:21
Marvin
162:10
MARY
3:20
master
169:10,11
Master's
113:12,17,19
114:9,19,20
115:1 116:9
174:2
Mateo
117:3,14
material
45:9
materials
160:19
math
119:14 125:8,9,12
125:16 126:4
matriculated
186:10
matter
7:4 55:18 137:14
139:3 140:20
214:3 219:3,17
220:8 241:16
matters
10:19 38:11
40:17 168:20
Matthew
6:6
McCONNELL
3:12 4:3 7:14,15
8:6 9:2 13:2
16:11,17 25:12
27:19 28:2
31:14 34:21
35:2 38:1,6 39:4
42:9,14 44:20
47:5,10 59:21
60:6,12 62:14
62:20 67:9 83:2

84:11,16 91:21
91:22 92:4,9
98:18 99:1,8
103:3,5 116:5
117:13 128:3
133:5 138:16
139:5 141:10
142:19 145:16
145:21 153:1,6
157:13,16 158:8
158:13,16 166:5
166:9,15,17,20
167:16,21 172:2
172:7 175:1,6
175:19 183:3
184:10,22 185:3
185:4,21 186:3
196:20 197:3
199:5,9 201:14
201:17 202:2
207:10 210:1
213:4 216:11,16
224:8 226:3,10
226:12 238:6,11
241:7,11 245:8
246:20 247:1,9
247:13
Meadow
8:14
meals
104:3
mean
13:3 18:20 19:1
24:18 25:6,14
28:18 32:6
57:22 59:13
68:2,19 70:15
72:5 73:10
74:11 76:3,10
77:22 78:10
80:14 81:2,5
82:22 85:14
87:18 91:3 94:7
94:22 95:5
102:6 103:13
107:8 112:20
115:5,12 116:12

117:2,22 121:1
121:2,11,18
123:10 124:22
128:22 130:6
131:3 132:15
134:17 136:18
137:17 138:22
140:4 148:6
151:7 153:18
154:21 171:7
176:16 177:6,14
179:11,17
180:12,20 183:6
183:12 185:12
187:4 188:13
189:1 191:10
192:18 193:11
196:16 201:1,9
202:16 206:21
207:14 208:3
209:10 223:21
224:11 225:3,8
225:12 229:4,14
229:18,18,21
231:21 232:18
233:13 235:3,8
236:4 237:5
240:3 243:8
244:5 246:13,15
**means**
36:8 192:1
**meant**
54:21 76:21
**measured**
81:22
**Mechanical**
101:5
**med**
35:11
**medical**
4:9,11,13,16,17
5:20 6:4,9 12:10
12:12,14,15
15:7,9 16:7
17:21 18:7 19:2
24:5 25:2,8,15
28:16 29:3 31:7

36:10 40:1,22
43:3,14,19 44:3
46:4,9,11 50:2,9
50:17 51:13,22
52:1,5,8,10 54:8
54:10 56:11,18
57:10,13,16,20
58:19,22 59:17
60:18 61:3 66:6
67:13 72:11
78:10,20 80:15
80:22 81:8,16
83:1 85:18 90:2
93:2 95:5,12
104:18 113:13
114:6,15 115:6
115:7,9,16
116:14 135:18
143:18,19 144:2
146:13 147:10
148:4,16,17
149:6,18,19
150:2 154:5
157:21 158:6
163:6,14 168:11
168:17 169:3
170:18 171:9
172:17 173:11
175:8 176:1
177:7,20 183:7
187:2,3 188:6
197:7,8 198:6
198:14 201:8
202:6,8 207:6
212:14 217:1,15
218:6,12,16,19
223:6,18 224:13
224:17 226:20
229:2,7,16,17
229:19 230:16
**medication**
78:22 80:1 89:21
90:5
**medications**
11:1,7,9 233:5
**medicine**
68:5,15 69:1,6

70:2 72:9
161:13 168:3
186:7 234:10
**meds**
33:10 42:2 84:20
**MED2014@HE...**
197:10
**meet**
45:10 73:21
95:20 96:13
112:11 134:21
170:16 181:2
231:8,9 237:16
238:2 242:6,12
244:11
**meeting**
15:13 22:13 23:3
24:3 50:7 51:1
53:13 61:11
64:20 88:18,21
95:13 97:2
165:5,6 178:16
179:10 231:19
236:9 237:18
244:13,15,21
**meetings**
95:17 231:13
**member**
58:21 59:11
132:10
**members**
59:14 65:13
83:15 88:1 99:9
128:14 132:14
151:10 223:7
232:6
**memory**
19:10 82:2 86:4
**mental**
5:5,7 161:9,15
**mention**
31:16 72:8
147:13 148:13
**mentioned**
53:21 58:17 59:8
72:3 103:22
143:9 232:2

**mentors**
68:9 126:9
128:13,14
**met**
45:1,13 77:17
219:17 220:8
233:9 236:16
238:4 239:1
241:2,18 242:9
**Metro**
108:20 111:10
**Miami**
117:16
**Michigan**
144:5
**Microsoft**
110:9,10 111:21
112:2,6,13
113:5,10 116:8
116:10
**middle**
8:11 32:17 99:21
100:1,2 101:21
102:16 103:12
103:18 113:2
118:14,16,19
119:2 121:13
122:15 123:4,8
123:19 128:1
129:5
**miles**
109:2 133:22
134:12
**Military**
111:10
**milligrams**
79:6,17
**mind**
77:4 78:8 103:9
115:19 120:21
167:9 196:13
199:22
**minimum**
45:1,10
**Mintz**
6:6 235:22 236:8
236:9,22 237:14

237:18 238:13
238:15 239:2
**minute**
49:21 57:5 58:12
60:11,14 61:15
64:12,13 95:22
96:7 97:10
107:20 115:13
119:7,16 121:2
125:20 139:17
139:18 141:19
167:9 216:3
**minutes**
21:10 49:10,10,11
49:13 87:13,13
107:9 205:17
215:15,16
**missed**
193:17 222:5,13
239:12
**missing**
139:19 222:3,10
**misunderstandi...**
25:7
**MIT**
105:3,11,12
**mom**
9:4 35:21 36:1,21
59:7 99:11
**moment**
105:19 148:6
165:9 178:16
**mom's**
134:5
**Monday**
242:5
**monitor**
7:8
**month**
16:6 77:12,15,17
84:7,8,8
**months**
18:14 20:9,15
33:21 34:7
43:22 116:20
246:22
**morning**

Case 1:14-cv-00929-ABJ   Document 24-1   Filed 09/18/15   Page 271 of 287
VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

269

66:21 107:11
113:2 218:5
245:15
**mornings**
132:12
**mother**
8:19 58:17
**motivated**
147:21 150:1
**motivating**
148:9
**motivation**
150:3,7
**motor**
135:1 137:12
**move**
142:6,11 241:1
**moved**
116:9 123:20
**movie**
94:9
**movies**
94:4
**multiple**
223:22
**muscular**
90:17
**music**
136:20 137:5,5
**Mystic**
8:14
**M-I-L-E-S**
109:3
**M.D**
5:10 168:7
169:21 170:11
210:20

**N**

**N**
3:1 4:1,1 7:1
**name**
8:8,9,9,11 13:19
96:18,20 97:22
98:2 106:7
109:2,3 110:18
116:22 117:9
119:21 126:14

126:14,15,16
128:17,17
204:15 221:19
**named**
172:22
**National**
5:20 6:4
**nationally**
209:7
**navigate**
154:21 174:5,8
**navigating**
73:1
**near**
36:12 93:8 108:8
111:10 181:4
**necessary**
170:11 171:13
**necessity**
204:5
**need**
10:1 13:10 14:22
38:19 40:18
41:12 125:3,13
143:14,14
150:13,15,16
151:12,17
173:18 174:13
174:18 182:6
201:14 202:6,8
203:15 237:16
242:16,20
**needed**
12:10 24:8 32:22
33:5 60:19
151:11 171:8
196:3 235:9,13
235:15,17
237:16
**Needing**
5:4,7 161:9
**needs**
10:2,4 27:5 156:4
170:5 171:20,20
174:20 175:8
181:13,17,19
182:10 185:17

**negative**
93:19
**negatively**
232:1
**neither**
248:9
**nervousness**
20:2
**neurological**
80:2
**Nevada**
3:8
**never**
9:18 91:10
103:15,16
119:14 121:20
125:10 128:11
129:12,21
137:13 153:13
167:2 176:15
177:4 185:10
189:15 191:15
191:21,22 201:1
207:14,16,18,18
235:21
**new**
17:18,20 73:21,21
73:22 127:22
134:10,11
155:10
**news**
94:13
**nice**
92:6,16 154:14
156:18
**Nicholas**
3:12 7:15
**night**
39:16 66:20
112:21 113:1
**Nikkhoo**
96:18
**Nima**
8:19 9:5
**noise**
203:8
**non-tender**

26:3
**normal**
14:2 25:22 29:9
29:16 30:16
49:8 65:17,19
73:8,12,19
85:19 102:4,6
135:20
**normally**
141:14
**Northwest**
7:11
**notarial**
248:13
**Notary**
2:18 248:1,20
**notation**
36:14
**note**
23:1 34:6 40:11
40:16 121:7,10
224:17
**noted**
33:17 41:16
48:11 170:16
174:10 235:6
**notes**
17:13 23:4 24:11
25:21 26:5,7
29:20 35:21
36:3,21 37:6
51:11,16 84:18
121:11 168:19
182:2 206:10
214:7,22
**notice**
2:17 58:10
**noticed**
66:4 177:19
**November**
145:6
**number**
7:3,6 16:12 28:8
29:21 30:2
47:12 88:6 99:6
143:17 146:7,8
153:8 162:18

