Exhibit 2



PLANET DEPOS
We Make It Happen >> *Anywhere*™

Transcript of **PAUL G. DURR, M.D.**

**Date:** April 23, 2015

**Case:** CHENARI v. GEORGE WASHINGTON UNIVERSITY

Planet Depos
Phone: 888-433-3767
Fax: 888-503-3767
Email: transcripts@planetdepos.com
Internet: www.planetdepos.com

Worldwide Court Reporting | Interpretation | Trial Services

1

1          UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF COLUMBIA

3   - - - - - - - - - - - - - -x

4   SINA CHENARI,                :

5          Plaintiff,         :   Civil Action No.

6          vs.                 :   14-929 (ABJ)

7   GEORGE WASHINGTON           :   Judge Amy Berman

8   UNIVERSITY,                 :   Jackson

9          Defendant.          :

10  - - - - - - - - - - - - - -x

11

12          Deposition of PAUL G. DURR, M.D.

13                  Vienna, Virginia

14              Thursday, April 23, 2015

15                    1:30 p.m.

16

17

18

19

20  Job No. 79721

21  Pages 1 - 84

22  Reported by:  Paula J. Eastes

2

1        Deposition of PAUL G. DURR, M.D., held at the

2    offices of:

3

4

5              JACKSON & CAMPBELL, P.C.

6              8300 Boone Boulevard

7              Suite 500

8              Vienna, Virginia 22182

9              (703) 522-1330

10

11

12

13

14        Pursuant to agreement, before Paula J.

15    Eastes, Court Reporter and Notary Public in and for

16    the Commonwealth of Virginia.

17

18

19

20

21

22

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

3

1                    A P P E A R A N C E S

2        ON BEHALF OF THE PLAINTIFF:

3                JASON J. BACH, ESQUIRE

4                THE BACH LAW FIRM, LLC

5                7881 W. Charleston Boulevard

6                Suite 165

7                Las Vegas, Nevada 89117

8                (702) 925-8787

9                (Present via telephone)

10

11       ON BEHALF OF THE DEFENDANT:

12                ALLYSON C. KITCHEL, ESQUIRE

13                JACKSON & CAMPBELL, P.C.

14                1120 20th Street, N.W.

15                Suite 300 South

16                Washington, D.C. 20036

17                (202) 457-1600

18

19

20

21

22

4

1                     A P P E A R A N C E S

2         ON BEHALF OF THE DEPONENT PAUL G. DURR, M.D.

3              MICHAEL T. MARR, ESQUIRE

4              SANDS ANDERSON

5              1497 Chain Bridge Road

6              Suite 202

7              McLean, Virginia 22101-5728

8              (703) 893-3600

9

10

11

12

13

14

15

16

17

18

19

20

21

22

5

1                    C O N T E N T S

2    EXAMINATION OF PAUL G. DURR, M.D.          PAGE

3        By Ms. Kitchel                           6

4        By Mr. Bach                             78

5        By Ms. Kitchel                          80

6

7

8

9                    E X H I B I T S

10              (Attached to transcript.)

11   DURR DEPOSITION EXHIBITS                   PAGE

12    Exhibit 1   Curriculum Vitae                9

13    Exhibit 2   Medical Records of Dr. Durr     26

14

15

16

17

18

19

20

21

22

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

6

1                    P R O C E E D I N G S

2                    PAUL G. DURR, M.D.

3        having been duly sworn, testified as follows:

4           EXAMINATION BY COUNSEL FOR THE DEFENDANT

5    BY MS. KITCHEL:

6        Q    Dr. Durr, thanks for being here today.

7             Could you please state your name for the

8    record?

9        A    Paul Durr.

10       Q    What is your business address?

11       A    135 Center Street South, Vienna, Virginia

12   22180.

13       Q    All right.

14            And post high school could you take us

15   through your educational background?

16       A    I went to Earlham College for four years

17   and I got a bachelor's in biology.  Then I went to

18   Georgetown Medical School.  I graduated '91 I think.

19   I am not sure about that.  Then I went to residency at

20   Indiana for three years.  And that was it.

21       Q    Any fellowships?

22       A    No.

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

7

1        Q    Was your residency in internal medicine?

2        A    Internal medicine.

3        Q    And where did you start working following

4    your residency?

5        A    I did locums between 1999 and 2002.  So I

6    worked everywhere.

7        Q    In this area?

8        A    I worked in this area.  But mostly when I

9    worked I started in West Virginia.  I was in Arizona.

10   I was in Kansas City.  I was in South Carolina.  I was

11   in Minnesota.  I was in New Zealand.  There are

12   probably some others I am not remembering.  But they

13   are all about six weeks, sometimes three months.

14            I was basically a temporary doctor for

15   three years.

16       Q    I see.  And did you work through an agency

17   and they deploy you out where you are needed?

18       A    Different agencies.  Yes.

19            Then I started at my present job 2002.

20       Q    And you have been there ever since?

21       A    Yes.

22       Q    During that time you were working for an

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

8

1    agency was it all office based internal medicine?

2         A    It was only internal medicine.  Mostly

3    office based.  Some was hospitalist.  Some was a

4    mixture of both.

5         Q    Do you do any hospitalist work now?

6         A    No.

7              I was admitting to the hospital until last

8    May I would assume, within a couple of months of that.

9    I stopped admitting my own patients.

10        Q    What have you done to prepare for your

11   deposition today?  And I am never asking for anything

12   you talked with your counsel about.

13        A    Nothing.

14        Q    Did you review your office chart?

15        A    Only with him.

16        Q    Okay.

17        A    Yes.

18        Q    Did you review Mr. Chenari's deposition

19   transcript?

20             MR. MARR:  I don't have that.

21             THE WITNESS:  I guess not.

22             MS. KITCHEL:  Okay.  That answers that.

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

9

1             Could we mark this please?

2             (Durr Exhibit 1 was marked for

3       identification and is attached to the deposition

4       transcript.)

5             MS. KITCHEL:  Jason, I'm sorry you are

6       not here.  This is just Dr. Durr's, Exhibit 1 is

7       Dr. Durr's, bio printed off a website for the Inova

8       Medical Group.

9             MR. BACH:  Just so you know, I do have all

10      the records here in front of me.  So whatever you do

11      mark, I mean I don't have the file, but if you do mark

12      something that has been produced if you could just

13      give me the Bates stamp number so I could reference

14      that.

15            MS. KITCHEL:  Sure.  No problem.

16      BY MS. KITCHEL:

17            Q    Have you had a chance to review Exhibit 1?

18            A    Yes.

19            Q    And is this an accurate synopsis of your

20      employment history and educational history and current

21      practice areas?

22            A    Yes.

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

10

1              I mean employment is only right now.

2        Q    Right.

3        A    Yes.  This is accurate for right now.

4        Q    It states that you are board-certified in

5    internal medicine?

6        A    Yes.

7        Q    And how long have you been board-certified?

8        A    I think I took the boards the first time in

9    1999 and I redid them in 2009.  You have to do it

10    every ten years.

11        Q    And your clinical interests are executive

12    physicals, internal medicine, preventive medicine and

13    primary care?

14        A    I don't know where the physicals came from.

15    I think they wanted to make money off of me so they

16    put that in.

17        Q    Is that fancier than a regular physical?

18        A    I don't know what an executive physical is.

19    I think they want rich people thinking that so they

20    will come, but I don't know about that.

21        Q    Poor people could also have executive

22    physicals?

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

11

1        A    Yes.

2             I don't know what an executive physical

3     would be.

4        Q    Do you have any other specialties or areas

5     of focus other than what we have talked about today?

6        A    No.  It is really general internal

7     medicine.

8        Q    Did you do any background reading on any

9     medical issues in preparation for your deposition

10    today?

11       A    No.

12       Q    What is Adderall?

13       A    It is a drug that is used for ADD.  It is

14    similar to an amphetamine basically.

15       Q    What are its indications?

16       A    I don't know all of its indications, but I

17    mean the only thing I use it for is ADD.  I am sure it

18    probably has others, but I don't know.

19       Q    The ADD usage is that an on label or an off

20    label use of Adderall?

21       A    I don't know, but it is very common.

22       Q    And you don't prescribe it for any other

12

1   purposes other than --

2        A    Correct.

3        Q    -- for treatment of ADD?

4        A    Correct.

5             MR. MARR:  Let her finish her question

6   before you answer so that Madam Court Reporter can

7   have a clean question and a clean answer.

8             You will know a lot of times what she is

9   asking, but let her finish before you answer and she

10  will do the same thing and let you finish your answer

11  before she asks the next question.

12            MS. KITCHEL:  I will try.  I am terrible at

13  it.

14  BY MS. KITCHEL:

15       Q    Are you aware of any contraindications for

16  prescribing Adderall?

17       A    Yes.

18       Q    What are those?

19       A    Anxiety.  Insomnia.  Stomach problems.

20  Aggression.  I would say those are the most common.

21       Q    Are you able to estimate how many

22  prescriptions for Adderall you write a year?

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

13

1      A    Yes.  But it is a pretty rough estimate.

2      Q    Would a better way to ask the question be

3    for how many patients a year are you prescribing

4    Adderall?

5      A    Better still would be a rough estimate.

6      Q    I will take your rough estimate.

7      A    Okay.

8           Ten.

9      Q    Ten patients a year?

10     A    Yes.

11     Q    And when a patient is taking Adderall do

12   you tend to refill the prescription every month for

13   them?

14     A    Usually.

15     Q    When might you not?

16     A    Some people get a 90-day prescription and

17   some people don't take it every day.

18     Q    You mentioned ADD.  I think you answered

19   this already.  Anything else you prescribe Adderall

20   for?

21     A    I mean I guess if you want to be official I

22   would say ADD/ADHD, but I sort of treat that as the

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

14

1    same.

2         Q    What is the difference?

3         A    In my mind I treat them the same.  So one

4    is someone who is hyperactive and one they are not.

5              I think officially there is no diagnosis

6    for ADHD anymore, but I don't truly know that.  As a

7    matter of fact I think they sort of tried to diagnose

8    them under one diagnosis.

9         Q    Which one is that?

10        A    I think ADD is now the official one.

11        Q    Can we agree that Adderall is a stimulant?

12        A    Yes.

13        Q    And what effect does that have on patients?

14        A    It depends on the patient.

15        Q    Someone who has ADD what effect should it

16   have on them?

17        A    The hope is it will actually calm them

18   down.

19        Q    Will it make it easier for them to focus?

20        A    That is the hope.

21        Q    Would it have that effect on anyone whether

22   they have ADD or not?

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

15

1        A    It could.  Not always, but it could.

2        Q    What else could it do?

3             MR. BACH:  Object to the form of the

4    question.

5             THE WITNESS:  I'm sorry.

6    BY MS. KITCHEL:

7        Q    He raised an objection.  He just didn't

8    like my question.  It is not a reason that you would

9    not answer the question.

10             MR. MARR:  Unless I tell you not to answer.

11             THE WITNESS:  So what was the question?

12    BY MS. KITCHEL:

13        Q    The question was what other effects could

14    Adderall have on a patient?

15        A    Well, insomnia, anxiety, upset stomach.

16    Those are the common ones.  You could have a racing

17    heart.

18        Q    So these are side effects of Adderall?

19        A    (Nodding.)

20        Q    Yes?

21        A    Yes.

22        Q    I want to make sure that your answers are

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

16

1    recorded in the transcript.  So you nodded and I

2    prompted you to say yes just so that she could type

3    that.

4              When I asked about contraindications let me

5    rephrase.  I was looking for are there any reasons why

6    in a particular patient you would say you may have

7    ADD, but I can't prescribe Adderall for you because

8    you have a particular condition?

9         A    It is not a contraindication, but I

10   wouldn't give it if they had a history of drug abuse.

11   I would send them to a specialist.

12             If they have a history of heart disease I

13   wouldn't give it to someone.

14             If they have high blood pressure I wouldn't

15   give it to somebody.

16             If they have significant insomnia I would

17   be worried, but I might do it.

18        Q    Depending on?

19        A    I would try and see how they do if they

20   want to take the risk.

21        Q    Can we agree that in practical terms the

22   whole point of prescribing Adderall is to help a

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

17

1   patient concentrate better?

2        A    No.  I think it is to help them do better

3   in their life, which could be concentration, it could

4   be other things.

5             I mean concentration is what sort of

6   everyone talks about, but I really think it is to make

7   their life better.

8        Q    Because the lack of concentration can

9   affect their lives in a lot of different ways, right?

10       A    That is a simplified way of putting it.

11  But yes.

12       Q    Okay.  And I am asking simplified

13  questions.

14            Generally speaking though Adderall is a

15  drug that is known to generally help people

16  concentrate better?

17       A    Generally.  Yes.

18       Q    Do you have any -- well, tell me about

19  through your training what your specific training has

20  been in psychiatry.

21       A    During medical school we do a rotation in

22  psychiatry.  That is probably the only block of time

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

18

1    that I spent doing psychiatry.  I am sure we did

2    lectures during residency and internship.  I did some

3    ambulatory.  I don't remember if I worked with a

4    psychiatrist.  So for official training that is

5    probably it.

6              You have to do a lot of reading for the

7    boards.  So that is some official training.

8              My dad is a psychiatrist.  So I have a

9    little extra by asking him questions and talking about

10   stuff, but that is not official training.

11       Q    Is that something you do often or just sort

12   in ordinary conversation how is work, well, I have a

13   patient and you might talk about it?

14       A    I wouldn't say we did commonly, but I used

15   to call him regularly about advice for patients.  Not

16   any more.  He is retired.

17       Q    What about psychology training?  Do you

18   have any psychology training?

19       A    What is psychology training?

20       Q    Do you have any other psychologic training

21   to act as a psychologist?

22       A    I don't know what a psychologist really

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

19

1   does.  So I don't know.

2          I mean do you mean talk therapy?

3       Q    Yes.

4       A    I mean official training they do some

5   classes in medical school about talking to patients

6   and that kind of stuff.  And that is probably about

7   it.  Then we have countless hours in clinic and that

8   is all you do.

9       Q    And you did that in clinics?

10      A    You do clinics starting in residency once a

11  week for three years and then you do certain

12  ambulatory ones that all you do is you go clinic after

13  clinic after clinic and see patients and talk to them.

14      Q    But did you do any rotations in talk

15  therapy, psychology, counseling?

16      A    No.  But certainly a lot of internal

17  medicine is talk therapy, psychology, counseling.

18      Q    Of course.

19          Do you consider yourself a counselor or a

20  psychologist?

21      A    I am not a psychologist.

22      Q    So you talk with your patients and use the

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

20

1    mental health skills that you have, but it is all in

2    the context of providing general medicine internal

3    medical care for your patients?

4         A    I don't think I understand that question.

5         Q    It was a bad question.

6              Do you consider yourself a counselor who

7    could provide counseling on an ongoing patient to

8    patient -- let me start over.

9              Do you consider yourself a counselor who

10   could provide talk therapy to a patient that you felt

11   needed counseling?

12        A    Still it is a very hard question to answer.

13   I certainly do a lot of talk therapy.  But, you know,

14   if someone has major issues I generally recommend that

15   they see someone better than I am or has more time

16   than I do.  But a lot of times people don't want to

17   see anybody else or they don't want to put the time

18   and effort into it and so they see me.  So I end up

19   doing it even though I am not as good as a

20   psychiatrist probably would be or a therapist.

