Exhibit 3



Transcript of **RHONDA GOLDBERG**

**Date:** April 21, 2015

**Case:** CHENARI v. GEORGE WASHINGTON UNIVERSITY

Planet Depos
Phone: 888-433-3767
Fax: 888-503-3767
Email: transcripts@planetdepos.com
Internet: www.planetdepos.com

Worldwide Court Reporting | Interpretation | Trial Services

1

1                UNITED STATES DISTRICT COURT

2                FOR THE DISTRICT OF COLUMBIA

3    - - - - - - - - - - - - - -x

4    SINA CHENARI,                    :

5              Plaintiff,        :  Civil Action No.

6         vs.                    :  14-929 (ABJ)

7    GEORGE WASHINGTON            :  Judge Amy Berman

8    UNIVERSITY,                  :  Jackson

9              Defendant.        :

10   - - - - - - - - - - - - - -x

11

12            Deposition of RHONDA GOLDBERG

13                 Washington, D.C.

14              Tuesday, April 21, 2015

15                   10:05 a.m.

16

17

18

19

20   Job No.:  80452

21   Pages: 1 - 84

22   Reported by:  Stephanie M. Marks, RPR, CRR

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

2

1          Deposition of RHONDA GOLDBERG, held at the

2     location of:

3

4

5               JACKSON & CAMPBELL, P.C.

6               1120 20th Street, NW

7               Suite 300

8               Washington, D.C.  20036-3437

9               (202) 293-1600

10

11

12

13         Pursuant to agreement, before Stephanie M.

14    Marks, Registered Professional Reporter, Certified

15    Realtime Reporter and Notary Public in and for the

16    District of Columbia.

17

18

19

20

21

22

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

3

1               A P P E A R A N C E S

2        ON BEHALF OF PLAINTIFF:

3             JASON J. BACH, ESQUIRE

4             THE BACH LAW FIRM, LLC

5             7881 W. Charleston Boulevard

6             Suite 165

7             Las Vegas, Nevada  89117

8             (702) 925-8787

9

10       ON BEHALF OF DEFENDANT:

11            NICHOLAS S. McCONNELL, ESQUIRE

12            JACKSON & CAMPBELL, P.C.

13            1120 20th Street, NW

14            Suite 300

15            Washington, D.C.  20036-3437

16            (202) 293-1600

17

18

19

20

21

22

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

4

1          A P P E A R A N C E S   C O N T I N U E D

2     ON BEHALF OF THE GEORGE WASHINGTON UNIVERSITY:

3            MARY LYNN REED, ESQUIRE

4            THE GEORGE WASHINGTON UNIVERSITY

5            OFFICE OF THE SENIOR VICE PRESIDENT

6            AND GENERAL COUNSEL

7            2100 Pennsylvania Avenue, NW

8            Suite 250

9            Washington, D.C.  20052

10            (202) 994-4771

11

12

13

14

15

16

17

18

19

20

21

22

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

5

1                    C O N T E N T S

2    EXAMINATION OF RHONDA GOLDBERG                 PAGE

3         By Mr. Bach:                              6

4

5

6                    E X H I B I T S

7              (Exhibits attached.)

8    GOLDBERG DEPOSITION EXHIBITS                   PAGE

9    Exhibit 1   E-mail chain Bates stamped 596 - 606   26

10   Exhibit 2   E-mail chain Bates stamped 611 - 622   31

11   Exhibit 3   E-mail chain Bates stamped 199 - 217   37

12   Exhibit 4   E-mail chain Bates stamped 624 - 625   55

13   Exhibit 5   Document Bates stamped 001             58

14   Exhibit 6   E-mail chain Bates stamped 221 - 233   65

15   Exhibit 7   Document Bates stamped 266             79

16   Exhibit 8   Document Bates stamped 265             80

17   Exhibit 9   E-mail chain Bates stamped 258 - 263   81

18

19

20

21

22

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

6

1                  P R O C E E D I N G S

2                  RHONDA GOLDBERG,

3     being first duly sworn to testify to the truth, the

4     whole truth, and nothing but the truth, was examined

5     and testified as follows:

6          EXAMINATION BY COUNSEL FOR THE PLAINTIFF

7                  BY MR. BACH:

8          Q     Can you state your name for the record,

9     please.

10         A     Rhonda Goldberg.

11         Q     Dean Goldberg, my name is Jason Bach.

12    I represent Sina Chenari in the lawsuit that he's

13    brought against George Washington University.

14               Have you ever had your deposition taken

15    before?

16         A     Yes.

17         Q     Approximately how many times?

18         A     Twice, maybe three.

19         Q     Do you recall what type of matters

20    those were?

21         A     They were student issues.

22         Q     Okay.  How long has it been since your

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

7

1    last deposition?

2              A    Eight or ten years, maybe.

3              Q    Okay.  I'm just going to go through --

4    I mean, you're probably already familiar with this,

5    but I'm just going to go through some of the basic

6    ground rules for a deposition.

7                   You understand that the oath that you

8    took here today is the same oath that you would take

9    in court; is that correct?

10             A    Correct.

11             Q    You understand there's a court reporter

12   here today that's taking down everything that is said?

13             A    Correct.

14             Q    Because there is a court reporter

15   that's taking down everything that's said, it's

16   important that we give audible answers, such as a yes

17   or a no, as opposed to an uh-huh or uh-uh or shaking

18   your head.

19             A    Or shaking my head, okay.

20             Q    Yes.

21                  The other thing is, because we want to

22   make this as easy as possible for her to take down

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

8

1    everything that's said, even if you're anticipating

2    what I'm going to ask you, please wait for me to

3    finish the question before you answer the question,

4    and I'll try to do the same with you before I ask the

5    next question, okay?

6                A    Okay.

7                     (Outside interruption.)

8           (A discussion was held off the record.)

9                     BY MR. BACH:

10               Q    It's very likely that through the

11   course of me asking you questions here today that I

12   will ask you something that you don't understand or

13   makes no sense.  Feel free to ask me to rephrase it or

14   repeat it, whatever I need to do to help you

15   understand it, okay?

16               A    Okay.

17               Q    If I ask you a question and you answer

18   the question, I'm going to assume that you understood

19   the question; is that fair?

20               A    That's fair.

21               Q    Okay.  If you need to take a break at

22   any point, that's perfectly fine.  I would just ask

9

1    that if there's a question that is pending, that you

2    answer the question before we take the break.

3            A    Okay.

4            Q    Is there any reason why we can't move

5    forward with your deposition here today, such as

6    you're taking a medication that impacts your ability

7    to recall events?

8            A    No.

9            Q    Dean Goldberg, I think I know how

10   you're currently employed, but just for the record,

11   can you tell us what your current employment is.

12           A    Associate dean for students at George

13   Washington University School of Medicine and Health

14   Sciences.

15           Q    And how long have you been in that

16   role?

17           A    I'm guessing -- so I was assistant dean

18   and then associate dean, and I'm guessing 20 -- I

19   don't know where it transitioned, but 25-ish years.

20           Q    So essentially the same role at George

21   Washington, just it changed from assistant to

22   associate dean at some point?

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

10

1            A     Correct.

2            Q     Okay.  Before you were the assistant

3     dean, how were you employed?

4            A     I was employed there.

5            Q     At George Washington?

6            A     Yes.

7            Q     In what capacity?

8            A     I was the director of the office of

9     education.

10            Q     And how long were you in that role?

11            A     So all together I've been at GW for 40

12     years.

13            Q     Wow.  Okay.

14                  Was -- when you were the director of

15     education, was that the first role that you had at GW?

16                       MR. McCONNELL:  We're doing the

17     math.

18                       THE WITNESS:  I started when I was

19     6.

20                       MR. McCONNELL:  You're a

21     good-looking 50.  Sorry.  Go ahead.

22                       THE WITNESS:  Can you repeat the

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

11

1     question.

2                 BY MR. BACH:

3          Q    Sure.  Absolutely.

4                 When you were hired -- when you took

5     the role as director of the office of education, was

6     that the first position that you held at GW?

7          A    I think so.

8          Q    Prior to working at George Washington,

9     where did you work?

10         A    When I was 14?

11         Q    Yes.

12         A    You want me to tell you where I worked

13    when I was 14.

14         Q    Are you serious?

15         A    Well, I worked -- in college I worked

16    at a summer camp.

17         Q    Okay.  So was your job at George

18    Washington the first job you had outside of college?

19         A    Correct.

20         Q    Okay.  In your role as a -- as

21    associate dean here currently, what are your job

22    duties?

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

12

1          A    I do academic counseling.  I meet with

2     students who have any kind of issues that they want to

3     talk about.  I do lots of events, and I facilitate

4     some committees, help facilitate policies, follow

5     through on policies.

6          Q    Is one of the policies that you help

7     facilitate the honor code?

8          A    Correct.

9          Q    Is that all of your job duties?

10          A    Mostly.

11          Q    Are there any other ones that you can

12     recall at this time?

13          A    Probably everything falls in there

14     somewhere, but ...

15          Q    Okay.  What's the highest form of

16     education that you have?

17          A    Master's.

18          Q    Master's in what?

19          A    I have two.  One in higher education

20     administration, and one in counseling.

21          Q    The master's degree in higher

22     education, where did you obtain that?

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

13

1       A    They're both from here.

2       Q    They're both from George Washington?

3       A    Uh-huh.

4       Q    And when did you obtain the master's in

5   higher education?

6       A    Honestly, I don't ...

7       Q    Do you know approximately when it was?

8       A    Maybe '80s.  Late '80s, mid '80s.

9       Q    Okay.

10      A    Somewhere in there.

11      Q    Okay.

12      A    Early '80s.  Honestly, I don't

13  remember.

14      Q    Sometime in the '80s?

15      A    Yeah.  Sometime in the '80s.

16      Q    And when did you obtain --

17      A    Same.  They were -- they were pretty

18  much the same.  I did them combined.

19      Q    Okay.  Just remind you, that's kind of

20  one of those examples where you knew what I was going

21  to ask you.

22      A    Sorry.  All right.  You go.

14

1    Q    When did you obtain your degree in

2    counseling?

3    A    Is that what you asked me -- you asked

4    me education the first time?

5    Q    Right.

6    A    So they were both about the same time.

7    Q    Okay.  And I'm assuming that you have a

8    bachelor's degree?

9    A    Correct.

10   Q    And where did you obtain your

11   bachelor's?

12   A    American University.

13   Q    And when did you obtain that degree?

14   A    '72.

15   Q    And what was your major?

16   A    Education.

17   Q    Do you only have one bachelor's degree?

18   A    Correct.

19   Q    Since you graduated with your master's

20   degrees, have you obtained any type of certifications

21   or licenses?

22   A    No.

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

15

1          Q     In your position at GW, do you

2     routinely attend any type of training seminars?

3          A     No.

4          Q     Do you participate in any ongoing or

5     continuing education of any kind?

6          A     No.

7          Q     In preparation for your deposition here

8     today, did you review any documents?

9          A     Yes.

10          Q     What documents did you review?

11          A     The documents from the subcommittee

12     hearing for Mr. Chenari.

13          Q     Anything else?

14          A     A couple e-mails between he and myself.

15          Q     Do you remember the time frame of those

16     e-mails?

17          A     Around the hearing.

18          Q     Okay.  Do you recall the first time you

19     ever heard of Mr. Chenari?

20          A     Heard of him?

21          Q     Yes.  Heard his name.

22          A     Probably when it was announced at the

16

1    white coat ceremony in the first week of school.

2            Q    Okay.  Do you recall the first time

3    that you met him?

4            A    The first time I met him I believe

5    was -- I think the first time I met him was after his

6    preceptors had some concerns about him, and then I

7    talked to him, but I honestly can't remember if that

8    was when -- when that was.

9            Q    You don't recall when that was?

10           A    I don't know the date.

11           Q    Okay.  Do you know what year that would

12   have been?

13           A    Can I look?

14           Q    I'm sorry?

15           A    Can I look?

16           Q    Sure.

17           A    I think I have an e-mail that says when

18   we were meeting, if you need the date.

19           Q    And by the way, we'll be going through

20   e-mails here in a bit.  I just want to talk to you

21   about what you recall here first.

22           A    Okay.  So 2012.  March 20th, it looks

17

1    like, 2012.

2              Q    Okay.  And just for the record, what

3    documents did you bring with you today?

4              A    Do you want to see them?

5              Q    Sure.

6              A    Or I can tell you.

7                   This one is for my deposition.  This is

8    from the hearing.  This is his personal statement.

9    And then all of those were provided.  This is from the

10   subcommittee, these are --

11                  MR. McCONNELL:  This is a letter

12   from us.

13                  MR. BACH:  Yeah.  You want to hide

14   that one.

15                  THE WITNESS:  Oh, sorry.  Okay.

16   Sorry.

17                  MR. McCONNELL:  That's okay.

18             BY MR. BACH:

19             Q    And then what are those documents there

20   that are tabbed?

21                  MR. BACH:  Are those privileged

22   or ...

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

18

1           MR. McCONNELL:  No.  They're all

2     part of the record.

3           MR. BACH:  Okay.

4           BY MR. BACH:

5           Q     So we have a copy of the honor code --

6     the academic dishonesty and honor code, the violation

7     procedures, the academic dishonesty and honor code

8     violation procedures.  So just all parts of the honor

9     code, essentially.

10          A     Right.  Thanks.

11          Q     Thank you.

12                So when you met with Mr. Chenari back

13    in -- I'm sorry.  You said February of 2012?

14          A     I think I said March.

15          Q     March of 2012.

16                What was the reason that you met with

17    him?

18          A     So there was some concern from his

19    preceptors in his POM course.

20          Q     Okay.  What were the concerns that he

21    had?

22          A     That he was anxious, and maybe

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

19

1     uncomfortable would be the right word.

2            Q     And was this in the course where he was

3     interviewing mock patients?

4            A     That was part of it.

5            Q     Were there concerns that they had

6     outside of this about -- outside of him interviewing

7     mock patients?

8            A     I don't know if it was solely that.  I

9     think it was just within the course.

10           Q     Okay.  So there came a point in time

11    where you actually did meet with --

12           A     Uh-huh.

13           Q     -- with Mr. Chenari?

14                 What did you talk about at that

15    meeting?

16           A     If he was feeling uncomfortable, what

17    might be going on.  I suggested that he go talk to a

18    counselor.

19           Q     Okay.  And what did he say?

20           A     He said that it was an idea.

21           Q     Okay.  Did you discuss any type of

22    medical issues with Mr. Chenari at that time?

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

20

1          A     No.

2          Q     So after that meeting in March of 2012,

3     was it your understanding that the situation with --

4     the concerns that the preceptors had been dealt with?

