Exhibit 4



Transcript of **Andrea Flory, M.D.**

**Date:** July 8, 2015

**Case:** Chenari -v- George Washington University

Planet Depos
Phone: 888-433-3767
Fax: 888-503-3767
Email: transcripts@planetdepos.com
Internet: www.planetdepos.com

Worldwide Court Reporting | Interpretation | Trial Services

1

1      IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT

2                          OF COLUMBIA

3

4      - - - - - - - - - - - - -x

5      SINA CHENARI,                    :

6              Plaintiff,               :

7        v.                             :   Civil Action No.

8      GEORGE WASHINGTON                :   14-929 (ABJ)

9      UNIVERSITY,                      :

10             Defendant.

11     - - - - - - - - - - - - -x

12

13             Deposition of ANDREA FLORY, M.D.

14                     Washington, DC

15                Wednesday, July 8, 2015

16                        3:18 p.m.

17

18

19

20     Job No.: 86614

21     Pages: 1 - 43

22     Reported By: Avinoam Miller

2

1        Deposition of ANDREA FLORY, M.D., held at the

2    offices of:

3

4

5

6            PLANET DEPOS

7            1100 Connecticut Avenue

8            Suite 950

9            Washington, DC 20036

10           (888) 433-3767

11

12

13

14

15

16        Pursuant to Notice, before Avinoam Miller, Notary

17    Public in and for the District of Columbia.

18

19

20

21

22

3

1               A P P E A R A N C E S

2        ON BEHALF OF PLAINTIFF CHENARI:

3             JASON J. BACH, ESQUIRE

4             THE BACH LAW FIRM, LLC

5             7881 W. Charleston Blvd.

6             Suite 165

7             Las Vegas, Nevada 89117

8             (702) 925-8787

9             (Via mobile videoconference)

10

11        ON BEHALF OF DEFENDANT GEORGE WASHINGTON

12        UNIVERSITY:

13             ALLYSON C. KITCHEL, ESQUIRE

14             JACKSON & CAMPBELL, P.C.

15             1120 Twentieth Street, N.W.

16             South Tower

17             Washington, DC 20036

18             (202) 457-1600

19

20

21

22

4

C O N T E N T S

EXAMINATION OF ANDREA FLORY, M.D.                    PAGE

     By Mr. Bach                                      5

E X H I B I T S

          (Attached to transcript)

FLORY DEPOSITION EXHIBIT                             PAGE

 Exhibit 1      E-mails                              19

 Exhibit 2      Chenari 232 and 235                  29

 Exhibit 3      Discussion about meeting             36

Deposition of Andrea Flory, M.D.
Conducted on July 8, 2015

5

1                    P R O C E E D I N G S

2      Whereupon,

3                        ANDREA FLORY, M.D.,

4      being first duly sworn or affirmed to testify to the

5      truth, the whole truth, and nothing but the truth, was

6      examined and testified as follows:

7            EXAMINATION BY COUNSEL FOR THE PLAINTIFF

8      BY MR. BACH:

9            Q    Good afternoon.

10           A    Hello.

11           Q    Can you state --

12           A    I'm sorry?

13           Q    Can you state your name for the record,

14     please?

15           A    I'm sorry.

16           Q    Can you state your name for the record,

17     please?

18           A    Yes.  My name is Andrea Flory.

19           Q    And, Dr. Flory, have you ever had your

20     deposition taken before?

21           A    No.

22           Q    All right.  I just want to go over a few of

Deposition of Andrea Flory, M.D.
Conducted on July 8, 2015

6

1    the ground rules, how a deposition takes place.  You

2    understand that everything that is being said here

3    today either by me on the phone or by anyone else in

4    that room is being taken down by the court reporter.

5    You understand that?

6         A    Yes.

7         Q    And you understand that the oath that you

8    took here today is the same oath that you would take

9    in a court of law?

10        A    Yes.

11        Q    There are certain things that we do in

12   normal conversations that we cannot do in a deposition

13   for the sake of having an accurate transcript.  One of

14   those things is, you know, we have to answer with a

15   yes or no as opposed to saying something like uh-huh,

16   uh-uh, or nodding your head.

17            And, also, we have to wait for each other to

18   finish our questions and answers before, you know, we

19   ask another question or we answer a question.  You may

20   know what I'm asking you, but please let me answer --

21   please let me finish the question before you answer

22   the question.  Okay?

Deposition of Andrea Flory, M.D.
Conducted on July 8, 2015

7

1        A   I understand.

2        Q   If I ask you a question that you don't

3    understand, feel free to ask me to rephrase it or

4    repeat it, you know.  It will probably happen where a

5    question is asked that is, you know, being a bad

6    question.  Okay?

7        A   I'm sorry.  I didn't understand the last

8    part.  It's a bad -- what question?

9        Q   Sure.  If I ask you a question that you

10   don't understand, please ask me to rephrase it or

11   repeat it.  Okay?

12       A   Yes.

13       Q   Okay.  However, if I ask you a question and

14   you answer the question, then I'm going to assume that

15   you understood the question.  Is that fair?

16       A   I understand, yes.

17       Q   Okay.  Dr. Flory, how are you currently

18   employed?

19       A   I am currently employed by the Medical

20   Faculty Associates.

21       Q   By Medical Faculty Associates?

22       A   Correct.

Deposition of Andrea Flory, M.D.
Conducted on July 8, 2015

8

1          Q    And what is your position with them?

2          A    I'm an assistant professor of general

3     internal medicine.

4          Q    And is Medical Faculty Associates affiliated

5     with George Washington University?

6          A    It is a nonprofit organization.  It's, I

7     believe, separately incorporated.

8          Q    Okay.  Are they affiliated with them?

9          A    Can you describe to me what you mean by

10    "affiliated"?  I'm not sure what the definition of

11    that term is.

12         Q    Are you aware of any relationship between

13    Medical Faculty Associates and George Washington

14    University?

15         A    Yes.

16         Q    What -- what is their relationship?

17         A    It's a long and complicated relationship,

18    but my understanding is that the current relationship

19    is primarily that they are independent but that they

20    have agreements for the use of time of clinical

21    faculty members as teaching faculty for the medical

22    school, which falls under the university.

Deposition of Andrea Flory, M.D.
Conducted on July 8, 2015

9

1          Q    Okay.  And how long have you been employed

2     by Medical Faculty Associates?

3          A    How long have I been employed?  I have been

4     employed there since September 2005 or approximately

5     then.

6          Q    And what was -- how were you employed before

7     you were employed by Medical Faculty Associates?

8          A    What do you mean, how was I employed?  I'm

9     not sure I understand the question.

10         Q    Were you employed before you worked there?

11         A    Yes.

12         Q    Where were you employed at?

13         A    I was employed at -- I'm trying to remember

14    the exact name -- at a medical facility in Bristol,

15    Rhode Island.

16         Q    Okay.  And what medical facility were you

17    employed at?

18         A    I'm sorry.  That was not a -- I apologize.

19    I'm blanking on the exact name of it.  Bristol County

20    Medical Center, maybe.  I'm not certain.

21         Q    Okay.  Is it -- is it a hospital?

22         A    No.  It was a multidisciplinary physician

Deposition of Andrea Flory, M.D.
Conducted on July 8, 2015

10

1    group.

2         Q    Okay.  And what was -- what was your job

3    position with them?

4         A    I worked as a primary care physician.

5         Q    Okay.  And how long were you employed there?

6         A    Approximately three years.

7         Q    So I assume you're a medical doctor; is that

8    correct?

9         A    That is correct.

10        Q    And where did you obtain your medical degree

11   from?

12        A    George Washington University School of

13   Medicine and Health Sciences.

14        Q    Doctor, do you understand that I represent

15   Mr. Sina Chenari in a lawsuit against George

16   Washington University?  Is that -- is that true?

17        A    Yes.

18        Q    Okay.  Do you have a recollection of

19   Mr. Chenari?

20        A    I do.

21        Q    Before I get to that, did you review any

22   documents in preparation for your deposition here

11

1    today?

2            MS. KITCHEL:  Objection to the extent that

3    his question is asking you to tell him about things

4    that you and I discussed and did in preparation for

5    your deposition.  If you did anything else outside of

6    what you and I did together, you should tell him.

7            THE WITNESS:  I did not review any documents

8    in preparation for today prior to entering this room.

9    BY MR. BACH:

10       Q   Okay.  What was the first time that you

11   recall any type of interaction with Mr. Chenari?

12       A   I don't recall the exact date.

13       Q   If you know, approximately?

14       A   I would be speculating, but I suspect that

15   it was in his first year of medical school.

