Exhibit 5



Transcript of **JESSICA RUIZ**

**Date:** April 20, 2015

**Case:** CHENARI v. GEORGE WASHINGTON UNIVERSITY

Planet Depos
Phone: 888-433-3767
Fax: 888-503-3767
Email: transcripts@planetdepos.com
Internet: www.planetdepos.com

Worldwide Court Reporting | Interpretation | Trial Services

1

<pre>
 1              UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF COLUMBIA

 3    ------------------------------x

 4    SINA CHENARI,                   :

 5              Plaintiff,            :

 6        v.                          :   Civil Action No.:

 7    GEORGE WASHINGTON UNIVERSITY,  :   14-929 (ABJ)

 8              Defendant.            :

 9    ------------------------------x

10

11              Deposition of JESSICA RUIZ

12                  Washington, D.C.

13                Monday, April 20, 2015

14                     3:03 p.m.

15

16

17

18

19

20    Job No.: 80451

21    Pages: 1 - 45

22    Reported By: Dawn M. Hart, Notary Public, RPR/RMR/CRR
</pre>

2

1          Deposition of JESSICA RUIZ, held at the law

2     offices of:

3

4

5               JACKSON & CAMPBELL, P.C.

6               1120 20th Street, Northwest

7               Suite 300 South

8               Washington, D.C.  20036

9               (202) 457-1600

10

11

12

13

14        Pursuant to Notice, before Dawn M. Hart,

15     RPR/RMR/CRR and Notary Public in and for the District

16     of Columbia.

17

18

19

20

21

22

DEPOSITION OF JESSICA RUIZ
CONDUCTED ON MONDAY, APRIL 20, 2015

3

1                  A P P E A R A N C E S

2          ON BEHALF OF THE PLAINTIFF:

3                  JASON J. BACH, ESQUIRE

4                  THE BACH LAW FIRM, LLC

5                  7881 W. Charleston Boulevard

6                  Suite 165

7                  Las Vegas, Nevada  89117

8                  (702) 925-8787

9

10         ON BEHALF OF THE DEFENDANT:

11                 ALLYSON C. KITCHEL, ESQUIRE

12                 MARCELLO GRAY, ESQUIRE

13                 JACKSON & CAMPBELL, P.C.

14                 1120 20th Street, Northwest

15                 Suite 300 South

16                 Washington, D.C.  20036

17                 (202) 457-1600

18

19         ALSO PRESENT:

20                 SINA CHENARI

21

22

DEPOSITION OF JESSICA RUIZ
CONDUCTED ON MONDAY, APRIL 20, 2015

4

1                    C O N T E N T S

2    EXAMINATION OF JESSICA RUIZ                    PAGE

3        By Mr. Bach                                 5

4

5

6                     E X H I B I T S

7               (Attached to transcript)

8    RUIZ DEPOSITION EXHIBIT                        PAGE

9    Exhibit 1   GW Chenari 000498 – 502            31

10

11

12

13

14

15

16

17

18

19

20

21

22

DEPOSITION OF JESSICA RUIZ
CONDUCTED ON MONDAY, APRIL 20, 2015

5

1              P R O C E E D I N G S

2        Thereupon ---

3                   JESSICA RUIZ

4         having been duly sworn/affirmed to tell the

5    truth, testified as follows:

6            EXAMINATION BY COUNSEL FOR THE PLAINTIFF

7    BY MR. BACH:

8        Q    Can you state your name for the record,

9    please?

10       A    Jessica Ruiz.

11       Q    Ms. Ruiz, have you ever had your deposition

12   taken before?

13       A    No.

14       Q    I'm just going to go through a few of the

15   ground rules here today.

16            You understand that the oath that you took

17   here today is the same oath that you would take in a

18   court of law?

19       A    Correct.

20       Q    You understand it carries the same penalty

21   of perjury an oath that you've taken in court has?

22       A    Yes.

DEPOSITION OF JESSICA RUIZ
CONDUCTED ON MONDAY, APRIL 20, 2015

6

1       Q    When I ask you a question, if you don't

2   understand the question, feel free to ask me to

3   rephrase it, repeat it.  It's virtually impossible for

4   me to ask a question -- or to not ask you a question

5   at some point that you're not going to understand.

6       A    Okay.

7       Q    However, if I do ask you a question and you

8   answer the question, I'm going to assume that you

9   understood the question; is that fair?

10       A    Yes.

11       Q    Because we have the Court Reporter here

12   today, we have to do things a little bit differently

13   than if we were just having a normal conversation.

14            For example, even though I may ask you

15   something and you know what it is that I'm about to

16   ask you, please wait for me to finish asking the

17   question before you answer and, likewise, I'll wait

18   for you to answer the question before I ask you the

19   next question, okay?

20       A    Okay.

21       Q    Also, it's important to answer out loud; for

22   example, with a yes or no as opposed to shaking your

DEPOSITION OF JESSICA RUIZ
CONDUCTED ON MONDAY, APRIL 20, 2015

7

1    head or uhn-uhn or uhn-uhn.  It's very difficult for

2    her to take down.

3            Is there any reason that we can't proceed

4    with your deposition here today; for example, you're

5    on some type of medication that prevents you from

6    recalling events?

7        A    No.

8        Q    What did you do to prepare for your

9    deposition today?

10           MS. KITCHEL:  You may answer the question to

11   the extent you have independently done anything to

12   prepare for the deposition, but if the answer is

13   beyond something that you and I talked about or you

14   and Nick talked about, you don't talk about those

15   aspects of preparing for today.

16       A    I haven't prepared independently.

17       Q    Did you review any documents?

18       A    No.

19       Q    You understand that I represent Mr. Chenari

20   in a lawsuit that he's brought against

21   George Washington University?

22       A    Yes.

DEPOSITION OF JESSICA RUIZ
CONDUCTED ON MONDAY, APRIL 20, 2015

8

1      Q    Do you recall Mr. Chenari?

2      A    Yes.

3      Q    How are you currently employed?

4      A    I am the Emergency Medicine Executive

5   Residency Coordinator at GW.

6      Q    I'm sorry, Emergency Medicine ...

7      A    Residency Coordinator.

8      Q    How long have you been in that role?

9      A    Since June 9th, 2014.

10     Q    What was your job position before that?

11     A    I was the Surgery Clerkship Coordinator --

12   it was a dual role -- and the Surgery -- General

13   Surgery Residency Coordinator.

14     Q    Those are two different positions, are they?

15     A    Yes.

16     Q    In your role as the General Surgery

17   Residency Coordinator, what were your job duties?

18     A    I oversaw 25 residents within the general

19   surgery six-year program.  I coordinated for their

20   schedules, evaluations, ACGME-regulated core

21   competency, lectures, Grand Rounds, interview season,

22   recruitment.

DEPOSITION OF JESSICA RUIZ
CONDUCTED ON MONDAY, APRIL 20, 2015

9

1      Q    Sounds like a very wide spectrum there.

2           In your role as Surgery Clerkship

3      Coordinator, what were your job duties in that role?

4      A    I oversaw the eight-week general surgery

5      portion of the third-year clinical clerkship and sort

6      of similar to what I did as a residency coordinator; I

7      organized their lectures, their evaluations, their

8      schedules, call schedules.

9           Basically, I was the go-between of the

10     student as the advocate liaison to the clerkship

11     director.

12     Q    How long were you in that dual role?

13     A    Two years.

14     Q    How were you employed before that?

15     A    Before the two years, I was the Surgery

16     Clerkship Coordinator and the Urology Residency

17     Coordinator.

18     Q    How long were you in that role?

19     A    Urology Residency I was in for six years.

20     Q    When did you start working at GW?

21     A    June 1st, 2004.

22     Q    Do you have a college degree?

DEPOSITION OF JESSICA RUIZ
CONDUCTED ON MONDAY, APRIL 20, 2015

10

1      A    Correct.

2      Q    Where did you graduate from?

3      A    Longwood College, now known as

4   Longwood University.

5      Q    Where is that located?

6      A    Farmville, Virginia.

7      Q    Was that a Bachelor's degree?

8      A    Yes, Bachelor of Arts.

9      Q    What was your major?

10     A    I was a modern languages major,

11  concentration in Spanish.

12     Q    When did you graduate from Longwood?

13     A    2001.  May 2001.

14     Q    Have you attended any other college or

15  university since then?

16     A    No.

17     Q    When you were first hired at GW on June 1st

18  of 2004, what was your position that you were hired

19  for?

20     A    Surgery Clerkship Coordinator, which is

21  officially the Executive Education Coordinator

22  position.  That's how it's titled.

