Exhibit 6



# Transcript of **JEFFREY AKMAN**

**Date:** April 21, 2015

**Case:** CHENARI v. GEORGE WASHINGTON UNIVERSITY

Planet Depos
Phone: 888-433-3767
Fax: 888-503-3767
Email: transcripts@planetdepos.com
Internet: www.planetdepos.com

Worldwide Court Reporting | Interpretation | Trial Services

1

1              UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF COLUMBIA

3      - - - - - - - - - - - - - -x

4      SINA CHENARI,                    :

5              Plaintiff,        :   Civil Action No.

6          vs.                   :   14-929 (ABJ)

7      GEORGE WASHINGTON            :   Judge Amy Berman

8      UNIVERSITY,                  :   Jackson

9              Defendant.         :

10     - - - - - - - - - - - - - -x

11

12              Deposition of JEFFREY AKMAN

13                 Washington, D.C.

14              Tuesday, April 21, 2015

15                    1:49 p.m.

16

17

18

19

20     Job No.:  80452

21     Pages: 1 - 26

22     Reported by:  Stephanie M. Marks, RPR, CRR

DEPOSITION OF JEFFREY AKMAN
CONDUCTED ON TUESDAY, APRIL 21, 2015

2

1          Deposition of JEFFREY AKMAN, held at the

2     location of:

3

4

5               JACKSON & CAMPBELL, P.C.

6               1120 20th Street, NW

7               Suite 300

8               Washington, D.C.  20036-3437

9               (202) 293-1600

10

11

12

13          Pursuant to agreement, before Stephanie M.

14     Marks, Registered Professional Reporter, Certified

15     Realtime Reporter and Notary Public in and for the

16     District of Columbia.

17

18

19

20

21

22

DEPOSITION OF JEFFREY AKMAN
CONDUCTED ON TUESDAY, APRIL 21, 2015

3

1                    A P P E A R A N C E S

2          ON BEHALF OF PLAINTIFF:

3                JASON J. BACH, ESQUIRE

4                THE BACH LAW FIRM, LLC

5                7881 W. Charleston Boulevard

6                Suite 165

7                Las Vegas, Nevada  89117

8                (702) 925-8787

9

10         ON BEHALF OF DEFENDANT:

11               NICHOLAS S. McCONNELL, ESQUIRE

12               JACKSON & CAMPBELL, P.C.

13               1120 20th Street, NW

14               Suite 300

15               Washington, D.C.  20036-3437

16               (202) 293-1600

17

18

19

20

21

22

DEPOSITION OF JEFFREY AKMAN
CONDUCTED ON TUESDAY, APRIL 21, 2015

4

1          A P P E A R A N C E S   C O N T I N U E D

2      ON BEHALF OF THE GEORGE WASHINGTON UNIVERSITY:

3              MARY LYNN REED, ESQUIRE

4              THE GEORGE WASHINGTON UNIVERSITY

5              OFFICE OF THE SENIOR VICE PRESIDENT

6              AND GENERAL COUNSEL

7              2100 Pennsylvania Avenue, NW

8              Suite 250

9              Washington, D.C.  20052

10             (202) 994-4771

11

12

13

14

15

16

17

18

19

20

21

22

DEPOSITION OF JEFFREY AKMAN
CONDUCTED ON TUESDAY, APRIL 21, 2015

5

1                    C O N T E N T S

2    EXAMINATION OF JEFFREY AKMAN                    PAGE

3            By Mr. Bach:                            6

4

5

6

7                    E X H I B I T S

8                (Exhibits attached.)

9    AKMAN DEPOSITION EXHIBITS                       PAGE

10   Exhibit 1   Document Bates stamped 636 – 640    11

11   Exhibit 2   Document Bates stamped 297          14

12   Exhibit 3   Document Bates stamped 299 – 301    22

13

14

15

16

17

18

19

20

21

22

DEPOSITION OF JEFFREY AKMAN
CONDUCTED ON TUESDAY, APRIL 21, 2015

6

1              P R O C E E D I N G S

2                   JEFFREY AKMAN,

3     being first duly sworn to testify to the truth, the

4     whole truth, and nothing but the truth, was examined

5     and testified as follows:

6          EXAMINATION BY COUNSEL FOR THE PLAINTIFF

7                   BY MR. BACH:

8          Q    Can you state your name for the record,

9     please.

10         A    Jeffrey Akman.

11         Q    And Dr. Akman, have you ever had your

12    deposition taken before?

13         A    Yes.

14         Q    Approximately how many times?

15         A    I would say three to five times.

16         Q    Okay.  When was the last time you had

17    your deposition taken?

18         A    Perhaps two years ago.

19         Q    Okay.  I'm sure you understand --

20    you've already been through the process, but you

21    understand that the court reporter is taking down

22    everything that we say here today and that the oath

DEPOSITION OF JEFFREY AKMAN
CONDUCTED ON TUESDAY, APRIL 21, 2015

7

1    that you took here today is the same type of oath you

2    would take in a court of law.

