UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SINA CHENARI,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GEORGE WASHINGTON UNIVERSITY,<br><br>　　　　　Defendant. | CIVIL ACTION NO.: 14-929 (ABJ) |

## ORDER DENYING MOTION FOR SUMMARY JUDGMENT

This matter is before the Court on the motion for summary judgment filed by Defendant George Washington University. Defendant's motion was supported by accompanying exhibits, and Defendant also filed a statement of undisputed facts, pursuant to Local Rule 56.1.

Plaintiff Sina Chenari has filed an Opposition to the motion supported by accompanying exhibits and Chenari's declaration. Chenari also filed a statement of disputed facts that he believes need to be litigated, pursuant to Local Rule 56.1.

The Court has considered the premises of the motion and the opposition thereto. Upon consideration, the Court is of the view that the Defendants have not met their burden to show that they are entitled to summary judgment as a matter of law on Plaintiff's claims.

WHEREFORE, for the foregoing reasons, Defendants' motion for summary judgment is hereby

DENIED.

　
　
　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　AMY BERMAN JACKSON
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc: Clerk's Office

    Jason J. Bach, Esq.
    THE BACH LAW FIRM, LLC
    7881 W. Charleston, Suite 165
    Las Vegas, NV 89117
    Telephone: (702) 925-8787
    Facsimile: (702) 925-8788
    Email:  jbach@bachlawfirm.com

    Tracy Rezvani, Esq.
    REZVANI VOLIN P.C.
    1050 Connecticut Avenue, N.W., 10th Floor
    Washington, D.C. 20036
    Telephone:  (202) 350-4270 x 101
    Facsimile:  (202) 351-0544
    Email:  trezvani@rezvanivolin.com

    Nicholas S. McConnell, Esq.
    JACKSON & CAMPBELL, P.C.
    1120-20th Street, N.W., Suite 300 S.
    Washington, D.C. 20036
    nmcconnell@jackscamp.com