UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SINA CHENARI,                )
                             )
         Plaintiff,          )
                             )
    v.                       )   Civil Action No. 14-0929 (ABJ)
                             )
GEORGE WASHINGTON UNIVERSITY,)
                             )
         Defendant.          )

**ORDER**

Pursuant to Federal Rules of Civil Procedure 56 and 58, and for the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that defendant's Motion for Summary Judgment [Dkt. # 18] is **GRANTED** and this case is hereby dismissed in its entirety.

**SO ORDERED**.

/s/ Amy B. Jackson
AMY BERMAN JACKSON
United States District Judge

DATE:  March 23, 2016