UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SINA CHENARI,

        Plaintiff,

v.

GEORGE WASHINGTON UNIVERSITY,

        Defendant.

Civil Action No. 14-929 (ABJ)

Judge Amy Berman Jackson

**VERIFIED BILL OF COSTS AND EXPENSES OF
DEFENDANT THE GEORGE WASHINGTON UNIVERSITY**

Pursuant to the judgment entered by this Court on March 23, 2016, Fed. R. Civ. Pro. 54(d)(1), and Local Rule 54, Defendant The George Washington University ("the University"), by counsel, submits this Verified Bill of Costs and Expenses:

| CATEGORY | NAME | COST | EXPLANATION |
|---|---|---|---|
| LONG DISTANCE TELEPHONE | | $1.24 | Phone calls with witnesses. |
| COURIER | Washington Express | $10.31 | Package from the University to Jackson & Campbell, P.C. |
|  |  | $73.02 | Package to/from INOVA Hospital |
|  | **TOTAL:** | **$83.33** |  |
| TRANSPORTATION | Cab | $16.50 | Travel to status conference at the Court. |
|  |  | $84.48 | Travel to and from deposition of Dr. Durr. |
|  | **TOTAL:** | **$100.98** |  |

| CATEGORY | NAME | COST | EXPLANATION |
|---|---|---|---|
| COURT COSTS | PACER | $13.40 | Filing fees. |
| SERVICE OF PROCESS | | $280.06 | Service of process of subpoena on Dr. Durr. |
| POSTAGE | U.S. Postal Service | $5.16 | Postage for mail. |
| PHOTOCOPY CHARGES | | $465.00 | Photocopying in-house for exhibits, client documents. |
| CD AND FLASH DRIVE REPRODUCTION | | $120.00 | Flash drive and CD reproduction in discovery. |
| CONFERENCE CALL/ OUTSIDE VENDOR | | $23.61 | Conference call with witness. |
| OVERNIGHT MAIL | Federal Express | $61.53 | Package to expert witness. |
| | | $51.41 | Package to expert witness |
| | | $51.41 | Package to expert witness |
| | | $59.57 | Package to expert witness |
| | | $20.00 | Package to Jason J. Bach, Esq. |
| | | $63.95 | Package to expert witness |
| | | $50.87 | Package to expert witness |
| | | $118.46 | Package to expert witness |
| | | $64.58 | Package to expert witness |
| | | $227.21 | Packages to multiple expert witnesses |

| CATEGORY | NAME | COST | EXPLANATION |
|---|---|---|---|
| OVERNIGHT MAIL (Cont.) | TOTAL: | $768.99 | |
| COURT REPORTER TRANSCRIPTS | Sina Chenari | $1,236.80 | Deposition transcript. |
| | Sina Chenari | $1,050.00 | Videography services. |
| | Sina Chenari | $784.70 | Additional transcript. |
| | Sina Chenari | $705.00 | Additional videography. |
| | Dr. Durr | $352.95 | Deposition transcript. |
| | R. Goldberg, S. Lerman, J. Akman | $604.80 | Deposition transcripts. |
| | J. Ruiz | $161.05 | Deposition transcript. |
| | A. Flory | $160.20 | Deposition transcript. |
| | Y. Haywood | $100.30 | Deposition transcript. |
| | **TOTAL** | **$5,155.80** | |
| **TOTAL** | **TOTAL COSTS CLAIMED** | **$7,017.57** | |

I, Nicholas S. McConnell, being duly sworn, affirm that I am one of the attorneys for the defendant and am better informed as to the costs than the plaintiff, and that the items in the above bill of costs are correct to the best of my knowledge and belief, and have been necessarily incurred in the cause; and that the services charged have been actually and necessarily performed.

_____
Nicholas S. McConnell

SUBSCRIBED AND SWORN TO before me this 13th day of April, 2016.

_____
Notary Public

My Commission Expires: 3/14/19

Dated: April 13, 2016

Respectfully submitted:

/s/ Nicholas S. McConnell
Nicholas S. McConnell (D.C. Bar #167742)
nmcconnell@jackscamp.com
James N. Markels (D.C. Bar #982476)
jmarkels@jackscamp.com
JACKSON & CAMPBELL, P.C.
1120-20TH Street, N.W.
South Tower, Third Floor
Washington, D.C.  20036
(T) (202) 457-1600
(F) (202) 457-1678

*Attorneys for The George Washington University*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 13th day of April, 2016, I caused the foregoing to be electronically filed using this Court's ECF system, which will then send a notification of such filing by electronic mail to counsel of record for Plaintiff:

Tracy D. Rezvani, P.C.
Rezvani Volin & Rotbert, P.C.
1050 Connecticut Avenue, N.W., 10th Floor
Washington, D.C. 20036

Jason J. Bach, Esq.
The Bach Law Firm, LLC
7881 W. Charleston Boulevard, Suite 165
Las Vegas, NV 89117

*Counsel for Plaintiff*

/s/ Nicholas S. McConnell
Nicholas S. McConnell
*Counsel for Defendant*