UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SINA CHENARI,<br><br>                Plaintiff,<br><br>        v.<br><br>GEORGE WASHINGTON UNIVERSITY<br><br><br>                Defendant. | Civil Action No. 14-929  (ABJ)<br><br>Judge Amy Berman Jackson |

## NOTICE OF APPEAL

Notice is hereby given this 21st day of April, 2016, that Plaintiff, Sina Chenari, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order [Docket No. 26] and Memorandum Opinion [Docket No. 27] granting Defendant, George Washington University's Motion for Summary Judgment [Docket No. 18], entered in this action on the 23rd day of March, 2016.

Respectfully submitted,
 /s/ Jason J. Bach  _____
Jason J. Bach, Esq.
**THE BACH LAW FIRM, LLC**
D.C. Bar No.: 974126, *pro hac vice*
7881 W. Charleston Blvd., Suite 165
Las Vegas, Nevada 89117
Telephone: (702) 925-8787
Facsimile: (702) 925-8788
Email:  jbach@bachlawfirm.com

Tracy D. Rezvani, Esq.
**Rezvani Volin, P.C.**
1050 Connecticut Avenue, N.W., #500
Washington, D.C. 20036
Office: 202-350-4270 x 101
Fax: 202-351-0544
Email: trezvani@rezvanivolin.com
*Counsel for Plaintiff Sina Chenari*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 21st day of April, 2016, that the foregoing Notice of Appeal was served via ECF to counsel of record:

Nicholas S. McConnell (D.C. Bar #167742)
James N. Markels (D.C. Bar #982476)
**Jackson & Campbell, P.C.**
1120-20th Street, N.W. (Suite 300 S.)
Washington, D.C. 20036
Office: 202-457-1600
Fax: 202-457-1678

/s/  Jason J. Bach
Jason J. Bach, Esq.
**THE BACH LAW FIRM, LLC**
D.C. Bar No.: 974126, *pro hac vice*
7881 W. Charleston Blvd., Suite 165
Las Vegas, Nevada 89117
Telephone: (702) 925-8787
Facsimile: (702) 925-8788
Email:  jbach@bachlawfirm.com