# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SINA CHENARI,<br><br>       Plaintiff,<br><br>v.<br><br>GEORGE WASHINGTON UNIVERSITY,<br><br>       Defendant. | Civil Action No. 14-929  (ABJ)<br><br>Judge Amy Berman Jackson |

## MOTION FOR SUPERSEDEAS BOND

Defendant George Washington University ("the University"), by counsel, under Fed. R. Civ. P. 62, moves for an Order requiring the Plaintiff, Sina Chenari, to post a supersedeas bond in the amount of the costs this Court awards pursuant to Fed. R. Civ. P. 54 and Local Rule 54.1, plus a reasonable amount of costs that the University will incur on appeal, and in support thereof submits the attached Memorandum of Points and Authorities and proposed form of Order.

Dated: May 16, 2016

Respectfully submitted:

/s/ Nicholas S. McConnell_____
Nicholas S. McConnell (D.C. Bar #167742)
nmcconnell@jackscamp.com
James N. Markels (D.C. Bar #982476)
jmarkels@jackscamp.com
JACKSON & CAMPBELL, P.C.
1120-20TH Street, N.W.
South Tower, Third Floor
Washington, D.C.  20036
(T) (202) 457-1600
(F) (202) 457-1678

*Attorneys for George Washington University*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 16th day of May, 2016, I caused the foregoing to be electronically filed using this Court's ECF system, which will then send a notification of such filing by electronic mail to counsel of record for Plaintiff:

>Tracy D. Rezvani, P.C.
>Rezvani Volin & Rotbert, P.C.
>1050 Connecticut Avenue, N.W., 10th Floor
>Washington, D.C. 20036
>
>Jason J. Bach, Esq.
>The Bach Law Firm, LLC
>7881 W. Charleston Boulevard, Suite 165
>Las Vegas, NV 89117
>
>*Counsel for Plaintiff*

>>>*/s/ Nicholas S. McConnell*_____
>>>Nicholas S. McConnell
>>>*Counsel for Defendant*