UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SINA CHENARI, <br><br> Plaintiff, <br><br> v. <br><br> GEORGE WASHINGTON UNIVERSITY, <br><br> Defendant. | Civil Action No. 14-929 (ABJ) <br><br> Judge Amy Berman Jackson |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANT'S MOTION FOR SUPERSEDEAS BOND**

Defendant George Washington University ("the University"), by counsel, under Fed. R. Civ. P. 62, and requests that this Court enter an Order requiring the Plaintiff, Sina Chenari, to post a supersedeas bond in the amount of the costs this Court awards pursuant to Fed. R. Civ. P. 54 and Local Rule 54.1, plus a reasonable amount of costs that the University will incur on appeal, and in support thereof states as follows.

1. On March 23, 2016, this Court entered an Order granting summary judgment to the University as to all claims raised by Plaintiff, and dismissing the above-captioned matter in its entirety. *See* Docket No. 26.

2. On April 13, 2016, the University submitted a Verified Bill of Costs and Expenses pursuant to Fed. R. Civ. P. 54 and Local Rule 54.1. *See* Docket No. 28.

3. On April 21, 2016, Plaintiff filed a Notice of Appeal of that judgment. *See* Docket No. 29.

4. Under Fed. R. Civ. P. 62(d), this Court may require Plaintiff to post a supersedeas bond to stay enforcement of any award of costs, and may do so "after filing the notice of appeal."

5. A supersedeas bond is "appropriate in normal situations to protect an enforceable judgment in favor of the moving party." *Redding & Co. v. Russwine Construction Corp.*, 417 F.2d 721, 727 (D.C. Cir. 1969).

6. This Court should require the Plaintiff to post a supersedeas bond in the amount of any award of costs in this case, in addition to an amount suitable to secure an award of costs by the D.C. Circuit, estimated at $250.00.

WHEREFORE, Defendant George Washington University respectfully requests that this Court enter an Order requiring that Plaintiff Sina Chenari post a supersedeas bond in an amount equal to the costs to be awarded by this Court to the University pursuant to Fed. R. Civ. P. 54 and Local Rule 54.1, along with an additional $250.00 to cover costs on appeal, along with any other relief this Court deems just and necessary.

Dated: May 16, 2016                    Respectfully submitted:

*/s/ Nicholas S. McConnell*
Nicholas S. McConnell (D.C. Bar #167742)
nmcconnell@jackscamp.com
James N. Markels (D.C. Bar #982476)
jmarkels@jackscamp.com
JACKSON & CAMPBELL, P.C.
1120-20TH Street, N.W.
South Tower, Third Floor
Washington, D.C.  20036
(T) (202) 457-1600
(F) (202) 457-1678

*Attorneys for  Defendant George Washington University*