## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SINA CHENARI,

               Plaintiff,

       v.                           Civil Action No. 14-929  (ABJ)

GEORGE WASHINGTON UNIVERSITY,        Judge Amy Berman Jackson

               Defendant.

## ORDER

**UPON CONSIDERATION** of the Motion for Supersedeas Bond filed by the Defendant, George Washington University, and any opposition thereto, and

**IT APPEARING** that the motion should be granted, it is hereby

**ORDERED**, that the Motion for Supersedeas Bond be, and hereby is, **GRANTED**; and it is hereby

**ORDERED**, that Plaintiff Sina Chenari shall have 14 days from the date of this Order to submit a supersedeas bond in the amount of $_____ with the Clerk of this Court, in order to maintain his appeal. Failure to post the full amount of this ordered bond will subject Plaintiff's appeal to immediate dismissal.

 

                                   _____
                                   AMY BERMAN JACKSON
                                   United States District Judge

DATE: _____

3262221v.1