United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 16-7055        September Term, 2016

FILED ON: FEBRUARY 10, 2017

SINA CHENARI,
    APPELLANT

v.

GEORGE WASHINGTON UNIVERSITY,
    APPELLEE

Appeal from the United States District Court
for the District of Columbia
(No. 1:14-cv-00929)

Before: TATEL, MILLETT, and WILKINS, *Circuit Judges*

## J U D G M E N T

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby affirmed, in accordance with the opinion of the court filed herein this date.

### Per Curiam

        **FOR THE COURT:**
        Mark J. Langer, Clerk

BY:    /s/

        Ken Meadows
        Deputy Clerk

Date: February 10, 2017

Opinion for the court filed by Circuit Judge Tatel.