UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SINA CHENARI,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GEORGE WASHINGTON UNIVERSITY,<br><br>　　　　　Defendant. | Civil Action No. 14-929 (ABJ)<br><br>Judge Amy Berman Jackson |

**VERIFIED BILL OF COSTS AND EXPENSES OF**
**DEFENDANT THE GEORGE WASHINGTON UNIVERSITY**

Pursuant to the judgment entered by this Court on March 23, 2016, the mandate issued by the U.S. Court of Appeals for the D.C. Circuit on March 21, 2017, Fed. R. Civ. Pro. 54(d)(1), and Local Rule 54, Defendant The George Washington University ("the University"), by counsel, submits this Verified Bill of Costs and Expenses:

| CATEGORY | NAME | COST | EXPLANATION |
|---|---|---|---|
| COURT COSTS | PACER | $13.40 | Filing fees. |
| SERVICE OF PROCESS | | $280.06 | Service of process of subpoena on Dr. Durr. |
| PHOTOCOPY CHARGES | | $465.00 | Photocopying in-house for exhibits, client documents. |
| CD AND FLASH DRIVE REPRODUCTION | | $120.00 | Flash drive and CD reproduction in discovery. |
| COURT REPORTER TRANSCRIPTS | Sina Chenari<br>Sina Chenari<br>Sina Chenari | $1,236.80<br>$1,050.00<br>$784.70 | Deposition transcript.<br>Videography services.<br>Additional transcript. |

| CATEGORY | NAME | COST | EXPLANATION |
|---|---|---|---|
| COURT REPORTER TRANSCRIPTS (Cont.) | Sina Chenari | $705.00 | Additional videography. |
| | Dr. Durr | $352.95 | Deposition transcript. |
| | R. Goldberg, S. Lerman, J. Akman | $604.80 | Deposition transcripts. |
| | J. Ruiz | $161.05 | Deposition transcript. |
| | A. Flory | $160.20 | Deposition transcript. |
| | Y. Haywood | $100.30 | Deposition transcript. |
| | **TOTAL** | **$5,155.80** | |
| CIRCUIT COURT MANDATE | | $230.88 | Order and Mandate entered March 21, 2017 |
| **TOTAL** | **TOTAL COSTS CLAIMED** | **$6,265.14** | |

I, Nicholas S. McConnell, being duly sworn, affirm that I am one of the attorneys for the defendant and am better informed as to the costs than the plaintiff, and that the items in the above bill of costs are correct to the best of my knowledge and belief, and have been necessarily incurred in the cause; and that the services charged have been actually and necessarily performed.

_____
Nicholas S. McConnell

SUBSCRIBED AND SWORN TO before me this 27th day of March, 2017.

_____
Notary Public

My Commission Expires: 3/14/19

- 3 -

Dated: March 27, 2017          Respectfully submitted:

*/s/ Nicholas S. McConnell*
Nicholas S. McConnell (D.C. Bar #167742)
nmcconnell@jackscamp.com
James N. Markels (D.C. Bar #982476)
jmarkels@jackscamp.com
JACKSON & CAMPBELL, P.C.
1120-20TH Street, N.W.
South Tower, Third Floor
Washington, D.C. 20036
(T) (202) 457-1600
(F) (202) 457-1678

*Attorneys for The George Washington University*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 27th day of March, 2017, I caused the foregoing to be electronically filed using this Court's ECF system, which will then send a notification of such filing by electronic mail to counsel of record for Plaintiff:

Tracy D. Rezvani, P.C.
Rezvani Volin & Rotbert, P.C.
1050 Connecticut Avenue, N.W., 10th Floor
Washington, D.C. 20036

Jason J. Bach, Esq.
The Bach Law Firm, LLC
7881 W. Charleston Boulevard, Suite 165
Las Vegas, NV 89117

*Counsel for Plaintiff*

*/s/ Nicholas S. McConnell*
Nicholas S. McConnell
*Counsel for Defendant*