165:16,17,18,22
166:5,10,21
168:1 172:3
179:3 186:4
194:21 195:14
199:11 201:22
202:18,22
203:20,22 204:4
210:4 211:2
213:6 222:20
243:9,10
**Numbered**
146:4
**numbers**
28:6
**numerous**
220:22 228:21
**nurse**
34:12
**N-I-K-K-H-O-O**
96:20
**N-O-T**
163:13
**N.W**
2:5 3:15

**O**

**O**
4:1 7:1
**Oakton**
8:15 99:16 100:6
**oath**
191:14,20 192:3
201:5 208:10
**object**
12:22 44:16
91:19 138:12
141:7 142:15
157:11 175:3,10
183:1 184:20
223:19
**objection**
25:10 31:10
59:18 60:5 67:7
82:20 92:3
103:1 127:9
133:1 138:21
141:6 142:14

Case 1:14-cv-00929-ABJ   Document 24-1   Filed 09/18/15   Page 272 of 287
VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

270

174:21 184:5
207:7
**objective**
93:16 111:17
114:10,13
**objectively**
72:6 85:5 92:22
106:19
**objectives**
139:2
**obligated**
171:1,5
**obligation**
156:9
**observe**
133:9
**observing**
228:5
**obtain**
31:19
**obtained**
21:6 34:15 217:3
**obviously**
71:2
**OCC**
34:21 35:5
**occasional**
35:7,13
**occasionally**
35:6 45:8 58:7,8
59:4 92:8 94:5
137:6,7 140:17
140:19
**occasions**
142:17
**occur**
66:4
**occurred**
177:4
**October**
164:19,21 206:13
242:5,9,10
244:22 245:2,9
245:15
**offer**
107:2
**office**

12:4,9 13:22 31:6
33:14 38:7,9
40:9,11 47:14
47:19,21 48:4
48:16 53:3 63:3
77:4 81:20
82:18 84:18
88:7 102:10
110:10 111:5,8
117:2 156:12
162:9,17,19
165:7 167:7
189:7,11 197:19
198:10 202:5
**officer**
134:20 248:3
**offices**
2:2 155:18
**off-limits**
10:17
**oh**
165:18
**okay**
9:21,22 10:6,16
13:6 15:18
24:15 36:18
37:19 38:18
41:2 45:16 50:4
53:6,17 78:14
90:18 93:4
103:3 109:5
115:21 121:7
130:3 155:5
157:17 161:6
166:19,19
180:14 185:3
188:5,8 201:16
208:16 212:6
226:6,9 234:13
**older**
168:12
**once**
120:9 135:3
148:15,17
149:22 150:2
188:17 189:20
189:20 205:12

**ones**
91:9 110:1
**one-on-one**
221:3
**online**
94:13 152:21
180:15
**open**
95:11 151:19
247:14
**operating**
137:2,12
**opportunity**
9:13
**order**
100:8 169:10
180:18 181:14
185:15 215:18
247:10
**orderly**
93:9
**organized**
124:16 130:16
**organizing**
72:17
**orientation**
43:9 148:21
149:7,8 150:11
150:19 151:15
157:20 173:16
186:17 187:18
188:1
**orthopaedic**
90:13,20
**outcome**
248:11
**outline**
181:22
**outlines**
181:21
**outlining**
170:9
**outside**
29:9,15 113:4
161:20 163:5
220:13
**overall**

21:22 120:7
140:4 223:16
**overview**
64:17
**o'clock**
245:15

---

**P**
**P**
3:1,1 7:1 206:12
**package**
160:19
**packet**
5:9 166:12,22
187:18,19
**page**
4:2,8 5:3 6:3
16:19,21 17:5
17:11,14,19
23:8 26:6 27:8,9
28:7,9 29:19,19
30:11,13 33:13
34:13 38:10,13
47:16 85:22,22
146:18 147:7,18
155:3,4 162:15
164:8 170:9
173:8 181:5
183:10 187:6,13
189:6,7,16
199:12 201:6
210:5,12 241:13
**pages**
1:20 16:19,20
187:5
**pain**
34:8 39:10,13,19
40:8 41:4,13
42:22 46:1,13
74:12 90:17
**Palm**
203:11
**panicked**
196:6,17 208:11
**paper**
131:4 160:22
**papers**
122:6 125:1

131:9 189:1,2
**paragraph**
156:8 168:21
169:18 170:4
171:15,17
198:16 203:4
204:22 205:3,8
**paragraphs**
199:20
**parents**
60:1 102:13
121:22 122:7
123:20 124:8
129:19 130:4
131:8 132:19
143:12
**parlance**
25:19
**part**
15:7 18:6,8 28:16
28:18,20 38:11
51:8 69:19 71:7
82:22 86:12
90:1 99:15
118:6 133:8
146:21 157:20
181:10 187:17
190:4 218:15
224:5 235:5
243:4 244:12,17
**particular**
126:9
**particularly**
246:1
**parties**
248:10
**partners**
140:11
**parts**
86:9 94:9
**party**
96:11
**pass**
44:22 45:1,3,14
120:15,16
**passed**
45:17 114:1

Case 1:14-cv-00929-ABJ Document 24-1 Filed 09/18/15 Page 273 of 287
VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

271

passengers
132:3
passing
45:6
patient
16:22 17:18,20
18:7 28:18
39:12 51:12
68:12,21 169:5
220:13,18 228:1
228:4 246:4
patients
68:6,16 69:5,12
69:20 70:2
219:12,12
227:12
Paul
11:20
Paula
1:21 2:17 7:22
248:2
pay
137:20,21
paying
214:11,14,15,17
214:18
payment
138:7
PBE
246:2,3
PCL
221:7,8
PE
26:10
pediatrician
13:12,15 14:11
15:3
peer
65:17,19
peers
68:9 177:10
229:7
Pekol
5:16 197:18
202:5
pencils
190:21 192:10

203:15 213:16
pens
203:16
people
25:7 73:21 85:16
93:9 183:19
184:3 223:6
perceive
60:18 92:21
235:1
percent
55:12 72:20
100:13,14,20,22
144:6
percentage
101:1
Perfect
115:20
perfectly
176:1
perform
21:15 51:7 61:7
68:2,11,12
71:12 80:9
104:9,15 107:18
118:19 119:12
184:4
performance
32:4 40:18 45:19
64:18 112:5
124:21 163:15
171:12 207:6
217:15 219:10
228:19 234:22
performed
21:5 22:3 51:9
70:8 107:3,19
113:7 122:21
124:13
performing
46:20 49:20 53:4
54:9 55:8,10,15
66:3 71:1,13
104:13,14 228:4
230:1
period
102:14,21 110:13

112:12 118:14
205:19 206:1
230:18 243:1
permit
132:15
permitted
10:13 193:1,9
195:4 196:1
203:6,18,22
204:10 205:12
206:17 214:6,22
person
14:5,12 48:11
138:11,20 143:8
160:18 201:3
221:21
personal
5:4,7 10:9 11:19
37:12 40:17
78:11 93:11
146:19 147:7
161:9,15 183:7
203:4
personality
91:18 138:9,19
personally
40:20 174:6
phone
34:2,5 98:9
136:19 137:4,11
phones
203:6
physical
21:5,15,22 22:2,4
22:7,8,9 25:22
26:10 31:7
48:12,16 51:7,9
71:16,17,19,21
83:7 90:16,20
129:9,14 239:20
239:22
physically
111:2
physician
11:19 13:9,11
18:7 24:20 36:4
40:4 57:11 62:3

62:12 91:4
147:22 171:14
174:3 177:21
185:9 187:9
232:9,11,17
234:2
physicians
13:4 14:15 24:19
25:15 225:9,9
Physiology
113:21
pick
9:9 129:11
piece
153:11
pile
122:6 125:1
189:1
pilots
203:11
pins
160:4
place
7:10 49:9 100:13
106:1,4 107:8
135:8 142:6
placed
101:20 161:2
172:8 213:5,17
241:13
places
127:1
plaintiff
1:4 3:3 7:20
plan
6:9 26:12 137:15
137:16 242:2
Planet
7:9,22
Planning
137:18
plastic
161:4 166:17
platelet
29:6,12
platelets
27:13 29:15,22

31:8 33:18
playing
130:1 209:19
please
7:12 8:1,8 9:19
108:3 110:20
185:21 191:15
215:17 242:15
247:6
pleasure
94:10
PLT
27:13,15
plugs
203:8
pluses
126:5
pocket
158:21
pockets
159:22
point
18:17 22:6 43:18
51:22 52:6
56:22 57:14
58:14 61:12
82:15 114:4
121:9 143:6
145:4 150:20
158:4 162:16
165:21 175:16
188:17 221:12
226:1,5,15,22
236:14
pointed
164:15 219:21
points
162:12,17 201:7
222:20
police
134:20
policies
210:16 211:5
policy
5:10,19 168:2,10
168:19,21,22
169:20 170:5,22

Case 1:14-cv-00929-ABJ Document 24-1 Filed 09/18/15 Page 274 of 287
VIDEOTAPED DEPOSITION OF SRA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

272

171:18,20,21
210:12,15
**Policy/Purpose**
169:19
**POM**
6:7 69:20 71:15
220:20 234:10
237:15 238:19
**poor**
235:1
**popped**
56:10
**portion**
20:7
**position**
112:4
**Posner**
239:3
**possible**
185:18
**posted**
154:8
**postgraduation**
107:2
**postponed**
239:16 240:9
**postponing**
240:7
**potential**
125:7 126:11,19
127:20
**PPD**
26:20,21,22 34:7
34:10,11
**practical**
224:15
**practice**
68:5,14,22 69:5
70:2 72:9 94:19
212:20 213:7,10
214:1,21 215:12
217:6 219:11
227:12,22 234:9
**practitioner**
78:10,20 178:14
225:18 237:6
**precisely**