21        Q    You wouldn't consider that your specialty?

22        A    No.

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

21

1      Q    In your general internal medicine practice

2  can we agree that there is no one particular symptom

3  that tells you whether a patient has ADD or ADHD?

4      A    Correct.

5      Q    And would you agree that ADD or ADHD can be

6  a basket diagnosis that could explain a whole host of

7  symptoms like anxiety, depression, mania or reduced

8  attention span?

9      A    Explain that question again.

10     Q    Sure.

11          Would you agree that ADD or ADHD is sort of

12  a basket diagnosis that can be used to explain a whole

13  different type of symptoms that a patient might be

14  experiencing?

15     A    What do you mean a basket diagnosis?

16     Q    Is that a phrase you are familiar with?

17     A    That is not.  I don't know what it means.

18     Q    That is not what?

19     A    I just don't know what basket diagnosis

20  means.

21     Q    A catch-all diagnosis.

22     A    I would certainly say people with anxiety

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

22

1    disorder can be misdiagnosed with ADD.  People can

2    have multiple diagnoses and you might only make one of

3    them and you diagnose with ADD and in reality they

4    have partial anxiety, partial depression and also ADD.

5             So I don't know if that answers your

6    question.

7         Q    Close enough.  Close enough.

8             Would you agree that attention problems can

9    be compared to a fever where they tell you something

10   is wrong but you are not exactly sure what it is?

11            MR. BACH:  Object to the form of the

12   question.

13            THE WITNESS:  Yes.

14   BY MS. KITCHEL:

15        Q    Can we agree that attention is a whole

16   brain function and that a whole different host of

17   things can affect your brain and lead to attention

18   problems?

19        A    I would agree to the second part, not to

20   your first part.  I don't know if it is a whole brain

21   function.  I don't have any idea what causes

22   attention.

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

23

1      Q    But it could be more than one thing?

2      A    It could be.

3      Q    Depression, sleep problems, ADHD, all of

4   those things could cause attention problems?

5      A    It could.

6      Q    Can we agree that a differential diagnosis

7   that includes ADHD might also include depression,

8   anxiety, mood disorders or inadequate sleep?

9      A    Yes.

10     Q    And can we agree that you might prescribe

11  Adderall to a patient who is experiencing some of

12  these symptoms or problems paying attention to help

13  the patient overcome whatever symptom it is they are

14  experiencing at that time?

15     A    Yes.

16     Q    Based on what you said I guess you would

17  also agree that there are specialists who focus on

18  doing nothing but ADHD and that they might perform an

19  entirely different work-up to come to a formal ADHD

20  diagnosis than you might in your general medical

21  practice?

22     A    I'm sorry.  Say that again.

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

24

1        Q     Sure.

2              Can we agree that there are specialists,

3     psychiatrists, that would focus solely on

4     diagnosing ADHD and that they might do a formal

5     neurological/psychological assessment under the DSM to

6     come to a formal ADHD diagnosis?

7        A     Yes.

8        Q     And have you ever referred a patient to a

9     professional such as that?

10       A     Yes.

11       Q     In what circumstances would you do that?

12       A     If I don't want to treat them because they

13    are a high risk for medicines, they are a high risk

14    for abuse.

15             If I don't think they have anything I would

16    treat them.  If they want to do it I would refer them

17    because some people just want to see a specialist.  If

18    they don't do well with treatment we might send them

19    out afterwards.

20       Q     Do you have particular psychiatrists you

21    refer patients to if you think they are a patient that

22    would benefit from a formal type of ADHD work-up?

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

25

1      A    Not really.  Because most of them now don't

2  take insurance.  They changed recently.

3      Q    Even if money isn't a concern or insurance

4  isn't a concern do you have in mind some go to people

5  for that work-up?

6      A    If money is not a concern, yes.

7      Q    Who are those go to people?

8      A    Well, I would recommend Dr. Allan Melmed,

9  M-E-L-M-E-D.

10      Q    Is he local?

11      A    Yes.

12      Q    Anybody else you would recommend?

13      A    Dr. Chmiel.  C-H-M-I-E-L.

14      Q    Anybody else?

15      A    I have recommended Dr. Bradley before.

16      Q    Are there others?

17      A    Not that I recommend.

18           I ask my dad for names and he will give me

19  names depending where people live.  So I have used

20  other recommendations, but I don't know them off the

21  top of my head.

22           MS. KITCHEL:  Could we mark this as an

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

26

1   exhibit please, Exhibit 2?

2          Jason, I am having the complete medical

3   record for Dr. Durr marked as Exhibit 2.

4          (Durr Exhibit 2 was marked for

5   identification and is attached to the deposition

6   transcript.)

7   BY MS. KITCHEL:

8      Q   Dr. Durr, you have been handed what has

9   been marked as Exhibit 2.

10          Would you please take a moment and flip

11  through that and tell me if you recognize that as your

12  complete medical file for Sina Chenari?

13      A   (Witness complies.)

14          It is out of order.

15      Q   They have page numbers at the bottom.  We

16  can put them back in order.  I think we maybe just got

17  them out of order and we rearranged them.

18      A   I just don't know if I have all the notes.

19  I don't know if it is complete.

20      Q   We tried to put this in chronological

21  order.

22      A   (Witness complies.)

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

27

```
1              I would say probably yes.

2         Q    Take your time.

3         A    I just I can't figure out where a page

4    goes.

5         Q    Okay.

6              There are page numbers at the bottom.

7         A    I am trying to do it chronologically and

8    the back of this says 2012 and the front of this 2012

9    and the back is 2013.

10        Q    We can work through them in page number

11   order.  I hope that won't be onerous for you.

12        A    That is fine.

13        Q    Maybe an easier way to look at this.

14             As you flip through that do you off the top

15   of your head see that there are notes, consultations,

16   reports, any other type of information that is missing

17   from your file?

18        A    Not that I remember.

19        Q    Do you have an independent recollection of

20   Sina Chenari?

21        A    Yes.

22        Q    You remember who he is?
```

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

28

1      A    Yes.

2      Q    Let's take a look at page 1 of Exhibit 2

3   which I just handed you.

4           Do you see the page numbers in the lower

5   right corner?

6      A    Here it is.  Yes.

7      Q    What is this document, page 1?

8      A    This is the review of systems usually for

9   either a physical or a new patient appointment.

10     Q    Is this a form that your office asks every

11   new patient to fill out?

12     A    Yes.

13     Q    Is that your signature at the bottom?

14     A    Yes.

15     Q    Under Provider?

16     A    Yes.

17     Q    Do you understand that Mr. Chenari filled

18   this out?

19     A    Yes.

20     Q    And you would agree he marked no for all of

21   the conditions listed under Neurological?

22     A    Yes.

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

29

1          Q    And also under Psychiatric?

2          A    Yes.

3               I would also say people mark no to things

4     all the time and then they tell you about it later.

5          Q    If that happened is that something you

6     would put in your notes?

7          A    Yes.  Usually.

8          Q    Would you please turn to page 4 of your

9     medical record?  It is labeled Durr 4.

10              MR. BACH:  Counsel, what is the Chenari

11    Bates stamp number?

12              MS. KITCHEL:  It is Durr, D-U-R-R.

13              MR. BACH:  Okay.

14              MS. KITCHEL:  What I am looking at, if this

15    helps you, is the August 3rd, 2010 note.

16              MR. BACH:  Okay.

17              MR. MARR:  Handwritten.

18              MS. KITCHEL:  It is a handwritten note.

19              Let me know when you are ready.

20              MR. BACH:  Okay.  I have it.

21              MS. KITCHEL:  Okay.

22    BY MS. KITCHEL:

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

30

1      Q    Dr. Durr, are these your notes from a visit

2    you had with Sina Chenari on August 3rd, 2010?

3      A    Yes.

4      Q    And could you please read these notes for

5    me slowly?  Your handwriting has just been a little

6    challenging.

7           MR. MARR:  The nurse's as well?

8    BY MS. KITCHEL:

9      Q    Let me ask you at the top there is pretty

10   legible handwriting.

11     A    That is the nurse.

12     Q    Complains of.  New Patient.  General check

13   up and immunizations for Medical School.  Weight –

14   186-1/2 pounds.  Height – 5'9".  Temperature and blood

15   pressure.

16          That is not your handwriting?

17     A    Correct.

18     Q    The rest of the page is your handwriting?

19     A    Yes.

20     Q    Would you please go slowly, especially for

21   the Court Reporter, and read what is on this page?

22     A    Sure.

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

31

1              I will start with Column 1 on the right

2      side.

3              Allergies:  None.

4              Past Medical History:  None.

5              Past Surgical History:  None.

6              And then underneath it I wrote:  Removal of

7      a mole – eye.

8              Social History:  No cigarettes.  Occasional

9      alcohol.  Going to medical school in fall.  Occasional

10     exercise.  No drug use.  No high risk HIV.

11             Family History:  Mom is 55, alive, breast

12     cancer.  Dad is 59, alive, elevated cholesterol and

13     CABG.  Brother is healthy.

14         Q     What is CABG?

15         A     Coronary artery bypass graft.

16         Q     Okay.

17         A     Then going back to the top.

18             23-year old new patient who is doing well.

19     Wants routine new patient physical and forms for

20     medical school.  He is active and tries to eat

21     healthy.

22             Review of Systems:  See white sheet.

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

32

1               General:  No acute distress.

2               HEENT:  Pupils equal, round and react to

3       light accommodation.  Extraocular muscles in tact.

4               Ears:  No erythema.

5               Oropharynx:  No erythema.

6               Neck:  No JVD, no adenopathy.

7               Cardiovascular:  Regular rate and rhythm.

8       No murmurs, rubs or gallops.

9               Pulmonary:  Clear to auscultation

10      bilaterally.

11              Abdomen:  Soft.  Non-tender.

12      Non-distended.  No hepatosplenomegaly.

13              GU Exam:  One testicle.  No masses.  No

14      hernia.

15              Skin:  No rash.

16              Neuro:  Alert and oriented times three.

17      Deep tendon reflexes two plus.  Strength five out of

18      five.  Cranial Nerves II through XII in tact.  Gait

19      intact.

20              Assessment:  Routine physical.

21              Plan:  Check labs.  Increase exercise.  PPD

22      done.  Needs TB.

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

33

1           Then I signed it.

2      Q    And then what follows, could you go ahead

3    and read what is dated 8/5/10?

4      A    Yes.

5           Low platelets.  Check CBC in three months.

6    PPD zero millimeters induration.  Low HDL.  Increase

7    exercise and check cholesterol.  Follow-up labs in

8    three months.

9      Q    Was this a separate visit you had with

10   Mr. Chenari?

11     A    It was probably a phone call to review his

12   labs.

13          Though it is very possible he came in

14   because he needed his PPD.  He may have walked in and

15   we just told him the results.  But we didn't bill him

16   for it.

17     Q    Do you remember this visit?

18     A    No.

19     Q    But does the content of this review tell

20   you it was your first visit with Mr. Chenari?

21     A    Yes.

22     Q    And is it fair to say that you would record

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

34

1    anything of significance that he told you in your

2    notes during that visit?

3          A    I should.

4          Q    What sort of mental health or psychiatric

5    evaluation do you perform on new patients?

6          A    It depends on the patient.

7          Q    If they don't identify any psychiatric or

8    mental health issues do you as a matter of course

9    perform any sort of a mental health or psychiatric

10   assessment?

11         A    Not if they seem to be doing well.

12         Q    If they don't seem to be doing well you

13   would respond accordingly?

14         A    Yes.

15         Q    Did you do any sort of mental health or

16   psychiatric assessment for Mr. Chenari?

17         A    No.

18              MR. MARR:  At this visit?

19              MS. KITCHEL:  At this visit.

20              THE WITNESS:  Not on this date.

21   BY MS. KITCHEL:

22         Q    Did he tell you anything at this visit

35

1     about having problems with his attention span?

2          A     Not that I wrote down.

3          Q     Is it fair to say you assume you would have

4     written it down had he mentioned any such issues?

5          A     I should have.

6          Q     That would be your routine in your

7     practice?

8          A     Yes.

9          Q     Would you have made a note if he told you

10    he had ADHD?

11         A     I should have.

12         Q     And according to your ordinary and

13    customary practice you would have written something

14    like that down had you been told?

15         A     Yes.

16         Q     Would you also have noted any complaints he

17    made to you about having trouble concentrating?

18         A     I should have.

19         Q     It would be your ordinary practice to make

20    such a note if a patient reported that to you, right?

21         A     Yes.

22         Q     And the same question for depression.  It

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

36

1    would be your ordinary practice, would it not, if a

2    patient tells you they suffer from depression that you

3    would document that?

4         A    Yes.

5         Q    Anxiety.  If a patient tells you they have

6    anxiety is that something you would ordinarily

7    document?

8         A    Yes.

9         Q    And what about trouble sleeping?  Is that

10   the sort of thing you would customarily document if

11   reported by a patient?

12        A    Yes.

13        Q    Let me direct your attention to your note

14   for September 24th.  It is on page 5.

15             Would you please read that to yourself?

16        A    To myself?

17        Q    Yes.

18        A    Out loud?

19        Q    No.  Just read it to yourself silently.  I

20   just have a couple of general questions about it.

21        A    (Witness complies.)

22             I am done.

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

37

1           MS. KITCHEL:  Jason, are you ready?

2           MR. BACH:  Yes.

3     BY MS. KITCHEL:

4           Q    Would you agree that this was an acute care

5     visit to address a specific complaint of pain that he

6     was having?

7           A    Yes.

8           Q    And did you make any note whatsoever that

9     relates to any mental health, anxiety, depression,

10    attention issues?

11          A    No.

12          Q    Is it fair to say based on your custom and

13    practice we can conclude that he did not mention to

14    you any such issues?

15          A    Yes.

16          Q    Had he mentioned anxiety, depression,

17    trouble sleeping or decreased attention span in that

18    visit is it fair to say you would have documented it?

19          A    I should have.

20          Q    And according to your ordinary custom and

21    practice you would have?

22          A    Yes.

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

38

1          Q      Same page.  Let me direct your attention to

2     your January 11th, 2011 visit.

3                 It says at the top complains of discuss

4     attention span.  Is that your handwriting?

5          A      That is the nurse.

6          Q      Where would the nurse get those words

7     discuss attention span?

8          A      She is supposed to write what the patient

9     says.  So probably the patient.

10         Q      Would you please read this note out loud?

11                MR. MARR:  His handwriting or the nurse's

12     as well?

13                MS. KITCHEL:  Your own handwriting.

14                Thanks.

15                THE WITNESS:  Patient is in medical school.

16     He is doing fairly well but is unable to study until

17     the end prior to exams.  He gets distracted easily.

18                GU:  Patient has occasional erectile

19     dysfunction with new women and is self conscious.

20                General:  No acute distress.

21                Assessment:  Decreased attention span.

22     Erectile dysfunction.

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

39

1           Plan:  Adderall 10 milligrams p.o. daily,

2    number 30, with zero refills.  Follow-up one month.

3    See therapist at school.  Erectile dysfunction, Viagra

4    100 milligrams p.r.n., two given.

5           Then my signature.

6    BY MS. KITCHEL:

7       Q    Was the issue with his attention span

8    something that had been going on for a while or

9    something that presented itself under the pressures of

10   medical school?

11          MR. BACH:  Object to the form of the

12   question.

13          THE WITNESS:  I don't know the answer.

14   BY MS. KITCHEL:

15      Q    Is that something you all would have

16   discussed at the time?

17      A    Probably.  But I didn't document the

18   answer.