5          A     I didn't know if they felt like -- is

6     that what you're asking me?

7          Q     Yeah.  Did you -- I know you don't know

8     if they felt that way.

9          A     Right.  I don't know how they felt.

10         Q     Did you feel like the issues --

11         A     I thought he would go -- I thought that

12    he would go talk to a counselor.

13         Q     And why was it that you suggested that

14    he go see a counselor?

15         A     Because he said he was anxious.

16         Q     Did you suggest that he see a doctor in

17    addition to a counselor?

18         A     No.

19         Q     Okay.  So after that meeting in March

20    of 2012, when's the next time his name was brought to

21    your attention in any way?

22         A     From Jessica Ruiz --

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

21

1          Q     In December --

2          A     -- from this incident.

3          Q     In December of 2012?

4                Was there any time in between March of

5     2012 and December of 2012 that you dealt with

6     Mr. Chenari?

7          A     I don't believe so.

8          Q     So when you received the e-mail from

9     Ms. Ruiz in December of 2012, did you respond to that

10    e-mail?

11         A     Yes.

12         Q     And how did you respond?

13         A     I thanked her for letting me know, and

14    then I began the process.

15         Q     The process of what?

16         A     I needed to let him know that I

17    received the letter of concern and followed the honor

18    code proceedings.

19         Q     Did you let him know that she felt that

20    there was a violation of the honor code?

21         A     I did.

22         Q     Did you meet with Ms. Ruiz in person?

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

22

1          A    I don't think so.

2          Q    Okay.  Did you speak to her on the

3    phone?  And when I say "speak to her on the phone," I

4    mean concerning this.

5          A    Concerning the issue?

6          Q    Yeah.

7          A    I don't recall.

8          Q    Okay.  Did you ask for Mr. Chenari to

9    come and meet with you?

10         A    Yes.

11         Q    And did he?

12         A    Yes.

13         Q    What was discussed at that meeting?

14         A    I gave him -- I had received that --

15    Jessica's letter.  I also received another one, an

16    e-mail from other student -- from a student.  I gave

17    him the information and told him that I was going to

18    proceed with the honor code proceedings.

19         Q    Did you ask him for his version of

20    events?

21         A    Yes.

22         Q    And what did he tell you?

23

1          A     He told me that he hadn't finished

2   bubbling in his answers and he needed to do that and

3   he probably made a mistake, but he needed to do that.

4          Q     Did he tell you that he panicked?

5          A     I don't know if he used that word.

6          Q     So after that meeting with Mr. Chenari,

7   what was the next step that you did resulting in the

8   honor code violation?

9          A     I spoke with the chairman to put

10  together a subcommittee.  I put together a

11  subcommittee.  I -- we found a date, I got the -- I

12  got Jessica Ruiz to make sure she could attend.  I got

13  the student, Stacy Sanders, to attend, let him know

14  the date and set up the meeting.

15         Q     How did you go about choosing who was

16  on the committee?

17         A     So the rules are it's two students from

18  the honor code and two from the -- two faculty from

19  the honor code.  So I just asked who was available on

20  certain dates and checked with the chair to make sure

21  that's okay.

22         Q     Is there a standing panel of students

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

24

1     and faculty that you have?

2              A     Yeah.   There's 12 students and 6

3     faculty.

4              Q     Okay.   So is it picked at random, or is

5     it simply whoever you hear back from first you choose

6     to put on the panel?

7              A     Correct.

8              Q     It's who you hear back from first?

9              A     Correct.   But also I try to not have

10    them from the same class and things like that.

11             Q     All right.   So after setting up the

12    subcommittee, what involvement did you have at that --

13    after that point?

14             A     So it was -- they made a decision, they

15    wrote the report.   It was a recommendation to Dean

16    Akman.   I forwarded it to him, set up a meting for him

17    to meet with Mr. Chenari.   He wrote a report, made

18    sure that Mr. Chenari got it.

19             Q     Did he write the report; do you know?

20             A     Which report?

21             Q     The report that you just referred to,

22    the --

25

1          A    Did who write the report?

2          Q    Dr. Akman.  Or did you -- did you write

3     his report?

4          A    Whose report?

5          Q    Dr. Akman's report.

6          A    His decision?

7          Q    Yes.

8          A    Did I write it?

9          Q    Yes.

10         A    No.

11         Q    Okay.  Did you assist at all in the

12    writing of the recommendation of the panel of the

13    committee?

14         A    In the recommendation of the

15    subcommittee?

16         Q    Yes.

17         A    So I -- it was drafted, and then it was

18    sent to me, and I sent it to all the members, made

19    sure they signed it, my secretary had to get their

20    signatures, and then I forwarded it on.

21         Q    Okay.  But you didn't actually

22    participate in the writing or editing of that?

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

26

1          A     No.

2                    MR. BACH:   Okay.   Mark this as

3     Exhibit Number 1, please.

4                    (Goldberg Deposition Exhibit Number 1

5     was marked for identification and attached to the

6     transcript.)

7                    BY MR. BACH:

8          Q     Actually, I shortchanged you there.

9     There's some more pages here.   I apologize.   This goes

10    underneath that there.

11                   Dean Goldberg, can I ask you to take a

12    look at what's been marked as Exhibit Number 1.   And I

13    understand there's a lot of pages there, so take your

14    time to review it.

15                   MR. McCONNELL:   Off the record.

16                   (A discussion was held off the record.)

17                   BY MR. BACH:

18         Q     Dean Goldberg, have you had the

19    opportunity to review what's marked as Exhibit

20    Number 1?

21         A     Yes.

22         Q     Do you recognize --

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

27

1                    MR. BACH:  I'll represent for the

2     record Exhibit 1 is Bates stamped GW Chenari 000596

3     through 000606.

4                    BY MR. BACH:

5          Q     Do you recognize these e-mails?

6          A     Yes.

7          Q     Does this refresh your recollection as

8     to when you may have first been in contact with

9     Mr. Chenari?

10         A     I am not sure I met with him around

11    this.

12         Q     Do you recall receiving these e-mails?

13         A     Yes, I think so.

14         Q     Do you recall what your -- and just for

15    the record, there are some concerns that were being

16    shared with you concerning Mr. Chenari's behavior and

17    attitude, I believe are the words that are used in the

18    e-mail from Dr. Kakar.

19         A     Uh-huh.

20         Q     Is that a yes?

21         A     I don't see those words, but okay.

22         Q     Well, I can direct you.  It's on the

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

28

1    first page.  He mentioned some concern regarding his

2    behavior and attitude.

3              A    Okay.

4              Q    Were you involved in addressing these

5    concerns at all?

6              A    All I remember about this right here is

7    that -- so Dr. Stagnaro-Green was in my office suite,

8    and we had a couple of conversations about it, and he

9    said that he was talking to him, and then Dr. Mintz

10   told me that he was going to talk to him and that he

11   seemed to be back on par.

12             Q    Okay.

13             A    I don't remember talking with

14   Mr. Chenari around this.

15             Q    Okay.  Do you recall in those

16   conversations that you had with Dr. Stagnaro-Green

17   what the concerns were that he relayed to you?

18             A    I think it was mainly about his

19   absences.

20             Q    Was there a discussion as to why he was

21   absent?

22             A    I think he didn't know, and that's what

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

29

1      he was trying to find out, but he was going to talk to

2      him about it more, and then I didn't hear back.

3                Q     Okay.

4                A     I don't remember more than that.

5                Q     Do you recall if anyone asked you to

6      speak to Mr. Chenari during this time frame?

7                A     I see that it says that, but I don't

8      believe I did.  I think I spoke with them and they

9      were going to talk with him.

10               Q     Okay.

11               A     Or felt like it was getting better, is

12     what I sort of remember.

13               Q     If you could turn to page 599, please.

14               A     Okay.

15               Q     There's an e-mail from Tuesday,

16     February 22nd, 2011, from Dr. Stagnaro-Green that

17     you're copied on.

18               A     Uh-huh.

19               Q     And it says in that e-mail that

20     Mr. Chenari has not contacted you.

21               A     Uh-huh.

22               Q     To your understanding, was Mr. Chenari

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

30

1    supposed to contact you during this time frame for a

2    meeting or for any other reason?

3            A    If they asked him to, I would assume

4    that's what they meant.

5            Q    Were you aware of them asking him to

6    contact you?

7            A    I don't recall.

8            Q    All right.  If you could turn to the

9    next page, which is page 600.  There's an e-mail from

10   February 24th from Dr. Stagnaro-Green going into

11   detail about some issues that, you know, some

12   issues -- some ongoing issues that he's having with

13   Mr. Chenari.  The final sentence of the e-mail says,

14   "Rhonda, it would be helpful if you would meet with

15   him as well."

16           A    Uh-huh.

17           Q    Do you recall how you responded to this

18   e-mail or what did you -- strike that.

19                Can you tell me what you did as a

20   result of this e-mail.

21           A    So it looks like Dr. Mintz says he

22   would meet with him.  My best recollection is that

31

1    Dr. Mintz did, and they had worked it out and figured

2    it out.  I remember us talking in the hallway about

3    it, but I don't think it was a major thing.

4                    MR. BACH:  Okay.  Make this

5    Number 2, please.

6                    (Goldberg Deposition Exhibit Number 2

7    was marked for identification and attached to the

8    transcript.)

9                    BY MR. BACH:

10        Q    What you have has been marked as

11   Exhibit Number 2.

12                   Could I ask you to please take a look

13   at those e-mails.

14                   MR. BACH:  And for the record,

15   they're Bates stamped GW Chenari 000611 through

16   0006623.

17                   MR. McCONNELL:  Okay.

18                   BY MR. BACH:

19        Q    All right.  Have you had an opportunity

20   to review Exhibit Number 2?

21        A    I did.

22        Q    And do you recognize these documents?

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

32

1          A     Uh-huh.

2          Q     Is that a yes?

3          A     Huh?

4          Q     Is that a yes?

5          A     Yeah.  Some of them.  Some of them were

6    not to me so I didn't see them.

7          Q     Okay.  On the first page of Exhibit

8    Number 2, which is 611, is an e-mail to you from

9    Dr. Mintz; is that correct?

10         A     Correct.

11         Q     And it starts off by saying,

12   "Sina Chenari CN POM because of poor performance."

13              Do you understand what that sentence

14   means?

15         A     So conditional grade is not a passing

16   performance, it's between -- do you want to know what

17   that means?

18         Q     Yes.

19         A     Do you want to know what it means?  Is

20   that what you're asking me?

21         Q     Yes.  Yes.

22         A     So the grading system is honors, pass,

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

33

1    conditional, fail.  And conditional means you need to

2    do something else in order to pass.

3            Q    So is the CN, is that --

4            A    That means conditional.

5            Q    That stands for conditional.

6                 What does the POM --

7            A    Practice of medicine.  It's a course.

8            Q    Okay.  Gotcha.

9                 So when you received this e-mail on

10   June 13th of 2012, what did you do?

11           A    I don't remember.

12           Q    Well, I see on the next page there's an

13   e-mail from you on page 612 to Sina Chenari on June

14   22nd when you state, "Please call me ASAP."

15                Do you know if you had contact with

16   Mr. Chenari between June 13th and June 22nd?

17           A    I don't remember.

18           Q    Do you recall if Mr. Chenari called you

19   after you sent this e-mail on June 22nd?

20           A    He must have because on here it says,

21   "I just spoke to him and he's going to start

22   Rotation 2."

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

34

1          Q    Did you have any conversations with

2     Dr. Mintz about this issue outside of this e-mail

3     chain?

4          A    I don't remember.

5          Q    If you look at page 613, towards the

6     bottom there's an e-mail from Dr. Mintz on June 11th,

7     and then above that is an e-mail from you from

8     June 23rd of 2012.  And you state in the e-mail,

9     "Sorry I missed this e-mail."

10              I'm guessing you're referring to the

11    June 11th e-mail; is that correct?

12         A    Correct.

13         Q    Would it be -- strike that.

14              So in the e-mail from you on page 615

15    on July 6th of 2012 you state that, "I just talked to

16    him.  He will start Rotation 2."

17              I'm assuming you're referring to

18    Mr. Chenari?

19         A    I assume.

20         Q    And do you recall what you talked

21    about?  Well, was that a phone conversation?

22         A    I'm assuming.

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

35

1          Q    Do you recall what you talked about in

2    that phone conversation?

3          A    I don't, but I can guess.

4          Q    And what would your guess be?

5          A    My guess would be that he had to make

6    up POM.  He had to do this extra work for POM, and he

7    had to take the boards before he starts his third

8    year.  So he had to miss his first rotation in order

9    to do that, so he would start Rotation 2.

10         Q    Okay.  What impact would that have if

11   he missed the rotation?

12         A    Not much.  He makes it up.

13         Q    Did Mr. Chenari talk to you at that

14   time about any other problems that he was having with

15   his academics?

16         A    Not that I recall.

17         Q    Okay.  Did he discuss any type of

18   personal problems that he was having at that time?

19         A    Not that I recall.

20         Q    Do you recall if he discussed any

21   medical or psychological issues with you at that time?

22         A    Not that I recall.

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

36

1          Q     Do you know if Mr. Chenari did the

2     additional work that he was supposed to in order to

3     meet these obligations that you were discussing with

4     him in July of 2012?

5          A     I'm sure he did.

6          Q     Why are you sure he did?

7          A     Because he proceeded.

8          Q     Okay.  If you turn to page 619, please.

9     This appears to be a continuation of some e-mails that

10    we've already seen where on Friday, July 6th, you

11    state, "I just talked to him.  He will start

12    Rotation 2."  Then it looks like an e-mail was sent

13    from William Schroth -- is that how you pronounce it?

14         A     Schroth.

15         Q     Schroth.

16               -- asking what's the deal, and there

17    appears to be a response from you above that saying,

18    "You [sic] and I need to talk about him."

19               Did you have a conversation with

20    Dr. Schroth about Mr. Chenari?

21         A     No.  It says Yo.  Yolanda is someone

22    else.  Not "you."

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

37

1          Q    Oh, okay.

2               So did --

3          A    Yolanda is Dean Haywood.

4          Q    So did the three of you then have a

5     conversation?

6          A    I don't know.  We talk about students

7     all the time.  I don't remember specifically.

8          Q    Okay.  When you meet with other deans

9     and discuss students, do you keep notes of those

10    meetings?

11         A    No.

12         Q    I'm going to backtrack a little bit

13    here and talk about the meetings that you referred to

14    earlier when you met with Mr. Chenari back in February

15    of 2012.

16                   MR. BACH:  If we could mark this

17    as Exhibit 3.

18                   (Goldberg Deposition Exhibit Number 3

19    was marked for identification and attached to the

20    transcript.)