16       Q   Do you know why you would've been in contact

17   with him --

18       A   Yes.

19       Q   -- or what the nature of that contact was?

20       A   That, I do.  My recollection is that it was

21   regarding his performance in a standardized patient

22   examination.

Deposition of Andrea Flory, M.D.
Conducted on July 8, 2015

12

1          Q    And do you know -- strike that.

2               Did someone ask you to get in contact with

3     Mr. Chenari, or did he seek you out?

4               MS. KITCHEL:  Jason, could you repeat that

5     question.  I was not able to understand what you've

6     said.

7          Q    Sure.  Did -- were you asked by a third

8     party to contact Mr. Chenari or did he seek you out?

9               MS. KITCHEL:  Objection.  Form and

10    foundation.

11              I may object from time to time.

12              THE WITNESS:  Sure.

13              MS. KITCHEL:  Unless I tell you not to

14    answer, like I did before, go ahead and answer the

15    question.

16              THE WITNESS:  Okay.  He did not seek me out.

17    It was -- our initial contact was either because of

18    his performance on the -- well, it was because of his

19    performance on the performance based exam.

20    BY MR. BACH:

21         Q    Okay.  So in your current position with

22    Medical Faculty Associates, what are your job duties?

Deposition of Andrea Flory, M.D.
Conducted on July 8, 2015

13

1          A   My current job duties or my duties at the

2     time -- at that time?

3          Q   Let's go back -- let's go back to 2012 and

4     2013.  Say January 2012 to April 2013, did your job

5     duties remain the same during that time?

6          A   I'm thinking, because they have evolved

7     quite a bit over the last three years, and the exact

8     time line isn't clear to me.  I can tell you that in

9     2012 I was the course director for Doctor/Patient

10    Society as well as practicing as a primary care

11    physician via the Medical Faculty Associates.

12         Q   So in your role as the course director, what

13    were your job duties in that role?

14         A   Do you want me to list all of my job duties?

15         Q   Sure.

16         A   Okay.  I'll speak of them in general

17    categories since there were quite a number of

18    different job duties.  One is to oversee the

19    curriculum for the course.  Another is to ensure that

20    we had sufficient, appropriate faculty for the small

21    groups that taught in the course.  Another was to

22    update curriculum materials, update testing materials.

Deposition of Andrea Flory, M.D.
Conducted on July 8, 2015

14

1          Another was to teach my own small group for

2     the course; evaluate students within the small

3     group -- my own small group; review the performance to

4     write or update and review the performance based

5     evaluations for the course; to assist in

6     troubleshooting of any difficulties with any of the

7     components of the course; to assign final grades to

8     the course; to coordinate that course with the other

9     courses that all fell under the heading of the

10    practice of medicine; to help guide the administrative

11    staff working with the course at the medical school.

12    Those -- those are the job duty categories that I can

13    think of.

14          Q    Okay.  All right.  Thank you.

15          Do you recall who brought Mr. Chenari to

16    your attention the first time that you had contact

17    with him?

18          A    No.

19          Q    You stated a few minutes ago that he was

20    brought to your attention because he was having some

21    trouble in one of the courses; is that correct?

22          A    On the performance based exam.

Deposition of Andrea Flory, M.D.
Conducted on July 8, 2015

15

1      Q    Okay.  What is the performance based exam?

2      A    So we're now talking about that course that

3  no longer exists.  So when I speak in past tense, that

4  is because that course has -- has gone away in the

5  changes with the medical school.  So in Doctor/Patient

6  Society, there were two performance based exams per

7  year in which students were asked to demonstrate the

8  clinical skills they had been learning in simulated

9  encounters with standardized patients.

10     Q    Okay.  And you say "standardized patients."

11  Are you talking about actors or other students?

12     A    In the exams they are generally actors.  I

13  can't think of any exceptions to that.  We do use

14  other peers as standardized patients in low stake

15  situations, but the simulated patients for the

16  performance based exams, without any exception that I

17  can recall, are actors.

18          MS. KITCHEL:  All right.  His question was

19  just are they actors or students.

20     A    Right.

21     Q    Okay.  Thank you.

22          What was the issue that was brought to your

16

1    attention involving Mr. Chenari and the simulated

2    exams?

3         A   He had low scores on the simulated exams --

4    on the performance based exams.

5         Q   And what were you asked to do in regards to

6    that?

7         A   It was our procedure to identify students

8    who had not performed well on the exams and ask them

9    to participate in a remediation process to help them

10   better learn the skills.

11        Q   Okay.  Did you meet with Mr. Chenari in

12   person?

13        A   I don't know if I met with him in person the

14   first time that he participated in remediation, but I

15   met with him on at least one occasion during

16   remediation.

17        Q   Okay.  Did you meet with students -- strike

18   that.

19            What is your role in facilitating the

20   remediation for this performance based exam?

21        A   The role -- the DPS, Doctor/Patient Society,

22   no longer exists, but my previous role in that course

Deposition of Andrea Flory, M.D.
Conducted on July 8, 2015

17

1    was to participate as one of the faculty in assisting

2    in the remediation of students.

3         Q    Okay.  When you were in that role when you

4    had that program, did students remediate and not meet

5    with you in person?

6         A    They met with one of several faculty

7    members.  It was randomly assigned which faculty

8    member they would meet with.  The remediation occurred

9    at the same time for multiple students, so several

10   faculty participated.

11        Q    Okay.  Do you know if Mr. Chenari remediated

12   that performance based exam?

13        A    Which performance based exam?

14        Q    Strike that.

15             Do you know if Mr. Chenari remediated the

16   simulated performance based exam?

17        A    Which one are you speaking of?  There were

18   over four during his two years.

19        Q    The first one that you -- that you had had

20   correspondence, communication.

21        A    I don't know.  I don't know the timing.  I

22   know that he did remediate a performance based exam.

Deposition of Andrea Flory, M.D.
Conducted on July 8, 2015

18

1      Q   Okay.  So after the first issue that you had

2   communication with Mr. Chenari about, when was the

3   next time that you recall having any type of

4   communication with him?

5      A   I don't recall.

6        MR. BACH:  Did they bring in the exhibits,

7   or did you get the exhibits?

8        MS. KITCHEL:  Yes.

9   BY MR. BACH:

10      Q   Okay.  So there's a group of e-mails --

11   let's see.  Do you have GW Chenari 199?

12      A   Yes.

13        MS. KITCHEL:  I've handed it to the witness.

14   It has not been marked, though.

15        MR. BACH:  Right.  And then do you have

16   page 203 after that?

17        MS. KITCHEL:  Yes.  Yes.

18        MR. BACH:  And then do you have 213 after

19   that?

20        MS. KITCHEL:  Yes.

21        MR. BACH:  And 215 through 19?

22        MS. KITCHEL:  Yes.

Deposition of Andrea Flory, M.D.
Conducted on July 8, 2015

19

1          MR. BACH:  Let's mark that as Exhibit 1,

2     please.

3          (Flory Deposition Exhibit 1 was marked for

4     identification and attached to transcript.)

5          MS. KITCHEL:  Let's be on the record.

6     Jason, can you run through the pages and confirm which

7     pages are going to go into Exhibit 1?

8          MR. BACH:  Yes.  GW Chenari 000199, 203,

9     213, 215, 216, 217, 218, and 219.

10          MS. KITCHEL:  All right.  We're going to

11     collectively mark that as Exhibit 1.

12          MR. BACH:  Yes.

13     BY MR. BACH:

14      Q   Dr. Flory, if you could take a look at

15     Exhibit 1 and let me know when you've had an

16     opportunity to review it.

17      A   Okay.

18          MS. KITCHEL:  Jason, are you talking about

19     page 199, or are you talking about the entirety of

20     Exhibit 1?

21          MR. BACH:  The entire exhibit.

22          THE WITNESS:  Oh, I'm sorry.

Deposition of Andrea Flory, M.D.
Conducted on July 8, 2015

20

1          MS. KITCHEL:  Look though all of these and

2     familiarize yourself.

3          THE WITNESS:  Got it.  Okay.  I'm ready.

4     BY MR. BACH:

5          Q    Okay.  I realize that some of these

6     e-mails -- I realize that you weren't a party to all

7     of those e-mails.  Have you seen all of these e-mails

8     before?

9          MS. KITCHEL:  Prior to today.

10         A    Not that I recall, no.

11         Q    Okay.  On the first page of Exhibit 1 there

12    is a series of e-mails that took place between January

13    18th and January 23rd in which you were a party to.

14    Do you recall these e-mails?

15         A    No, not specifically.

16         Q    This e-mail that was sent on January 23rd of

17    2012, would you agree that was an e-mail from you to

18    Dr. Goldberg?  Is that correct?

19         A    Dean Goldberg, yes.

20         Q    Okay.  And there was a document attached to

21    that e-mail to Dean Goldberg; is that correct?