DEPOSITION OF JESSICA RUIZ
CONDUCTED ON MONDAY, APRIL 20, 2015

11

1        Q    Have you been the surgery, the clerkship,

2    the coordinator -- or were you in that role from 2004

3    until 2014?

4        A    It was -- yes.

5        Q    When is the first time that you recall

6    meeting Mr. Chenari?

7        A    I don't know exactly when.

8        Q    You don't know when the first recollection

9    you have of him is?

10       A    No.

11       Q    Are you familiar with something called a

12   suture skills lab?

13       A    Yes.

14       Q    In your job position as either the General

15   Surgery Residency Coordinator or Surgery Clerkship

16   Coordinator, are you involved in that lab --

17       A    Yes.

18       Q    -- in any way?

19            How so?

20       A    I organize the session itself by scheduling

21   it, and I was in charge of tying surgical knots and

22   instructing that to the third-year medical students.

DEPOSITION OF JESSICA RUIZ
CONDUCTED ON MONDAY, APRIL 20, 2015

12

1      Q   What's the training that you have on tying

2  surgical knots?

3      A   Informal training.

4      Q   Informal training at GW?

5      A   Yes.

6      Q   Do you recall meeting Mr. Chenari at that

7  lab?

8      A   No.

9      Q   Do you remember anything about Mr. Chenari

10  being at the suture skills lab?

11      A   No.

12      Q   Do you recall an incident where you

13  indicated to Mr. Chenari that you thought that his

14  name sounded like a girl's name?

15      A   No, I don't recall that.

16      Q   Now, did you also act as a proctor in your

17  role as either a Surgery Clerkship Coordinator or

18  General Surgery Residency Coordinator?

19      A   Yes.

20      Q   Which of those two roles would you act as a

21  proctor in?

22      A   I would act as a proctor in the Surgery

DEPOSITION OF JESSICA RUIZ
CONDUCTED ON MONDAY, APRIL 20, 2015

13

1    Clerkship.  I was also a -- not quite a proctor in

2    charge of proctoring the surgery in-service

3    examination, but I would have to be there to organize

4    it and sit as an observer.

5        Q    Did you go through any type of training to

6    be a proctor?

7        A    No.

8        Q    How long have you been acting as a proctor?

9        A    Since May of 2003.

10       Q    So you were acting as a proctor before you

11   were employed at GW?

12       A    Yes.

13       Q    Where were you employed before GW?

14       A    Georgetown University Hospital.

15       Q    What was your position there?

16       A    I was a Pediatrics Clerkship Coordinator.

17       Q    When you were at Georgetown, did they

18   provide any type of training as to how to be a

19   proctor?

20       A    No, it was informal.

21       Q    Back in 2012 when you would act as a

22   proctor, what was your understanding as to what your

DEPOSITION OF JESSICA RUIZ
CONDUCTED ON MONDAY, APRIL 20, 2015

14

1    job was?

2        A    I was in charge of proctoring the entire

3    examination six times a year.

4        Q    But what does that mean, to proctor an

5    examination?

6        A    I have to observe, I have to give time

7    warnings, I have to be vigilant of any possibilities

8    of cheating, I have to collect all the Scantrons, all

9    of the test books, organize them in the fashion that

10   the National Board of Medical Examiners require.

11            I have to put all those materials in the box

12   and send it to the Dean's office so they can submit it

13   to FedEx to the National Board of Medical Examiners.

14       Q    Did you ever have any training on how to

15   observe cheating?

16       A    No.

17            (Mr. Gray entered the room.)

18            MS. KITCHEL:  Off the record for a second.

19            (A discussion was held of the record.)

20   BY MR. BACH:

21       Q    Do you remember proctoring an exam on

22   December 14th of 2012?

DEPOSITION OF JESSICA RUIZ
CONDUCTED ON MONDAY, APRIL 20, 2015

15

1       A     Yes.

2       Q     What was the exam that you were proctoring?

3       A     The surgery comprehensive sciences exam.

4       Q     Isn't that also referred to as a shelf exam?

5       A     Correct.

6       Q     Who assigned you the duty of proctoring that

7    exam?

8       A     Can you elaborate on that?

9       Q     Who told you, Ms. Ruiz, we want you to be a

10   proctor for this exam on December 14th of 2012?

11      A     Officially, no one.

12      Q     It was just part of your job requirements?

13      A     Correct.

14      Q     So when the exam on that date was -- well,

15   strike that.

16            What did you do to prepare for that exam on

17   December 14th of 2012?

18      A     Check out the materials, brought pencils,

19   sat there and watched them, gave them warnings,

20   prepared and asked them.  I read the entire proctor

21   manual that illustrates exactly what's expected of me

22   and what's expected of the student.

DEPOSITION OF JESSICA RUIZ
CONDUCTED ON MONDAY, APRIL 20, 2015

16

1    Q    And that's something that you reviewed

2    before the exam?

3    A    Correct.

4    Q    Just to back up a little bit, prior to

5    December 14th, you had also sent out an e-mail to the

6    students; is that correct?

7    A    Yes.

8    Q    I understand you're not going to recall

9    verbatim what the -- I think you called it a proctor

10   instructions?

11        What was that, that you read to the students

12   before the exam started?

13   A    I don't remember entirely.

14   Q    Can you tell me what you do remember about

15   it?

16        MS. KITCHEL:  Objection.  Form and

17   foundation.

18        I may object from time to time, which just

19   means for whatever reason there's something I don't

20   like about his question.  It's his chance to change if

21   he agrees.  If he likes his question, he stands by it.

22        Unless I tell you not to answer, you can go

DEPOSITION OF JESSICA RUIZ
CONDUCTED ON MONDAY, APRIL 20, 2015

17

1    ahead and answer to the best of your ability.

2        Q    And if you don't understand the question,

3    you can tell me that, too.

4        A    Okay.  Can you repeat the question?

5        Q    What was it -- or tell me what you can

6    remember about the instructions that you gave to the

7    students before the exam started.

8            MS. KITCHEL:  Objection.  Form and

9    foundation.

10       A    I could tell you exactly where it was in the

11   manual, the length of the paragraph.

12           Basically, it illustrates exactly what type

13   of examination they are taking.  It says that this is

14   not going to help you graduate from medical school,

15   this is just a comprehensive exam that determines the

16   information that you know from your surgery clerkship.

17           It tells you how to look at the inside and

18   outside -- or inside and back cover of your test book,

19   basically how to sign your name, your Social Security

20   number, identification number, today's date, the

21   location of the examination, the acknowledgment -- the

22   examining acknowledgment statement, basically

DEPOSITION OF JESSICA RUIZ
CONDUCTED ON MONDAY, APRIL 20, 2015

18

1    acknowledging that you give the National Board of

2    Medical Examiners permission to score their exam.

3    Without that signature, it will cause a delay in

4    scores.

5              They're not allowed to wear hats or brims,

6    no hoodies, nothing on their desk except for a

7    beverage, No. 2 pencils, no calculators, no electronic

8    devices, everything must be turned off.  Only No. 2

9    soft lead pencils.

10             They are given 2 hours and 30 minutes to

11   complete the examination.  I'm required to give them a

12   30-minute and a 10-minute warning, and at that point I

13   ask the students -- because some of them have

14   preferences, and I like to cater to their

15   preferences -- whether they would like an hour or a

16   halfway point, five minute, one minute.

17             I've had many of those instances, but

18   regardless of that, I am required by the National

19   Board of Medical Examiners to give 30- and 10-minute

20   warnings.

21        Q    During this particular exam, did you give a

22   30-minute warning?

DEPOSITION OF JESSICA RUIZ
CONDUCTED ON MONDAY, APRIL 20, 2015

19

1       A     Correct.

2       Q     Was it exactly at the 30-minute mark?

3       A     I don't remember.

4       Q     Did you give a 10-minute warning?

5       A     Yes.

6       Q     Do you remember if you were early or late in

7    giving that warning?

8       A     I don't remember.

9       Q     Has it ever happened to you where you have

10   given a 30- or 10-minute warning late in the exam that

11   you proctored?

12      A     Yes.  Human error.

13      Q     Do you use a timer?

14      A     There's a clock in the room, and everyone

15   can see it, it's visible to all the students, I go by

16   that clock.

17            If there's not a clock in the room, I use a

18   digital clock from Digital Clock, you know, website,

19   put it up on the board so they can see a count-down

20   timer.

21            So I start at 2 hours and 30 minutes, and

22   they see exactly how much time they have left by

DEPOSITION OF JESSICA RUIZ
CONDUCTED ON MONDAY, APRIL 20, 2015

20

1    Digital Clock.  But if I'm not, you know -- if there's

2    a room in there with a clock, I would defer to that.

3         Q    In your role as the General Surgery

4    Residency Coordinator back in 2012, let's say,

5    approximately how many exams would you proctor?