3                 If I ask you a question and you don't

4    understand the question, please feel free to ask me to

5    rephrase it or repeat it or whatever I need to do to

6    help you understand what I'm trying to ask you.

7                 If I ask you a question and you answer

8    the question, then I'm going to assume that you

9    understood the question; is that fair?

10           A    Yes.

11           Q    Okay.  If you need to take a break at

12   any point, feel free to let me know.  I don't

13   anticipate this is going to take very long.  But if we

14   do take a break, I would just ask that you -- if there

15   is a question that is pending, that you answer the

16   question before we take a break, okay?

17           A    Okay.

18           Q    Dr. Akman, can you tell me how you're

19   currently employed.

20           A    Yes.  I'm employed by George Washington

21   University, and I serve as vice president for health

22   affairs for the University and the dean of the School

DEPOSITION OF JEFFREY AKMAN
CONDUCTED ON TUESDAY, APRIL 21, 2015

8

1    of Medicine and Health Sciences.

2           Q    And how long have you been in that

3    role?

4           A    I've been in the role in -- I was

5    appointed in 2011 as interim vice president for health

6    affairs and dean, and then in October of 2013, was

7    made permanent vice president for health affairs and

8    dean.

9           Q    In October of 2013?

10          A    Yeah, approximately.  October '13.

11   October 2013.

12          Q    And what role -- did you work for

13   George Washington University before 2011?  I can ask

14   that in a better way.

15               How were you employed before you were

16   the interim vice president for health affairs and dean

17   of the School of Medicine and Health Sciences?

18          A    So from 2010 to 2000 -- I'm sorry.

19               2000 to 2010, I was the chairman of the

20   Department of Psychiatry at GW.  I was employed by GW

21   Medical Faculty Associates.

22          Q    Okay.  And you have a medical degree;

DEPOSITION OF JEFFREY AKMAN
CONDUCTED ON TUESDAY, APRIL 21, 2015

9

1    is that correct?

2            A    That's correct.

3            Q    Okay.  Was there a period of time when

4    you were practicing medicine?

5            A    Yes.

6            Q    And what type of medicine were you

7    practicing?

8            A    Psychiatry.

9            Q    And how long did you do that for?

10           A    From 1985 until February of 2015.

11           Q    Okay.  You understand that we're here

12   today involving a lawsuit that my client,

13   Sina Chenari, has brought against George Washington

14   University?

15           A    Yes, I do.

16           Q    Okay.  Have you ever met Mr. Chenari?

17           A    Yes.

18           Q    On how many occasions?

19           A    One.

20           Q    Prior to that meeting with Mr. Chenari,

21   had you ever spoken with him?

22           A    Not that I can recall.

DEPOSITION OF JEFFREY AKMAN
CONDUCTED ON TUESDAY, APRIL 21, 2015

10

1      Q    Okay.  Was there a point in time when

2  you learned of an incident involving Mr. Chenari in

3  December of 2012?

4      A    Yes, there was.

5      Q    And do you recall when that was?

6      A    It had to be in early 2013.  I don't

7  know the exact months.

8      Q    Did you review any documents to prepare

9  for your deposition today?

10     A    Yes, I did.

11     Q    What did you review?

12     A    I reviewed the records that were

13  presented to me, including the records of the

14  Professional Comportment Subcommittee that reviewed

15  the allegation of an honor code violation.  I reviewed

16  the documents of the MSEC, the Medical Student

17  Evaluation Committee, that reviewed the Professional

18  Comportment Subcommittee review of the allegation.  I

19  reviewed the MD regulations of the school, and

20  reviewed my statement to Mr. Chenari.

21     Q    Okay.

22     A    And whatever documents went along with

DEPOSITION OF JEFFREY AKMAN
CONDUCTED ON TUESDAY, APRIL 21, 2015

11

1    the confidential file, Mr. Chenari's confidential

2    file.

3            Q    Okay.  In reviewing that file, or

4    perhaps even independently, do you recall when you met

5    with Mr. Chenari?

6            A    I want to say May 2015.  I'm sorry.

7    May 2013.

8            Q    Okay.

9            A    May 2013.

10            (Akman Deposition Exhibit Number 1 was

11    marked for identification and attached to the

12    transcript.)

13            BY MR. BACH:

14            Q    The document that's been handed to you

15    is marked as Exhibit Number 1.

16            Could you please review that document

17    and let me know when you've had an opportunity to

18    review that.

19            A    Okay.  I've reviewed it.

20            Q    Do you recognize this document?

21            A    Yes.

22            Q    What is this document?

DEPOSITION OF JEFFREY AKMAN
CONDUCTED ON TUESDAY, APRIL 21, 2015

12

1          A     This is the report of the Subcommittee

2     on Professional Comportment pertaining to allegations

3     of academic dishonesty against Sina Chenari.

4          Q     And you received this document in March

5     of 2013; is that correct?

6          A     I don't believe I received it in March.

7     I likely received it in April.

8          Q     Okay.  I know it's dated March 15th of

9     2013.

10               Are you aware of why you wouldn't have

11    received it until April?