52:22
**premeds**
230:10
**prep**
240:1
**preparation**
163:14
**prepare**
80:10 198:9
**preparing**
59:9 64:5,8,11
**prescribe**
233:5
**prescribed**
79:6 89:15
**prescription**
42:4 83:20,22
**prescriptions**
33:9
**presence**
23:18
**present**
3:20 69:7
**presentation**
111:22 149:13,15
150:10,18
163:22
**presently**
8:13
**pressure**
48:13 80:22
115:8
**pressures**
56:11
**prestigious**
112:18
**presumably**
77:3
**pretty**
59:15 60:3 68:10
68:17 71:2 92:6
93:10,15 100:10
102:6,18 106:22
107:3,5 112:17
112:18 114:1
115:1,15 118:9
121:2,6 124:8

125:20,21,22
129:3 130:8
131:2 138:5
140:5 145:2
149:17 150:12
207:9 218:6
226:4
**previous**
13:8 85:15 99:3
**previously**
183:6
**pre-medical**
20:21
**pre-medicine**
101:7
**primary**
232:9,11 234:1,5
**principal**
117:8
**principal's**
102:9
**principles**
169:12
**printout**
153:11
**prior**
51:14 52:14
56:17 57:13,20
58:18 61:3
87:16 155:12
192:19 227:11
**private**
101:18 232:16
**probably**
12:20 24:13 56:7
83:5 84:20 93:1
93:15,18 97:10
97:19 140:13,19
182:19 189:15
192:15 229:16
**problem**
27:10 29:20 30:3
30:21 39:18
40:1,7 56:10
57:14,20 58:13
60:19 67:3
68:18 73:9,13

103:7 104:1,12
220:1 229:6,18
**problems**
20:2,8,15 24:7
31:5,9,16 35:18
39:22 41:14
42:3 53:2 57:6
61:14,22 62:9
64:9,15,19 66:6
82:1,1 86:4,20
107:6,15 109:9
109:20 114:2,8
114:18 115:9
148:11 231:20
**procedures**
63:1 169:12
**proceed**
10:21 45:3
237:17 239:5
**proceeding**
10:12
**proceedings**
248:4,6,6
**process**
12:15 15:7 18:9
71:7 77:3
146:22 185:11
185:13
**processing**
182:8
**proctor**
204:6,19,22 205:4
205:9,16,20
206:2 215:14
216:22
**proctors**
216:22
**Proctor's**
6:4 216:21
**produce**
235:8
**produced**
11:19 17:12
**producing**
80:4
**profession**
158:6 200:17

**professional**
150:16 248:3
**Professionalism**
206:12
**professor**
70:16,20 138:11
138:19
**professors**
69:8 91:4
**program**
5:11,21 93:6
101:2 114:5,9
114:20,20 115:2
115:4,5 122:19
152:14,17 168:7
168:20 170:1,11
174:1,2 176:10
177:2 181:15
185:16 218:17
218:18 240:22
241:1 242:14
245:22
**programming**
106:19 129:2
**programs**
101:15,21 152:12
152:14 162:1
177:11
**project**
112:9
**projects**
57:3 58:12 60:10
60:13 64:5,11
118:2
**promising**
111:16
**promulgated**
168:17
**prone**
122:11
**properly**
163:2 214:8
215:2
**property**
118:7
**prospective**
170:6

provide
70:17 75:20 77:8
111:18 129:19
156:10 163:3
169:5,20
provided
38:7 47:13 83:1
131:3 158:5
161:18,21
171:11 180:18
187:11 203:18
208:18 210:17
provider
14:19 60:20 61:6
61:13,22 90:21
91:8
providers
15:2 61:18 90:10
provides
210:8
providing
111:19
provision
156:17
provoking
69:9 71:21 72:3
psychiatric
19:9 20:7 86:3,7
86:16 89:11
95:6
psychiatrists
163:5
psychiatry
95:14
psychological
234:3,7
public
2:18 101:16
248:1,20
published
208:18
punctual
140:16,21
punitive
235:5
punitively
235:12

purpose
17:17 41:11
220:9 243:12
purposes
76:2,17 78:17
Pursuant
2:17
put
35:5 73:16
112:21 134:18
153:7 189:2
puts
160:19
puzzle
125:16
Pysch
6:11
P-E-K-O-L
197:18
P.C
2:4 3:14 4:15
p.m
1:15 132:4
247:16

Q

qualified
70:19
qualifiers
208:15
quarter
100:17
Quest
4:10
question
9:16,19 11:6 12:1
13:1 14:6 19:9
19:18,19 20:1
23:5 32:12 41:9
43:15 44:17,19
46:10 53:10
56:3,15,19
57:17 59:6,20
60:22 61:1,9
73:2 78:2 89:7
91:20 99:3
104:11 107:12
114:17 128:8

138:13 141:7
157:4,12 159:9
159:20 173:9
175:4,5,11
183:2 184:21
191:17 193:20
196:7 204:2
206:22 209:14
218:11 223:20
234:8 236:21
237:8 244:6
questioning
9:10
questionnaire
82:3
questionnaires
82:13 88:2,8
questions
10:1,21 11:3,10
11:12,15 18:15
55:2,18 72:12
73:11 191:6,19
193:4,15 194:9
194:22 204:1
quickly
94:15 129:3
quiet
130:10
quit
127:22
quite
174:12 182:17
193:21,21
quote
91:11,11 155:10
155:17,18 156:2
156:4,8,12,16
163:2,12 169:9
169:15,20
170:14,16,19
172:22 189:8
198:17,20 205:4
205:6,13,16,20
206:3,5,6,7,8
214:6,9,21
215:3,8,10,15
215:20

R

R
3:1 7:1
radiates
39:13
radio
136:20 137:1
Radiological
4:15
Rahim
8:18
raise
231:18
raised
42:3 58:13 77:21
217:15 235:14
236:11
ramped
80:21
ran
222:21
range
29:9,16 30:16
49:10
rank
100:8,9
ransom
142:9
rates
26:2
rating
138:1,2
reach
158:20 162:20
164:5
reaching
159:22
read
34:12 35:19 37:4
37:5 48:7
137:10 148:5
155:13,22
156:13 163:2,9
170:13 171:18
171:21 180:20
181:9 186:15,18
187:1,14 197:22

198:21 199:14
199:17 200:1,13
200:20 201:6,11
202:14 206:15
206:19 207:1
208:14,17
211:12 212:1,2
212:11,17
213:11,19,22
214:4,10,20
215:4,13,21
216:3 217:3,6
reading
31:12 94:10,12
95:2,3 130:10
146:6 212:12,16
245:17 247:12
reads
198:8 205:16
ready
97:10 240:10
real
224:6
realized
206:16
really
12:19 32:5,20
37:18 39:14
57:16 67:15
70:20 74:2
80:21,22 81:3
81:14 94:7,11
95:6 96:6 100:9
100:15 103:13
107:3 115:14
123:12,20
125:17 126:10
126:11,20 128:1
129:12 130:15
132:5 134:17
136:13,21 139:1
140:1 142:6
144:8 149:21
159:8 160:3
187:22 200:2
220:16 221:2,20
224:4 225:10

Case 1:14-cv-00929-ABJ   Document 24-1   Filed 09/18/15   Page 276 of 287
VIDEOTAPED DEPOSITION OF SRIA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

274

228:15 229:22
230:8,16
**rear-ended**
135:12,13
**reason**
10:8 11:14 12:4
12:13,18 13:9
13:10,14 14:9
14:19,22 37:21
90:22 91:2
102:10 137:11
144:22 148:2
169:19,19 179:4
216:2 222:2
238:2
**reasonable**
156:17 170:14
171:10 226:8
238:16
**reasons**
11:2,4 183:7
**recall**
12:19 14:10 15:5
15:12,14,16,18
21:3,11,14,20
22:16,16 23:7,9
23:18,21 24:2,4
24:10 25:5 30:6
31:18,22 32:5,7
32:11,20 33:8
33:11 34:8
37:15,16,18,22
39:17 40:15
41:22 43:2,6,7
43:11,20 44:1
44:10 45:2,2,19
46:5,8,17,21
47:21 49:15,18
50:5,10,17
51:10,15,17,19
52:1,4,7,9,11
53:15,15 55:1,3
55:12,20 57:2,8
58:16,20 59:12
61:20 62:1,2,4
63:5 72:5,20
73:15 74:19

76:11,19 85:3
86:10 87:20
89:13,13 95:11
98:8 101:19
102:1,11 108:13
110:1 111:7
113:13 118:12
120:4,19 125:5
127:1,4 128:10
129:1,7,15
131:5 132:5
135:15 136:13
140:9 143:1,13
144:6 145:7,14
150:12,17 151:7
151:9,13 152:22
153:19 154:1
157:18 159:18
159:19,22 160:3
160:5,16 163:20
163:21 164:13
171:15,16,17
172:1 173:8
174:9 175:16
188:2 191:10,11
191:16 192:4,9
193:2,3 194:3
199:15 200:2
201:11 220:2
228:9 230:9
233:14 235:16
**receive**
33:9 42:2 161:13
192:13 214:7
215:1,18
**received**
42:21 45:5 69:15
133:20 160:5
168:14 186:16
187:9,15,17,22
188:9 189:2
192:5 199:15
200:8 211:4
233:8
**receiving**
158:22 159:3,4,8
159:12,14,18,19