19      Q    And at this visit you prescribed Adderall

20   for him?

21      A    Yes.

22      Q    And you would agree that it is within your

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

40

1    discretion as a physician to make a decision to

2    prescribe a medication for a patient that in your

3    professional judgment would benefit the patient?

4         A    Yes.

5         Q    And there is no formal checklist of

6    requirements that you have to satisfy before you can

7    decide to prescribe a drug for a patient?

8         A    Yes.

9         Q    You would agree there is no such checklist?

10        A    Yes.

11        Q    And you can prescribe Adderall for a

12   patient if within your clinical judgment you believe

13   it is medically indicated for the patient?

14        A    Yes.

15        Q    Would you agree you were not required to

16   diagnose ADHD before you are permitted or allowed to

17   prescribe Adderall?

18        A    Yes.

19        Q    Did you diagnose Mr. Chenari as having ADHD

20   at this appointment?

21        A    I don't know because I didn't put it in the

22   note.  So I can't answer that question.

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

41

1      Q    I draw a distinction.  You could decide as

2  a physician that Adderall would benefit a patient, but

3  that is a separate question from whether or not they

4  have a formal diagnosis of ADHD, right?

5      A    Whether they have a formal diagnosis, yes.

6      Q    Two separate things?

7      A    Yes.

8      Q    Is ADHD heredity?

9      A    Probably.  I'm not sure.

10      Q    What are the criteria for making an ADHD

11  diagnosis?

12      A    The official criteria I am not sure of.

13      Q    What questions do you ask?

14      A    I ask when they started to have trouble,

15  how long they have had trouble, what problems they

16  have, did they do well in school, if they are working

17  do they do well in work, do they have problems with

18  pulsivity, do they have problems with sleep, do the

19  people around them complain about how they are doing,

20  have they ever been diagnosed before, have they ever

21  been treated before?  Those are the common questions.

22      Q    When you ask how long the patient has had

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

42

1    trouble what sort of answer are you looking for to

2    form in your mind evidence that they have ADHD?

3          A    Most people that have ADD or ADHD have

4    problems at a younger age, but not everybody.

5          Q    Is there a particular age limit for when

6    symptoms need to appear to support an ADHD diagnosis?

7          A    I don't think so.

8          Q    You noted that you suggested that

9    Mr. Chenari see a therapist at school.

10              Do you agree that is in your note?

11         A    Yes.

12         Q    And you documented it.  Did you tell him

13   that?

14         A    If I wrote it down I probably told him

15   that.

16         Q    And what did you mean by therapist?

17         A    Most schools have somebody who is very good

18   about ADD and treating of ADD to give medicines and to

19   treat them and to help students while they are in

20   school because they deal with the students in that

21   situation.  So that is what I meant.

22         Q    Would you have explained all that to him?

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

43

1       A    Yes.

2       Q    Why did you suggest that to him?

3       A    Because they are experts at dealing with

4  young people who have problems at that age and going

5  through what he is going through.

6            Plus he is in medical school.  He doesn't

7  have a lot of time and effort to come out to see me.

8  So if he could see someone at school it would have

9  made his life easier.

10      Q    Did you provide the sort of therapy --

11  strike that question.  Let me ask a different one.

12            Did you suggest to him that talk therapy

13  would be something he should pursue receiving?

14      A    I don't know because I didn't say that in

15  my note.

16      Q    All right.

17            Did you provide talk therapy to him?

18      A    When?

19      Q    Subsequent to this particular visit.

20      A    You mean subsequent ever?

21      Q    Yes.

22      A    For what?  It is a very broad question.

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

44

1  Q  It is.  Let me put a finer point on it.

2    You didn't see yourself as the right person

3 to counsel him in terms of management of any ADD and

4 that is why you suggested that he go see a therapist

5 at school?

6  A  I did not think I would be the best person

7 to do it, but a lot of times people don't need the

8 greatest treatment.

9  Q  Tell me what you mean by that.

10  A  If someone has pneumonia an infectious

11 disease doctor is the expert, but I don't think I have

12 ever referred someone to an infectious disease doctor

13 for pneumonia because I am more than good enough.

14    For simple depression a psychiatrist is

15 better, but we generally don't refer them to a

16 psychiatrist because they do well.

17  Q  Okay.

18  A  Basically nothing I see I should take care

19 of if we are talking about the best possible doctor.

20 You should obviously see a specialist.

21  Q  Understood.

22    Why did you decide to prescribe Adderall to

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

45

1    Mr. Chenari?

2        A    On that day?

3        Q    Yes.

4        A    He was having trouble at school.  He was

5    having trouble with concentrating.  I thought it might

6    help him.

7        Q    You listed a number of factors that -- you

8    know what?  Strike that.  I will ask you about that

9    later.

10           Did Mr. Chenari's historic academic

11   performance factor into your evaluation of him?

12       A    I didn't write it down, so I don't know,

13   but it might have.

14           I mean I do sort of know some of his

15   academic performance.  I don't know why I know it.  I

16   know in college he had a business at the same time, he

17   still graduated from college, and I think he was

18   working full time.

19           So maybe we talked about it.  I didn't

20   document it.  So I don't really know.

21       Q    Would it be fair to say you assumed that he

22   was a really successful student since he had gotten

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

46

1    into GW medical school?

2         A    No.

3              I probably talked to him about it, but no.

4              You don't have to be that great of a

5    student to get into medical school?

6         Q    Really?

7         A    No.

8         Q    Do I recall your testimony correctly that

9    you probably asked him about his academic performance

10   but you didn't document it and you can't recall one

11   way or the other?

12        A    Correct.

13             I do know at some point I talked to him

14   about his college because I happen to remember some

15   details about it.  But I didn't see it in the notes.

16   So I have no idea when we talked about it.

17        Q    Okay.

18             Would you have talked to him about his

19   performance academically in elementary school?

20        A    Possibly.

21             MR. MARR:  You mean would he have talked

22   about his elementary school performance?  He wouldn't

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

47

1    have talked to him in elementary school obviously.

2           MS. KITCHEL:  Yes.

3    BY MS. KITCHEL:

4       Q    Would you have talked to Mr. Chenari about

5    how he performed academically in elementary school?

6       A    Possibly.  But generally I do not.

7       Q    What about in high school?  Would that be

8    something you would have spoken with him about?

9       A    Probably.

10      Q    Can we agree ADHD interferes with someone's

11   ability to study and do well in school?

12      A    It can.

13      Q    Did you take a history from Mr. Chenari at

14   this appointment regarding his social skills?

15      A    Not that I documented.

16      Q    Would it be part of your ordinary custom

17   and practice to do that?

18      A    It does help with the diagnosis of ADD or

19   ADHD, but sometimes it is not needed.  So, sometimes.

20      Q    And you don't know if you did in this case?

21      A    I didn't document it.  So I don't know.

22      Q    What about a patient's ability to form

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

48

1    bonds with other people?  Would that be something you

2    and Mr. Chenari would have spoken about?

3          A     Possibly.  But I didn't document it.

4          Q     Making friends, someone's ability to make

5    friends, is that something you all would have talked

6    about?

7          A     Also possibly.  But I didn't document it.

8          Q     Did you discuss with Mr. Chenari the ways

9    in which his decreased attention span were having an

10   impact on his life?

11         A     The only thing we documented is about he

12   says he can't study until the end prior to exams.  So

13   I don't know what else I talked about.

14         Q     Did you ask him if the attention span

15   problem he identified was impacting him elsewhere

16   besides the school academic setting?

17         A     I don't know because I didn't document it.

18         Q     Is that the type of question you would

19   normally ask?

20         A     Sometimes.

21         Q     When you say sometimes what would impact

22   your decision on whether or not to ask that question?

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

49

1        A     If it is pretty clear-cut already that I

2   should try treating him I might not get more

3   information.

4        Q     What makes it clear-cut if a patient has

5   ADHD?

6        A     I can't answer that question.  It is too

7   broad.

8        Q     Is the patient reporting I have decreased

9   attention span enough to make the diagnosis or do you

10  need more?

11       A     You need more than just someone saying I

12  have decreased attention span.

13       Q     What is the minimum that you would need in

14  addition to I'm having decreased attention span in

15  terms of symptoms that you would need to make a

16  diagnosis?

17       A     To make the diagnosis?

18       Q     Yes.

19       A     The minimum I would probably say in my

20  opinion is if they say they have decreased attention

21  span, they are having problems in their life and they

22  respond to medicine.  That would be the minimum in my

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

50

1   opinion.

2       Q    So for Mr. Chenari he reports he has

3   decreased attention span, he is having trouble

4   studying for exams and the medicine helps him resolve

5   those problems.  That is sufficient to continue

6   prescribing Adderall for him?

7       A    That is not sufficient, but if they are not

8   having other side effects from the medicine and they

9   are young and healthy.  In his case it was sufficient.

10      Q    Okay.

11           And it was.  He was young and healthy and

12  didn't have any side effects, right?

13      A    Yes.

14      Q    And he did better at taking the medication?

15      A    Correct.

16      Q    As he reported.

17      A    Correct.

18      Q    Did you and Mr. Chenari talk about whether

19  his attention deficits were impairing his

20  functionality in his life?

21      A    When?

22      Q    At this appointment is that something you

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

51

1   all talked about?

2        A    All I know is it impaired his ability to

3   study.  That is all I documented.

4        Q    If he told you he was having trouble at

5   work with his employment is that something you would

6   have documented?

7        A    Possibly.  But maybe not.

8        Q    If he told you he was having trouble

9   managing his own affairs, getting his bills paid on

10  time, would that be something that you would have

11  documented in an appointment when you are considering

12  whether or not to prescribe Adderall to help a

13  patient?

14       A    Also possibly.

15       Q    It depends on what?

16       A    How much time we have.  Whether I really

17  think we need to go into that kind of detail or I

18  think it is reasonable to try treatment.

19       Q    Did you ask Mr. Chenari if he considered

20  himself impulsive?

21       A    Not that I documented.

22       Q    Would that be a standard question you would

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

52

1    ask?

2         A    No.  But impulsivity is a sign of ADD.

3         Q    And based on your testimony, am I fair to

4    assume that you would ask about impulsivity depending

5    on the overall circumstances and what the patient was

6    complaining about?

7         A    Yes.  I just wouldn't ask it the way you

8    said it.

9         Q    Okay.

10             So it may or may not be something you ask

11   about depending on what else the patient has told you?

12        A    Correct.

13        Q    It is not a necessary question?

14        A    Correct.

15        Q    Did you observe Mr. Chenari fidgeting in

16   his seat or tapping his hands?

17        A    I don't know.

18        Q    If you had seen him do those things and you

19   are sitting there considering whether this is a

20   patient with ADHD, is that something you would have

21   documented?

22        A    Possibly.

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

53

1     Q     Did you see Mr. Chenari stand up in his

2  appointments, at this appointment or any appointment

3  with you, stand up and walk around inappropriately?

4     A     I didn't document it.  So I don't know.

5     Q     You remember him though and you have seen

6  him many times over the years.  Do you, as you sit

7  here today, have any recollection of him being a

8  patient who would stand up and walk around in the exam

9  room inappropriately?

10    A     No.  But I don't think it is inappropriate

11 to stand up and walk around the exam room as we are

12 carrying on a conversation.

13    Q     Would you agree that that is a way that

14 ADHD might manifest itself?

15    A     Yes.

16    Q     Did you observe in Mr. Chenari a tendency

17 to interrupt other people while they are talking?

18    A     Not that I remember, but that doesn't mean

19 he doesn't have it.

20    Q     Sure.

21          But it is not something that you have

22 personally seen in him?

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

54

1        A    No.  It is not something that I remember.

2   I may have seen it.

3             I don't remember the last time I talked to

4   him either.  So I wouldn't remember if it happened six

5   months ago.

6        Q    Is that the sort of thing that you would

7   document for a patient for whom you are conducting an

8   ADHD evaluation?

9        A    If it is very bad, yes.

10       Q    Because it is a sign of ADHD?

11       A    Yes.  If it is mild, I might not.

12       Q    Did you discuss with him whether he has

13   trouble waiting patiently in a line?

14       A    I don't know.

15       Q    Can we agree that is another sign of ADHD?

16       A    Yes.

17             MR. MARR:  I am in deep trouble.

18             THE WITNESS:  Yes.  Everyone has ADHD.

19             MR. MARR:  Right.  Everyone has it it

20   sounds like.

21             I am going to get up and walk around for a

22   second if you don't mind.

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

55

1              MR. BACH:  That is exactly what I am doing.

2      I am pacing the room.  So I am pretty sure I have

3      ADHD.

4              MS. KITCHEL:  Jason, you pace the room

5      anyway.

6              MR. MARR:  We will send you some samples of

7      Adderall.

8      BY MS. KITCHEL:

9          Q    Did you and Mr. Chenari discuss how other

10     people observed his attention span?

11         A    I don't know.

12         Q    Is that the sort of question you would

13     typically ask a patient who is coming in to talk about

14     decreased attention span and what might be done to

15     help them?

16         A    Yes.

17         Q    And if you had discussed it with

18     Mr. Chenari would you have documented what he said in

19     response?

20         A    Only if I thought it was useful.  He might

21     not have had a useful response.  He may not have known

22     what other people thought.

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

56

1      Q    Do you have any forms or questionnaires

2  tailored to ADHD that you give your patients to

3  complete?

4      A    No.

5      Q    I think I can expect the answer to this.

6           Do you have any forms that you send home

7  with patients and say have your spouse or your parents

8  fill this form out and bring it back?

9      A    No.

10      Q    So you prescribed Adderall for him.

11           Turn to page 8 please.

12           MS. KITCHEL:  Jason, it is the February 2

13  visit.

14           Let me know when you are ready please,

15  Jason.

16           MR. BACH:  Is it handwritten as well?

17           MS. KITCHEL:  Yes.

18           MR. MARR:  The top note is June 14, 2011.

19  The February 2nd is the second note on the page.

20           MR. BACH:  Okay.

21           MS. KITCHEL:  Ready?

22           MR. BACH:  Yes.

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

57

1    BY MS. KITCHEL:

2         Q    Dr. Durr, is that a nurse's handwriting at

3    the top follow-up on meds?

4         A    Yes.

5         Q    And would you please read this note where

6    it is in your handwriting?

7         A    Patient started Adderall, 10 milligrams,

8    p.o. daily one month ago and has done well.  He can

9    study better and concentrate more on the side effects.

10   He does not take on weekends.  He sleeps well.

11             Right groin:  Has occasional right groin

12   pain with activity times one year.  Getting better.

13             General:  No acute distress.

14             GU:  No hernia.  Only has one scrotum, no

15   masses.

16             Assessment:  ADD.  Right groin pain.

17             Plan:  ADD.  Adderall 10 milligrams p.o.

18   daily, Number 30, with zero refills.  Groin:  Physical

19   therapy.

20        Q    Is this the outcome you expected and hoped

21   for in Mr. Chenari when you prescribed the medication?

22        A    No.  It was a good outcome.

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

58

1      Q     Why no?

2      A     I mean I would rather he is off the

3   medicine and says I'm doing great, I don't need

4   anything.

5      Q     From this point forward you continued to

6   write Adderall prescriptions for Mr. Chenari through

7   your record.

8            Why don't we just keep going through the

9   record?  Let's do that a different way.

10     A     Okay.

11     Q     On page Durr 9.

12           MS. KITCHEL:  Jason, it looks like the

13   first page of the medical records.  It is one of these

14   symptom questionnaires.