21                   (A discussion was held off the record.)

22                   BY MR. BACH:

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

38

1          Q    So I've handed you what's been marked

2     as Exhibit Number 3.

3               If you could review these documents

4     and --

5          A    Okay.

6          Q    Do you recognize the e-mails that are

7     contained within Exhibit Number 3?

8          A    Yes.

9          Q    The first e-mail appears to be on

10    Wednesday, January 18th, 2012, from Andrea -- or

11    Andrea Flory.

12               Who is that?

13         A    She ran the section of the POM course.

14    There's three sections.  She ran one of them.

15         Q    Is she a professor?

16         A    Yes.

17         Q    Okay.  In that e-mail she says, "Is

18    there a time this afternoon that I can call you and

19    talk to you about Sina (Charley) Chenari?"  And the

20    next e-mail is you responding, asking her to call on

21    your cell phone.

22               Do you know if she did call you on that

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

39

1    day?

2            A    I don't remember.

3            Q    Do you remember discussing with her any

4    concerns that she had involving Mr. Chenari on that --

5    during that time frame?

6            A    I don't, but I don't know that she knew

7    him.  I mean, she runs the course, but she was

8    probably referring to the -- these people -- so she

9    has small groups, and the faculty run the small

10   groups, and she heads it.

11           Q    I see.

12                And so further down we see that there

13   is a document called Charley 1, essentially.

14           A    Uh-huh.

15           Q    And on page 200, do you recognize --

16           A    Yes.

17           Q    -- this document that is on page 200

18   and 201?

19           A    Yes.

20           Q    What is that?

21           A    That is a document that was written by

22   the small group leaders.

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

40

1          Q     And those leaders were Dr. Cytowic and

2     Dr. Kakar; is that correct?

3          A     Cytowic and Kakar.

4          Q     Cytowic, okay.

5          A     It's okay.

6          Q     And in that document, was this

7     addressed to you?  This -- what's been -- what's on

8     page 200 and 201?  Or I should say, do you know if

9     this document was intended for your benefit?

10                    MR. McCONNELL:  Objection to the

11     form.

12                    MR. BACH:  Yeah.  That was a

13     really bad question.

14                    MR. McCONNELL:  Calls for

15     speculation, what was the intention of the writer if

16     she didn't write it.  But subject to that she may --

17     the witness may answer.

18                    BY MR. BACH:

19          Q     I'll rephrase that.

20                    Did you have an understanding that this

21     document that was attached to the e-mail on Monday,

22     January 23rd at 4:15 was intended for you?

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

41

1          A    I don't know.

2          Q    Okay.  But there came a point in time

3    when you understood that there was a concern involving

4    Mr. Chenari and his small groups, as you put it; is

5    that correct?

6          A    Correct.

7          Q    And what was your understanding of

8    those concerns that they had?

9          A    This was it.

10         Q    Okay.  Did you have any other

11   conversations with the small group leaders?  Are they

12   professors or are they --

13         A    They're professors.  They're doctors.

14         Q    Okay.

15         A    They run the group.

16         Q    Did you have any conversations with

17   those professors about Mr. Chenari after you received

18   this statement?

19         A    I did.  I met with them -- I don't know

20   when --

21         Q    Okay.

22         A    -- along with Dean Haywood --

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

42

1          Q     Okay.

2          A     -- to talk about what the issues -- you

3     know, what was going on and how we could help, what

4     was ...

5          Q     And what did they tell you were his

6     issues?

7          A     Basically it was this.

8          Q     There was nothing else that was

9     revealed during that meeting?

10          A     Nothing more than was in here, I don't

11     think.

12          Q     Was it discussed -- did you have any

13     discussions with these other doctors about any

14     concerns of mental health issues involving

15     Mr. Chenari?

16          A     I mean, we talked about -- his behavior

17     was -- was of concern to them, like they expressed in

18     their letter.

19          Q     Was there any discussion with you and

20     these doctors concerning whether or not Mr. Chenari

21     should seek medical help?

22          A     Medical help?

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

43

1        Q    Yes.

2        A    I'm not sure what you mean by that.

3        Q    That he should go see a doctor.

4        A    No.  We did talk about counseling, and

5    I said that I would talk to him about that, but ...

6        Q    What was the hope -- or what was the

7    reason it was decided to recommend counseling for

8    Mr. Chenari?

9        A    To help him.  So my recollection is

10   that I met with them and then met with him, and he

11   seemed anxious.  He told me he was embarrassed

12   sometimes when he was interviewing patients or talking

13   in groups, and I thought a therapist might help him

14   get through that.

15       Q    Did he tell you that he was depressed?

16       A    No.

17       Q    Did he tell you at this time that he

18   had any anxiety?

19       A    I don't know if he said anxiety, but he

20   said sometimes he gets nervous.

21       Q    Okay.

22       A    I don't remember.

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

44

1          Q     Okay.  There was some time -- at least

2     in looking at these e-mails, it appears to me that

3     these concerns came up mid to late January, but a

4     meeting didn't take place with Mr. Chenari until

5     March; is that correct?

6          A     It looks like that.

7          Q     Do you know why there was --

8          A     Well, there is an e-mail.  March 20th

9     says he canceled two meetings.

10          Q     Do you recall when those previous

11     meetings had been scheduled for?

12          A     I don't.

13          Q     You don't?

14          A     I don't remember.

15          Q     If you look at page 213, there's an

16     e-mail from Andrea Flory on February 8th, 2012.  It

17     says -- it's asking you if there's any follow-up on

18     Mr. Chenari.

19          A     Uh-huh.

20          Q     And then after that I don't see any

21     e-mails until March 19th.

22                Do we know how you responded to this

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

45

1    e-mail on February 8th?

2              A    I assume I kept trying to set up an

3    appointment with him, but I don't remember the dates

4    of the appointments.

5              Q    Okay.  I mean, as a dean, do you have

6    the ability to tell -- you know, to demand that a

7    student come and meet with you, essentially?

8              A    Yeah.  Or I don't know what "demand"

9    means.

10             Q    Well, I mean, you're obviously a person

11   of authority within the medical school, and I would --

12   I'm basically asking, if you really wanted to meet

13   with a student, do you think that you would be able

14   to, you know, insist that a student come and meet with

15   you within a certain amount of time, otherwise face

16   some sort of repercussions if they don't come and meet

17   with you?

18                  MR. McCONNELL:  Objection as to

19   the form, but you may answer.

20                  BY MR. BACH:

21             Q    He doesn't like my question, but he

22   says you can still answer.

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

46

1              MR. McCONNELL:  You're free to

2    answer the question if you understand it, sure.

3              THE WITNESS:  So I can't remember

4    what happened here, but I'm assuming there was an

5    appointment on the calendar, and so I assumed he was

6    going to come, which I assume when students have

7    appointments, they would come.  And then I don't

8    remember if he canceled before or he just didn't show

9    up.  I don't recall.  And then I would have to make

10   another one, but I was sure to make another one.

11             BY MR. BACH:

12        Q    Have you ever -- you know, in your 25

13   years in essentially this role, have you ever asked

14   for a student to come and meet with you who just

15   simply refused to come and meet with you?

16        A    Who simply refused?

17        Q    Yes.

18        A    Not that I recall.

19        Q    Okay.  Have you ever had to reach out

20   to a third party to assist you in getting the student

21   into your office who you had been asking to meet with?

22        A    So it would depend on what was going

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

47

1    on.

2              Q    Okay.  But have you ever had to do that

3    before?

4                        MR. McCONNELL:  Ever had to do

5    what?

6                   BY MR. BACH:

7              Q    Use the assistance of a third party to

8    get a student into your office who otherwise was

9    reluctant to come and see you.  For example, ask for a

10   faculty member to send a student to your office.

11             A    Oh, a faculty member?

12             Q    Or security.

13             A    Not really, no.

14             Q    No.

15                  So do you know if you responded to

16   Andrea Flory on February 8th?

17             A    I don't know.

18             Q    Do you know if there was any -- any

19   communication between you, and Andrea Flory,

20   Dr. Cytowic --

21             A    Cytowic.

22             Q    Cytowic.  I'm not going to get that one

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

48

1    right.

2              -- concerning Mr. Chenari between

3    February 8th of 2012 and March 19th of 2012?

4         A    I don't know the date that I met with

5    Dr. Cytowic, Dr. Haywood and Dr. Kakar.  Dr. Flory was

6    not there.

7         Q    Okay.

8         A    And I don't know what date that was.

9         Q    Do you know if it was before or after

10   February 8th?

11        A    I don't know.

12        Q    Okay.  Did it raise any concerns to you

13   that the subject line on the e-mail thread is now

14   reading "Our struggling student"?

15        A    Did it raise any concerns?

16        Q    Yes.

17        A    Sure, but not more than I had.  And

18   knowing her, who wrote the e-mail, it's not far from

19   what she does.

20        Q    She routinely writes subject lines that

21   are similar to that?

22        A    Yeah.  I guess it's -- occasionally.

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

49

1          Q     Okay.  On page 215, there's an e-mail

2     on March 19th of 2012 to you expressing concern again

3     for Mr. Chenari.  And the question is asked, "Has he

4     had an intervention?"

5                 Do you know what was meant by "an

6     intervention"?

7          A     I don't know.  I don't know what he

8     means "an intervention" means.

9          Q     Is there anything called an

10    intervention within the George Washington --

11         A     No.

12         Q     -- Medical School?

13         A     No.

14         Q     So on March 20th, 2012, it appears that

15    you met with Mr. Chenari at 4:30 p.m. that day; is

16    that correct?

17         A     Correct.

18         Q     Do you recall what you talked about

19    during that meeting?

20         A     Yeah.  I asked him what was going on,

21    how I could help him, talked about the concerns they

22    were having.

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

50

1          Q     And what were the concerns that you

2     relayed to him?

3          A     His inappropriate comments, his

4     interaction with the patients.  And that's -- you

5     know, I wrote this right after I met with him, so ...

6          Q     Okay.  Do you recall how long you met

7     with him?

8          A     No.

9          Q     Do you recall if he was on time for

10    that meeting?

11         A     Don't remember.

12         Q     And then also on page 216 it appears

13    that after you met with Mr. Chenari, there was

14    conversations between yourself and his professors to

15    schedule a meeting; is that correct?

16         A     Uh-huh.

17         Q     Is that a yes?

18         A     Looks like it.  Looks like it.

19         Q     Okay.  By the way, when I ask you "Is

20    that a yes," I'm not being rude.

21         A     I get it.

22         Q     It's just for a clear record.

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

51

1          A     Yes.

2          Q     Did you, in fact, meet?

3          A     I believe so.

4          Q     Who all did you meet with?

5          A     I don't know.  I mean, I'm guessing it

6     was Dr. Kakar, Dr. Cytowic, and I think maybe Dean

7     Haywood, but I'm not sure.

8          Q     Okay.  And on page 217, the e-mail at

9     the bottom, it says, "Okay.  Looks like that works for

10    all.  Let's meet at 11 in Ross Hall, Rhonda's office,

11    713."

12               Do you know if that was, in fact, the

13    time and place that you met?

14          A     I don't remember.

15          Q     What did you discuss at that meeting?

16          A     I don't remember exactly, but I would

17    guess that we talked about my meeting with him and

18    going forward.

19          Q     Okay.  Was there a plan that was put in

20    place to move forward with?

21          A     So I -- my best recollection is that he

22    was going to get some counseling, that he thought that

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

52

1    would be an okay idea.

2          Q    Okay.

3          A    And that they would get back to me if

4    there were any more problems.

5          Q    Would you agree with me that in the

6    e-mails leading up to this meeting, his professors

7    were saying Mr. Chenari's about to fail this course?

8          A    I think they were concerned that he

9    might fail, yes.  Or not pass.  I don't know fail, but

10   not pass.

11         Q    Well, if you look at page 215, the

12   e-mail at the top, the final sentence.  "We'd

13   appreciate an update on his status inasmuch as we will

14   likely have to fail him for the semester."

15         A    Uh-huh.

16         Q    During the meeting that you had after

17   your meeting with Mr. Chenari, did you discuss whether

18   or not it still appeared that Mr. Chenari was going to

19   fail this course?

20         A    I don't recall talking about his grade.

21         Q    Do you recall discussing things that

22   Mr. Chenari could do to not fail this course?

53

1           A     I don't think we talked about grades.

2    I remember them talking about ways that they could

3    help him in the small group, but I don't -- I mean,

4    they were talking about it themselves, actually.  And

5    while we met, I remember the two of them interacting,

6    saying maybe we'll have them do this or do that.

7           Q     Do you remember what they were saying?

8           A     No.

9           Q     Do you know if, in fact, Mr. Chenari

10   failed that semester?

11          A     Well, he either got a conditional or a

12   fail.  I'm assuming he got the conditional by the

13   e-mails that we saw before.  Is that correct?

14                MR. McCONNELL:  Yeah.  I think

15   that's what we were talking about earlier.

16                THE WITNESS:  Right.  Right.

17                BY MR. BACH:

18          Q     Well, I know that there was -- we were

19   discussing earlier a conditional back in June of 2012.

20                Is it your understanding that that

21   would be -- that we would be talking about the same

22   semester?

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

54

1          A     June of 2012?

2          Q     Yeah.  If we go back to Exhibit

3     Number 2, the first page, page 611, dated June 13th

4     from Dr. Mintz, do you know if in that e-mail that

5     they're talking about -- Dr. Mintz is talking about

6     the same course as --

7          A     Correct.

8          Q     It was the same course?

9          A     Correct.

10         Q     Okay.  And that would have been the

11    same -- the same semester as well; is that correct?

12         A     Correct.  So that's a year-long course.

13         Q     Okay.  Is it still broken up into

14    semesters or no?

15         A     The way it works is that it's a

16    year-long course, and you don't get a grade until the

17    end of the year.  But on the transcript, it reads

18    fall -- it's reverted to the fall semester.

19         Q     Okay.

20         A     So the same grade.  So if you stopped

21    in January, you wouldn't have a grade there because

22    you didn't finish it.

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

55

1          Q    Okay.

2                    MR. BACH:  Off the record, please.

3                    (A discussion was held off the record.)

4                    (Goldberg Deposition Exhibit Number 4

5     was marked for identification and attached to the

6     transcript.)

7                    BY MR. BACH:

8          Q    I'm going to hand you what's been

9     marked as Exhibit Number 4.  Please take a look at

10    that document and let me know when you've had an

11    opportunity to review it.

12                   (A discussion was held off the record.)