22         A    It appears so.

Deposition of Andrea Flory, M.D.
Conducted on July 8, 2015

21

1          MS. KITCHEL:  Objection.  Form.

2      Q    And do you know if that document that was

3  attached is included in this Exhibit 1 somewhere?

4      A    I don't see anything that I can identify as

5  being that document.  I don't have much information

6  about what it is.

7      Q    Okay.  The document at the end of Exhibit 1,

8  on pages 218 and 219, do you recognize that document?

9          MS. KITCHEL:  Objection.  Form and

10  foundation.

11     A    When you say do I recognize it, do I spec --

12  is your question whether I specifically recall this

13  document?

14     Q    Have you ever seen this document before

15  today?

16     A    I don't specifically recall seeing this

17  document before today.

18     Q    Okay.  So are you saying you have not seen

19  this document before today?

20     A    I recall asking Charlie's mentors in the

21  group to write up concerns about -- that they had

22  expressed to me.  However, I don't have any

Deposition of Andrea Flory, M.D.
Conducted on July 8, 2015

22

1    recollection about whether this matches the document

2    that they wrote up.  It certainly could be that

3    document, but I don't remember the details of it

4    enough to say whether this was the same document.

5         Q   Okay.  Who -- who did you ask to write up

6    their concerns about Mr. Chenari?

7         A   It would have been one or both of his

8    Doctor/Patient Society mentors, Dr. Seema Kakar and

9    Dr. Richard Cytowic.

10        Q   On how many occasions did you ask them to

11   write up their concerns of Mr. Chenari?

12        A   I don't recall.

13        Q   Do you know if it was more than one?

14        A   I don't recall.

15        Q   Did you speak to Mr. Chenari about the

16   concerns that are expressed on pages 218 and 219?

17        A   It depends on what level of specificity.  I

18   don't recall discussing any specific concerns that are

19   documented here, but it's likely that we discussed

20   that his mentors were concerned about his performance

21   in the small group.

22        Q   Okay.  Did you discuss with Mr. Chenari what

23

1    he could do to improve himself?

2        A    When you say "improve himself," what do you

3    mean?

4        Q    What did you speak to Mr. Chenari about when

5    you received these concerns?

6            MS. KITCHEL:  Objection.  Asked and

7    answered.

8            THE WITNESS:  Does that mean I shouldn't

9    answer?

10           MS. KITCHEL:  Unless I tell you not to, go

11   ahead.

12           THE WITNESS:  Okay.  Can you repeat the

13   question just one more time so I answer it correctly?

14   BY MR. BACH:

15       Q    What did you speak to Mr. Chenari about when

16   you received these concerns on pages 218 and 219?

17       A    My conversation with him would've been

18   primarily about his performance on the performance

19   based exam.  But in my role as DPS director, I would

20   have been aware at some point that his small group

21   leaders were concerned about him as well.

22           So I recall that we discussed whether his

24

1    performance based exam skill problems were limited

2    only to the exams, and I recall a general discussion

3    that there were concerns about him in this other

4    setting.

5         Q    And what were those concerns about him in

6    the other setting that you're referring to?

7         A    The concerns were that he wasn't

8    interviewing well, that he wasn't connecting well on

9    an empathetic level with the standardized patients

10   that they interview in the groups.

11        Q    Okay.  Did you discuss with Mr. Chenari what

12   he could do to improve?

13        A    Yes.

14        Q    And what did you discuss in that regard?

15        A    We discussed specific behaviors.  I can give

16   you some examples of things that I generally

17   discussed.  I don't recall the exact behaviors that we

18   would've discussed together, but generally we

19   addressed verbal and nonverbal communication behaviors

20   that help physicians connect better with patients.

21        Q    Do you know if Mr. Chenari did improve after

22   you met with him or corresponded with him?

Deposition of Andrea Flory, M.D.
Conducted on July 8, 2015

25

1        A    I don't know.

2        Q    Okay.  If I can ask you to turn to page 213

3    of Exhibit 1.  Do you recognize this document?

4        A    I don't recall this specific document, no.

5        Q    Okay.  Do you recognize it as the e-mail

6    that came from you to Dean Goldberg?

7        A    Yes.

8        Q    In this e-mail you asked Dean Goldberg if

9    she was able to give any follow-up regarding

10   Mr. Chenari.  Do you know what prompted you to send

11   this e-mail?

12       A    It appears that it was prompted by an e-mail

13   the previous day from Dr. Cytowic asking if there had

14   been any news on Charlie.

15       Q    Okay.  And do you know why he was seeking

16   new information on Mr. Chenari?

17       A    I do not.

18       Q    And had you spoken to Dean Goldberg about

19   meeting with Mr. Chenari before you sent this e-mail

20   on February 8th?

21       A    Had I spoken to her about meeting with him?

22       Q    Yes.

Deposition of Andrea Flory, M.D.
Conducted on July 8, 2015

26

1        A    I don't recall.

2        Q    Did you have an understanding that

3   Dean Goldberg was going to meet with Mr. Chenari?

4        A    That would be the typical procedure that

5   would happen when there are concerns about a student

6   raised by small group leaders.

7        Q    And then after Dean Goldberg would meet the

8   students, would you then inform the small group

9   leaders that that meeting has taken place?

10       A    Not as a matter of procedure, no.

11       Q    Okay.  By looking at these e-mails that were

12   sent to you, does it appear that the small group

13   leaders were requesting that information from you?

14       A    That's what it appears to me.

15       Q    Okay.  If I can ask you to look at the next

16   page, on 215?

17       A    215?

18       Q    Yes.

19       A    Okay.

20       Q    I realize that you're not a party to the

21   e-mail.  However, have you seen that e-mail prior to

22   today?

Deposition of Andrea Flory, M.D.
Conducted on July 8, 2015

27

1          A    No.

2          Q    In the e-mail from -- from Dr. Cytowic, I

3      believe his name is, to Dean Goldberg, do you see on

4      the second line he asked a question:  Has he had an

5      intervention?  Do you see that?

6          A    I see that.

7          Q    Are you aware of anything within George

8      Washington Medical School that is called an

9      intervention?

10              (Whereupon, a brief recess was held.)

11     BY MR. BACH:

12         Q    Dr. Flory, have you ever heard anything

13     within the George Washington University Medical School

14     called and intervention?

15         A    I'm familiar with the word, but, no, I don't

16     think there's anything that I'm aware of that is an

17     intervention at the medical school.

18         Q    Okay.  Did you ever hear anyone say that

19     Mr. Chenari was going to have an intervention?

20         A    No.

21         Q    Dr. Flory, I believe you said that you're a

22     primary care physician; is that correct?

Deposition of Andrea Flory, M.D.
Conducted on July 8, 2015

28

1          A    That is correct.

2          Q    In that role, have you ever treated an

3    individual with ADHD?

4          A    Do you mean do any of my patients have ADHD?

5          Q    Sure, yes.

6          A    Yes, I have patients who have ADHD.

7          Q    And, of those patients, do you treat any of

8    those patients for their ADHD?

9          A    No.

10         Q    Do you know what the symptoms of ADHD are?

11         A    I'm familiar with them from a generalist

12   level, yes.

13         Q    Okay.  What are the symptoms that -- I

14   understand you're not an expert on ADHD, but what is

15   your understanding of what the symptoms could be?

16         A    You want me to tell you what I am aware

17   of -- the symptoms of ADHD to be for the general

18   population?

19         Q    Yes.

20         A    Okay.  So I would say that ADHD is a

21   constellation of symptoms that starts in childhood,

22   typically, and is characterized by inattention,

29

1    disorganization, hyperactivity, inability to sustain

2    attention, distractibility.  That -- that's my

3    understanding of ADHD.

4         Q    Okay.  In the exhibit pile there, there

5    should be a document marked Chenari 232 and Chenari

6    235.

7              MS. KITCHEL:  All right.  I've handed those

8    to the witness.

9         Q    Can we mark that as Exhibit 2?

10             (Flory Deposition Exhibit 2 was marked for

11   identification and attached to transcript.)

12        A    Do you want me to look at them?

13        Q    Yes.  Can you please review them and let me

14   know when you've had a chance to do that?

15        A    (Witness complies.)

16             Okay.

17        Q    Do you recognize those documents?

18        A    I'm sorry.  Do I recognize what?

19        Q    Do you recognize these documents?

20        A    No.

21        Q    In reading the first page, the page marked

22   Chenari 232, do you know what the purpose of this

Deposition of Andrea Flory, M.D.
Conducted on July 8, 2015

30

1   e-mail was that you are copied on?

2       A   From reading it, it appears that Charlie was

3   asked to work with several faculty members to see

4   patients.