6         A    Still six.

7         Q    Six a year?

8         A    Six a year.

9         Q    On this exam on December 14th of 2012, do

10   you recall calling time on the exam?

11        A    Yes.

12        Q    Do you recall if anything unusual happened

13   that day?

14        A    Can you elaborate the question?

15        Q    Well, did everything go as it normally does

16   with the end of the exam when you began to -- well,

17   there came a point when you began to collect the

18   exams; is that correct?

19        A    Yes.

20        Q    At that point did anything appear unusual to

21   you?

22        A    As --

DEPOSITION OF JESSICA RUIZ
CONDUCTED ON MONDAY, APRIL 20, 2015

21

1          MS. KITCHEL:  Objection.  Form.

2     A    As I -- you want to repeat that?

3     Q    Yes.

4     A    Thank you.

5     Q    When you began to collect the exams, did

6  anything seem unusual to you?

7     A    As I began collecting exams, no.

8     Q    At some point in collecting the exams did

9  anything appear unusual to you?

10    A    Yes.

11    Q    And what was that?

12    A    Somebody's pencil was moving, and it

13  shouldn't have been, on the Scantron sheet provided by

14  the National Board of Examiners that goes along with

15  the test book.

16    Q    Did you hear a pencil moving or see the

17  pencil moving?

18    A    I saw it with my own eyes.

19    Q    And whose pencil was moving?

20    A    Sina Chenari.

21    Q    Where were you in relation to Mr. Chenari

22  when you saw this?

DEPOSITION OF JESSICA RUIZ
CONDUCTED ON MONDAY, APRIL 20, 2015

22

1      A    I don't know exactly where.

2      Q    Do you recall how far away you were from

3   him?

4      A    No.

5      Q    So you saw a pencil moving; what did you do?

6      A    I told him to stop.  Put your pencil down.

7      Q    And what happened after that?

8      A    He did not.

9      Q    And then what did you do?

10     A    I asked again; he did not.

11     Q    How many times did you ask him?

12     A    I don't recall.

13     Q    Did you approach Mr. Chenari?

14     A    Yes, after I collected everyone else's

15   exams, I came back to him.

16     Q    And what happened then?

17     A    I asked him to stop moving, to not make it

18   awkward, and to please give me his exam and stop

19   circling.

20     Q    And what did he do?

21     A    He didn't say anything, he mumbled.

22     Q    He mumbled?

DEPOSITION OF JESSICA RUIZ
CONDUCTED ON MONDAY, APRIL 20, 2015

23

1          A     Uh-huh.

2          Q     You need to --

3                MS. KITCHEL:  Your answers need to be yes or

4     no.  "Uh-huh" is not something she can record.

5                THE WITNESS:  Okay, thank you.

6                MS. KITCHEL:  So was that a yes?

7                THE WITNESS:  Yes.

8     BY MR. BACH:

9          Q     But you couldn't understand what he mumbled?

10         A     No.

11         Q     And at this point were you next to him?

12         A     I was in front of him.

13         Q     Did Mr. Chenari make any body movements?

14         A     If you refer to him continuing penciling,

15    yes.

16         Q     Anything else?

17         A     He had his head down, with his arms holding

18    on to the exam and answer sheet.

19         Q     So what did you do at this point?

20         A     After my second time, I stood there and then

21    let him continue until he was done.

22         Q     Approximately how long was it from the time

24

1    that you first saw him still circling in until the

2    time when he completed it?

3         A    I don't remember exactly.

4         Q    Do you know if it was longer than five

5    minutes?

6         A    I don't remember.

7         Q    So when Mr. Chenari completed the answer

8    sheet, or the Scantron sheet, what happened after

9    that?

10        A    I took the exams, and all the students left.

11   A few of them stayed back to talk to me and to say

12   goodbye, and I began to put the exams in the order

13   that the National Board of Medical Examiners require.

14        Q    Did any of the students say anything to you

15   about Mr. Chenari?

16        A    Can you elaborate?

17        Q    Sure.

18             After you had collected the exams and you

19   said a few of the students stayed behind, did any of

20   those students that stayed behind mention Mr. Chenari?

21        A    I have no idea.  I cannot remember.

22        Q    Do you know if any of the students made a

DEPOSITION OF JESSICA RUIZ
CONDUCTED ON MONDAY, APRIL 20, 2015

25

1    complaint to you that Mr. Chenari was still circling

2    in after you'd called time?

3         A    Yes.

4         Q    How many students complained to you?

5         A    I only specifically remember one.

6         Q    And who was that?

7         A    I don't remember the person; I just remember

8    it being one.

9         Q    Do you remember if it was male or female?

10        A    Female.

11        Q    Do you recognize the name Stacy Sanders?

12        A    Yes.

13             MS. KITCHEL:  Jason, can we go off the

14    record for one second?

15             MR. BACH:  Sure.

16             (A discussion was held off the record.)

17   BY MR. BACH:

18        Q    Does that refresh your recollection in any

19   way as to who may have complained to you about

20   Mr. Chenari after the exam?

21        A    No.

22        Q    As you sit here today, do you know if in

DEPOSITION OF JESSICA RUIZ
CONDUCTED ON MONDAY, APRIL 20, 2015

26

1    fact it was not Stacy Sanders who complained to you?

2        A    I don't remember.

3        Q    Now, backing up a little bit, during the

4    time when you're asking Mr. Chenari for his exam, did

5    he say anything to you that -- did he say anything at

6    all to you other than the mumbling?

7        A    No.

8        Q    Did he act out at you in any way?

9             MS. KITCHEL:  Objection.  Form.

10       A    Can you rephrase that?

11       Q    Did he seem aggressive?

12       A    Yes.

13       Q    How so?

14       A    Well, he was ignoring me to get --

15   altogether.  He was mumbling.  And when I tried to

16   take the exam, he boxed me out.

17       Q    How do you mean he boxed you out?

18       A    He put his -- he had his hands in fists,

19   basically holding his pencil, and the other hand in a

20   fist, and he had his elbows out on the table so that I

21   could not retrieve the exam or the Scantron.

22       Q    And you saw him do this, you saw him --

DEPOSITION OF JESSICA RUIZ
CONDUCTED ON MONDAY, APRIL 20, 2015

27

1       A    Yes.

2       Q    When was it that he boxed you out?  At what

3   point during this whole episode?

4       A    When I came back and circled around and

5   asked him finally to give the exams to me -- the exam

6   to me.

7       Q    So what was it about this behavior that you

8   interpreted as aggressive?

9       A    The way he put his arms down was hard.

10      Q    The way he put his arms down on the desk?

11      A    (Nods head.)

12      Q    Is that yes?

13      A    Yes.

14      Q    But he didn't make any motions towards you;

15  is that correct?

16      A    Can you elaborate?

17      Q    Well, did he move his body towards you in

18  any way?

19      A    Not that I recall.

20      Q    After the conclusion of the exam, after you

21  had collected all the exams, after all the students

22  had left, after they all said goodbye to you as you

DEPOSITION OF JESSICA RUIZ
CONDUCTED ON MONDAY, APRIL 20, 2015

28

1    had testified, what did you do after that?

2         A    I went straight to the Dean's office to drop

3    off the exams and to inform Stevens VanDuzer what

4    happened.

5         Q    I'm sorry, inform who?

6         A    Stevens VanDuzer.

7         Q    Is that the Dean you went to?

8         A    No.

9         Q    Who was that?

10        A    Stevens was the Executive Coordinator to

11   Dean Schroth.

12        Q    Before you went and turned in the exams, did

13   you have any additional contact with Mr. Chenari?

14        A    Yes.

15        Q    What contact did you have with him?

16        A    He came back into the room to apologize.

17        Q    What exactly did he say to you?

18        A    I don't remember.

19        Q    Do you recall what you said to him?

20        A    No, I don't.

21        Q    Did you say anything along the lines of that

22   you accepted his apology?

DEPOSITION OF JESSICA RUIZ
CONDUCTED ON MONDAY, APRIL 20, 2015

29

1      A      I don't feel comfortable saying yes.  It's

2   not like a no, but I don't remember.

3      Q      So when you went to the Dean's office to

4   drop off the exams, you said that you informed the

5   Executive Coordinator of what had occurred with

6   Mr. Chenari?

7      A      Yes.

8      Q      What exactly did you tell him?

9      A      I had told him that there was a cheating

10  incident that I needed to discuss with the Deans, and

11  I had to tell him because he's the chief proctor.

12     Q      Who's the chief proctor?

13     A      Stevens VanDuzer was.

14     Q      Did you give him the details of what

15  happened?

16     A      I don't remember.

17     Q      After you informed him that you needed to

18  speak with the Deans, what did he say?