12         A     This would have gone to the associate

13    dean and then back to -- and then to the committee

14    on -- the Medical Student Evaluation Committee before

15    it would have gotten to me.

16         Q     Okay.  So even though it's addressed to

17    you, it wouldn't have actually gone to you; is that

18    correct?

19         A     That's correct.

20         Q     Do you know if you became aware of the

21    allegations involving Mr. Chenari before March 15th of

22    2013?

DEPOSITION OF JEFFREY AKMAN
CONDUCTED ON TUESDAY, APRIL 21, 2015

13

1          A     It is possible.  I don't recall.

2          Q     Okay.  So do you know when in April of

3    2013 you would have received this?

4          A     No, I don't.  I don't recall.

5          Q     And you said that this would --

6    originally would have gone to the associate dean; is

7    that correct?

8          A     That's right.

9          Q     And which associate dean?

10          A     Dean Goldberg.

11          Q     Okay.  When the Subcommittee on

12    Professional Comportment sent this memo out addressed

13    to your office, do you know what their purpose is in

14    sending this to you?

15          A     Yes.  Well, it's to communicate to me

16    that the results of the -- of their review of the

17    case, and in this case, the -- the associate dean acts

18    as my designee on these cases.

19          Q     And that would be Dean Goldberg?

20          A     That would be Dean Goldberg.

21          Q     And then is it Dean Goldberg's

22    responsibility then to determine what to do with this

DEPOSITION OF JEFFREY AKMAN
CONDUCTED ON TUESDAY, APRIL 21, 2015

14

1    report?

2            A    Yes.

3            Q    Okay.  Do you know what she decided to

4    do with this report in this particular case?

5            A    Yes.  She referred it to the MSEC.

6            Q    Okay.  So referring it to the MSEC

7    would be the second hearing process; is that correct?

8            A    That's correct.

9            Q    Would you have reviewed Exhibit

10   Number 1 before the matter was referred to the MSEC?

11           A    No.

12                (Akman Deposition Exhibit Number 2 was

13   marked for identification and attached to the

14   transcript.)

15                BY MR. BACH:

16           Q    If you could review Exhibit Number 2

17   and tell me when you've had an opportunity to do that.

18           A    I've reviewed it.

19           Q    Okay.  Do you recognize Exhibit

20   Number 2?

21           A    Yes, I do.

22           Q    And what is this document?

DEPOSITION OF JEFFREY AKMAN
CONDUCTED ON TUESDAY, APRIL 21, 2015

15

1          A     This is the recommendations of the MSEC

2     pertaining to Sina Chenari.

3          Q     And this memorandum is also addressed

4     to you.

5                Did this one go directly to you?

6          A     It went to Dean -- to Dean Goldberg

7     before it went to me.

8          Q     Okay.  Do you know why it would go to

9     Dean Goldberg before it went to you?

10          A     That's our process, that she handles

11     the cases of allegations of honor code violations and

12     professional comportment cases.

13          Q     Okay.  Would it be -- does it go to her

14     because she's going to make a decision based on this

15     recommendation?

16          A     No.  She does not make a decision on

17     these cases.

18          Q     Okay.  Does she simply forward it on to

19     you?

20          A     She -- yes.  She compiles the

21     information and then forwards it on to me.

22          Q     Okay.  So she would take this

DEPOSITION OF JEFFREY AKMAN
CONDUCTED ON TUESDAY, APRIL 21, 2015

16

1    memorandum along with all of the supporting

2    information and forward that on to your office?

3            A    That's correct.

4            Q    Do you recall when you received Exhibit

5    Number 2?

6            A    Well -- so it's dated April 30th, so I

7    would then believe, since I saw Mr. Chenari in May,

8    that it would have been between April 30th and the

9    time that I saw Mr. Chenari in May.

10           Q    Okay.  When you received this memo,

11   what did you do with it?

12           A    I reviewed it, reviewed it with the

13   other documents, and then met with Mr. Chenari.

14           Q    Okay.  Do you recall the meeting with

15   Mr. Chenari?

16           A    Yes.

17           Q    Okay.  And what did you talk about?

18           A    Well, we talked about what happened in

19   the exam.  He described the situation, and then we

20   talked about the -- the process through -- with the

21   Professional Comportment Subcommittee and the MSEC.

22   We talked some about his path through medical school

DEPOSITION OF JEFFREY AKMAN
CONDUCTED ON TUESDAY, APRIL 21, 2015

17

1    up to that point.

2            Q    Did he discuss the difficulties he had

3    in medical school up until that point?

4            A    He talked about -- yes, he did.

5            Q    Did he talk about his depression?

6            A    Yes, he did.

7            Q    Did he talk about his ADHD?

8            A    No, he didn't.

9            Q    Did he talk about his anxiety?

10           A    I'd have to -- I don't recall him

11   mentioning anxiety.

12           Q    You do recall him discussing his

13   depression?

14           A    Yes.

15           Q    Did you take that into account in

16   reaching your conclusion?

17           A    Yes.

18           Q    And how so?

19           A    It was part of the information that he

20   provided to me in the context of the -- those two

21   years of medical school, I believe.  And so it was,

22   you know, part of the information that I considered.