160:4,6,16
163:20 168:12
194:4
**recess**
62:17,21 98:22
116:2,6 167:9
167:13 201:15
201:20 202:3
**recognize**
156:9 187:12
**recognizing**
177:16
**recollection**
14:18 18:2 21:16
22:1 23:2,13,16
37:9 45:5 46:6
46:12,14 47:2
51:5 62:10
159:17 192:20
**recommendation**
126:22 127:2
128:5 246:5
**recommendatio...**
127:6
**recommended**
66:13 245:20
**record**
4:11,13,16,17
33:14 46:9
47:15 62:16,19
83:21 85:22
98:21 99:2,4,6
116:1,4 167:12
167:15 178:2
201:19,22
223:10 247:1,3
247:16 248:6
**recorded**
10:3 214:8 215:2
215:17
**records**
4:9 11:18 15:21
16:2,8 30:11
38:7,20 42:8
43:2 46:4,11
47:12 76:12
82:18 83:1

**recruit**
111:16
**recruitment**
111:16 112:4
**redacted**
38:10
**reduce**
203:8
**reduced**
248:7
**REED**
3:20
**refer**
147:14 185:20
**reference**
34:16 84:21
148:10 199:16
**References**
6:11
**referencing**
34:20 52:1
213:21
**referral**
155:17 161:19
163:4 243:22
**referred**
103:15 183:21,22
184:9 244:22
245:18
**reflect**
238:12 241:14
**reflected**
213:7
**reflects**
40:16 146:11
**reflex**
160:3,5
**refresh**
37:9
**regard**
24:1 72:15 178:4
217:22
**regarding**
77:13 83:17,17,18
204:1 233:18
243:16
**regardless**

141:1
**Registered**
248:2
**registration**
5:9 134:4 166:12
166:22
**regular**
26:2 247:7,9
**Regulations**
210:20
**relate**
89:11 168:20
**related**
35:18 40:17,20
41:10,14 50:7
83:10 88:12
122:18 145:12
152:14 162:1
200:10 248:9
**relates**
10:19 38:11
**relating**
227:15
**relationship**
91:8
**relationships**
65:18,19
**relatively**
93:1 100:19
118:17 129:1
**relatives**
36:12
**relayed**
233:17
**relevant**
9:15
**remain**
205:17,18
**remediate**
237:16 238:18
**remediated**
238:17
**remediation**
6:7 223:12
227:22 237:19
**remember**
14:15,16 45:3,8

Case 1:14-cv-00929-ABJ Document 24-1 Filed 09/18/15 Page 277 of 287
VIDEOTAPED DEPOSITION OF SRNA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

275

49:4 52:22 55:4
55:13 57:9,9
58:6,7 59:3 60:9
64:4 65:4,5
66:18,19 67:11
67:12,13,15
68:7,19 69:3
72:21 73:5 75:6
82:5,6 83:13,13
85:5,9 89:19,20
90:4 96:13 97:1
97:15 100:9,10
100:15 101:1
104:3 106:14
109:7 111:22
112:21 113:1
117:4 119:5,7,8
119:14,15,21
121:8,9 122:4
122:14 123:10
123:11,13 124:5
126:6,10,19
127:5,6,13
128:16 129:11
130:16 131:17
139:15,19 140:1
144:8 148:7
149:12,22 150:9
150:13 151:4,18
152:4,5,6,18
157:14 158:22
159:2,4,7,8,11
159:12,13 160:2
160:4,10,13,15
164:4,14,15,22
165:14,15,16,17
168:12 171:3
178:8 179:3
187:22 188:13
189:17 190:11
192:5,7 193:12
193:13,19 194:5
194:17,18 195:6
195:10,16,20
199:21 215:17
216:5 218:2
220:12,16,22

221:2,3,18,19
221:20 222:4,5
222:9,12 224:18
227:4,9,13
228:5,16 230:8
230:12 232:4
235:6,7,8,10
237:22 244:13
244:15,20
245:17
**remembered**
130:21
**remind**
198:10
**remotely**
110:11,12 117:2
**repeat**
23:5 32:12 43:15
56:3,13 57:17
59:20 60:22
61:2 138:14
157:4 175:5
**report**
4:10,14,19 28:13
29:9 30:20
42:15,21 43:9
51:21 53:8
110:10,17 117:5
146:1
**reported**
1:21 52:16 147:2
182:11 232:7
**Reporter**
2:18 7:21 8:1
10:2,4 16:12,18
38:21 84:17
145:22 153:7
167:17 172:8
197:5 210:2
213:5 247:4,7
248:1,3
**reporting**
50:5 52:4,7
**reports**
88:8
**represent**
7:13 17:12 154:2

168:15 172:14
**representing**
7:9,22
**request**
122:17,17 176:11
180:18
**requested**
145:11 204:4
**require**
175:22 182:13
189:10
**required**
5:19 15:10
120:17 132:17
148:22 149:1
169:5,13,22
202:22 208:2
**requirements**
45:1,11,14 170:16
170:18 218:16
**requires**
169:13
**requiring**
157:2,7
**reside**
8:13,14
**resides**
8:16
**resolve**
80:7
**resources**
5:4,6 161:8,16,20
162:4 163:4
175:15
**respect**
40:10 114:18
192:18,19
**responded**
18:14 19:16,18,20
**response**
11:11 190:5,6
223:5 230:3
**responses**
10:3 215:17
**responsibilities**
246:16
**responsibility**

224:9
**responsible**
187:1
**responsibly**
202:9
**rest**
39:14 101:19
229:2
**Reston**
147:3
**result**
42:21 56:11
**results**
4:10 28:17,19,21
29:2 33:12 34:5
42:18
**retired**
127:22
**revealed**
66:17
**review**
5:19 24:13,22
25:17 87:15
160:21 164:7
182:4 210:13,15
211:15 228:3
**reviewed**
204:15 211:5
**reviewing**
87:20 227:9
**Rhoda**
219:4
**Rhode**
117:17
**Rhonda**
150:21 162:12,17
221:4
**rhythm**
26:2
**Richard**
234:21
**rid**
134:18
**right**
9:20 10:15 13:5
16:4,5,6,7 17:8
17:19 18:3,5

19:8 21:18 22:8
22:20 23:1 26:8
27:4,8,14 28:14
29:12 30:12,17
31:3 34:6,6
35:13,20 39:10
39:13,22 40:3
41:7 46:1,13
47:4,18 49:3
51:6,18 53:5
62:4 66:15,22
70:18 74:17
82:10 84:3 85:2
86:17 87:9 89:5
91:16 93:17
94:17 96:22
98:6 104:11
111:1,11 146:5
146:9 148:4
149:4 153:20
154:8,11,14
155:2,4,6,9,16
162:6 163:19
165:8 170:12
173:5 176:7
189:3 190:12,16
190:22 191:5,8
191:15 194:13
197:11 198:6
202:3,10,20
203:1,4,6,9,13
203:19 204:2
210:10,20 211:5
211:8 221:11
228:16 231:12
233:14 234:14
238:1,4,5
239:11 242:21
**right-hand**
34:13
**rises**
205:13
**road**
111:10 133:16
135:7 218:21
**roads**
133:10

**Robabeh**
8:19
**rolling**
44:6
**romantic**
140:11
**Rome**
181:5
**room**
112:20,21 113:4
122:5 130:7,9
130:10 151:4
202:20 204:5
205:10
**rooms**
122:5
**ROS**
24:12,16,21 25:1
25:6,14
**rotation**
180:7,7 238:5
240:14,16,18
242:15 243:20
244:8,21 246:8
**rotations**
179:12 239:8,12
239:15 240:11
240:13 246:13
**rough**
218:21
**roughly**
87:13
**routine**
13:13 14:8 21:22
26:9,10
**rules**
132:1 194:8
195:7 198:13
203:3
**run**
95:18 97:11
99:12 131:1
**running**
95:17 97:14
**Ryan**
96:18,19,20,21
97:3,15,17,21

142:5,12
**R-Y-A-N**
96:20

─────────────
**S**
─────────────
**S**
3:1,12 4:1,6 5:1
6:1 7:1 51:11
**San**
117:3,3,14
**sat**
32:8 190:11
**SATs**
192:5
**saw**
15:2,6,21 28:20
90:9,22 91:3,7
123:22 126:11
126:19 127:20
129:1 153:13
177:21 225:18
232:21,22 233:3
235:21,22
**saying**
64:2 159:2,14,17
159:21 160:15
194:3 230:8
242:1,4
**says**
17:20 26:20,20
30:18,20 33:16
39:12,15 41:5
41:16 51:12
143:8 154:15
155:6,8,10,16
155:20 156:15
161:17 162:19
169:19 170:4
172:13 174:15
180:22 181:3,7
182:12,15
188:19 189:14
198:17 199:1
205:3 210:15
**scale**
163:7
**Scantron**
44:14 195:4

196:11
**schedule**
43:21 72:18 76:1
79:15 95:20
179:6 180:4,11
182:20 183:11
222:8
**scheduled**
111:22 139:22
239:7
**schedules**
242:12
**scheduling**
74:11
**scheme**
207:5
**scholarship**
100:18,21
**school**
6:9 12:10,12,15
15:7,9 16:7
17:21 19:3
20:21 24:5
28:16 31:8 32:2
32:9,10,10,16
32:17,17 35:11
40:1 43:3,14,19
44:3 46:18 47:1
47:3 49:18 50:3
50:10,17 51:13
51:22 52:2,5,8
52:10,12 53:4
54:8,10 55:5
56:11,18,20
57:10,13,16,20
58:4,19,22
59:17 60:18
61:3,8 63:14,17
63:18,22 65:4
65:16 66:6,14
67:13,21 68:4
72:11 74:6,8,20
75:13,14,16
77:5 80:3,3,15
80:22 81:8,16
85:8,18 87:18
91:4 93:2 94:11