15           MR. BACH:  Okay.

16   BY MS. KITCHEL:

17     Q     Dr. Durr, is this your signature on the

18   bottom of page 9?

19     A     Yes.

20     Q     And you saw Mr. Chenari on February 20,

21   2012?

22     A     Yes.

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

59

1       Q      And at that time he reported no

2   neurological or psychiatric symptoms?

3       A      Yes.

4       Q      Turning the page to Durr 10.

5              Could you read the History at the top of

6   the page?

7       A      ADD.  Patient is on Adderall 10 q. day and

8   is doing well.  No insomnia.  Overall he is doing

9   better.  He is able to study and concentrate better.

10  Cholesterol labs pending.  Abnormal platelets labs

11  pending.

12             Should I read the part about the rash?

13      Q      Sure.

14      A      Rash.  Has a rash bilateral hands off and

15  on times two years.  Has had good relief with steroid

16  cream but has run out.  And the bottom says no

17  colonoscopy.

18      Q      So at this point he has been on -- I guess

19  the notes are all over the place.

20             At any point in a patient for whom you have

21  prescribed Adderall would you go back and do a

22  reassessment of their life and their condition and

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

60

1   what they are experiencing to reevaluate whether or

2   not it is appropriate for them to continue taking

3   Adderall?

4        A    I will evaluate them and make sure it is

5   appropriate that it continue.  Yes.

6        Q    How do you go about reevaluating?

7        A    It depends on the patient.  But I will talk

8   to them, see if they are doing well in their life, see

9   if they are having side effects, whether they think it

10  is helping.

11       Q    Okay.

12            In a patient who tells you they are doing

13  well and the medication is helping is there a time you

14  would ever stop prescribing the medication for them?

15       A    If they develop other medical problems.

16  Yes.

17       Q    At the bottom of the page in front of you,

18  Durr 10, the lower right hand portion of the page does

19  it say medical student?

20       A    Yes.

21       Q    What else does it say below that?

22       A    Lives with parents.  No drug use.

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

61

1      Q    Durr 12.

2           Is this page in your handwriting?

3      A    Yes.

4      Q    Would you read it please?

5      A    25-year old here for physical.  Low HDL.

6  Low platelets.  ADD.  Eczema bilateral hands.

7           Plan:  Check labs.

8           For ADD refill Adderall ten milligrams one

9  tablet p.o.q. day dated 2/27/12.  Refill -- I don't

10  know why I said zero months.  Eczema:  Locoid cream

11  0.1 percent b.i.d. one tube with 11 refills.  Use

12  p.r.n.  Cholesterol/low platelets reassess once labs

13  are back.  Prevention:  Increase exercise.  Flu shot

14  q. fall.  Follow-up every year.

15      Q    You said follow-up labs and that was

16  followed by ADD.  Are those related?

17           Would you do labs in connection with

18  treating someone who has ADD?

19      A    Yes.

20      Q    Is that what you were referring to in this

21  note?

22      A    The labs are for the physical.  But I

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

62

1    didn't need to worry about the ADD because we are

2    doing it for the physical.  So we check the thyroid

3    because an overactive thyroid could cause a lot of

4    problems.

5         Q    I see.

6              So if the labs resealed an overactive

7    thyroid it may cause what?  Anxiety?

8         A    Anxiety.  Lack of concentration.  Insomnia.

9         Q    And when Mr. Chenari first came to see you

10   for his decreased attention span you had done labs

11   pretty recently.  Would you have looked at those lab

12   values to assess his thyroid function?

13        A    Probably.

14        Q    Are his lab results here?

15        A    I would assume.

16        Q    It looks like they start on Durr 18.

17        A    Yes.

18        Q    Could you take a look at this and tell me

19   if his thyroid function looks normal?

20        A    It is not on that one.

21        Q    Durr 18 and 19?

22        A    Here we go.  2010, August 2010, thyroid is

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

63

1    3.15, which is normal.  It is on page 19.

2         Q    Okay.

3              So that doesn't explain his symptoms?

4         A    Correct.

5         Q    Would you check his thyroid again a year

6    later as a possible explanation for symptoms?

7         A    If his symptoms changed.

8         Q    But if the patient's symptoms changed and

9    you have a change in thyroid function would that

10   impact your decision to change their Adderall

11   prescription?

12        A    Say that again.

13        Q    If a patient comes to you and has normal

14   thyroid function and you decide for whatever reasons

15   in your clinical judgment to prescribe Adderall for

16   them and they come back later and there has been no

17   change in their symptoms, but you notice that their

18   thyroid lab values are off a little bit, would that

19   change your decision to continue prescribing Adderall

20   for them?

21        A    Possibly in the short term until the

22   thyroid is taken care of because they are both

64

1   stimulants and so it can be dangerous.

2          Q    I see.  Okay.

3               Could you turn to Durr 14 please?

4          A    Okay.

5          Q    Why don't you take me through the dates and

6   what is happening at these various appointments?

7          A    September 26, 2012.  Adderall 10

8   milligrams, Number 30, was written.

9               October 8th, 2012.  PPD placed right

10  forearm of patient.

11              October 10th, 2012.  PPD read, negative,

12  with no induration.

13              11/13/2012 Adderall 10 milligrams.

14         Q    Is that your handwriting?

15         A    The Adderall is.  The PPD part is not.

16         Q    And then on December 4th, 2012 that is not

17  your handwriting at the top?

18         A    Cough and sore throat is not my

19  handwriting.

20         Q    That is the nurse.

21              Then would you read the portion that is

22  your own handwriting?

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

65

1       A    Patient got sick ten days ago with sore

2   throat.  He was improving until past four days.  He

3   now has a productive cough, he feels feverish, no

4   shortness of breath, positive nasal congestion.

5            General:  No acute distress.  Pulmonary:

6   Clear to auscultation bilaterally.  Oropharynx:  No

7   erythema.

8            Assessment:  Cough.

9            Plan:  Z-Pac.

10      Q    On this page you have notations on is it

11  September 26th, 2012 and then also on November 13th,

12  2012?

13      A    Yes.

14      Q    Would that just be a notation in the record

15  that you refilled his Adderall prescription?

16      A    Yes.

17      Q    That doesn't mean that he has come in?

18      A    Correct.  He was not seen.

19      Q    The last note on this page it looks like

20  1/21/13.  Is that your handwriting?

21      A    I think it is 3 -- the last one is the one

22  after that.

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

66

1          Q    What is the second to the last one?

2          A    1/21/13.  Refill Adderall 10 milligrams,

3     1 p.o.q. day, Number 30.

4          Q    And that is your handwriting?

5          A    Yes.

6          Q    And then the last entry?

7          A    3/25/13.  Adderall 10 milligrams q. day.

8          Q    Okay.

9               Let's go to Durr 15.

10              Are the top two entries on this page both

11    Adderall refills?

12         A    Yes.

13         Q    That you noted in the record?

14         A    Yes.

15         Q    April 13th, 2012 for the first one?

16         A    Yes.

17         Q    And then May 1st, 2012?

18         A    Yes.

19         Q    Is that your handwriting for the visit on

20    6/22?

21         A    Yes.

22         Q    And I assume that is the nurse's

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

67

1    handwriting at the top?

2         A    Yes.

3         Q    And then your handwriting below.

4         A    Yes.

5         Q    Would you read your note please?

6         A    Patient still has right groin pain.  Worse

7    with sitting and internal rotation of right leg.  No

8    relief with PT.  Overall not getting better or worse.

9    No trauma.  But it first started to hurt after new

10   core workout.

11            General:  No acute distress.  Groin, no

12   mass.  Right hip, full range of motion.  Neuro,

13   strength is five out of five.  Normal gait.

14            CT reviewed with patient.

15            Assessment:  Right groin pain, ADD.

16            Plan:  See ortho.  And then ADD, Adderall,

17   10 milligrams q. day Number 30.

18        Q    So you refilled his Adderall prescription

19   on this date and he was actually in the office?

20        A    Yes.

21        Q    What conversation would you and Mr. Chenari

22   have had that day about his ADD?

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

68

1      A      I didn't document it.  So I don't know.

2      Q      Customarily what sort of follow-up would

3  you conduct for a patient in your office for whom you

4  have been refilling Adderall when you had initially

5  prescribed the drug?

6      A      Ask him if he is having any side effects

7  and see how he or she is doing in their life.

8      Q      And if they are having no side effects and

9  they report to you that they continue to feel the drug

10  is helping them you would prescribe it again?

11      A      Yes.

12      Q      Down at the bottom is that August 9th, 2012

13  Adderall refill?

14      A      Yes.

15      Q      Turn to page 16.

16             These are all Adderall refills?

17      A      Yes.

18      Q      Would you please read each date on which

19  you noted that you authorized an Adderall refill?

20      A      May 20th, 2013.  June 24th, 2013.

21  July 24th, 2013.  September 13th, 2013.  October 25th,

22  2013.  November 26th, 2013.  March 25th, 2014.

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

69

1          Q    Were these prescription refills always for

2     30 tablets?

3          A    30, 30, 30, 30, 30, 30, 30.  Yes.

4          Q    Four months went by between the November

5     26th refill and the June 25th refill.

6               MR. MARR:  It is March.

7               MS. KITCHEL:  You are right.  Thank you.

8     March 25th.

9               Let me say that all over again.

10     BY MS. KITCHEL:

11          Q    Four months went by between the

12     November 26th, 2013 refill and the March 25th, 2014

13     refill.  Does that duration of time between a request

14     for a refill signal to you the need for any additional

15     follow-up with the patient?

16          A    No.  He could have been off school and so

17     he doesn't take it.

18          Q    Is that something that is customary or

19     common in patients for whom you prescribe Adderall

20     that they maybe don't take it when they are not in

21     school, don't take it on vacation, don't take it on

22     weekends?

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

70

1        A    Yes.

2             I documented earlier that he wasn't taking

3    it on weekends.

4        Q    And that is not unusual for patients?

5        A    Not at all.

6        Q    That you see?  Correct?

7        A    Yes.

8        Q    Page 17.

9             Is it fair to say you saw him on

10   April 21st, 2014?

11       A    Yes.

12       Q    And would you read what is in your own

13   handwriting please?

14       A    ADD.  Patient on Adderall 10 milligrams q.

15   day.  He uses it about five times a week.  He skips

16   weekend.  He got kicked out of medical school for

17   academic -- I said honesty -- and has been doing IT

18   consulting.  He says his grades in school were good.

19   He sleeps well.  He has increased anxiety but does not

20   want meds.

21             General:  No acute distress.  Pulmonary:

22   Clear to auscultation bilaterally.  Cardiovascular:

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

71

1    Regular rate and rhythm.  No murmurs, rubs or gallops.

2              Assessment:  ADD.

3              Plan:  Adderall 10 milligrams, one tablet

4    p.o.q. day, Number 30.  Follow-up six months.  Check

5    CBC and cholesterol.

6         Q    Is there a particular reason you didn't

7    write 90-day prescriptions for him?

8         A    He probably couldn't get them.

9         Q    I'm sorry?

10        A    He probably can't get them.

11        Q    Does it depend on someone's insurance?

12        A    Yes.

13        Q    Do you remember this particular

14   appointment?

15        A    No.

16        Q    Do you remember Mr. Chenari telling you

17   that he got kicked out of medical school?

18        A    I know he got kicked out of medical school,

19   but I don't remember him telling me.

20        Q    Do you know why he got kicked out of

21   medical school?

22        A    He told me he wouldn't stop filling in I

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

72

1    think bubbles on the test even though they told him to

2    stop as he sat there in front of the person.

3         Q    If you need a break at any time let me

4    know.

5              Would you please turn to page 39.

6              If you look at page 39 and page 40 I think

7    you will see this is a two page form.

8              I have another copy.

9         A    This is fine.

10        Q    Is that your signature at the bottom of the

11   two page form?

12        A    Yes.

13        Q    And is this a form that would have been

14   required by Mr. Chenari's insurance?

15        A    Yes.

16        Q    And on page 1 under Step 1 you marked yes?

17        A    Yes.

18             Wait.  Under Step 1?  I don't know what you

19   are talking about.

20             Down here.  Yes.

21        Q    Okay.

22             And that indicates that the diagnosis of

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

73

1    ADD/ADHD has been confirmed in accord with established

2    criteria, for example, with the current Diagnostic and

3    Statistical Manual of Mental Disorders or other

4    clinical criteria.

5           A    Yes.

6           Q    And what criteria were you relying on

7    marking yes in response to this question?

8           A    When was this done?

9           Q    February 10th, 2012.

10          A    I don't know if I had given him medicine

11   yet or talked to him afterwards.

12               February 10th, 2012.

13          Q    I will represent to you that you wrote the

14   first prescription for Adderall on January 11th, 2011.

15          A    Okay.

16               So my guess is, and I don't remember what I

17   saw at that time, but my guess is it was on his

18   symptoms and how he did with the Adderall.

19          Q    Would you conclude then that your marking

20   yes was relying on the -- quote -- "other clinical

21   criteria" that you have described?

22          A    Yes.

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

74

1        Q     Because you didn't go through the DSM

2    checklist?

3        A     Correct.

4        Q     Is the DSM something that you refer to

5    periodically?

6        A     Very rarely.

7        Q     Do you know if you have ever referred to it

8    for ADD or ADHD?

9        A     I don't know.

10       Q     As you sit here today you can't recall?

11       A     Correct.

12       Q     Do you recall talking with a paralegal in

13   my office named Angelia Smith a couple of weeks ago,

14   maybe a month ago?

15       A     I don't remember the conversation, but I

16   know I called your office and talked to somebody.  So

17   it was probably her.

18       Q     Do you recall telling her that you had been

19   told by Mr. Chenari not to talk to anyone from my

20   office?

21       A     No.

22       Q     Did Mr. Chenari ever tell you not to talk

75

1   with anyone from my office?

2       A    I don't think so.

3       Q    Do you anticipate testifying at the trial

4   of this matter?

5       A    I doubt it.

6       Q    Has anyone talked to you about that?

7       A    No.

8            I can tell you I was told by my insurance

9   company not to talk to anybody and you guys, not by --

10  well, I shouldn't say.  I don't think Sina Chenari

11  told me not to.  So she probably got that confused.

12           But they just thought it would be less risk

13  if I avoided everything.

14      Q    Sure.  Get a lawyer.

15      A    Yes.

16      Q    Have you talked to Mr. Chenari about this

17  litigation?

18      A    I don't think so.

19      Q    Did he tell you he sued GW?

20      A    I don't think so.

21           That doesn't mean he didn't.

22      Q    I may be finished.  Let me just quickly

76

1    review my notes and see if there is anything else.

2                (Pause.)

3    BY MS. KITCHEL:

4        Q    We spoke about your suggestion to

5    Mr. Chenari that he go see a therapist at school.

6                Do you recall that testimony?

7        A    Yes.

8        Q    And that is because you understand that

9    there are people, especially at large universities,

10   that specialize in helping students that have

11   diagnoses like ADHD; is that right?

12       A    Yes.

13       Q    And those people are specially trained to

14   counsel those students in how to work within their

15   systems to accommodate any disabilities they have,

16   right?

17       A    Yes.

18       Q    Okay.

19                And you talked to Mr. Chenari about that?

20       A    I wrote it down.  So yes.  I would assume I

21   did.

22       Q    Did you ever talk with him further to

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

77

1    follow-up to see if he followed your instructions?