13                   THE WITNESS:  Okay.

14                   BY MR. BACH:

15         Q    Do you recall receiving the e-mail from

16    Mr. Chenari on September 20th of 2012?

17         A    I don't recall, but I see it.

18         Q    Okay.  It appears that a meeting was

19    set up for Monday, October 1st at 10:30; is that

20    correct?

21         A    It looks like that, right.

22         Q    Do you know if, in fact, a meeting took

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

56

1    place at that time?

2            A    I don't know.

3            Q    Do you recall if you met with

4    Mr. Chenari in early October of 2012?

5            A    So this would be -- I'm guessing we

6    did.

7            Q    Okay.  If we look at the e-mail on

8    September 20th of 2012, it reads, "I wanted to contact

9    you to see if we could discuss developing a plan for

10   how I can continue with the medical education

11   hopefully this fall."

12           A    Right.

13           Q    "Please advise on what I should do."

14           A    Right.

15           Q    Do you have a recollection of

16   Mr. Chenari wanting to continue his education?

17           A    Yeah.  So I think he needed to make up

18   POM and take the boards and then start the rotations.

19   And Dean Haywood, who works with third-year students,

20   would schedule some things like that.  So I'm assuming

21   that that's what we met about, and she said there was

22   a plan, he would start the third rotation in two

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

57

1    weeks, and that would be fine.

2         Q    Okay.  Do you know if Mr. Chenari was

3    out of school for a period of time before this meeting

4    that you had with him?

5         A    Well, he would have had to be because

6    he postponed the boards and he had to make up POM.

7         Q    Do you recall what you talked about at

8    this meeting?

9         A    I don't remember exactly.

10        Q    Do you remember -- do you remember

11   anything that you talked about at the meeting?

12        A    I think it was mainly about getting

13   back on the schedule.

14        Q    Do you recall Mr. Chenari talking to

15   you about any medical or psychological issues that he

16   was having at the time?

17        A    No.

18        Q    Do you recall specifically Mr. Chenari

19   informing you that he had recently been diagnosed with

20   ADHD?

21        A    No.

22        Q    Now, I'm sorry, I believe just a couple

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

58

1    minutes ago you said that Dean Haywood informed

2    Mr. Chenari that he could -- that he would be able to

3    start within a couple of weeks; is that what you said?

4            A    I'm reading the e-mail.

5            Q    Okay.

6            A    It's in the e-mail.  It says, "He would

7    like to continue with third rotation in two weeks."

8    And she responded, "That's fine."

9            Q    And do you know if, in fact, that's

10   what happened?

11           A    I don't know.

12           Q    Do you know at that meeting if it

13   was -- if Mr. Chenari discussed with you any problems

14   that he was having with his education?

15           A    My recollection is we talked about the

16   schedule, how we could get back on schedule.  I don't

17   remember talking about other things that were going

18   on.

19           Q    Do you recall Mr. Chenari stating that

20   he needed help with his studies to continue on?

21           A    I don't remember that.

22                (Goldberg Deposition Exhibit Number 5

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

59

```
1    was marked for identification and attached to the

2    transcript.)

3                 (A discussion was held off the record.)

4                 BY MR. BACH:

5         Q    Let me know when you've had an

6    opportunity to review that.

7         A    Okay.  Okay.

8         Q    Have you ever seen the document that's

9    been marked as Exhibit Number 5?

10        A    No.

11        Q    I'll represent to you Exhibit Number 5

12   is a document that was drafted by Mr. Chenari, and

13   it's been produced in this litigation.

14                 MR. McCONNELL:  Produced by

15   plaintiff?

16                 MR. BACH:  Yeah, it looks like it.

17   It's 001, the Bates stamp.

18                 MR. McCONNELL:  Okay.

19                 BY MR. BACH:

20        Q    Do you recall any conversations with

21   Mr. Chenari where he discussed his best friend

22   committing suicide?
```

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

60

1          A     No.

2          Q     In the section that is marked Fall 2001

3    through MS1 -- I'm sorry -- Fall 2010 through MS1, in

4    the middle of that paragraph it states, "Had to

5    schedule meeting with Dean Goldberg to discuss.  Told

6    her about my depression."

7               Do you recall Mr. Chenari talking to

8    you about his depression?

9          A     I don't remember him telling me he was

10   depressed.  And no.  I mean, he -- no, I don't

11   remember him saying that word.

12         Q     Do you remember him talking to you

13   about his difficulty waking up on time?

14         A     I think this is when Dr. Stagnaro-Green

15   was concerned he wasn't getting to class on time.

16         Q     Okay.

17         A     So I think we talked about ways to make

18   sure that he would wake up on time.

19         Q     Do you recall what you talked about?

20   What ways you talked about --

21         A     Lots of alarm clocks.  Getting to sleep

22   earlier.

61

1          Q     During that meeting, do you recall him

2     talking about being anxious?

3          A     Possibly.

4          Q     Did he tell you that he was taking

5     Adderall at that time?

6          A     No.

7          Q     Are you familiar with Adderall?

8          A     Define "familiar."

9          Q     Do you know what it's commonly

10    prescribed for?

11         A     Yes.

12         Q     And what's your understanding of what

13    it is commonly prescribed for?

14         A     People with attention deficit disorder.

15         Q     In Spring 2011-MS1, Mr. Chenari

16    mentions that -- family emotional strain.

17               During any of the meetings that he had

18    with you, did he discuss family emotional strain?

19         A     I don't think so.

20         Q     In the Spring 2012-MS3 section of this

21    page, Mr. Chenari talks about -- the sentence states,

22    "They contacted Dean Goldberg, who didn't contact me

62

1    until the end of the semester."

2              Had you been contacted by Mr. Chenari's

3    professors regarding this statement that he said --

4    apparently he said, "It's not like on the weekends I

5    am murdering hookers."

6                   THE REPORTER:  On the weekends

7    what?  I didn't hear you.  I'm sorry.

8                   MR. BACH:  "I am murdering

9    hookers."

10                  Maybe you just didn't want to hear

11   me.

12                  THE WITNESS:  Is that on the

13   record?

14                  It's in this document.

15              BY MR. BACH:

16         Q    So did you have a conversation with

17   Mr. Chenari about that -- about that comment?

18         A    I did.

19         Q    Okay.  What did you --

20         A    He was being sarcastic.

21         Q    That's what he said to you?

22         A    That's what he said to me.

63

1          Q    The statement that Mr. Chenari makes

2    here that "Dean Goldberg, who didn't contact me until

3    the end of the semester," do you know if there was a

4    delay in contacting Mr. Chenari?

5          A    Can I look back through here?

6          Q    Sure.

7          A    So on March 20th, 2012, it says, "He

8    canceled two meetings already."  So I don't know how

9    he says the end of the semester, because that -- the

10   semester doesn't end until the end of May.

11              So where he says, "I didn't contact him

12   until the end of the spring semester," the spring

13   semester ends the end of May.

14         Q    So is your answer no, there was no

15   delay in contacting Mr. Chenari?

16         A    What's a delay?

17         Q    Did it take you more than a week to get

18   in contact with Mr. Chenari?

19         A    I don't know.  We can -- I don't know

20   when those meetings were.  I don't know when he

21   canceled them.

22         Q    Would you have a calendar that would

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

64

1      reflect when those meetings were scheduled for and

2      when he canceled them?

3              A    I would guess it would not be accurate.

4      If he called to cancel, my secretary would click it

5      off and put somebody else there, because I'm booked.

6      I mean, I need my free space.

7                      So if he had called Monday that he was

8      canceling for Wednesday, it would be -- it's all

9      electronic, so it would be off, and somebody else

10     would be in that spot, so we wouldn't have known he

11     was there.

12             Q    Okay.  So between your meeting with

13     Mr. Chenari in October of 2012 and receiving an e-mail

14     in December from Ms. Diaz, did you have any other

15     conversations --

16             A    Ms. Diaz?

17             Q    Ruiz.  I apologize.

18                     -- did you have any additional

19     conversations with anyone or interactions regarding

20     Mr. Chenari?

21             A    Between when and when?

22             Q    October 1st of 2012 and December 14th

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

65

1    of 2012.

2           A     Is October 12th when I think we met

3    with Dean Haywood to do his schedule, right?

4           Q     I'm sorry.  October 1st, 2012.  Yes,

5    that's the --

6           A     Right.  I don't think so.

7                 MR. BACH:  Okay.  We'll mark this

8    as 6.

9                 (Goldberg Deposition Exhibit Number 6

10   was marked for identification and attached to the

11   transcript.)

12          (A discussion was held off the record.)

13                BY MR. BACH:

14          Q     All right.  Have you had an opportunity

15   to review Exhibit Number 6?

16          A     I did.

17          Q     The letter that's on the first page of

18   that document for Ms. Ruiz is dated December 14th of

19   2012.  Do you recognize that e-mail?

20          A     Yes.  Uh-huh.

21          Q     Is that the e-mail that at the

22   beginning of your deposition that you were referring

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

66

1    to receiving from Ms. Ruiz involving Mr. Chenari?

2             A      Yes.

3             Q      And then it also appears that you

4    received an e-mail from Stacy Sanders on -- also on

5    December 14th at 3:15 p.m.; is that correct?

6             A      Correct.  Yes.

7             Q      Did you meet with Ms. Sanders in

8    person?

9             A      No.

10            Q      Did you speak to her on the phone about

11   this incident?

12            A      I don't think so.

13            Q      Do you know if there were any other

14   students who contacted you involving this event with

15   Mr. Chenari on December 14th?

16            A      Actually, I think I did talk to Stacy.

17            Q      Okay.

18            A      I think we talked.  She wanted to know

19   about -- it might have been later on when we set up

20   the meeting.  She wanted to know about her role in the

21   meeting and would she have to speak in front of

22   Charley.

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

67

1          Q     Okay.  What did you tell her?

2          A     I told her she would.

3          Q     Okay.  And did she express some concern

4    for that or about that?

5          A     Just said it would be hard.

6          Q     How long did that meeting last?

7          A     Two minutes.  It might have been on the

8    phone.  I'm not sure.  I just remember her saying that

9    that would be -- it is hard for students to do that.

10         Q     Okay.  On page 231, you sent an e-mail

11   to Ms. Sanders asking her for her account as to what

12   she saw and heard on December 14th; is that correct?

13         A     Correct.

14         Q     And it appears that you sent a

15   follow-up e-mail on January 14th of 2013 to

16   Stacy Sanders, is that correct?

17         A     Correct.

18         Q     And at that point you still had not

19   received Ms. Sanders' account as to what happened?

20         A     Correct.

21         Q     And then finally the next day, on

22   January 15th, you received her account as to what

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

68

1    happened; is that correct?

2            A    Correct.

3            Q    And was that the first time that you

4    had received her account as to what happened, whether

5    in written form or spoken form?

6            A    Correct.

7            Q    And were there any other students that

8    contacted you involving the events on December 14th of

9    2012?

10           A    No.

11           Q    After you received the letter from

12   Ms. Ruiz and after you spoke to Mr. Chenari about the

13   events on December 14th, did you come to the

14   conclusion or form an opinion that there was a

15   violation of the honor code by these events?

16           A    I thought there was a possible

17   violation of the honor code and the committee would

18   have to review it.

19           Q    Okay.  Did you consider this a cheating

20   case?

21           A    Yeah.

22           Q    In the honor code for the medical

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

69

1     school, are students required to report if they

2     suspect that another student is cheating?

3            A     Correct.

4            Q     Do you know how many students were

5     taking the surgery shelf exam on December 14th?

6            A     Probably 25-ish.

7            Q     The approximately 23 other students who

8     didn't make a report of Mr. Chenari, you know,

9     apparently cheating on an exam, would you consider

10    that to be a violation of the honor code?

11           A     If the student saw him cheating, yes.

12    But it also could be -- and I'm not saying in this

13    case, but in some cases where someone had reported

14    that they felt that if there was a group of them and

15    someone had done it, then that was their part.

16           Q     Does that satisfy the honor code?

17           A     That would be up to the honor committee

18    review.

19           Q     Do you know if the surgery shelf exam

20    on December 14th of 2012 was a standardized exam?

21           A     It was.

22           Q     Okay.  And who -- who publishes that

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

70

1    exam?

2              A    National Board of Medical Examiners.

3              Q    Okay.  Do you know if the National

4    Board of Medical Examiners has a requirement that

5    medical schools report -- report to them when they

6    suspect a student has cheated on one of their exams?

7              A    I don't know.

8              Q    Okay.  Do you know if anyone at George

9    Washington reported to the National Board of Medical

10   Examiners that there was a -- that they were -- they

11   suspected a student had cheated on this exam?

12             A    Don't know.

13             Q    Do you know who would be responsible

14   for doing that within the administration at George

15   Washington?

16             A    The proctor.

17             Q    Do you know what the consequences are

18   when it is reported to the National Board of Medical

19   Examiners that a student has cheated on an exam?

20             A    Don't know.

21             Q    Has anyone ever told you that if a case

22   of cheating is reported to the National Board of

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

71

1    Medical Examiners, that they require all the students

2    in that room who took that exam to retake that exam?

3                    MR. McCONNELL:  Objection as to

4    the form, and more particularly, the foundation.

5                    Subject to that, if you know, you

6    may answer.

7                    THE WITNESS:  I don't know.

8                    BY MR. BACH:

9         Q    Okay.  Have you ever had any students

10   approach you and inform you that they had been

11   diagnosed with ADHD?

12        A    Yes.

13        Q    Approximately how many times?

14        A    I have no idea.

15        Q    Dozens?

16        A    Sure.

17        Q    Okay.  Do you have a policy that

18   dictates what you do in that situation when a student

19   reports that to you?

20        A    So all the students are notified that

21   if they have some kind of diagnosis like that, that

22   DSS, which is the disability student services office,

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

72

1    is where they need to report it.

2           Q    And that is published in the handbook

3    and online; is that correct?

4           A    Correct.

5           Q    Do you ever -- individually, have you

6    ever suggested that a student contact the DSS?

7           A    If a student tells me they have a

8    diagnosis and they need an accommodation, I would tell

9    them where to go.

10          Q    So is that a yes?

11          A    That would be a yes, if they tell me

12   that they need it.

13          Q    Approximately how many times have you

14   referred a student to DSS?

15          A    I don't know.  Forever?  10 to 15.

16          Q    Okay.  And is that over the course of

17   the 25 years?

18          A    Probably.  Most of the time students

19   know that's what they need to do because we go over it

20   and they get documents knowing that that's what they

21   need to do.  So they know to do that, and then they

22   follow through.

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

73

1          Q     Have you ever -- I'm sorry.

2                Have you ever seen a student that

3      appeared to you to be struggling due to their

4      disability but was not requesting accommodations from

5      you, but you still referred them to DSS anyway?