5       Q   And by looking at this e-mail, does it

6   appear that you were one of the faculty members that

7   he was to work with?

8       A   It does indeed.

9       Q   And do you know if in fact he did work with

10  you on September the 12th as it references here?

11      A   I don't know if he worked with me on that

12  specific date, but I do recall that he joined me

13  seeing patients on one occasion.

14      Q   Okay.  And what did he -- what did he do --

15  what was involved with him joining you in seeing

16  patients?

17      A   I don't recall much beyond the fact that he

18  saw two patients with me, and I, at least, watched him

19  do part of an interview or physical examination.

20      Q   Okay.  Do you recall how he did?

21      A   I have a general impression of him doing

22  better on -- with one patient -- connecting better

Deposition of Andrea Flory, M.D.
Conducted on July 8, 2015

31

1   with one patient than the other, getting better

2   information from one patient than the other.  But I

3   don't really recall any other specifics.

4        Q    Would you have graded him for these

5   interviews?

6        A    When you say "graded," what do you mean?

7        Q    Either a letter grade or pass/fail or any

8   type of evaluation?

9        A    I don't recall, and that would be very

10   unusual to -- to ask someone to assign any sort of

11   score based on a non-standardized set of very scant

12   patient data.  So I would be very surprised if we

13   scored them in any way.

14        Q    Okay.  Is there any way that you evaluate or

15   report how the student did on that particular day?

16        A    If I did, my guess would be that I was to

17   give comments about his performance.

18        Q    Did you feel that his performance was

19   satisfactory all over?

20        A    I don't recall.

21        Q    Do you recall how long he spent with you

22   that day?

Deposition of Andrea Flory, M.D.
Conducted on July 8, 2015

32

1        A    I don't recall, but it would be unusual if

2    it would've been fewer than an hour or more than four.

3        Q    Okay.  Do you recall any odd behaviors that

4    Mr. Chenari was exhibiting on that day?

5        A    No, I don't recall.

6        Q    If I could ask you to look at the second

7    page marked Chenari 235, do you recall writing this

8    document?

9        A    I don't recall writing this document.

10       Q    Do you recall any conversations that you had

11   with Mr. Chenari about him needing assistance?

12       A    I recall that at least on one occasion he

13   told me that he had a lot of test-taking anxiety and

14   that he felt that his performance was far worse on the

15   performance based exams than it was in other settings,

16   and he felt that this may be due to anxiety.  So I

17   suggested this woman because she had helped me come up

18   with ideas for helping other students around the

19   problem of test-taking anxiety on the performance

20   based exams.

21       Q    And when did Mr. Chenari tell you about his

22   anxiety?

Deposition of Andrea Flory, M.D.
Conducted on July 8, 2015

33

1          A    I don't know.

2          Q    Did Mr. Chenari inform you that he had been

3     diagnosed with ADHD?

4          A    Not that I recall.

5          Q    Are you aware that the George Washington

6     University School of Medicine has a Disability

7     Resource Center?

8          A    I'm aware of Disability Student Services,

9     yes.

10         Q    Okay.  Did -- have you ever referred a

11    student to Disability Student Services?

12         A    No.

13         Q    In this particular case with Mr. Chenari,

14    why did you refer him to a therapist as opposed to

15    Disability Student Services on campus?

16         A    I didn't refer him to -- when you say "refer

17    to a therapist," as a primary care physician, that

18    indicates that I'm -- in my mind, that I am directing

19    him to a therapist.  That was not something that I

20    did.  I offered him a resource that he and I had

21    discussed together.  I don't consider it my role to

22    direct students to mental health resources.  It's only

Deposition of Andrea Flory, M.D.
Conducted on July 8, 2015

34

1    upon their request.

2        Q    So you discussed resources with Mr. Chenari;

3    is that correct?

4        A    Yes.

5        Q    What other resources other than this

6    therapist did you discuss with Mr. Chenari?

7        A    I don't recall specifically.  I can tell you

8    that I typically refer students to the dean's office.

9    Or if they request something specifically of me, I

10   help them if I consider it within my purview as -- as

11   a course director.

12       Q    Okay.  In October of 2012, were you aware

13   that there was a Disability Student Services office?

14       A    I don't know.  I'm primarily aware of it now

15   for a different issue.

16           MS. KITCHEL:  The question was:  Then, were

17   you aware?

18       A    I don't recall.

19           MS. KITCHEL:  There's your answer.

20       Q    Did you have a meeting with Mr. -- strike

21   that.

22           Did you have a meeting with Mr. Chenari and

Deposition of Andrea Flory, M.D.
Conducted on July 8, 2015

35

1    Dean Goldberg where his anxiety was discussed?

2         A   No.

3         Q   After this e-mail that was sent on October

4    4th of 2012, did Mr. Chenari respond to you in any

5    way.

6         A   I don't know.

7         Q   After this correspondence on October 4th of

8    2012, what was the next communication that you had

9    with Mr. Chenari?

10        A   I don't know.

11        Q   Did you eventually learn that there was an

12   academic dishonesty allegation against Mr. Chenari?

13        A   Yes.

14        Q   When did you learn that?

15        A   I don't know the date.

16        Q   Do you know approximately when?

17        A   No.

18        Q   Are you familiar with the Medical Student

19   Evaluation Committee?

20        A   Yes.

21        Q   Are you a member of that committee, or were

22   you a member of that committee in 2013?

Deposition of Andrea Flory, M.D.
Conducted on July 8, 2015

36

1        A    Yes, I was, and I am.

2        Q    Okay.  And can you tell me what that

3   committee is?

4        A    What the committee is, it's a medical school

5   committee that helps work with struggling students or

6   students for whom there are academic issues.

7        Q    Does that committee make recommendations?

8        A    Yes.

9        Q    All right.  And there should be a document

10  in the exhibit pile marked GW Chenari 592.

11            MS. KITCHEL:  I've handed that to the

12  witness.

13       Q    Can we mark that as Exhibit 3?

14            (Flory Deposition Exhibit 3 was marked for

15  identification and attached to transcript.)

16       Q    Can you please take a look at Exhibit 3 and

17  let me know when you've had an opportunity to review

18  that?

19       A    (Witness complies.)

20            Yes.  I'm ready.

21       Q    Have you seen this document before?

22       A    Not before today.

Deposition of Andrea Flory, M.D.
Conducted on July 8, 2015

37

1        Q    In the document, it discusses a meeting that

2   took place on April 18th of 2013.  Do you see that?

3        A    Yes.

4        Q    Do you recall being at that meeting on that

5   day?

6        A    Yes.

7        Q    What took place at that meeting in regards

8   to Mr. Chenari?

9        A    We met to talk about an incident that had

10  occurred.  Information was given to us to review.

11  Then Mr. Chenari was brought in, allowed to speak.  He

12  left.  We discussed the allegations and the

13  information that we were given and then had made a

14  recommendation.

15       Q    Okay.  And in this document that is marked

16  as Exhibit 3, it indicates that there was a

17  recommendation that was made unanimously.  Is that

18  your recollection as well?

19       A    I recall that it passed.  I don't know what

20  the vote was.

21       Q    During this meeting, did Mr. Chenari speak?

22       A    I don't recall whether he spoke or not.

Deposition of Andrea Flory, M.D.
Conducted on July 8, 2015

38

1     Q   Do you recall if anyone spoke as to the

2     allegations that were made against Mr. Chenari at this

3     meeting?

4     A   I'm not sure.  I mean, other than the

5     members of the MSEC?

6     Q   No.  I mean, anyone that was in the room.

7     A   We spoke as part of the normal course of the

8     committee.

9     Q   Okay.  Well, I've never been to one of these

10    before, so I'm just trying to understand what -- how

11    this process was played.  Did someone present

12    information as to the allegation -- against

13    Mr. Chenari?

14    A   I can review what we normally do.  I don't

15    recall the specifics how of the proceedings went in

16    this case.

17    Q   Okay.  How did it normally -- how did it

18    normally work?

19    A   So typically Dean Goldberg tells us a very

20    brief summary of why the student is in front of the

21    committee.  We review any pertinent documents.  Then

22    the student comes in and they're invited by Dean

Deposition of Andrea Flory, M.D.
Conducted on July 8, 2015

39

1    Goldberg to speak about what happened.  The committee

2    members are then offered the chance to ask any

3    questions of the student.  The student is typically

4    given a final chance before the committee to say

5    whatever else they want us to know about that

6    incident, and then they're invited to leave the room.

7             The committee discusses what has just

8    transpired and the information in the documents.  Then

9    a proposal is made or motion is made and voted on.

10        Q    During this meeting on April 18, did you

11   have the opportunity to ask Mr. Chenari a few

12   questions?