19     A      Something to the effect that he would let

20  the Deans know right away.  That's about it.  That's

21  all I can remember.

22     Q      Have you been involved in other incidents as

DEPOSITION OF JESSICA RUIZ
CONDUCTED ON MONDAY, APRIL 20, 2015

30

1    a proctor where, in your mind, there has been some

2    cheating?

3         A    No.

4         Q    This is the first time?

5         A    This is my only and first time.

6         Q    So after you left the Executive -- the

7    Coordinator's office, what was the next thing that you

8    did in relation to this exam?

9         A    I went back to my office and I wrote a

10   detailed incident e-mail to -- I believe to

11   Dean Schroth and Dean Goldberg, cc'ing Dr. Vaziri, who

12   was the Clerkship Director, and Stevens VanDuzer.

13        Q    And did the Deans respond to your e-mail?

14        A    I don't remember.

15        Q    Do you recall being asked about this

16   incident by the Deans after you sent the e-mail or by

17   anyone at GW after you sent the e-mail?

18        A    I don't remember.

19        Q    Do you recall appearing before any

20   committees to provide your account as to what happened

21   on December 14th of 2012?

22        A    Yes.

DEPOSITION OF JESSICA RUIZ
CONDUCTED ON MONDAY, APRIL 20, 2015

31

1      Q    When was that?

2      A    I don't know exactly; it was later that

3  academic year.

4      Q    Was it just once or more than once?

5      A    Just once.

6           MR. BACH:  Mark this as Exhibit 1.

7           (Exhibit 1 was marked for identification and

8  was attached to the transcript.)

9  BY MR. BACH:

10      Q    What I've handed you has been marked as

11  Exhibit 1.  This appears to me to be an e-mail chain.

12  The initial e-mail appears to come from yourself and

13  then other recipients get involved.

14           Do you recognize the initial e-mail on the

15  first page on Friday, December 14th, 2012, at

16  1:56 p.m.?

17      A    Yes.

18      Q    Is this an e-mail that you drafted?

19      A    Yes.

20      Q    On the second sentence of this e-mail it

21  says that, "During my instructions, I informed the

22  students that there will be no extra time to transfer

DEPOSITION OF JESSICA RUIZ
CONDUCTED ON MONDAY, APRIL 20, 2015

32

1    answers to their answer sheets."

2           Do you see that?

3       A    Yes.

4       Q    Do you specifically recall giving that

5    instruction?

6       A    If I said I did, yes.

7       Q    As you sit here today, do you recall?

8       A    Yes.

9       Q    Then you state in here that, "I told him

10   three times to put his pencil down and he ignored me."

11          Do you see that sentence?  It's about a

12   third of the way down.

13      A    I have convergence insufficiency, so it's

14   very hard for me to read.

15      Q    Starting with that part right there

16   (indicating).

17      A    Thank you.  Yes.

18      Q    When Mr. Chenari was ignoring you, was he

19   looking at you in any way?

20      A    I don't believe so, no.

21      Q    Did he seem to be -- do you know if he heard

22   you?

DEPOSITION OF JESSICA RUIZ
CONDUCTED ON MONDAY, APRIL 20, 2015

33

1      A     I don't know.

2      Q     Did he act as if he heard you?

3      A     I don't know.

4      Q     Well, you say in the e-mail that he ignored

5  you, so does that mean that he didn't react at all

6  when you told him to put down his pencil?

7      A     He did not react in the way that he should

8  have.

9      Q     But did he react at all?

10     A     Not towards me.

11     Q     Did he react towards anyone else?

12     A     Towards himself and his answer sheet and his

13  test book.

14     Q     So did he appear to be just hyper focused on

15  his answer sheet and his workbook?

16           MS. KITCHEL:  Objection.  Form and

17  foundation.

18     A     Can you elaborate on that?

19     Q     Not really.

20           I mean, did he seem like he was focused

21  exclusively on his answer sheet and his workbook?

22     A     I don't know.

34

1       Q    You don't recall?

2       A    I don't know.  I don't know if he was

3  focused only on that.

4       Q    Right, but I'm asking how he appeared, his

5  body language.

6            If his eyes are in one spot on an answer

7  sheet and a workbook, would you agree with me that

8  that would appear to be someone who was focused on

9  that task?

10      A    Yes.

11      Q    So is that what Mr. Chenari was doing?

12      A    Yes.

13      Q    About halfway down there is a sentence that

14 starts with, "At this point he became aggressive and

15 would not allow me to take the exam answer sheet."

16           Do you see that sentence?

17      A    Yes.

18      Q    When you say that Mr. Chenari became

19 aggressive, do you mean anything more than what you've

20 previously testified about, about him boxing you out?

21      A    No.

22      Q    So that there was no other type of

DEPOSITION OF JESSICA RUIZ
CONDUCTED ON MONDAY, APRIL 20, 2015

35

1    aggressive behavior that you're referring to; is that

2    correct?

3         A    Yes.

4         Q    Couple of sentences later you state, "I

5    stood over him and tried again with no luck."

6              I'm assuming you're saying you tried to take

7    his answer sheet with no luck?

8         A    Correct.

9         Q    What did you do?  You said you tried again.

10   What does it mean that you tried again?  What did you

11   do?

12        A    I tried to physically pick up the exam and

13   answer sheet.

14        Q    For a second time?

15        A    Correct.

16        Q    And what happened that time?

17        A    He held down his arms just like before.

18        Q    Had he raised his arms at some point in

19   between?

20        A    I don't remember.

21        Q    You state that, "Honestly, I was somewhat

22   afraid of what he might do if I attempted to take the

DEPOSITION OF JESSICA RUIZ
CONDUCTED ON MONDAY, APRIL 20, 2015

36

1    exam again."

2          Why were you afraid of him doing something?

3      A    Gut instinct.

4      Q    It wasn't because of anything that he said

5    to you; is that correct?

6      A    He didn't say anything to me.

7      Q    He didn't make any physical acts towards

8    you; is that correct?

9      A    No, it's not correct.

10     Q    What physical acts did he take towards you?

11     A    Well, I interpret a physical act as me

12   trying to retrieve the answer sheet and exam and him

13   physically not allowing me to.  So in essence,

14   he's ...

15     Q    But he moved towards his exam booklet; is

16   that right?

17     A    And towards me.

18     Q    So you were in front of him at that time?

19     A    Correct.

20     Q    Did his hands ever go beyond the desk that

21   he was sitting in?

22     A    No.

DEPOSITION OF JESSICA RUIZ
CONDUCTED ON MONDAY, APRIL 20, 2015

37

1       Q     The following sentence says, "After the

2    incident, Sina came back to me and apologized and I

3    told him it was not appropriate."

4             Does that refresh your recollection in any

5    way as to what happened?

6       A     Yes.

7       Q     And is that accurate, in the e-mail?

8       A     Yes.

9       Q     You state that, "I imagine some of the

10   students will write you as well with different

11   accounts."

12            What made you believe that there would be

13   other students who would be writing their accounts of

14   what happened?

15      A     Based on what that one student said to me in

16   the elevator, that I needed to say something or the

17   students were going to.

18      Q     You're aware of an honor code at GW?

19      A     Yes.

20      Q     Are you aware of any obligation that

21   students have to report other students that they

22   suspect of cheating?

DEPOSITION OF JESSICA RUIZ
CONDUCTED ON MONDAY, APRIL 20, 2015

38

1      A    Yes.

2      Q    How many students were in that exam that

3  day?

4      A    Approximately 30.

5      Q    Do you know how many students made a

6  complaint?

7      A    Made a complaint to me?

8      Q    No, made a complaint to anyone at GW.

9      A    I -- I have no idea.  No idea.

10      Q    Was it obvious to all the other students in

11  the classroom as to what was going on with

12  Mr. Chenari?

13          MS. KITCHEL:  Objection.  Form and

14  foundation.

15      A    Yes.

16      Q    So if I represented to you that 28 out of 30

17  students in that classroom did not make a complaint --

18  or did not notify GW about their suspicions of

19  cheating, under your understanding, would that be a

20  violation of the honor code at GW?

21          MS. KITCHEL:  Objection.  Form and

22  foundation.

DEPOSITION OF JESSICA RUIZ
CONDUCTED ON MONDAY, APRIL 20, 2015

39

1           You may answer.

2      A    I mean, I can't disagree with that.  I would

3  say yes.

4      Q    After you sent this e-mail, as you can see

5  further on in this, there was some reaction via

6  e-mail.

7           Did anyone approach you after you sent this

8  e-mail in person on December 14th of 2012?