DEPOSITION OF JEFFREY AKMAN
CONDUCTED ON TUESDAY, APRIL 21, 2015

18

1          Q     Did Mr. Chenari discuss with you the

2     emotional state that he was in at the time that he

3     ignored the proctor and continued to fill in the

4     bubbles on his answer sheet?

5          A     What do you mean?

6          Q     Did he say that he was nervous or

7     anxious or was having an uncontrolled impulse?  Did he

8     discuss anything like that with you?

9          A     I believe the word he used was

10    panicked.

11         Q     Okay.  As a psychiatrist, I assume that

12    you're familiar with ADHD; is that correct?

13         A     Yes.

14         Q     Do you know if impulsive behaviors is a

15    symptom of ADHD?

16         A     It can be.

17         Q     What else did you discuss at that

18    meeting with Mr. Chenari?

19         A     He had arrived with his attorney.

20         Q     Okay.

21         A     And when he came into the room with his

22    attorney, I said that I had no prior awareness of him

DEPOSITION OF JEFFREY AKMAN
CONDUCTED ON TUESDAY, APRIL 21, 2015

19

1    coming in with an attorney and that I would not be

2    able to meet with he and his attorney but that we

3    could reschedule so that I could have the GW attorney.

4    And that -- I was fine with rescheduling.  And so he

5    then said, well, that he really wanted to meet.  I

6    said, well, you should talk that over with your

7    attorney, but feel free to reschedule and you can have

8    your attorney.

9            He came back and said that he had

10   decided not to have his attorney meet with me.  And I

11   once again said, are you certain, because it's not a

12   big deal to have your attorney.  And he said, no, he

13   wanted to have the meeting.

14           And so we went ahead and met, and, you

15   know, I asked about his sort of history in medical

16   school, and then I asked about the episode at the

17   exam.

18           Q    Okay.  Did Mr. Chenari express any

19   regret for his actions in December of 2012?

20           A    Yes, he did.

21           Q    Is there anything else that you

22   discussed with Mr. Chenari at that meeting?

DEPOSITION OF JEFFREY AKMAN
CONDUCTED ON TUESDAY, APRIL 21, 2015

20

1          A     Well, we went over what happened in the

2     exam.

3          Q     Did you feel that you had learned any

4     new information about Mr. Chenari from that meeting

5     than you had previously -- than you were previously

6     aware of by reviewing the file?

7          A     I got -- I got more -- I received more

8     information about the first two years of medical

9     school that I was not aware of.

10          Q     Okay.  After you met with Mr. Chenari,

11     what else did you do prior to making a decision in

12     this matter?

13          A     I reviewed the -- the documents again,

14     and I consulted with Dean Goldberg and also with GW

15     counsel, Mary Lynn Reed.

16          Q     I don't want to talk about any

17     conversations with your attorney, but what did you

18     talk about -- what did you discuss with Dean Goldberg?

19          A     Well, we reviewed the whole process.

20     We reviewed the content of the allegation, and, you

21     know, I needed to be clear about my range of options,

22     and ...

DEPOSITION OF JEFFREY AKMAN
CONDUCTED ON TUESDAY, APRIL 21, 2015

21

1          Q     Is this the first student that you're

2     aware of that has been dismissed from the medical

3     school for academic dishonesty?

4          A     No.

5          Q     Approximately since -- you've been

6     there since 2011; is that correct?

7          A     Right.

8          Q     Approximately how many have been

9     dismissed since that time?

10          A     I would say four to six.  For some --

11     either for academic dishonesty or academic

12     difficulties.

13          Q     Well, there is a significant

14     difference, at least legally.

15               How many would have been for academic

16     dishonesty?

17               MR. McCONNELL:  Objection as to

18     the form and foundation, but subject to that, you may

19     answer.

20               THE WITNESS:  Perhaps two or

21     three.

22               BY MR. BACH:

DEPOSITION OF JEFFREY AKMAN
CONDUCTED ON TUESDAY, APRIL 21, 2015

22

1          Q    Did Dean Goldberg, at any point, inform

2     you that Mr. Chenari had been diagnosed with ADHD?

3          A    No.

4          Q    Has Dean Haywood ever informed you of

5     that?

6          A    No.

7          Q    If they had informed you before you

8     made your decision, do you believe that that would

9     have impacted your decision?

10         A    No.

11         Q    You don't believe it's relevant?

12         A    Well, I never had that information.

13         Q    Fair enough.

14              (Akman Deposition Exhibit Number 3 was

15     marked for identification and attached to the

16     transcript.)

17              BY MR. BACH:

18         Q    If you could please review what's been

19     marked as Exhibit Number 3 and let me know when you've

20     had an opportunity to do that, please.

21         A    Okay.

22         Q    Do you recognize the document that's

DEPOSITION OF JEFFREY AKMAN
CONDUCTED ON TUESDAY, APRIL 21, 2015

23

1      been marked as Exhibit Number 3?

2              A     Yes, it is.

3              Q     And what is it?

4              A     It's my letter to Mr. Chenari regarding

5      the allegation -- the allegation of academic

6      dishonesty.