95:5,12 99:14
99:15,16,17,17
99:18,21 100:1
100:2,3,6
101:14,17,19,21
101:22 102:16
102:16,17
103:12,12,12,17
103:18,18
104:13,18
110:16 113:14
114:6,15 115:6
115:7,9,16
116:12 118:15
118:16,19 119:2
119:14 121:13
122:12,15,16,16
123:4,8,19
124:12,14 126:8
126:17,18 128:1
128:13 129:5,5
129:10,10,18,21
130:5,13,17
132:7,10,11,12
133:20 134:7
135:3,19 139:15
143:19 146:13
147:10 148:4,16
148:17 149:2,6
149:18,19 150:2
150:20 157:21
161:13 168:2
175:8 176:1
177:7 179:17
183:7 186:6
187:3 188:6
202:7 207:6
217:1 218:6,12
223:6,18 224:13
226:20 229:2,7
229:16,19
230:16 232:1
233:20 240:4,22
**schools**
102:10 143:17,20
218:19
**schoolwork**

120:14
**School-wise**
104:6
**Schroth**
149:12
**Schroth's**
149:14 150:10
**science**
101:7 128:19
169:11
**Sciences**
161:13 168:3
186:7
**score**
213:8
**scores**
45:2 182:11
**screening**
22:7
**scrotum**
39:13
**se**
78:20
**seal**
248:13
**seated**
205:18
**seats**
203:1
**second**
157:19 162:15
181:21 182:2
210:12 211:18
212:20
**seconds**
197:15
**secret**
106:18
**secretary**
197:20 222:7
231:16
**section**
86:15,16 146:18
147:8 172:1
188:14 189:18
**sections**
86:8

security
96:6 106:18
see
13:11 14:8 26:5
26:16 27:17
34:22 40:12
41:10 48:20
53:1 66:13
69:18 74:6,8,20
74:21,22 75:1
75:12,13,15,16
75:17 77:2,3,5,5
77:9,17 78:9
152:15 153:15
153:16 154:16
154:17 163:6
176:22 177:22
178:14 179:8,18
180:21,22
181:11 188:12
224:18 225:13
225:19 233:2,20
234:1 239:4
245:4
seeing
12:7 14:18 24:4
153:19 157:15
159:2 171:3,16
232:13,18 237:5
seek
42:5 151:10,20
177:15 178:5,7
178:12,13,17,19
179:16 183:16
224:21 225:5
236:4
seeking
155:10 183:6
Seema
219:9 234:20
seen
12:18 13:9,12
14:4,13,20 15:1
28:14,18 29:4
75:3 76:12
78:19 87:15
90:10,12,13,15

90:21 91:11
153:10 167:1,2
181:11 237:12
semester
43:5,12,17 44:7,8
45:4,7,12,13,18
56:8,8 67:14
68:21 69:3
95:14 217:14
224:16 226:20
227:11 228:2,15
228:15 231:7,11
236:1 238:4
240:19 241:4,19
semesters
226:15
Semma
219:4
senior
3:20 110:14
112:9,14 132:6
132:9,11
sense
25:17 223:16
sensible
229:15
sent
102:9 245:14
sentence
205:4 206:5
215:8
September
38:21 39:7,18,18
40:7 41:15,21
42:17,19 46:1
46:14 197:15,16
242:1,4,4
Sergei
97:22 98:2
serially
28:7
serve
75:19 77:19
Service
165:15 181:3
services
4:20 5:9,12

151:11,16 152:1
152:16 154:10
155:11 156:17
161:18 162:5,9
164:2,3,7,14
165:12 166:1,11
166:22 167:7
172:10,22
173:17 179:16
180:16 181:4
183:22 184:1,14
189:8,11 234:5
session
76:7 121:10
127:14 150:11
150:19 222:8,18
sessions
75:20 76:4 77:10
78:3,4 148:21
149:7,8 173:17
221:7
set
65:20 76:1,6,8,15
76:15 77:7,10
168:21 198:13
202:7 231:13
248:12
sets
147:8 217:1
setting
63:8
seventh
119:8,10,22 120:1
123:11,15
sexual
40:18 41:10
sexually
35:17
Shahin
13:16 14:9,11
14:17 15:4
Shahin's
13:22
sheet
5:19 161:11
174:14 178:2
190:21 191:22

192:12 193:1
195:4,9 196:11
196:15 206:7
209:6,16 214:9
215:3,18 217:11
sheets
206:1 213:17
Shelf
192:18 193:6,7
194:2 195:13,22
196:9,15 209:8
212:18,20 213:7
213:10,12 214:5
214:21 215:4,12
216:3 217:6,7
239:16 240:9
241:2
Shome
98:1,4,5
short
62:13 201:14
202:3
shorthand
24:19 248:1
shortly
150:20
shorts
121:19
shot
127:21
shots
14:3
show
94:2,3 223:11
showed
235:22
showing
109:7,18,21 142:8
shown
97:20
side
34:13 117:7
sign
200:15 204:13
signature
17:5,8 23:10,11
204:15 211:7

signed
18:8 198:18
200:11
significant
177:20
signifies
23:12 29:9 36:4
signifying
158:5
signing
247:12
sign-in
202:19
similar
68:22 83:5
Sina
1:3,12 2:1 4:2 6:6
6:8,11 7:3,20
8:3,9 59:15
211:7
sister
9:4
sit
23:13 46:12
130:4 165:10
192:20 203:1
site
134:10 153:21
situation
71:20 72:2 80:16
situations
73:22 169:4
six
18:13 20:9,15
210:16
skill
169:3
skills
121:7 170:10
skimming
189:17
skin
14:21
skip
79:18,20
skipped
79:19

Case 1:14-cv-00929-ABJ   Document 24-1   Filed 09/18/15   Page 280 of 287
VIDEOTAPED DEPOSITION OF SRYA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

278

**sleep**
20:15 66:20
218:4 224:2
**sleeping**
85:12,17,18
**sliding**
163:7
**slightly**
32:14 73:16
**Slow**
8:20
**slower**
94:9
**small**
67:20 68:3 71:18
94:14,17 218:1
219:13
**smaller**
69:6 71:18 72:1
**smart**
59:4 107:5
**SMHS**
5:10 168:2,5,7
169:20
**sneakers**
121:15,19
**sniff**
113:3
**social**
73:8,12 102:4
123:8
**socializing**
229:7
**soft**
26:3
**software**
118:3,4
**somebody**
75:10
**somewhat**
59:6 75:10 235:5
**soon**
226:2
**sore**
244:13,16
**sorry**
8:21 9:6 34:19

56:3 69:21
119:21 139:14
146:6,8 148:5
184:13,15
214:11 234:11
241:3 245:13,13
245:18
**sort**
12:14 16:21
21:21 22:7
25:14 31:19
69:6 70:11 85:7
90:3 93:10
94:19 124:9
131:1 133:7
136:15 138:10
141:12 207:14
207:17 218:15
235:18
**sought**
61:13,17 62:11
**sounds**
80:20 188:20
**source**
152:11
**South**
2:6 3:16
**space**
214:9 215:3
**span**
48:9,20 49:19,22
50:8 54:14
72:13,19 73:6,8
83:10
**Sparta**
106:1,10 107:21
**speak**
10:13,18 12:4
60:8 62:7 75:8
78:11,13 107:15
109:12 112:10
112:18 176:3
231:2 243:15
**speaking**
46:17 58:3 62:2
68:19 72:7 75:6
75:7 77:22

86:11 89:22
220:12 221:3
228:9 229:11
**speaks**
162:16
**specialty**
169:13
**specific**
15:12,14 54:4
142:4 163:21
169:14 176:9
183:22 194:20
194:21
**specifically**
54:17 55:16,21
74:7 83:9
163:11 174:12
182:6 188:14
221:4 232:2
**spectrum**
169:5
**speculate**
80:18 184:16
**speculating**
35:5
**speculation**
25:11 31:11
59:19 67:8
82:21 91:20
103:2 127:10
133:2 141:7
142:15 174:22
184:6 207:8
**speed**
94:8,9 212:12,13
212:16
**speeding**
133:21 134:16
**spell**
108:3 110:20,21
117:11
**spelled**
13:20
**spend**
121:14 229:17
233:9
**spending**

147:3
**spite**
123:1
**spoke**
46:22 53:16
55:20 56:7
57:11 58:14
62:11 72:10
75:12,21 76:18
91:4 223:5
231:22
**spoken**
236:19 241:5
**sprain**
239:21
**spring**
56:8 224:16
228:15 230:18
230:21 231:11
**staff**
170:6
**Stagnaro**
221:13
**Stagnaro-Green**
219:6,18 221:4,9
**Stamford**
105:4,13,14
**stand**
30:4
**standard**
28:12 94:19
191:1 213:11,14
**standardized**
68:6,21 219:12
220:13 228:1
**standards**
5:11 168:8,20
200:17 201:2
**stands**
24:13,17,21 26:21
27:1,2 30:5
51:12
**stare**
104:4
**start**
67:13 79:8 94:6
154:14 190:20

200:1 204:20
212:4 226:19
239:10 240:13
241:19
**started**
12:10 43:6,17
44:2 135:19
149:22 150:8
154:15 155:7,8
156:8 238:2,5
239:13 240:14
244:8,21 246:8
**starting**
56:9
**state**
7:13 144:5 156:7
163:11 174:12
**statement**
18:7 19:15 60:21
86:6 148:1,3
168:19,22
170:13 200:19
201:4 211:4
230:12
**statements**
146:21 147:8,11
217:3
**states**
1:1 7:5 169:2,9
171:19
**status**
36:13
**stay**
65:1 131:8
139:19 143:15
241:1
**stayed**
123:3
**staying**
113:1 121:5
**stenographically**
248:7
**step**
62:5 148:16
212:20 239:16
241:3
**steps**