2        A    I don't know.

3        Q    Is that the sort of question you would

4    typically ask?

5        A    Yes.

6        Q    If a patient came back to you after

7    receiving a prescription for Adderall and reported

8    that they were doing better and their symptoms were

9    resolved would you continue to push on them to go see

10   counselors at school to follow-up on it?

11           MR. MARR:  Objection to form.

12           Go ahead.

13           THE WITNESS:  I don't know what that means.

14           MR. MARR:  You can answer if you understand

15   the question.

16           THE WITNESS:  Maybe say the question again

17   because I was too busy thinking about what he said.

18   BY MS. KITCHEL:

19       Q    No problem.

20           If you prescribed Adderall for a patient

21   like Mr. Chenari and the patient came back to you a

22   month later and said I am doing much better, thank you

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

78

1    so much for your help, would you press them to go see

2    the counselors at school to follow-up on the issue?

3         A    It really depends on the patient and what

4    the situation is.  Everyone is different.

5              MS. KITCHEL:  Those are all of my

6    questions.  Mr. Bach may have questions for you.

7              EXAMINATION BY COUNSEL FOR THE PLAINTIFF

8    BY MR. BACH:

9         Q    Dr. Durr, I will be very brief.

10             Are you aware of certain accommodations

11   that patients that have been diagnosed with ADHD can

12   receive from a college or university?

13        A    Not specific ones.  No.

14        Q    Do you know of any in general?

15             MS. KITCHEL:  Objection.  Form and

16   foundation.

17             THE WITNESS:  I do not know of any in

18   general, but I have heard that people get

19   accommodations for certain things.

20   BY MR. BACH:

21        Q    When you say for certain things what are

22   you referring to?

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

79

1       A    Learning disabilities.  Testing issues.

2            So I don't know if ADD qualifies in that.

3  I just don't know much about this subject.

4       Q    And previously you I believe testified that

5  impulsive behavior is one of the symptoms of ADHD; is

6  that correct?

7       A    Impulsivity is.  Yes.

8       Q    And how would you define impulsivity?

9       A    I just have to think about it for a second.

10       Q    Sure.

11       A    I guess doing things without thinking about

12  the consequences.

13       Q    Do you know if extreme stress or anxiety

14  would increase the chance of impulsive behavior or

15  impulsivity?

16       A    I would assume.  Yes.  It makes most things

17  worse.

18       Q    You said that Mr. Chenari had explained to

19  you why it was that he was dismissed from medical

20  school; is that correct?

21       A    Yes.  We talked about it at some point.

22       Q    And he explained to you that he was taking

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

80

1    an exam and that the time had been called but he

2    continued to fill in the answer sheet; is that

3    correct?

4         A    That is my impression.  Yes.

5         Q    Did he say that he panicked?

6         A    I don't remember him using that term, but

7    it is certainly very possible he did.  You know, I

8    just remember that he said he was doing it.  I thought

9    it was very odd.

10             That is all I really remember.  I don't

11   know what else he told me.

12        Q    Would you characterize that type of

13   behavior as him completing to fill in the answer sheet

14   as acting with impulsivity?

15             MS. KITCHEL:  Objection to form and

16   foundation.

17             THE WITNESS:  I would.

18             MR. BACH:  I have no further questions.

19             MS. KITCHEL:  I have one follow-up.

20         EXAMINATION BY COUNSEL FOR THE DEFENDANT

21   BY MS. KITCHEL:

22        Q    You were asked by Mr. Bach about

81

1    accommodations that are available to people and

2    whether you are aware of them and I understood your

3    testimony to be that that is not something that you

4    have any expertise on.

5                  Is that your testimony?

6         A    Yes.

7         Q    Is that the reason why you suggested that

8    he go and talk to someone at GW?  Because they would

9    be aware of accommodations?

10        A    I can't answer that.

11               I can say that is one of the reasons to do

12   it, but not the only reason.  So even if there were no

13   accommodations they still are used to treating ADD and

14   they probably are better.  That is an extra advantage

15   of seeing someone at GW.

16        Q    Whatever the right thing to do for someone

17   with ADD or ADHD is they are going to know what it is,

18   not you?

19        A    They are going to know more options.

20               MS. KITCHEL:  Thank you.

21               Nothing further.

22               Jason, do you want a copy of the

82

1    transcript?

2              MR. BACH:  Yes, please.

3              MR. MARR:  We will read.

4              THE COURT REPORTER:  Do you get a copy of

5    the transcript?

6              MR. MARR:  I don't need a copy of the

7    transcript but if you want to forward it to me I will

8    forward it to him or you can forward it directly to

9    him.  It doesn't matter to me.  Whichever is more

10   convenient for you.

11              (Off the record at 3:05 p.m.)

12

13

14

15

16

17

18

19

20

21

22

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

83

1          ACKNOWLEDGMENT OF DEPONENT

2          I, PAUL DURR, M.D., do hereby acknowledge that

3     I have read and examined the foregoing testimony, and

4     the same is a true, correct, and complete

5     transcription of the testimony given by me, and any

6     corrections appear on the attached Errata Sheet signed

7     by me.

8

9

10    _____          _____

11      (DATE)                          (SIGNATURE)

12

13

14

15

16

17

18

19

20

21

22

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

84

1          CERTIFICATE OF SHORTHAND REPORTER – NOTARY PUBLIC

2               I, Paula J. Eastes, Registered

3     Professional Reporter, the officer before whom the

4     foregoing proceedings were taken, do hereby certify

5     that the foregoing transcript is a true and correct

6     record of the proceedings; that said proceedings were

7     taken by me stenographically and thereafter reduced to

8     typewriting under my supervision; and that I am

9     neither counsel for, related to, nor employed by any

10    of the parties to this case and have no interest,

11    financial or otherwise, in its outcome.

12

13               IN WITNESS WHEREOF, I have hereunto set my

14    hand and affixed my notarial seal this 29th day of

15    April 2015.

16

17    My commission expires:  September 30, 2015

18    Virginia CCR No. 159942

19

20    _____Paula J. Eastes_____

21    NOTARY PUBLIC IN AND FOR THE

22    COMMONWEALTH OF VIRGINIA

Case 1:14-cv-00929-ABJ   Document 24-2   Filed 09/18/15   Page 87 of 101
DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

85

**A**

**Abdomen**
32:11
**ability**
47:11,22 48:4
 51:2
**ABJ**
1:6
**able**
12:21 59:9
**Abnormal**
59:10
**abuse**
16:10 24:14
**academic**
45:10,15 46:9
 48:16 70:17
**academically**
46:19 47:5
**accommodate**
76:15
**accommodation**
32:3
**accommodations**
78:10,19 81:1,9
 81:13
**accord**
73:1
**accurate**
9:19 10:3
**acknowledge**
83:2
**ACKNOWLE...**
83:1
**act**
18:21
**acting**
80:14
**Action**
1:5
**active**
31:20
**activity**
57:12
**acute**
32:1 37:4 38:20
 57:13 65:5

67:11 70:21
**ADD**
11:13,17,19 12:3
 13:18 14:10,15
 14:22 16:7 21:3
 21:5,11 22:1,3,4
 42:3,18,18 44:3
 47:18 52:2
 57:16,17 59:7
 61:6,8,16,18
 62:1 67:15,16
 67:22 70:14
 71:2 74:8 79:2
 81:13,17
**Adderall**
11:12,20 12:16,22
 13:4,11,19
 14:11 15:14,18
 16:7,22 17:14
 23:11 39:1,19
 40:11,17 41:2
 44:22 50:6
 51:12 55:7
 56:10 57:7,17
 58:6 59:7,21
 60:3 61:8 63:10
 63:15,19 64:7
 64:13,15 65:15
 66:2,7,11 67:16
 67:18 68:4,13
 68:16,19 69:19
 70:14 71:3
 73:14,18 77:7
 77:20
**addition**
49:14
**additional**
69:14
**address**
6:10 37:5
**ADD/ADHD**
13:22 73:1
**adenopathy**
32:6
**ADHD**
14:6 21:3,5,11
 23:3,7,18,19

24:4,6,22 35:10
 40:16,19 41:4,8
 41:10 42:2,3,6
 47:10,19 49:5
 52:20 53:14
 54:8,10,15,18
 55:3 56:2 74:8
 76:11 78:11
 79:5 81:17
**admitting**
8:7,9
**advantage**
81:14
**advice**
18:15
**affairs**
51:9
**affect**
17:9 22:17
**affixed**
84:14
**age**
42:4,5 43:4
**agencies**
7:18
**agency**
7:16 8:1
**Aggression**
12:20
**ago**
54:5 57:8 65:1
 74:13,14
**agree**
14:11 16:21 21:2
 21:5,11 22:8,15
 22:19 23:6,10
 23:17 24:2
 28:20 37:4
 39:22 40:9,15
 42:10 47:10
 53:13 54:15
**agreement**
2:14
**ahead**
33:2 77:12
**alcohol**
31:9

**Alert**
32:16
**alive**
31:11,12
**Allan**
25:8
**Allergies**
31:3
**allowed**
40:16
**ALLYSON**
3:12
**ambulatory**
18:3 19:12
**amphetamine**
11:14
**Amy**
1:7
**ANDERSON**
4:4
**Angelia**
74:13
**answer**
12:6,7,9,10 15:9
 15:10 20:12
 39:13,18 40:22
 42:1 49:6 56:5
 77:14 80:2,13
 81:10
**answered**
13:18
**answers**
8:22 15:22 22:5
**anticipate**
75:3
**anxiety**
12:19 15:15 21:7
 21:22 22:4 23:8
 36:5,6 37:9,16
 62:7,8 70:19
 79:13
**anybody**
20:17 25:12,14
 75:9
**anymore**
14:6
**anyway**

55:5
**appear**
42:6 83:6
**appointment**
28:9 40:20 47:14
 50:22 51:11
 53:2,2 71:14
**appointments**
53:2 64:6
**appropriate**
60:2,5
**April**
1:14 66:15 70:10
 84:15
**area**
7:7,8
**areas**
9:21 11:4
**Arizona**
7:9
**artery**
31:15
**asked**
16:4 46:9 80:22
**asking**
8:11 12:9 17:12
 18:9
**asks**
12:11 28:10
**assess**
62:12
**assessment**
24:5 32:20 34:10
 34:16 38:21
 57:16 65:8
 67:15 71:2
**assume**
8:8 35:3 52:4
 62:15 66:22
 76:20 79:16
**assumed**
45:21
**attached**
5:10 9:3 26:5
 83:6
**attention**
21:8 22:8,15,17

22:22 23:4,12
35:1 36:13
37:10,17 38:1,4
38:7,21 39:7
48:9,14 49:9,12
49:14,20 50:3
50:19 55:10,14
62:10
**August**
29:15 30:2 62:22
68:12
**ausculation**
70:22
**auscultation**
32:9 65:6
**authorized**
68:19
**available**
81:1
**avoided**
75:13
**aware**
12:15 78:10 81:2
81:9
_____

**B**

**B**
5:9
**Bach**
3:3,4 5:4 9:9 15:3
22:11 29:10,13
29:16,20 37:2
39:11 55:1
56:16,20,22
58:15 78:6,8,20
80:18,22 82:2
**bachelor's**
6:17
**back**
26:16 27:8,9
31:17 56:8
59:21 61:13
63:16 77:6,21
**background**
6:15 11:8
**bad**
20:5 54:9
**based**

8:1,3 23:16 37:12
52:3
**basically**
7:14 11:14 44:18
**basket**
21:6,12,15,19
**Bates**
9:13 29:11
**BEHALF**
3:2,11 4:2
**behavior**
79:5,14 80:13
**believe**
40:12 79:4
**benefit**
24:22 40:3 41:2
**Berman**
1:7
**best**
44:6,19
**better**
13:2,5 17:1,2,7,16
20:15 44:15
50:14 57:9,12
59:9,9 67:8 77:8
77:22 81:14
**bilateral**
59:14 61:6
**bilaterally**
32:10 65:6 70:22
**bill**
33:15
**bills**
51:9
**bio**
9:7
**biology**
6:17
**bit**
63:18
**block**
17:22
**blood**
16:14 30:14
**boards**
10:8 18:7
**board-certified**

10:4,7
**bonds**
48:1
**Boone**
2:6
**bottom**
26:15 27:6 28:13
58:18 59:16
60:17 68:12
72:10
**Boulevard**
2:6 3:5
**Bradley**
25:15
**brain**
22:16,17,20
**break**
72:3
**breast**
31:11
**breath**
65:4
**Bridge**
4:5
**brief**
78:9
**bring**
56:8
**broad**
43:22 49:7
**Brother**
31:13
**bubbles**
72:1
**business**
6:10 45:16
**busy**
77:17
**bypass**
31:15
**b.i.d**
61:11
_____

**C**

**C**
3:1,12 4:1 5:1 6:1
**CABG**
31:13,14

**call**
18:15 33:11
**called**
74:16 80:1
**calm**
14:17
**CAMPBELL**
2:5 3:13
**cancer**
31:12
**Cardiovascular**
32:7 70:22
**care**
10:13 20:3 37:4
44:18 63:22
**Carolina**
7:10
**carrying**
53:12
**case**
47:20 50:9 84:10
**catch-all**
21:21
**cause**
23:4 62:3,7
**causes**
22:21
**CBC**
33:5 71:5
**CCR**
84:18
**Center**
6:11
**certain**
19:11 78:10,19,21
**certainly**
19:16 20:13
21:22 80:7
**CERTIFICATE**
84:1
**certify**
84:4
**Chain**
4:5
**challenging**
30:6
**chance**

9:17 79:14
**change**
63:9,10,17,19
**changed**
25:2 63:7,8
**characterize**
80:12
**Charleston**
3:5
**chart**
8:14
**check**
30:12 32:21 33:5
33:7 61:7 62:2
63:5 71:4
**checklist**
40:5,9 74:2
**Chenari**
1:4 26:12 27:20
28:17 29:10
30:2 33:10,20
34:16 40:19
42:9 45:1 47:4
47:13 48:2,8
50:2,18 51:19
52:15 53:1,16
55:9,18 57:21
58:6,20 62:9
67:21 71:16
74:19,22 75:10
75:16 76:5,19
77:21 79:18
**Chenari's**
8:18 45:10 72:14
**Chmiel**
25:13
**cholesterol**
31:12 33:7 59:10
71:5
**Cholesterol/low**
61:12
**chronological**
26:20
**chronologically**
27:7
**cigarettes**
31:8

Case 1:14-cv-00929-ABJ   Document 24-2   Filed 09/18/15   Page 89 of 101
DEPOSITION OF PAUL C. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

87

circumstances
24:11 52:5
City
7:10
Civil
1:5
classes
19:5
clean
12:7,7
Clear
32:9 65:6 70:22
clear-cut
49:1,4
clinic
19:7,12,13,13
clinical
10:11 40:12
63:15 73:4,20
clinics
19:9,10
Close
22:7,7
college
6:16 45:16,17
46:14 78:12
colonoscopy
59:17
COLUMBIA
1:2
Column
31:1
come
10:20 23:19 24:6
43:7 63:16
65:17
comes
63:13
coming
55:13
commission
84:17
common
11:21 12:20
15:16 41:21
69:19
commonly