6          A     A student struggling due to their

7      disability?

8          Q     Yes.

9          A     How would I know they had a disability?

10         Q     If it was disclosed to you.

11         A     If they told me they had a disability

12     and they were struggling?

13         Q     Yes.

14         A     If a student had a disability, they

15     would be at the disability office.

16         Q     You've never encountered a student that

17     had a disability but did not want accommodations?

18         A     Or didn't want to tell me.

19         Q     Well, that's fair enough.

20               Has a student ever told you that they

21     had a disability but also stated that they did not

22     want accommodations?

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

74

1          A    There's -- yes.  There's a student --

2    for instance, there's a student who said, I have a

3    diagnosis, this is it, I know I can get

4    accommodations, but I don't want it.

5          Q    Okay.  How many times has that

6    happened?

7          A    Once a year.

8          Q    Once a year?

9          A    Yeah.  Or maybe once every other year.

10   Not that often.

11         Q    Do you know back in the 2012 and 2013

12   school year if there were students within the medical

13   school that were receiving accommodations for the DSS?

14         A    I'm sure there were.

15         Q    How big -- how many students are

16   enrolled in the medical school?

17         A    Approximately 180 in a class.

18         Q    In each class?

19         A    Uh-huh.

20         Q    And there are four classes?

21         A    Uh-huh.

22         Q    Is that a yes?

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

75

1          A    That's a yes.

2          Q    Okay.

3          A    Well, some -- maybe 170 as they get

4     older.

5          Q    In your education for your master's of

6     counseling degree, did you receive any education on

7     ADHD?

8          A    Very little.

9          Q    Less of an issue back in the '80s, I

10    imagine?

11         A    Correct.

12         Q    Do you know how to identify individuals

13    who may be -- who may have ADHD?

14         A    I do not.

15         Q    Do you know what the symptoms of ADHD

16    are?

17         A    I do not.

18         Q    Would you agree with me that

19    Mr. Chenari had a number of difficulties throughout

20    his medical school career?

21                    MR. McCONNELL:  Objection as to

22    form.

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

76

1                    You may answer.

2                    THE WITNESS:  A number of

3    difficulties?

4              BY MR. BACH:

5         Q    Yes, ma'am.

6         A    Academic difficulties?  What kind of

7    difficulties?

8         Q    Academic difficulties and behavior

9    difficulties.

10                   MR. McCONNELL:  Objection on a

11   number of -- vague.

12                   Subject to that, if you

13   understand, you may answer.

14                   THE WITNESS:  I don't understand

15   what you're asking me.

16             BY MR. BACH:

17        Q    You don't understand.  Okay.

18             How many times between 2010 and 2012

19   were you contacted by a faculty member or a student or

20   some other staff member that they had a concern about

21   Mr. Chenari?

22        A    Dr. Cytowic, Dr. Kakar,

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

77

1   Dr. Stagnaro-Green and Jessica Ruiz and Stacy.

2           Q    Do you believe that you, personally,

3   did everything that you could have to assist

4   Mr. Chenari during his medical school career?

5                   MR. McCONNELL:  Objection as to

6   form, foundation, relevance, but subject to that, you

7   may answer.  You're allowed to answer.

8                   THE WITNESS:  Oh.

9                   MR. McCONNELL:  Do you want to

10  read the question back, if you can.

11   (The reporter read the record beginning at page 77,

12               line 3 through line 5.)

13                  THE WITNESS:  I don't know how to

14  answer everything possible.  I hope that I did.  I did

15  at -- felt that I did at the time.

16              BY MR. BACH:

17          Q    Okay.  And a different question.

18              Do you feel that George Washington

19  University could have assisted Mr. Chenari any more

20  than they did during his medical school career?

21                  MR. McCONNELL:  Objection as to

22  form, foundation and relevance.

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

78

1          Subject to all of that, you may

2     answer.

3               THE WITNESS:  I can't answer on

4     behalf of George Washington University.

5               BY MR. BACH:

6          Q    I understand.  I'm not asking you to do

7     that.  I'm just asking you what you observed.

8               Did you -- based on what you observed,

9     was there anything --

10         A    But you're asking me if other people

11    could have?

12         Q    I'm asking you just what you observed.

13    I'm not asking you to speculate.

14         A    Right.  I don't understand your

15    question.

16         Q    Okay.  Did you see anything that was

17    not being done to assist Mr. Chenari that you believe

18    could have been done by anyone at George Washington

19    University?

20         A    No.

21              MR. BACH:  Why don't we take a

22    short break, and I'm just going to wrap up with a few

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

79

1    other documents and then we'll be done.

2                    MR. McCONNELL:  Sure.  Okay.

3                    (A brief recess was taken.)

4                    (Goldberg Deposition Exhibit Number 7

5    was marked for identification and attached to the

6    transcript.)

7                    BY MR. BACH:

8         Q    Do you recognize the document that's

9    been marked as Exhibit Number 7?

10        A    I do.

11        Q    And what is that document?

12        A    It's a memo from me to Mr. Chenari

13   about -- informing him of the allegation of a possible

14   honor code violation.

15        Q    And in that memo, the second paragraph

16   says, "I'm meeting with you today to discuss the

17   situation in accordance with the George Washington

18   University School of Medicine regulations for MD

19   candidates which governs this process."

20            Are you referring to the initial

21   meeting that you had with Mr. Chenari about the

22   incident on December 14th of 2012?

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

80

1          A     Correct.

2          Q     And you drafted that memo; is that

3     correct?

4          A     Correct.

5                MR. BACH:  Number 8.

6                (Goldberg Deposition Exhibit Number 8

7     was marked for identification and attached to the

8     transcript.)

9                BY MR. BACH:

10         Q     Do you recognize the document that's

11    been marked as Exhibit Number 8?

12         A     I do.

13         Q     What is this document?

14         A     This is to the members of the

15    subcommittee giving them a packet of information to

16    read for the meeting.

17         Q     For which meeting?

18         A     For the subcommittee meeting.

19         Q     For the Professional Comportment

20    Subcommittee meeting; is that correct?

21         A     For the honor council subcommittee

22    meeting, yes.

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

81

1          Q    And you drafted this document?

2          A    I did.

3               (Goldberg Deposition Exhibit Number 9

4     was marked for identification and attached to the

5     transcript.)

6               BY MR. BACH:

7          Q    If you could review Exhibit Number 9

8     for me and let me know when you've had an opportunity

9     to review it.

10              (A discussion was held off the record.)

11              BY MR. BACH:

12         Q    Do you recognize the document that's

13    been marked as Exhibit Number 9?

14         A    I do.

15         Q    What is it?

16         A    This is a document to Mr. Chenari.

17    Attached is the meeting -- the report of the

18    subcommittee.

19         Q    Okay.  And in this e-mail to

20    Mr. Chenari from yourself, you state that you would

21    like to meet with him before his MSEC meeting on

22    April 18th of 2013; is that correct?

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

82

1          A     Correct.

2          Q     Did you, in fact, meet with him prior

3     to that meeting?

4          A     I think so.

5          Q     Do you know?

6          A     Honestly, I don't remember, but I think

7     I would have.

8          Q     Okay.  And do you know what you spoke

9     about at that meeting?

10          A     On what would happen at the meeting so

11     he would know.

12          Q     Okay.  Do you know what you -- what you

13     would say to him about what was going to happen at the

14     meeting?

15          A     I would tell him how it would be

16     arranged, the process, what he's allowed to do, what

17     he's not allowed to do, what they're allowed to do.  I

18     would just go through it with him based on the

19     regulations.

20          Q     Do you remember speaking with

21     Mr. Chenari about whether or not he would be allowed

22     to have an attorney at that meeting?

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

83

1          A     I'm sure I did.

2          Q     Okay.  Do you recall informing

3    Mr. Chenari that most people don't have an attorney at

4    that meeting?

5          A     I don't remember.

6          Q     Is there anything else about that

7    meeting before the April 18th MSEC meeting that you

8    recall?

9          A     No.

10         Q     No?

11         A     No.

12               MR. BACH:  I have no further

13    questions.

14               MR. McCONNELL:  Great.  Thank you.

15    I have no questions at this time.  Thank you so much.

16               You have a right to read -- off

17    the record.

18               (Off the record at 12:15 p.m.)

19

20

21

22

84

1                    CERTIFICATE OF NOTARY PUBLIC

2              I, Stephanie M. Marks, the officer before whom the

3       foregoing deposition was taken, do hereby certify that the

4       witness whose testimony appears in the foregoing deposition

5       was duly sworn by me; that the testimony of said witness was

6       taken by me in stenotype and thereafter reduced to

7       typewriting under my direction; that said deposition is a

8       true record of the testimony given by said witness; that I am

9       neither counsel for, related to, nor employed by any of the

10      parties to the action in which this deposition was taken;

11      and, further, that I am not a relative or employee of any

12      attorney or counsel employed by the parties hereto, nor

13      financially or otherwise interested in the outcome of the

14      action.

15

16      _____

17                    Stephanie Marks

18                    Notary Public in and for the

19                    District of Columbia.

20

21

22      My commission expires May 31, 2019.

**A**

ability
9:6 45:6
ABJ
1:6
able
45:13 58:2
absences
28:19
absent
28:21
Absolutely
11:3
academic
12:1 18:6,7 76:6
76:8
academics
35:15
accommodation
72:8
accommodations
73:4,17,22 74:4
74:13
account
67:11,19,22 68:4
accurate
64:3
action
1:5 84:10,14
Adderall
61:5,7
addition
20:17
additional
36:2 64:18
addressed
40:7
addressing
28:4
ADHD
57:20 71:11 75:7
75:13,15
administration
12:20 70:14
advise
56:13
afternoon

ago
38:18
58:1
agree
52:5 75:18
agreement
2:13
ahead
10:21
Akman
24:16 25:2
Akman's
25:5
alarm
60:21
allegation
79:13
allowed
77:7 82:16,17,17
82:21
American
14:12
amount
45:15
Amy
1:7
Andrea
38:10,11 44:16
47:16,19
announced
15:22
answer
8:3,17 9:2 40:17
45:19,22 46:2
63:14 71:6 76:1
76:13 77:7,7,14
78:2,3
answers
7:16 23:2
anticipating
8:1
anxiety
43:18,19
anxious
18:22 20:15
43:11 61:2
anyway

73:5
apologize
26:9 64:17
apparently
62:4 69:9
appeared
52:18 73:3
appears
36:9,17 38:9 44:2
49:14 50:12
55:18 66:3
67:14 84:4
appointment
45:3 46:5
appointments
45:4 46:7
appreciate
52:13
approach
71:10
approximately
6:17 13:7 69:7
71:13 72:13
74:17
April
1:14 81:22 83:7
arranged
82:16
ASAP
33:14
asked
14:3,3 23:19 29:5
30:3 46:13 49:3
49:20
asking
8:11 20:6 30:5
32:20 36:16
38:20 44:17
45:12 46:21
67:11 76:15
78:6,7,10,12,13
assist
25:11 46:20 77:3
78:17
assistance
47:7
assistant

9:17,21 10:2
assisted
77:19
associate
9:12,18,22 11:21
assume
8:18 30:3 34:19
45:2 46:6
assumed
46:5
assuming
14:7 34:17,22
46:4 53:12
56:20
attached
5:7 26:5 31:7
37:19 40:21
55:5 59:1 65:10
79:5 80:7 81:4
81:17
attend
15:2 23:12,13
attention
20:21 61:14
attitude
27:17 28:2
attorney
82:22 83:3 84:12
audible
7:16
authority
45:11
available
23:19
Avenue
4:7
aware
30:5
a.m
1:15

**B**

B
5:6
Bach
3:3,4 5:3 6:7,11
8:9 11:2 17:13
17:18,21 18:3,4

26:2,7,17 27:1,4
31:4,9,14,18
37:16,22 40:12
40:18 45:20
46:11 47:6
53:17 55:2,7,14
59:4,16,19 62:8
62:15 65:7,13
71:8 76:4,16
77:16 78:5,21
79:7 80:5,9 81:6
81:11 83:12
bachelor's
14:8,11,17
back
18:12 24:5,8
28:11 29:2
37:14 52:3
53:19 54:2
57:13 58:16
63:5 74:11 75:9
77:10
backtrack
37:12
bad
40:13
based
78:8 82:18
basic
7:5
basically
42:7 45:12
Bates
5:9,10,11,12,13
5:14,15,16,17
27:2 31:15
59:17
began
21:14
beginning
65:22 77:11
behalf
3:2,10 4:2 78:4
behavior
27:16 28:2 42:16
76:8
believe

DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

16:4 21:7 27:17
29:8 51:3 57:22
77:2 78:17
**benefit**
40:9
**Berman**
1:7
**best**
30:22 51:21
59:21
**better**
29:11
**big**
74:15
**bit**
16:20 37:12
**Board**
70:2,4,9,18,22
**boards**
35:7 56:18 57:6
**booked**
64:5
**bottom**
34:6 51:9
**Boulevard**
3:5
**break**
8:21 9:2 78:22
**brief**
79:3
**bring**
17:3
**broken**
54:13
**brought**
6:13 20:20
**bubbling**
23:2

——————————
**C**
**C**
3:1 4:1,1 5:1 6:1
**calendar**
46:5 63:22
**call**
33:14 38:18,20,22
**called**
33:18 39:13 49:9

64:4,7
**Calls**
40:14
**camp**
11:16
**CAMPBELL**
2:5 3:12
**cancel**
64:4
**canceled**
44:9 46:8 63:8,21
64:2
**canceling**
64:8
**candidates**
79:19
**capacity**
10:7
**career**
75:20 77:4,20
**case**
68:20 69:13
70:21
**cases**
69:13
**cell**
38:21
**ceremony**
16:1
**certain**
23:20 45:15
**CERTIFICATE**
84:1
**certifications**
14:20
**Certified**
2:14
**certify**
84:3
**chain**
5:9,10,11,12,14
5:17 34:3
**chair**
23:20
**chairman**
23:9
**changed**

9:21
**Charleston**
3:5
**Charley**
38:19 39:13
66:22
**cheated**
70:6,11,19
**cheating**
68:19 69:2,9,11
70:22
**checked**
23:20
**Chenari**
1:4 6:12 15:12,19
18:12 19:13,22
21:6 22:8 23:6
24:17,18 27:2,9
28:14 29:6,20
29:22 30:13
31:15 32:12
33:13,16,18
34:18 35:13
36:1,20 37:14
38:19 39:4 41:4
41:17 42:15,20
43:8 44:4,18
48:2 49:3,15
50:13 52:17,18
52:22 53:9
55:16 56:4,16
57:2,14,18 58:2
58:13,19 59:12
59:21 60:7
61:15,21 62:17
63:1,4,15,18
64:13,20 66:1
66:15 68:12
69:8 75:19
76:21 77:4,19
78:17 79:12,21
81:16,20 82:21
83:3
**Chenari's**
27:16 52:7 62:2
**choose**
24:5