13        A    I was given the opportunity.

14        Q    And did you?

15        A    I don't recall.

16        Q    Did you have an understanding that the

17   allegations against Mr. Chenari were involving an exam

18   that he had taken?

19        A    Yes.

20        Q    Were you aware that Mr. Chenari was alleging

21   that his behavior was related to his testing anxiety?

22        A    I don't recall what his explanation was for

Deposition of Andrea Flory, M.D.
Conducted on July 8, 2015

40

1  his behavior.

2      Q   During the meeting on April 18th, did you

3  ask Mr. Chenari if his behavior could be related to

4  the testing anxiety that he previously spoke with you

5  about?

6      A   I don't recall asking that, no.

7      Q   When discussing this with other members of

8  the committee, did you inform the other members of the

9  committee that Mr. Chenari had spoken to you

10  previously about his testing anxiety?

11      A   I don't recall.

12      Q   Did you feel that Mr. Chenari's testing

13  anxiety that he had previously spoken with you about

14  was in any way relevant to the allegations that were

15  being made against him?

16          MS. KITCHEL:  Objection.  Form and

17  foundation.

18          You can answer if you know.

19      A   I don't recall.

20      Q   Okay.

21          MR. BACH:  All right.  I have no further

22  questions.

Deposition of Andrea Flory, M.D.
Conducted on July 8, 2015

41

1          MS. KITCHEL:  All right.  We have no

2     questions.  We'll read.

3          MR. BACH:  Thank you, Dr. Flory.  I

4     appreciate your time.

5          THE COURT REPORTER:  Transcript orders?

6          MR. BACH:  Just e-tran and mini.

7          (Off the Record at 4:27 p.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

Deposition of Andrea Flory, M.D.
Conducted on July 8, 2015

42

1              ACKNOWLEDGMENT OF DEPONENT

2         I, ANDREA FLORY, M.D., do hereby

3    acknowledge that I have read and examined the

4    foregoing testimony, and the same is a true, correct

5    and complete transcription of the testimony given by

6    me and any corrections appear on the attached Errata

7    sheet signed by me.

8

9    _____    _____

10       (DATE)                    (SIGNATURE)

11

12

13

14

15

16

17

18

19

20

21

22

Deposition of Andrea Flory, M.D.
Conducted on July 8, 2015

43

 1          CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

 2

 3          I, Avinoam Miller, the officer before whom

 4   the foregoing proceedings were taken, do hereby

 5   certify that the foregoing transcript is a true and

 6   accurate record of the proceedings; that said

 7   proceedings were taken by me stenographically and

 8   thereafter reduced to typewriting under my

 9   supervision; that reading and signing was requested;

10   and that I am neither counsel for, related to, nor

11   employed by any of the parties to this case and have

12   no interest, financial or otherwise, in its outcome.

13          In WITNESS WHEREOF, I have hereunto set my

14   hand this 19th day of July, 2015.

15

16

17   My commission expires March 14, 2020.

18

19

20   _____

21   NOTARY PUBLIC IN AND FOR

22   THE DISTRICT OF COLUMBIA

## A

**ABJ**
1:8
**able**
12:5 25:9
**about**
4:13 11:3 15:2,11 18:2
  19:18,19 21:6,21 22:1
  22:6,15,20 23:4,15,18
  23:21 24:3,5 25:18,21
  26:5 31:17 32:11,21
  37:9 39:1,5 40:5,10
  40:13
**academic**
35:12 36:6
**accurate**
6:13 43:6
**acknowledge**
42:3
**ACKNOWLEDGM...**
42:1
**Action**
1:7
**actors**
15:11,12,17,19
**addressed**
24:19
**ADHD**
28:3,4,6,8,10,14,17,20
  29:3 33:3
**administrative**
14:10
**affiliated**
8:4,8,10
**affirmed**
5:4
**after**
18:1,16,18 24:21 26:7
  35:3,7
**afternoon**
5:9
**against**
10:15 35:12 38:2,12
  39:17 40:15
**ago**
14:19
**agree**

20:17
**agreements**
8:20
**ahead**
12:14 23:11
**all**
5:22 13:14 14:9,14
  15:18 19:10 20:1,6,7
  29:7 31:19 36:9
  40:21 41:1
**allegation**
35:12 38:12
**allegations**
37:12 38:2 39:17 40:14
**alleging**
39:20
**allowed**
37:11
**ALLYSON**
3:13
**also**
6:17
**Andrea**
1:13 2:1 4:2 5:3,18
  42:2
**another**
6:19 13:19,21 14:1
**answer**
6:14,19,20,21 7:14
  12:14,14 23:9,13
  34:19 40:18
**answered**
23:7
**answers**
6:18
**anxiety**
32:13,16,19,22 35:1
  39:21 40:4,10,13
**any**
8:12 10:21 11:7,11
  14:6,6 15:13,16 18:3
  21:22 22:18 25:9,14
  31:14 32:3,10 35:4
  38:21 39:2 40:14
  42:6 43:11
**anyone**

6:3 27:18 38:1,6
**anything**
11:5 21:4 27:7,12,16
**apologize**
9:18
**appear**
26:12 30:6 42:6
**appears**
20:22 25:12 26:14 30:2
**appreciate**
41:4
**appropriate**
13:20
**approximately**
9:4 10:6 11:13 35:16
**April**
13:4 37:2 39:10 40:2
**around**
32:18
**asked**
7:5 12:7 15:7 16:5 23:6
  25:8 27:4 30:3
**asking**
6:20 11:3 21:20 25:13
  40:6
**assign**
14:7 31:10
**assigned**
17:7
**assist**
14:5
**assistance**
32:11
**assistant**
8:2
**assisting**
17:1
**Associates**
7:20,21 8:4,13 9:2,7
  12:22 13:11
**assume**
7:14 10:7
**attached**
4:9 19:4 20:20 21:3
  29:11 36:15 42:6
**attention**
14:16,20 16:1 29:2

**Avenue**
2:7
**Avinoam**
1:22 2:16 43:3
**aware**
8:12 23:20 27:7,16
  28:16 33:5,8 34:12,14
  34:17 39:20
**away**
15:4

## B

**B**
4:8
**Bach**
3:3,4 4:3 5:8 11:9
  12:20 18:6,9,15,18,21
  19:1,8,12,13,21 20:4
  23:14 27:11 40:21
  41:3,6
**back**
13:3,3
**bad**
7:5,8
**based**
12:19 14:4,22 15:1,6
  15:16 16:4,20 17:12
  17:13,16,22 23:19
  24:1 31:11 32:15,20
**because**
12:17,18 13:6 14:20
  15:4 32:17
**been**
9:1,3,3 11:16 15:8
  18:14 22:7 23:17,20
  25:14 32:2 33:2 38:9
**before**
2:16 5:20 6:18,21 9:6
  9:10 10:21 12:14
  20:8 21:14,17,19
  25:19 36:21,22 38:10
  39:4 43:3
**BEHALF**
3:2,11
**behavior**
39:21 40:1,3
**behaviors**
24:15,17,19 32:3

being
5:4 6:2,4 7:5 21:5 37:4
40:15
believe
8:7 27:3,21
better
16:10 24:20 30:22,22
31:1
between
8:12 20:12
beyond
30:17
bit
13:7
blanking
9:19
Blvd
3:5
both
22:7
brief
27:10 38:20
bring
18:6
Bristol
9:14,19
brought
14:15,20 15:22 37:11

——————
C
——————
C
3:1,13 4:1 5:1
called
27:8,14
came
25:6
CAMPBELL
3:14
campus
33:15
care
10:4 13:10 27:22 33:17
case
33:13 38:16 43:11
categories
13:17 14:12
Center
9:20 33:7

certain
6:11 9:20
certainly
22:2
CERTIFICATE
43:1
certify
43:5
chance
29:14 39:2,4
changes
15:5
characterized
28:22
Charleston
3:5
Charlie
25:14 30:2
Charlie's
21:20
Chenari
1:5 3:2 4:12 10:15,19
11:11 12:3,8 14:15
16:1,11 17:11,15 18:2
18:11 19:8 22:6,11,15
22:22 23:4,15 24:11
24:21 25:10,16,19
26:3 27:19 29:5,5,22
32:4,7,11,21 33:2,13
34:2,6,22 35:4,9,12
36:10 37:8,11,21 38:2
38:13 39:11,17,20
40:3,9
Chenari's
40:12
childhood
28:21
Civil
1:7
clear
13:8
clinical
8:20 15:8
collectively
19:11
Columbia
1:2 2:17 43:22

come
32:17
comes
38:22
comments
31:17
commission
43:17
committee
35:19,21,22 36:3,4,5,7
38:8,21 39:1,4,7 40:8
40:9
communication
17:20 18:2,4 24:19
35:8
complete
42:5
complicated
8:17
complies
29:15 36:19
components
14:7
concerned
22:20 23:21
concerns
21:21 22:6,11,16,18
23:5,16 24:3,5,7 26:5
confirm
19:6
connect
24:20
Connecticut
2:7
connecting
24:8 30:22
consider
33:21 34:10
constellation
28:21
contact
11:16,19 12:2,8,17
14:16
conversation
23:17
conversations
6:12 32:10

coordinate
14:8
copied
30:1
correct
7:22 10:8,9 14:21
20:18,21 27:22 28:1
34:3 42:4
corrections
42:6
correctly
23:13
corresponded
24:22
correspondence
17:20 35:7
could
12:4 19:14 22:2 23:1
24:12 28:15 32:6
40:3
counsel
5:7 43:10
County
9:19
course
13:9,12,19,21 14:2,5,7
14:8,8,11 15:2,4
16:22 34:11 38:7
courses
14:9,21
court
1:1 6:4,9 41:5
current
8:18 12:21 13:1
currently
7:17,19
curriculum
13:19,22
Cytowic
22:9 25:13 27:2