9      A    No.

10     Q    Was all of the communication that you had

11  involving Mr. Chenari between December 14th and

12  December 15th via e-mail?

13     A    I don't remember.

14     Q    Do you remember any phone calls?

15     A    I don't.

16     Q    Did anyone ever ask you at GW what you

17  thought should happen to Mr. Chenari as a result of

18  this incident?

19     A    No.

20     Q    Did anyone ever ask you if you believed that

21  his behavior was a violation of the honor code?

22     A    I don't remember.

DEPOSITION OF JESSICA RUIZ
CONDUCTED ON MONDAY, APRIL 20, 2015

40

1       Q    If you could turn to the second page,

2   there's an e-mail at the bottom of the page from

3   yourself; do you see that?

4       A    Uh-huh.

5            MS. KITCHEL:  That is page 499.

6       A    Yes.

7            MR. BACH:  Yes, Page 499.

8       A    Yes.

9       Q    You had inquired what you should do with the

10  exam scores, and then on the following page, on Page

11  500, there is an e-mail from Dean Haywood saying that

12  you could release the other scores but that Sina's

13  grade should be held; do you see that?

14      A    Yes.

15      Q    Did anyone ever tell you after December 27

16  what you should do with Mr. Chenari's score?

17      A    Not that I recall.

18      Q    When you received scores, how do you receive

19  them, what type of a format does that come in?

20      A    So the National Board of Medical Examiners

21  has a website, it's sort of like a portal that the

22  chief proctor can give permission to the proctors at

41

1    their institution only access to score reports.

2            So the NBME submits those score reports from

3    that specific date that one student or all students

4    took the exam specifically for my clerkship only.  And

5    so it's a PDF file, individual reports for each

6    student and a whole overall report.

7        Q    And what do the individual reports for each

8    student look like?  Is it just a number, or does it

9    give more detailed information?

10       A    It gives more detailed information.  It --

11   from my understanding -- and I'm a layperson -- it

12   shows the certain topics within the exam, how the

13   student answered those questions, like as an average,

14   their strengths and their weaknesses of the topics.

15       Q    Did anyone ever tell you what GW -- what the

16   final outcome was with Mr. Chenari and this incident?

17           MS. KITCHEL:  This, of course, excludes

18   anything you might have learned from counsel.

19           Did anyone from GW share that with you or

20   did you otherwise learn?

21       A    Can you elaborate on the specifics of who

22   you're looking for --

DEPOSITION OF JESSICA RUIZ
CONDUCTED ON MONDAY, APRIL 20, 2015

42

1      Q     Well --

2      A     -- that would have told me?

3      Q     Did a Dean or anyone at the University come

4   and say to you, you remember an incident with

5   Mr. Chenari, here's the outcome of that?

6      A     No.

7      Q     Did you ever inquire of them?

8      A     Only from my e-mail saying what should I do,

9   but that's it, and I never heard anything else.

10     Q     Did there come a point when you learned that

11  he had been dismissed?

12     A     Through the grapevine, yes.

13     Q     Through the grapevine.

14           Who did you hear that from?

15     A     I don't remember.

16     Q     Okay.

17           MR. BACH:  Take a short break?

18           MS. KITCHEL:  Okay.

19           (Break taken at 3:49 p.m.)

20           (Back on the record at 3:53 p.m.)

21  BY MR. BACH:

22     Q     Ms. Ruiz, are you familiar at all with what

DEPOSITION OF JESSICA RUIZ
CONDUCTED ON MONDAY, APRIL 20, 2015

43

1     the rules are of the National Board of Medical

2     Examiners regarding their reporting of cheating?

3          A    Vaguely.

4          Q    Do you know if there's an obligation to

5     report to the National Board of Medical Examiners when

6     there's an allegation of cheating?

7          A    Yes.

8          Q    Do you know if there was a report made in

9     this case?

10         A    I do not know.

11         Q    Do you have an understanding as to what

12    would happen if a report of cheating was made to the

13    National Board of Medical Examiners?

14         A    I don't know.

15         Q    Has anyone ever told you that if a report of

16    cheating is made to the National Board of Medical

17    Examiners, that all students taking that exam have to

18    retake that exam?

19         A    No.

20         Q    Were you the only proctor for that shelf

21    exam back in 2012 and 2013?

22         A    Yes.

DEPOSITION OF JESSICA RUIZ
CONDUCTED ON MONDAY, APRIL 20, 2015

44

```
1          Q    Do you know if all of the students except
2     for Mr. Chenari had to retake that shelf exam?
3          A    I don't recall.
4          Q    You don't remember if 29 --
5          A    I don't remember.  I get --
6          Q    Just let me finish.
7               You don't remember if the other 29
8     students -- all of those other 29 students had to
9     retake that shelf exam?  You don't remember whether
10    they had to or not?
11         A    No.
12         Q    No, you don't remember or no, they didn't?
13         A    No, I don't remember.
14         Q    Okay.
15              MR. BACH:  That's all I have.
16              MS. KITCHEL:  All right.  You're done.
17              MR. BACH:  Thank you.
18              THE WITNESS:  Thank you very much.
19              THE COURT REPORTER:  Copy, Allyson?
20              MS. KITCHEL:  Yes, please.
21              (Off the record at 3:55 p.m.)
22
```

DEPOSITION OF JESSICA RUIZ
CONDUCTED ON MONDAY, APRIL 20, 2015

45

1      CERTIFICATE OF SHORTHAND REPORTER – NOTARY PUBLIC

2          I, Dawn M. Hart, the officer before whom the

3      foregoing deposition was taken, do hereby certify that

4      the foregoing transcript is a true and correct record

5      of the testimony given; that said testimony was taken

6      by me stenographically and thereafter reduced to

7      typewriting under my direction; that reading and

8      signing was not requested; and that I am neither

9      counsel for, related to, nor employed by any of the

10     parties to this case and have no interest, financial

11     or otherwise, in its outcome.

12         IN WITNESS WHEREOF, I have set my hand and

13     affixed my notarial seal this 26th day of April 2015.

14

15     My Commission Expires: May 31, 2015

16

17

18

19

20     _____

21     NOTARY PUBLIC IN AND FOR THE

22     DISTRICT OF COLUMBIA

**A**

ability
17:1
ABJ
1:7
academic
31:3
accepted
28:22
access
41:1
account
30:20
accounts
37:11,13
accurate
37:7
ACGME-regul...
8:20
acknowledging
18:1
acknowledgment
17:21,22
act
12:16,20,22 13:21
  26:8 33:2 36:11
acting
13:8,10
Action
1:6
acts
36:7,10
additional
28:13
advocate
9:10
affixed
45:13
afraid
35:22 36:2
aggressive
26:11 27:8 34:14
  34:19 35:1
agree
34:7
agrees
16:21

ahead
17:1
allegation
43:6
allow
34:15
allowed
18:5
allowing
36:13
Allyson
3:11 44:19
altogether
26:15
answer
6:8,17,18,21 7:10
  7:12 16:22 17:1
  23:18 24:7 32:1
  33:12,15,21
  34:6,15 35:7,13
  36:12 39:1
answered
41:13
answers
23:3 32:1
apologize
28:16
apologized
37:2
apology
28:22
appear
20:20 21:9 33:14
  34:8
appeared
34:4
appearing
30:19
appears
31:11,12
approach
22:13 39:7
appropriate
37:3
approximately
20:5 23:22 38:4
April

1:13 45:13
arms
23:17 27:9,10
  35:17,18
Arts
10:8
asked
15:20 22:10,17
  27:5 30:15
asking
6:16 26:4 34:4
aspects
7:15
assigned
15:6
assume
6:8
assuming
35:6
attached
4:7 31:8
attempted
35:22
attended
10:14
average
41:13
aware
37:18,20
awkward
22:18

**B**

B
4:6
Bach
3:3,4 4:3 5:7
  14:20 23:8
  25:15,17 31:6,9
  40:7 42:17,21
  44:15,17
Bachelor
10:8
Bachelor's
10:7
back
13:21 16:4 17:18
  20:4 22:15

24:11 27:4
  28:16 30:9 37:2
  42:20 43:21
backing
26:3
Based
37:15
basically
9:9 17:12,19,22
  26:19
began
20:16,17 21:5,7
  24:12
BEHALF
3:2,10
behavior
27:7 35:1 39:21
believe
30:10 32:20
  37:12
believed
39:20
best
17:1
beverage
18:7
beyond
7:13 36:20
bit
6:12 16:4 26:3
board
14:10,13 18:1,19
  19:19 21:14
  24:13 40:20
  43:1,5,13,16
body
23:13 27:17 34:5
book
17:18 21:15
  33:13
booklet
36:15
books
14:9
bottom
40:2
Boulevard