7              Q     And in this letter, you determine that

8      Mr. Chenari should be dismissed for academic

9      dishonesty?

10             A     Yes, I did.

11             Q     On the final page of the letter there

12     is -- you state that, "Pursuant to Section G(17) of

13     the regulations for MD candidates, you have the right

14     to appeal this decision to the provost and executive

15     vice president for academic affairs within 15 calendar

16     days."

17                   Did you have any discussions with

18     Mr. Chenari about the appeal process?

19             A     I don't recall.

20             Q     Did you ever have any discussions with

21     the provost or his office concerning Mr. Chenari?

22             A     I don't recall.

DEPOSITION OF JEFFREY AKMAN
CONDUCTED ON TUESDAY, APRIL 21, 2015

24

1           Q     If Dr. Lerman had previously testified

2     that he believed that he spoke to you on the phone

3     once and met with you in person once concerning

4     Mr. Chenari, would you believe that that would be

5     accurate?

6           A     Yes.

7           Q     Are you familiar with the surgery shelf

8     exam?

9           A     Yes.

10          Q     Do you know if that is a standardized

11    exam?

12          A     Yes, it is.

13          Q     And who publishes that exam?

14          A     The National Board of Medical

15    Examiners.

16          Q     Do you know if the National Board of

17    Medical Examiners requires the medical school inform

18    them if one of their students was caught cheating on

19    one of their exams that they administer or that they

20    publish?

21          A     I don't know specifically the answer to

22    that question.

DEPOSITION OF JEFFREY AKMAN
CONDUCTED ON TUESDAY, APRIL 21, 2015

25

1          MR. BACH:  Okay.  All right.

2     That's all I have.

3          MR. McCONNELL:  Okay.  Thank you.

4     We have no questions at this time.

5               (Off the record at 2:15 p.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

26

1                CERTIFICATE OF NOTARY PUBLIC

2           I, Stephanie M. Marks, the officer before whom the

3      foregoing deposition was taken, do hereby certify that the

4      witness whose testimony appears in the foregoing deposition

5      was duly sworn by me; that the testimony of said witness was

6      taken by me in stenotype and thereafter reduced to

7      typewriting under my direction; that said deposition is a

8      true record of the testimony given by said witness; that I am

9      neither counsel for, related to, nor employed by any of the

10     parties to the action in which this deposition was taken;

11     and, further, that I am not a relative or employee of any

12     attorney or counsel employed by the parties hereto, nor

13     financially or otherwise interested in the outcome of the

14     action.

15                    _Stephanie Marks_____

16                        Stephanie Marks

17                        Notary Public in and for the

18                        District of Columbia.

19

20

21

22     My commission expires May 31, 2019.

**A**

ABJ
1:6
able
19:2
academic
12:3 21:3,11,11
  21:15 23:5,8,15
account
17:15
accurate
24:5
action
1:5 26:10,14
actions
19:19
acts
13:17
addressed
12:16 13:12 15:3
ADHD
17:7 18:12,15
  22:2
administer
24:19
affairs
7:22 8:6,7,16
  23:15
ago
6:18
agreement
2:13
ahead
19:14
Akman
1:12 2:1 5:2,9 6:2
  6:10,11 7:18
  11:10 14:12
  22:14
allegation
10:15,18 20:20
  23:5,5
allegations
12:2,21 15:11
Amy
1:7
answer

7:7,15 18:4 21:19
  24:21
anticipate
7:13
anxiety
17:9,11
anxious
18:7
appeal
23:14,18
appears
26:4
appointed
8:5
approximately
6:14 8:10 21:5,8
April
1:14 12:7,11 13:2
  16:6,8
arrived
18:19
asked
19:15,16
associate
12:12 13:6,9,17
Associates
8:21
assume
7:8 18:11
attached
5:8 11:11 14:13
  22:15
attorney
18:19,22 19:1,2,3
  19:7,8,10,12
  20:17 26:12
Avenue
4:7
aware
12:10,20 20:6,9
  21:2
awareness
18:22

**B**

B
5:7
Bach

3:3,4 5:3 6:7
  11:13 14:15
  21:22 22:17
  25:1
back
12:13 19:9
based
15:14
Bates
5:10,11,12
BEHALF
3:2,10 4:2
behaviors
18:14
believe
12:6 16:7 17:21
  18:9 22:8,11
  24:4
believed
24:2
Berman
1:7
better
8:14
big
19:12
Board
24:14,16
Boulevard
3:5
break
7:11,14,16
brought
9:13
bubbles
18:4