148:18,22
182:22 184:18
223:13 224:10
**Sterling**
97:1
**stick**
120:21
**stood**
240:21
**stop**
111:10 129:22
208:8 217:11
**stopped**
135:5,10,11
**stopping**
226:1,5
**stored**
203:12
**stories**
103:9
**story**
112:19
**straight**
140:6
**stray**
93:16
**Street**
2:5 3:15 7:11
181:6
**strong**
60:3
**structure**
240:22
**struggled**
45:8
**struggles**
119:1
**student**
25:2 28:20 29:3
36:10 59:15
60:3,15 70:19
71:8,8 72:14
102:14,17,18,20
111:20 119:2
120:22 121:3
124:16,21 127:8
127:12 128:2,21

147:14 148:2,11
151:22 152:21
154:5,19 156:3
156:10,11 157:1
157:10 158:4
163:14,15
165:22 168:11
168:18 169:14
171:1,1,9
172:17 173:6,11
173:22 174:7
175:13 177:7
187:2 190:2
197:19 198:6,14
201:8 202:8
205:13 207:6
210:17 217:16
221:16 229:17
**students**
5:4,7,16 25:15
69:17,18,19
70:1,7,8 71:1,9
71:11,15 111:17
127:15,18 152:3
152:12 154:9
155:10 156:18
161:8,12 163:7
164:1,7 169:10
169:21 170:5
171:11 173:18
174:12 175:21
176:11 183:21
188:4 189:5,9
197:8,8 198:8
202:5,19,22
203:15,22 204:4
204:9,13 205:5
205:9,18 206:11
208:2 209:5,6
209:16 246:1,1
**studies**
104:10
**study**
51:14 52:14 85:6
152:14 200:6
240:7 242:14
**studying**

46:19 49:19,22
50:1,8 53:4 54:9
55:8 57:4 64:2,4
64:12 115:13
212:13
**stuff**
9:8 94:12 104:4
119:7 121:14
122:13 125:20
126:5 131:7
**styled**
168:2 186:5
**subclass**
101:8
**subgroup**
206:11
**subject**
5:21 6:9 55:17
194:2
**subjective**
52:19 193:18
227:10
**subjectively**
39:12 51:12
57:22 69:14
75:8 77:22 84:2
89:22 90:4
123:22
**submitted**
146:12,17 147:9
147:12
**subsequently**
78:16
**substance**
10:14 62:22
**succeed**
223:18
**succeeding**
222:22
**successful**
64:7 93:1 120:15
**successfully**
170:11 238:20
**suffering**
243:2
**sufficient**
169:22

**sufficiently**
45:10
**suggest**
188:3 235:15
**suggested**
74:3 229:13
233:19
**suggestion**
229:15 236:4
**suggestions**
236:3
**suicide**
67:14 233:19
**Suite**
2:6 3:7,16 181:5
**Summa**
101:11
**summarize**
150:13
**summer**
106:11 108:22
149:21 239:19
**supervise**
132:18
**supervision**
248:8
**supervisor**
106:6 109:1
**support**
4:20 5:9,12
129:19 151:11
151:16,22 152:2
152:6,16 154:10
162:2,9 164:13
165:11 166:11
166:22 167:6
172:10,21
180:16 181:4
184:1,14 189:8
189:11
**supposed**
96:13 97:6
**sure**
12:2 14:7 16:10
23:6 43:16 56:4
56:14 57:19
59:22 60:6

62:14 91:21
92:4 98:18
157:5,13 163:18
202:14 219:13
219:15
**surgeon**
90:14,20 230:8
**surgeons**
230:6
**surgery**
147:20 179:9
195:12,21 196:9
209:7 239:13
240:14 246:8
**surgical**
238:5
**surrounded**
68:9
**surrounding**
88:13
**Survival**
5:15 186:5
188:19
**suspect**
189:9
**suspended**
129:16
**swear**
8:1
**switch**
124:12
**sworn**
8:4
**system**
25:8 161:20
163:6
**systems**
18:15 24:13,22
25:18 118:5,6
**S-E-R-G-E-I**
98:2
**S-H-A-H-I-N**
13:21
**S-H-O-M-E**
98:4
**S-I-N-A**
8:9

Case 1:14-cv-00929-ABJ  Document 24-1  Filed 09/18/15  Page 282 of 287
VIDEOTAPED DEPOSITION OF SHYA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

280

**T**

T
4:1,1,6 5:1 6:1
**table**
188:11 213:18
**take**
8:22 10:2,7,10,17
29:8 33:14 48:3
60:17 61:9 62:4
62:13 64:13
78:15 79:15
89:14 90:5 93:4
103:15 107:3
115:19,20
121:11 125:2
160:17 167:9
179:15,19
182:16 190:9,14
198:5 201:6,7
201:13,14,15
202:7 209:1,5
213:12 224:10
224:13 228:1
232:7 240:10,12
242:8 246:21
**taken**
90:16 182:22
188:10 189:4
190:3 195:12,18
208:9 223:13
237:3 248:4,7
**takes**
212:1,2
**talented**
129:1
**talk**
36:19 38:19 50:4
50:18 60:19
63:3,7,17 64:19
65:2
**talked**
32:8 33:18 50:12
50:14 54:15
63:20 67:19
78:6 85:9,14,15
86:22 87:4
107:1 116:8

131:12 149:3
219:14 225:8
228:3
**talking**
50:10 55:4,13
63:5,10 83:13
89:5 116:7
152:4 202:4
204:10 212:19
221:2 227:13,15
230:14 233:10
**talks**
111:19
**tape**
7:2 98:17 99:6
201:22
**tardiness**
109:9,16,20
140:18 217:19
217:20 221:3
**tardy**
109:7 140:22
219:7
**tasks**
61:15 107:18
139:1,12,13,14
**taught**
128:19
**TB**
27:5
**teach**
70:17 128:1,18
**teacher**
119:18,22 120:10
121:9 126:10
**teachers**
69:7 102:19
120:6 121:22
123:4,4 125:2,6
126:8
**tech**
105:6,17,18 108:4
111:19
**technical**
5:11 117:20
168:7,20 212:14
**technically**

117:16
**telecommunicat...**
106:20
**telephone**
162:18,19 165:22
**tell**
8:8 20:20 22:15
22:17 23:21
24:2 34:17
49:14,17 52:13
52:18,21 53:2
53:13,18,22
54:4,13,17,20
56:1 63:7 67:17
71:3 76:5 86:18
92:20 93:7
135:4 165:3
181:13 184:11
190:19 212:2,9
230:2,4,5
236:13,22
237:10 243:6
**telling**
49:15 51:15,17
52:9 54:6,7 84:1
85:3,5 191:15
191:20 194:1
201:7 220:2
225:15 230:9
**tells**
174:16 197:11
**temp**
48:12
**ten**
79:6,17 100:14
115:20 205:17
**tend**
93:5
**tendency**
94:2 99:12
142:20
**terminated**
71:12
**terms**
21:4 104:13
115:8 138:9,18
139:13 222:22

**terrible**
234:20
**terrified**
69:11
**terrifying**
69:10,11,13
**test**
27:2 28:13 29:5
91:12 182:11
209:1 214:7
215:1
**tested**
108:19
**testified**
8:4
**testimony**
10:14,20 11:5,11
62:6,22 160:18
192:3 201:5
208:10
**testing**
108:17
**tests**
29:2,4 33:4
**text**
136:17,20 137:10
**texting**
221:18
**Thank**
242:11
**theme**
177:18 232:5
**therapist**
66:13 74:6,8,11
74:20,21,22
75:1,3,13,14,15
75:17,19 77:2,3
77:5,6 78:9,17
78:20 225:15,20
232:8,10 233:20
246:5
**therapy**
75:20,20 76:2,7,9
76:17 77:8,10
77:20 78:4,21
79:1 90:16,20
91:11 152:5

178:5,7,12,13
178:17 224:21
225:5,16 232:12
232:16,20 233:2
234:4,7 236:14
237:1,4,11
239:20,22
244:12 246:18
**thing**
57:5 93:19 94:16
95:13 101:8
124:10 125:8
130:2 132:4
133:11 136:19
151:19 159:13
180:6 207:14,16
221:16 233:4,8
**things**
28:6 51:3 61:15
92:12 93:9,18
106:18 125:16
135:7 139:2,3,9
140:6 160:8
183:10 188:20
198:10 202:19
207:5 221:1
223:1 236:12
**think**
14:20 26:20,22
61:1,3 65:12
67:10,11 70:15
70:19 74:18
80:9,15,16,18
81:5 84:20 87:6
88:4 92:5,13,14
92:14 93:5,9,12
93:14 95:6,7,12
96:3,12,22 97:8
97:18,19 99:11
100:4,22 101:16
101:17 102:1,3
102:6,13,15,18
102:19 103:4,7
104:6 106:22
107:10,22
108:10 109:5,6
109:18 110:18

Case 1:14-cv-00929-ABJ   Document 24-1   Filed 09/18/15   Page 283 of 287
VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

281

110:22 111:10
114:4,4,22
123:6,21 124:8
125:8 126:15
127:5,21 128:6
128:15,22 129:1
130:16 131:3
132:2,6,21
133:8,15,19
134:2,9,11,20
134:21 135:18
139:7,14 140:1
140:4,7,11,17
142:5,12,16
143:21 144:5
145:2,3,6 148:8
148:20 149:20
149:20,21,21
150:3,4,4,6,8
152:4 160:7,14
171:21 174:12
177:1,8 179:4,5
179:15 181:10
182:17 183:19
184:2 186:22
193:16 194:17
195:21 200:16
200:21 201:9,10
201:10 207:21
208:8 209:4,9
209:10,15,18
220:14 221:19
222:7 223:10
224:2,12 226:4
226:8 227:4,20
228:6 229:10
230:7,11,14,14
231:4,6,16
235:17
**thinking**
103:8 184:13
**thinks**
174:17
**third**
27:9 30:12 41:19
171:19 242:15
**thoroughly**