18:14
Commonwealth
2:16 84:22
company
75:9
compared
22:9
complain
41:19
complaining
52:6
complains
30:12 38:3
complaint
37:5
complaints
35:16
complete
26:2,12,19 56:3
83:4
completing
80:13
complies
26:13,22 36:21
concentrate
17:1,16 57:9 59:9
concentrating
35:17 45:5
concentration
17:3,5,8 62:8
concern
25:3,4,6
conclude
37:13 73:19
condition
16:8 59:22
conditions
28:21
conduct
68:3
conducting
54:7
confirmed
73:1
confused
75:11
congestion

65:4
connection
61:17
conscious
38:19
consequences
79:12
consider
19:19 20:6,9,21
considered
51:19
considering
51:11 52:19
consultations
27:15
consulting
70:18
content
33:19
context
20:2
continue
50:5 60:2,5 63:19
68:9 77:9
continued
58:5 80:2
contraindication
16:9
contraindications
12:15 16:4
convenient
82:10
conversation
18:12 53:12
67:21 74:15
copy
72:8 81:22 82:4,6
core
67:10
corner
28:5
Coronary
31:15
correct
12:2,4 21:4 30:17
46:12 50:15,17
52:12,14 63:4

65:18 70:6 74:3
74:11 79:6,20
80:3 83:4 84:5
corrections
83:6
correctly
46:8
cough
64:18 65:3,8
counsel
6:4 8:12 29:10
44:3 76:14 78:7
80:20 84:9
counseling
19:15,17 20:7,11
counselor
19:19 20:6,9
counselors
77:10 78:2
countless
19:7
couple
8:8 36:20 74:13
course
19:18 34:8
Court
1:1 2:15 12:6
30:21 82:4
Cranial
32:18
cream
59:16 61:10
criteria
41:10,12 73:2,4,6
73:21
CT
67:14
current
9:20 73:2
Curriculum
5:12
custom
37:12,20 47:16
customarily
36:10 68:2
customary
35:13 69:18

C-H-M-I-E-L
25:13

___

**D**

D
6:1
dad
18:8 25:18 31:12
daily
39:1 57:8,18
dangerous
64:1
date
34:20 67:19
68:18 83:11
dated
33:3 61:9
dates
64:5
day
13:17 45:2 59:7
61:9 66:3,7
67:17,22 70:15
71:4 84:14
days
65:1,2
deal
42:20
dealing
43:3
December
64:16
decide
40:7 41:1 44:22
63:14
decision
40:1 48:22 63:10
63:19
decreased
37:17 38:21 48:9
49:8,12,14,20
50:3 55:14
62:10
deep
32:17 54:17
Defendant
1:9 3:11 6:4
80:20

Case 1:14-cv-00929-ABJ  Document 24-2  Filed 09/18/15  Page 90 of 101
DEPOSITION OF PAUL C. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

88

deficits
50:19
define
79:8
depend
71:11
depending
16:18 25:19 52:4
52:11
depends
14:14 34:6 51:15
60:7 78:3
deploy
7:17
DEPONENT
4:2 83:1
deposition
1:12 2:1 5:11
8:11,18 9:3 11:9
26:5
depression
21:7 22:4 23:3,7
35:22 36:2 37:9
37:16 44:14
described
73:21
detail
51:17
details
46:15
develop
60:15
diagnose
14:7 22:3 40:16
40:19
diagnosed
41:20 78:11
diagnoses
22:2 76:11
diagnosing
24:4
diagnosis
14:5,8 21:6,12,15
21:19,21 23:6
23:20 24:6 41:4
41:5,11 42:6
47:18 49:9,16

49:17 72:22
Diagnostic
73:2
difference
14:2
different
7:18 17:9 21:13
22:16 23:19
43:11 58:9 78:4
differential
23:6
direct
36:13 38:1
directly
82:8
disabilities
76:15 79:1
discretion
40:1
discuss
38:3,7 48:8 54:12
55:9
discussed
39:16 55:17
disease
16:12 44:11,12
dismissed
79:19
disorder
22:1
disorders
23:8 73:3
distinction
41:1
distracted
38:17
distress
32:1 38:20 57:13
65:5 67:11
70:21
DISTRICT
1:1,2
doctor
7:14 44:11,12,19
document
28:7 36:3,7,10
39:17 45:20

46:10 47:21
48:3,7,17 53:4
54:7 68:1
documented
37:18 42:12
47:15 48:11
51:3,6,11,21
52:21 55:18
70:2
doing
18:1 20:19 23:18
31:18 34:11,12
38:16 41:19
55:1 58:3 59:8,8
60:8,12 62:2
68:7 70:17 77:8
77:22 79:11
80:8
doubt
75:5
Dr
5:13 6:6 9:6,7
25:8,13,15 26:3
26:8 30:1 57:2
58:17 78:9
draw
41:1
drug
11:13 16:10
17:15 31:10
40:7 60:22 68:5
68:9
DSM
24:5 74:1,4
duly
6:3
duration
69:13
Durr
1:12 2:1 4:2 5:2
5:11,13 6:2,6,9
9:2 26:3,4,8
29:9,12 30:1
57:2 58:11,17
59:4 60:18 61:1
62:16,21 64:3
66:9 78:9 83:2

Durr's
9:6,7
dysfunction
38:19,22 39:3
D-U-R-R
29:12
D.C
3:16

_____
E
_____
E
3:1,1 4:1,1 5:1,9
6:1,1
Earlham
6:16
earlier
70:2
Ears
32:4
easier
14:19 27:13 43:9
easily
38:17
Eastes
1:22 2:15 84:2
eat
31:20
Eczema
61:6,10
educational
6:15 9:20
effect
14:13,15,21
effects
15:13,18 50:8,12
57:9 60:9 68:6,8
effort
20:18 43:7
either
28:9 54:4
elementary
46:19,22 47:1,5
elevated
31:12
employed
84:9
employment
9:20 10:1 51:5

Durr's
9:6,7
entirely
23:19
entries
66:10
entry
66:6
equal
32:2
erectile
38:18,22 39:3
Errata
83:6
erythema
32:4,5 65:7
especially
30:20 76:9
ESQUIRE
3:3,12 4:3
established
73:1
estimate
12:21 13:1,5,6
evaluate
60:4
evaluation
34:5 45:11 54:8
everybody
42:4
evidence
42:2
exactly
22:10 55:1
exam
32:13 53:8,11
80:1
EXAMINATION
5:2 6:4 78:7
80:20
examined
83:3
example
73:2
exams
38:17 48:12 50:4
executive
10:11,18,21 11:2
exercise

31:10 32:21
33:7 61:13
**exhibit**
5:12,13 9:2,6,17
26:1,1,3,4,9
28:2
**EXHIBITS**
5:11
**expect**
56:5
**expected**
57:20
**experiencing**
21:14 23:11,14
60:1
**expert**
44:11
**expertise**
81:4
**experts**
43:3
**expires**
84:17
**explain**
21:6,9,12 63:3
**explained**
42:22 79:18,22
**explanation**
63:6
**extra**
18:9 81:14
**Extraocular**
32:3
**extreme**
79:13
**eye**
31:7

**F**

**fact**
14:7
**factor**
45:11
**factors**
45:7
**fair**
33:22 35:3 37:12
37:18 45:21

52:3 70:9
**fairly**
38:16
**fall**
31:9 61:14
**familiar**
21:16
**Family**
31:11
**fancier**
10:17
**February**
56:12,19 58:20
73:9,12
**feel**
68:9
**feels**
65:3
**fellowships**
6:21
**felt**
20:10
**fever**
22:9
**feverish**
65:3
**fidgeting**
52:15
**figure**
27:3
**file**
9:11 26:12 27:17
**fill**
28:11 56:8 80:2
80:13
**filled**
28:17
**filling**
71:22
**financial**
84:11
**fine**
27:12 72:9
**finer**
44:1
**finish**
12:5,9,10

**finished**
75:22
**FIRM**
3:4
**first**
10:8 22:20 33:20
58:13 62:9
66:15 67:9
73:14
**five**
32:17,18 67:13,13
70:15
**flip**
26:10 27:14
**Flu**
61:13
**focus**
11:5 14:19 23:17
24:3
**followed**
61:16 77:1
**following**
7:3
**follows**
6:3 33:2
**follow-up**
33:7 39:2 57:3
61:14,15 68:2
69:15 71:4 77:1
77:10 78:2
80:19
**forearm**
64:10
**foregoing**
83:3 84:4,5
**form**
15:3 22:11 28:10
39:11 42:2
47:22 56:8 72:7
72:11,13 77:11
78:15 80:15
**formal**
23:19 24:4,6,22
40:5 41:4,5
**forms**
31:19 56:1,6
**forward**

58:5 82:7,8,8
**foundation**
78:16 80:16
**four**
6:16 65:2 69:4,11
**friends**
48:4,5
**front**
9:10 27:8 60:17
72:2
**full**
45:18 67:12
**function**
22:16,21 62:12,19
63:9,14
**functionality**
50:20
**further**
76:22 80:18
81:21

**G**

**G**
1:12 2:1 4:2 5:2
6:1,2
**gait**
32:18 67:13
**gallops**
32:8 71:1
**general**
11:6 20:2 21:1
23:20 30:12
32:1 36:20
38:20 57:13
65:5 67:11
70:21 78:14,18
**generally**
17:14,15,17 20:14
44:15 47:6
**GEORGE**
1:7
**Georgetown**
6:18
**getting**
51:9 57:12 67:8
**give**
9:13 16:10,13,15
25:18 42:18

56:2
**given**
39:4 73:10 83:5
**go**
19:12 25:4,7
30:20 33:2 44:4
51:17 59:21
60:6 62:22 66:9
74:1 76:5 77:9
77:12 78:1 81:8
**goes**
27:4
**going**
31:9,17 39:8 43:4
43:5 54:21 58:8
81:17,19
**good**
20:19 42:17
44:13 57:22
59:15 70:18
**gotten**
45:22
**grades**
70:18
**graduated**
6:18 45:17
**graft**
31:15
**great**
46:4 58:3
**greatest**
44:8
**groin**
57:11,11,16,18
67:6,11,15
**Group**
9:8
**GU**
32:13 38:18
57:14
**guess**
8:21 13:21 23:16
59:18 73:16,17
79:11
**guys**
75:9
**GW**

Case 1:14-cv-00929-ABJ   Document 24-2   Filed 09/18/15   Page 92 of 101
DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

90

46:1 75:19 81:8
81:15

**H**

**H**
5:9
**hand**
60:18 84:14
**handed**
26:8 28:3
**hands**
52:16 59:14 61:6
**handwriting**
30:5,10,16,18
38:4,11,13 57:2
57:6 61:2 64:14
64:17,19,22
65:20 66:4,19
67:1,3 70:13
**handwritten**
29:17,18 56:16
**happen**
46:14
**happened**
29:5 54:4
**happening**
64:6
**hard**
20:12
**HDL**
33:6 61:5
**head**
25:21 27:15
**health**
20:1 34:4,8,9,15
37:9
**healthy**
31:13,21 50:9,11
**heard**
78:18
**heart**
15:17 16:12
**HEENT**
32:2
**Height**
30:14
**held**
2:1

**help**
16:22 17:2,15
23:12 42:19
45:6 47:18
51:12 55:15
78:1
**helping**
60:10,13 68:10
76:10
**helps**
29:15 50:4
**hepatosplenom...**
32:12
**heredity**
41:8
**hereunto**
84:13
**hernia**
32:14 57:14
**high**
6:14 16:14 24:13
24:13 31:10
47:7
**hip**
67:12
**historic**
45:10
**history**
9:20,20 16:10,12
31:4,5,8,11
47:13 59:5
**HIV**
31:10
**home**
56:6
**honesty**
70:17
**hope**
14:17,20 27:11
**hoped**
57:20
**hospital**
8:7
**hospitalist**
8:3,5
**host**
21:6 22:16

**hours**
19:7
**hurt**
67:9
**hyperactive**
14:4

**I**

**idea**
22:21 46:16
**identification**
9:3 26:5
**identified**
48:15
**identify**
34:7
**II**
32:18
**immunizations**
30:13
**impact**
48:10,21 63:10
**impacting**
48:15
**impaired**
51:2
**impairing**
50:19
**impression**
80:4
**improving**
65:2
**impulsive**
51:20 79:5,14
**impulsivity**
52:2,4 79:7,8,15
80:14
**inadequate**
23:8
**inappropriate**
53:10
**inappropriately**
53:3,9
**include**
23:7
**includes**
23:7
**increase**

**32:21 33:6 61:13**
79:14
**increased**
70:19
**independent**
27:19
**Indiana**
6:20
**indicated**
40:13
**indicates**
72:22
**indications**
11:15,16
**induration**
33:6 64:12
**infectious**
44:10,12
**information**
27:16 49:3
**initially**
68:4
**Inova**
9:7
**insomnia**
12:19 15:15
16:16 59:8 62:8
**instructions**
77:1
**insurance**
25:2,3 71:11
72:14 75:8
**intact**
32:19
**interest**
84:10
**interests**
10:11
**interferes**
47:10
**internal**
7:1,2 8:1,2 10:5
10:12 11:6
19:16 20:2 21:1
67:7
**internship**
18:2

**interrupt**
53:17
**issue**
39:7 78:2
**issues**
11:9 20:14 34:8
35:4 37:10,14
79:1

**J**

**J**
1:22 2:14 3:3
84:2
**Jackson**
1:8 2:5 3:13
**January**
38:2 73:14
**Jason**
3:3 9:5 26:2 37:1
55:4 56:12,15
58:12 81:22
**job**
1:20 7:19
**Judge**
1:7
**judgment**
40:3,12 63:15
**July**
68:21
**June**
56:18 68:20 69:5
**JVD**
32:6

**K**

**Kansas**
7:10
**keep**
58:8
**kicked**
70:16 71:17,18,20
**kind**
19:6 51:17
**Kitchel**
3:12 5:3,5 6:5
8:22 9:5,15,16
12:12,14 15:6
15:12 22:14

25:22 26:7
29:12,14,18,21
29:22 30:8
34:19,21 37:1,3
38:13 39:6,14
47:2,3 55:4,8
56:12,17,21
57:1 58:12,16
69:7,10 76:3
77:18 78:5,15
80:15,19,21
81:20
**know**
9:9 10:14,18,20
11:2,16,18,21
12:8 14:6 18:22
19:1 20:13
21:17,19 22:5
22:20 25:20
26:18,19 29:19
39:13 40:21
43:14 45:8,12
45:14,15,15,16
45:20 46:13
47:20,21 48:13
48:17 51:2
52:17 53:4
54:14 55:11
56:14 61:10
68:1 71:18,20
72:4,18 73:10
74:7,9,16 77:2
77:13 78:14,17
79:2,3,13 80:7
80:11 81:17,19
**known**
17:15 55:21

— L —

**lab**
62:11,14 63:18
**label**
11:19,20
**labeled**
29:9
**labs**
32:21 33:7,12
59:10,10 61:7

61:12,15,17,22
62:6,10
**lack**
17:8 62:8
**large**
76:9
**Las**
3:7
**LAW**
3:4
**lawyer**
75:14
**lead**
22:17
**Learning**
79:1
**lectures**
18:2
**leg**
67:7
**legible**
30:10
**Let's**
28:2 58:9 66:9
**life**
17:3,7 43:9 48:10
49:21 50:20
59:22 60:8 68:7
**light**
32:3
**limit**
42:5
**line**
54:13
**listed**
28:21 45:7
**litigation**
75:17
**little**
18:9 30:5 63:18
**live**
25:19
**lives**
17:9 60:22
**LLC**
3:4
**local**