**choosing**
23:15
**Civil**
1:5
**class**
24:10 60:15
74:17,18
**classes**
74:20
**clear**
50:22
**click**
64:4
**clocks**
60:21
**CN**
32:12 33:3
**coat**
16:1
**code**
12:7 18:5,6,7,9
21:18,20 22:18
23:8,18,19
68:15,17,22
69:10,16 79:14
**college**
11:15,18
**Columbia**
1:2 2:16 84:19
**combined**
13:18
**come**
22:9 45:7,14,16
46:6,7,14,15
47:9 68:13
**comment**
62:17
**comments**
50:3
**commission**
84:22
**committee**
23:16 25:13
68:17 69:17
**committees**
12:4
**committing**

59:22
**commonly**
61:9,13
**communication**
47:19
**Comportment**
80:19
**concern**
18:18 21:17 28:1
41:3 42:17 49:2
67:3 76:20
**concerned**
52:8 60:15
**concerning**
22:4,5 27:16
42:20 48:2
**concerns**
16:6 18:20 19:5
20:4 27:15 28:5
28:17 39:4 41:8
42:14 44:3
48:12,15 49:21
50:1
**conclusion**
68:14
**conditional**
32:15 33:1,1,4,5
53:11,12,19
**consequences**
70:17
**consider**
68:19 69:9
**contact**
27:8 30:1,6 33:15
56:8 61:22 63:2
63:11,18 72:6
**contacted**
29:20 61:22 62:2
66:14 68:8
76:19
**contacting**
63:4,15
**contained**
38:7
**continuation**
36:9
**continue**

56:10,16 58:7
58:20
**continuing**
15:5
**conversation**
34:21 35:2 36:19
37:5 62:16
**conversations**
28:8,16 34:1
41:11,16 50:14
59:20 64:15,19
**copied**
29:17
**copy**
18:5
**correct**
7:9,10,13 10:1
11:19 12:8 14:9
14:18 24:7,9
32:9,10 34:11
34:12 40:2 41:5
41:6 44:5 49:16
49:17 50:15
53:13 54:7,9,11
54:12 55:20
66:5,6 67:12,13
67:16,17,20
68:1,2,6 69:3
72:3,4 75:11
80:1,3,4,20
81:22 82:1
**council**
80:21
**counsel**
4:6 6:6 84:9,12
**counseling**
12:1,20 14:2 43:4
43:7 51:22 75:6
**counselor**
19:18 20:12,14,17
**couple**
15:14 28:8 57:22
58:3
**course**
8:11 18:19 19:2,9
33:7 38:13 39:7
52:7,19,22 54:6

54:8,12,16
72:16
**court**
1:1 7:9,11,14
**CRR**
1:22
**current**
9:11
**currently**
9:10 11:21
**Cytowic**
40:1,3,4 47:20,21
47:22 48:5 51:6
76:22

---
### D
**D**
4:1 6:1
**date**
16:10,18 23:11,14
48:4,8
**dated**
54:3 65:18
**dates**
23:20 45:3
**day**
39:1 49:15 67:21
**deal**
36:16
**dealt**
20:4 21:5
**dean**
6:11 9:9,12,17,18
9:22 10:3 11:21
24:15 26:11,18
37:3 41:22 45:5
51:6 56:19 58:1
60:5 61:22 63:2
65:3
**deans**
37:8
**December**
21:1,3,5,9 64:14
64:22 65:18
66:5,15 67:12
68:8,13 69:5,20
79:22
**decided**

43:7
**decision**
24:14 25:6
**Defendant**
1:9 3:10
**deficit**
61:14
**Define**
61:8
**degree**
12:21 14:1,8,13
14:17 75:6
**degrees**
14:20
**delay**
63:4,15,16
**demand**
45:6,8
**depend**
46:22
**deposition**
1:12 2:1 5:8 6:14
7:1,6 9:5 15:7
17:7 26:4 31:6
37:18 55:4
58:22 65:9,22
79:4 80:6 81:3
84:3,4,7,10
**depressed**
43:15 60:10
**depression**
60:6,8
**detail**
30:11
**developing**
56:9
**diagnosed**
57:19 71:11
**diagnosis**
71:21 72:8 74:3
**Diaz**
64:14,16
**dictates**
71:18
**different**
77:17
**difficulties**

75:19 76:3,6,7,8,9
**difficulty**
60:13
**direct**
27:22
**direction**
84:7
**director**
10:8,14 11:5
**disability**
71:22 73:4,7,9,11
73:14,15,17,21
**disclosed**
73:10
**discuss**
19:21 35:17 37:9
51:15 52:17
56:9 60:5 61:18
79:16
**discussed**
22:13 35:20
42:12 58:13
59:21
**discussing**
36:3 39:3 52:21
53:19
**discussion**
8:8 26:16 28:20
37:21 42:19
55:3,12 59:3
65:12 81:10
**discussions**
42:13
**dishonesty**
18:6,7
**disorder**
61:14
**District**
1:1,2 2:16 84:19
**doctor**
20:16 43:3
**doctors**
41:13 42:13,20
**document**
5:13,15,16 39:13
39:17,21 40:6,9
40:21 55:10

59:8,12 62:14
65:18 79:8,11
80:10,13 81:1
81:12,16
**documents**
15:8,10,11 17:3
17:19 31:22
38:3 72:20 79:1
**doing**
10:16 70:14
**Dozens**
71:15
**Dr**
25:2,5 27:18 28:7
28:9,16 29:16
30:10,21 31:1
32:9 34:2,6
36:20 40:1,2
47:20 48:5,5,5,5
51:6,6 54:4,5
60:14 76:22,22
77:1
**drafted**
25:17 59:12 80:2
81:1
**DSS**
71:22 72:6,14
73:5 74:13
**due**
73:3,6
**duly**
6:3 84:5
**duties**
11:22 12:9
**D.C**
1:13 2:8 3:15 4:9

---
### E
**E**
3:1,1 4:1,1,1 5:1
5:6 6:1,1
**earlier**
37:14 53:15,19
60:22
**early**
13:12 56:4
**easy**
7:22

Case 1:14-cv-00929-ABJ   Document 24-3   Filed 09/18/15   Page 90 of 99
DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

88

25:22
**education**
10:9,15 11:5
12:16,19,22
13:5 14:4,16
15:5 56:10,16
58:14 75:5,6
**Eight**
7:2
**either**
53:11
**electronic**
64:9
**embarrassed**
43:11
**emotional**
61:16,18
**employed**
9:10 10:3,4 84:9
84:12
**employee**
84:11
**employment**
9:11
**encountered**
73:16
**ends**
63:13
**enrolled**
74:16
**ESQUIRE**
3:3,11 4:3
**essentially**
9:20 18:9 39:13
45:7 46:13
**event**
66:14
**events**
9:7 12:3 22:20
68:8,13,15
**exactly**
51:16 57:9
**exam**
69:5,9,19,20 70:1
70:11,19 71:2,2
**EXAMINATION**
5:2 6:6

**examined**
6:4
**Examiners**
70:2,4,10,19 71:1
**example**
47:9
**examples**
13:20
**exams**
70:6
**Exhibit**
5:9,10,11,12,13
5:14,15,16,17
26:3,4,12,19
27:2 31:6,11,20
32:7 37:17,18
38:2,7 54:2 55:4
55:9 58:22 59:9
59:11 65:9,15
79:4,9 80:6,11
81:3,7,13
**Exhibits**
5:7,8
**expires**
84:22
**express**
67:3
**expressed**
42:17
**expressing**
49:2
**extra**
35:6
**e-mail**
5:9,10,11,12,14
5:17 16:17 21:8
21:10 22:16
27:18 29:15,19
30:9,13,18,20
32:8 33:9,13,19
34:2,6,7,8,9,11
34:14 36:12
38:9,17,20
40:21 44:8,16
45:1 48:13,18
49:1 51:8 52:12
54:4 55:15 56:7

58:4,6 64:13
65:19,21 66:4
67:10,15 81:19
**e-mails**
15:14,16 16:20
27:5,12 31:13
36:9 38:6 44:2
44:21 52:6
53:13

_____

# F

**face**
45:15
**facilitate**
12:3,4,7
**fact**
51:2,12 53:9
55:22 58:9 82:2
**faculty**
23:18 24:1,3 39:9
47:10,11 76:19
**fail**
33:1 52:7,9,9,14
52:19,22 53:12
**failed**
53:10
**fair**
8:19,20 73:19
**fall**
54:18,18 56:11
60:2,3
**falls**
12:13
**familiar**
7:4 61:7,8
**family**
61:16,18
**far**
48:18
**February**
18:13 29:16
30:10 37:14
44:16 45:1
47:16 48:3,10
**feel**
8:13 20:10 77:18
**feeling**
19:16

**felt**
20:5,8,9 21:19
29:11 69:14
77:15
**figured**
31:1
**final**
30:13 52:12
**finally**
67:21
**financially**
84:13
**find**
29:1
**fine**
8:22 57:1 58:8
**finish**
8:3 54:22
**finished**
23:1
**FIRM**
3:4
**first**
6:3 10:15 11:6,18
14:4 15:18 16:1
16:2,4,5,21 24:5
24:8 27:8 28:1
32:7 35:8 38:9
54:3 65:17 68:3
**Flory**
38:11 44:16
47:16,19 48:5
**follow**
12:4 72:22
**followed**
21:17
**follows**
6:5
**follow-up**
44:17 67:15
**foregoing**
84:3,4
**Forever**
72:15
**form**
12:15 40:11
45:19 68:5,5,14

71:4 75:22 77:6
77:22
**forward**
9:5 51:18,20
**forwarded**
24:16 25:20
**found**
23:11
**foundation**
71:4 77:6,22
**four**
74:20
**frame**
15:15 29:6 30:1
39:5
**free**
8:13 46:1 64:6
**Friday**
36:10
**friend**
59:21
**front**
66:21
**further**
39:12 83:12
84:11

_____

# G

**G**
6:1
**GENERAL**
4:6
**George**
1:7 4:2,4 6:13
9:12,20 10:5
11:8,17 13:2
49:10 70:8,14
77:18 78:4,18
79:17
**getting**
29:11 46:20
57:12 60:15,21
**give**
7:16
**given**
84:8
**giving**
80:15

go
7:3,5 10:21 13:22
  19:17 20:11,12
  20:14 23:15
  43:3 54:2 72:9
  72:19 82:18
goes
26:9
going
7:3,5 8:2,18
  13:20 16:19
  19:17 22:17
  28:10 29:1,9
  30:10 33:21
  37:12 42:3 46:6
  46:22 47:22
  49:20 51:18,22
  52:18 55:8
  58:17 78:22
  82:13
Goldberg
1:12 2:1 5:2,8 6:2
  6:10,11 9:9 26:4
  26:11,18 31:6
  37:18 55:4
  58:22 60:5
  61:22 63:2 65:9
  79:4 80:6 81:3
good-looking
10:21
Gotcha
33:8
governs
79:19
grade
32:15 52:20
  54:16,20,21
grades
53:1
grading
32:22
graduated
14:19
Great
83:14
ground
7:6

group
39:22 41:11,15
  53:3 69:14
groups
39:9,10 41:4
  43:13
guess
35:3,4,5 48:22
  51:17 64:3
guessing
9:17,18 34:10
  51:5 56:5
GW
10:11,15 11:6
  15:1 27:2 31:15

———————
**H**
———————

H
5:6
Hall
51:10
hallway
31:2
hand
55:8
handbook
72:2
handed
38:1
happen
82:10,13
happened
46:4 58:10 67:19
  68:1,4 74:6
hard
67:5,9
Haywood
37:3 41:22 48:5
  51:7 56:19 58:1
  65:3
head
7:18,19
heads
39:10
health
9:13 42:14
hear
24:5,8 29:2 62:7

62:10
heard
15:19,20,21 67:12
hearing
15:12,17 17:8
held
2:1 8:8 11:6
  26:16 37:21
  55:3,12 59:3
  65:12 81:10
help
8:14 12:4,6 42:3
  42:21,22 43:9
  43:13 49:21
  53:3 58:20
helpful
30:14
hereto
84:12
hide
17:13
higher
12:19,21 13:5
highest
12:15
hired
11:4
honestly
13:6,12 16:7 82:6
honor
12:7 18:5,6,7,8
  21:17,20 22:18
  23:8,18,19
  68:15,17,22
  69:10,16,17
  79:14 80:21
honors
32:22
hookers
62:5,9
hope
43:6 77:14
hopefully
56:11
Huh
32:3

———————
**I**
———————

idea
19:20 52:1 71:14
identification
26:5 31:7 37:19
  55:5 59:1 65:10
  79:5 80:7 81:4
identify
75:12
imagine
75:10
impact
35:10
impacts
9:6
important
7:16
inappropriate
50:3
inasmuch
52:13
incident
21:2 66:11 79:22
individually
72:5
individuals
75:12
inform
71:10
information
22:17 80:15
informed
58:1
informing
57:19 79:13 83:2
initial
79:20
insist
45:14
instance
74:2
intended
40:9,22
intention
40:15
interacting
53:5
interaction

50:4
interactions
64:19
interested
84:13
interruption
8:7
intervention
49:4,6,8,10
interviewing
19:3,6 43:12
involved
28:4
involvement
24:12
involving
39:4 41:3 42:14
  66:1,14 68:8
issue
22:5 34:2 75:9
issues
6:21 12:2 19:22
  20:10 30:11,12
  30:12 35:21
  42:2,6,14 57:15

———————
**J**
———————

J
3:3
Jackson
1:8 2:5 3:12
January
38:10 40:22 44:3
  54:21 67:15,22
Jason
3:3 6:11
Jessica
20:22 23:12 77:1
Jessica's
22:15
job
1:20 11:17,18,21
  12:9
Judge
1:7
July
34:15 36:4,10
June

33:10,13,16,16
33:19 34:6,8,11
53:19 54:1,3
_____
**K**
**Kakar**
27:18 40:2,3 48:5
51:6 76:22
**keep**
37:9
**kept**
45:2
**kind**
12:2 13:19 15:5
71:21 76:6
**knew**
13:20 39:6
**know**
9:9,19 13:7 16:10
16:11 19:8 20:5
20:7,7,9 21:13
21:16,19 23:5
23:13 24:19
28:22 30:11
32:16,19 33:15
36:1 37:6 38:22
39:6 40:8 41:1
41:19 42:3
43:19 44:7,22
45:6,8,14 46:12
47:15,17,18
48:4,8,9,11 49:5
49:7,7 50:5 51:5
51:12 52:9 53:9
53:18 54:4
55:10,22 56:2
57:2 58:9,11,12
59:5 61:9 63:3,8
63:19,19,20
66:13,18,20
69:4,8,19 70:3,7
70:8,12,13,17
70:20 71:5,7
72:15,19,21
73:9 74:3,11
75:12,15 77:13
81:8 82:5,8,11
82:12