——————
D
——————
D
5:1
data
31:12
date
11:12 30:12 35:15

42:10
**day**
25:13 31:15,22 32:4
37:5 43:14
**DC**
1:14 2:9 3:17
**Dean**
20:19,21 25:6,8,18
26:3,7 27:3 35:1
38:19,22
**dean's**
34:8
**Defendant**
1:10 3:11
**definition**
8:10
**degree**
10:10
**demonstrate**
15:7
**depends**
22:17
**DEPONENT**
42:1
**DEPOS**
2:6
**deposition**
1:13 2:1 4:10 5:20 6:1
6:12 10:22 11:5 19:3
29:10 36:14
**describe**
8:9
**details**
22:3
**diagnosed**
33:3
**different**
13:18 34:15
**difficulties**
14:6
**direct**
33:22
**directing**
33:18
**director**
13:9,12 23:19 34:11
**Disability**

33:6,8,11,15 34:13
**discuss**
22:22 24:11,14 34:6
**discussed**
11:4 22:19 23:22 24:15
24:17,18 33:21 34:2
35:1 37:12
**discusses**
37:1 39:7
**discussing**
22:18 40:7
**discussion**
4:13 24:2
**dishonesty**
35:12
**disorganization**
29:1
**distractibility**
29:2
**District**
1:1,1 2:17 43:22
**doctor**
10:7,14
**Doctor/Patient**
13:9 15:5 16:21 22:8
**document**
20:20 21:2,5,7,8,13,14
21:17,19 22:1,3,4
25:3,4 29:5 32:8,9
36:9,21 37:1,15
**documented**
22:19
**documents**
10:22 11:7 29:17,19
38:21 39:8
**doing**
30:21
**down**
6:4
**DPS**
16:21 23:19
**Dr**
5:19 7:17 19:14 20:18
22:8,9 25:13 27:2,12
27:21 41:3
**due**
32:16

**duly**
5:4
**during**
13:5 16:15 17:18 37:21
39:10 40:2
**duties**
12:22 13:1,1,5,13,14
13:18
**duty**
14:12

_____
**E**
_____
**E**
3:1,1 4:1,8 5:1,1
**either**
6:3 12:17 31:7
**else**
6:3 11:5 39:5
**empathetic**
24:9
**employed**
7:18,19 9:1,3,4,6,7,8
9:10,12,13,17 10:5
43:11
**encounters**
15:9
**enough**
22:4
**ensure**
13:19
**entering**
11:8
**entire**
19:21
**entirety**
19:19
**Errata**
42:6
**ESQUIRE**
3:3,13
**evaluate**
14:2 31:14
**evaluation**
31:8 35:19
**evaluations**
14:5
**eventually**
35:11

**ever**
5:19 21:14 27:12,18
28:2 33:10
**everything**
6:2
**evolved**
13:6
**exact**
9:14,19 11:12 13:7
24:17
**exam**
12:19 14:22 15:1 16:20
17:12,13,16,22 23:19
24:1 39:17
**examination**
4:2 5:7 11:22 30:19
**examined**
5:6 42:3
**examples**
24:16
**exams**
15:6,12,16 16:2,3,4,8
24:2 32:15,20
**exception**
15:16
**exceptions**
15:13
**exhibit**
4:10,11,12,13 19:1,3,7
19:11,15,20,21 20:11
21:3,7 25:3 29:4,9,10
36:10,13,14,16 37:16
**exhibiting**
32:4
**exhibits**
18:6,7
**exists**
15:3 16:22
**expert**
28:14
**expires**
43:17
**explanation**
39:22
**expressed**
21:22 22:16
**extent**

11:2
**e-mail**
20:16,17,21 25:5,8,11
25:12,19 26:21,21
27:2 30:1,5 35:3
**e-mails**
4:11 18:10 20:6,7,7,12
20:14 26:11
**e-tran**
41:6

---

**F**

**facilitating**
16:19
**facility**
9:14,16
**fact**
30:9,17
**faculty**
7:20,21 8:4,13,21,21
9:2,7 12:22 13:11,20
17:1,6,7,10 30:3,6
**fair**
7:15
**falls**
8:22
**familiar**
27:15 28:11 35:18
**familiarize**
20:2
**far**
32:14
**February**
25:20
**feel**
7:3 31:18 40:12
**fell**
14:9
**felt**
32:14,16
**few**
5:22 14:19 39:11
**fewer**
32:2
**final**
14:7 39:4
**financial**
43:12

**finish**
6:18,21
**FIRM**
3:4
**first**
5:4 11:10,15 14:16
16:14 17:19 18:1
20:11 29:21
**Flory**
1:13 2:1 4:2,10 5:3,18
5:19 7:17 19:3,14
27:12,21 29:10 36:14
41:3 42:2
**follows**
5:6
**follow-up**
25:9
**foregoing**
42:4 43:4,5
**Form**
12:9 21:1,9 40:16
**foundation**
12:10 21:10 40:17
**four**
17:18 32:2
**free**
7:3
**front**
38:20
**further**
40:21

---

**G**

**G**
5:1
**general**
8:2 13:16 24:2 28:17
30:21
**generalist**
28:11
**generally**
15:12 24:16,18
**George**
1:8 3:11 8:5,13 10:12
10:15 27:7,13 33:5
**getting**
31:1
**give**

24:15 25:9 31:17
**given**
37:10,13 39:4,13 42:5
**go**
5:22 12:14 13:3,3 19:7
23:10
**going**
7:14 19:7,10 26:3
27:19
**Goldberg**
20:18,19,21 25:6,8,18
26:3,7 27:3 35:1
38:19 39:1
**gone**
15:4
**Good**
5:9
**grade**
31:7
**graded**
31:4,6
**grades**
14:7
**ground**
6:1
**group**
10:1 14:1,3,3 18:10
21:21 22:21 23:20
26:6,8,12
**groups**
13:21 24:10
**guess**
31:16
**guide**
14:10
**GW**
18:11 19:8 36:10

---

**H**

**H**
4:8
**hand**
43:14
**handed**
18:13 29:7 36:11
**happen**
7:4 26:5
**happened**

39:1
**head**
6:16
**heading**
14:9
**health**
10:13 33:22
**hear**
27:18
**heard**
27:12
**held**
2:1 27:10
**Hello**
5:10
**help**
14:10 16:9 24:20 34:10
**helped**
32:17
**helping**
32:18
**helps**
36:5
**here**
6:2,8 10:22 22:19
30:10
**hereby**
42:2 43:4
**hereunto**
43:13
**himself**
23:1,2
**hospital**
9:21
**hour**
32:2
**hyperactivity**
29:1

---

**I**

**ideas**
32:18
**identification**
19:4 29:11 36:15
**identify**
16:7 21:4
**impression**
30:21

improve
23:1,2 24:12,21
inability
29:1
inattention
28:22
incident
37:9 39:6
included
21:3
incorporated
8:7
indeed
30:8
independent
8:19
indicates
33:18 37:16
individual
28:3
inform
26:8 33:2 40:8
information
21:5 25:16 26:13 31:2
    37:10,13 38:12 39:8
initial
12:17
interaction
11:11
interest
43:12
internal
8:3
intervention
27:5,9,14,17,19
interview
24:10 30:19
interviewing
24:8
interviews
31:5
invited
38:22 39:6
involved
30:15
involving
16:1 39:17

Island
9:15
issue
15:22 18:1 34:15
issues
36:6

**J**

J
3:3
JACKSON
3:14
January
13:4 20:12,13,16
Jason
3:3 12:4 19:6,18
job
1:20 10:2 12:22 13:1,4
    13:13,14,18 14:12
joined
30:12
joining
30:15
July
1:15 43:14