3:5
box
14:11
boxed
26:16,17 27:2
boxing
34:20
break
42:17,19
brims
18:5
brought
7:20 15:18

**C**

C
3:1,11 4:1 5:1
calculators
18:7
call
9:8
called
11:11 16:9 25:2
calling
20:10
calls
39:14
CAMPBELL
2:5 3:13
carries
5:20
case
43:9 45:10
cater
18:14
cause
18:3
cc'ing
30:11
certain
41:12
CERTIFICATE
45:1
certify
45:3
chain
31:11
chance

16:20
**change**
16:20
**charge**
11:21 13:2 14:2
**Charleston**
3:5
**cheating**
14:8,15 29:9 30:2
37:22 38:19
43:2,6,12,16
**Check**
15:18
**Chenari**
1:4 3:20 4:9 7:19
8:1 11:6 12:6,9
12:13 21:20,21
22:13 23:13
24:7,15,20 25:1
25:20 26:4
28:13 29:6
32:18 34:11,18
38:12 39:11,17
41:16 42:5 44:2
**Chenari's**
40:16
**chief**
29:11,12 40:22
**circled**
27:4
**circling**
22:19 24:1 25:1
**Civil**
1:6
**classroom**
38:11,17
**clerkship**
8:11 9:2,5,10,16
10:20 11:1,15
12:17 13:1,16
17:16 30:12
41:4
**clinical**
9:5
**clock**
19:14,16,17,18,18
20:1,2

**code**
37:18 38:20
39:21
**collect**
14:8 20:17 21:5
**collected**
22:14 24:18
27:21
**collecting**
21:7,8
**college**
9:22 10:3,14
**Columbia**
1:2 2:16 45:22
**come**
31:12 40:19 42:3
42:10
**comfortable**
29:1
**Commission**
45:15
**committees**
30:20
**communication**
39:10
**competency**
8:21
**complained**
25:4,19 26:1
**complaint**
25:1 38:6,7,8,17
**complete**
18:11
**completed**
24:2,7
**comprehensive**
15:3 17:15
**concentration**
10:11
**conclusion**
27:20
**contact**
28:13,15
**continue**
23:21
**continuing**
23:14

**convergence**
32:13
**conversation**
6:13
**coordinated**
8:19
**coordinator**
8:5,7,11,13,17 9:3
9:6,16,17 10:20
10:21 11:2,15
11:16 12:17,18
13:16 20:4
28:10 29:5
**Coordinator's**
30:7
**Copy**
44:19
**core**
8:20
**correct**
5:19 10:1 15:5,13
16:3,6 19:1
20:18 27:15
35:2,8,15 36:5,8
36:9,19 45:4
**counsel**
5:6 41:18 45:9
**count-down**
19:19
**Couple**
35:4
**course**
41:17
**court**
1:1 5:18,21 6:11
44:19
**cover**
17:18
**currently**
8:3

**D**

**D**
5:1
**date**
15:14 17:20 41:3
**Dawn**
1:22 2:14 45:2

**day**
20:13 38:3 45:13
**Dean**
28:7,11 30:11,11
40:11 42:3
**Deans**
29:10,18,20 30:13
30:16
**Dean's**
14:12 28:2 29:3
**December**
14:22 15:10,17
16:5 20:9 30:21
31:15 39:8,11
39:12 40:15
**Defendant**
1:8 3:10
**defer**
20:2
**degree**
9:22 10:7
**delay**
18:3
**deposition**
1:11 2:1 4:8 5:11
7:4,9,12 45:3
**desk**
18:6 27:10 36:20
**detailed**
30:10 41:9,10
**details**
29:14
**determines**
17:15
**devices**
18:8
**different**
8:14 37:10
**differently**
6:12
**difficult**
7:1
**digital**
19:18,18 20:1
**direction**
45:7
**director**

9:11 30:12
**disagree**
39:2
**discuss**
29:10
**discussion**
14:19 25:16
**dismissed**
42:11
**District**
1:1,2 2:15 45:22
**documents**
7:17
**doing**
34:11 36:2
**Dr**
30:11
**drafted**
31:18
**drop**
28:2 29:4
**dual**
8:12 9:12
**duly**
5:4
**duties**
8:17 9:3
**duty**
15:6
**D.C**
1:12 2:8 3:16

**E**

**E**
3:1,1 4:1,6 5:1,1
**early**
19:6
**Education**
10:21
**effect**
29:19
**eight-week**
9:4
**either**
11:14 12:17
**elaborate**
15:8 20:14 24:16
27:16 33:18

DEPOSITION OF JESSICA RUIZ
CONDUCTED ON MONDAY, APRIL 20, 2015

41:21
**elbows**
26:20
**electronic**
18:7
**elevator**
37:16
**else's**
22:14
**Emergency**
8:4,6
**employed**
8:3 9:14 13:11,13
45:9
**entered**
14:17
**entire**
14:2 15:20
**entirely**
16:13
**episode**
27:3
**error**
19:12
**ESQUIRE**
3:3,11,12
**essence**
36:13
**evaluations**
8:20 9:7
**events**
7:6
**exactly**
11:7 15:21 17:10
17:12 19:2,22
22:1 24:3 28:17
29:8 31:2
**exam**
14:21 15:2,3,4,7
15:10,14,16
16:2,12 17:7,15
18:2,21 19:10
20:9,10,16
22:18 23:18
25:20 26:4,16
26:21 27:5,20
30:8 34:15

35:12 36:1,12
36:15 38:2
40:10 41:4,12
43:17,18,21
44:2,9
**examination**
4:2 5:6 13:3 14:3
14:5 17:13,21
18:11
**Examiners**
14:10,13 18:2,19
21:14 24:13
40:20 43:2,5,13
43:17
**examining**
17:22
**example**
6:14,22 7:4
**exams**
20:5,18 21:5,7,8
22:15 24:10,12
24:18 27:5,21
28:3,12 29:4
**excludes**
41:17
**exclusively**
33:21
**Executive**
8:4 10:21 28:10
29:5 30:6
**Exhibit**
4:8,9 31:6,7,11
**expected**
15:21,22
**Expires**
45:15
**extent**
7:11
**extra**
31:22
**eyes**
21:18 34:6
**e-mail**
16:5 30:10,13,16
30:17 31:11,12
31:14,18,20
33:4 37:7 39:4,6

39:8,12 40:2,11
42:8

_____
**F**
**fact**
26:1
**fair**
6:9
**familiar**
11:11 42:22
**far**
22:2
**Farmville**
10:6
**fashion**
14:9
**FedEx**
14:13
**feel**
6:2 29:1
**female**
25:9,10
**file**
41:5
**final**
41:16
**finally**
27:5
**financial**
45:10
**finish**
6:16 44:6
**FIRM**
3:4
**first**
10:17 11:5,8 24:1
30:4,5 31:15
**fist**
26:20
**fists**
26:18
**five**
18:16 24:4
**focused**
33:14,20 34:3,8
**following**
37:1 40:10
**follows**

5:5
**foregoing**
45:3,4
**Form**
16:16 17:8 21:1
26:9 33:16
38:13,21
**format**
40:19
**foundation**
16:17 17:9 33:17
38:14,22
**free**
6:2
**Friday**
31:15
**front**
23:12 36:18
**further**
39:5

_____
**G**
**G**
5:1
**general**
8:12,16,18 9:4
11:14 12:18
20:3
**George**
1:7 7:21
**Georgetown**
13:14,17
**girl's**
12:14
**give**
14:6 18:1,11,19
18:21 19:4
22:18 27:5
29:14 40:22
41:9
**given**
18:10 19:10 45:5
**gives**
41:10
**giving**
19:7 32:4
**go**
5:14 13:5 16:22

19:15 20:15
25:13 36:20
**goes**
21:14
**going**
5:14 6:5,8 16:8
17:14 37:17
38:11
**Goldberg**
30:11
**goodbye**
24:12 27:22
**go-between**
9:9
**grade**
40:13
**graduate**
10:2,12 17:14
**Grand**
8:21
**grapevine**
42:12,13
**Gray**
3:12 14:17
**ground**
5:15
**Gut**
36:3
**GW**
4:9 8:5 9:20
10:17 12:4
13:11,13 30:17
37:18 38:8,18
38:20 39:16
41:15,19

_____
**H**
**H**
4:6
**halfway**
18:16 34:13
**hand**
26:19 45:12
**handed**
31:10
**hands**
26:18 36:20
**happen**

idea
24:21 38:9,9
**identification**
17:20 31:7
**ignored**
32:10 33:4
**ignoring**
26:14 32:18
**illustrates**
15:21 17:12
**imagine**
37:9
**important**
6:21
**impossible**
6:3
**incident**
12:12 29:10
30:10,16 37:2
39:18 41:16
42:4
**incidents**
29:22
**independently**
7:11,16
**indicated**
12:13
**indicating**
32:16
**individual**
41:5,7
**inform**
28:3,5
**informal**
12:3,4 13:20
**information**
17:16 41:9,10
**informed**
29:4,17 31:21
**initial**
31:12,14
**inquire**
42:7
**inquired**
40:9
**inside**
17:17,18