**C**

C
3:1 4:1,1 5:1 6:1
calendar
23:15
CAMPBELL
2:5 3:12
candidates
23:13
case
13:17,17 14:4

cases
13:18 15:11,12,17
caught
24:18
certain
19:11
CERTIFICATE
26:1
Certified
2:14
certify
26:3
chairman
8:19
Charleston
3:5
cheating
24:18
Chenari
1:4 9:13,16,20
  10:2,20 11:5
  12:3,21 15:2
  16:7,9,13,15
  18:1,18 19:18
  19:22 20:4,10
  22:2 23:4,8,18
  23:21 24:4
Chenari's
11:1
Civil
1:5
clear
20:21
client
9:12
code
10:15 15:11
Columbia
1:2 2:16 26:18
coming
19:1
commission
26:22
committee
10:17 12:13,14
communicate
13:15

compiles
15:20
comportment
10:14,18 12:2
  13:12 15:12
  16:21
concerning
23:21 24:3
conclusion
17:16
confidential
11:1,1
considered
17:22
consulted
20:14
content
20:20
context
17:20
continued
18:3
conversations
20:17
correct
9:1,2 12:5,18,19
  13:7 14:7,8 16:3
  18:12 21:6
counsel
4:6 6:6 20:15
  26:9,12
court
1:1 6:21 7:2
CRR
1:22
currently
7:19

**D**

D
4:1 6:1
dated
12:8 16:6
days
23:16
deal
19:12
dean

DEPOSITION OF JEFFREY AKMAN
CONDUCTED ON TUESDAY, APRIL 21, 2015

7:22 8:6,8,16
12:13 13:6,9,10
13:17,19,20,21
15:6,6,9 20:14
20:18 22:1,4
**December**
10:3 19:19
**decided**
14:3 19:10
**decision**
15:14,16 20:11
22:8,9 23:14
**Defendant**
1:9 3:10
**degree**
8:22
**Department**
8:20
**deposition**
1:12 2:1 5:9 6:12
6:17 10:9 11:10
14:12 22:14
26:3,4,7,10
**depression**
17:5,13
**described**
16:19
**designee**
13:18
**determine**
13:22 23:7
**diagnosed**
22:2
**difference**
21:14
**difficulties**
17:2 21:12
**direction**
26:7
**directly**
15:5
**discuss**
17:2 18:1,8,17
20:18
**discussed**
19:22
**discussing**

17:12
**discussions**
23:17,20
**dishonesty**
12:3 21:3,11,16
23:6,9
**dismissed**
21:2,9 23:8
**District**
1:1,2 2:16 26:18
**document**
5:10,11,12 11:14
11:16,20,22
12:4 14:22
22:22
**documents**
10:8,16,22 16:13
20:13
**Dr**
6:11 7:18 24:1
**duly**
6:3 26:5
**D.C**
1:13 2:8 3:15 4:9

_____
                E
_____
**E**
3:1,1 4:1,1,1 5:1
5:7 6:1,1
**early**
10:6
**either**
21:11
**emotional**
18:2
**employed**
7:19,20 8:15,20
26:9,12
**employee**
26:11
**episode**
19:16
**ESQUIRE**
3:3,11 4:3
**Evaluation**
10:17 12:14
**exact**
10:7

**exam**
16:19 19:17 20:2
24:8,11,13
**EXAMINATION**
5:2 6:6
**examined**
6:4
**Examiners**
24:15,17
**exams**
24:19
**executive**
23:14
**Exhibit**
5:10,11,12 11:10
11:15 14:9,12
14:16,19 16:4
22:14,19 23:1
**Exhibits**
5:8,9
**expires**
26:22
**express**
19:18

_____
                F
_____
**Faculty**
8:21
**fair**
7:9 22:13
**familiar**
18:12 24:7
**February**
9:10
**feel**
7:4,12 19:7 20:3
**file**
11:1,2,3 20:6
**fill**
18:3
**final**
23:11
**financially**
26:13
**fine**
19:4
**FIRM**
3:4

**first**
6:3 20:8 21:1
**five**
6:15
**follows**
6:5
**foregoing**
26:3,4
**form**
21:18
**forward**
15:18 16:2
**forwards**
15:21
**foundation**
21:18
**four**
21:10
**free**
7:4,12 19:7
**further**
26:11

_____
                G
_____
**G**
6:1
**GENERAL**
4:6
**George**
1:7 4:2,4 7:20
8:13 9:13
**given**
26:8
**go**
15:5,8,13
**going**
7:8,13 15:14
**Goldberg**
13:10,19,20 15:6
15:9 20:14,18
22:1
**Goldberg's**
13:21
**gotten**
12:15
**GW**
8:20,20 19:3
20:14

**G(17)**
23:12

_____
                H
_____
**H**
5:7
**handed**
11:14
**handles**
15:10
**happened**
16:18 20:1
**Haywood**
22:4
**health**
7:21 8:1,5,7,16,17
**hearing**
14:7
**held**
2:1
**help**
7:6
**hereto**
26:12
**history**
19:15
**honor**
10:15 15:11

_____
                I
_____
**identification**
11:11 14:13
22:15
**ignored**
18:3
**impacted**
22:9
**impulse**
18:7
**impulsive**
18:14
**incident**
10:2
**including**
10:13
**independently**
11:4
**inform**

22:1 24:17
**information**
15:21 16:2 17:19
  17:22 20:4,8
  22:12
**informed**
22:4,7
**interested**
26:13
**interim**
8:5,16
**involving**
9:12 10:2 12:21