212:17
**thought**
59:15 60:3
133:22 148:3
151:11,16 157:1
157:6 196:2
200:18 230:10
235:13
**three**
16:19 33:21 34:7
116:20 134:12
194:18 208:7
**three-and-a-half**
161:4
**throat**
244:14,16
**Thursday**
221:10
**Thursdays**
218:2
**ticket**
133:21 134:10,16
134:19
**tickets**
133:18 134:6,13
134:14
**time**
7:8 8:17,18 9:16
10:7 12:3,6,17
13:3,9 14:9,12
14:19 15:2
23:21 24:7
38:12 39:9 40:6
40:15 41:3 46:2
47:13 49:4,9
57:17 58:8,22
60:18 61:10,18
62:7,11,16,19
63:13,21,21
64:13 66:12,19
67:11,12 75:1,3
82:14 84:5
87:14,14 88:2
89:2,3 90:6,11
90:22 93:20
94:11 95:19
98:21 99:7

102:21 103:11
103:17 104:22
107:7,13,18,19
109:17 110:3,13
112:12 114:21
116:1,4 118:11
119:12 120:3
121:14 122:15
124:5,7 127:14
129:14 132:8,13
134:3,8 135:14
137:20,22 143:4
145:10 147:15
148:11 149:16
151:5,16 153:15
153:17,21 154:4
156:3 157:1,6,9
164:6,8 165:2
167:4,7,12,15
172:16,18
173:19 177:6
179:11,16,19
180:6,8,12
182:17 183:6,13
184:17 185:7
187:3,7 188:10
189:18 190:20
190:20 191:4,7
191:9 192:1,9
192:10,10,14
193:8,14 194:15
194:18,21 195:2
195:8,11,22
196:3,8,8 200:7
201:6,19 204:20
206:6,16 207:2
207:18 208:6
209:5,13,17
213:16 215:8,19
216:8,22 217:10
219:22 220:14
222:5 223:2,2
227:19,20 228:2
228:10 229:17
231:21 233:10
233:13 236:17
237:1 240:1

241:5,5 242:12
243:1,17,21
244:2,10 245:22
246:9,13,21
247:3,11
**timed**
190:12,14,19
191:1,12,21
192:6,14,21
194:12 196:14
206:17 209:7
213:15 214:4
**timeframe**
47:22 226:14
232:16
**timeline**
180:5
**timely**
107:16 156:4
**times**
72:22 111:8
120:19 124:3
139:3,11 173:6
208:7 218:2
220:22 223:22
**title**
106:14 113:20
161:11 173:4
**titled**
146:1
**today**
7:9,21 9:10,11,16
10:7,14 11:5
23:13 46:12
75:4 88:3
165:10 191:14
191:20 192:21
**Today's**
7:7
**told**
15:6 35:10 52:22
53:19 54:15
63:2 77:2,4
85:12 120:18
124:13 131:14
143:16 151:14
151:18 164:9,16

164:18 173:16
176:16 178:5,7
178:21 179:21
191:12,15,21,22
192:9,21 193:2
193:3 208:7,22
209:11 219:22
224:21 225:4
230:7 237:5,12
243:2,18
**tomorrow**
130:18
**tool**
112:5
**tools**
111:16
**top**
17:14,19,20 27:9
30:12 38:10
43:7,11 44:4
48:2 76:11,20
98:8 100:14,15
100:16,17
106:18 144:8
155:6 164:22
165:18 168:2
181:5 199:11
228:16 233:13
235:7 238:1
**total**
201:7
**totally**
221:7
**touch**
65:21 123:3
**track**
108:17 130:20
**tracks**
108:18
**Trac-Tech**
109:4,10 134:9
**traffic**
134:6
**training**
25:2,9 28:16
218:16
**Trak-Tech**

Case 1:14-cv-00929-ABJ   Document 24-1   Filed 09/18/15   Page 284 of 287
VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

282

108:1
**transcript**
4:7 5:2 6:2 10:5
16:16 28:1 38:5
39:3 42:13 47:9
84:15 145:20
153:5 158:12,17
166:8 167:20
172:6 186:2
197:2 199:8
209:22 213:3
216:15 238:10
241:10 245:7
247:5 248:5
**transfer**
194:10 196:5
**transferring**
215:9,19
**treating**
91:7
**treatment**
42:20
**tried**
124:17 179:11,17
**triple**
147:19
**trouble**
31:12 59:16
73:10 85:17
102:11 107:10
119:13 121:4,5
124:6 150:9,15
151:5 207:19
**truck**
108:17
**true**
171:14 173:19
182:22 183:4,11
241:1 248:5
**trust**
225:7,14 230:5
**trusted**
75:11 78:11
133:3 225:7,12
225:14
**truthful**
11:11 18:17

19:15,17,21
20:5,6,12,18
**truthfully**
11:16
**try**
135:8 136:20
140:22 141:15
141:17 142:3
214:15 230:15
241:4
**trying**
135:5 141:1
142:6,7
**tuberculosis**
27:3
**turn**
70:13 98:13
120:2,4,17,19
135:5,8 205:9
205:13
**turned**
203:12
**turning**
119:8
**Turnpike**
134:11
**TV**
129:22 130:6
**twice**
120:9
**two**
30:2 43:22 69:8
73:11 96:14
116:19 119:9,10
120:18 131:6
134:13 138:8
167:9 179:10
194:18,19 208:7
221:7 222:5,11
231:13 239:12
239:14 240:10
241:13 242:15
246:22
**type**
17:1 21:19 44:12
57:5 91:13
101:8 106:18

125:16 130:1
132:4 133:11
138:11,19
151:19 156:18
171:19 180:5
185:6 212:14
235:14
**types**
14:3 41:13 62:8
**typewriting**
248:8
**typically**
44:13 58:1 71:22
122:4 132:20
136:18 137:21
137:21 141:21
196:5
**T-R-A-K**
108:4

_____

**U**
**Uhn-uhn**
118:20
**Uh-huh**
26:17 65:10
81:15 97:4
103:7,19 110:4
190:10 211:11
217:21 218:22
232:4 238:22
**ultrasound**
4:14 42:5,6,7,16
42:18 43:1
**unable**
11:7 51:14 52:14
**unacceptable**
220:6
**unchanged**
154:4
**undergrad**
13:13 57:3 58:11
63:21 64:1,18
92:19 100:19
101:9 108:12
110:9,15 112:8
112:15 147:20
**undergrads**
230:15

**undergraduate**
32:17 57:7 58:4,9
59:8 64:10 66:5
81:2,3 87:16
93:7,8 104:17
104:19 105:22
174:1 230:10
**understand**
9:17,19 11:18
24:21 185:1
193:5,7 194:8
207:20 208:21
239:10
**understanding**
24:16 55:18
78:18 174:19
175:12
**understood**
194:9,12
**unfair**
209:10,18
**United**
1:1 7:5
**university**
1:7 3:21 7:5,16
7:18 9:13 75:10
105:1,5 128:12
147:9 152:2,21
156:9 161:20
162:5,9 163:4,6
164:12 165:14
172:9 177:3,12
178:19 179:1
186:6 198:14
210:9 223:17
224:22 225:6,7
225:15 243:9,11
**University's**
172:19 173:5,10
176:9 246:14
**unreliable**
141:12
**update**
85:20
**updated**
153:18
**upgrade**

133:10
**uphold**
198:20 200:12
**urologist**
90:15,19
**use**
25:1 34:16 35:15
130:15 131:5,6
136:15 137:4,11
**usually**
34:11 93:20
125:20 136:18
136:20 140:20
**UVA**
105:15,16
**U.S**
140:2

_____

**V**
**vacation**
139:18,20,22
143:9
**vaccinations**
14:3
**value**
30:17
**variation**
168:13 171:3
**variety**
169:4
**various**
18:15 81:21
161:16 170:10
**VCU**
144:1,11,15
**Vegas**
3:8
**vehicle**
133:17 134:18
135:1 136:14
137:2,9,12
**verbal**
10:3,4
**verbally**
10:1
**Verification**
5:19 210:13
**version**

Case 1:14-cv-00929-ABJ   Document 24-1   Filed 09/18/15   Page 285 of 287
VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

283

160:22 168:12

**versus**
7:4

**vertical**
86:9,14

**video**
7:8,10 130:1

**Videographer**
1:22 7:2,8,21
62:15,18 98:16
98:20 99:5
115:22 116:3
167:11,14
201:18,21 247:2

**videography**
10:4

**videotape**
212:9 228:3
247:11

**videotaped**
1:12 2:1 7:3

**Vienna**
14:1 108:7

**violated**
208:13,17,19

**violations**
134:6

**Virginia**
8:15 14:1 105:5,6
105:17,18
131:18 132:2

**visit**
17:13,18 18:2
20:20 31:6,9,17
31:21 32:15,21
33:10 34:14
37:11 38:12
40:10,11,14
47:19,21 48:21
49:2,5,6,8,16
50:11 51:8
65:22 74:15
84:4,19 85:21
87:3 88:7

**visits**
14:8 77:4

**Viva**

245:10,20

**voice**
7:12

**volunteering**
147:3

**vs**
1:5

---

**W**

**W**
3:6

**wait**
49:21 50:18
105:10

**wake**
124:10 149:16
218:4 224:2

**waking**
66:21 107:11
124:9 150:9
220:3 223:4

**walked**
207:4

**want**
10:7 31:2 49:7,11
53:7 87:12,12
98:16 100:16
118:13 143:6
164:21 179:14
208:15 236:1

**wanted**
24:8 33:1,20
36:12 75:9
114:14 126:11
127:19 130:9
142:6 148:4
154:18 173:13
176:11 198:10
225:6 230:7
240:3 242:1