25:10
**Locoid**
61:10
**locums**
7:5
**long**
10:7 41:15,22
**look**
27:13 28:2 62:18
72:6
**looked**
62:11
**looking**
16:5 29:14 42:1
**looks**
58:12 62:16,19
65:19
**lot**
12:8 17:9 18:6
19:16 20:13,16
43:7 44:7 62:3
**loud**
36:18 38:10
**Low**
33:5,6 61:5,6
**lower**
28:4 60:18

— M —

**Madam**
12:6
**major**
20:14
**making**
41:10 48:4
**management**
44:3
**managing**
51:9
**mania**
21:7
**manifest**
53:14
**Manual**
73:3
**March**
68:22 69:6,8,12
**mark**

9:1,11,11 25:22
29:3
**marked**
9:2 26:3,4,9
28:20 72:16
**marking**
73:7,19
**MARR**
4:3 8:20 12:5
15:10 29:17
30:7 34:18
38:11 46:21
54:17,19 55:6
56:18 69:6
77:11,14 82:3,6
**mass**
67:12
**masses**
32:13 57:15
**matter**
14:7 34:8 75:4
82:9
**McLean**
4:7
**mean**
9:11 10:1 11:17
13:21 17:5 19:2
19:2,4 21:15
42:16 43:20
44:9 45:14
46:21 53:18
58:2 65:17
75:21
**means**
21:17,20 77:13
**meant**
42:21
**medical**
5:13 6:18 9:8
11:9 17:21 19:5
20:3 23:20 26:2
26:12 29:9
30:13 31:4,9,20
38:15 39:10
43:6 46:1,5
58:13 60:15,19
70:16 71:17,18

71:21 79:19
**medically**
40:13
**medication**
40:2 50:14 57:21
60:13,14
**medicine**
7:1,2 8:1,2 10:5
10:12,12 11:7
19:17 20:2 21:1
49:22 50:4,8
58:3 73:10
**medicines**
24:13 42:18
**meds**
57:3 70:20
**Melmed**
25:8
**mental**
20:1 34:4,8,9,15
37:9 73:3
**mention**
37:13
**mentioned**
13:18 35:4 37:16
**MICHAEL**
4:3
**mild**
54:11
**milligrams**
39:1,4 57:7,17
61:8 64:8,13
66:2,7 67:17
70:14 71:3
**millimeters**
33:6
**mind**
14:3 25:4 42:2
54:22
**minimum**
49:13,19,22
**Minnesota**
7:11
**misdiagnosed**
22:1
**missing**
27:16

DEPOSITION OF PAUL C. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

**mixture**
8:4
**mole**
31:7
**Mom**
31:11
**moment**
26:10
**money**
10:15 25:3,6
**month**
13:12 39:2 57:8
54:14 77:22
**months**
7:13 8:8 33:5,8
54:5 61:10 69:4
69:11 71:4
**mood**
23:8
**motion**
67:12
**multiple**
22:2
**murmurs**
32:8 71:1
**muscles**
32:3
**M-E-L-M-E-D**
25:9
**M.D**
1:12 2:1 4:2 5:2
6:2 83:2

**N**

**N**
3:1 4:1 5:1,1 6:1
**name**
6:7
**named**
74:13
**names**
25:18,19
**nasal**
65:4
**necessary**
52:13
**Neck**
32:6

**need**
42:6 44:7 49:10
49:11,13,15
51:17 58:3 62:1
69:14 72:3 82:6
**needed**
7:17 20:11 33:14
47:19
**Needs**
32:22
**negative**
64:11
**neither**
84:9
**Nerves**
32:18
**Neuro**
32:16 67:12
**neurological**
28:21 59:2
**neurological/ps...**
24:5
**Nevada**
3:7
**never**
8:11
**new**
7:11 28:9,11
30:12 31:18,19
34:5 38:19 67:9
**nodded**
16:1
**Nodding**
15:19
**Non-distended**
32:12
**Non-tender**
32:11
**normal**
62:19 63:1,13
67:13
**normally**
48:19
**notarial**
84:14
**Notary**
2:15 84:1,21

**notation**
65:14
**notations**
65:10
**note**
29:15,18 35:9,20
36:13 37:8
38:10 40:22
42:10 43:15
56:18,19 57:5
61:21 65:19
67:5
**noted**
35:16 42:8 66:13
68:19
**notes**
26:18 27:15 29:6
30:1,4 34:2
46:15 59:19
76:1
**notice**
63:17
**November**
65:11 68:22 69:4
69:12
**number**
9:13 27:10 29:11
39:2 45:7 57:18
64:8 66:3 67:17
71:4
**numbers**
26:15 27:6 28:4
**nurse**
30:11 38:5,6
64:20
**nurse's**
30:7 38:11 57:2
66:22
**N.W**
3:14

**O**

**O**
5:1 6:1
**Object**
15:3 22:11 39:11
**objection**
15:7 77:11 78:15

80:15
**observe**
52:15 53:16
**observed**
55:10
**obviously**
44:20 47:1
**occasional**
31:8,9 38:18
57:11
**October**
64:9,11 68:21
**odd**
80:9
**office**
8:1,3,14 28:10
67:19 68:3
74:13,16,20
75:1
**officer**
84:3
**offices**
2:2
**official**
13:21 14:10 18:4
18:7,10 19:4
41:12
**officially**
14:5
**Okay**
8:16,22 13:7
17:12 27:5
29:13,16,20,21
31:16 44:17
46:17 50:10
52:9 56:20
58:10,15 60:11
63:2 64:2,4 66:8
72:21 73:15
76:18
**old**
31:18 61:5
**once**
19:10 61:12
**onerous**
27:11
**ones**

15:16 19:12
78:13
**ongoing**
20:7
**opinion**
49:20 50:1
**options**
81:19
**order**
26:14,16,17,21
27:11
**ordinarily**
36:6
**ordinary**
18:12 35:12,19
36:1 37:20
47:16
**oriented**
32:16
**Oropharynx**
32:5 65:6
**ortho**
67:16
**outcome**
57:20,22 84:11
**overactive**
62:3,6
**overall**
52:5 59:8 67:8
**overcome**
23:13

**P**

**P**
3:1,1 4:1,1 6:1
**pace**
55:4
**pacing**
55:2
**page**
5:2,11 26:15 27:3
27:6,10 28:2,4,7
29:8 30:18,21
36:14 38:1
56:11,19 58:11
58:13,18 59:4,6
60:17,18 61:2
63:1 65:10,19

66:10 68:15
70:8 72:5,6,6,7
72:11,16
**Pages**
1:21
**paid**
51:9
**pain**
37:5 57:12,16
67:6,15
**panicked**
80:5
**paralegal**
74:12
**parents**
56:7 60:22
**part**
22:19,20 47:16
59:12 64:15
**partial**
22:4,4
**particular**
16:6,8 21:2 24:20
42:5 43:19 71:6
71:13
**parties**
84:10
**patient**
13:11 14:14
15:14 16:6 17:1
18:13 20:7,8,10
21:3,13 23:11
23:13 24:8,21
28:9,11 30:12
31:18,19 34:6
35:20 36:2,5,11
38:8,9,15,18
40:2,3,7,12,13
41:2,22 49:4,8
51:13 52:5,11
52:20 53:8 54:7
55:13 57:7 59:7
59:20 60:7,12
63:13 64:10
65:1 67:6,14
68:3 69:15
70:14 77:6,20

77:21 78:3
**patiently**
54:13
**patients**
8:9 13:3,9 14:13
18:15 19:5,13
19:22 20:3
24:21 34:5 56:2
56:7 69:19 70:4
78:11
**patient's**
47:22 63:8
**Paul**
1:12 2:1 4:2 5:2
6:2,9 83:2
**Paula**
1:22 2:14 84:2
**Pause**
76:2
**paying**
23:12
**pending**
59:10,11
**people**
10:19,21 13:16,17
17:15 20:16
21:22 22:1
24:17 25:4,7,19
29:3 41:19 42:3
43:4 44:7 48:1
53:17 55:10,22
76:9,13 78:18
81:1
**percent**
61:11
**perform**
23:18 34:5,9
**performance**
45:11,15 46:9,19
46:22
**performed**
47:5
**periodically**
74:5
**permitted**
40:16
**person**

44:2,6 72:2
**personally**
53:22
**phone**
33:11
**phrase**
21:16
**physical**
10:17,18 11:2
28:9 31:19
32:20 57:18
61:5,22 62:2
**physicals**
10:12,14,22
**physician**
40:1 41:2
**place**
59:19
**placed**
64:9
**Plaintiff**
1:5 3:2 78:7
**Plan**
32:21 39:1 57:17
61:7 65:9 67:16
71:3
**platelets**
33:5 59:10 61:6
61:12
**please**
6:7 9:1 26:1,10
29:8 30:4,20
36:15 38:10
56:11,14 57:5
61:4 64:3 67:5
68:18 70:13
72:5 82:2
**plus**
32:17 43:6
**pneumonia**
44:10,13
**point**
16:22 44:1 46:13
58:5 59:18,20
79:21
**Poor**
10:21

**portion**
60:18 64:21
**positive**
65:4
**possible**
33:13 44:19 63:6
80:7
**possibly**
46:20 47:6 48:3,7
51:7,14 52:22
63:21
**post**
6:14
**pounds**
30:14
**PPD**
32:21 33:6,14
64:9,11,15
**practical**
16:21
**practice**
9:21 21:1 23:21
35:7,13,19 36:1
37:13,21 47:17
**preparation**
11:9
**prepare**
8:10
**prescribe**
11:22 13:19 16:7
23:10 40:2,7,11
40:17 44:22
51:12 63:15
68:10 69:19
**prescribed**
39:19 56:10
57:21 59:21
68:5 77:20
**prescribing**
12:16 13:3 16:22
50:6 60:14
63:19
**prescription**
13:12,16 63:11
65:15 67:18
69:1 73:14 77:7
**prescriptions**

12:22 58:6 71:7
**present**
3:9 7:19
**presented**
39:9
**press**
78:1
**pressure**
16:14 30:15
**pressures**
39:9
**pretty**
13:1 30:9 49:1
55:2 62:11
**Prevention**
61:13
**preventive**
10:12
**previously**
79:4
**primary**
10:13
**printed**
9:7
**prior**
38:17 48:12
**probably**
7:12 11:18 17:22
18:5 19:6 20:20
27:1 33:11 38:9
39:17 41:9
42:14 46:3,9
47:9 49:19
62:13 71:8,10
74:17 75:11
81:14
**problem**
9:15 48:15 77:19
**problems**
12:19 22:8,18
23:3,4,12 35:1
41:15,17,18
42:4 43:4 49:21
50:5 60:15 62:4
**proceedings**
84:4,6,6
**produced**

Case 1:14-cv-00929-ABJ   Document 24-2   Filed 09/18/15   Page 96 of 101
DEPOSITION OF PAUL C. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

94

9:12
**productive**
65:3
**professional**
24:9 40:3 84:3
**prompted**
16:2
**provide**
20:7,10 43:10,17
**Provider**
28:15
**providing**
20:2
**psychiatric**
29:1 34:4,7,9,16
59:2
**psychiatrist**
18:4,8 20:20
44:14,16
**psychiatrists**
24:3,20
**psychiatry**
17:20,22 18:1
**psychologic**
18:20
**psychologist**
18:21,22 19:20,21
**psychology**
18:17,18,19 19:15
19:17
**PT**
67:8
**Public**
2:15 84:1,21
**Pulmonary**
32:9 65:5 70:21
**pulsivity**
41:18
**Pupils**
32:2
**purposes**
12:1
**Pursuant**
2:14
**pursue**
43:13
**push**

77:9
**put**
10:16 20:17
26:16,20 29:6
40:21 44:1
**putting**
17:10
**P.C**
2:5 3:13
**p.m**
1:15 82:11
**p.o**
39:1 57:8,17
**p.o.q**
61:9 66:3 71:4
**p.r.n**
39:4 61:12

──────── Q ────────
**qualifies**
79:2
**question**
12:5,7,11 13:2
15:4,8,9,11,13
20:4,5,12 21:9
22:6,12 35:22
39:12 40:22
41:3 43:11,22
48:18,22 49:6
51:22 52:13
55:12 73:7 77:3
77:15,16
**questionnaires**
56:1 58:14
**questions**
17:13 18:9 36:20
41:13,21 78:6,6
80:18
**quickly**
75:22
**quote**
73:20

──────── R ────────
**R**
3:1 4:1 6:1
**racing**
15:16

**raised**
15:7
**range**
67:12
**rarely**
74:6
**rash**
32:15 59:12,14,14
**rate**
32:7 71:1
**react**
32:2
**read**
30:4,21 33:3
36:15,19 38:10
57:5 59:5,12
61:4 64:11,21
67:5 68:18
70:12 82:3 83:3
**reading**
11:8 18:6
**ready**
29:19 37:1 56:14
56:21
**reality**
22:3
**really**
11:6 17:6 18:22
25:1 45:20,22
46:6 51:16 78:3
80:10
**rearranged**
26:17
**reason**
15:8 71:6 81:7,12
**reasonable**
51:18
**reasons**
16:5 63:14 81:11
**reassess**
61:12
**reassessment**
59:22
**recall**
46:8,10 74:10,12
74:18 76:6
**receive**

78:12
**receiving**
43:13 77:7
**recognize**
26:11
**recollection**
27:19 53:7
**recommend**
20:14 25:8,12,17
**recommendatio...**
25:20
**recommended**
25:15
**record**
6:8 26:3 29:9
33:22 58:7,9
65:14 66:13
82:11 84:6
**recorded**
16:1
**records**
5:13 9:10 58:13
**redid**
10:9
**reduced**
21:7 84:7
**reevaluate**
60:1
**reevaluating**
60:6
**refer**
24:16,21 44:15
74:4
**reference**
9:13
**referred**
24:8 44:12 74:7
**referring**
61:20 78:22
**refill**
13:12 61:8,9 66:2
68:13,19 69:5,5
69:12,13,14
**refilled**
65:15 67:18
**refilling**
68:4

**refills**
39:2 57:18 61:11
66:11 68:16
69:1
**reflexes**
32:17
**regarding**
47:14
**Registered**
84:2
**regular**
10:17 32:7 71:1
**regularly**
18:15
**related**
61:16 84:9
**relates**
37:9
**relief**
59:15 67:8
**relying**
73:6,20
**remember**
18:3 27:18,22
33:17 46:14
53:5,18 54:1,3,4
71:13,16,19
73:16 74:15
80:6,8,10
**remembering**
7:12
**Removal**
31:6
**rephrase**
16:5
**report**
68:9
**reported**
1:22 35:20 36:11
50:16 59:1 77:7
**Reporter**
2:15 12:6 30:21
82:4 84:1,3
**reporting**
49:8
**reports**
27:16 50:2

Case 1:14-cv-00929-ABJ Document 24-2 Filed 09/18/15 Page 97 of 101
DEPOSITION OF PAUL C. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

95

represent
73:13
request
69:13
required
40:15 72:14
requirements
40:6
resealed
62:6
residency
6:19 7:1,4 18:2
    19:10
resolve
50:4
resolved
77:9
respond
34:13 49:22
response
55:19,21 73:7
rest
30:18
results
33:15 62:14
retired
18:16
review
8:14,18 9:17 28:8
    31:22 33:11,19
    76:1
reviewed
67:14
rhythm
32:7 71:1
rich
10:19
right
6:13 10:1,2,3
    17:9 28:5 31:1
    35:20 41:4
    43:16 44:2
    50:12 54:19
    57:11,11,16
    60:18 64:9 67:6
    67:7,12,15 69:7
    76:11,16 81:16

risk
16:20 24:13,13
    31:10 75:12
Road
4:5
room
53:9,11 55:2,4
rotation
17:21 67:7
rotations
19:14
rough
13:1,5,6
round
32:2
routine
31:19 32:20 35:6
rubs
32:8 71:1
run
59:16