**knowing**
48:18 72:20
**known**
64:10
_____
**L**
**Las**
3:7
**late**
13:8 44:3
**LAW**
3:4
**lawsuit**
6:12
**leaders**
39:22 40:1 41:11
**leading**
52:6
**letter**
17:11 21:17
22:15 42:18
65:17 68:11
**letting**
21:13
**Let's**
51:10
**licenses**
14:21
**line**
48:13 77:12,12
**lines**
48:20
**litigation**
59:13
**little**
37:12 75:8
**LLC**
3:4
**location**
2:2
**long**
6:22 9:15 10:10
50:6 67:6
**look**
16:13,15 26:12
31:12 34:5
44:15 52:11
55:9 56:7 63:5

**looking**
44:2
**looks**
16:22 30:21
36:12 44:6
50:18,18 51:9
55:21 59:16
**lot**
26:13
**lots**
12:3 60:21
**LYNN**
4:3
_____
**M**
**M**
1:22 2:13 84:2
**major**
14:15 31:3
**March**
16:22 18:14,15
20:2,19 21:4
44:5,8,21 48:3
49:2,14 63:7
**mark**
26:2 37:16 65:7
**marked**
26:5,12,19 31:7
31:10 37:19
38:1 55:5,9 59:1
59:9 60:2 65:10
79:5,9 80:7,11
81:4,13
**Marks**
1:22 2:14 84:2,17
**MARY**
4:3
**master's**
12:17,18,21 13:4
14:19 75:5
**math**
10:17
**matters**
6:19
**ma'am**
76:5
**McCONNELL**
3:11 10:16,20

17:11,17 18:1
26:15 31:17
40:10,14 45:18
46:1 47:4 53:14
59:14,18 71:3
75:21 76:10
77:5,9,21 79:2
83:14
**MD**
79:18
**mean**
7:4 22:4 39:7
42:16 43:2 45:5
45:10 51:5 53:3
60:10 64:6
**means**
32:14,17,19 33:1
33:4 45:9 49:8,8
**meant**
30:4 49:5
**medical**
19:22 35:21
42:21,22 45:11
49:12 56:10
57:15 68:22
70:2,4,5,9,18
71:1 74:12,16
75:20 77:4,20
**medication**
9:6
**medicine**
9:13 33:7 79:18
**meet**
12:1 19:11 21:22
22:9 24:17
30:14,22 36:3
37:8 45:7,12,14
45:16 46:14,15
46:21 51:2,4,10
66:7 81:21 82:2
**meeting**
16:18 19:15 20:2
20:19 22:13
23:6,14 30:2
42:9 44:4 49:19
50:10,15 51:15
51:17 52:6,16

52:17 55:18,22
57:3,8,11 58:12
60:5 61:1 64:12
66:20,21 67:6
79:16,21 80:16
80:17,18,20,22
81:17,21 82:3,9
82:10,14,22
83:4,7,7
**meetings**
37:10,13 44:9,11
61:17 63:8,20
64:1
**member**
47:10,11 76:19,20
**members**
25:18 80:14
**memo**
79:12,15 80:2
**mental**
42:14
**mentioned**
28:1
**mentions**
61:16
**met**
16:3,4,5 18:12,16
27:10 37:14
41:19 43:10,10
48:4 49:15 50:5
50:6,13 51:13
53:5 56:3,21
65:2
**meting**
24:16
**mid**
13:8 44:3
**middle**
60:4
**Mintz**
28:9 30:21 31:1
32:9 34:2,6 54:4
54:5
**minutes**
58:1 67:7
**missed**
34:9 35:11

mistake
23:3
mock
19:3,7
Monday
40:21 55:19 64:7
move
9:4 51:20
MSEC
81:21 83:7
MS1
60:3,3
murdering
62:5,8

**N**

N
3:1 4:1,1,1 5:1,1
6:1
name
6:8,11 15:21
20:20
National
70:2,3,9,18,22
need
8:14,21 16:18
33:1 36:18 64:6
72:1,8,12,19,21
needed
21:16 23:2,3
56:17 58:20
neither
84:9
nervous
43:20
Nevada
3:7
never
73:16
NICHOLAS
3:11
Notary
2:15 84:1,18
notes
37:9
notified
71:20
number

26:3,4,12,20 31:5
31:6,11,20 32:8
37:18 38:2,7
54:3 55:4,9
58:22 59:9,11
65:9,15 75:19
76:2,11 79:4,9
80:5,6,11 81:3,7
81:13
NW
2:6 3:13 4:7

**O**

O
4:1 5:1 6:1
oath
7:7,8
Objection
40:10 45:18 71:3
75:21 76:10
77:5,21
obligations
36:3
observed
78:7,8,12
obtain
12:22 13:4,16
14:1,10,13
obtained
14:20
obviously
45:10
occasionally
48:22
October
55:19 56:4 64:13
64:22 65:2,4
office
4:5 10:8 11:5
28:7 46:21 47:8
47:10 51:10
71:22 73:15
officer
84:2
Oh
17:15 37:1 47:11
77:8
okay

6:22 7:3,19 8:5,6
8:15,16,21 9:3
10:2,13 11:17
11:20 12:15
13:9,11,19 14:7
15:18 16:2,11
16:22 17:2,15
17:17 18:3,20
19:10,19,21
20:19 22:2,8
23:21 24:4
25:11,21 26:2
27:21 28:3,12
28:15 29:3,10
29:14 31:4,17
32:7 33:8 35:10
35:17 36:8 37:1
37:8 38:5,17
40:4,5 41:2,10
41:14,21 42:1
43:21 44:1 45:5
46:19 47:2 48:7
48:12 49:1 50:6
50:19 51:8,9,19
52:1,2 54:10,13
54:19 55:1,13
55:18 56:7 57:2
58:5 59:7,7,18
60:16 62:19
64:12 65:7
66:17 67:1,3,10
68:19 69:22
70:3,8 71:9,17
72:16 74:5 75:2
76:17 77:17
78:16 79:2
81:19 82:8,12
83:2
older
75:4
once
74:7,8,9
ones
12:11
ongoing
15:4 30:12
online

72:3
opinion
68:14
opportunity
26:19 31:19
55:11 59:6
65:14 81:8
opposed
7:17
order
33:2 35:8 36:2
outcome
84:13
outside
8:7 11:18 19:6,6
34:2

**P**

P
3:1,1 4:1,1 6:1
packet
80:15
page
5:2,8 28:1 29:13
30:9,9 32:7
33:12,13 34:5
34:14 36:8
39:15,17 40:8
44:15 49:1
50:12 51:8
52:11 54:3,3
61:21 65:17
67:10 77:11
pages
1:21 26:9,13
panel
23:22 24:6 25:12
panicked
23:4
par
28:11
paragraph
60:4 79:15
part
18:2 19:4 69:15
participate
15:4 25:22
particularly

71:4
parties
84:10,12
parts
18:8
party
46:20 47:7
pass
32:22 33:2 52:9
52:10
passing
32:15
patients
19:3,7 43:12 50:4
pending
9:1
Pennsylvania
4:7
people
39:8 61:14 78:10
83:3
perfectly
8:22
performance
32:12,16
period
57:3
person
21:22 45:10 66:8
personal
17:8 35:18
personally
77:2
phone
22:3,3 34:21 35:2
38:21 66:10
67:8
picked
24:4
place
44:4 51:13,20
56:1
plaintiff
1:5 3:2 6:6 59:15
plan
51:19 56:9,22
please

6:9 8:2 26:3
29:13 31:5,12
33:14 36:8 55:2
55:9 56:13
**point**
8:22 9:22 19:10
24:13 41:2
67:18
**policies**
12:4,5,6
**policy**
71:17
**POM**
18:19 32:12 33:6
35:6,6 38:13
56:18 57:6
**poor**
32:12
**position**
11:6 15:1
**possible**
7:22 68:16 77:14
79:13
**Possibly**
61:3
**postponed**
57:6
**Practice**
33:7
**preceptors**
16:6 18:19 20:4
**preparation**
15:7
**prescribed**
61:10,13
**PRESIDENT**
4:5
**pretty**
13:17
**previous**
44:10
**prior**
11:8 82:2
**privileged**
17:21
**probably**
7:4 12:13 15:22

23:3 39:8 69:6
72:18
**problems**
35:14,18 52:4
58:13
**procedures**
18:7,8
**proceed**
22:18
**proceeded**
36:7
**proceedings**
21:18 22:18
**process**
21:14,15 79:19
82:16
**proctor**
70:16
**produced**
59:13,14
**Professional**
2:14 80:19
**professor**
38:15
**professors**
41:12,13,17 50:14
52:6 62:3
**pronounce**
36:13
**provided**
17:9
**psychological**
35:21 57:15
**Public**
2:15 84:1,18
**published**
72:2
**publishes**
69:22
**Pursuant**
2:13
**put**
23:9,10 24:6 41:4
51:19 64:5
**P.C**
2:5 3:12
**p.m**

49:15 66:5 83:18
_____
**Q**
**question**
8:3,3,5,17,18,19
9:1,2 11:1 40:13
45:21 46:2 49:3
77:10,17 78:15
**questions**
8:11 83:13,15
_____
**R**
**R**
3:1 4:1 6:1
**raise**
48:12,15
**ran**
38:13,14
**random**
24:4
**reach**
46:19
**read**
77:10,11 80:16
83:16
**reading**
48:14 58:4
**reads**
54:17 56:8
**really**
40:13 45:12
47:13
**Realtime**
2:15
**reason**
9:4 18:16 30:2
43:7
**recall**
6:19 9:7 12:12
15:18 16:2,9,21
22:7 27:12,14
28:15 29:5 30:7
30:17 33:18
34:20 35:1,16
35:19,20,22
44:10 46:9,18
49:18 50:6,9
52:20,21 55:15

55:17 56:3 57:7
57:14,18 58:19
59:20 60:7,19
61:1 83:2,8
**receive**
75:6
**received**
21:8,17 22:14,15
33:9 41:17 66:4
67:19,22 68:4
68:11
**receiving**
27:12 55:15
64:13 66:1
74:13
**recess**
79:3
**recognize**
26:22 27:5 31:22
38:6 39:15
65:19 79:8
80:10 81:12
**recollection**
27:7 30:22 43:9
51:21 56:15
58:15
**recommend**
43:7
**recommendation**
24:15 25:12,14
**record**
6:8 8:8 9:10 17:2
18:2 26:15,16
27:2,15 31:14
37:21 50:22
55:2,3,12 59:3
62:13 65:12
77:11 81:10
83:17,18 84:8
**reduced**
84:6
**REED**
4:3
**referred**
24:21 37:13
72:14 73:5
**referring**

34:10,17 39:8
65:22 79:20
**reflect**
64:1
**refresh**
27:7
**refused**
46:15,16
**regarding**
28:1 62:3 64:19
**Registered**
2:14
**regulations**
79:18 82:19
**related**
84:9
**relative**
84:11
**relayed**
28:17 50:2
**relevance**
77:6,22
**reluctant**
47:9
**remember**
13:13 15:15 16:7
28:6,13 29:4,12
31:2 33:11,17
34:4 37:7 39:2,3
43:22 44:14
45:3 46:3,8
50:11 51:14,16
53:2,5,7 57:9,10
57:10 58:17,21
60:9,11,12 67:8
82:6,20 83:5
**remind**
13:19
**repeat**
8:14 10:22
**repercussions**
45:16
**rephrase**
8:13 40:19
**report**
24:15,17,19,20,21
25:1,3,4,5 69:1

69:8 70:5,5 72:1
81:17
**reported**
1:22 69:13 70:9
70:18,22
**reporter**
2:14,15 7:11,14
62:6 77:11
**reports**
71:19
**represent**
6:12 27:1 59:11
**requesting**
73:4
**require**
71:1
**required**
69:1
**requirement**
70:4
**respond**
21:9,12
**responded**
30:17 44:22
47:15 58:8
**responding**
38:20
**response**
36:17
**responsible**
70:13
**result**
30:20
**resulting**
23:7
**retake**
71:2
**revealed**
42:9
**reverted**
54:18
**review**
15:8,10 26:14,19
31:20 38:3
55:11 59:6
65:15 68:18
69:18 81:7,9

**Rhonda**
1:12 2:1 5:2 6:2
6:10 30:14
**Rhonda's**
51:10
**right**
13:22 14:5 18:10
19:1 20:9 24:11
28:6 30:8 31:19
48:1 50:5 53:16
53:16 55:21
56:12,14 65:3,6
65:14 78:14
83:16
**role**
9:16,20 10:10,15
11:5,20 46:13
66:20
**room**
71:2
**Ross**
51:10
**rotation**
33:22 34:16 35:8
35:9,11 36:12
56:22 58:7
**rotations**
56:18
**routinely**
15:2 48:20
**RPR**
1:22
**rude**
50:20
**Ruiz**
20:22 21:9,22
23:12 64:17
65:18 66:1
68:12 77:1
**rules**
7:6 23:17
**run**
39:9 41:15
**runs**
39:7

——— **S** ———
**S**

3:1,11 4:1 5:1,6
6:1
**Sanders**
23:13 66:4,7
67:11,16,19
**sarcastic**
62:20
**satisfy**
69:16
**saw**
53:13 67:12
69:11
**saying**
32:11 36:17 52:7
53:6,7 60:11
67:8 69:12
**says**
16:17 29:7,19
30:13,21 33:20
36:21 38:17
44:9,17 45:22
51:9 58:6 63:7,9
63:11 79:16
**schedule**
50:15 56:20
57:13 58:16,16
60:5 65:3
**scheduled**
44:11 64:1
**school**
9:13 16:1 45:11
49:12 57:3 69:1
74:12,13,16
75:20 77:4,20
79:18
**schools**
70:5
**Schroth**
36:13,14,15,20
**Sciences**
9:14
**second**
79:15
**secretary**
25:19 64:4
**section**
38:13 60:2 61:20