**K**

Kakar
22:8
KITCHEL
3:13 11:2 12:4,9,13
    15:18 18:8,13,17,20
    18:22 19:5,10,18 20:1
    20:9 21:1,9 23:6,10
    29:7 34:16,19 36:11
    40:16 41:1
know
6:14,18,20 7:4,5 11:13
    11:16 12:1 16:13
    17:11,15,21,21,22
    19:15 21:2 22:13
    24:21 25:1,10,15
    28:10 29:14,22 30:9
    30:11 33:1 34:14
    35:6,10,15,16 36:17
    37:19 39:5 40:18

**L**

Las
3:7
last
7:7 13:7
law
3:4 6:9
lawsuit
10:15
leaders
23:21 26:6,9,13
learn
16:10 35:11,14
learning
15:8
least
16:15 30:18 32:12
leave
39:6
left
37:12
letter
31:7
let's
13:3,3 18:11 19:1,5
level
22:17 24:9 28:12
limited
24:1
line
13:8 27:4
list
13:14
LLC
3:4
long
8:17 9:1,3 10:5 31:21
longer
15:3 16:22
look
19:14 20:1 26:15 29:12
    32:6 36:16
looking
26:11 30:5
lot
32:13
low
15:14 16:3

**M**

March
43:17
mark
19:1,11 29:9 36:13
marked
18:14 19:3 29:5,10,21
    32:7 36:10,14 37:15
matches
22:1
materials
13:22,22
matter
26:10
mean
8:9 9:8 23:3,8 28:4
    31:6 38:4,6
medical
7:19,21 8:4,13,21 9:2,7
    9:14,16,20 10:7,10
    11:15 12:22 13:11
    14:11 15:5 27:8,13,17
    35:18 36:4
medicine
8:3 10:13 14:10 33:6
meet
16:11,17 17:4,8 26:3,7
meeting
4:13 25:19,21 26:9
    34:20,22 37:1,4,7,21
    38:3 39:10 40:2
member
17:8 35:21,22
members
8:21 17:7 30:3,6 38:5
    39:2 40:7,8
mental
33:22
mentors
21:20 22:8,20
met
16:13,15 17:6 24:22
    37:9
Miller
1:22 2:16 43:3
mind
33:18

**mini**
41:6
**minutes**
14:19
**mobile**
3:9
**motion**
39:9
**MSEC**
38:5
**multidisciplinary**
9:22
**multiple**
17:9
**M.D**
1:13 2:1 4:2 5:3 42:2

— N —

**N**
3:1 4:1,1 5:1
**name**
5:13,16,18 9:14,19
27:3
**nature**
11:19
**needing**
32:11
**neither**
43:10
**Nevada**
3:7
**never**
38:9
**new**
25:16
**news**
25:14
**next**
18:3 26:15 35:8
**nodding**
6:16
**nonprofit**
8:6
**nonverbal**
24:19
**non-standardized**
31:11
**normal**

**normally**
38:14,17,18
**Notary**
2:16 43:1,21
**nothing**
5:5
**Notice**
2:16
**number**
13:17
**N.W**
3:15

— O —

**O**
4:1 5:1
**oath**
6:7,8
**object**
12:11
**Objection**
11:2 12:9 21:1,9 23:6
40:16
**obtain**
10:10
**occasion**
16:15 30:13 32:12
**occasions**
22:10
**occurred**
17:8 37:10
**October**
34:12 35:3,7
**odd**
32:3
**offered**
33:20 39:2
**office**
34:8,13
**officer**
43:3
**offices**
2:2
**Oh**
19:22
**Okay**
6:22 7:6,11,13,17 8:8

9:1,16,21 10:2,5,18
11:10 12:16,21 13:16
14:14 15:1,10,21
16:11,17 17:3,11 18:1
18:10 19:17 20:3,5,11
20:20 21:7,18 22:5,22
23:12 24:11 25:2,5,15
26:11,15,19 27:18
28:13,20 29:4,16
30:14,20 31:14 32:3
33:10 34:12 36:2
37:15 38:9,17 40:20
**one**
6:13 13:18 14:21 16:15
17:1,6,17,19 22:7,13
23:13 30:6,13,22 31:1
31:2 32:12 38:9
**opportunity**
19:16 36:17 39:11,13
**opposed**
6:15 33:14
**orders**
41:5
**organization**
8:6
**other**
6:17 14:8 15:11,14
24:3,6 31:1,2,3 32:15
32:18 34:5,5 38:4
40:7,8
**otherwise**
43:12
**outcome**
43:12
**outside**
11:5
**oversee**
13:18
**own**
14:1,3

— P —

**P**
3:1,1 5:1
**page**
4:2,10 18:16 19:19
20:11 25:2 26:16
29:21,21 32:7

**pages**
1:21 19:6,7 21:8 22:16
23:16
**part**
7:8 30:19 38:7
**participate**
16:9 17:1
**participated**
16:14 17:10
**particular**
31:15 33:13
**parties**
43:11
**party**
12:8 20:6,13 26:20
**passed**
37:19
**pass/fail**
31:7
**past**
15:3
**patient**
11:21 30:22 31:1,2,12
**patients**
15:9,10,14,15 24:9,20
28:4,6,7,8 30:4,13,16
30:18
**peers**
15:14
**performance**
11:21 12:18,19,19 14:3
14:4,22 15:1,6,16
16:4,20 17:12,13,16
17:22 22:20 23:18,18
24:1 31:17,18 32:14
32:15,19
**performed**
16:8
**person**
16:12,13 17:5
**pertinent**
38:21
**phone**
6:3
**physical**
30:19
**physician**

9:22 10:4 13:11
27:22 33:17
**physicians**
24:20
**pile**
29:4 36:10
**place**
6:1 20:12 26:9 37:2,7
**Plaintiff**
1:6 3:2 5:7
**PLANET**
2:6
**played**
38:11
**please**
5:14,17 6:20,21 7:10
19:2 29:13 36:16
**point**
23:20
**population**
28:18
**position**
8:1 10:3 12:21
**practice**
14:10
**practicing**
13:10
**preparation**
10:22 11:4,8
**present**
38:11
**previous**
16:22 25:13
**previously**
40:4,10,13
**primarily**
8:19 23:18 34:14
**primary**
10:4 13:10 27:22 33:17
**prior**
11:8 20:9 26:21
**probably**
7:4
**problem**
32:19
**problems**
24:1

**procedure**
16:7 26:4,10
**proceedings**
38:15 43:4,6,7
**process**
16:9 38:11
**professor**
8:2
**program**
17:4
**prompted**
25:10,12
**proposal**
39:9
**Public**
2:17 43:1,21
**purpose**
29:22
**Pursuant**
2:16
**purview**
34:10
**P.C**
3:14
**p.m**
1:16 41:7

---
**Q**
---
**question**
6:19,19,21,22 7:2,5,6,8
7:9,13,14,15 9:9 11:3
12:5,15 15:18 21:12
23:13 27:4 34:16
**questions**
6:18 39:3,12 40:22
41:2
**quite**
13:7,17

---
**R**
---
**R**
3:1 5:1
**raised**
26:6
**randomly**
17:7
**read**
41:2 42:3

**reading**
29:21 30:2 43:9
**ready**
20:3 36:20
**realize**
20:5,6 26:20
**really**
31:3
**recall**
11:11,12 14:15 15:17
18:3,5 20:10,14 21:12
21:16,20 22:12,14,18
23:22 24:2,17 25:4
26:1 30:12,17,20 31:3
31:9,20,21 32:1,3,5,7
32:9,10,12 33:4 34:7
34:18 37:4,19,22 38:1
38:15 39:15,22 40:6
40:11,19
**received**
23:5,16
**recess**
27:10
**recognize**
21:8,11 25:3,5 29:17
29:18,19
**recollection**
10:18 11:20 22:1 37:18
**recommendation**
37:14,17
**recommendations**
36:7
**record**
5:13,16 19:5 41:7 43:6
**reduced**
43:8
**refer**
33:14,16,16 34:8
**references**
30:10
**referred**
33:10
**referring**
24:6
**regard**
24:14
**regarding**

11:21 25:9
**regards**
16:5 37:7
**related**
39:21 40:3 43:10
**relationship**
8:12,16,17,18
**relevant**
40:14
**remain**
13:5
**remediate**
17:4,22
**remediated**
17:11,15
**remediation**
16:9,14,16,20 17:2,8
**remember**
9:13 22:3
**repeat**
7:4,11 12:4 23:12
**rephrase**
7:3,10
**report**
31:15
**Reported**
1:22
**reporter**
6:4 41:5 43:1
**represent**
10:14
**request**
34:1,9
**requested**
43:9
**requesting**
26:13
**resource**
33:7,20
**resources**
33:22 34:2,5
**respond**
35:4
**review**
10:21 11:7 14:3,4
19:16 29:13 36:17
37:10 38:14,21