39:17 43:12
**happened**
19:9 20:12 22:7
22:16 24:8 28:4
29:15 30:20
35:16 37:5,14
**hard**
27:9 32:14
**Hart**
1:22 2:14 45:2
**hats**
18:5
**Haywood**
40:11
**head**
7:1 23:17 27:11
**hear**
21:16 42:14
**heard**
32:21 33:2 42:9
**held**
2:1 14:19 25:16
35:17 40:13
**help**
17:14
**hired**
10:17,18
**holding**
23:17 26:19
**Honestly**
35:21
**honor**
37:18 38:20
39:21
**hoodies**
18:6
**Hospital**
13:14
**hour**
18:15
**hours**
18:10 19:21
**Human**
19:12
**hyper**
33:14

---
**I**
---

**instances**
18:17
**instinct**
36:3
**institution**
41:1
**instructing**
11:22
**instruction**
32:5
**instructions**
16:10 17:6 31:21
**insufficiency**
32:13
**interest**
45:10
**interpret**
36:11
**interpreted**
27:8
**interview**
8:21
**involved**
11:16 29:22
31:13
**involving**
39:11
**in-service**
13:2

---
**J**
---

**J**
3:3
**JACKSON**
2:5 3:13
**Jason**
3:3 25:13
**Jessica**
1:11 2:1 4:2 5:3
5:10
**job**
1:20 8:10,17 9:3
11:14 14:1
15:12
**June**
8:9 9:21 10:17

---
**K**
---

**KITCHEL**
3:11 7:10 14:18
16:16 17:8 21:1
23:3,6 25:13
26:9 33:16
38:13,21 40:5
41:17 42:18
44:16,20
**knots**
11:21 12:2
**know**
6:15 11:7,8 17:16
19:18 20:1 22:1
24:4,22 25:22
29:20 31:2
32:21 33:1,3,22
34:2,2 38:5 43:4
43:8,10,14 44:1
**known**
10:3

---
**L**
---

**lab**
11:12,16 12:7,10
**language**
34:5
**languages**
10:10
**Las**
3:7
**late**
19:6,10
**law**
2:1 3:4 5:18
**lawsuit**
7:20
**layperson**
41:11
**lead**
18:9
**learn**
41:20
**learned**
41:18 42:10
**lectures**
8:21 9:7
**left**
19:22 24:10

27:22 30:6
**length**
17:11
**let's**
20:4
**liaison**
9:10
**likes**
16:21
**likewise**
6:17
**lines**
28:21
**little**
6:12 16:4 26:3
**LLC**
3:4
**located**
10:5
**location**
17:21
**long**
8:8 9:12,18 13:8
23:22
**longer**
24:4
**Longwood**
10:3,4,12
**look**
17:17 41:8
**looking**
32:19 41:22
**loud**
6:21
**luck**
35:5,7

---
**M**
---

**M**
1:22 2:14 45:2
**major**
10:9,10
**male**
25:9
**manual**
15:21 17:11
**MARCELLO**
3:12

mark
19:2 31:6
marked
31:7,10
materials
14:11 15:18
mean
14:4 26:17 33:5
33:20 34:19
35:10 39:2
means
16:19
medical
11:22 14:10,13
17:14 18:2,19
24:13 40:20
43:1,5,13,16
medication
7:5
Medicine
8:4,6
meeting
11:6 12:6
mention
24:20
mind
30:1
minute
18:16,16
minutes
18:10 19:21 24:5
modern
10:10
Monday
1:13
motions
27:14
move
27:17
moved
36:15
movements
23:13
moving
21:12,16,17,19
22:5,17
mumbled

22:21,22 23:9
mumbling
26:6,15

**N**

N
3:1 4:1,1 5:1
name
5:8 12:14,14
17:19 25:11
National
14:10,13 18:1,18
21:14 24:13
40:20 43:1,5,13
43:16
NBME
41:2
need
23:2,3
needed
29:10,17 37:16
neither
45:8
Nevada
3:7
never
42:9
Nick
7:14
Nods
27:11
normal
6:13
normally
20:15
Northwest
2:6 3:14
notarial
45:13
Notary
1:22 2:15 45:1,21
Notice
2:14
notify
38:18
number
17:20,20 41:8

**O**

O
4:1 5:1
oath
5:16,17,21
object
16:18
Objection
16:16 17:8 21:1
26:9 33:16
38:13,21
obligation
37:20 43:4
observe
14:6,15
observer
13:4
obvious
38:10
occurred
29:5
office
14:12 28:2 29:3
30:7,9
officer
45:2
offices
2:2
officially
10:21 15:11
okay
6:6,19,20 17:4
23:5 42:16,18
44:14
once
31:4,4,5
opposed
6:22
order
24:12
organize
11:20 13:3 14:9
organized
9:7
outcome
41:16 42:5 45:11
outside

17:18
overall
41:6
oversaw
8:18 9:4

**P**

P
3:1,1 5:1
page
4:2,8 31:15 40:1
40:2,5,7,10,10
Pages
1:21
paragraph
17:11
part
15:12 32:15
particular
18:21
parties
45:10
PDF
41:5
Pediatrics
13:16
penalty
5:20
pencil
21:12,16,17,19
22:5,6 26:19
32:10 33:6
penciling
23:14
pencils
15:18 18:7,9
perjury
5:21
permission
18:2 40:22
person
25:7 39:8
phone
39:14
physical
36:7,10,11
physically
35:12 36:13

pick
35:12
Plaintiff
1:5 3:2 5:6
please
5:9 6:16 22:18
44:20
point
6:5 18:12,16
20:17,20 21:8
23:11,19 27:3
34:14 35:18
42:10
portal
40:21
portion
9:5
position
8:10 10:18,22
11:14 13:15
positions
8:14
possibilities
14:7
preferences
18:14,15
prepare
7:8,12 15:16
prepared
7:16 15:20
preparing
7:15
PRESENT
3:19
prevents
7:5
previously
34:20
prior
16:4
proceed
7:3
proctor
12:16,21,22 13:1
13:6,8,10,19,22
14:4 15:10,20
16:9 20:5 29:11

Case 1:14-cv-00929-ABJ   Document 24-5   Filed 09/18/15   Page 53 of 56
DEPOSITION OF JESSICA RUIZ
CONDUCTED ON MONDAY, APRIL 20, 2015

51

29:12 30:1
40:22 43:20
**proctored**
19:11
**proctoring**
13:2 14:2,21 15:2
15:6
**proctors**
40:22
**program**
8:19
**provide**
13:18 30:20
**provided**
21:13
**Public**
1:22 2:15 45:1,21
**Pursuant**
2:14
**put**
14:11 19:19 22:6
24:12 26:18
27:9,10 32:10
33:6
**P.C**
2:5 3:13
**p.m**
1:14 31:16 42:19
42:20 44:21

——————
**Q**
**question**
6:1,2,4,4,7,8,9,17
6:18,19 7:10
16:20,21 17:2,4
20:14
**questions**
41:13
**quite**
13:1

——————
**R**
**R**
3:1 5:1
**raised**
35:18
**react**
33:5,7,9,11

**reaction**
39:5
**read**
15:20 16:11
32:14
**reading**
45:7
**really**
33:19
**reason**
7:3 16:19
**recall**
8:1 11:5 12:6,12
12:15 16:8
20:10,12 22:2
22:12 27:19
28:19 30:15,19
32:4,7 34:1
40:17 44:3
**recalling**
7:6
**receive**
40:18
**received**
40:18
**recipients**
31:13
**recognize**
25:11 31:14
**recollection**
11:8 25:18 37:4
**record**
5:8 14:18,19 23:4
25:14,16 42:20
44:21 45:4
**recruitment**
8:22
**reduced**
45:6
**refer**
23:14
**referred**
15:4
**referring**
35:1
**refresh**
25:18 37:4

**regarding**
43:2
**regardless**
18:18
**related**
45:9
**relation**
21:21 30:8
**release**
40:12
**remember**
12:9 14:21 16:13
16:14 17:6 19:3
19:6,8 24:3,6,21
25:5,7,7,9 26:2
28:18 29:2,16
29:21 30:14,18
35:20 39:13,14
39:22 42:4,15
44:4,5,7,9,12,13
**repeat**
6:3 17:4 21:2
**rephrase**
6:3 26:10
**report**
37:21 41:6 43:5,8
43:12,15
**Reported**
1:22
**Reporter**
6:11 44:19 45:1
**reporting**
43:2
**reports**
41:1,2,5,7
**represent**
7:19
**represented**
38:16
**requested**
45:8
**require**
14:10 24:13
**required**
18:11,18
**requirements**
15:12