**J**

**J**
3:3
**Jackson**
1:8 2:5 3:12
**JASON**
3:3
**Jeffrey**
1:12 2:1 5:2 6:2
  6:10
**Job**
1:20
**Judge**
1:7

**K**

**know**
7:12 10:7 11:17
  12:8,20 13:2,13
  14:3 15:8 17:22
  18:14 19:15
  20:21 22:19
  24:10,16,21

**L**

**Las**
3:7
**law**
3:4 7:2
**lawsuit**
9:12
**learned**
10:2 20:3
**legally**

21:14
**Lerman**
24:1
**letter**
23:4,7,11
**LLC**
3:4
**location**
2:2
**long**
7:13 8:2 9:9
**Lynn**
4:3 20:15

**M**

**M**
1:22 2:13 26:2
**making**
20:11
**March**
12:4,6,8,21
**marked**
11:11,15 14:13
  22:15,19 23:1
**Marks**
1:22 2:14 26:2,16
**Mary**
4:3 20:15
**matter**
14:10 20:12
**McCONNELL**
3:11 21:17 25:3
**MD**
10:19 23:13
**mean**
18:5
**medical**
8:21,22 10:16
  12:14 16:22
  17:3,21 19:15
  20:8 21:2 24:14
  24:17,17
**medicine**
8:1,17 9:4,6
**meet**
19:2,5,10
**meeting**
9:20 16:14 18:18

19:13,22 20:4
**memo**
13:12 16:10
**memorandum**
15:3 16:1
**mentioning**
17:11
**met**
9:16 11:4 16:13
  19:14 20:10
  24:3
**months**
10:7
**MSEC**
10:16 14:5,6,10
  15:1 16:21

**N**

**N**
3:1 4:1,1,1 5:1,1
  6:1
**name**
6:8
**National**
24:14,16
**need**
7:5,11
**needed**
20:21
**neither**
26:9
**nervous**
18:6
**Nevada**
3:7
**never**
22:12
**new**
20:4
**NICHOLAS**
3:11
**Notary**
2:15 26:1,17
**Number**
11:10,15 14:10,12
  14:16,20 16:5
  22:14,19 23:1
**NW**

2:6 3:13 4:7

**O**

**O**
4:1 5:1 6:1
**oath**
6:22 7:1
**Objection**
21:17
**occasions**
9:18
**October**
8:6,9,10,11
**office**
4:5 13:13 16:2
  23:21
**officer**
26:2
**okay**
6:16,19 7:11,16
  7:17 8:22 9:3,11
  9:16 10:1,21
  11:3,8,19 12:8
  12:16 13:2,11
  14:3,6,19 15:8
  15:13,18,22
  16:10,14,17
  18:11,20 19:18
  20:10 22:21
  25:1,3
**once**
19:11 24:3,3
**opportunity**
11:17 14:17
  22:20
**options**
20:21
**originally**
13:6
**outcome**
26:13

**P**

**P**
3:1,1 4:1,1 6:1
**page**
5:2,9 23:11
**Pages**

1:21
**panicked**
18:10
**part**
17:19,22
**particular**
14:4
**parties**
26:10,12
**path**
16:22
**pending**
7:15
**Pennsylvania**
4:7
**period**
9:3
**permanent**
8:7
**person**
24:3
**pertaining**
12:2 15:2
**phone**
24:2
**Plaintiff**
1:5 3:2 6:6
**please**
6:9 7:4 11:16
  22:18,20
**point**
7:12 10:1 17:1,3
  22:1
**possible**
13:1
**practicing**
9:4,7
**prepare**
10:8
**presented**
10:13
**president**
4:5 7:21 8:5,7,16
  23:15
**previously**
20:5,5 24:1
**prior**

Case 1:14-cv-00929-ABJ   Document 24-6   Filed 09/18/15   Page 32 of 33
DEPOSITION OF JEFFREY AKMAN
CONDUCTED ON TUESDAY, APRIL 21, 2015

30

9:20 18:22
20:11
**process**
6:20 14:7 15:10
16:20 20:19
23:18
**proctor**
18:3
**professional**
2:14 10:14,17
12:2 13:12
15:12 16:21
**provided**
17:20
**provost**
23:14,21
**psychiatrist**
18:11
**Psychiatry**
8:20 9:8
**Public**
2:15 26:1,17
**publish**
24:20
**publishes**
24:13
**purpose**
13:13
**Pursuant**
2:13 23:12
**P.C**
2:5 3:12
**p.m**
1:15 25:5

_____ **Q** _____
**question**
7:3,4,7,8,9,15,16
24:22
**questions**
25:4

_____ **R** _____
**R**
3:1 4:1 6:1
**range**
20:21
**reaching**

17:16
**really**
19:5
**Realtime**
2:15
**recall**
9:22 10:5 11:4
13:1,4 16:4,14
17:10,12 23:19
23:22
**received**
12:4,6,7,11 13:3
16:4,10 20:7
**recognize**
11:20 14:19
22:22
**recommendation**
15:15
**recommendatio...**
15:1
**record**
6:8 25:5 26:8
**records**
10:12,13
**reduced**
26:6
**Reed**
4:3 20:15
**referred**
14:5,10
**referring**
14:6
**regarding**
23:4
**Registered**
2:14
**regret**
19:19
**regulations**
10:19 23:13
**related**
26:9
**relative**
26:11
**relevant**
22:11
**repeat**