**warning**
216:3,5,6,7 217:6

**warns**
200:9

**washed**
121:20

**Washington**
1:6,13 2:7 3:17

3:21 7:4,11,15
7:18 111:3
186:6,7

**wasn't**
19:2 68:2,13
85:18 123:12,19
125:17 134:4,16
139:12 148:1
198:3 207:12
209:18 214:11
214:14 234:3

**watch**
70:1 94:4,6,7,9

**watching**
69:19 70:10
129:22

**way**
8:15 9:15 10:9
11:10 12:20
32:8,13,14
57:21 59:9
72:17 73:17
92:10 93:13,14
99:13 121:21
122:3 131:1
135:17 136:12
146:12 147:13
148:10 159:11
161:2 176:17
177:14 179:6
180:12 182:16
183:10 187:15
188:17 212:12
216:20 223:21
230:2 236:13
238:16

**ways**
141:13

**weakness**
90:3

**wealth**
123:20

**wealthy**
124:1

**web**
164:8 172:16

**website**

152:7,8,11,13,15
153:17 154:8,22
155:1,22 172:9
172:19 173:5,10
173:19 174:9,17
176:8,9,14,15
176:21 177:5,12
183:13

**websites**
174:5,8

**Wednesday**
242:13

**week**
39:14 130:18
131:5

**weekends**
79:18,19,20 147:3

**weeks**
179:10 242:15

**week-and-a-half**
179:10

**weight**
41:6,16,18 48:12

**went**
18:14 47:19
48:15,20 53:1,3
82:10 99:15,16
99:16,18,21
100:1,6 101:18
108:18,19 111:8
113:13 115:3,11
123:19 127:6
134:17 152:13
194:5 197:11,12
197:14 239:19

**weren't**
40:21 86:4 125:7
191:18 216:2
240:10

**whatnot**
59:5

**WHEREOF**
248:12

**white**
157:21 158:5,20
159:3,5 198:18
200:11

**wide**
169:5

**willing**
163:6

**witness**
8:2,21 31:12 35:1
44:18 59:20
60:7 82:22 92:5
98:15 103:4
117:12 127:11
133:3 138:14,22
141:8 142:16
157:14 175:5,12
184:7 201:16
207:9 212:5
223:21 248:12

**woman**
109:15

**wonderful**
245:21

**wondering**
144:18

**word**
141:8 161:14

**words**
53:15 235:7

**work**
32:17 70:14
106:20 107:6,13
108:21 109:17
109:18 110:2,11
111:18 112:8,13
113:6 117:2,6,7
119:17 120:2,5
130:13 139:19
143:14 223:13
223:17 237:19

**worked**
85:7 105:22
108:1 110:8,12
113:9 184:18
238:15,18

**working**
113:13 116:20
134:9 245:22

**works**
117:16

Case 1:14-cv-00929-ABJ   Document 24-1   Filed 09/18/15   Page 286 of 287
VIDEOTAPED DEPOSITION OF SRIA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

284

**work-up**
185:7
**world**
127:16
**worse**
39:15 81:10
85:19
**worth**
70:12 188:21
**wouldn't**
25:6 180:11
185:20,20
193:14 216:19
234:6
**write**
127:2 204:19
**writing**
119:5 131:7
205:12
**written**
42:1 185:14
**wrong**
93:6 163:12
**wrote**
26:19 27:15
35:12 36:17
51:16 52:15,16
83:20 86:11
126:22

**X**

**x**
1:2,9 4:6 5:1 6:1

**Y**

**yeah**
165:19 179:15
183:5 208:14
220:21 225:5
228:13 229:8
**year**
5:14 16:5 108:11
110:15 112:14
113:16 121:20
132:6,9,11
186:5,14 188:19
188:21,22
212:21 227:22

**years**
121:13 124:6
134:14 190:2
239:5
**Yi**
126:16 128:14
**Yolanda**
164:18 175:17
178:1 236:8
**York**
127:22 134:11
**young**
14:5,12
**Y-I**
126:16

**Z**

**zoning**
103:8

**0**

**00009**
88:6

**1**

**1**
1:20 4:9 7:3
16:12,14 23:8,8
29:19 33:13
199:20 202:18
212:20 239:16
241:3
**1st**
242:5
**1/11/11**
4:16
**1:12**
62:16
**1:21**
62:19
**10**
5:4 158:9,10
166:15,16 204:9
**10th**
248:13
**10-A**
5:5,6 158:14,15
158:19 159:1

160:22 166:14
166:15,16,17
**10-B**
166:14
**10-minute**
216:6
**10:30**
242:5
**100**
55:12 72:20
144:6
**102**
181:5
**10304**
8:14
**11**
5:9 47:17 48:7
49:16 50:7,15
51:1 53:13 54:1
61:11,19 62:8
63:11 64:21
74:16 75:5
76:18 84:4
166:6,10,21
197:15 204:13
204:18
**11th**
48:19,19 50:11
76:22 233:16,17
**11:00**
132:4
**1120**
2:5 3:15 7:11
**12**
5:10 167:18
168:1 204:19,22
205:3 234:12
**12:08**
1:15 7:8
**125**
29:17
**13**
5:12 172:3,4
205:8
**131**
187:5
**138/80**

48:13
**14**
5:14 185:22
186:4 205:16
248:16
**14-929**
1:5 7:6
**140**
29:16
**145**
4:19
**15**
5:16 196:22
197:6 199:20
201:4,7
**153**
4:20
**158**
5:4,6
**16**
4:9 5:18 199:6,11
211:19
**16-and-a-half**
65:5 131:16
**165**
3:7
**166**
5:9
**167**
5:10
**17**
5:19 65:5 209:20
210:4
**172**
5:12
**18**
5:20 28:9 213:1,6
**185**
5:14
**185-and-a-half**
48:12
**19**
6:4 30:11 216:13
216:18
**196**
5:16
**199**

5:18
**1999**
9:7

**2**

**2**
4:10 27:8,20,21
28:4 29:19
30:12 84:19
85:4,22 86:18
87:3 99:6
202:22
**2/2/11**
4:18
**2:07**
98:21
**2:10**
99:7
**2:30**
116:1
**2:44**
116:4
**20**
6:6 21:10 87:13
87:13 195:19
211:10 231:10
231:19 238:7,8
238:12 242:4
**20th**
2:5 3:15 7:11
242:1
**2000**
234:11
**20036**
2:7 3:17 7:11
**2005**
206:13
**2009**
113:16
**2010**
4:19 15:22 16:5
17:9,15 18:3
23:17 33:15,16
38:13 39:7,18
41:15 43:5,17
46:14 91:1
113:16 146:1
197:15 211:10

Case 1:14-cv-00929-ABJ   Document 24-1   Filed 09/18/15   Page 287 of 287
VIDEOTAPED DEPOSITION OF SINA CHENARI
CONDUCTED ON FRIDAY, FEBRUARY 27, 2015

285

**2011**
47:17 48:7,19
  49:16 50:7,15
  51:1 54:1 61:11
  61:19 62:8
  63:11 64:21
  74:16 75:5
  76:18 84:4,19
  85:4 86:18 87:3
  221:6 224:16,18
  228:15,15
  233:15,16,17
**2012**
164:19 216:4
  226:14,17 228:7
  230:18,21
  231:10,19 234:9
  236:1 237:14
  239:6 245:3,9
**2014**
5:14 186:5,11
  197:9
**2015**
1:14 7:7 153:19
  248:14
**2016**
248:16
**202**
2:8 3:18 189:11
**209**
5:19
**21**
6:8 241:7,8,12
  242:4
**213**
5:20
**216**
6:4
**22**
6:10 197:15,16
  245:5
**22nd**
181:6
**22124**
8:15
**23**
189:6,16

**23rd**
153:14,19
**238**
6:6
**24**
39:7,18 41:15
  46:14
**24th**
41:21 42:3,22
  46:1
**24/7**
173:6,11
**241**
6:8
**245**
6:10
**248**
1:20
**27**
1:14 4:10
**27th**
7:7
**28th**
42:17,19

---
**3**
---
**3**
4:11 15:22 17:9
  17:15 18:3
  23:17 34:14
  38:3 201:22
  203:4
**3rd**
164:22 242:9
**3:47**
167:12
**3:58**
167:15
**30**
49:10,11,13 87:13
  195:19 215:15
  215:16 216:3
**30-minute**
216:6 217:6
**300**
2:6 3:16
**36**
30:19

**38**
4:11
**39**
4:13

---
**4**
---
**4**
4:13 26:6 33:13
  38:22 39:1,5
  203:6 244:22
  245:2,9,15
**4:37**
201:19
**4:43**
202:1
**40**
30:17
**400**
29:16
**42**
4:14
**45**
49:10
**457-1600**
2:8 3:18
**47**
4:16
**479**
146:4
**485**
147:7,18
**492**
146:5

---
**5**
---
**5**
4:14 33:13,15,16
  38:13 42:10,11
  42:15 47:16,16
  203:8 211:2
**5th**
164:22 242:10
**5:12**
197:15
**5:30**
226:8
**5:39**
247:3

**5:45**
247:16
**57**
35:22 36:21
**59**
36:3,22

---
**6**
---
**6**
4:16 47:6,7,12
  203:11
**66**
134:20

---
**7**
---
**7**
4:17 84:13,18
  203:15,20
**702**
3:9
**75447**
1:19
**7881**
3:6

---
**8**
---
**8**
4:3,19 145:18,22
  203:22
**8th**
88:20
**8/5/10**
4:12
**8:00**
218:1 221:10
**80**
100:19,22
**801**
181:6
**84**
4:17 146:18
**89117**
3:8

---
**9**
---
**9**
4:20 85:22 153:3
  153:8 204:4

245:15
**9/24/10**
4:13
**90**
100:20,22
**925-8787**
3:9
**97.6**
48:12
**994-8250**
189:12