─────── S ───────

S
3:1 4:1 5:1,9 6:1
samples
55:6
SANDS
4:4
sat
72:2
satisfy
40:6
saw
58:20 70:9 73:17
saying
49:11
says
27:8 38:3,9 48:12
    58:3 59:16
    70:18
school
6:14,18 17:21
    19:5 30:13 31:9
    31:20 38:15
    39:3,10 41:16
    42:9,20 43:6,8
    44:5 45:4 46:1,5

46:19,22 47:1,5
47:7,11 48:16
69:16,21 70:16
70:18 71:17,18
71:21 76:5
77:10 78:2
79:20
schools
42:17
scrotum
57:14
seal
84:14
seat
52:16
second
22:19 54:22
    56:19 66:1 79:9
see
7:16 16:19 19:13
    20:15,17,18
    24:17 27:15
    28:4 31:22 39:3
    42:9 43:7,8 44:2
    44:4,18,20
    46:15 53:1 60:8
    60:8 62:5,9 64:2
    67:16 68:7 70:6
    72:7 76:1,5 77:1
    77:9 78:1
seeing
81:15
seen
52:18 53:5,22
    54:2 65:18
self
38:19
send
16:11 24:18 55:6
    56:6
separate
33:9 41:3,6
September
36:14 64:7 65:11
    68:21 84:17
set
84:13

setting
48:16
sheet
31:22 80:2,13
    83:6
short
63:21
SHORTHAND
84:1
shortness
65:4
shot
61:13
sick
65:1
side
15:18 31:2 50:8
    50:12 57:9 60:9
    68:6,8
sign
52:2 54:10,15
signal
69:14
signature
28:13 39:5 58:17
    72:10 83:11
signed
33:1 83:6
significance
34:1
significant
16:16
silently
36:19
similar
11:14
simple
44:14
simplified
17:10,12
Sina
1:4 26:12 27:20
    30:2 75:10
sit
53:6 74:10
sitting
52:19 67:7

situation
42:21 78:4
six
7:13 54:4 71:4
skills
20:1 47:14
Skin
32:15
skips
70:15
sleep
23:3,8 41:18
sleeping
36:9 37:17
sleeps
57:10 70:19
slowly
30:5,20
Smith
74:13
social
31:8 47:14
Soft
32:11
solely
24:3
somebody
16:15 42:17
    74:16
someone's
47:10 48:4 71:11
sore
64:18 65:1
sorry
9:5 15:5 23:22
    71:9
sort
13:22 14:7 17:5
    18:11 21:11
    34:4,9,15 36:10
    42:1 43:10
    45:14 54:6
    55:12 68:2 77:3
sounds
54:20
South
3:15 6:11 7:10

span
21:8 35:1 37:17
  38:4,7,21 39:7
  48:9,14 49:9,12
  49:14,21 50:3
  55:10,14 62:10
speaking
17:14
specialist
16:11 24:17
  44:20
specialists
23:17 24:2
specialize
76:10
specially
76:13
specialties
11:4
specialty
20:21
specific
17:19 37:5 78:13
spent
18:1
spoke
76:4
spoken
47:8 48:2
spouse
56:7
stamp
9:13 29:11
stand
53:1,3,8,11
standard
51:22
start
7:3 20:8 31:1
  62:16
started
7:9,19 41:14 57:7
  67:9
starting
19:10
state
6:7

states
1:1 10:4
Statistical
73:3
stenographically
84:7
Step
72:16,18
steroid
59:15
stimulant
14:11
stimulants
64:1
stomach
12:19 15:15
stop
60:14 71:22 72:2
stopped
8:9
Street
3:14 6:11
strength
32:17 67:13
stress
79:13
strike
43:11 45:8
student
45:22 46:5 60:19
students
42:19,20 76:10,14
study
38:16 47:11
  48:12 51:3 57:9
  59:9
studying
50:4
stuff
18:10 19:6
subject
79:3
subsequent
43:19,20
successful
45:22
sued

75:19
suffer
36:2
sufficient
50:5,7,9
suggest
43:2,12
suggested
42:8 44:4 81:7
suggestion
76:4
Suite
2:7 3:6,15 4:6
supervision
84:8
support
42:6
supposed
38:8
sure
6:19 9:15 11:17
  15:22 18:1
  21:10 22:10
  24:1 30:22 41:9
  41:12 53:20
  55:2 59:13 60:4
  75:14 79:10
Surgical
31:5
sworn
6:3
symptom
21:2 23:13 58:14
symptoms
21:7,13 23:12
  42:6 49:15 59:2
  63:3,6,7,8,17
  73:18 77:8 79:5
synopsis
9:19
systems
28:8 31:22 76:15

_____
T
_____

T
4:3 5:1,1,9
tablet
61:9 71:3

tablets
69:2
tact
32:3,18
tailored
56:2
take
6:14 13:6,17
  16:20 25:2
  26:10 27:2 28:2
  44:18 47:13
  57:10 62:18
  64:5 69:17,20
  69:21,21
taken
63:22 84:4,7
talk
18:13 19:2,13,14
  19:17,22 20:10
  20:13 43:12,17
  50:18 55:13
  60:7 74:19,22
  75:9 76:22 81:8
talked
8:12 11:5 45:19
  46:3,13,16,18
  46:21 47:1,4
  48:5,13 51:1
  54:3 73:11
  74:16 75:6,16
  76:19 79:21
talking
18:9 19:5 44:19
  53:17 72:19
  74:12
talks
17:6
tapping
52:16
TB
32:22
telephone
3:9
tell
15:10 17:18 22:9
  26:11 29:4
  33:19 34:22

42:12 44:9
  62:18 74:22
  75:8,19
telling
71:16,19 74:18
tells
21:3 36:2,5 60:12
Temperature
30:14
temporary
7:14
ten
10:10 13:8,9 61:8
  65:1
tend
13:12
tendency
53:16
tendon
32:17
term
63:21 80:6
terms
16:21 44:3 49:15
terrible
12:12
test
72:1
testicle
32:13
testified
6:3 79:4
testifying
75:3
testimony
46:8 52:3 76:6
  81:3,5 83:3,5
Testing
79:1
thank
69:7 77:22 81:20
thanks
6:6 38:14
therapist
20:20 39:3 42:9
  42:16 44:4 76:5
therapy

DEPOSITION OF PAUL C. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

97

19:2,15,17
20:10,13 43:10
43:12,17 57:19
**thing**
11:17 12:10 23:1
36:10 48:11
54:6 81:16
**things**
17:4 22:17 23:4
29:3 41:6 52:18
78:19,21 79:11
79:16
**think**
6:18 10:8,15,19
13:18 14:5,7,10
17:2,6 20:4
24:15,21 26:16
42:7 44:6,11
45:17 51:17,18
53:10 56:5 60:9
65:21 72:1,6
75:2,10,18,20
79:9
**thinking**
10:19 77:17
79:11
**thought**
45:5 55:20,22
75:12 80:8
**three**
6:20 7:13,15
19:11 32:16
33:5,8
**throat**
64:18 65:2
**Thursday**
1:14
**thyroid**
62:2,3,7,12,19,22
63:5,9,14,18,22
**time**
7:22 10:8 17:22
20:15,17 23:14
27:2 29:4 39:16
43:7 45:16,18
51:10,16 54:3
59:1 60:13

69:13 72:3
73:17 80:1
**times**
12:8 20:16 32:16
44:7 53:6 57:12
59:15 70:15
**today**
6:6 8:11 11:5,10
53:7 74:10
**told**
33:15 34:1 35:9
35:14 42:14
51:4,8 52:11
71:22 72:1
74:19 75:8,11
80:11
**top**
25:21 27:14 30:9
31:17 38:3
56:18 57:3 59:5
64:17 66:10
67:1
**trained**
76:13
**training**
17:19,19 18:4,7
18:10,17,18,19
18:20 19:4
**transcript**
5:10 8:19 9:4
16:1 26:6 82:1,5
82:7 84:5
**transcription**
83:5
**trauma**
67:9
**treat**
13:22 14:3 24:12
24:16 42:19
**treated**
41:21
**treating**
42:18 49:2 61:18
81:13
**treatment**
12:3 24:18 44:8
51:18

**trial**
75:3
**tried**
14:7 26:20
**tries**
31:20
**trouble**
35:17 36:9 37:17
41:14,15 42:1
45:4,5 50:3 51:4
51:8 54:13,17
**true**
83:4 84:5
**truly**
14:6
**try**
12:12 16:19 49:2
51:18
**trying**
27:7
**tube**
61:11
**turn**
29:8 56:11 64:3
68:15 72:5
**Turning**
59:4
**two**
32:17 39:4 41:6
59:15 66:10
72:7,11
**type**
16:2 21:13 24:22
27:16 48:18
80:12
**typewriting**
84:8
**typically**
55:13 77:4

_____

**U**

**unable**
38:16
**underneath**
31:6
**understand**
20:4 28:17 76:8
77:14

**understood**
44:21 81:2
**UNITED**
1:1
**universities**
76:9
**university**
1:8 78:12
**unusual**
70:4
**upset**
15:15
**usage**
11:19
**use**
11:17,20 19:22
31:10 60:22
61:11
**useful**
55:20,21
**uses**
70:15
**usually**
13:14 28:8 29:7

_____

**V**

**vacation**
69:21
**values**
62:12 63:18
**various**
64:6
**Vegas**
3:7
**Viagra**
39:3
**Vienna**
1:13 2:8 6:11
**Virginia**
1:13 2:8,16 4:7
6:11 7:9 84:18
84:22
**visit**
30:1 33:9,17,20
34:2,18,19,22
37:5,18 38:2
39:19 43:19
56:13 66:19

**Vitae**
5:12
**vs**
1:6

_____

**W**

**W**
3:5
**Wait**
72:18
**waiting**
54:13
**walk**
53:3,8,11 54:21
**walked**
33:14
**want**
10:19 13:21
15:22 16:20
20:16,17 24:12
24:16,17 70:20
81:22 82:7
**wanted**
10:15
**Wants**
31:19
**Washington**
1:7 3:16
**wasn't**
70:2
**way**
13:2 17:10 27:13
46:11 52:7
53:13 58:9
**ways**
17:9 48:8
**website**
9:7
**week**
19:11 70:15
**weekend**
70:16
**weekends**
57:10 69:22 70:3
**weeks**
7:13 74:13
**Weight**
30:13

DEPOSITION OF PAUL C. BURK, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

98

30:13
**went**
6:16,17,19 69:4
69:11
**West**
7:9
**whatsoever**
37:8
**WHEREOF**
84:13
**Whichever**
82:9
**white**
31:22
**Witness**
8:21 15:5,11
22:13 26:13,22
34:20 36:21
38:15 39:13
54:18 77:13,16
78:17 80:17
84:13
**women**
38:19
**words**
38:6
**work**
7:16 8:5 18:12
27:10 41:17
51:5 76:14
**worked**
7:6,8,9 18:3
**working**
7:3,22 41:16
45:18
**workout**
67:10
**work-up**
23:19 24:22 25:5
**worried**
16:17
**worry**
62:1
**worse**
67:6,8 79:17
**wouldn't**
16:10,13,14 18:14

20:21 46:22
52:7 54:4 71:22
**write**
12:22 38:8 45:12
58:6 71:7
**written**
35:4,13 64:8
**wrong**
22:10
**wrote**
31:6 35:2 42:14
73:13 76:20

_____ **X** _____
**x**
1:3,10 5:9
**XII**
32:18

_____ **Y** _____
**year**
12:22 13:3,9
57:12 61:14
63:5
**years**
6:16,20 7:15
10:10 19:11
53:6 59:15
**young**
43:4 50:9,11
**younger**
42:4

_____ **Z** _____
**Zealand**
7:11
**zero**
33:6 39:2 57:18
61:10
**Z-Pac**
65:9

_____ **0** _____
**0.1**
61:11

_____ **1** _____
**1**

1:21 5:12 9:2,6
9:17 28:2,7 31:1
66:3 72:16,16
72:18
**1st**
66:17
**1/21/13**
65:20 66:2
**1:30**
1:15
**10**
39:1 57:7,17 59:4
59:7 60:18 64:7
64:13 66:2,7
67:17 70:14
71:3
**10th**
64:11 73:9,12
**100**
39:4
**11**
61:11
**11th**
38:2 73:14
**11/13/2012**
64:13
**1120**
3:14
**12**
61:1
**13th**
65:11 66:15
68:21
**135**
6:11
**14**
56:18 64:3
**14-929**
1:6
**1497**
4:5
**15**
66:9
**159942**
84:18
**16**
68:15

**165**
3:6
**17**
70:8
**18**
62:16,21
**186-1/2**
30:14
**19**
62:21 63:1
**1999**
7:5 10:9

_____ **2** _____
**2**
5:13 26:1,3,4,9
28:2 56:12
**2nd**
56:19
**2/27/12**
61:9
**20**
58:20
**20th**
3:14 68:20
**2002**
7:5,19
**20036**
3:16
**2009**
10:9
**2010**
29:15 30:2 62:22
62:22
**2011**
38:2 56:18 73:14
**2012**
27:8,8 58:21 64:7
64:9,11,16
65:11,12 66:15
66:17 68:12
73:9,12
**2013**
27:9 68:20,20,21
68:21,22,22
69:12
**2014**
68:22 69:12

70:10
**2015**
1:14 84:15,17
**202**
3:17 4:6
**21st**
70:10
**22101-5728**
4:7
**22180**
6:12
**22182**
2:8
**23**
1:14
**23-year**
31:18
**24th**
36:14 68:20,21
**25th**
68:21,22 69:5,8
69:12
**25-year**
61:5
**26**
5:13 64:7
**26th**
65:11 68:22 69:5
69:12
**29th**
84:14

_____ **3** _____
**3**
65:21
**3rd**
29:15 30:2
**3.15**
63:1
**3/25/13**
66:7
**3:05**
82:11
**30**
39:2 57:18 64:8
66:3 67:17 69:2
69:3,3,3,3,3,3,3
71:4 84:17

DEPOSITION OF PAUL G. DURR, M.D.
CONDUCTED ON THURSDAY, APRIL 23, 2015

99

**300**
3:15
**39**
72:5,6

_____ 4 _____

**4**
29:8,9
**4th**
64:16
**40**
72:6
**457-1600**
3:17

_____ 5 _____

**5**
36:14
**5'9**
30:14
**500**
2:7
**522-1330**
2:9
**55**
31:11
**59**
31:12

_____ 6 _____

**6**
5:3
**6/22**
66:20

_____ 7 _____

**702**
3:8
**703**
2:9 4:8
**78**
5:4
**7881**
3:5
**79721**
1:20

_____ 8 _____

**8**
56:11
**8th**
64:9
**8/5/10**
33:3
**80**
5:5
**8300**
2:6
**84**
1:21
**89117**
3:7
**893-3600**
4:8

_____ 9 _____

**9**
5:12 58:11,18
**9th**
68:12
**90-day**
13:16 71:7
**91**
6:18
**925-8787**
3:8