**sections**
38:14
**security**
47:12
**see**
17:4 20:14,16
27:21 29:7 32:6
33:12 39:11,12
43:3 44:20 47:9
55:17 56:9
78:16
**seek**
42:21
**seen**
36:10 59:8 73:2
**semester**
52:14 53:10,22
54:11,18 62:1
63:3,9,10,12,13
**semesters**
54:14
**seminars**
15:2
**send**
47:10
**SENIOR**
4:5
**sense**
8:13
**sent**
25:18,18 33:19
36:12 67:10,14
**sentence**
30:13 32:13
52:12 61:21
**September**
55:16 56:8
**serious**
11:14
**services**
71:22
**set**
23:14 24:16 45:2
55:19 66:19
**setting**
24:11
**shaking**

7:17,19
**shared**
27:16
**shelf**
69:5,19
**short**
78:22
**shortchanged**
26:8
**show**
46:8
**sic**
36:18
**signatures**
25:20
**signed**
25:19
**similar**
48:21
**simply**
24:5 46:15,16
**Sina**
1:4 6:12 32:12
33:13 38:19
**situation**
20:3 71:18 79:17
**sleep**
60:21
**small**
39:9,9,22 41:4,11
53:3
**solely**
19:8
**somebody**
64:5,9
**sorry**
10:21 13:22
16:14 17:15,16
18:13 34:9
57:22 60:3 62:7
65:4 73:1
**sort**
29:12 45:16
**space**
64:6
**speak**
22:2,3 29:6 66:10

66:21
**speaking**
82:20
**specifically**
37:7 57:18
**speculate**
78:13
**speculation**
40:15
**spoke**
23:9 29:8 33:21
  68:12 82:8
**spoken**
68:5
**spot**
64:10
**spring**
61:15,20 63:12,12
**Stacy**
23:13 66:4,16
  67:16 77:1
**staff**
76:20
**Stagnaro-Green**
28:7,16 29:16
  30:10 60:14
  77:1
**stamp**
59:17
**stamped**
5:9,10,11,12,13
  5:14,15,16,17
  27:2 31:15
**standardized**
69:20
**standing**
23:22
**stands**
33:5
**start**
33:21 34:16 35:9
  36:11 56:18,22
  58:3
**started**
10:18
**starts**
32:11 35:7

**state**
6:8 33:14 34:8,15
  36:11 81:20
**stated**
73:21
**statement**
17:8 41:18 62:3
  63:1
**states**
1:1 60:4 61:21
**stating**
58:19
**status**
52:13
**stenotype**
84:6
**step**
23:7
**Stephanie**
1:22 2:13 84:2,17
**stopped**
54:20
**strain**
61:16,18
**Street**
2:6 3:13
**strike**
30:18 34:13
**struggling**
48:14 73:3,6,12
**student**
6:21 22:16,16
  23:13 45:7,13
  45:14 46:14,20
  47:8,10 48:14
  69:2,11 70:6,11
  70:19 71:18,22
  72:6,7,14 73:2,6
  73:14,16,20
  74:1,2 76:19
**students**
9:12 12:2 23:17
  23:22 24:2 37:6
  37:9 46:6 56:19
  66:14 67:9 68:7
  69:1,4,7 71:1,9
  71:20 72:18

74:12,15
**studies**
58:20
**subcommittee**
15:11 17:10
  23:10,11 24:12
  25:15 80:15,18
  80:20,21 81:18
**subject**
40:16 48:13,20
  71:5 76:12 77:6
  78:1
**suggest**
20:16
**suggested**
19:17 20:13 72:6
**suicide**
59:22
**suite**
2:7 3:6,14 4:8
  28:7
**summer**
11:16
**supposed**
30:1 36:2
**sure**
11:3 16:16 17:5
  23:12,20 24:18
  25:19 27:10
  36:5,6 43:2 46:2
  46:10 48:17
  51:7 60:18 63:6
  67:8 71:16
  74:14 79:2 83:1
**surgery**
69:5,19
**suspect**
69:2 70:6
**suspected**
70:11
**sworn**
6:3 84:5
**symptoms**
75:15
**system**
32:22

———————————
**T**

**T**
4:1 5:1,1,6
**tabbed**
17:20
**take**
7:8,22 8:21 9:2
  26:11,13 31:12
  35:7 44:4 55:9
  56:18 63:17
  78:21
**taken**
6:14 79:3 84:3,6
  84:10
**talk**
12:3 16:20 19:14
  19:17 20:12
  28:10 29:1,9
  35:13 36:18
  37:6,13 38:19
  42:2 43:4,5
  66:16
**talked**
16:7 34:15,20
  35:1 36:11
  42:16 49:18,21
  51:17 53:1 57:7
  57:11 58:15
  60:17,19,20
  66:18
**talking**
28:9,13 31:2
  43:12 52:20
  53:2,4,15,21
  54:5,5 57:14
  58:17 60:7,12
  61:2
**talks**
61:21
**tell**
9:11 11:12 17:6
  22:22 23:4
  30:19 42:5
  43:15,17 45:6
  61:4 67:1 72:8
  72:11 73:18
  82:15
**telling**

60:9
**tells**
72:7
**ten**
7:2
**testified**
6:5
**testify**
6:3
**testimony**
84:4,5,8
**Thank**
18:11 83:14,15
**thanked**
21:13
**Thanks**
18:10
**therapist**
43:13
**thing**
7:21 31:3
**things**
24:10 52:21
  56:20 58:17
**think**
9:9 11:7 16:5,17
  18:14 19:9 22:1
  27:13 28:18,22
  29:8 31:3 42:11
  45:13 51:6 52:8
  53:1,14 56:17
  57:12 60:14,17
  61:19 65:2,6
  66:12,16,18
  82:4,6
**third**
35:7 46:20 47:7
  56:22 58:7
**third-year**
56:19
**thought**
20:11,11 43:13
  51:22 68:16
**thread**
48:13
**three**
6:18 37:4 38:14

Case 1:14-cv-00929-ABJ   Document 24-3   Filed 09/18/15   Page 97 of 99
DEPOSITION OF RHONDA GOLDBERG
CONDUCTED ON TUESDAY, APRIL 21, 2015

95

time
  12:12 14:4,6
  15:15,18 16:2,4
  16:5 19:10,22
  20:20 21:4
  26:14 29:6 30:1
  35:14,18,21
  37:7 38:18 39:5
  41:2 43:17 44:1
  45:15 50:9
  51:13 56:1 57:3
  57:16 60:13,15
  60:18 61:5 68:3
  72:18 77:15
  83:15
times
  6:17 71:13 72:13
  74:5 76:18
today
  7:8,12 8:11 9:5
  15:8 17:3 79:16
told
  22:17 23:1 28:10
  43:11 60:5 67:2
  70:21 73:11,20
top
  52:12
training
  15:2
transcript
  26:6 31:8 37:20
  54:17 55:6 59:2
  65:11 79:6 80:8
  81:5
transitioned
  9:19
true
  84:8
truth
  6:3,4,4
try
  8:4 24:9
trying
  29:1 45:2
Tuesday
  1:14 29:15
turn

29:13 30:8 36:8
Twice
  6:18
two
  12:19 23:17,18,18
  44:9 53:5 56:22
  58:7 63:8 67:7
type
  6:19 14:20 15:2
  19:21 35:17
typewriting
  84:7

_____
        U
_____
U
  4:1
uh-huh
  7:17 13:3 19:12
  27:19 29:18,21
  30:16 32:1
  39:14 44:19
  50:16 52:15
  65:20 74:19,21
uh-uh
  7:17
uncomfortable
  19:1,16
underneath
  26:10
understand
  7:7,11 8:12,15
  26:13 32:13
  46:2 76:13,14
  76:17 78:6,14
understanding
  20:3 29:22 40:20
  41:7 53:20
  61:12
understood
  8:18 41:3
UNITED
  1:1
University
  1:8 4:2,4 6:13
  9:13 14:12
  77:19 78:4,19
  79:18
update

52:13
Use
  47:7

_____
        V
_____
vague
  76:11
Vegas
  3:7
version
  22:19
VICE
  4:5
violation
  18:6,8 21:20 23:8
  68:15,17 69:10
  79:14
vs
  1:6

_____
        W
_____
W
  3:5
wait
  8:2
wake
  60:18
waking
  60:13
want
  7:21 11:12 12:2
  16:20 17:4,13
  32:16,19 62:10
  73:17,18,22
  74:4 77:9
wanted
  45:12 56:8 66:18
  66:20
wanting
  56:16
Washington
  1:7,13 2:8 3:15
  4:2,4,9 6:13
  9:13,21 10:5
  11:8,18 13:2
  49:10 70:9,15
  77:18 78:4,18
  79:17

wasn't
  60:15
way
  16:19 20:8,21
  50:19 54:15
ways
  53:2 60:17,20
Wednesday
  38:10 64:8
week
  16:1 63:17
weekends
  62:4,6
weeks
  57:1 58:3,7
we'll
  16:19 53:6 65:7
  79:1
We're
  10:16
we've
  36:10
when's
  20:20
white
  16:1
William
  36:13
witness
  10:18,22 17:15
  40:17 46:3
  53:16 55:13
  62:12 71:7 76:2
  76:14 77:8,13
  78:3 84:4,5,8
word
  19:1 23:5 60:11
words
  27:17,21
work
  11:9 35:6 36:2
worked
  11:12,15,15 31:1
working
  11:8
works
  51:9 54:15 56:19

wouldn't
  54:21 64:10
Wow
  10:13
wrap
  78:22
write
  24:19 25:1,2,8
  40:16
writer
  40:15
writes
  48:20
writing
  25:12,22
written
  39:21 68:5
wrote
  24:15,17 48:18
  50:5

_____
        X
_____
x
  1:3,10 5:6

_____
        Y
_____
Yeah
  13:15 17:13 20:7
  22:6 24:2 32:5
  40:12 45:8
  48:22 49:20
  53:14 54:2
  56:17 59:16
  68:21 74:9
year
  16:11 35:8 54:17
  74:7,8,9,12
years
  7:2 9:19 10:12
  46:13 72:17
year-long
  54:12,16
Yo
  36:21
Yolanda
  36:21 37:3

_____
        0
_____

| | | | | |
|---|---|---|---|---|
| **000596** | **72:15** | 34:8,15 36:4 | **25** | **55** |
| 27:2 | **15th** | 37:15 38:10 | 46:12 72:17 | 5:12 |
| **000606** | 67:22 | 44:16 48:3,3 | **25-ish** | **58** |
| 27:3 | **165** | 49:2,14 53:19 | 9:19 69:6 | 5:13 |
| **000611** | 3:6 | 54:1 55:16 56:4 | **250** | **596** |
| 31:15 | **170** | 56:8 63:7 64:13 | 4:8 | 5:9 |
| **0006623** | 75:3 | 64:22 65:1,4,19 | **258** | **599** |
| 31:16 | **18th** | 68:9 69:20 | 5:17 | 29:13 |
| **001** | 38:10 81:22 83:7 | 74:11 76:18 | **26** | |
| 5:13 59:17 | **180** | 79:22 | 5:9 | **―――― 6 ――――** |
| | 74:17 | **2012-MS3** | **263** | |
| **―――― 1 ――――** | **19th** | 61:20 | 5:17 | **6** |
| | 44:21 48:3 49:2 | **2013** | **265** | 5:3,14 10:19 24:2 |
| **1** | **199** | 67:15 74:11 | 5:16 | 65:8,9,15 |
| 1:21 5:9 26:3,4 | 5:11 | 81:22 | **266** | **6th** |
| 26:12,20 27:2 | | **2015** | 5:15 | 34:15 36:10 |
| 39:13 | **―――― 2 ――――** | 1:14 | **293-1600** | **600** |
| **1st** | | **2019** | 2:9 3:16 | 30:9 |
| 55:19 64:22 65:4 | **2** | 84:22 | | **606** |
| **10** | 5:10 31:5,6,11,20 | **202** | **―――― 3 ――――** | 5:9 |
| 72:15 | 32:8 33:22 | 2:9 3:16 4:10 | | **611** |
| **10:05** | 34:16 35:9 | **21** | **3** | 5:10 32:8 54:3 |
| 1:15 | 36:12 54:3 | 1:14 | 5:11 37:17,18 | **612** |
| **10:30** | **20** | **2100** | 38:2,7 77:12 | 33:13 |
| 55:19 | 9:18 | 4:7 | **3:15** | **613** |
| **11** | **20th** | **213** | 66:5 | 34:5 |
| 51:10 | 2:6 3:13 16:22 | 44:15 | **300** | **615** |
| **11th** | 44:8 49:14 | **215** | 2:7 3:14 | 34:14 |
| 34:6,11 | 55:16 56:8 63:7 | 49:1 52:11 | **31** | **619** |
| **1120** | **200** | **216** | 5:10 84:22 | 36:8 |
| 2:6 3:13 | 39:15,17 40:8 | 50:12 | **37** | **622** |
| **12** | **2001** | **217** | 5:11 | 5:10 |
| 24:2 | 60:2 | 5:11 51:8 | | **624** |
| **12th** | **20036-3437** | **22nd** | **―――― 4 ――――** | 5:12 |
| 65:2 | 2:8 3:15 | 29:16 33:14,16,19 | | **625** |
| **12:15** | **20052** | **221** | **4** | 5:12 |
| 83:18 | 4:9 | 5:14 | 5:12 55:4,9 | **65** |
| **13th** | **201** | **23** | **4:15** | 5:14 |
| 33:10,16 54:3 | 39:18 40:8 | 69:7 | 40:22 | |
| **14** | **2010** | **23rd** | **4:30** | **―――― 7 ――――** |
| 11:10,13 | 60:3 76:18 | 34:8 40:22 | 49:15 | |
| **14th** | **2011** | **231** | **40** | **7** |
| 64:22 65:18 66:5 | 29:16 | 67:10 | 10:11 | 5:15 79:4,9 |
| 66:15 67:12,15 | **2011-MS1** | **233** | | **702** |
| 68:8,13 69:5,20 | 61:15 | 5:14 | **―――― 5 ――――** | 3:8 |
| 79:22 | **2012** | **24th** | | **713** |
| **14-929** | 16:22 17:1 18:13 | 30:10 | **5** | 51:11 |
| 1:6 | 18:15 20:2,20 | | 5:13 58:22 59:9 | **72** |
| **15** | 21:3,5,5,9 33:10 | | 59:11 77:12 | 14:14 |
| | | | **50** | **77** |
| | | | 10:21 | |

77:11
**7881**
3:5
**79**
5:15

---
**8**

**8**
5:16 80:5,6,11
**8th**
44:16 45:1 47:16
48:3,10
**80**
5:16
**80s**
13:8,8,8,12,14,15
75:9
**80452**
1:20
**81**
5:17
**84**
1:21
**89117**
3:7

---
**9**

**9**
5:17 81:3,7,13
**925-8787**
3:8
**994-4771**
4:10