Deposition of Andrea Flory, M.D.
Conducted on July 8, 2015

Rhode
9:15
Richard
22:9
right
5:22 14:14 15:18,20
18:15 19:10 29:7
36:9 40:21 41:1
role
13:12,13 16:19,21,22
17:3 23:19 28:2
33:21
room
6:4 11:8 38:6 39:6
rules
6:1
run
19:6

**S**

S
3:1 4:1,8 5:1
sake
6:13
same
6:8 13:5 17:9 22:4 42:4
satisfactory
31:19
saw
30:18
say
13:4 15:10 21:11 22:4
23:2 27:18 28:20
31:6 33:16 39:4
saying
6:15 21:18
scant
31:11
school
8:22 10:12 11:15 14:11
15:5 27:8,13,17 33:6
36:4
Sciences
10:13
score
31:11
scored
31:13

scores
16:3
second
27:4 32:6
see
18:11 21:4 27:3,5,6
30:3 37:2
seeing
21:16 30:13,15
seek
12:3,8,16
seeking
25:15
Seema
22:8
seen
20:7 21:14,18 26:21
36:21
send
25:10
sent
20:16 25:19 26:12 35:3
separately
8:7
September
9:4 30:10
series
20:12
Services
33:8,11,15 34:13
set
31:11 43:13
setting
24:4,6
settings
32:15
several
17:6,9 30:3
sheet
42:7
SHORTHAND
43:1
should
11:6 29:5 36:9
shouldn't
23:8
SIGNATURE

42:10
signed
42:7
signing
43:9
simulated
15:8,15 16:1,3 17:16
Sina
1:5 10:15
since
9:4 13:17
situations
15:15
skill
24:1
skills
15:8 16:10
small
13:20 14:1,2,3 22:21
23:20 26:6,8,12
Society
13:10 15:6 16:21 22:8
some
14:20 20:5 23:20 24:16
someone
12:2 31:10 38:11
something
6:15 33:19 34:9
somewhere
21:3
sorry
5:12,15 7:7 9:18 19:22
29:18
sort
31:10
South
3:16
speak
13:16 15:3 22:15 23:4
23:15 37:11,21 39:1
speaking
17:17
spec
21:11
specific
22:18 24:15 25:4 30:12
specifically

20:15 21:12,16 34:7,9
specificity
22:17
specifics
31:3 38:15
speculating
11:14
spent
31:21
spoke
37:22 38:1,7 40:4
spoken
25:18,21 40:9,13
staff
14:11
stake
15:14
standardized
11:21 15:9,10,14 24:9
starts
28:21
state
5:11,13,16
stated
14:19
STATES
1:1
stenographically
43:7
Street
3:15
strike
12:1 16:17 17:14 34:20
struggling
36:5
student
26:5 31:15 33:8,11,11
33:15 34:13 35:18
38:20,22 39:3,3
students
14:2 15:7,11,19 16:7
16:17 17:2,4,9 26:8
32:18 33:22 34:8
36:5,6
sufficient
13:20
suggested

32:17
**Suite**
2:8 3:6
**summary**
38:20
**supervision**
43:9
**sure**
7:9 8:10 9:9 12:7,12
  13:15 28:5 38:4
**surprised**
31:12
**suspect**
11:14
**sustain**
29:1
**sworn**
5:4
**symptoms**
28:10,13,15,17,21

――――――― T ―――――――
**T**
4:1,1,8
**take**
6:8 19:14 36:16
**taken**
5:20 6:4 26:9 39:18
  43:4,7
**takes**
6:1
**talk**
37:9
**talking**
15:2,11 19:18,19
**taught**
13:21
**teach**
14:1
**teaching**
8:21
**tell**
11:3,6 12:13 13:8
  23:10 28:16 32:21
  34:7 36:2
**tells**
38:19
**tense**

15:3
**term**
8:11
**testified**
5:6
**testify**
5:4
**testimony**
42:4,5
**testing**
13:22 39:21 40:4,10,12
**test-taking**
32:13,19
**Thank**
14:14 15:21 41:3
**therapist**
33:14,17,19 34:6
**things**
6:11,14 11:3 24:16
**think**
14:13 15:13 27:16
**thinking**
13:6
**third**
12:7
**three**
10:6 13:7
**time**
8:20 11:10 12:11,11
  13:2,2,5,8 14:16
  16:14 17:9 18:3
  23:13 41:4
**timing**
17:21
**today**
6:3,8 11:1,8 20:9 21:15
  21:17,19 26:22 36:22
**together**
11:6 24:18 33:21
**told**
32:13
**took**
6:8 20:12 37:2,7
**Tower**
3:16
**transcript**
4:9 6:13 19:4 29:11

36:15 41:5 43:5
**transcription**
42:5
**transpired**
39:8
**treat**
28:7
**treated**
28:2
**trouble**
14:21
**troubleshooting**
14:6
**true**
10:16 42:4 43:5
**truth**
5:5,5,5
**trying**
9:13 38:10
**turn**
25:2
**Twentieth**
3:15
**two**
15:6 17:18 30:18
**type**
11:11 18:3 31:8
**typewriting**
43:8
**typical**
26:4
**typically**
28:22 34:8 38:19 39:3

――――――― U ―――――――
**uh-huh**
6:15
**uh-uh**
6:16
**unanimously**
37:17
**under**
8:22 14:9 43:8
**understand**
6:2,5,7 7:1,3,7,10,16
  9:9 10:14 12:5 28:14
  38:10
**understanding**

8:18 26:2 28:15 29:3
  39:16
**understood**
7:15
**UNITED**
1:1
**university**
1:9 3:12 8:5,14,22
  10:12,16 27:13 33:6
**unusual**
31:10 32:1
**update**
13:22,22 14:4
**use**
8:20 15:13

――――――― V ―――――――
**v**
1:7
**Vegas**
3:7
**verbal**
24:19
**videoconference**
3:9
**vote**
37:20
**voted**
39:9

――――――― W ―――――――
**W**
3:5
**wait**
6:17
**want**
5:22 13:14 28:16 29:12
  39:5
**Washington**
1:8,14 2:9 3:11,17 8:5
  8:13 10:12,16 27:8,13
  33:5
**wasn't**
24:7,8
**watched**
30:18
**way**
31:13,14 35:5 40:14

Wednesday
1:15
went
38:15
weren't
20:6
We'll
41:2
we're
15:2 19:10
whatever
39:5
WHEREOF
43:13
Whereupon
5:2 27:10
whole
5:5
witness
11:7 12:12,16 18:13
  19:22 20:3 23:8,12
  29:8,15 36:12,19
  43:13
woman
32:17
word
27:15
work
30:3,7,9 36:5 38:18
worked
9:10 10:4 30:11
working
14:11
worse
32:14
would've
11:16 23:17 24:18 32:2
write
14:4 21:21 22:5,11
writing
32:7,9
wrote
22:2

**X**

x
1:4,11 4:8

**Y**

year
11:15 15:7
years
10:6 13:7 17:18
yourself
20:2

**0**

000199
19:8

**1**

1
1:21 4:11 19:1,3,7,11
  19:15,20 20:11 21:3,7
  25:3
1100
2:7
1120
3:15
12th
30:10
14
43:17
14-929
1:8
165
3:6
18
39:10
18th
20:13 37:2 40:2
19
4:11 18:21
19th
43:14
199
18:11 19:19

**2**

2
4:12 29:9,10
20036
2:9 3:17
2005
9:4
2012

13:3,4,9 20:17 34:12
  35:4,8
2013
13:4,4 35:22 37:2
2015
1:15 43:14
202
3:18
2020
43:17
203
18:16 19:8
213
18:18 19:9 25:2
215
18:21 19:9 26:16,17
216
19:9
217
19:9
218
19:9 21:8 22:16 23:16
219
19:9 21:8 22:16 23:16
23rd
20:13,16
232
4:12 29:5,22
235
4:12 29:6 32:7
29
4:12

**3**

3
4:13 36:13,14,16 37:16
3:18
1:16
36
4:13

**4**

4th
35:4,7
4:27
41:7
43
1:21

433-3767
2:10
457-1600
3:18

**5**

5
4:3
592
36:10

**7**

702
3:8
7881
3:5

**8**

8
1:15
8th
25:20
86614
1:20
888
2:10
89117
3:7

**9**

925-8787
3:8
950
2:8