**residency**
8:5,7,13,17 9:6,16
9:19 11:15
12:18 20:4
**residents**
8:18
**respond**
30:13
**result**
39:17
**retake**
43:18 44:2,9
**retrieve**
26:21 36:12
**review**
7:17
**reviewed**
16:1
**right**
29:20 32:15 34:4
36:16 44:16
**role**
8:8,12,16 9:2,3,12
9:18 11:2 12:17
20:3
**roles**
12:20
**room**
14:17 19:14,17
20:2 28:16
**Rounds**
8:21
**RPR/RMR/CRR**
1:22 2:15
**Ruiz**
1:11 2:1 4:2,8 5:3
5:10,11 15:9
42:22
**rules**
5:15 43:1

——————
**S**
**S**
3:1 4:1,6 5:1
**Sanders**
25:11 26:1
**sat**
15:19

**saw**
21:18,22 22:5
24:1 26:22,22
**saying**
29:1 35:6 40:11
42:8
**says**
17:13 31:21 37:1
**Scantron**
21:13 24:8 26:21
**Scantrons**
14:8
**schedules**
8:20 9:8,8
**scheduling**
11:20
**school**
17:14
**Schroth**
28:11 30:11
**sciences**
15:3
**score**
18:2 40:16 41:1,2
**scores**
18:4 40:10,12,18
**seal**
45:13
**season**
8:21
**second**
14:18 23:20
25:14 31:20
35:14 40:1
**Security**
17:19
**see**
19:15,19,22 21:16
32:2,11 34:16
39:4 40:3,13
**send**
14:12
**sent**
16:5 30:16,17
39:4,7
**sentence**
31:20 32:11

34:13,16 37:1
sentences
35:4
session
11:20
set
45:12
shaking
6:22
share
41:19
sheet
21:13 23:18 24:8
24:8 33:12,15
33:21 34:7,15
35:7,13 36:12
sheets
32:1
shelf
15:4 43:20 44:2,9
short
42:17
SHORTHAND
45:1
shows
41:12
sign
17:19
signature
18:3
signing
45:8
similar
9:6
Sina
1:4 3:20 21:20
37:2
Sina's
40:12
sit
13:4 25:22 32:7
sitting
36:21
six
9:19 14:3 20:6,7
20:8
six-year

8:19
skills
11:12 12:10
Social
17:19
soft
18:9
Somebody's
21:12
somewhat
35:21
sorry
8:6 28:5
sort
9:5 40:21
sounded
12:14
Sounds
9:1
South
2:7 3:15
Spanish
10:11
speak
29:18
specific
41:3
specifically
25:5 32:4 41:4
specifics
41:21
spectrum
9:1
spot
34:6
Stacy
25:11 26:1
stands
16:21
start
9:20 19:21
started
16:12 17:7
Starting
32:15
starts
34:14

state
5:8 32:9 35:4,21
37:9
statement
17:22
STATES
1:1
stayed
24:11,19,20
stenographically
45:6
Stevens
28:3,6,10 29:13
30:12
stood
23:20 35:5
stop
22:6,17,18
straight
28:2
Street
2:6 3:14
strengths
41:14
strike
15:15
student
9:10 15:22 37:15
41:3,6,8,13
students
11:22 16:6,11
17:7 18:13
19:15 24:10,14
24:19,20,22
25:4 27:21
31:22 37:10,13
37:17,21,21
38:2,5,10,17
41:3 43:17 44:1
44:8,8
submit
14:12
submits
41:2
Suite
2:7 3:6,15
Sure

24:17 25:15
surgery
8:11,12,13,16,19
9:2,4,15 10:20
11:1,15,15
12:17,18,22
13:2 15:3 17:16
20:3
surgical
11:21 12:2
suspect
37:22
suspicions
38:18
suture
11:12 12:10
sworn/affirmed
5:4

_____

T

T
4:1,1,6
table
26:20
take
5:17 7:2 26:16
34:15 35:6,22
36:10 42:17
taken
5:12,21 42:19
45:3,5
talk
7:14 24:11
talked
7:13,14
task
34:9
tell
5:4 16:14,22 17:3
17:5,10 29:8,11
40:15 41:15
tells
17:17
test
14:9 17:18 21:15
33:13
testified
5:5 28:1 34:20

testimony
45:5,5
thank
21:4 23:5 32:17
44:17,18
thing
30:7
things
6:12
think
16:9
third
32:12
third-year
9:5 11:22
thought
12:13 39:17
three
32:10
time
11:5 14:6 16:18
16:18 19:22
20:10 23:20,22
24:2 25:2 26:4
30:4,5 31:22
35:14,16 36:18
timer
19:13,20
times
14:3 22:11 32:10
titled
10:22
today
5:15,17 6:12 7:4
7:9,15 25:22
32:7
today's
17:20
told
15:9 22:6 29:9
32:9 33:6 37:3
42:2 43:15
topics
41:12,14
training
12:1,3,4 13:5,18
14:14

4:7 31:8 45:4
transfer
31:22
tried
26:15 35:5,6,9,10
35:12
true
45:4
truth
5:5
trying
36:12
turn
40:1
turned
18:8 28:12
two
8:14 9:13,15
12:20
tying
11:21 12:1
type
7:5 13:5,18 17:12
34:22 40:19
typewriting
45:7

**U**
uhn-uhn
7:1,1
Uh-huh
23:1,4 40:4
understand
5:16,20 6:2,5
7:19 16:8 17:2
23:9
understanding
13:22 38:19
41:11 43:11
understood
6:9
UNITED
1:1
university
1:7 7:21 10:4,15
13:14 42:3
unusual

20:12,20 21:6,9
Urology
9:16,19
use
19:13,17

**V**
v
1:6
Vaguely
43:3
VanDuzer
28:3,6 29:13
30:12
Vaziri
30:11
Vegas
3:7
verbatim
16:9
vigilant
14:7
violation
38:20 39:21
Virginia
10:6
virtually
6:3
visible
19:15

**W**
W
3:5
wait
6:16,17
want
15:9 21:2
warning
18:12,22 19:4,7
19:10
warnings
14:7 15:19 18:20
Washington
1:7,12 2:8 3:16
7:21
wasn't
36:4

watched
15:19
way
11:18 25:19 26:8
27:9,10,18
32:12,19 33:7
37:5
weaknesses
41:14
wear
18:5
website
19:18 40:21
went
28:2,7,12 29:3
30:9
WHEREOF
45:12
wide
9:1
WITNESS
23:5,7 44:18
45:12
workbook
33:15,21 34:7
working
9:20
write
37:10
writing
37:13
wrote
30:9

**X**
x
1:3,9 4:6

**Y**
year
14:3 20:7,8 31:3
years
9:13,15,19

**0**
000498
4:9

**1**
1
1:21 4:9 31:6,7
31:11
1st
9:21 10:17
1:56
31:16
10-minute
18:12,19 19:4,10
1120
2:6 3:14
14th
14:22 15:10,17
16:5 20:9 30:21
31:15 39:8,11
14-929
1:7
15th
39:12
165
3:6

**2**
2
18:7,8,10 19:21
20
1:13
20th
2:6 3:14
2001
10:13,13
2003
13:9
20036
2:8 3:16
2004
9:21 10:18 11:2
2012
13:21 14:22
15:10,17 20:4,9
30:21 31:15
39:8 43:21
2013
43:21
2014
8:9 11:3

2015
1:13 45:13,15
202
2:9 3:17
25
8:18
26th
45:13
27
40:15
28
38:16
29
44:4,7,8

**3**
3:03
1:14
3:49
42:19
3:53
42:20
3:55
44:21
30
18:10,19 19:10,21
38:4,16
30-minute
18:12,22 19:2
300
2:7 3:15
31
4:9 45:15

**4**
45
1:21
457-1600
2:9 3:17
499
40:5,7

**5**
5
4:3
500
40:11
502

| | | | | |
|---|---|---|---|---|
| 4:9 | | | | |
| **7** | | | | |
| **702** | | | | |
| 3:8 | | | | |
| **7881** | | | | |
| 3:5 | | | | |
| **8** | | | | |
| **80451** | | | | |
| 1:20 | | | | |
| **89117** | | | | |
| 3:7 | | | | |
| **9** | | | | |
| **9th** | | | | |
| 8:9 | | | | |
| **925-8787** | | | | |
| 3:8 | | | | |