7:5
**rephrase**
7:5
**report**
12:1 14:1,4
**Reported**
1:22
**reporter**
2:14,15 6:21
**requires**
24:17
**reschedule**
19:3,7
**rescheduling**
19:4
**responsibility**
13:22
**results**
13:16
**review**
10:8,11,18 11:16
11:18 13:16
14:16 22:18
**reviewed**
10:12,14,15,17,19
10:20 11:19
14:9,18 16:12
16:12 20:13,19
20:20
**reviewing**
11:3 20:6
**right**
13:8 21:7 23:13
25:1
**role**
8:3,4,12
**room**
18:21
**RPR**
1:22

_____ **S** _____
**S**
3:1,11 4:1 5:1,7
6:1
**saw**
16:7,9
**school**

7:22 8:17 10:19
16:22 17:3,21
19:16 20:9 21:3
24:17
**Sciences**
8:1,17
**second**
14:7
**Section**
23:12
**sending**
13:14
**SENIOR**
4:5
**sent**
13:12
**serve**
7:21
**sheet**
18:4
**shelf**
24:7
**significant**
21:13
**simply**
15:18
**Sina**
1:4 9:13 12:3
15:2
**situation**
16:19
**six**
21:10
**sorry**
8:18 11:6
**sort**
19:15
**specifically**
24:21
**spoke**
24:2
**spoken**
9:21
**stamped**
5:10,11,12
**standardized**
24:10

**state**
6:8 18:2 23:12
**statement**
10:20
**STATES**
1:1
**stenotype**
26:6
**Stephanie**
1:22 2:13 26:2,16
**Street**
2:6 3:13
**student**
10:16 12:14 21:1
**students**
24:18
**Subcommittee**
10:14,18 12:1
13:11 16:21
**subject**
21:18
**Suite**
2:7 3:6,14 4:8
**supporting**
16:1
**sure**
6:19
**surgery**
24:7
**sworn**
6:3 26:5
**symptom**
18:15

_____ **T** _____
**T**
4:1 5:1,1,7
**take**
7:2,11,13,14,16
15:22 17:15
**taken**
6:12,17 26:3,6,10
**talk**
16:17 17:5,7,9
19:6 20:16,18
**talked**
16:18,20,22 17:4
**tell**

testified
6:5 24:1
testify
6:3
testimony
26:4,5,8
Thank
25:3
three
6:15 21:21
time
6:16 9:3 10:1
  16:9 18:2 21:9
  25:4
times
6:14,15
today
6:22 7:1 9:12
  10:9
transcript
11:12 14:14
  22:16
true
26:8
truth
6:3,4,4
trying
7:6
Tuesday
1:14
two
6:18 17:20 20:8
  21:20
type
7:1 9:6
typewriting
26:7

**U**

U
4:1
uncontrolled
18:7
understand
6:19,21 7:4,6
  9:11
understood
7:9

UNITED
1:1
University
1:8 4:2,4 7:21,22
  8:13 9:14

**V**

Vegas
3:7
vice
4:5 7:21 8:5,7,16
  23:15
violation
10:15
violations
15:11
vs
1:6

**W**

W
3:5
want
11:6 20:16
wanted
19:5,13
Washington
1:7,13 2:8 3:15
  4:2,4,9 7:20
  8:13 9:13
way
8:14
went
10:22 15:6,7,9
  19:14 20:1
we're
9:11
witness
21:20 26:4,5,8
word
18:9
work
8:12
wouldn't
12:10,17

**X**

x

1:3,10 5:7

**Y**

Yeah
8:10
years
6:18 17:21 20:8

**1**

1
1:21 5:10 11:10
  11:15 14:10
1:49
1:15
11
5:10
1120
2:6 3:13
13
8:10
14
5:11
14-929
1:6
15
23:15
15th
12:8,21
165
3:6
1985
9:10

**2**

2
5:11 14:12,16,20
  16:5
2:15
25:5
20th
2:6 3:13
2000
8:18,19
20036-3437
2:8 3:15
20052
4:9
2010

8:18,19
2011
8:5,13 21:6
2012
10:3 19:19
2013
8:6,9,11 10:6
  11:7,9 12:5,9,22
  13:3
2015
1:14 9:10 11:6
2019
26:22
202
2:9 3:16 4:10
21
1:14
2100
4:7
22
5:12
250
4:8
26
1:21
293-1600
2:9 3:16
297
5:11
299
5:12

**3**

3
5:12 22:14,19
  23:1
30th
16:6,8
300
2:7 3:14
301
5:12
31
26:22

**6**

6
5:3

636
5:10
640
5:10

**7**

702
3:8
7881
3:5

**8**

80452
1:20
89117
3:7

**9**

925-8787
3:8
994-4771
4:10